AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

*Plaintiff(s)*

v.

FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA

*Defendant(s)*

Civil Action No. 8:22-cv-1981-TPB-JSS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Xavier Becerra
c/o Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: August 31, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION<br><br>*Plaintiff(s)*<br>v.<br>FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:22-cv-1981-TPB-JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Xavier Becerra
Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: August 31, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

*Plaintiff(s)*

v.

Civil Action No. 8:22-cv-1981-TPB-JSS

FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Xavier Becerra
c/o Civil Process Clerk
U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date:  August 31, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

*Plaintiff(s)*

v.

Civil Action No. 8:22-cv-1981-TPB-JSS

FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert M. Califf
Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993-0002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: August 31, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION <br><br> *Plaintiff(s)* <br> v. <br> FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA <br><br> *Defendant(s)* | Civil Action No. 8:22-cv-1981-TPB-JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert M. Califf
c/o Merrick Garland
950 Pennsylvania Ave NW
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: August 31, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION <br><br> *Plaintiff(s)* <br> v. <br> FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA <br><br> *Defendant(s)* | Civil Action No. 8:22-cv-1981-TPB-JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert M. Califf
c/o Civil Process Clerk
U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: August 31, 2022

*Signature of Clerk or Deputy Clerk*