DEFENDANTS' MOTION FOR A PROTECTIVE ORDER
EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-1981-TPB-JSS

STATE OF FLORIDA; and
FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION;
ROBERT M. CALIFF, *in his official capacity as Commissioner of Food and Drugs*; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services*,

*Defendants.*

## PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, plaintiffs, by and through undersigned counsel, hereby respectfully propound their first set of interrogatories upon defendants.

## INSTRUCTIONS

1. When asked to answer an interrogatory, the request is for information within your actual or constructive control. Your answers must therefore include not only information available to you, but also that available to your attorneys, colleagues, associates, employees,

1

representatives, and all other persons acting under, by, or through you, or subject to your control or supervision, or acting on your behalf.

2. If you cannot fully and completely answer an interrogatory, please provide the facts you rely upon in support of your contention that you cannot do so. To the extent an interrogatory is not answered because of an assertion of privilege, please state the specific privilege relied upon and support the claim of privilege with a statement of particulars sufficient to enable the Court to assess its validity. Similarly, if you object to answering only part of an interrogatory, please answer that part you do not object to answering and indicate what portion of the interrogatory to which your assertion of privilege extends.

3. If, in response to one or more of the interrogatories, you produce or identify any document(s) pursuant to Federal Rule of Civil Procedure 33(d), please identify the document(s) with specificity and indicate to which interrogatory or part thereof the document responds.

4. These interrogatories are to be deemed continuing to the full extent allowed by law.

5. Please forward the answers to the undersigned counsel for plaintiffs, at the address below, in no later than 30 days. The accuracy of the answers to the interrogatories must be affirmed.

# DEFINITIONS

For purposes of these requests for production, the following definitions apply:

1. **"Document"** or **"record"** means the original and any draft or copy of any written, recorded or graphic materials of any type and in any form (including those maintained in electronic form) in defendants' possession, custody, knowledge, or control, including defendants' attorneys, agents, representatives, and employees, including, but not limited to, papers, statements, letters, articles, newspaper articles, publications of any type, telegrams, correspondence, communications, notes, memoranda, records, minutes, agreements, contracts, tax records, employment records, education records, medical records, insurance records and policy contracts, logs or notations of telephone or personal conversations or conferences, interoffice communications, intraoffice communications (including internal and instant messaging systems), microfilm, bulletins, circulars, pamphlets, diaries, notices, books, material sent or received by facsimile or telefax, voicemails, emails, text messages, calendars, worksheets, cards, personal notes, reports, statements, studies, photographs, graphs, charts, tabulations, analyses, summaries, data sheets, statistical or informational accumulations, computer generated material, and audio or videorecordings.

2. **"Individual**," "**person**," "**organization**," or "**entity"** means any natural person, corporation, unincorporated association, partnership, sole proprietorship, business, or other organization or entity, including governmental.

3. "**Identify"** or "**identifies"** when used in reference to an individual means to give, to the extent known, the person's name, present or last known address and telephone, the person's government e-mail address, and, when referring to a natural person, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting identification of that person.

4. "**Identify**" or "**identifies**" when used in reference to a document means to give, to the extent known, the

(a) type of document;

(b) general subject matter;

(c) date of the document; and

(d) author(s), addressee(s), and recipient(s).

5. "**Interrogatory**" or "**interrogatories**" refers to plaintiffs' interrogatories to defendants in this action.

6. "**You**," "**your**," "**defendants**," and "**defendants'**" (without specific designation) shall mean the Food and Drug Administration, Robert M. Califf

4

(in his official capacity as Commissioner of Food and Drugs), the Department of Health and Human Services, and Xavier Becerra (in his official capacity as Secretary of Health and Human Services).

    7. "**And**" and "**or**" shall be construed conjunctively and disjunctively.

    8. "**Each**" means each and every.

    9. "**Date**" means day, month, and year.

    10. "**Known to you**" and "**knowledge of**" mean all matters known to you, your attorneys, agents, representatives, employees, or to anyone subject to your control or supervision, or acting on your behalf.

    11. "**This action**" shall refer to *Florida et al. v. FDA et al.*, 8:22-cv-1981 (M.D. Fla.).

    12. "**Florida's SIP Proposal**" includes the November 2020 Section 804 importation proposal submission by the Florida Agency for Health Care Administration, as well as subsequent revisions, and any constituent portions thereof.

    13. "**SIP proposal**" (without designation) includes any Section 804 importation proposal.

    14. The singular form of any word shall also be construed as the plural, and vice versa. Verbs shall be construed as though they were in the past tense, the present and the future tense, and vice versa.

5

# INTERROGATORIES

1. Please identify (including their Center, "Super-Office," Office, Division, and Branch) all individuals who are involved in reviewing or have reviewed Florida's SIP Proposal.

2. Please state the organization and title of the person responsible for authorizing SIP proposals under 21 C.F.R. § 251.4 and identify every person who has held that position at any time from November 1, 2020, to the present.

3. Please identify and describe all steps defendants have taken to adjudicate Florida's SIP Proposal.

4. What reasons, if any, prevent defendants from adjudicating Florida's SIP Proposal?

5. When will defendants adjudicate Florida's SIP Proposal?

6. How was the date in interrogatory #5 calculated?

7. After November 23, 2020, when Florida submitted its SIP Proposal, what information or materials, if any, do defendants contend remained outstanding and prevented adjudication of Florida's SIP Proposal?

8. After April 19, 2021, when Florida revised its SIP Proposal, what information or materials, if any, do defendants contend remained outstanding and prevented adjudication of Florida's SIP Proposal?

9. After September 15, 2021, when Florida revised its SIP Proposal, what information or materials, if any, do defendants contend remained outstanding and prevented adjudication of Florida's SIP Proposal?

10. After November 11, 2021, when Florida revised its SIP Proposal, what information or materials, if any, do defendants contend remained outstanding and prevented adjudication of Florida's SIP Proposal?

11. Please identify and describe all steps defendants have taken to implement Executive Order 14036's directive that defendants work with states to develop Section 804 prescription drug importation programs.

12. Please identify and describe any periods when defendants contend plaintiffs unreasonably delayed in a manner that materially affected defendants' ability to adjudicate Florida's SIP Proposal.

13. In a June 17, 2022, email, Christopher Campbell stated that defendants were "considering a number of complicated issues." ECF No. 7-18 at 2. What were those "complicated issues"?

14. The FDA's Center for Drug Evaluation and Research (CDER) Manual of Policy and Procedures (MAPP) 4190.1 Rev. 3, page 11 (Nov. 30, 2018), *available at* https://www.fda.gov/media/72447/download, states that FDA may alleviate or mitigate a drug shortage by identifying firms "willing and able to divert existing product into the U.S. market." Please identify all drugs and drug products diverted into the U.S. market pursuant to MAPP

7

4190.1 (including prior versions of MAPP 4190.1) since January 1, 2017, and state the country from which each of those drugs or drug products was diverted.

15. Pursuant to the Federal Food, Drug, and Cosmetic Act (FDCA), FDA submits an annual report to Congress on drug shortages that, among other things, "identifies the number and describes the instances in which [FDA] exercised regulatory flexibility and discretion to prevent or alleviate a drug shortage" in the "preceding calendar year." 21 U.S.C. § 351c-1(a)(5). For each of those reports submitted to Congress since January 1, 2017, please identify all drugs and drug products that were imported into the United States under FDA's exercise of regulatory flexibility or discretion, and state the country from which each of those drugs or drug products was imported into the United States.

Dated: October 25, 2022

                                              Respectfully submitted,

                                              */s/ R. Trent McCotter*
                                              R. TRENT MCCOTTER*
                                              *LEAD COUNSEL FOR FLORIDA AHCA
                                              Boyden Gray & Associates PLLC
                                              801 17th St NW, Suite 350
                                              Washington, DC 20006
                                              202-706-5488
                                              mccotter@boydengrayassociates.com
                                              *Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I served a copy of the foregoing by email on Defendants' counsel.

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER