DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-1981-TPB-JSS

STATE OF FLORIDA; and
FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION;
ROBERT M. CALIFF, *in his official
capacity as Commissioner of Food and
Drugs*; DEPARTMENT OF HEALTH
AND HUMAN SERVICES; and XAVIER
BECERRA, *in his official capacity as
Secretary of Health and Human Services*,

*Defendants.*

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 34, plaintiffs, through undersigned counsel, hereby respectfully propound their first set of requests for production of documents upon defendants.

**INSTRUCTIONS**

1. When asked to produce a document, the request is for information within your actual or constructive control. Your answers must therefore include not only information available to you, but also that is

1

available to your attorneys, associates, employees, representatives, and all other persons acting under, by, or through you, or subject to your control or supervision, or acting on your behalf.

2. If you cannot produce a requested document (including, *inter alia*, because it was lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon and support the claim of privilege with a statement of particulars sufficient to enable the Court to assess its validity. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege.

3. These document production requests are to be deemed continuing to the full extent allowed by law.

4. Please forward the documents to undersigned counsel at the address below no later than thirty (30) days from date of service.

## **DEFINITIONS**

For purposes of these requests for production, the following definitions apply:

1. **"Document"** or **"record"** means the original and any draft or copy of any written, recorded or graphic materials of any type and in any form

(including those maintained in electronic form) in defendants' possession, custody, knowledge, or control, including defendants' attorneys, agents, representatives, and employees, including, but not limited to, papers, statements, letters, articles, newspaper articles, publications of any type, telegrams, correspondence, communications, notes, memoranda, records, minutes, agreements, contracts, tax records, employment records, education records, medical records, insurance records and policy contracts, logs or notations of telephone or personal conversations or conferences, interoffice communications, intraoffice communications (including internal and instant messaging systems), microfilm, bulletins, circulars, pamphlets, diaries, notices, books, material sent or received by facsimile or telefax, voicemails, emails, text messages, calendars, worksheets, cards, personal notes, reports, statements, studies, photographs, graphs, charts, tabulations, analyses, summaries, data sheets, statistical or informational accumulations, computer generated material, and audio or videorecordings.

    2. **"Individual**," "**person**," "**organization**," or "**entity**" means any natural person, corporation, unincorporated association, partnership, sole proprietorship, business, or other organization or entity, including governmental.

    3. "**Identify**" or "**identifies**" when used in reference to an individual means to give, to the extent known, the person's name, present or last known

3

address and telephone, the person's government e-mail address, and, when referring to a natural person, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting identification of that person.

    4. "**Identify**" or "**identifies**" when used in reference to a document means to give, to the extent known, the

    (a) type of document;

    (b) general subject matter;

    (c) date of the document; and

    (d) author(s), addressee(s), and recipient(s).

    5. "**Interrogatory**" or "**interrogatories**" refers to plaintiffs' interrogatories to defendants in this action.

    6. "**You**," "**your**," "**defendants**," and "**defendants'**" (without specific designation) shall mean the Food and Drug Administration, Robert M. Califf (in his official capacity as Commissioner of Food and Drugs), the Department of Health and Human Services, and Xavier Becerra (in his official capacity as Secretary of Health and Human Services).

    7. "**And**" and "**or**" shall be construed conjunctively and disjunctively.

    8. "**Each**" means each and every.

    9. "**Date**" means day, month, and year.

10. "**Known to you**" and "**knowledge of**" mean all matters known to you, your attorneys, agents, representatives, employees, or to anyone subject to your control or supervision, or acting on your behalf.

11. **"This action"** shall refer to *Florida et al. v. FDA et al.*, 8:22-cv-1981 (M.D. Fla.).

12. "**Florida's SIP Proposal**" includes the November 2020 Section 804 importation proposal submission by the Florida Agency for Health Care Administration, as well as subsequent revisions, and any constituent portions thereof.

13. "**SIP proposal**" (without designation) includes any Section 804 importation proposal.

14. The singular form of any word shall also be construed as the plural, and vice versa. Verbs shall be construed as though they were in the past tense, the present and the future tense, and vice versa.

## REQUESTS FOR PRODUCTION

1. Copies of the organization chart for the division of defendants responsible for reviewing Florida's SIP Proposal.

2. Records reflecting or referencing defendants' standard, anticipated, expected, or desired timeline for reviewing SIP proposals.

3. Records reflecting or referencing defendants' steps to comply with 21 C.F.R. 251.4(c) for Florida's SIP Proposal.

5

4.   Records reflecting or referencing Florida's SIP Proposal or desire to import prescription drugs.

5.   Records reflecting or referencing the timeline for review of any other SIP proposal submitted to defendants.

Dated: October 25, 2022

                Respectfully submitted,

                */s/ R. Trent McCotter*
                R. TRENT MCCOTTER*
                *LEAD COUNSEL FOR FLORIDA AHCA
                Boyden Gray & Associates PLLC
                801 17th St NW, Suite 350
                Washington, DC 20006
                202-706-5488
                mccotter@boydengrayassociates.com
                *Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I served a copy of the foregoing by email on Defendants' counsel.

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER