# DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-1981-TPB-JSS

STATE OF FLORIDA; and
FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION;
ROBERT M. CALIFF, *in his official capacity as Commissioner of Food and Drugs*; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services*,

*Defendants.*

**PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS**

Pursuant to Federal Rule of Civil Procedure 36, plaintiffs, by and through undersigned counsel, hereby respectfully propound their first set of requests for admissions upon defendants.

**INSTRUCTIONS**

1.     When asked to answer a request for an admission, the request is for information within your actual or constructive control.  Your answers must therefore include not only information available to you, but also that available to your attorneys, colleagues, associates, employees,

1

representatives, and all other persons acting under, by, or through you, or subject to your control or supervision, or acting on your behalf.

2.   If you cannot admit or deny any specific request, state in detail why you cannot truthfully admit or deny it. When good faith requires that you qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. To the extent a request is not answered because of an assertion of privilege, please state the specific privilege relied upon and support the claim of privilege with a statement of particulars sufficient to enable the Court to assess its validity.

3.   These requests are to be deemed continuing to the full extent allowed by law.

4.   Please forward the answers to the undersigned counsel for plaintiffs, at the address below, in no later than 30 days.

## DEFINITIONS

For purposes of these requests for production, the following definitions apply:

1. **"Document"** or **"record"** means the original and any draft or copy of any written, recorded or graphic materials of any type and in any form (including those maintained in electronic form) in defendants' possession, custody, knowledge, or control, including defendants' attorneys, agents, representatives, and employees, including, but not limited to, papers,

statements, letters, articles, newspaper articles, publications of any type, telegrams, correspondence, communications, notes, memoranda, records, minutes, agreements, contracts, tax records, employment records, education records, medical records, insurance records and policy contracts, logs or notations of telephone or personal conversations or conferences, interoffice communications, intraoffice communications (including internal and instant messaging systems), microfilm, bulletins, circulars, pamphlets, diaries, notices, books, material sent or received by facsimile or telefax, voicemails, emails, text messages, calendars, worksheets, cards, personal notes, reports, statements, studies, photographs, graphs, charts, tabulations, analyses, summaries, data sheets, statistical or informational accumulations, computer generated material, and audio or videorecordings.

2. **"Individual**," "**person**," "**organization**," or "**entity**" means any natural person, corporation, unincorporated association, partnership, sole proprietorship, business, or other organization or entity, including governmental.

3. "**Identify**" or "**identifies**" when used in reference to an individual means to give, to the extent known, the person's name, present or last known address and telephone, the person's government e-mail address, and, when referring to a natural person, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only

3

the name of that person need be listed in response to subsequent discovery requesting identification of that person.

4. "**Identify**" or "**identifies**" when used in reference to a document means to give, to the extent known, the

    (a)  type of document;

    (b)  general subject matter;

    (c)  date of the document; and

    (d)  author(s), addressee(s), and recipient(s).

5. "**Interrogatory**" or "**interrogatories**" refers to plaintiffs' interrogatories to defendants in this action.

6. "**You**," "**your**," "**defendants**," and "**defendants'**" (without specific designation) shall mean the Food and Drug Administration, Robert M. Califf (in his official capacity as Commissioner of Food and Drugs), the Department of Health and Human Services, and Xavier Becerra (in his official capacity as Secretary of Health and Human Services).

7. "**And**" and "**or**" shall be construed conjunctively and disjunctively.

8. "**Each**" means each and every.

9. "**Date**" means day, month, and year.

10. "**Known to you**" and "**knowledge of**" mean all matters known to you, your attorneys, agents, representatives, employees, or to anyone subject to your control or supervision, or acting on your behalf.

4

11. **"This action"** shall refer to *Florida et al. v. FDA et al.*, 8:22-cv-1981 (M.D. Fla.).

12. **"Florida's SIP Proposal"** includes the November 2020 Section 804 importation proposal submission by the Florida Agency for Health Care Administration, as well as subsequent revisions, and any constituent portions thereof.

13. **"SIP proposal"** (without designation) includes any Section 804 importation proposal.

14. The singular form of any word shall also be construed as the plural, and vice versa. Verbs shall be construed as though they were in the past tense, the present and the future tense, and vice versa.

## REQUESTS FOR ADMISSIONS

1. Admit that Florida's SIP Proposal seeks approval for importation of drugs or drug products used to treat HIV/AIDS, diabetes, hepatitis C, and mental health.

2. Admit that the drugs or drug products for which Florida's SIP Proposal seeks approval have been approved by the FDA.

3. Admit that the drugs or drug products for which Florida's SIP Proposal seeks approval are available at lower prices in Canada than in the United States.

4. Admit that approved SIP proposals result in cost savings.

5

5. Admit that the drugs or drug products for which Florida's SIP Proposal seeks approval involve human health and welfare.

6. Admit that prescription drug prices tend to be highest when the drug is first introduced to the market.

7. Admit that FDA's Center for Drug Evaluation and Research (CDER) is the FDA Center with the responsibility for reviewing and authorizing Florida's SIP Proposal.

8. Admit that FDA's Center for Drug Evaluation and Research (CDER)'s Office of Compliance is the CDER "Super-Office" with the responsibility for reviewing and authorizing Florida's SIP Proposal.

9. Admit that the Office of Drug Security, Integrity, and Response (ODSIR) is the Office within Center for Drug Evaluation and Research (CDER)'s Office of Compliance with the responsibility for reviewing and authorizing Florida's SIP Proposal.

10. Admit that the Biden administration's publicly stated policy goal is "[t]o reduce the cost of covered products to the American consumer without imposing additional risk to public health and safety" by requiring that "the Commissioner of Food and Drugs shall work with States and Indian Tribes that propose to develop section 804 Importation Programs in accordance with the Medicare Prescription Drug, Improvement, and Modernization Act of

2003 (Public Law 108-173, 117 Stat. 2066), and the FDA's implementing regulations." Executive Order 14036 (July 9, 2021).

Dated: October 25, 2022

        Respectfully submitted,

        */s/ R. Trent McCotter*
        R. TRENT MCCOTTER*
        *LEAD COUNSEL FOR FLORIDA AHCA
        Boyden Gray & Associates PLLC
        801 17th St NW, Suite 350
        Washington, DC 20006
        202-706-5488
        mccotter@boydengrayassociates.com
        *Pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2022, I served a copy of the foregoing by email on Defendants' counsel.

                                  */s/ R. Trent McCotter*
                                  R. TRENT MCCOTTER