# **CERTIFICATE**

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Robert Herrell, Regulatory Counsel, Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration, whose Declaration is attached, has custody of the records relating to Florida's Section 804 Importation Program ("SIP") proposal on file with the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provisions of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this <u>23rd</u> day of December, 2022.



Howard R. Philips
Director
Division of Information Disclosure Policy
Center for Drug Evaluation and Research
United States Food and Drug Administration

By Direction of the Secretary of Health and Human Services

# DECLARATION OF ROBERT HERRELL

I, Robert Herrell, declare as follows.

1. I am a Regulatory Counsel in the Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration ("FDA").

2. In that capacity, I have custody of records relating to Florida's SIP proposal on file with FDA.

3. Attached is a copy of the index of the administrative record for Count One in *State of Florida, et al. v. Food and Drug Administration, et al.*, Case No. 8:22-cv-01981-TPB-JSS (M.D. Fla.).

4. Copies of documents listed in the attached index are official records of FDA.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: December 23, 2022

Robert R. Herrell -S
Digitally signed by Robert R. Herrell -S
Date: 2022.12.22 14:03:10 -05'00'

Robert Herrell

Index of Administrative Record for Count One in

*State of Florida, et al. v.*

*Food and Drug Administration, et al.*

Case No. 8:22-cv-01981-TPB-JSS (M.D. Fla.)

| Index No. | Date | Document | Bates Start No. | Bates End No. |
|---|---|---|---|---|
| 1 | 8/20/2019 | Florida's Canadian Prescription Drug Importation Concept Paper | FDA-FLORIDA-000001 | FDA-FLORIDA-000028 |
| 2 | 11/23/2020 | Florida's Preliminary Section 804 Importation Program (SIP) Proposal for the Importation of Prescription Drugs from Canada | FDA-FLORIDA-000029 | FDA-FLORIDA-000141 |
| 3 | 4/19/2021 | Florida's Preliminary SIP Proposal for the Importation of Prescription Drugs from Canada | FDA-FLORIDA-000142 | FDA-FLORIDA-000266 |
| 4 | 8/20/2021 | Letter from FDA to Florida officials re: Florida Agency for Health Care Administration (AHCA) SIP Proposal | FDA-FLORIDA-000267 | FDA-FLORIDA-000269 |
| 5 | 9/15/2021 | Letter from Florida to FDA re: AHCA SIP Proposal | FDA-FLORIDA-000270 | FDA-FLORIDA-000272 |
| 6 | 9/15/2021 | Florida's SIP Proposal for the Importation of Prescription Drugs from Canada | FDA-FLORIDA-000273 | FDA-FLORIDA-000401 |
| 7 | 9/15/2021, 9/22/2021, 11/8/2021 | Email 1 of 7 from Florida officials to FDA and responses | FDA-FLORIDA-000402 | FDA-FLORIDA-000404 |
| 8 | 9/15/2021 | Email 2 of 7 from Florida official to FDA | FDA-FLORIDA-000405 | FDA-FLORIDA-000405 |
| | | **Attachments to Email 2 of 7** | | |
| 9 | -- | Bitkarvy proposed labeling | FDA-FLORIDA-000406 | FDA-FLORIDA-000549 |
| 10 | -- | Combivent Respimat proposed labeling | FDA-FLORIDA-000550 | FDA-FLORIDA-000632 |
| 11 | -- | Combivent combined files proposed labeling | FDA-FLORIDA-000633 | FDA-FLORIDA-000715 |
| 12 | -- | Complera proposed labeling | FDA-FLORIDA-000716 | FDA-FLORIDA-000886 |

| | | | | |
|---|---|---|---|---|
| 13 | -- | Descovy proposed labeling | FDA-FLORIDA-000867 | FDA-FLORIDA-001047 |
| 14 | -- | Edurant proposed labeling | FDA-FLORIDA-001048 | FDA-FLORIDA-001174 |
| 15 | 9/15/2021 | Email 3 of 7 from Florida official to FDA | FDA-FLORIDA-001175 | FDA-FLORIDA-001175 |
| | | **Attachments to Email 3 of 7** | | |
| 16 | -- | Emtricitabine Tenofovir proposed labeling | FDA-FLORIDA-001176 | FDA-FLORIDA-001347 |
| 17 | -- | Epclusa proposed labeling | FDA-FLORIDA-001348 | FDA-FLORIDA-001509 |
| 18 | -- | Farxiga proposed labeling | FDA-FLORIDA-001510 | FDA-FLORIDA-001695 |
| 19 | -- | Genvoya proposed labeling | FDA-FLORIDA-001696 | FDA-FLORIDA-001899 |
| 20 | 9/15/2021 | Email 4 of 7 from Florida official to FDA | FDA-FLORIDA-001900 | FDA-FLORIDA-001900 |
| | | **Attachments to Email 4 of 7** | | |
| 21 | -- | Harvoni proposed labeling | FDA-FLORIDA-001901 | FDA-FLORIDA-002086 |
| 22 | -- | Incruse Ellipta proposed labeling | FDA-FLORIDA-002087 | FDA-FLORIDA-002181 |
| 23 | -- | Intelence proposed labeling | FDA-FLORIDA-002182 | FDA-FLORIDA-002317 |
| 24 | -- | Isentress proposed labeling | FDA-FLORIDA-002318 | FDA-FLORIDA-002453 |
| 25 | -- | Januvia proposed labeling | FDA-FLORIDA-002454 | FDA-FLORIDA-002571 |
| 26 | 9/15/2021 | Email 5 of 7 from Florida official to FDA | FDA-FLORIDA-002572 | FDA-FLORIDA-002572 |
| | | **Attachments to Email 5 of 7** | | |
| 27 | -- | Juluca proposed labeling | FDA-FLORIDA-002573 | FDA-FLORIDA-002697 |
| 28 | -- | Kaletra proposed labeling | FDA-FLORIDA-002698 | FDA-FLORIDA-002919 |
| 29 | -- | Latuda proposed labeling | FDA-FLORIDA-002920 | FDA-FLORIDA-003137 |

| 30 | -- | Mavyret proposed labeling | FDA-FLORIDA-003138 | FDA-FLORIDA-003301 |
| --- | --- | --- | --- | --- |
| 31 | 9/15/2021 | Email 6 of 7 from Florida official to FDA | FDA-FLORIDA-003302 | FDA-FLORIDA-003302 |
| | | **Attachments to Email 6 of 7** | | |
| 32 | -- | Odefsey proposed labeling | FDA-FLORIDA-003303 | FDA-FLORIDA-003499 |
| 33 | -- | Spiriva HandiHaler proposed labeling | FDA-FLORIDA-003500 | FDA-FLORIDA-003586 |
| 34 | -- | Spiriva Respimat proposed labeling | FDA-FLORIDA-003587 | FDA-FLORIDA-003671 |
| 35 | -- | Stribild proposed labeling | FDA-FLORIDA-003672 | FDA-FLORIDA-003859 |
| 36 | -- | Tradjenta proposed labeling | FDA-FLORIDA-003860 | FDA-FLORIDA-003946 |
| 37 | 9/15/2021 | Email 7 of 7 from Florida official to FDA | FDA-FLORIDA-003947 | FDA-FLORIDA-003947 |
| | | **Attachments to Email 7 of 7** | | |
| 38 | -- | Triumeq proposed labeling | FDA-FLORIDA-003948 | FDA-FLORIDA-004113 |
| 39 | -- | Wixela proposed labeling | FDA-FLORIDA-004114 | FDA-FLORIDA-004297 |
| 40 | -- | Zepatier proposed labeling | FDA-FLORIDA-004298 | FDA-FLORIDA-004452 |
| 41 | 11/11/2021 | Letter from Florida to FDA re: AHCA SIP Proposal | FDA-FLORIDA-004453 | FDA-FLORIDA-004454 |
| 42 | 11/11/2021 | Florida's SIP Proposal for the Importation of Prescription Drugs from Canada | FDA-FLORIDA-004455 | FDA-FLORIDA-004580 |
| 43 | 2/10/2022 | Letter from Florida to HHS Secretary Becerra | FDA-FLORIDA-004581 | FDA-FLORIDA-004584 |
| 44 | 3/10/2022 | Letter from Florida to Commissioner of Food and Drugs Califf | FDA-FLORIDA-004585 | FDA-FLORIDA-004589 |
| 45 | 3/15/2022 | Letter from FDA to Florida officials | FDA-FLORIDA-004590 | FDA-FLORIDA-004591 |
| 46 | 3/31/2022 | Letter from FDA to Florida officials | FDA-FLORIDA-004592 | FDA-FLORIDA-004592 |

| | | | | |
|---|---|---|---|---|
| 47 | 4/4/2022, 4/13/2022, 4/14/2022 | Email chain between Florida officials and FDA | FDA-FLORIDA-004593 | FDA-FLORIDA-004596 |
| 48 | 5/9/2022 | Email from FDA to Florida officials | FDA-FLORIDA-004597 | FDA-FLORIDA-004597 |
| 49 | 6/14/2022, 6/17/2022 | Email chain between Florida officials and FDA | FDA-FLORIDA-004598 | FDA-FLORIDA-004601 |
| 50 | 11/16/2022 | Letter from FDA to Florida officials re: AHCA SIP Proposal | FDA-FLORIDA-004602 | FDA-FLORIDA-004616 |