| | |
|---|---|
| **From:** | Pickle, Devona |
| **To:** | SIPDrugImportsandRFP |
| **Cc:** | Farrill, Cody; Wallace, Thomas J.; Dalton, Ann; Copeland, Walter; Marstiller, Simone; Julie.Brown@myfloridalicense.com |
| **Subject:** | [EXTERNAL] Florida Section 804 Importation Program Proposal Request for Additional Information: Email 7 of 7 |
| **Date:** | Wednesday, September 15, 2021 1:02:15 PM |
| **Attachments:** | 6-Drug List.zip |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**D.D. Pickle, LMHC, NCC, FCCM**

Program Director, Canadian Prescription Drug Importation Program
Bureau of Medicaid Policy, Agency for Health Care Administration
(office) 850-412-4646, (mobile) 850-895-7894

*Have provider or recipient issue? Speak with a Medicaid representative by calling 1-877-254-1055, or visit the Agency's Web page at http://ahca.myflorida.com.*

FDA-FLORIDA-003947

| | |
|---|---|
| Proprietary Name | Triumeq |
| Dose | 50-600-300 mg |
| NDC | 49702-0231-13 |
| DIN | 02430932 |
| Canadian Submission Control | 233245 |
| API | Abacavir, Dolutegravir |
| Dosage form | Oral Tablet |
| Inactive Ingredients | None |
| US NDA holder | ViiV Healthcare |
| NDA Number | NDA205551 |
| US Manufacturer Address | 5 Moore Drive, Research Triangle Park, North Carolina |
| Canadian Manufacturer | ViiV Healthcare |
| Canadian Manufacturer Address | 245 Boulevard Armand-Frappier, Laval, Quebec, Canada  H7V 4A7 |
| API manufacturer* | Not available |
| API Manufacturer Address* | Not available |
| Final Original Packager* | Not available |
| Final Original Packager Address* | Not available |
| Relationship to Sponsor | The Sponsor has no relationship with the U.S. or foreign manufacturer. |

**Triumeq (abacavir, dolutegravir, and lamivudine tablets)**
**NDA/ANDA:** 205551
**NDC:** 49702-0231-13

**Proposed Artwork**



| | | Label Comparisons: |
|---|---|---|
| **ANDA 205551 Approved Bottle Label** | | • Proposed PI is consistent and parallel to the FDA approved PI with the following differences:<br>  ○ Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section<br>  ○ LSL listed as the Importer<br>  ○ LSL contact information added<br>  ○ Manufacturer's copyright references have been omitted. |
| **Proposed Bottle label for Imported Drug Product** | | |

FDA-FLORIDA-003949

**Triumeq (abacavir, dolutegravir, and lamivudine tablets)**
**NDA/ANDA:** 205551
**NDC:** 49702-0231-13

- Proposed PI is consistent and parallel to the FDA approved PI with the following differences:
  - Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section.
  - Associated NDCs have been replaced with placeholders.
  - LSL listed as the Importer.
  - LSL contact information added for adverse events reporting.
  - Date Changed 9/2021.
  - Changed Any "Distributed by" to "Originally Distributed By".

**FDA-FLORIDA-003950**

Proposed Label for Imported Drugs

FDA-FLORIDA-003951

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use
TRIUMEQ safely and effectively. See full prescribing information for
TRIUMEQ.**

**TRIUMEQ (abacavir, dolutegravir, and lamivudine tablets), for oral use**
Initial U.S. Approval: 2014

---

**WARNING: HYPERSENSITIVITY REACTIONS, AND
EXACERBATIONS OF HEPATITIS B**
*See full prescribing information for complete boxed warning.*

**Hypersensitivity Reactions**
- **Serious and sometimes fatal hypersensitivity reactions have occurred
  with abacavir-containing products. (5.1)**
- **Hypersensitivity to abacavir is a multi-organ clinical syndrome. (5.1)**
- **Patients who carry the HLA-B*5701 allele are at a higher risk of
  experiencing a hypersensitivity reaction to abacavir. (5.1)**
- **TRIUMEQ is contraindicated in patients with a prior hypersensitivity
  reaction to abacavir and in HLA-B*5701-positive patients. (4)**
- **Discontinue TRIUMEQ as soon as a hypersensitivity reaction is
  suspected. Regardless of HLA-B*5701 status, permanently discontinue
  TRIUMEQ if hypersensitivity cannot be ruled out, even when other
  diagnoses are possible. (5.1)**
- **Following a hypersensitivity reaction to TRIUMEQ, NEVER restart
  TRIUMEQ or any other abacavir-containing product. (5.1)**

**Exacerbations of Hepatitis B**
- **Severe acute exacerbations of hepatitis B have been reported in patients
  who are co-infected with hepatitis B virus (HBV) and human
  immunodeficiency virus (HIV-1) and have discontinued lamivudine, a
  component of TRIUMEQ. Monitor hepatic function closely in these
  patients and, if appropriate, initiate anti-hepatitis B treatment. (5 2)**

---

**---------------------- RECENT MAJOR CHANGES ----------------------**

| | |
|---|---|
| Dosage and Administration, Pregnancy Testing before Initiation of TRIUMEQ (2.2) | 03/2021 |
| Dosage and Administration, Not Recommended Due to Lack of Dosage Adjustment (2.5) | 03/2021 |
| Warnings and Precautions, Embryo-Fetal Toxicity (5.6) | 03/2021 |

**---------------------- INDICATIONS AND USAGE ----------------------**
TRIUMEQ, a combination of dolutegravir (integrase strand transfer inhibitor
[INSTI]), abacavir, and lamivudine (both nucleoside analogue reverse
transcriptase inhibitors) is indicated for the treatment of HIV-1 infection in
adults and in pediatric patients weighing at least 40 kg. (1)
Limitations of Use:
- TRIUMEQ alone is not recommended in patients with resistance-
  associated integrase substitutions or clinically suspected integrase strand
  transfer inhibitor resistance because the dose of dolutegravir in
  TRIUMEQ is insufficient in these subpopulations. See the dolutegravir
  prescribing information. (1)

**---------------------- DOSAGE AND ADMINISTRATION ----------------------**
- Before initiating TRIUMEQ, screen for the HLA-B*5701 allele because
  TRIUMEQ contains abacavir. (2.1)
- Pregnancy Testing: Pregnancy testing is recommended before initiation
  of TRIUMEQ in adolescents and adults of childbearing potential. (2.2,
  5.6, 8.1, 8.3)
- Adults and pediatric patients weighing at least 40 kg: One tablet daily.
  May be taken with or without food. (2.3)
- If dosing with certain UGT1A or CYP3A inducers, then the
  recommended dolutegravir dosage regimen is 50 mg twice daily. An
  additional 50-mg dose of dolutegravir, separated by 12 hours from
  TRIUMEQ, should be taken. (2.4)
- Because TRIUMEQ is a fixed-dose tablet and cannot be dose adjusted,
  TRIUMEQ is not recommended in patients with creatinine clearance less
  than 30 mL per minute or patients with hepatic impairment. (2.5, 4)

**-------------------- DOSAGE FORMS AND STRENGTHS--------------------**
Tablets: 600 mg of abacavir, 50 mg of dolutegravir, and 300 mg of
lamivudine. (3)

**---------------------- CONTRAINDICATIONS ----------------------**
- Presence of HLA-B*5701 allele. (4)
- Prior hypersensitivity reaction to abacavir, dolutegravir, or lamivudine.
  (4)
- Coadministration with dofetilide. (4)
- Moderate or severe hepatic impairment. (4, 8.7)

**---------------------- WARNINGS AND PRECAUTIONS ----------------------**
- Hepatotoxicity has been reported in patients receiving a dolutegravir-
  containing regimen. Monitoring for hepatotoxicity is recommended. (5.4)
- Lactic acidosis and severe hepatomegaly with steatosis, including fatal
  cases, have been reported with the use of nucleoside analogues. (5.5)
- Embryo-fetal toxicity may occur when used at the time of conception and
  in early pregnancy. Assess the risks and benefits of TRIUMEQ and
  discuss with the patient to determine if an alternative treatment should be
  considered at the time of conception through the first trimester of
  pregnancy or if pregnancy is confirmed in the first trimester due to the
  risk of neural tube defects. Adolescents and adults of childbearing
  potential should be counseled on the consistent use of effective
  contraception. (2.2, 5.6, 8 1, 8.3)
- Immune reconstitution syndrome has been reported in patients treated
  with combination antiretroviral therapy. (5.8)

**---------------------- ADVERSE REACTIONS ----------------------**
The most commonly reported adverse reactions of at least moderate intensity
and incidence at least 2% (in those receiving TRIUMEQ) were insomnia,
headache, and fatigue. (6.1)
**To report SUSPECTED ADVERSE REACTIONS, contact LifeScience
Logistics at 1-469-844-3700 or FDA at 1-800-FDA-1088 or
www.fda.gov/medwatch**

**---------------------- DRUG INTERACTIONS----------------------**
Coadministration of TRIUMEQ with other drugs can alter the concentration
of other drugs and other drugs may alter the concentrations of TRIUMEQ.
The potential drug-drug interactions must be considered prior to and during
therapy. (4, 7, 12.3)

**---------------------- USE IN SPECIFIC POPULATIONS ----------------------**
- Pregnancy: Assess the risks and benefits of TRIUMEQ and discuss with
  the patient to determine if an alternative treatment should be considered at
  the time of conception through the first trimester or if pregnancy is
  confirmed in the first trimester due to the risk of neural tube defects. (2.2,
  5.6, 8.1, 8.3)
- Lactation: Breastfeeding is not recommended due to the potential for
  HIV-1 transmission. (8.2)
- Females and males of reproductive potential: Pregnancy testing is
  recommended in adolescents and adults of childbearing potential. Patients
  should be counseled on the consistent use of effective contraception. (8.1,
  8.3)
- Pediatrics: Not recommended for patients weighing less than 40 kg. (8.4)
- TRIUMEQ is not recommended in patients with creatinine clearance less
  than 30 mL per min. (8.6)
- If a dose reduction of abacavir, a component of TRIUMEQ, is required
  for patients with mild hepatic impairment, then the individual
  components should be used. (8.7)

**See 17 for PATIENT COUNSELING INFORMATION and Medication
Guide.**

**Revised: 09/2021**

Reference ID: 4767061

**FDA-FLORIDA-003952**

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: HYPERSENSITIVITY REACTIONS, AND**
**EXACERBATIONS OF HEPATITIS B**
**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
  2.1   Screening for HLA-B*5701 Allele prior to Starting
        TRIUMEQ
  2.2   Pregnancy Testing before Initiation of TRIUMEQ
  2.3   Recommended Dosage
  2.4   Dosage Recommendation with Certain Concomitant
        Medications
  2.5   Not Recommended Due to Lack of Dosage Adjustment
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
  5.1   Hypersensitivity Reactions
  5.2   Posttreatment Exacerbations of Hepatitis in Patients with
        Hepatitis B Co-infection
  5.3   Emergence of Lamivudine-Resistant HBV
  5.4   Hepatotoxicity
  5.5   Lactic Acidosis and Severe Hepatomegaly with Steatosis
  5.6   Embryo-Fetal Toxicity
  5.7   Risk of Adverse Reactions or Loss of Virologic Response
        Due to Drug Interactions
  5.8   Immune Reconstitution Syndrome
  5.9   Myocardial Infarction
**6   ADVERSE REACTIONS**
  6.1   Clinical Trials Experience
  6.2   Postmarketing Experience
**7   DRUG INTERACTIONS**
  7.1   Effect of Dolutegravir on the Pharmacokinetics of Other
        Agents

  7.2   Effect of Other Agents on the Pharmacokinetics of
        Dolutegravir
  7.3   Established and Other Potentially Significant Drug
        Interactions
**8   USE IN SPECIFIC POPULATIONS**
  8.1   Pregnancy
  8.2   Lactation
  8.3   Females and Males of Reproductive Potential
  8.4   Pediatric Use
  8.5   Geriatric Use
  8.6   Patients with Impaired Renal Function
  8.7   Patients with Impaired Hepatic Function
**10  OVERDOSAGE**
**11  DESCRIPTION**
**12  CLINICAL PHARMACOLOGY**
  12.1  Mechanism of Action
  12.2  Pharmacodynamics
  12.3  Pharmacokinetics
  12.4  Microbiology
**13  NONCLINICAL TOXICOLOGY**
  13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
  13.2  Animal Toxicology and/or Pharmacology
**14  CLINICAL STUDIES**
  14.1  Adult Subjects
  14.2  Pediatric Subjects
**16  HOW SUPPLIED/STORAGE AND HANDLING**
**17  PATIENT COUNSELING INFORMATION**
\*Sections or subsections omitted from the full prescribing information are not
  listed.

# FULL PRESCRIBING INFORMATION

<div style="border:1px solid">

### WARNING: HYPERSENSITIVITY REACTIONS, AND EXACERBATIONS OF HEPATITIS B

**Hypersensitivity Reactions**

**Serious and sometimes fatal hypersensitivity reactions, with multiple organ involvement, have occurred with abacavir, a component of TRIUMEQ (abacavir, dolutegravir, and lamivudine). Patients who carry the HLA-B*5701 allele are at a higher risk of a hypersensitivity reaction to abacavir; although, hypersensitivity reactions have occurred in patients who do not carry the HLA-B*5701 allele *[see Warnings and Precautions (5.1)]*.**

**TRIUMEQ is contraindicated in patients with a prior hypersensitivity reaction to abacavir and in HLA-B*5701-positive patients *[see Contraindications (4), Warnings and Precautions (5.1)]*. All patients should be screened for the HLA-B*5701 allele prior to initiating therapy with TRIUMEQ or reinitiation of therapy with TRIUMEQ, unless patients have a previously documented HLA-B*5701 allele assessment. Discontinue TRIUMEQ immediately if a hypersensitivity reaction is suspected, regardless of HLA-B*5701 status and even when other diagnoses are possible *[see Contraindications (4), Warnings and Precautions (5.1)]*.**

**Following a hypersensitivity reaction to TRIUMEQ, NEVER restart TRIUMEQ or any other abacavir-containing product because more severe symptoms, including death can occur within hours. Similar severe reactions have also occurred rarely following the**

</div>

2

FDA-FLORIDA-003953

**reintroduction of abacavir-containing products in patients who have no history of abacavir hypersensitivity** *[see Warnings and Precautions (5.1)].*

<u>Exacerbations of Hepatitis B</u>

**Severe acute exacerbations of hepatitis B have been reported in patients who are co-infected with hepatitis B virus (HBV) and human immunodeficiency virus (HIV-1) and have discontinued lamivudine, a component of TRIUMEQ. Hepatic function should be monitored closely with both clinical and laboratory follow-up for at least several months in patients who discontinue TRIUMEQ and are co-infected with HIV-1 and HBV. If appropriate, initiation of anti-hepatitis B therapy may be warranted** *[see Warnings and Precautions (5.2)].*

## 1      INDICATIONS AND USAGE

TRIUMEQ is indicated for the treatment of human immunodeficiency virus type 1 (HIV-1) infection in adults and in pediatric patients weighing at least 40 kg.

<u>Limitations of Use:</u>

- TRIUMEQ alone is not recommended in patients with resistance-associated integrase substitutions or clinically suspected integrase strand transfer inhibitor resistance because the dose of dolutegravir in TRIUMEQ is insufficient in these subpopulations. See full prescribing information for TIVICAY (dolutegravir).

## 2      DOSAGE AND ADMINISTRATION

### 2.1      Screening for HLA-B*5701 Allele prior to Starting TRIUMEQ

Screen for the HLA-B*5701 allele prior to initiating therapy with TRIUMEQ *[see Boxed Warning, Warnings and Precautions (5.1)].*

### 2.2      Pregnancy Testing before Initiation of TRIUMEQ

Pregnancy testing is recommended before initiation of TRIUMEQ in adolescents and adults of childbearing potential *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1, 8.3)].*

### 2.3      Recommended Dosage

TRIUMEQ is a fixed-dose combination product containing 600 mg of abacavir, 50 mg of dolutegravir, and 300 mg of lamivudine. The recommended dosage regimen of TRIUMEQ in adults and in pediatric patients weighing at least 40 kg is one tablet once daily orally with or without food.

3

**FDA-FLORIDA-003954**

### 2.4    Dosage Recommendation with Certain Concomitant Medications

The dolutegravir dose (50 mg) in TRIUMEQ is insufficient when coadministered with medications listed in Table 1 that may decrease dolutegravir concentrations; the following dolutegravir dosage regimen is recommended.

**Table 1. Dosing Recommendations for TRIUMEQ with Coadministered Medications**

| Coadministered Drug | Dosing Recommendation |
|---|---|
| Efavirenz, fosamprenavir/ritonavir, tipranavir/ritonavir, carbamazepine, or rifampin | The recommended dolutegravir dosage regimen is 50 mg twice daily. An additional dolutegravir 50-mg tablet, separated by 12 hours from TRIUMEQ, should be taken. |

### 2.5    Not Recommended Due to Lack of Dosage Adjustment

Because TRIUMEQ is a fixed-dose tablet and cannot be dose adjusted, TRIUMEQ is not recommended in:

- patients with creatinine clearance less than 30 mL per minute *[see Use in Specific Populations (8.6)]*.

- patients with mild hepatic impairment. TRIUMEQ is contraindicated in patients with moderate or severe hepatic impairment *[see Contraindications (4), Use in Specific Populations (8.7)]*.

## 3    DOSAGE FORMS AND STRENGTHS

TRIUMEQ tablets are purple, biconvex, oval, and debossed with "572 Trı" on one side. Each film-coated tablet contains abacavir sulfate equivalent to 600 mg of abacavir, dolutegravir sodium equivalent to 50 mg of dolutegravir, and 300 mg of lamivudine *[see Description (11)]*.

## 4    CONTRAINDICATIONS

TRIUMEQ is contraindicated in patients:

- who have the HLA-B*5701 allele *[see Warnings and Precautions (5.1)]*.

- with prior hypersensitivity reaction to abacavir, dolutegravir *[see Warnings and Precautions (5.1)]*, or lamivudine.

- receiving dofetilide due to the potential for increased dofetilide plasma concentrations and the risk for serious and/or life-threatening events with concomitant use of dolutegravir *[see Drug Interactions (7)]*.

- with moderate or severe hepatic impairment *[see Use in Specific Populations (8.7)]*.

4

FDA-FLORIDA-003955

## 5        WARNINGS AND PRECAUTIONS

### 5.1    Hypersensitivity Reactions

Hypersensitivity reactions have been reported with the use of abacavir or dolutegravir, components of TRIUMEQ.

<u>Abacavir</u>

Serious and sometimes fatal hypersensitivity reactions have occurred with abacavir-containing regimens. See full prescribing information for ZIAGEN (abacavir).

Abacavir hypersensitivity reactions have included multi-organ failure and anaphylaxis and typically occurred within the first 6 weeks of treatment with abacavir (median time to onset was 9 days); although abacavir hypersensitivity reactions have occurred any time during treatment *[see Adverse Reactions (6.1)]*. Patients who carry the HLA-B*5701 allele are at a higher risk of abacavir hypersensitivity reactions; although, patients who do not carry the HLA-B*5701 allele have developed hypersensitivity reactions. Hypersensitivity to abacavir was reported in approximately 206 (8%) of 2,670 patients in 9 clinical trials with abacavir-containing products where HLA-B*5701 screening was not performed. The incidence of suspected abacavir hypersensitivity reactions in clinical trials was 1% when subjects carrying the HLA-B*5701 allele were excluded. In any patient treated with abacavir, the clinical diagnosis of hypersensitivity reaction must remain the basis of clinical decision making.

Due to the potential for severe, serious, and possibly fatal hypersensitivity reactions with abacavir:

- All patients should be screened for the HLA-B*5701 allele prior to initiating therapy with TRIUMEQ or reinitiation of therapy with TRIUMEQ, unless patients have a previously documented HLA-B*5701 allele assessment.

- TRIUMEQ is contraindicated in patients with a prior hypersensitivity reaction to abacavir and in HLA-B*5701-positive patients.

- Before starting TRIUMEQ, review medical history for prior exposure to any abacavir-containing product. NEVER restart TRIUMEQ or any other abacavir-containing product following a hypersensitivity reaction to abacavir, regardless of HLA-B*5701 status.

- To reduce the risk of a life-threatening hypersensitivity reaction, regardless of HLA-B*5701 status, discontinue TRIUMEQ immediately if a hypersensitivity reaction is suspected, even when other diagnoses are possible (e.g., acute onset respiratory diseases such as pneumonia, bronchitis, pharyngitis, or influenza; gastroenteritis; or reactions to other medications). Clinical status, including liver chemistries, should be monitored and appropriate therapy initiated.

- If a hypersensitivity reaction cannot be ruled out, do not restart TRIUMEQ or any other abacavir-containing products because more severe symptoms, which may include life-

5

FDA-FLORIDA-003956

threatening hypotension and death, can occur within hours.

- Clinically, it is not possible to determine whether a hypersensitivity reaction with TRIUMEQ would be caused by abacavir or dolutegravir. Therefore, never restart TRIUMEQ or any other abacavir- or dolutegravir-containing product in patients who have stopped therapy with TRIUMEQ due to a hypersensitivity reaction.

- If a hypersensitivity reaction is ruled out, patients may restart TRIUMEQ. Rarely, patients who have stopped abacavir for reasons other than symptoms of hypersensitivity have also experienced life-threatening reactions within hours of reinitiating abacavir therapy. Therefore, reintroduction of TRIUMEQ, or any other abacavir-containing product, is recommended only if medical care can be readily accessed.

- A Medication Guide and Warning Card that provide information about recognition of abacavir hypersensitivity reactions should be dispensed with each new prescription and refill.

<u>Dolutegravir</u>

Hypersensitivity reactions have been reported and were characterized by rash, constitutional findings, and sometimes organ dysfunction, including liver injury. The events were reported in less than 1% of subjects receiving TIVICAY in Phase 3 clinical trials. Discontinue TRIUMEQ and other suspect agents immediately if signs or symptoms of hypersensitivity reactions develop (including, but not limited to, severe rash or rash accompanied by fever, general malaise, fatigue, muscle or joint aches, blisters or peeling of the skin, oral blisters or lesions, conjunctivitis, facial edema, hepatitis, eosinophilia, angioedema, difficulty breathing). Clinical status, including liver aminotransferases, should be monitored and appropriate therapy initiated. Delay in stopping treatment with TRIUMEQ or other suspect agents after the onset of hypersensitivity may result in a life-threatening reaction.

Clinically, it is not possible to determine whether a hypersensitivity reaction with TRIUMEQ would be caused by abacavir or dolutegravir. Therefore, never restart TRIUMEQ or any other abacavir- or dolutegravir-containing product in patients who have stopped therapy with TRIUMEQ due to a hypersensitivity reaction.

## 5.2    Posttreatment Exacerbations of Hepatitis in Patients with Hepatitis B Co-infection

Clinical and laboratory evidence of exacerbations of hepatitis have occurred after discontinuation of lamivudine. See full prescribing information for EPIVIR (lamivudine). Patients should be closely monitored with both clinical and laboratory follow-up for at least several months after stopping treatment.

## 5.3    Emergence of Lamivudine-Resistant HBV

Safety and efficacy of lamivudine have not been established for treatment of chronic hepatitis B in subjects dually infected with HIV-1 and HBV. Emergence of hepatitis B virus variants associated with resistance to lamivudine has been reported in HIV-1−infected subjects who have

6

received lamivudine-containing antiretroviral regimens in the presence of concurrent infection with hepatitis B virus. See full prescribing information for EPIVIR-HBV (lamivudine).

## 5.4    Hepatotoxicity

Hepatic adverse events have been reported in patients receiving a dolutegravir-containing regimen *[see Adverse Reactions (6.1)]*. Patients with underlying hepatitis B or C may be at increased risk for worsening or development of transaminase elevations with use of TRIUMEQ *[see Adverse Reactions (6.1)]*. In some cases, the elevations in transaminases were consistent with immune reconstitution syndrome or hepatitis B reactivation particularly in the setting where anti-hepatitis therapy was withdrawn. Cases of hepatic toxicity, including elevated serum liver biochemistries, hepatitis, and acute liver failure, have also been reported in patients receiving a dolutegravir-containing regimen who had no pre-existing hepatic disease or other identifiable risk factors. Drug-induced liver injury leading to liver transplant has been reported with TRIUMEQ. Monitoring for hepatotoxicity is recommended.

## 5.5    Lactic Acidosis and Severe Hepatomegaly with Steatosis

Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with the use of nucleoside analogues, including abacavir and lamivudine (components of TRIUMEQ). A majority of these cases have been in women. Female sex and obesity may be risk factors for the development of lactic acidosis and severe hepatomegaly with steatosis in patients treated with antiretroviral nucleoside analogues. See full prescribing information for ZIAGEN (abacavir) and EPIVIR (lamivudine). Treatment with TRIUMEQ should be suspended in any patient who develops clinical or laboratory findings suggestive of lactic acidosis or pronounced hepatotoxicity, which may include hepatomegaly and steatosis even in the absence of marked transaminase elevations.

## 5.6    Embryo-Fetal Toxicity

An ongoing observational study showed an association between dolutegravir and an increased risk of neural tube defects when dolutegravir was administered at the time of conception and in early pregnancy. As there is limited understanding of the association of reported types of neural tube defects with dolutegravir use, inform adolescents and adults of childbearing potential, including those actively trying to become pregnant, about the potential increased risk of neural tube defects with TRIUMEQ. Assess the risks and benefits of TRIUMEQ and discuss with the patient to determine if an alternative treatment should be considered at the time of conception through the first trimester of pregnancy or if pregnancy is confirmed in the first trimester *[see Use in Specific Populations (8.1, 8.3)]*.

Pregnancy testing is recommended before initiation of TRIUMEQ in adolescents and adults of childbearing potential *[see Dosage and Administration (2.2)]*.

Adolescents and adults of childbearing potential should be counseled on the consistent use of effective contraception *[see Use in Specific Populations (8.1, 8.3)]*.

7

FDA-FLORIDA-003958

TRIUMEQ may be considered during the second and third trimesters of pregnancy if the expected benefit justifies the potential risk to the pregnant woman and the fetus.

### 5.7    Risk of Adverse Reactions or Loss of Virologic Response Due to Drug Interactions

The concomitant use of TRIUMEQ and other drugs may result in known or potentially significant drug interactions, some of which may lead to *[see Contraindications (4), Drug Interactions (7.3)]*:

- Loss of therapeutic effect of TRIUMEQ and possible development of resistance.

- Possible clinically significant adverse reactions from greater exposures of concomitant drugs.

See Table 5 for steps to prevent or manage these possible and known significant drug interactions, including dosing recommendations. Consider the potential for drug interactions prior to and during therapy with TRIUMEQ; review concomitant medications during therapy with TRIUMEQ; and monitor for the adverse reactions associated with the concomitant drugs.

### 5.8    Immune Reconstitution Syndrome

Immune reconstitution syndrome has been reported in patients treated with combination antiretroviral therapy, including TRIUMEQ. During the initial phase of combination antiretroviral treatment, patients whose immune systems respond may develop an inflammatory response to indolent or residual opportunistic infections (such as *Mycobacterium avium* infection, cytomegalovirus, *Pneumocystis jirovecii* pneumonia [PCP], or tuberculosis), which may necessitate further evaluation and treatment.

Autoimmune disorders (such as Graves' disease, polymyositis, and Guillain-Barré syndrome) have also been reported to occur in the setting of immune reconstitution; however, the time to onset is more variable, and can occur many months after initiation of treatment.

### 5.9    Myocardial Infarction

Several prospective, observational, epidemiological studies have reported an association with the use of abacavir and the risk of myocardial infarction (MI). Meta-analyses of randomized, controlled clinical trials have observed no excess risk of MI in abacavir-treated subjects as compared with control subjects. To date, there is no established biological mechanism to explain a potential increase in risk. In totality, the available data from the observational studies and from controlled clinical trials show inconsistency; therefore, evidence for a causal relationship between abacavir and the risk of MI is inconclusive.

As a precaution, the underlying risk of coronary heart disease should be considered when prescribing antiretroviral therapies, including abacavir, and action taken to minimize all modifiable risk factors (e.g., hypertension, hyperlipidemia, diabetes mellitus, smoking).

## 6    ADVERSE REACTIONS

The following adverse reactions are discussed in other sections of the labeling:

FDA-FLORIDA-003959

- Serious and sometimes fatal hypersensitivity reaction *[see Boxed Warning, Warnings and Precautions (5.1)]*.

- Exacerbations of hepatitis B *[see Boxed Warning, Warnings and Precautions (5.3)]*.

- Hepatotoxicity *[see Warnings and Precautions (5.4)]*.

- Lactic acidosis and severe hepatomegaly with steatosis *[see Warnings and Precautions (5.5)]*.

- Immune reconstitution syndrome *[see Warnings and Precautions (5.8)]*.

- Myocardial infarction *[see Warnings and Precautions (5.9)]*.

**6.1    Clinical Trials Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared with rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

Clinical Trials in Adults

*Serious and Fatal Abacavir-Associated Hypersensitivity Reactions:* In clinical trials, serious and sometimes fatal hypersensitivity reactions have occurred with abacavir, a component of TRIUMEQ *[see Boxed Warning, Warnings and Precautions (5.1)]*. These reactions have been characterized by 2 or more of the following signs or symptoms: (1) fever; (2) rash; (3) gastrointestinal symptoms (including nausea, vomiting, diarrhea, or abdominal pain); (4) constitutional symptoms (including generalized malaise, fatigue, or achiness); (5) respiratory symptoms (including dyspnea, cough, or pharyngitis). Almost all abacavir hypersensitivity reactions include fever and/or rash as part of the syndrome.

Other signs and symptoms have included lethargy, headache, myalgia, edema, arthralgia, and paresthesia. Anaphylaxis, liver failure, renal failure, hypotension, adult respiratory distress syndrome, respiratory failure, myolysis, and death have occurred in association with these hypersensitivity reactions. Physical findings have included lymphadenopathy, mucous membrane lesions (conjunctivitis and mouth ulcerations), and maculopapular or urticarial rash (although some patients had other types of rashes and others did not have a rash). There were reports of erythema multiforme. Laboratory abnormalities included elevated liver chemistries, elevated creatine phosphokinase, elevated creatinine, and lymphopenia and abnormal chest x-ray findings (predominantly infiltrates, which were localized).

*Serious Dolutegravir Hypersensitivity Reactions:* In clinical trials, hypersensitivity reactions have occurred with dolutegravir, a component of TRIUMEQ *[see Warnings and Precautions (5.1)]*. These hypersensitivity reactions have been characterized by rash, constitutional findings, and sometimes organ dysfunction, including liver injury.

*Additional Treatment-Emergent Adverse Drug Reactions (ADRs) with Use of TRIUMEQ:* The safety assessment of TRIUMEQ is primarily based on the analyses of data from a randomized,

9

**FDA-FLORIDA-003960**

international, multicenter, double-blind, active-controlled trial, SINGLE (ING114467) and supported by data in treatment-experienced, INSTI-naïve subjects from SAILING (ING111762) and by data from other treatment-naïve trials. See full prescribing information for TIVICAY.

*Treatment-Naïve Subjects:* In SINGLE, 833 adult subjects were randomized and received at least one dose of either dolutegravir (TIVICAY) 50 mg with fixed-dose abacavir and lamivudine (EPZICOM) once daily (n = 414) or fixed-dose efavirenz/emtricitabine/tenofovir (ATRIPLA) once daily (n = 419) (study treatment was blinded through Week 96 and open-label from Week 96 through Week 144). Through 144 weeks, the rate of adverse events leading to discontinuation was 4% in subjects receiving TIVICAY + EPZICOM and 14% in subjects receiving ATRIPLA once daily.

Treatment-emergent ADRs of moderate to severe intensity observed in at least 2% of subjects in either treatment arm of SINGLE are provided in Table 2.

**Table 2. Treatment-Emergent Adverse Drug Reactions of at Least Moderate Intensity (Grades 2 to 4) and at Least 2% Frequency in Treatment-Naïve Subjects in SINGLE (Week 144 Analysis)**

| Adverse Reaction | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| **Psychiatric** | | |
| Insomnia | 3% | 3% |
| Depression | 1% | 2% |
| Abnormal dreams | <1% | 2% |
| **Nervous System** | | |
| Dizziness | <1% | 5% |
| Headache | 2% | 2% |
| **Gastrointestinal** | | |
| Nausea | <1% | 3% |
| Diarrhea | <1% | 2% |
| **General Disorders** | | |
| Fatigue | 2% | 2% |
| **Skin and Subcutaneous Tissue** | | |
| Rash[a] | <1% | 6% |
| **Ear and Labyrinth** | | |
| Vertigo | 0 | 2% |

[a] Includes pooled terms: rash, rash generalized, rash macular, rash maculo-papular, rash pruritic, and drug eruption.

*Treatment-Experienced Subjects:* SAILING is an international, double-blind trial in INSTI-naïve, antiretroviral treatment-experienced adult subjects. Subjects were randomized and

Reference ID: 4767061

received either TIVICAY 50 mg once daily or raltegravir 400 mg twice daily with investigator-selected background regimen consisting of up to 2 agents, including at least one fully active agent. At 48 weeks, the rate of adverse events leading to discontinuation was consistent with that seen in the overall treatment-naïve patient population. See full prescribing information for TIVICAY.

The ADRs observed in the subset of subjects who received TIVICAY + EPZICOM were generally consistent with those seen in the overall treatment-naïve patient population.

*Less Common Adverse Reactions Observed in Clinical Trials:* The following adverse reactions occurred in less than 2% of treatment-naïve or treatment-experienced subjects in any one trial. These events have been included because of their seriousness and/or assessment of potential causal relationship.

*Gastrointestinal Disorders:* Abdominal pain, abdominal distention, abdominal discomfort, dyspepsia, flatulence, gastroesophageal reflux disease, upper abdominal pain, vomiting.

*General Disorders:* Fever, lethargy.

*Hepatobiliary Disorders:* Hepatitis.

*Metabolism and Nutrition Disorders:* Anorexia, hypertriglyceridemia.

*Musculoskeletal Disorders:* Arthralgia, myositis.

*Nervous System Disorders:* Somnolence.

*Psychiatric Disorders:* Suicidal ideation, attempt, behavior, or completion. These events were observed primarily in subjects with a pre-existing history of depression or other psychiatric illness. Nightmare and sleep disorder.

*Renal and Urinary Disorders:* Renal impairment.

*Skin and Subcutaneous Tissue Disorders:* Pruritus.

*Laboratory Abnormalities: Treatment-Naïve Subjects:* Selected laboratory abnormalities (Grades 2 to 4) with a worsening grade from baseline and representing the worst-grade toxicity in at least 2% of subjects in SINGLE are presented in Table 3. The mean change from baseline observed for selected lipid values is presented in Table 4.

**Table 3. Selected Laboratory Abnormalities (Grades 2 to 4) in Treatment-Naïve Subjects in SINGLE (Week 144 Analysis)**

| Laboratory Abnormality | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| ALT Grade 2 (>2.5-5.0 x ULN) | 3% | 5% |

11

FDA-FLORIDA-003962

| | | |
|---|---|---|
| Grade 3 to 4 (>5.0 x ULN) | 1% | <1% |
| AST | | |
|   Grade 2 (>2.5-5.0 x ULN) | 3% | 4% |
|   Grade 3 to 4 (>5.0 x ULN) | 1% | 3% |
| Creatine kinase | | |
|   Grade 2 (6.0-9.9 x ULN) | 5% | 3% |
|   Grade 3 to 4 (≥10.0 x ULN) | 7% | 8% |
| Hyperglycemia | | |
|   Grade 2 (126-250 mg/dL) | 9% | 6% |
|   Grade 3 (>250 mg/dL) | 2% | <1% |
| Lipase | | |
|   Grade 2 (>1.5-3.0 x ULN) | 11% | 11% |
|   Grade 3 to 4 (>3.0 ULN) | 5% | 4% |
| Total neutrophils | | |
|   Grade 2 (0.75-0.99 x $10^9$) | 4% | 5% |
|   Grade 3 to 4 (<0.75 x $10^9$) | 3% | 3% |

ULN = Upper limit of normal.

**Table 4. Mean Change from Baseline in Fasted Lipid Values in Treatment-Naïve Subjects in SINGLE (Week 144 Analysis[a])**

| Lipid | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| Cholesterol (mg/dL) | 24.0 | 26.7 |
| HDL cholesterol (mg/dL) | 5.4 | 7.2 |
| LDL cholesterol (mg/dL) | 16.0 | 14.6 |
| Triglycerides (mg/dL) | 13.6 | 31.9 |

[a] Subjects on lipid-lowering agents at baseline were excluded from these analyses (TIVICAY + EPZICOM: n = 30 and ATRIPLA: n = 27). Seventy-two subjects initiated a lipid-lowering agent post-baseline; their last fasted on-treatment values (prior to starting the agent) were used regardless if they discontinued the agent (TIVICAY + EPZICOM: n = 36 and ATRIPLA: n = 36).

*Treatment-Experienced Subjects:* Laboratory abnormalities observed in SAILING were generally similar compared with observations seen in the treatment-naïve trials.

*Hepatitis C Virus Co-infection:* In SINGLE, the pivotal Phase 3 trial, subjects with hepatitis C virus co-infection were permitted to enroll provided that baseline liver chemistry tests did not exceed 5 times the upper limit of normal; subjects with hepatitis B co-infection were excluded. Overall, the safety profile in subjects with hepatitis C virus co-infection was similar to that observed in subjects without hepatitis C co-infection, although the rates of AST and ALT abnormalities were higher in the subgroup with hepatitis C virus co-infection for both treatment

12

FDA-FLORIDA-003963

groups. Grades 2 to 4 ALT abnormalities in hepatitis C co-infected compared with HIV mono-infected subjects receiving TRIUMEQ were observed in 15% and 2% (vs. 24% and 4% of subjects treated with ATRIPLA) (Week 96 analysis), respectively *[see Warnings and Precautions (5.2)]*. See also full prescribing information for TIVICAY.

*Changes in Serum Creatinine:* Dolutegravir has been shown to increase serum creatinine due to inhibition of tubular secretion of creatinine without affecting renal glomerular function *[see Clinical Pharmacology (12.2)]*. Increases in serum creatinine occurred within the first 4 weeks of treatment and remained stable through 144 weeks. In SINGLE, a mean change from baseline of 0.14 mg per dL (range: -0.25 mg per dL to 0.81 mg per dL) was observed after 144 weeks of treatment. Creatinine increases were similar in treatment-experienced subjects.

*Abacavir and Lamivudine:* Laboratory abnormalities observed in clinical trials of ZIAGEN (in combination with other antiretroviral treatment) were anemia, neutropenia, liver function test abnormalities, and elevations of CPK, blood glucose, and triglycerides. Additional laboratory abnormalities observed in clinical trials of EPIVIR (in combination with other antiretroviral treatment) were thrombocytopenia and elevated levels of bilirubin, amylase, and lipase.

Clinical Trials Experience in Pediatric Subjects

*Abacavir and Lamivudine:* The safety of once-daily compared with twice-daily dosing of abacavir and lamivudine, administered as either single products or as EPZICOM, was assessed in the ARROW trial (n = 336). Primary safety assessment in the ARROW (COL105677) trial was based on Grade 3 and Grade 4 adverse events. One event of Grade 4 hepatitis in the once-daily cohort was considered as uncertain causality by the investigator and all other Grade 3 or 4 adverse events were considered not related by the investigator. No additional safety issues were identified in pediatric subjects compared with historical data in adults.

*Dolutegravir:* IMPAACT P1093 is a 48-week multicenter, open-label, non-comparative trial of approximately 160 HIV-1−infected pediatric subjects aged 4 weeks to less than 18 years, of which, 23 treatment-experienced, INSTI-naïve subjects aged 12 to less than 18 years were enrolled *[see Use in Specific Populations (8.4), Clinical Studies (14.2)]*.

The ADR profile was similar to that for adults. Grade 2 ADRs reported by more than one subject were decreased neutrophil count (n = 2). No Grade 3 or 4 ADRs were reported. No ADRs led to discontinuation. The Grade 3 laboratory abnormalities reported in 1 subject each were elevated total bilirubin, elevated lipase, and decreased white blood cell count. There was one Grade 4 decreased neutrophil count. The changes in mean serum creatinine were similar to those observed in adults.

## 6.2  Postmarketing Experience

In addition to adverse reactions reported from clinical trials, the following adverse reactions have been identified during postmarketing use with one or more of the components of TRIUMEQ. Because these reactions are reported voluntarily from a population of uncertain size, it is not

13

FDA-FLORIDA-003964

always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Blood and Lymphatic Systems

Aplastic anemia, anemia (including pure red cell aplasia and severe anemias progressing on therapy), lymphadenopathy, splenomegaly.

Digestive

Stomatitis.

Gastrointestinal

Pancreatitis.

General

Weakness.

Hepatobiliary Disorders

Acute liver failure, liver transplant.

Hypersensitivity

Sensitization reactions (including anaphylaxis), urticaria *[see Warnings and Precautions (5.1), Adverse Reactions (6.1)]*.

Investigations

Weight increased.

Metabolism and Nutrition Disorders

Hyperlactemia.

Musculoskeletal

CPK elevation, muscle weakness, myalgia, rhabdomyolysis.

Nervous

Paresthesia, peripheral neuropathy, seizures.

Psychiatric

Anxiety.

Respiratory

Abnormal breath sounds/wheezing.

14

FDA-FLORIDA-003965

Skin

Alopecia, erythema multiforme. Suspected Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN) have been reported in patients receiving abacavir primarily in combination with medications known to be associated with SJS and TEN, respectively. Because of the overlap of clinical signs and symptoms between hypersensitivity to abacavir and SJS and TEN, and the possibility of multiple drug sensitivities in some patients, abacavir should be discontinued and not restarted in such cases *[see Adverse Reactions (6.1)]*.

# 7    DRUG INTERACTIONS

## 7.1    Effect of Dolutegravir on the Pharmacokinetics of Other Agents

In vitro, dolutegravir inhibited the renal organic cation transporters (OCT)2 ($IC_{50}$ = 1.93 microM) and multidrug and toxin extrusion transporter (MATE)1 ($IC_{50}$ = 6.34 microM). In vivo, dolutegravir inhibits tubular secretion of creatinine by inhibiting OCT2 and potentially MATE1. Dolutegravir may increase plasma concentrations of drugs eliminated via OCT2 or MATE1 (dofetilide, dalfampridine, and metformin) *[see Contraindications (4), Drug Interactions (7.3)]*.

In vitro, dolutegravir inhibited the basolateral renal transporters, organic anion transporter (OAT) 1 ($IC_{50}$ = 2.12 microM) and OAT3 ($IC_{50}$ = 1.97 microM). However, in vivo, dolutegravir did not alter the plasma concentrations of tenofovir or para-amino hippurate, substrates of OAT1 and OAT3.

In vitro, dolutegravir did not inhibit ($IC_{50}$ greater than 50 microM) the following: cytochrome P450 (CYP)1A2, CYP2A6, CYP2B6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, CYP3A, uridine diphosphate (UDP)-glucuronosyl transferase (UGT)1A1, UGT2B7, P-glycoprotein (P-gp), breast cancer resistance protein (BCRP), bile salt export pump (BSEP), organic anion transporter polypeptide (OATP)1B1, OATP1B3, OCT1, or multidrug resistance protein (MRP)2, or MRP4. In vitro, dolutegravir did not induce CYP1A2, CYP2B6, CYP3A4. Based on these data and the results of drug interaction trials, dolutegravir is not expected to affect the pharmacokinetics of drugs that are substrates of these enzymes or transporters.

In drug interaction trials, dolutegravir did not have a clinically relevant effect on the pharmacokinetics of the following drugs: daclatasvir, tenofovir, methadone, midazolam, rilpivirine, and oral contraceptives containing norgestimate and ethinyl estradiol. Using cross-study comparisons to historical pharmacokinetic data for each interacting drug, dolutegravir did not appear to affect the pharmacokinetics of the following drugs: atazanavir, darunavir, efavirenz, etravirine, fosamprenavir, lopinavir, ritonavir, and boceprevir.

## 7.2    Effect of Other Agents on the Pharmacokinetics of Dolutegravir

Dolutegravir is metabolized by UGT1A1 with some contribution from CYP3A. Dolutegravir is also a substrate of UGT1A3, UGT1A9, BCRP, and P-gp in vitro. Drugs that induce those

15

FDA-FLORIDA-003966

enzymes and transporters may decrease dolutegravir plasma concentrations and reduce the therapeutic effect of dolutegravir.

Coadministration of dolutegravir and other drugs that inhibit these enzymes may increase dolutegravir plasma concentrations.

Etravirine significantly reduced plasma concentrations of dolutegravir, but the effect of etravirine was mitigated by coadministration of lopinavir/ritonavir or darunavir/ritonavir, and is expected to be mitigated by atazanavir/ritonavir (Table 5) *[see Drug Interactions (7.3), Clinical Pharmacology (12.3)].*

In vitro, dolutegravir was not a substrate of OATP1B1 or OATP1B3.

Darunavir/ritonavir, lopinavir/ritonavir, rilpivirine, tenofovir, boceprevir, daclatasvir, prednisone, rifabutin, and omeprazole had no clinically significant effect on the pharmacokinetics of dolutegravir.

### 7.3   Established and Other Potentially Significant Drug Interactions

There were no drug-drug interaction trials conducted with the abacavir, dolutegravir, and lamivudine fixed-dose combination tablets.

Information regarding potential drug interactions with the individual components of TRIUMEQ are provided below. These recommendations are based on either drug interaction trials or predicted interactions due to the expected magnitude of interaction and potential for serious adverse events or loss of efficacy. *[See Contraindications (4), Clinical Pharmacology (12.3).]*

**Table 5. Established and Other Potentially Significant Drug Interactions for Dolutegravir: Alterations in Dose May Be Recommended Based on Drug Interaction Trials or Predicted Interactions**

| Concomitant Drug Class: Drug Name | Effect on Concentration | Clinical Comment |
|---|---|---|
| *HIV-1 Antiviral Agents* | | |
| **Non-nucleoside reverse transcriptase inhibitor:** Etravirine[a] | ↓Dolutegravir | Use of TRIUMEQ with etravirine without coadministration of atazanavir/ritonavir, darunavir/ritonavir, or lopinavir/ritonavir is not recommended. |
| **Non-nucleoside reverse transcriptase inhibitor:** Efavirenz[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |
| **Non-nucleoside reverse transcriptase inhibitor:** | ↓Dolutegravir | Avoid coadministration with TRIUMEQ because there are |

16

FDA-FLORIDA-003967

| | | |
|---|---|---|
| Nevirapine | | insufficient data to make dosing recommendations. |
| **Protease inhibitor:** Fosamprenavir/ritonavir[a] Tipranavir/ritonavir[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional dolutegravir 50-mg dose should be taken, separated by 12 hours from TRIUMEQ. |
| *Other Agents* | | |
| **Antiarrhythmic:** Dofetilide | ↑Dofetilide | Coadministration is contraindicated with TRIUMEQ *[see Contraindications (4)]*. |
| **Potassium channel blocker:** Dalfampridine | ↑Dalfampridine | Elevated levels of dalfampridine increase the risk of seizures. The potential benefits of taking dalfampridine concurrently with TRIUMEQ should be considered against the risk of seizures in these patients. |
| Carbamazepine[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional dolutegravir 50-mg dose should be taken, separated by 12 hours from TRIUMEQ. |
| Oxcarbazepine Phenytoin Phenobarbital St. John's wort (*Hypericum perforatum*) | ↓Dolutegravir | Avoid coadministration with TRIUMEQ because there are insufficient data to make dosing recommendations. |
| **Medications containing polyvalent cations (e.g., Mg or Al):** Cation-containing antacids[a] or laxatives Sucralfate Buffered medications | ↓Dolutegravir | Administer TRIUMEQ 2 hours before or 6 hours after taking medications containing polyvalent cations. |
| **Oral calcium and iron supplements, including multivitamins containing calcium or iron[a]** | ↓Dolutegravir | When taken with food, TRIUMEQ and supplements or multivitamins containing calcium or iron can be taken at the same time. Under fasting conditions, TRIUMEQ should be taken 2 hours before or 6 hours after taking supplements containing calcium or iron. |

17

FDA-FLORIDA-003968

| Metformin[a] | ↑Metformin | Refer to the prescribing information for metformin for assessing the benefit and risk of concomitant use of TRIUMEQ and metformin. |
| Rifampin[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |

[a] *See Clinical Pharmacology (12.3) Table 8 or Table 9 for magnitude of interaction.*

Methadone

*Abacavir:* In a trial of 11 HIV-1–infected subjects receiving methadone-maintenance therapy with 600 mg of abacavir twice daily (twice the currently recommended dose), oral methadone clearance increased *[see Clinical Pharmacology (12.3)]*. This alteration will not result in a methadone dose modification in the majority of patients; however, an increased methadone dose may be required in a small number of patients.

Sorbitol

*Lamivudine:* Coadministration of single doses of lamivudine and sorbitol resulted in a sorbitol dose-dependent reduction in lamivudine exposures. When possible, avoid use of sorbitol-containing medicines with lamivudine-containing medicines *[see Clinical Pharmacology (12.3)]*.

Riociguat

*Abacavir:* Coadministration with TRIUMEQ resulted in increased riociguat exposure, which may increase the risk of riociguat adverse reactions *[see Clinical Pharmacology (12.3)]*. The riociguat dose may need to be reduced. See full prescribing information for ADEMPAS (riociguat).

## 8    USE IN SPECIFIC POPULATIONS

### 8.1    Pregnancy

Pregnancy Exposure Registry

There is a pregnancy exposure registry that monitors pregnancy outcomes in individuals exposed to TRIUMEQ during pregnancy. Healthcare providers are encouraged to register patients by calling the Antiretroviral Pregnancy Registry (APR) at 1-800-258-4263.

Risk Summary

Data from an ongoing birth outcome surveillance study has identified an increased risk of neural tube defects when dolutegravir, a component of TRIUMEQ, is administered at the time of conception. As defects related to closure of the neural tube occur from conception through the

18

FDA-FLORIDA-003969

first 6 weeks of gestation, embryos exposed to dolutegravir from the time of conception through the first 6 weeks of gestation are at potential risk.

Advise adolescents and adults of childbearing potential, including those actively trying to become pregnant, of the potential risk of neural tube defects with use of TRIUMEQ. Assess the risks and benefits of TRIUMEQ and discuss with the patient to determine if an alternative treatment should be considered at the time of conception through the first trimester of pregnancy or if pregnancy is confirmed in the first trimester. A benefit-risk assessment should consider factors such as feasibility of switching to another antiretroviral regimen, tolerability, ability to maintain viral suppression, and risk of HIV-1 transmission to the infant against the risk of neural tube defects associated with in utero dolutegravir exposure during critical periods of fetal development *[see Warnings and Precautions (5.6)]*.

There are insufficient human data on the use of TRIUMEQ during pregnancy to definitively assess a drug-associated risk for birth defects and miscarriage. The background risk for major birth defects for the indicated population is unknown. In the U.S. general population, the estimated background rate for major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

In animal reproduction studies, no evidence of adverse developmental outcomes was observed with dolutegravir at systemic exposures (AUC) less than (rabbits) and approximately 50 times (rats) the exposure in humans at the recommended human dose (RHD) *(see Data)*. Oral administration of abacavir to pregnant rats during organogenesis resulted in fetal malformations and other embryonic and fetal toxicities at exposures 35 times the human exposure (AUC) at the RHD. No adverse developmental effects were observed following oral administration of abacavir to pregnant rabbits during organogenesis at exposures approximately 9 times the human exposure (AUC) at the RHD. Oral administration of lamivudine to pregnant rabbits during organogenesis resulted in embryolethality at a human exposure (AUC) similar to the RHD; however, no adverse development effects were observed with oral administration of lamivudine to pregnant rats during organogenesis at plasma concentrations ($C_{max}$) 35 times the RHD *(see Data)*.

Data

*Human Data: Dolutegravir:* In a birth outcome surveillance study in Botswana, there were 7 cases of neural tube defects reported out of 3,591 deliveries (0.19%) to women who were exposed to dolutegravir-containing regimens at the time of conception. In comparison, the neural tube defect prevalence rates were 0.11% (21/19,361 deliveries) in the non-dolutegravir arm and 0.07% (87/119,630 deliveries) in the HIV-uninfected arm. Seven cases reported with dolutegravir included 3 cases of myelomeningocele, 2 cases of encephalocele, and one case each of anencephaly and iniencephaly. In the same study, no increased risk of neural tube defects was identified in women who started dolutegravir during pregnancy. Two infants out of 4,448 (0.04%) deliveries to women who started dolutegravir during pregnancy had a neural tube defect,

19

FDA-FLORIDA-003970

compared with 5 infants out of 6,748 (0.07%) deliveries to women who started non-dolutegravir-containing regimens during pregnancy. The reported risks of neural tube defects by treatment groups were based on interim analyses from the ongoing surveillance study in Botswana. It is unknown if baseline characteristics were balanced between the study treatment groups. The observed trends of association could change as data accumulate.

Data analyzed to date from other sources including the APR, clinical trials, and postmarketing data are insufficient to definitively address the risk of neural tube defects with dolutegravir.

Data from the birth outcome surveillance study described above and postmarketing sources with more than 1,000 pregnancy outcomes from second and third trimester exposure in pregnant women indicate no evidence of increased risk of adverse birth outcomes.

Based on prospective reports to the APR of 842 exposures to dolutegravir during pregnancy resulting in live births (including 512 exposed in the first trimester), the prevalence of defects in live births was 3.3% (95% CI: 1.9% to 5.3%) following first-trimester exposure to dolutegravir-containing regimens and 4.8% (95% CI: 2.8% to 7.8%) following second-/third-trimester exposure to dolutegravir-containing regimens. In the U.S. reference population of the Metropolitan Atlanta Congenital Defects Program (MACDP), the background birth defect rate was 2.7%.

*Abacavir:* Based on prospective reports to the APR of exposures to abacavir during pregnancy resulting in live births (including over 1,300 exposed in the first trimester and over 1,300 exposed in the second/third trimester), there was no difference between the overall risk of birth defects for abacavir compared with the background birth defect rate of 2.7% in the U.S. reference population of the MACDP. The prevalence of defects in live births was 3.2% (95% CI: 2.3% to 4.3%) following first trimester exposure to abacavir-containing regimens and 2.9% (95% CI: 2.1% to 4.0%) following second/third trimester exposure to abacavir-containing regimens.

Abacavir has been shown to cross the placenta and concentrations in neonatal plasma at birth were essentially equal to those in maternal plasma at delivery *[see Clinical Pharmacology (12.3)]*.

*Lamivudine:* Based on prospective reports to the APR of exposures to lamivudine during pregnancy resulting in live births (including over 5,300 exposed in the first trimester and over 7,400 exposed in the second/third trimester), there was no difference between the overall risk of birth defects for lamivudine compared with the background birth defect rate of 2.7% in the U.S. reference population of the MACDP. The prevalence of birth defects in live births was 3.1% (95% CI: 2.7% to 3.6%) following first trimester exposure to lamivudine-containing regimens and 2.9% (95% CI: 2.5%, 3.3%) following second/third trimester exposure to lamivudine-containing regimens.

20

FDA-FLORIDA-003971

Lamivudine pharmacokinetics were studied in pregnant women during 2 clinical trials conducted in South Africa. The trials assessed pharmacokinetics in 16 women at 36 weeks' gestation using 150 mg lamivudine twice daily with zidovudine, 10 women at 38 weeks' gestation using 150 mg lamivudine twice daily with zidovudine, and 10 women at 38 weeks' gestation using lamivudine 300 mg twice daily without other antiretrovirals. These trials were not designed or powered to provide efficacy information. Lamivudine concentrations were generally similar in maternal, neonatal, and umbilical cord serum samples. In a subset of subjects, amniotic fluid specimens were collected following natural rupture of membranes and confirmed that lamivudine crosses the placenta in humans. Based on limited data at delivery, median (range) amniotic fluid concentrations of lamivudine were 3.9 (1.2 to 12.8)–fold greater compared with paired maternal serum concentration (n = 8).

*Animal Data: Dolutegravir:* Dolutegravir was administered orally to pregnant rats and rabbits (up to 1,000 mg per kg per day) on Gestation Days 6 to 17 and 6 to 18, respectively, and to rats on Gestation Day 6 to lactation/post-partum Day 20. No adverse effects on embryo-fetal (rats and rabbits) or pre/post-natal (rats) development were observed up to the highest dose tested. During organogenesis, systemic exposures (AUC) to dolutegravir in rabbits were less than the exposure in humans at the RHD and in rats were approximately 50 times the exposure in humans at the RHD. In the rat pre/post-natal development study, decreased body weight of the developing offspring was observed during lactation at a maternally toxic dose (approximately 50 times human exposure at the RHD).

*Abacavir:* Abacavir was administered orally to pregnant rats (at 100, 300, and 1,000 mg per kg per day) and rabbits (at 125, 350, or 700 mg per kg per day) during organogenesis (on Gestation Days 6 through 17 and 6 through 20, respectively). Fetal malformations (increased incidences of fetal anasarca and skeletal malformations) or developmental toxicity (decreased fetal body weight and crown-rump length) were observed in rats at doses up to 1,000 mg per kg per day, resulting in exposures approximately 35 times the human exposure (AUC) at the RHD. No developmental effects were observed in rats at 100 mg per kg per day, resulting in exposures (AUC) 3.5 times the human exposure at the recommended daily dose. In a fertility and early embryo-fetal development study conducted in rats (at 60, 160, or 500 mg per kg per day), embryonic and fetal toxicities (increased resorptions, decreased fetal body weights) or toxicities to the offspring (increased incidence of stillbirth and lower body weights) occurred at doses up to 500 mg per kg per day. No developmental effects were observed in rats at 60 mg per kg per day, resulting in exposures (AUC) approximately 4 times the human exposure at the RHD. Studies in pregnant rats showed that abacavir is transferred to the fetus through the placenta. In pregnant rabbits, no developmental toxicities and no increases in fetal malformations occurred at up to the highest dose evaluated, resulting in exposures (AUC) approximately 9 times the human exposure at the RHD.

*Lamivudine:* Lamivudine was administered orally to pregnant rats (at 90, 600, and 4,000 mg per kg per day) and rabbits (at 90, 300 and 1,000 mg per kg per day and at 15, 40, and

21

FDA-FLORIDA-003972

90 mg per kg per day) during organogenesis (on Gestation Days 7 through 16 [rat] and 8 through 20 [rabbit]). No evidence of fetal malformations due to lamivudine was observed in rats and rabbits at doses producing plasma concentrations ($C_{max}$) approximately 35 times higher than human exposure at the recommended daily dose. Evidence of early embryolethality was seen in the rabbit at systemic exposures (AUC) similar to those observed in humans, but there was no indication of this effect in the rat at plasma concentrations ($C_{max}$) 35 times higher than human exposure at the recommended daily dose. Studies in pregnant rats showed that lamivudine is transferred to the fetus through the placenta. In the fertility/pre- and postnatal development study in rats, lamivudine was administered orally at doses of 180, 900, and 4,000 mg per kg per day (from prior to mating through postnatal Day 20). In the study, development of the offspring, including fertility and reproductive performance, were not affected by the maternal administration of lamivudine.

### 8.2     Lactation

Risk Summary

The Centers for Disease Control and Prevention recommends that HIV-1-infected mothers in the United States not breastfeed their infants to avoid risking postnatal transmission of HIV-1 infection.

Abacavir and lamivudine are present in human milk. When administered to lactating rats, dolutegravir was present in milk *(see Data)*. There is no information on the effects of TRIUMEQ or its components on the breastfed infant or the effects of the drug on milk production.

Because of the potential for (1) HIV-1 transmission (in HIV-negative infants), (2) developing viral resistance (in HIV-positive infants), and (3) adverse reactions in a breastfed infant similar to those seen in adults, instruct mothers not to breastfeed if they are receiving TRIUMEQ.

Data

*Animal Data:* Dolutegravir was the primary drug-related component excreted into the milk of lactating rats following a single oral dose of 50 mg per kg on Lactation Day 10, with milk concentrations of up to approximately 1.3 times that of maternal plasma concentrations observed 8 hours postdose.

### 8.3     Females and Males of Reproductive Potential

In adolescents and adults of childbearing potential currently on TRIUMEQ who are actively trying to become pregnant or if pregnancy is confirmed in the first trimester, assess the risks and benefits of continuing TRIUMEQ and discuss with the patient if an alternative treatment should be considered *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1)]*.

Pregnancy Testing

Pregnancy testing is recommended in adolescents and adults of childbearing potential before initiation of TRIUMEQ *[see Dosage and Administration (2.2)]*.

Reference ID: 4767061

FDA-FLORIDA-003973

Contraception

Adolescents and adults of childbearing potential who are taking TRIUMEQ should be counseled on the consistent use of effective contraception.

## 8.4    Pediatric Use

The clinical data supporting use of TRIUMEQ in HIV-1 infected pediatric patients weighing at least 40 kg is derived from the following previously conducted pediatric trials using the individual components of TRIUMEQ:

- The safety and efficacy of once-daily abacavir and lamivudine were established with a randomized, multicenter trial (ARROW [COL105677]) in HIV-1–infected, treatment-naïve subjects aged 3 months to 17 years with a first-line regimen containing abacavir and lamivudine, using either the combination of EPIVIR and ZIAGEN or EPZICOM *[see Adverse Reactions (6.2), Clinical Studies (14.2)]*.
- The safety and antiviral activity (efficacy) of dolutegravir was established through a 48-week, open-label, multicenter, dose-finding clinical trial (IMPAACT P1093), in which treatment-experienced, INSTI-naïve, HIV-1–infected subjects aged 6 to less than 18 years were treated with dolutegravir (TIVICAY) plus optimized background therapy *[see Adverse Reactions (6.2), Clinical Pharmacology (12.3), Clinical Studies (14.2)]*.

TRIUMEQ is a fixed-dose combination tablet which cannot be adjusted for patients weighing less than 40 kg *[see Clinical Pharmacology (12.3)]*.

## 8.5    Geriatric Use

Clinical trials of abacavir, dolutegravir, or lamivudine did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. In general, caution should be exercised in the administration of TRIUMEQ in elderly patients reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy *[see Clinical Pharmacology (12.3)]*.

## 8.6    Patients with Impaired Renal Function

TRIUMEQ is not recommended for patients with creatinine clearance less than 30 mL per min because TRIUMEQ is a fixed-dose combination and the dosage of the individual components cannot be adjusted. If a dose reduction of lamivudine, a component of TRIUMEQ, is required for patients with creatinine clearance less than 30 mL per min, then the individual components should be used *[see Clinical Pharmacology (12.3)]*.

Patients with a creatinine clearance between 30 and 49 mL per min receiving TRIUMEQ may experience a 1.6- to 3.3-fold higher lamivudine exposure (AUC) than patients with a creatinine clearance ≥50 mL per min. There are no safety data from randomized, controlled trials comparing TRIUMEQ to the individual components in patients with a creatinine clearance between 30 and 49 mL per min who received dose-adjusted lamivudine. In the original lamivudine registrational trials in combination with zidovudine, higher lamivudine exposures

<div align="center">23</div>

FDA-FLORIDA-003974

were associated with higher rates of hematologic toxicities (neutropenia and anemia), although discontinuations due to neutropenia or anemia each occurred in <1% of subjects. Patients with a sustained creatinine clearance between 30 and 49 mL per min who receive TRIUMEQ should be monitored for hematologic toxicities. If new or worsening neutropenia or anemia develop, dose adjustment of lamivudine, per lamivudine prescribing information, is recommended. If lamivudine dose adjustment is indicated, TRIUMEQ should be discontinued and the individual components should be used to construct the treatment regimen.

**8.7     Patients with Impaired Hepatic Function**

TRIUMEQ is a fixed-dose combination and the dosage of the individual components cannot be adjusted. If a dose reduction of abacavir, a component of TRIUMEQ, is required for patients with mild hepatic impairment (Child-Pugh Score A), then the individual components should be used *[see Clinical Pharmacology (12.3)]*.

The safety, efficacy, and pharmacokinetic properties of abacavir have not been established in patients with moderate (Child-Pugh Score B) or severe (Child-Pugh Score C) hepatic impairment; therefore, TRIUMEQ is contraindicated in these patients *[see Contraindications (4)]*.

**10     OVERDOSAGE**

There is no known specific treatment for overdose with TRIUMEQ. If overdose occurs, the patient should be monitored and standard supportive treatment applied as required.

<u>Dolutegravir</u>

As dolutegravir is highly bound to plasma proteins, it is unlikely that it will be significantly removed by dialysis.

<u>Abacavir</u>

It is not known whether abacavir can be removed by peritoneal dialysis or hemodialysis.

<u>Lamivudine</u>

Because a negligible amount of lamivudine was removed via (4-hour) hemodialysis, continuous ambulatory peritoneal dialysis, and automated peritoneal dialysis, it is not known if continuous hemodialysis would provide clinical benefit in a lamivudine overdose event.

**11     DESCRIPTION**

<u>TRIUMEQ</u>

TRIUMEQ contains an INSTI (dolutegravir) and 2 nucleoside analogues (abacavir and lamivudine) with inhibitory activity against HIV.

Each film-coated tablet contains abacavir sulfate equivalent to 600 mg of abacavir, dolutegravir sodium equivalent to 50 mg of dolutegravir, and 300 mg of lamivudine. TRIUMEQ tablets are

FDA-FLORIDA-003975

purple, biconvex, oval, debossed with "572 Trı" on one side and contain the inactive ingredients D-mannitol, magnesium stearate, microcrystalline cellulose, povidone, and sodium starch glycolate. The tablet film-coating (OPADRY II Purple 85F90057) contains the inactive ingredients iron oxide black, iron oxide red, macrogol/PEG, polyvinyl alcohol–part hydrolyzed, talc, and titanium oxide.

Abacavir Sulfate

The chemical name of abacavir sulfate is *(1S,cis)*-4-[2-amino-6-(cyclopropylamino)-9*H*-purin-9-yl]-2-cyclopentene-1-methanol sulfate (salt) (2:1). It has a molecular formula of $(C_{14}H_{18}N_6O)_2 \cdot H_2SO_4$ and a molecular weight of 670.76 g per mol. It has the following structural formula:



Abacavir sulfate is a white to off-white solid and is soluble in water.

Dolutegravir

The chemical name of dolutegravir sodium is sodium (4*R*,12a*S*)-9-{[(2,4-difluorophenyl)methyl]carbamoyl}-4-methyl-6,8-dioxo-3,4,6,8,12,12a-hexahydro-2*H*-pyrido[1',2':4,5]pyrazino[2,1-*b*][1,3]oxazin-7-olate. The empirical formula is $C_{20}H_{18}F_2N_3NaO_5$ and the molecular weight is 441.36 g per mol. It has the following structural formula:



Dolutegravir sodium is a white to light yellow powder and is slightly soluble in water.

Lamivudine

25

FDA-FLORIDA-003976

The chemical name of lamivudine is (2R,cis)-4-amino-1-(2-hydroxymethyl-1,3-oxathiolan-5-yl)-(1H)-pyrimidin-2-one. Lamivudine is the (-)enantiomer of a dideoxy analogue of cytidine. Lamivudine has also been referred to as (-)2′,3′-dideoxy, 3′-thiacytidine. It has a molecular formula of $C_8H_{11}N_3O_3S$ and a molecular weight of 229.3 g per mol. It has the following structural formula:



Lamivudine is a white to off-white crystalline solid and is soluble in water.

## 12      CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

TRIUMEQ is a fixed-dose combination of the HIV-1 antiretroviral agents abacavir, dolutegravir, and lamivudine *[see Microbiology (12.4)]*.

### 12.2   Pharmacodynamics

Effects on Electrocardiogram

A thorough QT trial has been conducted for dolutegravir. Neither the effects of abacavir nor lamivudine as single entities or the combination of abacavir, dolutegravir, and lamivudine on the QT interval have been evaluated.

In a randomized, placebo-controlled, cross-over trial, 42 healthy subjects received single-dose oral administrations of placebo, dolutegravir 250-mg suspension (exposures approximately 3–fold of the 50-mg once-daily dose at steady state), and moxifloxacin 400 mg (active control) in random sequence. After baseline and placebo adjustment, the maximum mean QTc change based on Fridericia correction method (QTcF) for dolutegravir was 2.4 msec (1-sided 95% upper CI: 4.9 msec). Dolutegravir did not prolong the QTc interval over 24 hours postdose.

Effects on Renal Function

The effect of dolutegravir on renal function was evaluated in an open-label, randomized, 3-arm, parallel, placebo-controlled trial in healthy subjects (n = 37) who received dolutegravir 50 mg once daily (n = 12), dolutegravir 50 mg twice daily (n = 13), or placebo once daily (n = 12) for

26

14 days. A decrease in creatinine clearance, as determined by 24-hour urine collection, was observed with both doses of dolutegravir after 14 days of treatment in subjects who received 50 mg once daily (9% decrease) and 50 mg twice daily (13% decrease). Neither dose of dolutegravir had a significant effect on the actual glomerular filtration rate (determined by the clearance of probe drug, iohexol) or effective renal plasma flow (determined by the clearance of probe drug, para-amino hippurate) compared with the placebo.

## 12.3   Pharmacokinetics

<u>Pharmacokinetics in Adults</u>

One TRIUMEQ tablet was bioequivalent to one dolutegravir (TIVICAY) tablet (50 mg) plus one abacavir and lamivudine fixed-dose combination tablet (EPZICOM) under fasted conditions in healthy subjects (n = 62).

*Abacavir:* Following oral administration, abacavir is rapidly absorbed and extensively distributed. After oral administration of a single dose of 600 mg of abacavir in 20 subjects, $C_{max}$ was $4.26 \pm 1.19$ mcg per mL (mean $\pm$ SD) and $AUC_\infty$ was $11.95 \pm 2.51$ mcg•hour per mL. Binding of abacavir to human plasma proteins is approximately 50% and was independent of concentration. Total blood and plasma drug-related radioactivity concentrations are identical, demonstrating that abacavir readily distributes into erythrocytes. The primary routes of elimination of abacavir are metabolism by alcohol dehydrogenase to form the 5′-carboxylic acid and glucuronyl transferase to form the 5′-glucuronide. In single-dose trials, the observed elimination half-life ($t_{½}$) was $1.54 \pm 0.63$ hours. After intravenous administration, total clearance was $0.80 \pm 0.24$ L per hour per kg (mean $\pm$ SD).

*Dolutegravir:* Following oral administration of dolutegravir, peak plasma concentrations were observed 2 to 3 hours postdose. With once-daily dosing, pharmacokinetic steady state is achieved within approximately 5 days with average accumulation ratios for AUC, $C_{max}$, and $C_{24\,h}$ ranging from 1.2 to 1.5. Dolutegravir is a P-gp substrate in vitro. The absolute bioavailability of dolutegravir has not been established. Dolutegravir is highly bound (greater than or equal to 98.9%) to human plasma proteins based on in vivo data and binding is independent of plasma concentration of dolutegravir. The apparent volume of distribution (Vd/F) following 50-mg once-daily administration is estimated at 17.4 L based on a population pharmacokinetic analysis.

Dolutegravir is primarily metabolized via UGT1A1 with some contribution from CYP3A. After a single oral dose of [$^{14}$C] dolutegravir, 53% of the total oral dose is excreted unchanged in the feces. Thirty-one percent of the total oral dose is excreted in the urine, represented by an ether glucuronide of dolutegravir (18.9% of total dose), a metabolite formed by oxidation at the benzylic carbon (3.0% of total dose), and its hydrolytic N-dealkylation product (3.6% of total dose). Renal elimination of unchanged drug was less than 1% of the dose. Dolutegravir has a terminal half-life of approximately 14 hours and an apparent clearance (CL/F) of 1.0 L per hour based on population pharmacokinetic analyses.

Reference ID: 4767061

FDA-FLORIDA-003978

The pharmacokinetic properties of dolutegravir have been evaluated in healthy adult subjects and HIV-1–infected adult subjects. Exposure to dolutegravir was generally similar between healthy subjects and HIV-1–infected subjects.

**Table 6. Dolutegravir Steady-State Pharmacokinetic Parameter Estimates in HIV-1–Infected Adults**

| Parameter | 50 mg Once Daily Geometric Mean (%CV) |
|---|---|
| $AUC_{(0-24)}$ (mcg•h/mL) | 53.6 (27) |
| $C_{max}$ (mcg/mL) | 3.67 (20) |
| $C_{min}$ (mcg/mL) | 1.11 (46) |

*Cerebrospinal Fluid (CSF):* In 11 treatment-naïve subjects on dolutegravir 50 mg daily plus abacavir/lamivudine, the median dolutegravir concentration in CSF was 18 ng per mL (range: 4 ng per mL to 23.2 ng per mL) 2 to 6 hours postdose after 2 weeks of treatment. The clinical relevance of this finding has not been established.

*Lamivudine:* Following oral administration, lamivudine is rapidly absorbed and extensively distributed. After multiple-dose oral administration of lamivudine 300 mg once daily for 7 days to 60 healthy subjects, steady-state $C_{max}$ ($C_{max,ss}$) was $2.04 \pm 0.54$ mcg per mL (mean $\pm$ SD) and the 24-hour steady-state AUC ($AUC_{24,ss}$) was $8.87 \pm 1.83$ mcg•hour per mL. Binding to plasma protein is low. Approximately 70% of an intravenous dose of lamivudine is recovered as unchanged drug in the urine. Metabolism of lamivudine is a minor route of elimination. In humans, the only known metabolite is the trans-sulfoxide metabolite (approximately 5% of an oral dose after 12 hours). In most single-dose trials with plasma sampling up to 48 or 72 hours after dosing, the observed mean elimination half-life ($t_{1/2}$) ranged from 13 to 19 hours. In HIV-1–infected subjects, total clearance was $398.5 \pm 69.1$ mL per min (mean $\pm$ SD).

Effect of Food on Oral Absorption

TRIUMEQ may be taken with or without food. Overall, when compared with fasted conditions, administration of TRIUMEQ to healthy adult subjects with a high-fat meal (53% fat, 869 calories) resulted in decreased $C_{max}$ for abacavir and increased $C_{max}$ and AUC for dolutegravir. Lamivudine exposures were not affected by food. With a high-fat meal, the $C_{max}$ of abacavir decreased 23% and the $C_{max}$ and AUC of dolutegravir increased 37% and 48%, respectively.

Specific Populations

*Patients with Renal Impairment:* The pharmacokinetics for the individual components of TRIUMEQ have been evaluated in patients with renal impairment (see the U.S. prescribing information for the individual abacavir, dolutegravir, and lamivudine components).

*Patients with Hepatic Impairment:* The pharmacokinetics for the individual components of TRIUMEQ have been evaluated in patients with varying degrees of hepatic impairment (see the

Reference ID: 4767061

FDA-FLORIDA-003979

U.S. prescribing information for the individual abacavir, dolutegravir, and lamivudine components).

*Pediatric Patients:* The pharmacokinetics for the individual components of TRIUMEQ (abacavir, dolutegravir, and lamivudine) have been evaluated in pediatric subjects.

*Dolutegravir:* The pharmacokinetics of dolutegravir in HIV-1–infected children (n = 14) weighing at least 40 kg were similar to those observed in HIV-1–infected adults who received dolutegravir 50 mg once daily (Table 7) *[see Clinical Studies (14.2)]*.

**Table 7. Dolutegravir Steady-State Pharmacokinetic Parameters in Pediatric Subjects**

| Weight (n) | Dose of TIVICAY | Dolutegravir Pharmacokinetic Parameter Estimates Geometric Mean (%CV) | | |
| --- | --- | --- | --- | --- |
| | | $C_{max}$ (mcg/mL) | $AUC_{(0-24)}$ (mcg.h/mL) | $C_{24}$ (mcg/mL) |
| ≥40 kg (n = 14) | 50 mg once daily | 3.89 (43) | 50.1 (53) | 0.99 (66) |

*Abacavir and Lamivudine:* The pharmacokinetic data for abacavir and lamivudine once daily following administration of EPZICOM in pediatric subjects weighing at least 40 kg are limited. The dosing recommendations in this population are based on the safety and efficacy established in a controlled trial conducted using either the combination of EPIVIR and ZIAGEN or EPZICOM. Refer to the prescribing information for EPIVIR and ZIAGEN for pharmacokinetic information on the individual products in pediatric patients *[see Dosage and Administration (2.2), Clinical Studies (14.2)]*.

*Geriatric Patients:* Population analyses using pooled pharmacokinetic data from adult trials indicated age had no clinically relevant effect on the pharmacokinetics of dolutegravir. The pharmacokinetics of abacavir or lamivudine have not been studied in subjects older than 65 years.

*Male and Female Patients:* There are no significant or clinically relevant gender differences in the pharmacokinetics of the individual components (dolutegravir, abacavir, or lamivudine) based on the available information that was analyzed for each of the individual components.

*Racial Groups:* There are no significant or clinically relevant racial differences in pharmacokinetics of the individual components (dolutegravir, abacavir, or lamivudine) based on the available information that was analyzed for each of the individual components.

Drug Interaction Studies

The drug interaction trials described were conducted with dolutegravir, abacavir, and/or lamivudine as single entities; no drug interaction trials have been conducted using the

29

FDA-FLORIDA-003980

combination of abacavir, dolutegravir, and lamivudine. No clinically significant drug interactions are expected between dolutegravir, abacavir, and lamivudine.

Dosing recommendations as a result of established and other potentially significant drug-drug interactions with the individual components of TRIUMEQ are provided in Section 7.3 *[see Drug Interactions (7)]*.

**Table 8. Summary of Effect of Dolutegravir on the Pharmacokinetics of Coadministered Drugs**

| Coadministered Drug(s) and Dose(s) | Dose of Dolutegravir | n | Geometric Mean Ratio (90% CI) of Pharmacokinetic Parameters of Coadministered Drug with/without Dolutegravir No Effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_\tau$ or $C_{24}$ |
| Daclatasvir 60 mg once daily | 50 mg once daily | 12 | 1.03 (0.84 to 1.25) | 0.98 (0.83 to 1.15) | 1.06 (0.88 to 1.29) |
| Ethinyl estradiol 0.035 mg | 50 mg twice daily | 15 | 0.99 (0.91 to 1.08) | 1.03 (0.96 to 1.11) | 1.02 (0.93 to 1.11) |
| Metformin 500 mg twice daily | 50 mg once daily | 15[a] | 1.66 (1.53 to 1.81) | 1.79 (1.65 to 1.93) | _ |
| Metformin 500 mg twice daily | 50 mg twice daily | 15[a] | 2.11 (1.91 to 2.33) | 2.45 (2.25 to 2.66) | _ |
| Methadone 16 to 150 mg | 50 mg twice daily | 11 | 1.00 (0.94 to 1.06) | 0.98 (0.91 to 1.06) | 0.99 (0.91 to 1.07) |
| Midazolam 3 mg | 25 mg once daily | 10 | _ | 0.95 (0.79 to 1.15) | _ |
| Norelgestromin 0.25 mg | 50 mg twice daily | 15 | 0.89 (0.82 to 0.97) | 0.98 (0.91 to 1.04) | 0.93 (0.85 to 1.03) |
| Rilpivirine 25 mg once daily | 50 mg once daily | 16 | 1.10 (0.99 to 1.22) | 1.06 (0.98 to 1.16) | 1.21 (1.07 to 1.38) |
| Tenofovir disoproxil fumarate 300 mg once daily | 50 mg once daily | 15 | 1.09 (0.97 to 1.23) | 1.12 (1.01 to 1.24) | 1.19 (1.04 to 1.35) |

[a] The number of subjects represents the maximum number of subjects that were evaluated.

**Table 9. Summary of Effect of Coadministered Drugs on the Pharmacokinetics of Dolutegravir**

| Coadministered Drug(s) and Dose(s) | Dose of Dolutegravir | n | Geometric Mean Ratio (90% CI) of Dolutegravir Pharmacokinetic Parameters with/without Coadministered Drugs No Effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_\tau$ or $C_{24}$ |
| Atazanavir 400 mg once daily | 30 mg once daily | 12 | 1.50 (1.40 to 1.59) | 1.91 (1.80 to 2.03) | 2.80 (2.52 to 3.11) |

Reference ID: 4767061

FDA-FLORIDA-003981

| Atazanavir/ritonavir 300/100 mg once daily | 30 mg once daily | 12 | 1.34 (1.25 to 1.42) | 1.62 (1.50 to 1.74) | 2.21 (1.97 to 2.47) |
|---|---|---|---|---|---|
| Darunavir/ritonavir 600/100 mg twice daily | 30 mg once daily | 15 | 0.89 (0.83 to 0.97) | 0.78 (0.72 to 0.85) | 0.62 (0.56 to 0.69) |
| Efavirenz 600 mg once daily | 50 mg once daily | 12 | 0.61 (0.51 to 0.73) | 0.43 (0.35 to 0.54) | 0.25 (0.18 to 0.34) |
| Etravirine 200 mg twice daily | 50 mg once daily | 16 | 0.48 (0.43 to 0.54) | 0.29 (0.26 to 0.34) | 0.12 (0.09 to 0.16) |
| Etravirine + darunavir/ritonavir 200 mg + 600/100 mg twice daily | 50 mg once daily | 9 | 0.88 (0.78 to 1.00) | 0.75 (0.69 to 0.81) | 0.63 (0.52 to 0.76) |
| Etravirine + lopinavir/ritonavir 200 mg + 400/100 mg twice daily | 50 mg once daily | 8 | 1.07 (1.02 to 1.13) | 1.11 (1.02 to 1.20) | 1.28 (1.13 to 1.45) |
| Fosamprenavir/ritonavir 700 mg /100 mg twice daily | 50 mg once daily | 12 | 0.76 (0.63 to 0.92) | 0.65 (0.54 to 0.78) | 0.51 (0.41 to 0.63) |
| Lopinavir/ritonavir 400/100 mg twice daily | 30 mg once daily | 15 | 1.00 (0.94 to 1.07) | 0.97 (0.91 to 1.04) | 0.94 (0.85 to 1.05) |
| Rilpivirine 25 mg once daily | 50 mg once daily | 16 | 1.13 (1.06 to 1.21) | 1.12 (1.05 to 1.19) | 1.22 (1.15 to 1.30) |
| Tenofovir 300 mg once daily | 50 mg once daily | 15 | 0.97 (0.87 to 1.08) | 1.01 (0.91 to 1.11) | 0.92 (0.82 to 1.04) |
| Tipranavir/ritonavir 500/200 mg twice daily | 50 mg once daily | 14 | 0.54 (0.50 to 0.57) | 0.41 (0.38 to 0.44) | 0.24 (0.21 to 0.27) |
| Antacid (MAALOX) simultaneous administration | 50 mg single dose | 16 | 0.28 (0.23 to 0.33) | 0.26 (0.22 to 0.32) | 0.26 (0.21 to 0.31) |
| Antacid (MAALOX) 2 h after dolutegravir | 50 mg single dose | 16 | 0.82 (0.69 to 0.98) | 0.74 (0.62 to 0.90) | 0.70 (0.58 to 0.85) |
| Boceprevir 800 mg every 8 h | 50 mg once daily | 13 | 1.05 (0.96 to 1.15) | 1.07 (0.95 to 1.20) | 1.08 (0.91 to 1.28) |
| Calcium carbonate 1,200 mg simultaneous administration (fasted) | 50 mg single dose | 12 | 0.63 (0.50 to 0.81) | 0.61 (0.47 to 0.80) | 0.61 (0.47 to 0.80) |
| Calcium carbonate 1,200 mg simultaneous administration (fed) | 50 mg single dose | 11 | 1.07 (0.83 to 1.38) | 1.09 (0.84 to 1.43) | 1.08 (0.81 to 1.42) |
| Calcium carbonate 1,200 mg 2 h after dolutegravir | 50 mg single dose | 11 | 1.00 (0.78 to 1.29) | 0.94 (0.72 to 1.23) | 0.90 (0.68 to 1.19) |
| Carbamazepine 300 mg twice daily | 50 mg once daily | 16[c] | 0.67 (0.61 to 0.73) | 0.51 (0.48 to 0.55) | 0.27 (0.24 to 0.31) |

31

FDA-FLORIDA-003982

| Daclatasvir<br>60 mg once daily | 50 mg<br>once daily | 12 | 1.29<br>(1.07 to 1.57) | 1.33<br>(1.11 to 1.59) | 1.45<br>(1.25 to 1.68) |
|---|---|---|---|---|---|
| Ferrous fumarate 324 mg<br>simultaneous administration<br>(fasted) | 50 mg<br>single dose | 11 | 0.43<br>(0.35 to 0.52) | 0.46<br>(0.38 to 0.56) | 0.44<br>(0.36 to 0.54) |
| Ferrous fumarate 324 mg<br>simultaneous administration<br>(fed) | 50 mg<br>single dose | 11 | 1.03<br>(0.84 to 1.26) | 0.98<br>(0.81 to 1.20) | 1.00<br>(0.81 to 1.23) |
| Ferrous fumarate 324 mg<br>2 h after dolutegravir | 50 mg<br>single dose | 10 | 0.99<br>(0.81 to 1.21) | 0.95<br>(0.77 to 1.15) | 0.92<br>(0.74 to 1.13) |
| Multivitamin (One-A-Day)<br>simultaneous administration | 50 mg<br>single dose | 16 | 0.65<br>(0.54 to 0.77) | 0.67<br>(0.55 to 0.81) | 0.68<br>(0.56 to 0.82) |
| Omeprazole<br>40 mg once daily | 50 mg<br>single dose | 12 | 0.92<br>(0.75 to 1.11) | 0.97<br>(0.78 to 1.20) | 0.95<br>(0.75 to 1.21) |
| Prednisone<br>60 mg once daily with taper | 50 mg<br>once daily | 12 | 1.06<br>(0.99 to 1.14) | 1.11<br>(1.03 to 1.20) | 1.17<br>(1.06 to 1.28) |
| Rifampin[a]<br>600 mg once daily | 50 mg<br>twice daily | 11 | 0.57<br>(0.49 to 0.65) | 0.46<br>(0.38 to 0.55) | 0.28<br>(0.23 to 0.34) |
| Rifampin[b]<br>600 mg once daily | 50 mg<br>twice daily | 11 | 1.18<br>(1.03 to 1.37) | 1.33<br>(1.15 to 1.53) | 1.22<br>(1.01 to 1.48) |
| Rifabutin<br>300 mg once daily | 50 mg<br>once daily | 9 | 1.16<br>(0.98 to 1.37) | 0.95<br>(0.82 to 1.10) | 0.70<br>(0.57 to 0.87) |

[a] Comparison is rifampin taken with dolutegravir 50 mg twice daily compared with dolutegravir 50 mg twice daily.

[b] Comparison is rifampin taken with dolutegravir 50 mg twice daily compared with dolutegravir 50 mg once daily.

[c] The number of subjects represents the maximum number of subjects that were evaluated.

*Abacavir or Lamivudine:* The drug interactions described are based on trials conducted with abacavir or lamivudine as single entities.

*Effect of Abacavir and Lamivudine on the Pharmacokinetics of Other Agents:* In vitro studies have shown that abacavir has potential to inhibit CYP1A1 and limited potential to inhibit metabolism mediated by CYP3A4. Lamivudine does not inhibit or induce CYP3A4. Abacavir and lamivudine do not inhibit or induce other CYP enzymes (such as CYP2C9 or CYP2D6). Based on in vitro study results, abacavir and lamivudine at therapeutic drug exposures are not expected to affect the pharmacokinetics of drugs that are substrates of the following transporters: OATP1B1/3, BCRP or P-gp, OCT1, OCT2, OCT3 (lamivudine only), or MATE1 and MATE2-K.

*Abacavir, Dolutegravir, and Lamivudine:* Coadministration of a single dose of riociguat (0.5 mg) to HIV-1–infected subjects receiving TRIUMEQ is reported to increase riociguat $AUC_{(\infty)}$ compared with riociguat $AUC_{(\infty)}$ reported in healthy subjects due to CYP1A1 inhibition by

32

FDA-FLORIDA-003983

abacavir. The exact magnitude of increase in riociguat exposure has not been fully characterized based on findings from two studies *[see Drug Interactions (7.3)]*.

*Effect of Other Agents on the Pharmacokinetics of Abacavir or Lamivudine:* In vitro, abacavir is not a substrate of OATP1B1, OATP1B3, OCT1, OCT2, OAT1, MATE1, MATE2-K, MRP2 or MRP4; therefore, drugs that modulate these transporters are not expected to affect abacavir plasma concentrations. Abacavir is a substrate of BCRP and P-gp in vitro; however, considering its absolute bioavailability (83%), modulators of these transporters are unlikely to result in a clinically relevant impact on abacavir concentrations.

Lamivudine is a substrate of MATE1, MATE2-K, and OCT2 in vitro. Trimethoprim (an inhibitor of these drug transporters) has been shown to increase lamivudine plasma concentrations. This interaction is not considered clinically significant as no dose adjustment of lamivudine is needed.

Lamivudine is a substrate of P-gp and BCRP; however, considering its absolute bioavailability (87%), it is unlikely that these transporters play a significant role in the absorption of lamivudine. Therefore, coadministration of drugs that are inhibitors of these efflux transporters is unlikely to affect the disposition and elimination of lamivudine.

*Ethanol:* Abacavir has no effect on the pharmacokinetic properties of ethanol. Ethanol decreases the elimination of abacavir causing an increase in overall exposure.

*Interferon Alfa:* There was no significant pharmacokinetic interaction between lamivudine and interferon alfa in a trial of 19 healthy male subjects.

*Methadone:* In a trial of 11 HIV-1–infected subjects receiving methadone-maintenance therapy (40 mg and 90 mg daily), with 600 mg of abacavir twice daily (twice the currently recommended dose), oral methadone clearance increased 22% (90% CI: 6% to 42%) *[see Drug Interactions (7.3)]*. The addition of methadone has no clinically significant effect on the pharmacokinetic properties of abacavir.

*Ribavirin:* In vitro data indicate ribavirin reduces phosphorylation of lamivudine, stavudine, and zidovudine. However, no pharmacokinetic (e.g., plasma concentrations or intracellular triphosphorylated active metabolite concentrations) or pharmacodynamic (e.g., loss of HIV-1/HCV virologic suppression) interaction was observed when ribavirin and lamivudine (n = 18), stavudine (n = 10), or zidovudine (n = 6) were coadministered as part of a multi-drug regimen to HIV-1/HCV co-infected subjects.

*Sorbitol (Excipient):* Lamivudine and sorbitol solutions were coadministered to 16 healthy adult subjects in an open-label, randomized-sequence, 4-period, crossover trial. Each subject received a single 300-mg dose of lamivudine oral solution alone or coadministered with a single dose of 3.2 grams, 10.2 grams, or 13.4 grams of sorbitol in solution. Coadministration of lamivudine with sorbitol resulted in dose-dependent decreases of 20%, 39%, and 44% in the $AUC_{(0-24)}$; 14%, 32%, and 36% in the $AUC_{(\infty)}$; and 28%, 52%, and 55% in the $C_{max}$; of lamivudine, respectively.

33

FDA-FLORIDA-003984

*Abacavir, Lamivudine, Zidovudine:* Fifteen HIV-1–infected subjects were enrolled in a crossover-designed drug interaction trial evaluating single doses of abacavir (600 mg), lamivudine (150 mg), and zidovudine (300 mg) alone or in combination. Analysis showed no clinically relevant changes in the pharmacokinetics of abacavir with the addition of lamivudine or zidovudine or the combination of lamivudine and zidovudine. Lamivudine exposure (AUC decreased 15%) and zidovudine exposure (AUC increased 10%) did not show clinically relevant changes with concurrent abacavir.

*Lamivudine and Zidovudine:* No clinically significant alterations in lamivudine or zidovudine pharmacokinetics were observed in 12 asymptomatic HIV-1–infected adult patients given a single dose of zidovudine (200 mg) in combination with multiple doses of lamivudine (300 mg every 12 hours).

The effects of other coadministered drugs on abacavir or lamivudine are provided in Table 10.

**Table 10. Effect of Coadministered Drugs on Abacavir or Lamivudine**

| Coadministered Drug and Dose | Drug and Dose | n | Concentrations of Abacavir or Lamivudine | | Concentration of Coadministered Drug |
|---|---|---|---|---|---|
| | | | AUC | Variability | |
| Ethanol 0.7 g/kg | Abacavir Single 600 mg | 24 | ↑41% | 90% CI: 35% to 48% | ↔[a] |
| Nelfinavir 750 mg every 8 h x 7 to 10 days | Lamivudine Single 150 mg | 11 | ↑10% | 95% CI: 1% to 20% | ↔ |
| Trimethoprim 160 mg/ Sulfamethoxazole 800 mg daily x 5 days | Lamivudine Single 300 mg | 14 | ↑43% | 90% CI: 32% to 55% | ↔ |

↑ = Increase; ↔ = No significant change; AUC = Area under the concentration versus time curve; CI = Confidence interval.

[a] The drug-drug interaction was only evaluated in males.

### 12.4   Microbiology

Mechanism of Action

*Dolutegravir:* Dolutegravir inhibits HIV integrase by binding to the integrase active site and blocking the strand transfer step of retroviral DNA integration which is essential for the HIV replication cycle. Strand transfer biochemical assays using purified recombinant HIV-1 integrase and pre-processed substrate DNA resulted in $IC_{50}$ values of 2.7 nM and 12.6 nM.

*Abacavir:* Abacavir is a carbocyclic synthetic nucleoside analogue. Abacavir is converted by cellular enzymes to the active metabolite, carbovir triphosphate (CBV-TP), an analogue of deoxyguanosine-5′-triphosphate (dGTP). CBV-TP inhibits the activity of HIV-1 reverse

34

FDA-FLORIDA-003985

transcriptase (RT) both by competing with the natural substrate dGTP and by its incorporation into viral DNA.

*Lamivudine:* Lamivudine is a synthetic nucleoside analogue. Intracellularly lamivudine is phosphorylated to its active 5′-triphosphate metabolite, lamivudine triphosphate (3TC-TP). The principal mode of action of 3TC-TP is inhibition of RT via DNA chain termination after incorporation of the nucleotide analogue.

<u>Antiviral Activity in Cell Culture</u>

*Dolutegravir:* Dolutegravir exhibited antiviral activity against laboratory strains of wild-type HIV-1 with mean concentration of drug necessary to effect viral replication by 50 percent ($EC_{50}$) values of 0.5 nM (0.21 ng per mL) to 2.1 nM (0.85 ng per mL) in peripheral blood mononuclear cells (PBMCs) and MT-4 cells. Dolutegravir exhibited antiviral activity against 13 clinically diverse clade B isolates with a median $EC_{50}$ value of 0.54 nM (range: 0.41 to 0.60 nM) in a viral susceptibility assay using the integrase coding region from clinical isolates. Dolutegravir demonstrated antiviral activity in cell culture against a panel of HIV-1 clinical isolates with median $EC_{50}$ values of 0.18 nM (n = 3, range: 0.09 to 0.5 nM), 0.08 nM (n = 5, range: 0.05 to 2.14 nM) 0.12 nM (n = 4, range: 0.05 to 0.51 nM), 0.17 nM (n = 3, range: 0.16 to 0.35 nM), 0.24 nM (n = 3, range: 0.09 to 0.32 nM), 0.17 nM (n = 4, range: 0.07 to 0.44 nM), 0.2 nM (n = 3, range: 0.02 to 0.87 nM), and 0.42 nM (n = 3, range: 0.41 to 1.79 nM) for clades A, B, C, D, E, F, and G, and group O viruses, respectively. Dolutegravir $EC_{50}$ values against three HIV-2 clinical isolates in PBMC assays ranged from 0.09 nM to 0.61 nM.

*Abacavir:* The antiviral activity of abacavir against HIV-1 was assessed in a number of cell lines including in primary monocytes/macrophages and PBMCs. $EC_{50}$ values ranged from 3.7 to 5.8 microM (1 microM = 0.28 mcg per mL) and 0.07 to 1.0 microM against HIV-1$_{IIIB}$ and HIV-1$_{BaL}$, respectively, and the mean $EC_{50}$ value was $0.26 \pm 0.18$ microM against 8 clinical isolates. The median $EC_{50}$ values of abacavir were 344 nM (range: 14.8 to 676 nM), 16.9 nM (range: 5.9 to 27.9 nM), 8.1 nM (range: 1.5 to 16.7 nM), 356 nM (range: 35.7 to 396 nM), 105 nM (range: 28.1 to 168 nM), 47.6 nM (range: 5.2 to 200 nM), 51.4 nM (range: 7.1 to 177 nM), and 282 nM (range: 22.4 to 598 nM) against HIV-1 clades A-G and group O viruses (n = 3 except n = 2 for clade B), respectively. The $EC_{50}$ values against HIV-2 isolates (n = 4), ranged from 24 to 490 nM.

*Lamivudine:* The antiviral activity of lamivudine against HIV-1 was assessed in a number of cell lines including monocytes and PBMCs using standard susceptibility assays. $EC_{50}$ values were in the range of 0.003 to 15 microM (1 microM = 0.23 mcg per mL). The median $EC_{50}$ values of lamivudine were 60 nM (range: 20 to 70 nM), 35 nM (range: 30 to 40 nM), 30 nM (range: 20 to 90 nM), 20 nM (range: 3 to 40 nM), 30 nM (range: 1 to 60 nM), 30 nM (range: 20 to 70 nM), 30 nM (range: 3 to 70 nM), and 30 nM (range: 20 to 90 nM) against HIV-1 clades A-G and group O viruses (n = 3 except n = 2 for clade B) respectively. The $EC_{50}$ values against HIV-2 isolates (n = 4) from 3 to 120 nM in PBMCs. Ribavirin (50 microM) used in the treatment of

35

FDA-FLORIDA-003986

chronic HCV infection decreased the anti-HIV-1 activity of lamivudine by 3.5-fold in MT-4 cells.

<u>Antiviral Activity in Combination with Other Antiviral Agents</u>

Neither dolutegravir, abacavir, nor lamivudine were antagonistic to all tested anti-HIV agents. See full prescribing information for ZIAGEN (abacavir), TIVICAY (dolutegravir), and EPIVIR (lamivudine).

<u>Resistance in Cell Culture</u>

*Dolutegravir:* Dolutegravir-resistant viruses were selected in cell culture starting from different wild-type HIV-1 strains and clades. Amino acid substitutions E92Q, G118R, S153F or Y, G193E or R263K emerged in different passages and conferred decreased susceptibility to dolutegravir of up to 4-fold.

*Abacavir and Lamivudine:* HIV-1 isolates with reduced susceptibility to the combination of abacavir and lamivudine have been selected in cell culture with amino acid substitutions K65R, L74V, Y115F, and M184V/I in HIV-1 RT. M184V or I substitutions resulted in high-level resistance to lamivudine and approximately 2-fold decrease in susceptibility to abacavir. Substitutions K65R, L74V, or Y115F with M184V or I conferred a 7- to 8-fold reduction in abacavir susceptibility, and combinations of three substitutions were required to confer more than an 8-fold reduction in susceptibility.

<u>Resistance in Clinical Subjects</u>

No subjects in the treatment arm receiving dolutegravir + EPZICOM in SINGLE (treatment-naïve trial) had a detectable decrease in susceptibility to dolutegravir or background NRTIs in the resistance analysis subset (n = 11 with HIV-1 RNA greater than 400 copies per mL at failure or last visit and having resistance data). Two virologic failure subjects in SINGLE had treatment-emergent G/D/E193D and G193G/E integrase substitutions at Week 84 and Week 108, respectively, and 1 subject with 275 copies per mL HIV-1 RNA had a treatment-emergent Q157Q/P integrase substitution detected at Week 24. None of these subjects had a corresponding decrease in dolutegravir susceptibility. No treatment-emergent genotypic resistance to abacavir and lamivudine, components of TRIUMEQ, was observed in the arm receiving dolutegravir + EPZICOM in the SINGLE trial through Week 144.

<u>Cross-Resistance</u>

*Dolutegravir:* Cross-resistance has been observed among INSTIs. The single INSTI-resistance substitutions T66K, I151L, and S153Y conferred a greater than 2-fold decrease in dolutegravir susceptibility (range: 2.3-fold to 3.6-fold from reference). Combinations of multiple substitutions T66K/L74M, E92Q/N155H, G140C/Q148R, G140S/Q148H, R or K, Q148R/N155H, T97A/G140S/Q148, and substitutions at E138/G140/Q148 showed a greater than 2-fold decrease in dolutegravir susceptibility (range: 2.5-fold to 21-fold from reference). In HIV-2 mutants, combinations of substitutions A153G/N155H/S163G and E92Q/T97A/N155H/S163D conferred

36

FDA-FLORIDA-003987

4-fold decreases in dolutegravir susceptibility, and E92Q/N155H and G140S/Q148R showed 8.5-fold and 17-fold decreases in dolutegravir susceptibility, respectively.

*Abacavir and Lamivudine:* Cross-resistance has been observed among NRTIs. The combination of abacavir/lamivudine has demonstrated decreased susceptibility to viruses with a K65R substitution with or without an M184V/I substitution, viruses with L74V plus the M184V/I substitution, and viruses with thymidine analog mutation (TAM) substitutions (M41L, D67N, K70R, L210W, T215Y/F, K219 E/R/H/Q/N) plus M184V. An increasing number of TAMs is associated with a progressive reduction in abacavir susceptibility.

## 13    NONCLINICAL TOXICOLOGY

### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenicity

*Dolutegravir:* Two-year carcinogenicity studies in mice and rats were conducted with dolutegravir. Mice were administered doses of up to 500 mg per kg, and rats were administered doses of up to 50 mg per kg. In mice, no significant increases in the incidence of drug-related neoplasms were observed at the highest doses tested, resulting in dolutegravir AUC exposures approximately 26-fold higher than those in humans at the recommended dose of 50 mg once daily. In rats, no increases in the incidence of drug-related neoplasms were observed at the highest dose tested, resulting in dolutegravir AUC exposures 17-fold and 30-fold higher in males and females, respectively, than those in humans at the recommended dose of 50 mg once daily.

*Abacavir:* Abacavir was administered orally at 3 dosage levels to separate groups of mice and rats in 2-year carcinogenicity studies. Results showed an increase in the incidence of malignant and non-malignant tumors. Malignant tumors occurred in the preputial gland of males and the clitoral gland of females of both species, and in the liver of female rats. In addition, non-malignant tumors also occurred in the liver and thyroid gland of female rats. These observations were made at systemic exposures in the range of 7 to 28 times the human exposure at the recommended dose of 600 mg.

*Lamivudine:* Long-term carcinogenicity studies with lamivudine in mice and rats showed no evidence of carcinogenic potential at exposures up to 12 times (mice) and 57 times (rats) the human exposures at the recommended dose of 300 mg.

Mutagenicity

*Dolutegravir:* Dolutegravir was not genotoxic in the bacterial reverse mutation assay, mouse lymphoma assay, or in the in vivo rodent micronucleus assay.

*Abacavir:* Abacavir induced chromosomal aberrations both in the presence and absence of metabolic activation in an in vitro cytogenetic study in human lymphocytes. Abacavir was mutagenic in the absence of metabolic activation, although it was not mutagenic in the presence of metabolic activation in an L5178Y mouse lymphoma assay. Abacavir was clastogenic in

FDA-FLORIDA-003988

males and not clastogenic in females in an in vivo mouse bone marrow micronucleus assay. Abacavir was not mutagenic in bacterial mutagenicity assays in the presence and absence of metabolic activation.

*Lamivudine:* Lamivudine was mutagenic in an L5178Y mouse lymphoma assay and clastogenic in a cytogenetic assay using cultured human lymphocytes. Lamivudine was not mutagenic in a microbial mutagenicity assay, in an in vitro cell transformation assay, in a rat micronucleus test, in a rat bone marrow cytogenetic assay, and in an assay for unscheduled DNA synthesis in rat liver.

Impairment of Fertility

Dolutegravir, abacavir, or lamivudine did not affect male or female fertility in rats at doses associated with exposures approximately 44, 9, or 112 times (respectively) higher than the exposures in humans at the doses of 50 mg, 600 mg, and 300 mg (respectively).

**13.2    Animal Toxicology and/or Pharmacology**

Myocardial degeneration was found in mice and rats following administration of abacavir for 2 years. The systemic exposures were equivalent to 7 to 21 times the expected systemic exposure in humans at a dose of 600 mg. The clinical relevance of this finding has not been determined.

**14    CLINICAL STUDIES**

**14.1    Adult Subjects**

The efficacy of TRIUMEQ is supported by data from a randomized, controlled trial (double-blind through 96 weeks and open-label phase from 96 to 144 weeks) in antiretroviral treatment-naïve subjects, SINGLE (ING114467, NCT01263015) and other trials in treatment-naïve subjects. See full prescribing information for TIVICAY. The efficacy of dolutegravir, in combination with at least two active background regimens in treatment-experienced, INSTI-naïve subjects is supported by data from SAILING (ING111762, NCT01231516) (refer to the prescribing information for TIVICAY).

Treatment-Naïve Subjects

In SINGLE, 833 subjects were randomized and received at least 1 dose of either TIVICAY 50 mg once daily with fixed-dose abacavir and lamivudine (EPZICOM) or fixed-dose efavirenz/emtricitabine/tenofovir disoproxil fumarate (ATRIPLA). At baseline, the median age of subjects was 35 years, 16% female, 32% non-white, 7% had hepatitis C co-infection (hepatitis B virus co-infection was excluded), 4% were CDC Class C (AIDS), 32% had HIV-1 RNA greater than 100,000 copies per mL, and 53% had CD4+ cell count less than 350 cells per mm$^3$; these characteristics were similar between treatment groups.

Week 144 (open-label-phase analysis which followed the Week 96 double-blind phase) outcomes for SINGLE are provided in Table 11.

38

FDA-FLORIDA-003989

**Table 11. Virologic Outcomes of Randomized Treatment in SINGLE at 144 Weeks (Snapshot Algorithm)**

| | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| **HIV-1 RNA <50 copies/mL** | 71% | 63% |
| Treatment difference[a] | 8.3% (95% CI: 2.0%, 14.6%)[d] | |
| **Virologic nonresponse** | 10% | 7% |
| Data in window not <50 copies/mL | 4% | <1% |
| Discontinued for lack of efficacy | 3% | 3% |
| Discontinued for other reasons while not suppressed | 3% | 4% |
| **No virologic data** | 18% | 30% |
| Reasons | | |
| Discontinued study/study drug due to adverse event or death[b] | 4% | 14% |
| Discontinued study/study drug for other reasons[c] | 12% | 13% |
| Missing data during window but on study | 2% | 3% |
| **Proportion (%) of Subjects with HIV-1 RNA <50 copies/mL by Baseline Category** | | |
| **Plasma viral load (copies/mL)** | | |
| ≤100,000 | 73% | 64% |
| >100,000 | 69% | 61% |
| **Gender** | | |
| Male | 72% | 66% |
| Female | 69% | 48% |
| **Race** | | |
| White | 72% | 71% |
| African-American/African Heritage/Other | 71% | 47% |

[a] Adjusted for pre-specified stratification factors.

[b] Includes subjects who discontinued due to an adverse event or death at any time point if this resulted in no virologic data on treatment during the analysis window.

[c] Other includes reasons such as withdrew consent, loss to follow-up, moved, and protocol deviation.

[d] The primary endpoint was assessed at Week 48 and the virologic success rate was 88% in the group receiving TIVICAY and 81% in the ATRIPLA group, with a treatment difference of 7.4% and 95% CI of (2.5%, 12.3%).

Treatment differences were maintained across baseline characteristics including baseline viral load, CD4+ cell count, age, gender, and race. The adjusted mean changes in CD4+ cell counts from baseline were 378 cells per mm$^3$ in the group receiving TIVICAY + EPZICOM and 332 cells per mm$^3$ for the ATRIPLA group at 144 weeks. The adjusted difference between

39

Reference ID: 4767061

treatment arms and 95% CI was 46.9 cells per mm$^3$ (15.6 cells per mm$^3$, 78.2 cells per mm$^3$) (adjusted for pre-specified stratification factors: baseline HIV-1 RNA, and baseline CD4+ cell count).

<u>Treatment-Experienced</u>

In SAILING, there were 715 subjects included in the efficacy and safety analyses (see full prescribing information for TIVICAY). At Week 48, 71% of subjects randomized to TIVICAY plus background regimen versus 64% of subjects randomized to raltegravir plus background regimen had HIV-1 RNA less than 50 copies per mL (treatment difference and 95% CI: 7.4% [0.7%, 14.2%]).

## 14.2   Pediatric Subjects

The efficacy of the individual components of TRIUMEQ for the treatment of HIV-1 infection was evaluated in pediatric patients enrolled in the IMPAACT P1093 trial (NCT01302847) or the ARROW trial (NCT02028676), as summarized below.

- Abacavir and lamivudine once daily, in combination with a third antiretroviral drug, were evaluated in a randomized, multicenter trial (ARROW) in HIV-1–infected, treatment-naïve subjects. Subjects randomized to once-daily dosing (n = 336) and who weighed at least 25 kg received abacavir 600 mg and lamivudine 300 mg, as either the single entities or as EPZICOM. At Week 96, 67% of subjects receiving abacavir and lamivudine once-daily in combination with a third antiretroviral drug, had HIV-1 RNA less than 80 copies per mL.
- Dolutegravir, in combination with other antiretroviral drugs was evaluated in treatment-experienced, INSTI-naïve, HIV-1–infected subjects aged 6 to less than 18 years in a 48-week open-label, multicenter, dose-finding clinical trial, IMPAACT P1093. Subjects aged 12 to less than 18 years were enrolled in Cohort I and subjects aged 6 to less than 12 years were enrolled in Cohort IIA. At 48 weeks, 61% (14/23) of subjects aged 12 to less than 18 years treated with TIVICAY once daily plus optimized background therapy achieved virologic response defined as HIV-1 RNA less than 50 copies per mL. Across both cohorts, virologic suppression at Week 48 was achieved in 67% (16/24) of subjects weighing at least 40 kg.

## 16    HOW SUPPLIED/STORAGE AND HANDLING

This Drug was imported from Canada without the authorization of ViiV Healthcare™ under the State of Florida Section 804 Importation Program.

Imported By
LifeScience Logistics LLC
Lakeland, FL 33815

TRIUMEQ tablets, 600 mg of abacavir as abacavir sulfate, 50 mg of dolutegravir as dolutegravir sodium, and 300 mg lamivudine, are purple, oval, film-coated, biconvex tablets debossed with "572 Trı" on one side.

Bottle of 30 with child-resistant closure          NDC 42607-xxxx-xx.

**FDA-FLORIDA-003991**

Store and dispense in the original package, protect from moisture, and keep the bottle tightly closed. Do not remove desiccant.

Store at 25°C (77°F); excursions permitted 15° to 30°C (59° to 86°F). [See USP Controlled Room Temperature].

PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Medication Guide).

Drug Interactions

TRIUMEQ may interact with many drugs; therefore, advise patients to report to their healthcare provider the use of any other prescription or nonprescription medication or herbal products, including St. John's wort *[see Contraindications (4), Warnings and Precautions (5.7), Drug Interactions (7)]*.

Hypersensitivity Reaction

Inform patients:

- that a Medication Guide and Warning Card summarizing the symptoms of the abacavir hypersensitivity reaction and other product information will be dispensed by the pharmacist with each new prescription and refill of TRIUMEQ, and instruct the patient to read the Medication Guide and Warning Card every time to obtain any new information that may be present about TRIUMEQ. The complete text of the Medication Guide is reprinted at the end of this document.

- to carry the Warning Card with them.

- how to identify a hypersensitivity reaction *[see Warnings and Precautions (5.1), Medication Guide]*.

- that if they develop symptoms consistent with a hypersensitivity reaction they should call their healthcare provider right away to determine if they should stop taking TRIUMEQ.

- that a hypersensitivity reaction can worsen and lead to hospitalization or death if TRIUMEQ is not immediately discontinued.

- to not restart TRIUMEQ or any other abacavir-containing product following a hypersensitivity reaction because more severe symptoms can occur within hours and may include life-threatening hypotension and death.

- that if they have a hypersensitivity reaction, they should dispose of any unused TRIUMEQ to avoid restarting abacavir.

- that a hypersensitivity reaction is usually reversible if it is detected promptly and TRIUMEQ is stopped right away.

- that if they have interrupted TRIUMEQ for reasons other than symptoms of hypersensitivity (for example, those who have an interruption in drug supply), a serious or fatal hypersensitivity reaction may occur with reintroduction of abacavir.

41

FDA-FLORIDA-003992

- to not restart TRIUMEQ or any other abacavir-containing product without medical consultation and only if medical care can be readily accessed by the patient or others.

- to not restart TRIUMEQ or any other dolutegravir-containing product following a hypersensitivity reaction to TRIUMEQ.

Hepatotoxicity

Inform patients that hepatotoxicity has been reported with dolutegravir, a component of TRIUMEQ *[see Warnings and Precautions (5.4), Adverse Reactions (6.1)]*. Inform patients that monitoring for hepatotoxicity during therapy with TRIUMEQ is recommended.

Posttreatment Exacerbations of Hepatitis in Patients with Hepatitis B Co-infection

Advise patients co-infected with HIV-1 and HBV that worsening of liver disease has occurred in some cases when treatment with lamivudine was discontinued. Advise patients to discuss any changes in regimen with their physician *[see Warnings and Precautions (5.2)]*.

Lactic Acidosis/Hepatomegaly

Inform patients that some HIV medicines, including TRIUMEQ, can cause a rare, but serious condition called lactic acidosis with liver enlargement (hepatomegaly) *[see Boxed Warning, Warnings and Precautions (5.5)]*.

Embryo-Fetal Toxicity

Advise adolescents and adults of childbearing potential, including those actively trying to become pregnant, to discuss the risks and benefits of TRIUMEQ with their healthcare provider to determine if an alternative treatment should be considered at the time of conception through the first trimester of pregnancy. If pregnancy is confirmed in the first trimester, advise patients to contact their healthcare provider *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1, 8.3)]*.

Adolescents and adults of childbearing potential taking TRIUMEQ should be counseled on the consistent use of effective contraception *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1, 8.3)]*.

Immune Reconstitution Syndrome

Advise patients to inform their healthcare provider immediately of any signs and symptoms of infection as inflammation from previous infection may occur soon after combination antiretroviral therapy, including when TRIUMEQ is started *[see Warnings and Precautions (5.8)]*.

42

FDA-FLORIDA-003993

Pregnancy Registry

Inform patients that there is an antiretroviral pregnancy registry to monitor fetal outcomes in those exposed to TRIUMEQ during pregnancy *[see Use in Specific Populations (8.1)]*.

Lactation

Instruct mothers with HIV-1 infection not to breastfeed because HIV-1 can be passed to the baby in the breast milk *[see Use in Specific Populations (8.2)]*.

Missed Dose

Instruct patients that if they miss a dose of TRIUMEQ, to take it as soon as they remember. Advise patients not to double their next dose or take more than the prescribed dose *[see Dosage and Administration (2)]*.

Availability of Medication Guide

Instruct patients to read the Medication Guide before starting TRIUMEQ and to re-read it each time the prescription is renewed. Instruct patients to inform their physician or pharmacist if they develop any unusual symptom, or if any known symptom persists or worsens.

Storage

Instruct patients to store TRIUMEQ in the original package, protect from moisture, and keep the bottle tightly closed. Do not remove desiccant.

EPIVIR, EPZICOM, TIVICAY, TRIUMEQ, and ZIAGEN are trademarks owned by or licensed to the ViiV Healthcare group of companies.

EPIVIR-HBV is a trademark owned by or licensed to the GSK group of companies.

The other brands listed are trademarks owned by or licensed to their respective owners and are not owned by or licensed to the ViiV Healthcare group of companies. The makers of these brands are not affiliated with and do not endorse the ViiV Healthcare group of companies or its products.

Manufactured for:



ViiV Healthcare
Research Triangle Park, NC 27709

by:

FDA-FLORIDA-003994

GlaxoSmithKline
Research Triangle Park, NC 27709

©2021 ViiV Healthcare group of companies or its licensor.

TRM:xxPI

44

Reference ID: 4767061

| | |
|---|---|
| **MEDICATION GUIDE** | |
| **TRIUMEQ (TRI-u-meck)** | |
| **(abacavir, dolutegravir, and lamivudine tablets)** | |

**What is the most important information I should know about TRIUMEQ?**

**TRIUMEQ can cause serious side effects, including:**

- **Serious allergic reactions (hypersensitivity reaction)** that can cause death have happened with TRIUMEQ and other abacavir-containing products. Your risk of this allergic reaction to abacavir is much higher if you have a gene variation called HLA-B*5701. Your healthcare provider can determine with a blood test if you have this gene variation.

    **If you get a symptom from 2 or more of the following groups while taking TRIUMEQ, call your healthcare provider right away to find out if you should stop taking TRIUMEQ.**

| | Symptom(s) |
|---|---|
| **Group 1** | **Fever** |
| **Group 2** | **Rash** |
| **Group 3** | **Nausea, vomiting, diarrhea, abdominal (stomach area) pain** |
| **Group 4** | **Generally ill feeling, extreme tiredness, or achiness** |
| **Group 5** | **Shortness of breath, cough, sore throat** |

A list of these symptoms is on the Warning Card your pharmacist gives you. **Carry this Warning Card with you at all times.**

**If you stop TRIUMEQ because of an allergic reaction, never take TRIUMEQ (abacavir, dolutegravir and lamivudine) or any other medicine that contains abacavir or dolutegravir (EPZICOM, TIVICAY, TRIZIVIR, or ZIAGEN) again.**

- If you have an allergic reaction, dispose of any unused TRIUMEQ. Ask your pharmacist how to properly dispose of medicines.

- If you take TRIUMEQ or any other abacavir-containing medicine again after you have had an allergic reaction, **within hours** you may get **life-threatening symptoms** that may include **very low blood pressure** or **death.**

- If you stop TRIUMEQ for any other reason, even for a few days, and you are not allergic to TRIUMEQ, talk with your healthcare provider before taking it again. Taking TRIUMEQ again can cause a serious allergic or life-threatening reaction, even if you never had an allergic reaction to it before.

**If your healthcare provider tells you that you can take TRIUMEQ again, start taking it when you are around medical help or people who can call a healthcare provider if you need one.**

1

FDA-FLORIDA-003996

- **Worsening of Hepatitis B virus (HBV) infection.** If you have HBV infection and take TRIUMEQ, your HBV may get worse (flare-up) if you stop taking TRIUMEQ. A "flare-up" is when your HBV infection suddenly returns in a worse way than before.

  - Do not run out of TRIUMEQ. Refill your prescription or talk to your healthcare provider before your TRIUMEQ is all gone.

  - Do not stop TRIUMEQ without first talking to your healthcare provider.

  - If you stop taking TRIUMEQ, your healthcare provider will need to check your health often and do blood tests regularly for several months to check your liver function and monitor your HBV infection. It may be necessary to give you a medicine to treat hepatitis B. Tell your healthcare provider about any new or unusual symptoms you may have after you stop taking TRIUMEQ.

- **Resistant HBV.** If you have human immunodeficiency virus-1 (HIV-1) and HBV, the HBV can change (mutate) during your treatment with TRIUMEQ and become harder to treat (resistant).

- **For more information about side effects, see "What are the possible side effects of TRIUMEQ?"**

## What is TRIUMEQ?

TRIUMEQ is a prescription medicine used to treat HIV-1 infection in adults and children who weigh at least 88 pounds (40 kg).

HIV-1 is the virus that causes Acquired Immune Deficiency Syndrome (AIDS).

TRIUMEQ contains the prescription medicines abacavir, dolutegravir, and lamivudine.

- TRIUMEQ is not for use by itself in people who have or have had resistance to abacavir, dolutegravir, or lamivudine.

It is not known if TRIUMEQ is safe and effective in children who weigh less than 88 pounds (40 kg).

## Do not take TRIUMEQ if you:

- have a certain type of gene variation called the HLA-B*5701 allele. Your healthcare provider will test you for this before prescribing treatment with TRIUMEQ.

- are allergic to abacavir, dolutegravir, lamivudine, or any of the ingredients in TRIUMEQ. See the end of this Medication Guide for a complete list of ingredients in TRIUMEQ.

- take dofetilide. Taking TRIUMEQ and dofetilide can cause side effects that may be serious or life-threatening.

- have certain liver problems.

## Before you take TRIUMEQ, tell your healthcare provider about all of your medical conditions, including if you:

- have been tested and know whether or not you have a particular gene variation called HLA-B*5701.

- have or have had liver problems, including hepatitis B or C virus infection.

- have kidney problems.

2

FDA-FLORIDA-003997

- have heart problems, smoke, or have diseases that increase your risk of heart disease such as high blood pressure, high cholesterol, or diabetes.
- drink alcohol or take medicines that contain alcohol.
- are pregnant or plan to become pregnant. One of the medicines in TRIUMEQ called dolutegravir may harm your unborn baby.
  - Your healthcare provider may prescribe a different medicine than TRIUMEQ if you are planning to become pregnant or if pregnancy is confirmed during the first 12 weeks of pregnancy.
  - If you can become pregnant, your healthcare provider may perform a pregnancy test before you start treatment with TRIUMEQ.
  - If you can become pregnant, you and your healthcare provider should talk about the use of effective birth control (contraception) during treatment with TRIUMEQ.
  - Tell your healthcare provider right away if you are planning to become pregnant, you become pregnant, or think you may be pregnant during treatment with TRIUMEQ.

**Pregnancy Registry.** There is a pregnancy registry for individuals who take TRIUMEQ during pregnancy. The purpose of this registry is to collect information about the health of you and your baby. Talk with your healthcare provider about how you can take part in this registry.

- are breastfeeding or plan to breastfeed. **Do not breastfeed if you take TRIUMEQ.**
  - You should not breastfeed if you have HIV-1 because of the risk of passing HIV-1 to your baby.
  - Two of the medicines in TRIUMEQ (abacavir and lamivudine) pass into your breastmilk.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Some medicines interact with TRIUMEQ. Keep a list of your medicines to show your healthcare provider and pharmacist when you get a new medicine.

- You can ask your healthcare provider or pharmacist for a list of medicines that interact with TRIUMEQ.
- **Do not start taking a new medicine without telling your healthcare provider.** Your healthcare provider can tell you if it is safe to take TRIUMEQ with other medicines.

**How should I take TRIUMEQ?**

- **Take TRIUMEQ exactly as your healthcare provider tells you to take it.**
- Do not change your dose or stop taking TRIUMEQ without talking with your healthcare provider.
- TRIUMEQ may be taken with or without food.
- If you take antacids, laxatives, or other medicines that contain aluminum, magnesium, or buffered medicines, TRIUMEQ should be taken at least 2 hours before or 6 hours after you take these medicines.
- If you need to take iron or calcium supplements by mouth during treatment with TRIUMEQ:

3

**FDA-FLORIDA-003998**

- o If you take TRIUMEQ with food, you may take these supplements at the same time that you take TRIUMEQ.

- o If you do not take TRIUMEQ with food, take TRIUMEQ at least 2 hours before or 6 hours after you take these supplements.

- If you miss a dose of TRIUMEQ, take it as soon as you remember. Do not take 2 doses at the same time or take more than your healthcare provider tells you to take.

- Stay under the care of a healthcare provider during treatment with TRIUMEQ.

- Do not run out of TRIUMEQ. The virus in your blood may increase and the virus may become harder to treat. When your supply starts to run low, get more from your healthcare provider or pharmacy.

- If you take too much TRIUMEQ, call your healthcare provider or go to the nearest hospital emergency room right away.

**What are the possible side effects of TRIUMEQ?**

**TRIUMEQ can cause serious side effects including:**

- **See "What is the most important information I should know about TRIUMEQ?"**

- **Liver problems.** People with a history of hepatitis B or C virus may have an increased risk of developing new or worsening changes in certain liver function tests during treatment with TRIUMEQ. Liver problems including liver failure have also happened with TRIUMEQ in people without a history of liver disease or other risk factors. Liver failure resulting in liver transplant has also been reported with TRIUMEQ. Your healthcare provider may do blood tests to check your liver. **Call your healthcare provider right away if you develop any of the signs or symptoms of liver problems listed below.**

  - o your skin or the white part of your eyes turns yellow (jaundice)
  - o loss of appetite
  - o dark or "tea-colored" urine
  - o nausea or vomiting
  - o light colored stools (bowel movements)
  - o pain, aching, or tenderness on the right side of your stomach area

- **Too much lactic acid in your blood (lactic acidosis).** Too much lactic acid is a serious medical emergency that can lead to death. **Call your healthcare provider right away if you get any of the following symptoms that could be signs of lactic acidosis:**

  - o feel very weak or tired
  - o feel cold, especially in your arms and legs
  - o unusual (not normal) muscle pain
  - o feel dizzy or lightheaded
  - o trouble breathing
  - o have a fast or irregular heartbeat
  - o stomach pain with nausea and vomiting

- **Lactic acidosis can also lead to severe liver problems,** which can lead to death. Your liver may become large (hepatomegaly) and you may develop fat in your liver (steatosis). **Call your**

4

FDA-FLORIDA-003999

**healthcare provider right away if you get any of the signs or symptoms of liver problems which are listed above under "Liver problems".**

- **You may be more likely to get lactic acidosis or severe liver problems if you are female or very overweight (obese).**

- **Changes in your immune system (Immune Reconstitution Syndrome)** can happen when you start taking HIV-1 medicines. Your immune system may get stronger and begin to fight infections that have been hidden in your body for a long time. Tell your healthcare provider right away if you start having new symptoms after you start taking TRIUMEQ.

- **Heart attack.** Some HIV-1 medicines including TRIUMEQ may increase your risk of heart attack.

- **The most common side effects of TRIUMEQ include:**

    ○ trouble sleeping          ○ tiredness          ○ headache

These are not all the possible side effects of TRIUMEQ.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

| **How should I store TRIUMEQ?** |
| --- |

- Store TRIUMEQ at room temperature between 68°F to 77°F (20°C to 25°C).

- Store TRIUMEQ in the original bottle.

- Keep the bottle of TRIUMEQ tightly closed and protect it from moisture.

- The bottle of TRIUMEQ contains a desiccant packet to help keep your medicine dry (protect it from moisture). Do not remove the desiccant packet from the bottle.

**Keep TRIUMEQ and all medicines out of the reach of children.**

| **General information about the safe and effective use of TRIUMEQ.** |
| --- |

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use TRIUMEQ for a condition for which it was not prescribed. Do not give TRIUMEQ to other people, even if they have the same symptoms that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about TRIUMEQ that is written for health professionals.

| **What are the ingredients in TRIUMEQ?** |
| --- |

Active ingredients: abacavir, dolutegravir, and lamivudine

Inactive ingredients: D-mannitol, magnesium stearate, microcrystalline cellulose, povidone, and sodium starch glycolate.

Tablet film-coating contains: iron oxide black, iron oxide red, macrogol/PEG, polyvinyl alcohol–part hydrolyzed, talc, and titanium oxide.

Reference ID: 4767061                                                                                    **FDA-FLORIDA-004000**

Manufactured for:                                    by:



GlaxoSmithKline

Research Triangle Park, NC 27709

ViiV Healthcare

Research Triangle Park, NC 27709

EPZICOM, TIVICAY, TRIUMEQ, TRIZIVIR, and ZIAGEN are trademarks owned by or licensed to the ViiV Healthcare group of companies.

©2021 ViiV Healthcare group of companies or its licensor. TRM:xxMG

For more information go to www.TRIUMEQ.com or call 1-877-844-8872.

This Medication Guide has been approved by the U.S. Food and Drug Administration.                Revised: 03/2021

6

FDA-FLORIDA-004001

Latest FDA Approved Label

FDA-FLORIDA-004002

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use TRIUMEQ safely and effectively. See full prescribing information for TRIUMEQ.**

**TRIUMEQ (abacavir, dolutegravir, and lamivudine tablets), for oral use**
Initial U.S. Approval: 2014

---

**WARNING: HYPERSENSITIVITY REACTIONS, AND EXACERBATIONS OF HEPATITIS B**
*See full prescribing information for complete boxed warning.*

Hypersensitivity Reactions
- Serious and sometimes fatal hypersensitivity reactions have occurred with abacavir-containing products. (5.1)
- Hypersensitivity to abacavir is a multi-organ clinical syndrome. (5.1)
- Patients who carry the HLA-B*5701 allele are at a higher risk of experiencing a hypersensitivity reaction to abacavir. (5.1)
- TRIUMEQ is contraindicated in patients with a prior hypersensitivity reaction to abacavir and in HLA-B*5701-positive patients. (4)
- Discontinue TRIUMEQ as soon as a hypersensitivity reaction is suspected. Regardless of HLA-B*5701 status, permanently discontinue TRIUMEQ if hypersensitivity cannot be ruled out, even when other diagnoses are possible. (5.1)
- Following a hypersensitivity reaction to TRIUMEQ, NEVER restart TRIUMEQ or any other abacavir-containing product. (5.1)

Exacerbations of Hepatitis B
- Severe acute exacerbations of hepatitis B have been reported in patients who are co-infected with hepatitis B virus (HBV) and human immunodeficiency virus (HIV-1) and have discontinued lamivudine, a component of TRIUMEQ. Monitor hepatic function closely in these patients and, if appropriate, initiate anti-hepatitis B treatment. (5.2)

---

**------------------------- RECENT MAJOR CHANGES -------------------------**

| | |
|---|---|
| Dosage and Administration, Pregnancy Testing before Initiation of TRIUMEQ (2.2) | 03/2021 |
| Dosage and Administration, Not Recommended Due to Lack of Dosage Adjustment (2.5) | 03/2021 |
| Warnings and Precautions, Embryo-Fetal Toxicity (5.6) | 03/2021 |

**------------------------- INDICATIONS AND USAGE -------------------------**
TRIUMEQ, a combination of dolutegravir (integrase strand transfer inhibitor [INSTI]), abacavir, and lamivudine (both nucleoside analogue reverse transcriptase inhibitors) is indicated for the treatment of HIV-1 infection in adults and in pediatric patients weighing at least 40 kg. (1)
Limitations of Use:
- TRIUMEQ alone is not recommended in patients with resistance-associated integrase substitutions or clinically suspected integrase strand transfer inhibitor resistance because the dose of dolutegravir in TRIUMEQ is insufficient in these subpopulations. See the dolutegravir prescribing information. (1)

**----------------------- DOSAGE AND ADMINISTRATION -----------------------**
- Before initiating TRIUMEQ, screen for the HLA-B*5701 allele because TRIUMEQ contains abacavir. (2.1).
- Pregnancy Testing: Pregnancy testing is recommended before initiation of TRIUMEQ in adolescents and adults of childbearing potential. (2.2, 5.6, 8 1, 8.3)
- Adults and pediatric patients weighing at least 40 kg: One tablet daily. May be taken with or without food. (2.3)
- If dosing with certain UGT1A or CYP3A inducers, then the recommended dolutegravir dosage regimen is 50 mg twice daily. An additional 50-mg dose of dolutegravir, separated by 12 hours from TRIUMEQ, should be taken. (2.4)
- Because TRIUMEQ is a fixed-dose tablet and cannot be dose adjusted, TRIUMEQ is not recommended in patients with creatinine clearance less than 30 mL per minute or patients with hepatic impairment. (2.5, 4)

**-------------------- DOSAGE FORMS AND STRENGTHS--------------------**
Tablets: 600 mg of abacavir, 50 mg of dolutegravir, and 300 mg of lamivudine. (3)

**----------------------------- CONTRAINDICATIONS -----------------------------**
- Presence of HLA-B*5701 allele. (4)
- Prior hypersensitivity reaction to abacavir, dolutegravir, or lamivudine. (4)
- Coadministration with dofetilide. (4)
- Moderate or severe hepatic impairment. (4, 8.7)

**----------------------- WARNINGS AND PRECAUTIONS -----------------------**
- Hepatotoxicity has been reported in patients receiving a dolutegravir-containing regimen. Monitoring for hepatotoxicity is recommended. (5.4)
- Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with the use of nucleoside analogues. (5.5)
- Embryo-fetal toxicity may occur when used at the time of conception and in early pregnancy. Assess the risks and benefits of TRIUMEQ and discuss with the patient to determine if an alternative treatment should be considered at the time of conception through the first trimester of pregnancy or if pregnancy is confirmed in the first trimester due to the risk of neural tube defects. Adolescents and adults of childbearing potential should be counseled on the consistent use of effective contraception. (2.2, 5.6, 8.1, 8.3)
- Immune reconstitution syndrome has been reported in patients treated with combination antiretroviral therapy. (5.8)

**----------------------------- ADVERSE REACTIONS -----------------------------**
The most commonly reported adverse reactions of at least moderate intensity and incidence at least 2% (in those receiving TRIUMEQ) were insomnia, headache, and fatigue. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact ViiV Healthcare at 1-877-844-8872 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**----------------------------- DRUG INTERACTIONS-----------------------------**
Coadministration of TRIUMEQ with other drugs can alter the concentration of other drugs and other drugs may alter the concentrations of TRIUMEQ. The potential drug-drug interactions must be considered prior to and during therapy. (4, 7, 12.3)

**----------------------- USE IN SPECIFIC POPULATIONS -----------------------**
- Pregnancy: Assess the risks and benefits of TRIUMEQ and discuss with the patient to determine if an alternative treatment should be considered at the time of conception through the first trimester or if pregnancy is confirmed in the first trimester due to the risk of neural tube defects. (2.2, 5.6, 8 1, 8.3)
- Lactation: Breastfeeding is not recommended due to the potential for HIV-1 transmission. (8.2)
- Females and males of reproductive potential: Pregnancy testing is recommended in adolescents and adults of childbearing potential. Patients should be counseled on the consistent use of effective contraception. (8.1, 8.3)
- Pediatrics: Not recommended for patients weighing less than 40 kg. (8.4)
- TRIUMEQ is not recommended in patients with creatinine clearance less than 30 mL per min. (8.6)
- If a dose reduction of abacavir, a component of TRIUMEQ, is required for patients with mild hepatic impairment, then the individual components should be used. (8.7)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 03/2021**

---

1

FDA-FLORIDA-004003

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: HYPERSENSITIVITY REACTIONS, AND**
**EXACERBATIONS OF HEPATITIS B**

**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
    2.1   Screening for HLA-B*5701 Allele prior to Starting TRIUMEQ
    2.2   Pregnancy Testing before Initiation of TRIUMEQ
    2.3   Recommended Dosage
    2.4   Dosage Recommendation with Certain Concomitant Medications
    2.5   Not Recommended Due to Lack of Dosage Adjustment
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
    5.1   Hypersensitivity Reactions
    5.2   Posttreatment Exacerbations of Hepatitis in Patients with Hepatitis B Co-infection
    5.3   Emergence of Lamivudine-Resistant HBV
    5.4   Hepatotoxicity
    5.5   Lactic Acidosis and Severe Hepatomegaly with Steatosis
    5.6   Embryo-Fetal Toxicity
    5.7   Risk of Adverse Reactions or Loss of Virologic Response Due to Drug Interactions
    5.8   Immune Reconstitution Syndrome
    5.9   Myocardial Infarction
**6   ADVERSE REACTIONS**
    6.1   Clinical Trials Experience
    6.2   Postmarketing Experience
**7   DRUG INTERACTIONS**
    7.1   Effect of Dolutegravir on the Pharmacokinetics of Other Agents
    7.2   Effect of Other Agents on the Pharmacokinetics of Dolutegravir
    7.3   Established and Other Potentially Significant Drug Interactions
**8   USE IN SPECIFIC POPULATIONS**
    8.1   Pregnancy
    8.2   Lactation
    8.3   Females and Males of Reproductive Potential
    8.4   Pediatric Use
    8.5   Geriatric Use
    8.6   Patients with Impaired Renal Function
    8.7   Patients with Impaired Hepatic Function
**10  OVERDOSAGE**
**11  DESCRIPTION**
**12  CLINICAL PHARMACOLOGY**
    12.1   Mechanism of Action
    12.2   Pharmacodynamics
    12.3   Pharmacokinetics
    12.4   Microbiology
**13  NONCLINICAL TOXICOLOGY**
    13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2   Animal Toxicology and/or Pharmacology
**14  CLINICAL STUDIES**
    14.1   Adult Subjects
    14.2   Pediatric Subjects
**16  HOW SUPPLIED/STORAGE AND HANDLING**
**17  PATIENT COUNSELING INFORMATION**
\*Sections or subsections omitted from the full prescribing information are not listed.

---

# FULL PRESCRIBING INFORMATION

---

### WARNING: HYPERSENSITIVITY REACTIONS, AND EXACERBATIONS OF HEPATITIS B

**Hypersensitivity Reactions**

**Serious and sometimes fatal hypersensitivity reactions, with multiple organ involvement, have occurred with abacavir, a component of TRIUMEQ (abacavir, dolutegravir, and lamivudine). Patients who carry the HLA-B*5701 allele are at a higher risk of a hypersensitivity reaction to abacavir; although, hypersensitivity reactions have occurred in patients who do not carry the HLA-B*5701 allele** *[see Warnings and Precautions (5.1)].*

**TRIUMEQ is contraindicated in patients with a prior hypersensitivity reaction to abacavir and in HLA-B*5701-positive patients** *[see Contraindications (4), Warnings and Precautions (5.1)].* **All patients should be screened for the HLA-B*5701 allele prior to initiating therapy with TRIUMEQ or reinitiation of therapy with TRIUMEQ, unless patients have a previously documented HLA-B*5701 allele assessment. Discontinue TRIUMEQ immediately if a hypersensitivity reaction is suspected, regardless of HLA-B*5701 status and even when other diagnoses are possible** *[see Contraindications (4), Warnings and Precautions (5.1)].*

**Following a hypersensitivity reaction to TRIUMEQ, NEVER restart TRIUMEQ or any other abacavir-containing product because more severe symptoms, including death can occur within hours. Similar severe reactions have also occurred rarely following the**

2

FDA-FLORIDA-004004

**reintroduction of abacavir-containing products in patients who have no history of abacavir hypersensitivity** *[see Warnings and Precautions (5.1)].*

**Exacerbations of Hepatitis B**

**Severe acute exacerbations of hepatitis B have been reported in patients who are co-infected with hepatitis B virus (HBV) and human immunodeficiency virus (HIV-1) and have discontinued lamivudine, a component of TRIUMEQ. Hepatic function should be monitored closely with both clinical and laboratory follow-up for at least several months in patients who discontinue TRIUMEQ and are co-infected with HIV-1 and HBV. If appropriate, initiation of anti-hepatitis B therapy may be warranted** *[see Warnings and Precautions (5.2)].*

## 1     INDICATIONS AND USAGE

TRIUMEQ is indicated for the treatment of human immunodeficiency virus type 1 (HIV-1) infection in adults and in pediatric patients weighing at least 40 kg.

Limitations of Use:

- TRIUMEQ alone is not recommended in patients with resistance-associated integrase substitutions or clinically suspected integrase strand transfer inhibitor resistance because the dose of dolutegravir in TRIUMEQ is insufficient in these subpopulations. See full prescribing information for TIVICAY (dolutegravir).

## 2     DOSAGE AND ADMINISTRATION

### 2.1     Screening for HLA-B*5701 Allele prior to Starting TRIUMEQ

Screen for the HLA-B*5701 allele prior to initiating therapy with TRIUMEQ *[see Boxed Warning, Warnings and Precautions (5.1)].*

### 2.2     Pregnancy Testing before Initiation of TRIUMEQ

Pregnancy testing is recommended before initiation of TRIUMEQ in adolescents and adults of childbearing potential *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1, 8.3)].*

### 2.3     Recommended Dosage

TRIUMEQ is a fixed-dose combination product containing 600 mg of abacavir, 50 mg of dolutegravir, and 300 mg of lamivudine. The recommended dosage regimen of TRIUMEQ in adults and in pediatric patients weighing at least 40 kg is one tablet once daily orally with or without food.

3

Reference ID: 4767061

**FDA-FLORIDA-004005**

### 2.4    Dosage Recommendation with Certain Concomitant Medications

The dolutegravir dose (50 mg) in TRIUMEQ is insufficient when coadministered with medications listed in Table 1 that may decrease dolutegravir concentrations; the following dolutegravir dosage regimen is recommended.

**Table 1. Dosing Recommendations for TRIUMEQ with Coadministered Medications**

| Coadministered Drug | Dosing Recommendation |
|---|---|
| Efavirenz, fosamprenavir/ritonavir, tipranavir/ritonavir, carbamazepine, or rifampin | The recommended dolutegravir dosage regimen is 50 mg twice daily. An additional dolutegravir 50-mg tablet, separated by 12 hours from TRIUMEQ, should be taken. |

### 2.5    Not Recommended Due to Lack of Dosage Adjustment

Because TRIUMEQ is a fixed-dose tablet and cannot be dose adjusted, TRIUMEQ is not recommended in:

- patients with creatinine clearance less than 30 mL per minute *[see Use in Specific Populations (8.6)]*.

- patients with mild hepatic impairment. TRIUMEQ is contraindicated in patients with moderate or severe hepatic impairment *[see Contraindications (4), Use in Specific Populations (8.7)]*.

## 3    DOSAGE FORMS AND STRENGTHS

TRIUMEQ tablets are purple, biconvex, oval, and debossed with "572 Trı" on one side. Each film-coated tablet contains abacavir sulfate equivalent to 600 mg of abacavir, dolutegravir sodium equivalent to 50 mg of dolutegravir, and 300 mg of lamivudine *[see Description (11)]*.

## 4    CONTRAINDICATIONS

TRIUMEQ is contraindicated in patients:

- who have the HLA-B*5701 allele *[see Warnings and Precautions (5.1)]*.

- with prior hypersensitivity reaction to abacavir, dolutegravir *[see Warnings and Precautions (5.1)]*, or lamivudine.

- receiving dofetilide due to the potential for increased dofetilide plasma concentrations and the risk for serious and/or life-threatening events with concomitant use of dolutegravir *[see Drug Interactions (7)]*.

- with moderate or severe hepatic impairment *[see Use in Specific Populations (8.7)]*.

4

FDA-FLORIDA-004006

## 5      WARNINGS AND PRECAUTIONS

### 5.1    Hypersensitivity Reactions

Hypersensitivity reactions have been reported with the use of abacavir or dolutegravir, components of TRIUMEQ.

<u>Abacavir</u>

Serious and sometimes fatal hypersensitivity reactions have occurred with abacavir-containing regimens. See full prescribing information for ZIAGEN (abacavir).

Abacavir hypersensitivity reactions have included multi-organ failure and anaphylaxis and typically occurred within the first 6 weeks of treatment with abacavir (median time to onset was 9 days); although abacavir hypersensitivity reactions have occurred any time during treatment *[see Adverse Reactions (6.1)]*. Patients who carry the HLA-B*5701 allele are at a higher risk of abacavir hypersensitivity reactions; although, patients who do not carry the HLA-B*5701 allele have developed hypersensitivity reactions. Hypersensitivity to abacavir was reported in approximately 206 (8%) of 2,670 patients in 9 clinical trials with abacavir-containing products where HLA-B*5701 screening was not performed. The incidence of suspected abacavir hypersensitivity reactions in clinical trials was 1% when subjects carrying the HLA-B*5701 allele were excluded. In any patient treated with abacavir, the clinical diagnosis of hypersensitivity reaction must remain the basis of clinical decision making.

Due to the potential for severe, serious, and possibly fatal hypersensitivity reactions with abacavir:

- All patients should be screened for the HLA-B*5701 allele prior to initiating therapy with TRIUMEQ or reinitiation of therapy with TRIUMEQ, unless patients have a previously documented HLA-B*5701 allele assessment.

- TRIUMEQ is contraindicated in patients with a prior hypersensitivity reaction to abacavir and in HLA-B*5701-positive patients.

- Before starting TRIUMEQ, review medical history for prior exposure to any abacavir-containing product. NEVER restart TRIUMEQ or any other abacavir-containing product following a hypersensitivity reaction to abacavir, regardless of HLA-B*5701 status.

- To reduce the risk of a life-threatening hypersensitivity reaction, regardless of HLA-B*5701 status, discontinue TRIUMEQ immediately if a hypersensitivity reaction is suspected, even when other diagnoses are possible (e.g., acute onset respiratory diseases such as pneumonia, bronchitis, pharyngitis, or influenza; gastroenteritis; or reactions to other medications). Clinical status, including liver chemistries, should be monitored and appropriate therapy initiated.

- If a hypersensitivity reaction cannot be ruled out, do not restart TRIUMEQ or any other abacavir-containing products because more severe symptoms, which may include life-

5

Reference ID: 4767061

FDA-FLORIDA-004007

threatening hypotension and death, can occur within hours.

- Clinically, it is not possible to determine whether a hypersensitivity reaction with TRIUMEQ would be caused by abacavir or dolutegravir. Therefore, never restart TRIUMEQ or any other abacavir- or dolutegravir-containing product in patients who have stopped therapy with TRIUMEQ due to a hypersensitivity reaction.

- If a hypersensitivity reaction is ruled out, patients may restart TRIUMEQ. Rarely, patients who have stopped abacavir for reasons other than symptoms of hypersensitivity have also experienced life-threatening reactions within hours of reinitiating abacavir therapy. Therefore, reintroduction of TRIUMEQ, or any other abacavir-containing product, is recommended only if medical care can be readily accessed.

- A Medication Guide and Warning Card that provide information about recognition of abacavir hypersensitivity reactions should be dispensed with each new prescription and refill.

<u>Dolutegravir</u>

Hypersensitivity reactions have been reported and were characterized by rash, constitutional findings, and sometimes organ dysfunction, including liver injury. The events were reported in less than 1% of subjects receiving TIVICAY in Phase 3 clinical trials. Discontinue TRIUMEQ and other suspect agents immediately if signs or symptoms of hypersensitivity reactions develop (including, but not limited to, severe rash or rash accompanied by fever, general malaise, fatigue, muscle or joint aches, blisters or peeling of the skin, oral blisters or lesions, conjunctivitis, facial edema, hepatitis, eosinophilia, angioedema, difficulty breathing). Clinical status, including liver aminotransferases, should be monitored and appropriate therapy initiated. Delay in stopping treatment with TRIUMEQ or other suspect agents after the onset of hypersensitivity may result in a life-threatening reaction.

Clinically, it is not possible to determine whether a hypersensitivity reaction with TRIUMEQ would be caused by abacavir or dolutegravir. Therefore, never restart TRIUMEQ or any other abacavir- or dolutegravir-containing product in patients who have stopped therapy with TRIUMEQ due to a hypersensitivity reaction.

## 5.2    Posttreatment Exacerbations of Hepatitis in Patients with Hepatitis B Co-infection

Clinical and laboratory evidence of exacerbations of hepatitis have occurred after discontinuation of lamivudine. See full prescribing information for EPIVIR (lamivudine). Patients should be closely monitored with both clinical and laboratory follow-up for at least several months after stopping treatment.

## 5.3    Emergence of Lamivudine-Resistant HBV

Safety and efficacy of lamivudine have not been established for treatment of chronic hepatitis B in subjects dually infected with HIV-1 and HBV. Emergence of hepatitis B virus variants associated with resistance to lamivudine has been reported in HIV-1−infected subjects who have

6

FDA-FLORIDA-004008

received lamivudine-containing antiretroviral regimens in the presence of concurrent infection with hepatitis B virus. See full prescribing information for EPIVIR-HBV (lamivudine).

## 5.4   Hepatotoxicity

Hepatic adverse events have been reported in patients receiving a dolutegravir-containing regimen *[see Adverse Reactions (6.1)]*. Patients with underlying hepatitis B or C may be at increased risk for worsening or development of transaminase elevations with use of TRIUMEQ *[see Adverse Reactions (6.1)]*. In some cases, the elevations in transaminases were consistent with immune reconstitution syndrome or hepatitis B reactivation particularly in the setting where anti-hepatitis therapy was withdrawn. Cases of hepatic toxicity, including elevated serum liver biochemistries, hepatitis, and acute liver failure, have also been reported in patients receiving a dolutegravir-containing regimen who had no pre-existing hepatic disease or other identifiable risk factors. Drug-induced liver injury leading to liver transplant has been reported with TRIUMEQ. Monitoring for hepatotoxicity is recommended.

## 5.5   Lactic Acidosis and Severe Hepatomegaly with Steatosis

Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with the use of nucleoside analogues, including abacavir and lamivudine (components of TRIUMEQ). A majority of these cases have been in women. Female sex and obesity may be risk factors for the development of lactic acidosis and severe hepatomegaly with steatosis in patients treated with antiretroviral nucleoside analogues. See full prescribing information for ZIAGEN (abacavir) and EPIVIR (lamivudine). Treatment with TRIUMEQ should be suspended in any patient who develops clinical or laboratory findings suggestive of lactic acidosis or pronounced hepatotoxicity, which may include hepatomegaly and steatosis even in the absence of marked transaminase elevations.

## 5.6   Embryo-Fetal Toxicity

An ongoing observational study showed an association between dolutegravir and an increased risk of neural tube defects when dolutegravir was administered at the time of conception and in early pregnancy. As there is limited understanding of the association of reported types of neural tube defects with dolutegravir use, inform adolescents and adults of childbearing potential, including those actively trying to become pregnant, about the potential increased risk of neural tube defects with TRIUMEQ. Assess the risks and benefits of TRIUMEQ and discuss with the patient to determine if an alternative treatment should be considered at the time of conception through the first trimester of pregnancy or if pregnancy is confirmed in the first trimester *[see Use in Specific Populations (8.1, 8.3)]*.

Pregnancy testing is recommended before initiation of TRIUMEQ in adolescents and adults of childbearing potential *[see Dosage and Administration (2.2)]*.

Adolescents and adults of childbearing potential should be counseled on the consistent use of effective contraception *[see Use in Specific Populations (8.1, 8.3)]*.

7

FDA-FLORIDA-004009

TRIUMEQ may be considered during the second and third trimesters of pregnancy if the expected benefit justifies the potential risk to the pregnant woman and the fetus.

### 5.7 Risk of Adverse Reactions or Loss of Virologic Response Due to Drug Interactions

The concomitant use of TRIUMEQ and other drugs may result in known or potentially significant drug interactions, some of which may lead to *[see Contraindications (4), Drug Interactions (7.3)]*:

- Loss of therapeutic effect of TRIUMEQ and possible development of resistance.

- Possible clinically significant adverse reactions from greater exposures of concomitant drugs.

See Table 5 for steps to prevent or manage these possible and known significant drug interactions, including dosing recommendations. Consider the potential for drug interactions prior to and during therapy with TRIUMEQ; review concomitant medications during therapy with TRIUMEQ; and monitor for the adverse reactions associated with the concomitant drugs.

### 5.8 Immune Reconstitution Syndrome

Immune reconstitution syndrome has been reported in patients treated with combination antiretroviral therapy, including TRIUMEQ. During the initial phase of combination antiretroviral treatment, patients whose immune systems respond may develop an inflammatory response to indolent or residual opportunistic infections (such as *Mycobacterium avium* infection, cytomegalovirus, *Pneumocystis jirovecii* pneumonia [PCP], or tuberculosis), which may necessitate further evaluation and treatment.

Autoimmune disorders (such as Graves' disease, polymyositis, and Guillain-Barré syndrome) have also been reported to occur in the setting of immune reconstitution; however, the time to onset is more variable, and can occur many months after initiation of treatment.

### 5.9 Myocardial Infarction

Several prospective, observational, epidemiological studies have reported an association with the use of abacavir and the risk of myocardial infarction (MI). Meta-analyses of randomized, controlled clinical trials have observed no excess risk of MI in abacavir-treated subjects as compared with control subjects. To date, there is no established biological mechanism to explain a potential increase in risk. In totality, the available data from the observational studies and from controlled clinical trials show inconsistency; therefore, evidence for a causal relationship between abacavir and the risk of MI is inconclusive.

As a precaution, the underlying risk of coronary heart disease should be considered when prescribing antiretroviral therapies, including abacavir, and action taken to minimize all modifiable risk factors (e.g., hypertension, hyperlipidemia, diabetes mellitus, smoking).

## 6 ADVERSE REACTIONS

The following adverse reactions are discussed in other sections of the labeling:

8

FDA-FLORIDA-004010

- Serious and sometimes fatal hypersensitivity reaction *[see Boxed Warning, Warnings and Precautions (5.1)]*.

- Exacerbations of hepatitis B *[see Boxed Warning, Warnings and Precautions (5.3)]*.

- Hepatotoxicity *[see Warnings and Precautions (5.4)]*.

- Lactic acidosis and severe hepatomegaly with steatosis *[see Warnings and Precautions (5.5)]*.

- Immune reconstitution syndrome *[see Warnings and Precautions (5.8)]*.

- Myocardial infarction *[see Warnings and Precautions (5.9)]*.

**6.1    Clinical Trials Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared with rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

<u>Clinical Trials in Adults</u>

*Serious and Fatal Abacavir-Associated Hypersensitivity Reactions:* In clinical trials, serious and sometimes fatal hypersensitivity reactions have occurred with abacavir, a component of TRIUMEQ *[see Boxed Warning, Warnings and Precautions (5.1)]*. These reactions have been characterized by 2 or more of the following signs or symptoms: (1) fever; (2) rash; (3) gastrointestinal symptoms (including nausea, vomiting, diarrhea, or abdominal pain); (4) constitutional symptoms (including generalized malaise, fatigue, or achiness); (5) respiratory symptoms (including dyspnea, cough, or pharyngitis). Almost all abacavir hypersensitivity reactions include fever and/or rash as part of the syndrome.

Other signs and symptoms have included lethargy, headache, myalgia, edema, arthralgia, and paresthesia. Anaphylaxis, liver failure, renal failure, hypotension, adult respiratory distress syndrome, respiratory failure, myolysis, and death have occurred in association with these hypersensitivity reactions. Physical findings have included lymphadenopathy, mucous membrane lesions (conjunctivitis and mouth ulcerations), and maculopapular or urticarial rash (although some patients had other types of rashes and others did not have a rash). There were reports of erythema multiforme. Laboratory abnormalities included elevated liver chemistries, elevated creatine phosphokinase, elevated creatinine, and lymphopenia and abnormal chest x-ray findings (predominantly infiltrates, which were localized).

*Serious Dolutegravir Hypersensitivity Reactions:* In clinical trials, hypersensitivity reactions have occurred with dolutegravir, a component of TRIUMEQ *[see Warnings and Precautions (5.1)]*. These hypersensitivity reactions have been characterized by rash, constitutional findings, and sometimes organ dysfunction, including liver injury.

*Additional Treatment-Emergent Adverse Drug Reactions (ADRs) with Use of TRIUMEQ:* The safety assessment of TRIUMEQ is primarily based on the analyses of data from a randomized,

9

**FDA-FLORIDA-004011**

international, multicenter, double-blind, active-controlled trial, SINGLE (ING114467) and supported by data in treatment-experienced, INSTI-naïve subjects from SAILING (ING111762) and by data from other treatment-naïve trials. See full prescribing information for TIVICAY.

*Treatment-Naïve Subjects:* In SINGLE, 833 adult subjects were randomized and received at least one dose of either dolutegravir (TIVICAY) 50 mg with fixed-dose abacavir and lamivudine (EPZICOM) once daily (n = 414) or fixed-dose efavirenz/emtricitabine/tenofovir (ATRIPLA) once daily (n = 419) (study treatment was blinded through Week 96 and open-label from Week 96 through Week 144). Through 144 weeks, the rate of adverse events leading to discontinuation was 4% in subjects receiving TIVICAY + EPZICOM and 14% in subjects receiving ATRIPLA once daily.

Treatment-emergent ADRs of moderate to severe intensity observed in at least 2% of subjects in either treatment arm of SINGLE are provided in Table 2.

**Table 2. Treatment-Emergent Adverse Drug Reactions of at Least Moderate Intensity (Grades 2 to 4) and at Least 2% Frequency in Treatment-Naïve Subjects in SINGLE (Week 144 Analysis)**

| Adverse Reaction | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| **Psychiatric** | | |
| Insomnia | 3% | 3% |
| Depression | 1% | 2% |
| Abnormal dreams | <1% | 2% |
| **Nervous System** | | |
| Dizziness | <1% | 5% |
| Headache | 2% | 2% |
| **Gastrointestinal** | | |
| Nausea | <1% | 3% |
| Diarrhea | <1% | 2% |
| **General Disorders** | | |
| Fatigue | 2% | 2% |
| **Skin and Subcutaneous Tissue** | | |
| Rash[a] | <1% | 6% |
| **Ear and Labyrinth** | | |
| Vertigo | 0 | 2% |

[a] Includes pooled terms: rash, rash generalized, rash macular, rash maculo-papular, rash pruritic, and drug eruption.

*Treatment-Experienced Subjects:* SAILING is an international, double-blind trial in INSTI-naïve, antiretroviral treatment-experienced adult subjects. Subjects were randomized and

10

FDA-FLORIDA-004012

received either TIVICAY 50 mg once daily or raltegravir 400 mg twice daily with investigator-selected background regimen consisting of up to 2 agents, including at least one fully active agent. At 48 weeks, the rate of adverse events leading to discontinuation was consistent with that seen in the overall treatment-naïve patient population. See full prescribing information for TIVICAY.

The ADRs observed in the subset of subjects who received TIVICAY + EPZICOM were generally consistent with those seen in the overall treatment-naïve patient population.

*Less Common Adverse Reactions Observed in Clinical Trials:* The following adverse reactions occurred in less than 2% of treatment-naïve or treatment-experienced subjects in any one trial. These events have been included because of their seriousness and/or assessment of potential causal relationship.

*Gastrointestinal Disorders:* Abdominal pain, abdominal distention, abdominal discomfort, dyspepsia, flatulence, gastroesophageal reflux disease, upper abdominal pain, vomiting.

*General Disorders:* Fever, lethargy.

*Hepatobiliary Disorders:* Hepatitis.

*Metabolism and Nutrition Disorders:* Anorexia, hypertriglyceridemia.

*Musculoskeletal Disorders:* Arthralgia, myositis.

*Nervous System Disorders:* Somnolence.

*Psychiatric Disorders:* Suicidal ideation, attempt, behavior, or completion. These events were observed primarily in subjects with a pre-existing history of depression or other psychiatric illness. Nightmare and sleep disorder.

*Renal and Urinary Disorders:* Renal impairment.

*Skin and Subcutaneous Tissue Disorders:* Pruritus.

*Laboratory Abnormalities: Treatment-Naïve Subjects:* Selected laboratory abnormalities (Grades 2 to 4) with a worsening grade from baseline and representing the worst-grade toxicity in at least 2% of subjects in SINGLE are presented in Table 3. The mean change from baseline observed for selected lipid values is presented in Table 4.

**Table 3. Selected Laboratory Abnormalities (Grades 2 to 4) in Treatment-Naïve Subjects in SINGLE (Week 144 Analysis)**

| Laboratory Abnormality | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| ALT | | |
| Grade 2 (>2.5-5.0 x ULN) | 3% | 5% |

11

| | | |
|---|---|---|
| Grade 3 to 4 (>5.0 x ULN) | 1% | <1% |
| AST | | |
| Grade 2 (>2.5-5.0 x ULN) | 3% | 4% |
| Grade 3 to 4 (>5.0 x ULN) | 1% | 3% |
| Creatine kinase | | |
| Grade 2 (6.0-9.9 x ULN) | 5% | 3% |
| Grade 3 to 4 (≥10.0 x ULN) | 7% | 8% |
| Hyperglycemia | | |
| Grade 2 (126-250 mg/dL) | 9% | 6% |
| Grade 3 (>250 mg/dL) | 2% | <1% |
| Lipase | | |
| Grade 2 (>1.5-3.0 x ULN) | 11% | 11% |
| Grade 3 to 4 (>3.0 ULN) | 5% | 4% |
| Total neutrophils | | |
| Grade 2 (0.75-0.99 x $10^9$) | 4% | 5% |
| Grade 3 to 4 (<0.75 x $10^9$) | 3% | 3% |

ULN = Upper limit of normal.

**Table 4. Mean Change from Baseline in Fasted Lipid Values in Treatment-Naïve Subjects in SINGLE (Week 144 Analysis[a])**

| Lipid | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| Cholesterol (mg/dL) | 24.0 | 26.7 |
| HDL cholesterol (mg/dL) | 5.4 | 7.2 |
| LDL cholesterol (mg/dL) | 16.0 | 14.6 |
| Triglycerides (mg/dL) | 13.6 | 31.9 |

[a] Subjects on lipid-lowering agents at baseline were excluded from these analyses (TIVICAY + EPZICOM: n = 30 and ATRIPLA: n = 27). Seventy-two subjects initiated a lipid-lowering agent post-baseline; their last fasted on-treatment values (prior to starting the agent) were used regardless if they discontinued the agent (TIVICAY + EPZICOM: n = 36 and ATRIPLA: n = 36).

*Treatment-Experienced Subjects:* Laboratory abnormalities observed in SAILING were generally similar compared with observations seen in the treatment-naïve trials.

*Hepatitis C Virus Co-infection:* In SINGLE, the pivotal Phase 3 trial, subjects with hepatitis C virus co-infection were permitted to enroll provided that baseline liver chemistry tests did not exceed 5 times the upper limit of normal; subjects with hepatitis B co-infection were excluded. Overall, the safety profile in subjects with hepatitis C virus co-infection was similar to that observed in subjects without hepatitis C co-infection, although the rates of AST and ALT abnormalities were higher in the subgroup with hepatitis C virus co-infection for both treatment

12

FDA-FLORIDA-004014

groups. Grades 2 to 4 ALT abnormalities in hepatitis C co-infected compared with HIV mono-infected subjects receiving TRIUMEQ were observed in 15% and 2% (vs. 24% and 4% of subjects treated with ATRIPLA) (Week 96 analysis), respectively *[see Warnings and Precautions (5.2)]*. See also full prescribing information for TIVICAY.

*Changes in Serum Creatinine:* Dolutegravir has been shown to increase serum creatinine due to inhibition of tubular secretion of creatinine without affecting renal glomerular function *[see Clinical Pharmacology (12.2)]*. Increases in serum creatinine occurred within the first 4 weeks of treatment and remained stable through 144 weeks. In SINGLE, a mean change from baseline of 0.14 mg per dL (range: -0.25 mg per dL to 0.81 mg per dL) was observed after 144 weeks of treatment. Creatinine increases were similar in treatment-experienced subjects.

*Abacavir and Lamivudine:* Laboratory abnormalities observed in clinical trials of ZIAGEN (in combination with other antiretroviral treatment) were anemia, neutropenia, liver function test abnormalities, and elevations of CPK, blood glucose, and triglycerides. Additional laboratory abnormalities observed in clinical trials of EPIVIR (in combination with other antiretroviral treatment) were thrombocytopenia and elevated levels of bilirubin, amylase, and lipase.

Clinical Trials Experience in Pediatric Subjects

*Abacavir and Lamivudine:* The safety of once-daily compared with twice-daily dosing of abacavir and lamivudine, administered as either single products or as EPZICOM, was assessed in the ARROW trial (n = 336). Primary safety assessment in the ARROW (COL105677) trial was based on Grade 3 and Grade 4 adverse events. One event of Grade 4 hepatitis in the once-daily cohort was considered as uncertain causality by the investigator and all other Grade 3 or 4 adverse events were considered not related by the investigator. No additional safety issues were identified in pediatric subjects compared with historical data in adults.

*Dolutegravir:* IMPAACT P1093 is a 48-week multicenter, open-label, non-comparative trial of approximately 160 HIV-1−infected pediatric subjects aged 4 weeks to less than 18 years, of which, 23 treatment-experienced, INSTI-naïve subjects aged 12 to less than 18 years were enrolled *[see Use in Specific Populations (8.4), Clinical Studies (14.2)]*.

The ADR profile was similar to that for adults. Grade 2 ADRs reported by more than one subject were decreased neutrophil count (n = 2). No Grade 3 or 4 ADRs were reported. No ADRs led to discontinuation. The Grade 3 laboratory abnormalities reported in 1 subject each were elevated total bilirubin, elevated lipase, and decreased white blood cell count. There was one Grade 4 decreased neutrophil count. The changes in mean serum creatinine were similar to those observed in adults.

## 6.2    Postmarketing Experience

In addition to adverse reactions reported from clinical trials, the following adverse reactions have been identified during postmarketing use with one or more of the components of TRIUMEQ. Because these reactions are reported voluntarily from a population of uncertain size, it is not

13

always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Blood and Lymphatic Systems

Aplastic anemia, anemia (including pure red cell aplasia and severe anemias progressing on therapy), lymphadenopathy, splenomegaly.

Digestive

Stomatitis.

Gastrointestinal

Pancreatitis.

General

Weakness.

Hepatobiliary Disorders

Acute liver failure, liver transplant.

Hypersensitivity

Sensitization reactions (including anaphylaxis), urticaria *[see Warnings and Precautions (5.1), Adverse Reactions (6.1)]*.

Investigations

Weight increased.

Metabolism and Nutrition Disorders

Hyperlactemia.

Musculoskeletal

CPK elevation, muscle weakness, myalgia, rhabdomyolysis.

Nervous

Paresthesia, peripheral neuropathy, seizures.

Psychiatric

Anxiety.

Respiratory

Abnormal breath sounds/wheezing.

Reference ID: 4767061

FDA-FLORIDA-004016

Skin

Alopecia, erythema multiforme. Suspected Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN) have been reported in patients receiving abacavir primarily in combination with medications known to be associated with SJS and TEN, respectively. Because of the overlap of clinical signs and symptoms between hypersensitivity to abacavir and SJS and TEN, and the possibility of multiple drug sensitivities in some patients, abacavir should be discontinued and not restarted in such cases *[see Adverse Reactions (6.1)]*.

## 7       DRUG INTERACTIONS

### 7.1       Effect of Dolutegravir on the Pharmacokinetics of Other Agents

In vitro, dolutegravir inhibited the renal organic cation transporters (OCT)2 ($IC_{50}$ = 1.93 microM) and multidrug and toxin extrusion transporter (MATE)1 ($IC_{50}$ = 6.34 microM). In vivo, dolutegravir inhibits tubular secretion of creatinine by inhibiting OCT2 and potentially MATE1. Dolutegravir may increase plasma concentrations of drugs eliminated via OCT2 or MATE1 (dofetilide, dalfampridine, and metformin) *[see Contraindications (4), Drug Interactions (7.3)]*.

In vitro, dolutegravir inhibited the basolateral renal transporters, organic anion transporter (OAT) 1 ($IC_{50}$ = 2.12 microM) and OAT3 ($IC_{50}$ = 1.97 microM). However, in vivo, dolutegravir did not alter the plasma concentrations of tenofovir or para-amino hippurate, substrates of OAT1 and OAT3.

In vitro, dolutegravir did not inhibit ($IC_{50}$ greater than 50 microM) the following: cytochrome P450 (CYP)1A2, CYP2A6, CYP2B6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, CYP3A, uridine diphosphate (UDP)-glucuronosyl transferase (UGT)1A1, UGT2B7, P-glycoprotein (P-gp), breast cancer resistance protein (BCRP), bile salt export pump (BSEP), organic anion transporter polypeptide (OATP)1B1, OATP1B3, OCT1, or multidrug resistance protein (MRP)2, or MRP4. In vitro, dolutegravir did not induce CYP1A2, CYP2B6, CYP3A4. Based on these data and the results of drug interaction trials, dolutegravir is not expected to affect the pharmacokinetics of drugs that are substrates of these enzymes or transporters.

In drug interaction trials, dolutegravir did not have a clinically relevant effect on the pharmacokinetics of the following drugs: daclatasvir, tenofovir, methadone, midazolam, rilpivirine, and oral contraceptives containing norgestimate and ethinyl estradiol. Using cross-study comparisons to historical pharmacokinetic data for each interacting drug, dolutegravir did not appear to affect the pharmacokinetics of the following drugs: atazanavir, darunavir, efavirenz, etravirine, fosamprenavir, lopinavir, ritonavir, and boceprevir.

### 7.2       Effect of Other Agents on the Pharmacokinetics of Dolutegravir

Dolutegravir is metabolized by UGT1A1 with some contribution from CYP3A. Dolutegravir is also a substrate of UGT1A3, UGT1A9, BCRP, and P-gp in vitro. Drugs that induce those

15

FDA-FLORIDA-004017

enzymes and transporters may decrease dolutegravir plasma concentrations and reduce the therapeutic effect of dolutegravir.

Coadministration of dolutegravir and other drugs that inhibit these enzymes may increase dolutegravir plasma concentrations.

Etravirine significantly reduced plasma concentrations of dolutegravir, but the effect of etravirine was mitigated by coadministration of lopinavir/ritonavir or darunavir/ritonavir, and is expected to be mitigated by atazanavir/ritonavir (Table 5) *[see Drug Interactions (7.3), Clinical Pharmacology (12.3)]*.

In vitro, dolutegravir was not a substrate of OATP1B1 or OATP1B3.

Darunavir/ritonavir, lopinavir/ritonavir, rilpivirine, tenofovir, boceprevir, daclatasvir, prednisone, rifabutin, and omeprazole had no clinically significant effect on the pharmacokinetics of dolutegravir.

### 7.3    Established and Other Potentially Significant Drug Interactions

There were no drug-drug interaction trials conducted with the abacavir, dolutegravir, and lamivudine fixed-dose combination tablets.

Information regarding potential drug interactions with the individual components of TRIUMEQ are provided below. These recommendations are based on either drug interaction trials or predicted interactions due to the expected magnitude of interaction and potential for serious adverse events or loss of efficacy. *[See Contraindications (4), Clinical Pharmacology (12.3).]*

**Table 5. Established and Other Potentially Significant Drug Interactions for Dolutegravir: Alterations in Dose May Be Recommended Based on Drug Interaction Trials or Predicted Interactions**

| Concomitant Drug Class: Drug Name | Effect on Concentration | Clinical Comment |
|---|---|---|
| *HIV-1 Antiviral Agents* | | |
| **Non-nucleoside reverse transcriptase inhibitor:** Etravirine[a] | ↓Dolutegravir | Use of TRIUMEQ with etravirine without coadministration of atazanavir/ritonavir, darunavir/ritonavir, or lopinavir/ritonavir is not recommended. |
| **Non-nucleoside reverse transcriptase inhibitor:** Efavirenz[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |
| **Non-nucleoside reverse transcriptase inhibitor:** | ↓Dolutegravir | Avoid coadministration with TRIUMEQ because there are |

16

FDA-FLORIDA-004018

| Nevirapine | | insufficient data to make dosing recommendations. |
|---|---|---|
| **Protease inhibitor:** Fosamprenavir/ritonavir[a] Tipranavir/ritonavir[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional dolutegravir 50-mg dose should be taken, separated by 12 hours from TRIUMEQ. |
| *Other Agents* | | |
| **Antiarrhythmic:** Dofetilide | ↑Dofetilide | Coadministration is contraindicated with TRIUMEQ *[see Contraindications (4)]*. |
| **Potassium channel blocker:** Dalfampridine | ↑Dalfampridine | Elevated levels of dalfampridine increase the risk of seizures. The potential benefits of taking dalfampridine concurrently with TRIUMEQ should be considered against the risk of seizures in these patients. |
| Carbamazepine[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional dolutegravir 50-mg dose should be taken, separated by 12 hours from TRIUMEQ. |
| Oxcarbazepine Phenytoin Phenobarbital St. John's wort (*Hypericum perforatum*) | ↓Dolutegravir | Avoid coadministration with TRIUMEQ because there are insufficient data to make dosing recommendations. |
| **Medications containing polyvalent cations (e.g., Mg or Al):** Cation-containing antacids[a] or laxatives Sucralfate Buffered medications | ↓Dolutegravir | Administer TRIUMEQ 2 hours before or 6 hours after taking medications containing polyvalent cations. |
| **Oral calcium and iron supplements, including multivitamins containing calcium or iron**[a] | ↓Dolutegravir | When taken with food, TRIUMEQ and supplements or multivitamins containing calcium or iron can be taken at the same time. Under fasting conditions, TRIUMEQ should be taken 2 hours before or 6 hours after taking supplements containing calcium or iron. |

17

FDA-FLORIDA-004019

| Metformin[a] | ↑Metformin | Refer to the prescribing information for metformin for assessing the benefit and risk of concomitant use of TRIUMEQ and metformin. |
| Rifampin[a] | ↓Dolutegravir | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |

[a] *See Clinical Pharmacology (12.3) Table 8 or Table 9 for magnitude of interaction.*

Methadone

*Abacavir:* In a trial of 11 HIV-1–infected subjects receiving methadone-maintenance therapy with 600 mg of abacavir twice daily (twice the currently recommended dose), oral methadone clearance increased *[see Clinical Pharmacology (12.3)]*. This alteration will not result in a methadone dose modification in the majority of patients; however, an increased methadone dose may be required in a small number of patients.

Sorbitol

*Lamivudine:* Coadministration of single doses of lamivudine and sorbitol resulted in a sorbitol dose-dependent reduction in lamivudine exposures. When possible, avoid use of sorbitol-containing medicines with lamivudine-containing medicines *[see Clinical Pharmacology (12.3)]*.

Riociguat

*Abacavir:* Coadministration with TRIUMEQ resulted in increased riociguat exposure, which may increase the risk of riociguat adverse reactions *[see Clinical Pharmacology (12.3)]*. The riociguat dose may need to be reduced. See full prescribing information for ADEMPAS (riociguat).

# 8    USE IN SPECIFIC POPULATIONS

## 8.1    Pregnancy

Pregnancy Exposure Registry

There is a pregnancy exposure registry that monitors pregnancy outcomes in individuals exposed to TRIUMEQ during pregnancy. Healthcare providers are encouraged to register patients by calling the Antiretroviral Pregnancy Registry (APR) at 1-800-258-4263.

Risk Summary

Data from an ongoing birth outcome surveillance study has identified an increased risk of neural tube defects when dolutegravir, a component of TRIUMEQ, is administered at the time of conception. As defects related to closure of the neural tube occur from conception through the

18

FDA-FLORIDA-004020

first 6 weeks of gestation, embryos exposed to dolutegravir from the time of conception through the first 6 weeks of gestation are at potential risk.

Advise adolescents and adults of childbearing potential, including those actively trying to become pregnant, of the potential risk of neural tube defects with use of TRIUMEQ. Assess the risks and benefits of TRIUMEQ and discuss with the patient to determine if an alternative treatment should be considered at the time of conception through the first trimester of pregnancy or if pregnancy is confirmed in the first trimester. A benefit-risk assessment should consider factors such as feasibility of switching to another antiretroviral regimen, tolerability, ability to maintain viral suppression, and risk of HIV-1 transmission to the infant against the risk of neural tube defects associated with in utero dolutegravir exposure during critical periods of fetal development *[see Warnings and Precautions (5.6)]*.

There are insufficient human data on the use of TRIUMEQ during pregnancy to definitively assess a drug-associated risk for birth defects and miscarriage. The background risk for major birth defects for the indicated population is unknown. In the U.S. general population, the estimated background rate for major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

In animal reproduction studies, no evidence of adverse developmental outcomes was observed with dolutegravir at systemic exposures (AUC) less than (rabbits) and approximately 50 times (rats) the exposure in humans at the recommended human dose (RHD) *(see Data)*. Oral administration of abacavir to pregnant rats during organogenesis resulted in fetal malformations and other embryonic and fetal toxicities at exposures 35 times the human exposure (AUC) at the RHD. No adverse developmental effects were observed following oral administration of abacavir to pregnant rabbits during organogenesis at exposures approximately 9 times the human exposure (AUC) at the RHD. Oral administration of lamivudine to pregnant rabbits during organogenesis resulted in embryolethality at a human exposure (AUC) similar to the RHD; however, no adverse development effects were observed with oral administration of lamivudine to pregnant rats during organogenesis at plasma concentrations ($C_{max}$) 35 times the RHD *(see Data)*.

Data

*Human Data: Dolutegravir:* In a birth outcome surveillance study in Botswana, there were 7 cases of neural tube defects reported out of 3,591 deliveries (0.19%) to women who were exposed to dolutegravir-containing regimens at the time of conception. In comparison, the neural tube defect prevalence rates were 0.11% (21/19,361 deliveries) in the non-dolutegravir arm and 0.07% (87/119,630 deliveries) in the HIV-uninfected arm. Seven cases reported with dolutegravir included 3 cases of myelomeningocele, 2 cases of encephalocele, and one case each of anencephaly and iniencephaly. In the same study, no increased risk of neural tube defects was identified in women who started dolutegravir during pregnancy. Two infants out of 4,448 (0.04%) deliveries to women who started dolutegravir during pregnancy had a neural tube defect,

19

FDA-FLORIDA-004021

compared with 5 infants out of 6,748 (0.07%) deliveries to women who started non-dolutegravir-containing regimens during pregnancy. The reported risks of neural tube defects by treatment groups were based on interim analyses from the ongoing surveillance study in Botswana. It is unknown if baseline characteristics were balanced between the study treatment groups. The observed trends of association could change as data accumulate.

Data analyzed to date from other sources including the APR, clinical trials, and postmarketing data are insufficient to definitively address the risk of neural tube defects with dolutegravir.

Data from the birth outcome surveillance study described above and postmarketing sources with more than 1,000 pregnancy outcomes from second and third trimester exposure in pregnant women indicate no evidence of increased risk of adverse birth outcomes.

Based on prospective reports to the APR of 842 exposures to dolutegravir during pregnancy resulting in live births (including 512 exposed in the first trimester), the prevalence of defects in live births was 3.3% (95% CI: 1.9% to 5.3%) following first-trimester exposure to dolutegravir-containing regimens and 4.8% (95% CI: 2.8% to 7.8%) following second-/third-trimester exposure to dolutegravir-containing regimens. In the U.S. reference population of the Metropolitan Atlanta Congenital Defects Program (MACDP), the background birth defect rate was 2.7%.

*Abacavir:* Based on prospective reports to the APR of exposures to abacavir during pregnancy resulting in live births (including over 1,300 exposed in the first trimester and over 1,300 exposed in the second/third trimester), there was no difference between the overall risk of birth defects for abacavir compared with the background birth defect rate of 2.7% in the U.S. reference population of the MACDP. The prevalence of defects in live births was 3.2% (95% CI: 2.3% to 4.3%) following first trimester exposure to abacavir-containing regimens and 2.9% (95% CI: 2.1% to 4.0%) following second/third trimester exposure to abacavir-containing regimens.

Abacavir has been shown to cross the placenta and concentrations in neonatal plasma at birth were essentially equal to those in maternal plasma at delivery *[see Clinical Pharmacology (12.3)]*.

*Lamivudine:* Based on prospective reports to the APR of exposures to lamivudine during pregnancy resulting in live births (including over 5,300 exposed in the first trimester and over 7,400 exposed in the second/third trimester), there was no difference between the overall risk of birth defects for lamivudine compared with the background birth defect rate of 2.7% in the U.S. reference population of the MACDP. The prevalence of birth defects in live births was 3.1% (95% CI: 2.7% to 3.6%) following first trimester exposure to lamivudine-containing regimens and 2.9% (95% CI: 2.5%, 3.3%) following second/third trimester exposure to lamivudine-containing regimens.

20

FDA-FLORIDA-004022

Lamivudine pharmacokinetics were studied in pregnant women during 2 clinical trials conducted in South Africa. The trials assessed pharmacokinetics in 16 women at 36 weeks' gestation using 150 mg lamivudine twice daily with zidovudine, 10 women at 38 weeks' gestation using 150 mg lamivudine twice daily with zidovudine, and 10 women at 38 weeks' gestation using lamivudine 300 mg twice daily without other antiretrovirals. These trials were not designed or powered to provide efficacy information. Lamivudine concentrations were generally similar in maternal, neonatal, and umbilical cord serum samples. In a subset of subjects, amniotic fluid specimens were collected following natural rupture of membranes and confirmed that lamivudine crosses the placenta in humans. Based on limited data at delivery, median (range) amniotic fluid concentrations of lamivudine were 3.9 (1.2 to 12.8)–fold greater compared with paired maternal serum concentration (n = 8).

*Animal Data: Dolutegravir:* Dolutegravir was administered orally to pregnant rats and rabbits (up to 1,000 mg per kg per day) on Gestation Days 6 to 17 and 6 to 18, respectively, and to rats on Gestation Day 6 to lactation/post-partum Day 20. No adverse effects on embryo-fetal (rats and rabbits) or pre/post-natal (rats) development were observed up to the highest dose tested. During organogenesis, systemic exposures (AUC) to dolutegravir in rabbits were less than the exposure in humans at the RHD and in rats were approximately 50 times the exposure in humans at the RHD. In the rat pre/post-natal development study, decreased body weight of the developing offspring was observed during lactation at a maternally toxic dose (approximately 50 times human exposure at the RHD).

*Abacavir:* Abacavir was administered orally to pregnant rats (at 100, 300, and 1,000 mg per kg per day) and rabbits (at 125, 350, or 700 mg per kg per day) during organogenesis (on Gestation Days 6 through 17 and 6 through 20, respectively). Fetal malformations (increased incidences of fetal anasarca and skeletal malformations) or developmental toxicity (decreased fetal body weight and crown-rump length) were observed in rats at doses up to 1,000 mg per kg per day, resulting in exposures approximately 35 times the human exposure (AUC) at the RHD. No developmental effects were observed in rats at 100 mg per kg per day, resulting in exposures (AUC) 3.5 times the human exposure at the recommended daily dose. In a fertility and early embryo-fetal development study conducted in rats (at 60, 160, or 500 mg per kg per day), embryonic and fetal toxicities (increased resorptions, decreased fetal body weights) or toxicities to the offspring (increased incidence of stillbirth and lower body weights) occurred at doses up to 500 mg per kg per day. No developmental effects were observed in rats at 60 mg per kg per day, resulting in exposures (AUC) approximately 4 times the human exposure at the RHD. Studies in pregnant rats showed that abacavir is transferred to the fetus through the placenta. In pregnant rabbits, no developmental toxicities and no increases in fetal malformations occurred at up to the highest dose evaluated, resulting in exposures (AUC) approximately 9 times the human exposure at the RHD.

*Lamivudine:* Lamivudine was administered orally to pregnant rats (at 90, 600, and 4,000 mg per kg per day) and rabbits (at 90, 300 and 1,000 mg per kg per day and at 15, 40, and

21

FDA-FLORIDA-004023

90 mg per kg per day) during organogenesis (on Gestation Days 7 through 16 [rat] and 8 through 20 [rabbit]). No evidence of fetal malformations due to lamivudine was observed in rats and rabbits at doses producing plasma concentrations ($C_{max}$) approximately 35 times higher than human exposure at the recommended daily dose. Evidence of early embryolethality was seen in the rabbit at systemic exposures (AUC) similar to those observed in humans, but there was no indication of this effect in the rat at plasma concentrations ($C_{max}$) 35 times higher than human exposure at the recommended daily dose. Studies in pregnant rats showed that lamivudine is transferred to the fetus through the placenta. In the fertility/pre- and postnatal development study in rats, lamivudine was administered orally at doses of 180, 900, and 4,000 mg per kg per day (from prior to mating through postnatal Day 20). In the study, development of the offspring, including fertility and reproductive performance, were not affected by the maternal administration of lamivudine.

## 8.2     Lactation

Risk Summary

The Centers for Disease Control and Prevention recommends that HIV-1-infected mothers in the United States not breastfeed their infants to avoid risking postnatal transmission of HIV-1 infection.

Abacavir and lamivudine are present in human milk. When administered to lactating rats, dolutegravir was present in milk *(see Data)*. There is no information on the effects of TRIUMEQ or its components on the breastfed infant or the effects of the drug on milk production.

Because of the potential for (1) HIV-1 transmission (in HIV-negative infants), (2) developing viral resistance (in HIV-positive infants), and (3) adverse reactions in a breastfed infant similar to those seen in adults, instruct mothers not to breastfeed if they are receiving TRIUMEQ.

Data

*Animal Data:* Dolutegravir was the primary drug-related component excreted into the milk of lactating rats following a single oral dose of 50 mg per kg on Lactation Day 10, with milk concentrations of up to approximately 1.3 times that of maternal plasma concentrations observed 8 hours postdose.

## 8.3     Females and Males of Reproductive Potential

In adolescents and adults of childbearing potential currently on TRIUMEQ who are actively trying to become pregnant or if pregnancy is confirmed in the first trimester, assess the risks and benefits of continuing TRIUMEQ and discuss with the patient if an alternative treatment should be considered *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1)]*.

Pregnancy Testing

Pregnancy testing is recommended in adolescents and adults of childbearing potential before initiation of TRIUMEQ *[see Dosage and Administration (2.2)]*.

Reference ID: 4767061

**FDA-FLORIDA-004024**

Contraception

Adolescents and adults of childbearing potential who are taking TRIUMEQ should be counseled on the consistent use of effective contraception.

## 8.4   Pediatric Use

The clinical data supporting use of TRIUMEQ in HIV-1 infected pediatric patients weighing at least 40 kg is derived from the following previously conducted pediatric trials using the individual components of TRIUMEQ:

- The safety and efficacy of once-daily abacavir and lamivudine were established with a randomized, multicenter trial (ARROW [COL105677]) in HIV-1–infected, treatment-naïve subjects aged 3 months to 17 years with a first-line regimen containing abacavir and lamivudine, using either the combination of EPIVIR and ZIAGEN or EPZICOM *[see Adverse Reactions (6.2), Clinical Studies (14.2)]*.
- The safety and antiviral activity (efficacy) of dolutegravir was established through a 48-week, open-label, multicenter, dose-finding clinical trial (IMPAACT P1093), in which treatment-experienced, INSTI-naïve, HIV-1–infected subjects aged 6 to less than 18 years were treated with dolutegravir (TIVICAY) plus optimized background therapy *[see Adverse Reactions (6.2), Clinical Pharmacology (12.3), Clinical Studies (14.2)]*.

TRIUMEQ is a fixed-dose combination tablet which cannot be adjusted for patients weighing less than 40 kg *[see Clinical Pharmacology (12.3)]*.

## 8.5   Geriatric Use

Clinical trials of abacavir, dolutegravir, or lamivudine did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. In general, caution should be exercised in the administration of TRIUMEQ in elderly patients reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy *[see Clinical Pharmacology (12.3)]*.

## 8.6   Patients with Impaired Renal Function

TRIUMEQ is not recommended for patients with creatinine clearance less than 30 mL per min because TRIUMEQ is a fixed-dose combination and the dosage of the individual components cannot be adjusted. If a dose reduction of lamivudine, a component of TRIUMEQ, is required for patients with creatinine clearance less than 30 mL per min, then the individual components should be used *[see Clinical Pharmacology (12.3)]*.

Patients with a creatinine clearance between 30 and 49 mL per min receiving TRIUMEQ may experience a 1.6- to 3.3-fold higher lamivudine exposure (AUC) than patients with a creatinine clearance ≥50 mL per min. There are no safety data from randomized, controlled trials comparing TRIUMEQ to the individual components in patients with a creatinine clearance between 30 and 49 mL per min who received dose-adjusted lamivudine. In the original lamivudine registrational trials in combination with zidovudine, higher lamivudine exposures

23

FDA-FLORIDA-004025

were associated with higher rates of hematologic toxicities (neutropenia and anemia), although discontinuations due to neutropenia or anemia each occurred in <1% of subjects. Patients with a sustained creatinine clearance between 30 and 49 mL per min who receive TRIUMEQ should be monitored for hematologic toxicities. If new or worsening neutropenia or anemia develop, dose adjustment of lamivudine, per lamivudine prescribing information, is recommended. If lamivudine dose adjustment is indicated, TRIUMEQ should be discontinued and the individual components should be used to construct the treatment regimen.

### 8.7    Patients with Impaired Hepatic Function

TRIUMEQ is a fixed-dose combination and the dosage of the individual components cannot be adjusted. If a dose reduction of abacavir, a component of TRIUMEQ, is required for patients with mild hepatic impairment (Child-Pugh Score A), then the individual components should be used *[see Clinical Pharmacology (12.3)]*.

The safety, efficacy, and pharmacokinetic properties of abacavir have not been established in patients with moderate (Child-Pugh Score B) or severe (Child-Pugh Score C) hepatic impairment; therefore, TRIUMEQ is contraindicated in these patients *[see Contraindications (4)]*.

## 10    OVERDOSAGE

There is no known specific treatment for overdose with TRIUMEQ. If overdose occurs, the patient should be monitored and standard supportive treatment applied as required.

Dolutegravir

As dolutegravir is highly bound to plasma proteins, it is unlikely that it will be significantly removed by dialysis.

Abacavir

It is not known whether abacavir can be removed by peritoneal dialysis or hemodialysis.

Lamivudine

Because a negligible amount of lamivudine was removed via (4-hour) hemodialysis, continuous ambulatory peritoneal dialysis, and automated peritoneal dialysis, it is not known if continuous hemodialysis would provide clinical benefit in a lamivudine overdose event.

## 11    DESCRIPTION

TRIUMEQ

TRIUMEQ contains an INSTI (dolutegravir) and 2 nucleoside analogues (abacavir and lamivudine) with inhibitory activity against HIV.

Each film-coated tablet contains abacavir sulfate equivalent to 600 mg of abacavir, dolutegravir sodium equivalent to 50 mg of dolutegravir, and 300 mg of lamivudine. TRIUMEQ tablets are

Reference ID: 4767061

FDA-FLORIDA-004026

purple, biconvex, oval, debossed with "572 Tri" on one side and contain the inactive ingredients D-mannitol, magnesium stearate, microcrystalline cellulose, povidone, and sodium starch glycolate. The tablet film-coating (OPADRY II Purple 85F90057) contains the inactive ingredients iron oxide black, iron oxide red, macrogol/PEG, polyvinyl alcohol–part hydrolyzed, talc, and titanium oxide.

Abacavir Sulfate

The chemical name of abacavir sulfate is *(1S,cis)*-4-[2-amino-6-(cyclopropylamino)-9*H*-purin-9-yl]-2-cyclopentene-1-methanol sulfate (salt) (2:1). It has a molecular formula of $(C_{14}H_{18}N_6O)_2 \cdot H_2SO_4$ and a molecular weight of 670.76 g per mol. It has the following structural formula:



Abacavir sulfate is a white to off-white solid and is soluble in water.

Dolutegravir

The chemical name of dolutegravir sodium is sodium (4*R*,12a*S*)-9-{[(2,4-difluorophenyl)methyl]carbamoyl}-4-methyl-6,8-dioxo-3,4,6,8,12,12a-hexahydro-2*H*-pyrido[1',2':4,5]pyrazino[2,1-*b*][1,3]oxazin-7-olate. The empirical formula is $C_{20}H_{18}F_2N_3NaO_5$ and the molecular weight is 441.36 g per mol. It has the following structural formula:



Dolutegravir sodium is a white to light yellow powder and is slightly soluble in water.

Lamivudine

25

FDA-FLORIDA-004027

The chemical name of lamivudine is (2R,cis)-4-amino-1-(2-hydroxymethyl-1,3-oxathiolan-5-yl)-(1H)-pyrimidin-2-one. Lamivudine is the (-)enantiomer of a dideoxy analogue of cytidine. Lamivudine has also been referred to as (-)2′,3′-dideoxy, 3′-thiacytidine. It has a molecular formula of $C_8H_{11}N_3O_3S$ and a molecular weight of 229.3 g per mol. It has the following structural formula:



Lamivudine is a white to off-white crystalline solid and is soluble in water.

## 12    CLINICAL PHARMACOLOGY

### 12.1    Mechanism of Action

TRIUMEQ is a fixed-dose combination of the HIV-1 antiretroviral agents abacavir, dolutegravir, and lamivudine *[see Microbiology (12.4)]*.

### 12.2    Pharmacodynamics

Effects on Electrocardiogram

A thorough QT trial has been conducted for dolutegravir. Neither the effects of abacavir nor lamivudine as single entities or the combination of abacavir, dolutegravir, and lamivudine on the QT interval have been evaluated.

In a randomized, placebo-controlled, cross-over trial, 42 healthy subjects received single-dose oral administrations of placebo, dolutegravir 250-mg suspension (exposures approximately 3–fold of the 50-mg once-daily dose at steady state), and moxifloxacin 400 mg (active control) in random sequence. After baseline and placebo adjustment, the maximum mean QTc change based on Fridericia correction method (QTcF) for dolutegravir was 2.4 msec (1-sided 95% upper CI: 4.9 msec). Dolutegravir did not prolong the QTc interval over 24 hours postdose.

Effects on Renal Function

The effect of dolutegravir on renal function was evaluated in an open-label, randomized, 3-arm, parallel, placebo-controlled trial in healthy subjects (n = 37) who received dolutegravir 50 mg once daily (n = 12), dolutegravir 50 mg twice daily (n = 13), or placebo once daily (n = 12) for

26

FDA-FLORIDA-004028

14 days. A decrease in creatinine clearance, as determined by 24-hour urine collection, was observed with both doses of dolutegravir after 14 days of treatment in subjects who received 50 mg once daily (9% decrease) and 50 mg twice daily (13% decrease). Neither dose of dolutegravir had a significant effect on the actual glomerular filtration rate (determined by the clearance of probe drug, iohexol) or effective renal plasma flow (determined by the clearance of probe drug, para-amino hippurate) compared with the placebo.

## 12.3   Pharmacokinetics

Pharmacokinetics in Adults

One TRIUMEQ tablet was bioequivalent to one dolutegravir (TIVICAY) tablet (50 mg) plus one abacavir and lamivudine fixed-dose combination tablet (EPZICOM) under fasted conditions in healthy subjects (n = 62).

*Abacavir:* Following oral administration, abacavir is rapidly absorbed and extensively distributed. After oral administration of a single dose of 600 mg of abacavir in 20 subjects, $C_{max}$ was $4.26 \pm 1.19$ mcg per mL (mean $\pm$ SD) and $AUC_\infty$ was $11.95 \pm 2.51$ mcg•hour per mL. Binding of abacavir to human plasma proteins is approximately 50% and was independent of concentration. Total blood and plasma drug-related radioactivity concentrations are identical, demonstrating that abacavir readily distributes into erythrocytes. The primary routes of elimination of abacavir are metabolism by alcohol dehydrogenase to form the 5′-carboxylic acid and glucuronyl transferase to form the 5′-glucuronide. In single-dose trials, the observed elimination half-life ($t_{1/2}$) was $1.54 \pm 0.63$ hours. After intravenous administration, total clearance was $0.80 \pm 0.24$ L per hour per kg (mean $\pm$ SD).

*Dolutegravir:* Following oral administration of dolutegravir, peak plasma concentrations were observed 2 to 3 hours postdose. With once-daily dosing, pharmacokinetic steady state is achieved within approximately 5 days with average accumulation ratios for AUC, $C_{max}$, and $C_{24\,h}$ ranging from 1.2 to 1.5. Dolutegravir is a P-gp substrate in vitro. The absolute bioavailability of dolutegravir has not been established. Dolutegravir is highly bound (greater than or equal to 98.9%) to human plasma proteins based on in vivo data and binding is independent of plasma concentration of dolutegravir. The apparent volume of distribution (Vd/F) following 50-mg once-daily administration is estimated at 17.4 L based on a population pharmacokinetic analysis.

Dolutegravir is primarily metabolized via UGT1A1 with some contribution from CYP3A. After a single oral dose of [$^{14}$C] dolutegravir, 53% of the total oral dose is excreted unchanged in the feces. Thirty-one percent of the total oral dose is excreted in the urine, represented by an ether glucuronide of dolutegravir (18.9% of total dose), a metabolite formed by oxidation at the benzylic carbon (3.0% of total dose), and its hydrolytic N-dealkylation product (3.6% of total dose). Renal elimination of unchanged drug was less than 1% of the dose. Dolutegravir has a terminal half-life of approximately 14 hours and an apparent clearance (CL/F) of 1.0 L per hour based on population pharmacokinetic analyses.

27

FDA-FLORIDA-004029

The pharmacokinetic properties of dolutegravir have been evaluated in healthy adult subjects and HIV-1–infected adult subjects. Exposure to dolutegravir was generally similar between healthy subjects and HIV-1–infected subjects.

**Table 6. Dolutegravir Steady-State Pharmacokinetic Parameter Estimates in HIV-1– Infected Adults**

| Parameter | 50 mg Once Daily Geometric Mean (%CV) |
|---|---|
| $AUC_{(0-24)}$ (mcg•h/mL) | 53.6 (27) |
| $C_{max}$ (mcg/mL) | 3.67 (20) |
| $C_{min}$ (mcg/mL) | 1.11 (46) |

*Cerebrospinal Fluid (CSF):* In 11 treatment-naïve subjects on dolutegravir 50 mg daily plus abacavir/lamivudine, the median dolutegravir concentration in CSF was 18 ng per mL (range: 4 ng per mL to 23.2 ng per mL) 2 to 6 hours postdose after 2 weeks of treatment. The clinical relevance of this finding has not been established.

*Lamivudine:* Following oral administration, lamivudine is rapidly absorbed and extensively distributed. After multiple-dose oral administration of lamivudine 300 mg once daily for 7 days to 60 healthy subjects, steady-state $C_{max}$ ($C_{max,ss}$) was $2.04 \pm 0.54$ mcg per mL (mean ± SD) and the 24-hour steady-state AUC ($AUC_{24,ss}$) was $8.87 \pm 1.83$ mcg•hour per mL. Binding to plasma protein is low. Approximately 70% of an intravenous dose of lamivudine is recovered as unchanged drug in the urine. Metabolism of lamivudine is a minor route of elimination. In humans, the only known metabolite is the trans-sulfoxide metabolite (approximately 5% of an oral dose after 12 hours). In most single-dose trials with plasma sampling up to 48 or 72 hours after dosing, the observed mean elimination half-life ($t_{\frac{1}{2}}$) ranged from 13 to 19 hours. In HIV-1– infected subjects, total clearance was $398.5 \pm 69.1$ mL per min (mean ± SD).

Effect of Food on Oral Absorption

TRIUMEQ may be taken with or without food. Overall, when compared with fasted conditions, administration of TRIUMEQ to healthy adult subjects with a high-fat meal (53% fat, 869 calories) resulted in decreased $C_{max}$ for abacavir and increased $C_{max}$ and AUC for dolutegravir. Lamivudine exposures were not affected by food. With a high-fat meal, the $C_{max}$ of abacavir decreased 23% and the $C_{max}$ and AUC of dolutegravir increased 37% and 48%, respectively.

Specific Populations

*Patients with Renal Impairment:* The pharmacokinetics for the individual components of TRIUMEQ have been evaluated in patients with renal impairment  (see the U.S. prescribing information for the individual abacavir, dolutegravir, and lamivudine components).

*Patients with Hepatic Impairment:* The pharmacokinetics for the individual components of TRIUMEQ have been evaluated in patients with varying degrees of hepatic impairment (see the

Reference ID: 4767061

U.S. prescribing information for the individual abacavir, dolutegravir, and lamivudine components).

*Pediatric Patients:* The pharmacokinetics for the individual components of TRIUMEQ (abacavir, dolutegravir, and lamivudine) have been evaluated in pediatric subjects.

*Dolutegravir:* The pharmacokinetics of dolutegravir in HIV-1–infected children (n = 14) weighing at least 40 kg were similar to those observed in HIV-1–infected adults who received dolutegravir 50 mg once daily (Table 7) *[see Clinical Studies (14.2)]*.

**Table 7. Dolutegravir Steady-State Pharmacokinetic Parameters in Pediatric Subjects**

| Weight (n) | Dose of TIVICAY | Dolutegravir Pharmacokinetic Parameter Estimates Geometric Mean (%CV) | | |
|---|---|---|---|---|
| | | $C_{max}$ (mcg/mL) | $AUC_{(0-24)}$ (mcg.h/mL) | $C_{24}$ (mcg/mL) |
| ≥40 kg (n = 14) | 50 mg once daily | 3.89 (43) | 50.1 (53) | 0.99 (66) |

*Abacavir and Lamivudine:* The pharmacokinetic data for abacavir and lamivudine once daily following administration of EPZICOM in pediatric subjects weighing at least 40 kg are limited. The dosing recommendations in this population are based on the safety and efficacy established in a controlled trial conducted using either the combination of EPIVIR and ZIAGEN or EPZICOM. Refer to the prescribing information for EPIVIR and ZIAGEN for pharmacokinetic information on the individual products in pediatric patients *[see Dosage and Administration (2.2), Clinical Studies (14.2)]*.

*Geriatric Patients:* Population analyses using pooled pharmacokinetic data from adult trials indicated age had no clinically relevant effect on the pharmacokinetics of dolutegravir. The pharmacokinetics of abacavir or lamivudine have not been studied in subjects older than 65 years.

*Male and Female Patients:* There are no significant or clinically relevant gender differences in the pharmacokinetics of the individual components (dolutegravir, abacavir, or lamivudine) based on the available information that was analyzed for each of the individual components.

*Racial Groups:* There are no significant or clinically relevant racial differences in pharmacokinetics of the individual components (dolutegravir, abacavir, or lamivudine) based on the available information that was analyzed for each of the individual components.

Drug Interaction Studies

The drug interaction trials described were conducted with dolutegravir, abacavir, and/or lamivudine as single entities; no drug interaction trials have been conducted using the

29

FDA-FLORIDA-004031

combination of abacavir, dolutegravir, and lamivudine. No clinically significant drug interactions are expected between dolutegravir, abacavir, and lamivudine.

Dosing recommendations as a result of established and other potentially significant drug-drug interactions with the individual components of TRIUMEQ are provided in Section 7.3 *[see Drug Interactions (7)]*.

**Table 8. Summary of Effect of Dolutegravir on the Pharmacokinetics of Coadministered Drugs**

| Coadministered Drug(s) and Dose(s) | Dose of Dolutegravir | n | Geometric Mean Ratio (90% CI) of Pharmacokinetic Parameters of Coadministered Drug with/without Dolutegravir No Effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_\tau$ or $C_{24}$ |
| Daclatasvir 60 mg once daily | 50 mg once daily | 12 | 1.03 (0.84 to 1.25) | 0.98 (0.83 to 1.15) | 1.06 (0.88 to 1.29) |
| Ethinyl estradiol 0.035 mg | 50 mg twice daily | 15 | 0.99 (0.91 to 1.08) | 1.03 (0.96 to 1.11) | 1.02 (0.93 to 1.11) |
| Metformin 500 mg twice daily | 50 mg once daily | 15[a] | 1.66 (1.53 to 1.81) | 1.79 (1.65 to 1.93) | – |
| Metformin 500 mg twice daily | 50 mg twice daily | 15[a] | 2.11 (1.91 to 2.33) | 2.45 (2.25 to 2.66) | – |
| Methadone 16 to 150 mg | 50 mg twice daily | 11 | 1.00 (0.94 to 1.06) | 0.98 (0.91 to 1.06) | 0.99 (0.91 to 1.07) |
| Midazolam 3 mg | 25 mg once daily | 10 | – | 0.95 (0.79 to 1.15) | – |
| Norelgestromin 0.25 mg | 50 mg twice daily | 15 | 0.89 (0.82 to 0.97) | 0.98 (0.91 to 1.04) | 0.93 (0.85 to 1.03) |
| Rilpivirine 25 mg once daily | 50 mg once daily | 16 | 1.10 (0.99 to 1.22) | 1.06 (0.98 to 1.16) | 1.21 (1.07 to 1.38) |
| Tenofovir disoproxil fumarate 300 mg once daily | 50 mg once daily | 15 | 1.09 (0.97 to 1.23) | 1.12 (1.01 to 1.24) | 1.19 (1.04 to 1.35) |

[a] The number of subjects represents the maximum number of subjects that were evaluated.

**Table 9. Summary of Effect of Coadministered Drugs on the Pharmacokinetics of Dolutegravir**

| Coadministered Drug(s) and Dose(s) | Dose of Dolutegravir | n | Geometric Mean Ratio (90% CI) of Dolutegravir Pharmacokinetic Parameters with/without Coadministered Drugs No Effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_\tau$ or $C_{24}$ |
| Atazanavir 400 mg once daily | 30 mg once daily | 12 | 1.50 (1.40 to 1.59) | 1.91 (1.80 to 2.03) | 2.80 (2.52 to 3.11) |

30

FDA-FLORIDA-004032

| | | | | | |
|---|---|---|---|---|---|
| Atazanavir/ritonavir 300/100 mg once daily | 30 mg once daily | 12 | 1.34 (1.25 to 1.42) | 1.62 (1.50 to 1.74) | 2.21 (1.97 to 2.47) |
| Darunavir/ritonavir 600/100 mg twice daily | 30 mg once daily | 15 | 0.89 (0.83 to 0.97) | 0.78 (0.72 to 0.85) | 0.62 (0.56 to 0.69) |
| Efavirenz 600 mg once daily | 50 mg once daily | 12 | 0.61 (0.51 to 0.73) | 0.43 (0.35 to 0.54) | 0.25 (0.18 to 0.34) |
| Etravirine 200 mg twice daily | 50 mg once daily | 16 | 0.48 (0.43 to 0.54) | 0.29 (0.26 to 0.34) | 0.12 (0.09 to 0.16) |
| Etravirine + darunavir/ritonavir 200 mg + 600/100 mg twice daily | 50 mg once daily | 9 | 0.88 (0.78 to 1.00) | 0.75 (0.69 to 0.81) | 0.63 (0.52 to 0.76) |
| Etravirine + lopinavir/ritonavir 200 mg + 400/100 mg twice daily | 50 mg once daily | 8 | 1.07 (1.02 to 1.13) | 1.11 (1.02 to 1.20) | 1.28 (1.13 to 1.45) |
| Fosamprenavir/ritonavir 700 mg /100 mg twice daily | 50 mg once daily | 12 | 0.76 (0.63 to 0.92) | 0.65 (0.54 to 0.78) | 0.51 (0.41 to 0.63) |
| Lopinavir/ritonavir 400/100 mg twice daily | 30 mg once daily | 15 | 1.00 (0.94 to 1.07) | 0.97 (0.91 to 1.04) | 0.94 (0.85 to 1.05) |
| Rilpivirine 25 mg once daily | 50 mg once daily | 16 | 1.13 (1.06 to 1.21) | 1.12 (1.05 to 1.19) | 1.22 (1.15 to 1.30) |
| Tenofovir 300 mg once daily | 50 mg once daily | 15 | 0.97 (0.87 to 1.08) | 1.01 (0.91 to 1.11) | 0.92 (0.82 to 1.04) |
| Tipranavir/ritonavir 500/200 mg twice daily | 50 mg once daily | 14 | 0.54 (0.50 to 0.57) | 0.41 (0.38 to 0.44) | 0.24 (0.21 to 0.27) |
| Antacid (MAALOX) simultaneous administration | 50 mg single dose | 16 | 0.28 (0.23 to 0.33) | 0.26 (0.22 to 0.32) | 0.26 (0.21 to 0.31) |
| Antacid (MAALOX) 2 h after dolutegravir | 50 mg single dose | 16 | 0.82 (0.69 to 0.98) | 0.74 (0.62 to 0.90) | 0.70 (0.58 to 0.85) |
| Boceprevir 800 mg every 8 h | 50 mg once daily | 13 | 1.05 (0.96 to 1.15) | 1.07 (0.95 to 1.20) | 1.08 (0.91 to 1.28) |
| Calcium carbonate 1,200 mg simultaneous administration (fasted) | 50 mg single dose | 12 | 0.63 (0.50 to 0.81) | 0.61 (0.47 to 0.80) | 0.61 (0.47 to 0.80) |
| Calcium carbonate 1,200 mg simultaneous administration (fed) | 50 mg single dose | 11 | 1.07 (0.83 to 1.38) | 1.09 (0.84 to 1.43) | 1.08 (0.81 to 1.42) |
| Calcium carbonate 1,200 mg 2 h after dolutegravir | 50 mg single dose | 11 | 1.00 (0.78 to 1.29) | 0.94 (0.72 to 1.23) | 0.90 (0.68 to 1.19) |
| Carbamazepine 300 mg twice daily | 50 mg once daily | 16[c] | 0.67 (0.61 to 0.73) | 0.51 (0.48 to 0.55) | 0.27 (0.24 to 0.31) |

31

FDA-FLORIDA-004033

| Daclatasvir 60 mg once daily | 50 mg once daily | 12 | 1.29 (1.07 to 1.57) | 1.33 (1.11 to 1.59) | 1.45 (1.25 to 1.68) |
|---|---|---|---|---|---|
| Ferrous fumarate 324 mg simultaneous administration (fasted) | 50 mg single dose | 11 | 0.43 (0.35 to 0.52) | 0.46 (0.38 to 0.56) | 0.44 (0.36 to 0.54) |
| Ferrous fumarate 324 mg simultaneous administration (fed) | 50 mg single dose | 11 | 1.03 (0.84 to 1.26) | 0.98 (0.81 to 1.20) | 1.00 (0.81 to 1.23) |
| Ferrous fumarate 324 mg 2 h after dolutegravir | 50 mg single dose | 10 | 0.99 (0.81 to 1.21) | 0.95 (0.77 to 1.15) | 0.92 (0.74 to 1.13) |
| Multivitamin (One-A-Day) simultaneous administration | 50 mg single dose | 16 | 0.65 (0.54 to 0.77) | 0.67 (0.55 to 0.81) | 0.68 (0.56 to 0.82) |
| Omeprazole 40 mg once daily | 50 mg single dose | 12 | 0.92 (0.75 to 1.11) | 0.97 (0.78 to 1.20) | 0.95 (0.75 to 1.21) |
| Prednisone 60 mg once daily with taper | 50 mg once daily | 12 | 1.06 (0.99 to 1.14) | 1.11 (1.03 to 1.20) | 1.17 (1.06 to 1.28) |
| Rifampin[a] 600 mg once daily | 50 mg twice daily | 11 | 0.57 (0.49 to 0.65) | 0.46 (0.38 to 0.55) | 0.28 (0.23 to 0.34) |
| Rifampin[b] 600 mg once daily | 50 mg twice daily | 11 | 1.18 (1.03 to 1.37) | 1.33 (1.15 to 1.53) | 1.22 (1.01 to 1.48) |
| Rifabutin 300 mg once daily | 50 mg once daily | 9 | 1.16 (0.98 to 1.37) | 0.95 (0.82 to 1.10) | 0.70 (0.57 to 0.87) |

[a] Comparison is rifampin taken with dolutegravir 50 mg twice daily compared with dolutegravir 50 mg twice daily.

[b] Comparison is rifampin taken with dolutegravir 50 mg twice daily compared with dolutegravir 50 mg once daily.

[c] The number of subjects represents the maximum number of subjects that were evaluated.

*Abacavir or Lamivudine:* The drug interactions described are based on trials conducted with abacavir or lamivudine as single entities.

   *Effect of Abacavir and Lamivudine on the Pharmacokinetics of Other Agents:* In vitro studies have shown that abacavir has potential to inhibit CYP1A1 and limited potential to inhibit metabolism mediated by CYP3A4. Lamivudine does not inhibit or induce CYP3A4. Abacavir and lamivudine do not inhibit or induce other CYP enzymes (such as CYP2C9 or CYP2D6). Based on in vitro study results, abacavir and lamivudine at therapeutic drug exposures are not expected to affect the pharmacokinetics of drugs that are substrates of the following transporters: OATP1B1/3, BCRP or P-gp, OCT1, OCT2, OCT3 (lamivudine only), or MATE1 and MATE2-K.

*Abacavir, Dolutegravir, and Lamivudine:* Coadministration of a single dose of riociguat (0.5 mg) to HIV-1–infected subjects receiving TRIUMEQ is reported to increase riociguat $AUC_{(\infty)}$ compared with riociguat $AUC_{(\infty)}$ reported in healthy subjects due to CYP1A1 inhibition by

32

FDA-FLORIDA-004034

abacavir. The exact magnitude of increase in riociguat exposure has not been fully characterized based on findings from two studies *[see Drug Interactions (7.3)]*.

*Effect of Other Agents on the Pharmacokinetics of Abacavir or Lamivudine:* In vitro, abacavir is not a substrate of OATP1B1, OATP1B3, OCT1, OCT2, OAT1, MATE1, MATE2-K, MRP2 or MRP4; therefore, drugs that modulate these transporters are not expected to affect abacavir plasma concentrations. Abacavir is a substrate of BCRP and P-gp in vitro; however, considering its absolute bioavailability (83%), modulators of these transporters are unlikely to result in a clinically relevant impact on abacavir concentrations.

Lamivudine is a substrate of MATE1, MATE2-K, and OCT2 in vitro. Trimethoprim (an inhibitor of these drug transporters) has been shown to increase lamivudine plasma concentrations. This interaction is not considered clinically significant as no dose adjustment of lamivudine is needed.

Lamivudine is a substrate of P-gp and BCRP; however, considering its absolute bioavailability (87%), it is unlikely that these transporters play a significant role in the absorption of lamivudine. Therefore, coadministration of drugs that are inhibitors of these efflux transporters is unlikely to affect the disposition and elimination of lamivudine.

*Ethanol:* Abacavir has no effect on the pharmacokinetic properties of ethanol. Ethanol decreases the elimination of abacavir causing an increase in overall exposure.

*Interferon Alfa:* There was no significant pharmacokinetic interaction between lamivudine and interferon alfa in a trial of 19 healthy male subjects.

*Methadone:* In a trial of 11 HIV-1–infected subjects receiving methadone-maintenance therapy (40 mg and 90 mg daily), with 600 mg of abacavir twice daily (twice the currently recommended dose), oral methadone clearance increased 22% (90% CI: 6% to 42%) *[see Drug Interactions (7.3)]*. The addition of methadone has no clinically significant effect on the pharmacokinetic properties of abacavir.

*Ribavirin:* In vitro data indicate ribavirin reduces phosphorylation of lamivudine, stavudine, and zidovudine. However, no pharmacokinetic (e.g., plasma concentrations or intracellular triphosphorylated active metabolite concentrations) or pharmacodynamic (e.g., loss of HIV-1/HCV virologic suppression) interaction was observed when ribavirin and lamivudine (n = 18), stavudine (n = 10), or zidovudine (n = 6) were coadministered as part of a multi-drug regimen to HIV-1/HCV co-infected subjects.

*Sorbitol (Excipient):* Lamivudine and sorbitol solutions were coadministered to 16 healthy adult subjects in an open-label, randomized-sequence, 4-period, crossover trial. Each subject received a single 300-mg dose of lamivudine oral solution alone or coadministered with a single dose of 3.2 grams, 10.2 grams, or 13.4 grams of sorbitol in solution. Coadministration of lamivudine with sorbitol resulted in dose-dependent decreases of 20%, 39%, and 44% in the $AUC_{(0-24)}$; 14%, 32%, and 36% in the $AUC_{(\infty)}$; and 28%, 52%, and 55% in the $C_{max}$; of lamivudine, respectively.

33

*Abacavir, Lamivudine, Zidovudine:* Fifteen HIV-1–infected subjects were enrolled in a crossover-designed drug interaction trial evaluating single doses of abacavir (600 mg), lamivudine (150 mg), and zidovudine (300 mg) alone or in combination. Analysis showed no clinically relevant changes in the pharmacokinetics of abacavir with the addition of lamivudine or zidovudine or the combination of lamivudine and zidovudine. Lamivudine exposure (AUC decreased 15%) and zidovudine exposure (AUC increased 10%) did not show clinically relevant changes with concurrent abacavir.

*Lamivudine and Zidovudine:* No clinically significant alterations in lamivudine or zidovudine pharmacokinetics were observed in 12 asymptomatic HIV-1–infected adult patients given a single dose of zidovudine (200 mg) in combination with multiple doses of lamivudine (300 mg every 12 hours).

The effects of other coadministered drugs on abacavir or lamivudine are provided in Table 10.

**Table 10. Effect of Coadministered Drugs on Abacavir or Lamivudine**

| Coadministered Drug and Dose | Drug and Dose | n | Concentrations of Abacavir or Lamivudine | | Concentration of Coadministered Drug |
|---|---|---|---|---|---|
| | | | AUC | Variability | |
| Ethanol 0.7 g/kg | Abacavir Single 600 mg | 24 | ↑41% | 90% CI: 35% to 48% | ↔[a] |
| Nelfinavir 750 mg every 8 h x 7 to 10 days | Lamivudine Single 150 mg | 11 | ↑10% | 95% CI: 1% to 20% | ↔ |
| Trimethoprim 160 mg/ Sulfamethoxazole 800 mg daily x 5 days | Lamivudine Single 300 mg | 14 | ↑43% | 90% CI: 32% to 55% | ↔ |

↑ = Increase; ↔ = No significant change; AUC = Area under the concentration versus time curve; CI = Confidence interval.
[a] The drug-drug interaction was only evaluated in males.

## 12.4   Microbiology

Mechanism of Action

*Dolutegravir:* Dolutegravir inhibits HIV integrase by binding to the integrase active site and blocking the strand transfer step of retroviral DNA integration which is essential for the HIV replication cycle. Strand transfer biochemical assays using purified recombinant HIV-1 integrase and pre-processed substrate DNA resulted in $IC_{50}$ values of 2.7 nM and 12.6 nM.

*Abacavir:* Abacavir is a carbocyclic synthetic nucleoside analogue. Abacavir is converted by cellular enzymes to the active metabolite, carbovir triphosphate (CBV-TP), an analogue of deoxyguanosine-5′-triphosphate (dGTP). CBV-TP inhibits the activity of HIV-1 reverse

34

FDA-FLORIDA-004036

transcriptase (RT) both by competing with the natural substrate dGTP and by its incorporation into viral DNA.

*Lamivudine:* Lamivudine is a synthetic nucleoside analogue. Intracellularly lamivudine is phosphorylated to its active 5′-triphosphate metabolite, lamivudine triphosphate (3TC-TP). The principal mode of action of 3TC-TP is inhibition of RT via DNA chain termination after incorporation of the nucleotide analogue.

<u>Antiviral Activity in Cell Culture</u>

*Dolutegravir:* Dolutegravir exhibited antiviral activity against laboratory strains of wild-type HIV-1 with mean concentration of drug necessary to effect viral replication by 50 percent ($EC_{50}$) values of 0.5 nM (0.21 ng per mL) to 2.1 nM (0.85 ng per mL) in peripheral blood mononuclear cells (PBMCs) and MT-4 cells. Dolutegravir exhibited antiviral activity against 13 clinically diverse clade B isolates with a median $EC_{50}$ value of 0.54 nM (range: 0.41 to 0.60 nM) in a viral susceptibility assay using the integrase coding region from clinical isolates. Dolutegravir demonstrated antiviral activity in cell culture against a panel of HIV-1 clinical isolates with median $EC_{50}$ values of 0.18 nM (n = 3, range: 0.09 to 0.5 nM), 0.08 nM (n = 5, range: 0.05 to 2.14 nM) 0.12 nM (n = 4, range: 0.05 to 0.51 nM), 0.17 nM (n = 3, range: 0.16 to 0.35 nM), 0.24 nM (n = 3, range: 0.09 to 0.32 nM), 0.17 nM (n = 4, range: 0.07 to 0.44 nM), 0.2 nM (n = 3, range: 0.02 to 0.87 nM), and 0.42 nM (n = 3, range: 0.41 to 1.79 nM) for clades A, B, C, D, E, F, and G, and group O viruses, respectively. Dolutegravir $EC_{50}$ values against three HIV-2 clinical isolates in PBMC assays ranged from 0.09 nM to 0.61 nM.

*Abacavir:* The antiviral activity of abacavir against HIV-1 was assessed in a number of cell lines including in primary monocytes/macrophages and PBMCs. $EC_{50}$ values ranged from 3.7 to 5.8 microM (1 microM = 0.28 mcg per mL) and 0.07 to 1.0 microM against HIV-1$_{IIIB}$ and HIV-1$_{BaL}$, respectively, and the mean $EC_{50}$ value was $0.26 \pm 0.18$ microM against 8 clinical isolates. The median $EC_{50}$ values of abacavir were 344 nM (range: 14.8 to 676 nM), 16.9 nM (range: 5.9 to 27.9 nM), 8.1 nM (range: 1.5 to 16.7 nM), 356 nM (range: 35.7 to 396 nM), 105 nM (range: 28.1 to 168 nM), 47.6 nM (range: 5.2 to 200 nM), 51.4 nM (range: 7.1 to 177 nM), and 282 nM (range: 22.4 to 598 nM) against HIV-1 clades A-G and group O viruses (n = 3 except n = 2 for clade B), respectively. The $EC_{50}$ values against HIV-2 isolates (n = 4), ranged from 24 to 490 nM.

*Lamivudine:* The antiviral activity of lamivudine against HIV-1 was assessed in a number of cell lines including monocytes and PBMCs using standard susceptibility assays. $EC_{50}$ values were in the range of 0.003 to 15 microM (1 microM = 0.23 mcg per mL). The median $EC_{50}$ values of lamivudine were 60 nM (range: 20 to 70 nM), 35 nM (range: 30 to 40 nM), 30 nM (range: 20 to 90 nM), 20 nM (range: 3 to 40 nM), 30 nM (range: 1 to 60 nM), 30 nM (range: 20 to 70 nM), 30 nM (range: 3 to 70 nM), and 30 nM (range: 20 to 90 nM) against HIV-1 clades A-G and group O viruses (n = 3 except n = 2 for clade B) respectively. The $EC_{50}$ values against HIV-2 isolates (n = 4) from 3 to 120 nM in PBMCs. Ribavirin (50 microM) used in the treatment of

35

FDA-FLORIDA-004037

chronic HCV infection decreased the anti-HIV-1 activity of lamivudine by 3.5-fold in MT-4 cells.

<u>Antiviral Activity in Combination with Other Antiviral Agents</u>

Neither dolutegravir, abacavir, nor lamivudine were antagonistic to all tested anti-HIV agents. See full prescribing information for ZIAGEN (abacavir), TIVICAY (dolutegravir), and EPIVIR (lamivudine).

<u>Resistance in Cell Culture</u>

*Dolutegravir:* Dolutegravir-resistant viruses were selected in cell culture starting from different wild-type HIV-1 strains and clades. Amino acid substitutions E92Q, G118R, S153F or Y, G193E or R263K emerged in different passages and conferred decreased susceptibility to dolutegravir of up to 4-fold.

*Abacavir and Lamivudine:* HIV-1 isolates with reduced susceptibility to the combination of abacavir and lamivudine have been selected in cell culture with amino acid substitutions K65R, L74V, Y115F, and M184V/I in HIV-1 RT. M184V or I substitutions resulted in high-level resistance to lamivudine and approximately 2-fold decrease in susceptibility to abacavir. Substitutions K65R, L74V, or Y115F with M184V or I conferred a 7- to 8-fold reduction in abacavir susceptibility, and combinations of three substitutions were required to confer more than an 8-fold reduction in susceptibility.

<u>Resistance in Clinical Subjects</u>

No subjects in the treatment arm receiving dolutegravir + EPZICOM in SINGLE (treatment-naïve trial) had a detectable decrease in susceptibility to dolutegravir or background NRTIs in the resistance analysis subset (n = 11 with HIV-1 RNA greater than 400 copies per mL at failure or last visit and having resistance data). Two virologic failure subjects in SINGLE had treatment-emergent G/D/E193D and G193G/E integrase substitutions at Week 84 and Week 108, respectively, and 1 subject with 275 copies per mL HIV-1 RNA had a treatment-emergent Q157Q/P integrase substitution detected at Week 24. None of these subjects had a corresponding decrease in dolutegravir susceptibility. No treatment-emergent genotypic resistance to abacavir and lamivudine, components of TRIUMEQ, was observed in the arm receiving dolutegravir + EPZICOM in the SINGLE trial through Week 144.

<u>Cross-Resistance</u>

*Dolutegravir:* Cross-resistance has been observed among INSTIs. The single INSTI-resistance substitutions T66K, I151L, and S153Y conferred a greater than 2-fold decrease in dolutegravir susceptibility (range: 2.3-fold to 3.6-fold from reference). Combinations of multiple substitutions T66K/L74M, E92Q/N155H, G140C/Q148R, G140S/Q148H, R or K, Q148R/N155H, T97A/G140S/Q148, and substitutions at E138/G140/Q148 showed a greater than 2-fold decrease in dolutegravir susceptibility (range: 2.5-fold to 21-fold from reference). In HIV-2 mutants, combinations of substitutions A153G/N155H/S163G and E92Q/T97A/N155H/S163D conferred

36

4-fold decreases in dolutegravir susceptibility, and E92Q/N155H and G140S/Q148R showed 8.5-fold and 17-fold decreases in dolutegravir susceptibility, respectively.

*Abacavir and Lamivudine:* Cross-resistance has been observed among NRTIs. The combination of abacavir/lamivudine has demonstrated decreased susceptibility to viruses with a K65R substitution with or without an M184V/I substitution, viruses with L74V plus the M184V/I substitution, and viruses with thymidine analog mutation (TAM) substitutions (M41L, D67N, K70R, L210W, T215Y/F, K219 E/R/H/Q/N) plus M184V. An increasing number of TAMs is associated with a progressive reduction in abacavir susceptibility.

## 13    NONCLINICAL TOXICOLOGY

### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

<u>Carcinogenicity</u>

*Dolutegravir:* Two-year carcinogenicity studies in mice and rats were conducted with dolutegravir. Mice were administered doses of up to 500 mg per kg, and rats were administered doses of up to 50 mg per kg. In mice, no significant increases in the incidence of drug-related neoplasms were observed at the highest doses tested, resulting in dolutegravir AUC exposures approximately 26-fold higher than those in humans at the recommended dose of 50 mg once daily. In rats, no increases in the incidence of drug-related neoplasms were observed at the highest dose tested, resulting in dolutegravir AUC exposures 17-fold and 30-fold higher in males and females, respectively, than those in humans at the recommended dose of 50 mg once daily.

*Abacavir:* Abacavir was administered orally at 3 dosage levels to separate groups of mice and rats in 2-year carcinogenicity studies. Results showed an increase in the incidence of malignant and non-malignant tumors. Malignant tumors occurred in the preputial gland of males and the clitoral gland of females of both species, and in the liver of female rats. In addition, non-malignant tumors also occurred in the liver and thyroid gland of female rats. These observations were made at systemic exposures in the range of 7 to 28 times the human exposure at the recommended dose of 600 mg.

*Lamivudine:* Long-term carcinogenicity studies with lamivudine in mice and rats showed no evidence of carcinogenic potential at exposures up to 12 times (mice) and 57 times (rats) the human exposures at the recommended dose of 300 mg.

<u>Mutagenicity</u>

*Dolutegravir:* Dolutegravir was not genotoxic in the bacterial reverse mutation assay, mouse lymphoma assay, or in the in vivo rodent micronucleus assay.

*Abacavir:* Abacavir induced chromosomal aberrations both in the presence and absence of metabolic activation in an in vitro cytogenetic study in human lymphocytes. Abacavir was mutagenic in the absence of metabolic activation, although it was not mutagenic in the presence of metabolic activation in an L5178Y mouse lymphoma assay. Abacavir was clastogenic in

<div align="center">37</div>

FDA-FLORIDA-004039

males and not clastogenic in females in an in vivo mouse bone marrow micronucleus assay. Abacavir was not mutagenic in bacterial mutagenicity assays in the presence and absence of metabolic activation.

*Lamivudine:* Lamivudine was mutagenic in an L5178Y mouse lymphoma assay and clastogenic in a cytogenetic assay using cultured human lymphocytes. Lamivudine was not mutagenic in a microbial mutagenicity assay, in an in vitro cell transformation assay, in a rat micronucleus test, in a rat bone marrow cytogenetic assay, and in an assay for unscheduled DNA synthesis in rat liver.

Impairment of Fertility

Dolutegravir, abacavir, or lamivudine did not affect male or female fertility in rats at doses associated with exposures approximately 44, 9, or 112 times (respectively) higher than the exposures in humans at the doses of 50 mg, 600 mg, and 300 mg (respectively).

**13.2    Animal Toxicology and/or Pharmacology**

Myocardial degeneration was found in mice and rats following administration of abacavir for 2 years. The systemic exposures were equivalent to 7 to 21 times the expected systemic exposure in humans at a dose of 600 mg. The clinical relevance of this finding has not been determined.

**14    CLINICAL STUDIES**

**14.1    Adult Subjects**

The efficacy of TRIUMEQ is supported by data from a randomized, controlled trial (double-blind through 96 weeks and open-label phase from 96 to 144 weeks) in antiretroviral treatment-naïve subjects, SINGLE (ING114467, NCT01263015) and other trials in treatment-naïve subjects. See full prescribing information for TIVICAY. The efficacy of dolutegravir, in combination with at least two active background regimens in treatment-experienced, INSTI-naïve subjects is supported by data from SAILING (ING111762, NCT01231516) (refer to the prescribing information for TIVICAY).

Treatment-Naïve Subjects

In SINGLE, 833 subjects were randomized and received at least 1 dose of either TIVICAY 50 mg once daily with fixed-dose abacavir and lamivudine (EPZICOM) or fixed-dose efavirenz/emtricitabine/tenofovir disoproxil fumarate (ATRIPLA). At baseline, the median age of subjects was 35 years, 16% female, 32% non-white, 7% had hepatitis C co-infection (hepatitis B virus co-infection was excluded), 4% were CDC Class C (AIDS), 32% had HIV-1 RNA greater than 100,000 copies per mL, and 53% had CD4+ cell count less than 350 cells per mm$^3$; these characteristics were similar between treatment groups.

Week 144 (open-label-phase analysis which followed the Week 96 double-blind phase) outcomes for SINGLE are provided in Table 11.

38

FDA-FLORIDA-004040

**Table 11. Virologic Outcomes of Randomized Treatment in SINGLE at 144 Weeks (Snapshot Algorithm)**

|  | TIVICAY + EPZICOM Once Daily (n = 414) | ATRIPLA Once Daily (n = 419) |
|---|---|---|
| **HIV-1 RNA <50 copies/mL** | 71% | 63% |
| Treatment difference[a] | 8.3% (95% CI: 2.0%, 14.6%)[d] | |
| **Virologic nonresponse** | 10% | 7% |
| Data in window not <50 copies/mL | 4% | <1% |
| Discontinued for lack of efficacy | 3% | 3% |
| Discontinued for other reasons while not suppressed | 3% | 4% |
| **No virologic data** | 18% | 30% |
| Reasons | | |
| Discontinued study/study drug due to adverse event or death[b] | 4% | 14% |
| Discontinued study/study drug for other reasons[c] | 12% | 13% |
| Missing data during window but on study | 2% | 3% |
| **Proportion (%) of Subjects with HIV-1 RNA <50 copies/mL by Baseline Category** | | |
| **Plasma viral load (copies/mL)** | | |
| ≤100,000 | 73% | 64% |
| >100,000 | 69% | 61% |
| **Gender** | | |
| Male | 72% | 66% |
| Female | 69% | 48% |
| **Race** | | |
| White | 72% | 71% |
| African-American/African Heritage/Other | 71% | 47% |

[a] Adjusted for pre-specified stratification factors.

[b] Includes subjects who discontinued due to an adverse event or death at any time point if this resulted in no virologic data on treatment during the analysis window.

[c] Other includes reasons such as withdrew consent, loss to follow-up, moved, and protocol deviation.

[d] The primary endpoint was assessed at Week 48 and the virologic success rate was 88% in the group receiving TIVICAY and 81% in the ATRIPLA group, with a treatment difference of 7.4% and 95% CI of (2.5%, 12.3%).

Treatment differences were maintained across baseline characteristics including baseline viral load, CD4+ cell count, age, gender, and race. The adjusted mean changes in CD4+ cell counts from baseline were 378 cells per $mm^3$ in the group receiving TIVICAY + EPZICOM and 332 cells per $mm^3$ for the ATRIPLA group at 144 weeks. The adjusted difference between

39

FDA-FLORIDA-004041

treatment arms and 95% CI was 46.9 cells per mm$^3$ (15.6 cells per mm$^3$, 78.2 cells per mm$^3$) (adjusted for pre-specified stratification factors: baseline HIV-1 RNA, and baseline CD4+ cell count).

Treatment-Experienced

In SAILING, there were 715 subjects included in the efficacy and safety analyses (see full prescribing information for TIVICAY). At Week 48, 71% of subjects randomized to TIVICAY plus background regimen versus 64% of subjects randomized to raltegravir plus background regimen had HIV-1 RNA less than 50 copies per mL (treatment difference and 95% CI: 7.4% [0.7%, 14.2%]).

## 14.2   Pediatric Subjects

The efficacy of the individual components of TRIUMEQ for the treatment of HIV-1 infection was evaluated in pediatric patients enrolled in the IMPAACT P1093 trial (NCT01302847) or the ARROW trial (NCT02028676), as summarized below.

- Abacavir and lamivudine once daily, in combination with a third antiretroviral drug, were evaluated in a randomized, multicenter trial (ARROW) in HIV-1–infected, treatment-naïve subjects. Subjects randomized to once-daily dosing (n = 336) and who weighed at least 25 kg received abacavir 600 mg and lamivudine 300 mg, as either the single entities or as EPZICOM. At Week 96, 67% of subjects receiving abacavir and lamivudine once-daily in combination with a third antiretroviral drug, had HIV-1 RNA less than 80 copies per mL.
- Dolutegravir, in combination with other antiretroviral drugs was evaluated in treatment-experienced, INSTI-naïve, HIV-1–infected subjects aged 6 to less than 18 years in a 48-week open-label, multicenter, dose-finding clinical trial, IMPAACT P1093. Subjects aged 12 to less than 18 years were enrolled in Cohort I and subjects aged 6 to less than 12 years were enrolled in Cohort IIA. At 48 weeks, 61% (14/23) of subjects aged 12 to less than 18 years treated with TIVICAY once daily plus optimized background therapy achieved virologic response defined as HIV-1 RNA less than 50 copies per mL. Across both cohorts, virologic suppression at Week 48 was achieved in 67% (16/24) of subjects weighing at least 40 kg.

## 16   HOW SUPPLIED/STORAGE AND HANDLING

TRIUMEQ tablets, 600 mg of abacavir as abacavir sulfate, 50 mg of dolutegravir as dolutegravir sodium, and 300 mg lamivudine, are purple, oval, film-coated, biconvex tablets debossed with "572 Trı" on one side.

Bottle of 30 with child-resistant closure        NDC 49702-231-13.

Store and dispense in the original package, protect from moisture, and keep the bottle tightly closed. Do not remove desiccant.

Store at 25°C (77°F); excursions permitted 15° to 30°C (59° to 86°F). [See USP Controlled Room Temperature].

40

## 17    PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Medication Guide).

Drug Interactions

TRIUMEQ may interact with many drugs; therefore, advise patients to report to their healthcare provider the use of any other prescription or nonprescription medication or herbal products, including St. John's wort *[see Contraindications (4), Warnings and Precautions (5.7), Drug Interactions (7)]*.

Hypersensitivity Reaction

Inform patients:

- that a Medication Guide and Warning Card summarizing the symptoms of the abacavir hypersensitivity reaction and other product information will be dispensed by the pharmacist with each new prescription and refill of TRIUMEQ, and instruct the patient to read the Medication Guide and Warning Card every time to obtain any new information that may be present about TRIUMEQ. The complete text of the Medication Guide is reprinted at the end of this document.

- to carry the Warning Card with them.

- how to identify a hypersensitivity reaction *[see Warnings and Precautions (5.1), Medication Guide]*.

- that if they develop symptoms consistent with a hypersensitivity reaction they should call their healthcare provider right away to determine if they should stop taking TRIUMEQ.

- that a hypersensitivity reaction can worsen and lead to hospitalization or death if TRIUMEQ is not immediately discontinued.

- to not restart TRIUMEQ or any other abacavir-containing product following a hypersensitivity reaction because more severe symptoms can occur within hours and may include life-threatening hypotension and death.

- that if they have a hypersensitivity reaction, they should dispose of any unused TRIUMEQ to avoid restarting abacavir.

- that a hypersensitivity reaction is usually reversible if it is detected promptly and TRIUMEQ is stopped right away.

- that if they have interrupted TRIUMEQ for reasons other than symptoms of hypersensitivity (for example, those who have an interruption in drug supply), a serious or fatal hypersensitivity reaction may occur with reintroduction of abacavir.

- to not restart TRIUMEQ or any other abacavir-containing product without medical consultation and only if medical care can be readily accessed by the patient or others.

41

FDA-FLORIDA-004043

- to not restart TRIUMEQ or any other dolutegravir-containing product following a hypersensitivity reaction to TRIUMEQ.

<u>Hepatotoxicity</u>

Inform patients that hepatotoxicity has been reported with dolutegravir, a component of TRIUMEQ *[see Warnings and Precautions (5.4), Adverse Reactions (6.1)]*. Inform patients that monitoring for hepatotoxicity during therapy with TRIUMEQ is recommended.

<u>Posttreatment Exacerbations of Hepatitis in Patients with Hepatitis B Co-infection</u>

Advise patients co-infected with HIV-1 and HBV that worsening of liver disease has occurred in some cases when treatment with lamivudine was discontinued. Advise patients to discuss any changes in regimen with their physician *[see Warnings and Precautions (5.2)]*.

<u>Lactic Acidosis/Hepatomegaly</u>

Inform patients that some HIV medicines, including TRIUMEQ, can cause a rare, but serious condition called lactic acidosis with liver enlargement (hepatomegaly) *[see Boxed Warning, Warnings and Precautions (5.5)]*.

<u>Embryo-Fetal Toxicity</u>

Advise adolescents and adults of childbearing potential, including those actively trying to become pregnant, to discuss the risks and benefits of TRIUMEQ with their healthcare provider to determine if an alternative treatment should be considered at the time of conception through the first trimester of pregnancy. If pregnancy is confirmed in the first trimester, advise patients to contact their healthcare provider *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1, 8.3)]*.

Adolescents and adults of childbearing potential taking TRIUMEQ should be counseled on the consistent use of effective contraception *[see Warnings and Precautions (5.6), Use in Specific Populations (8.1, 8.3)]*.

<u>Immune Reconstitution Syndrome</u>

Advise patients to inform their healthcare provider immediately of any signs and symptoms of infection as inflammation from previous infection may occur soon after combination antiretroviral therapy, including when TRIUMEQ is started *[see Warnings and Precautions (5.8)]*.

42

**FDA-FLORIDA-004044**

Pregnancy Registry

Inform patients that there is an antiretroviral pregnancy registry to monitor fetal outcomes in those exposed to TRIUMEQ during pregnancy *[see Use in Specific Populations (8.1)]*.

Lactation

Instruct mothers with HIV-1 infection not to breastfeed because HIV-1 can be passed to the baby in the breast milk *[see Use in Specific Populations (8.2)]*.

Missed Dose

Instruct patients that if they miss a dose of TRIUMEQ, to take it as soon as they remember. Advise patients not to double their next dose or take more than the prescribed dose *[see Dosage and Administration (2)]*.

Availability of Medication Guide

Instruct patients to read the Medication Guide before starting TRIUMEQ and to re-read it each time the prescription is renewed. Instruct patients to inform their physician or pharmacist if they develop any unusual symptom, or if any known symptom persists or worsens.

Storage

Instruct patients to store TRIUMEQ in the original package, protect from moisture, and keep the bottle tightly closed. Do not remove desiccant.

EPIVIR, EPZICOM, TIVICAY, TRIUMEQ, and ZIAGEN are trademarks owned by or licensed to the ViiV Healthcare group of companies.

EPIVIR-HBV is a trademark owned by or licensed to the GSK group of companies.

The other brands listed are trademarks owned by or licensed to their respective owners and are not owned by or licensed to the ViiV Healthcare group of companies. The makers of these brands are not affiliated with and do not endorse the ViiV Healthcare group of companies or its products.

Manufactured for:



ViiV Healthcare
Research Triangle Park, NC 27709

by:

43

FDA-FLORIDA-004045

GlaxoSmithKline
Research Triangle Park, NC 27709

©2021 ViiV Healthcare group of companies or its licensor.

TRM:xxPI

Reference ID: 4767061

**FDA-FLORIDA-004046**

**MEDICATION GUIDE**

**TRIUMEQ (TRI-u-meck)**

**(abacavir, dolutegravir, and lamivudine tablets)**

**What is the most important information I should know about TRIUMEQ?**

**TRIUMEQ can cause serious side effects, including:**

- **Serious allergic reactions (hypersensitivity reaction)** that can cause death have happened with TRIUMEQ and other abacavir-containing products. Your risk of this allergic reaction to abacavir is much higher if you have a gene variation called HLA-B*5701. Your healthcare provider can determine with a blood test if you have this gene variation.

   **If you get a symptom from 2 or more of the following groups while taking TRIUMEQ, call your healthcare provider right away to find out if you should stop taking TRIUMEQ.**

|  | Symptom(s) |
|---|---|
| **Group 1** | **Fever** |
| **Group 2** | **Rash** |
| **Group 3** | **Nausea, vomiting, diarrhea, abdominal (stomach area) pain** |
| **Group 4** | **Generally ill feeling, extreme tiredness, or achiness** |
| **Group 5** | **Shortness of breath, cough, sore throat** |

A list of these symptoms is on the Warning Card your pharmacist gives you. **Carry this Warning Card with you at all times.**

**If you stop TRIUMEQ because of an allergic reaction, never take TRIUMEQ (abacavir, dolutegravir and lamivudine) or any other medicine that contains abacavir or dolutegravir (EPZICOM, TIVICAY, TRIZIVIR, or ZIAGEN) again.**

- If you have an allergic reaction, dispose of any unused TRIUMEQ. Ask your pharmacist how to properly dispose of medicines.

- If you take TRIUMEQ or any other abacavir-containing medicine again after you have had an allergic reaction, **within hours** you may get **life-threatening symptoms** that may include **very low blood pressure** or **death.**

- If you stop TRIUMEQ for any other reason, even for a few days, and you are not allergic to TRIUMEQ, talk with your healthcare provider before taking it again. Taking TRIUMEQ again can cause a serious allergic or life-threatening reaction, even if you never had an allergic reaction to it before.

**If your healthcare provider tells you that you can take TRIUMEQ again, start taking it when you are around medical help or people who can call a healthcare provider if you need one.**

1

Reference ID: 4767061

- **Worsening of Hepatitis B virus (HBV) infection.** If you have HBV infection and take TRIUMEQ, your HBV may get worse (flare-up) if you stop taking TRIUMEQ. A "flare-up" is when your HBV infection suddenly returns in a worse way than before.

  o   Do not run out of TRIUMEQ. Refill your prescription or talk to your healthcare provider before your TRIUMEQ is all gone.

  o   Do not stop TRIUMEQ without first talking to your healthcare provider.

  o   If you stop taking TRIUMEQ, your healthcare provider will need to check your health often and do blood tests regularly for several months to check your liver function and monitor your HBV infection. It may be necessary to give you a medicine to treat hepatitis B. Tell your healthcare provider about any new or unusual symptoms you may have after you stop taking TRIUMEQ.

- **Resistant HBV.** If you have human immunodeficiency virus-1 (HIV-1) and HBV, the HBV can change (mutate) during your treatment with TRIUMEQ and become harder to treat (resistant).

- **For more information about side effects, see "What are the possible side effects of TRIUMEQ?"**

## What is TRIUMEQ?

TRIUMEQ is a prescription medicine used to treat HIV-1 infection in adults and children who weigh at least 88 pounds (40 kg).

HIV-1 is the virus that causes Acquired Immune Deficiency Syndrome (AIDS).

TRIUMEQ contains the prescription medicines abacavir, dolutegravir, and lamivudine.

- TRIUMEQ is not for use by itself in people who have or have had resistance to abacavir, dolutegravir, or lamivudine.

It is not known if TRIUMEQ is safe and effective in children who weigh less than 88 pounds (40 kg).

## Do not take TRIUMEQ if you:

- have a certain type of gene variation called the HLA-B*5701 allele. Your healthcare provider will test you for this before prescribing treatment with TRIUMEQ.

- are allergic to abacavir, dolutegravir, lamivudine, or any of the ingredients in TRIUMEQ. See the end of this Medication Guide for a complete list of ingredients in TRIUMEQ.

- take dofetilide. Taking TRIUMEQ and dofetilide can cause side effects that may be serious or life-threatening.

- have certain liver problems.

## Before you take TRIUMEQ, tell your healthcare provider about all of your medical conditions, including if you:

- have been tested and know whether or not you have a particular gene variation called HLA-B*5701.

- have or have had liver problems, including hepatitis B or C virus infection.

- have kidney problems.

2

FDA-FLORIDA-004048

- have heart problems, smoke, or have diseases that increase your risk of heart disease such as high blood pressure, high cholesterol, or diabetes.

- drink alcohol or take medicines that contain alcohol.

- are pregnant or plan to become pregnant. One of the medicines in TRIUMEQ called dolutegravir may harm your unborn baby.

  o Your healthcare provider may prescribe a different medicine than TRIUMEQ if you are planning to become pregnant or if pregnancy is confirmed during the first 12 weeks of pregnancy.

  o If you can become pregnant, your healthcare provider may perform a pregnancy test before you start treatment with TRIUMEQ.

  o If you can become pregnant, you and your healthcare provider should talk about the use of effective birth control (contraception) during treatment with TRIUMEQ.

  o Tell your healthcare provider right away if you are planning to become pregnant, you become pregnant, or think you may be pregnant during treatment with TRIUMEQ.

**Pregnancy Registry.** There is a pregnancy registry for individuals who take TRIUMEQ during pregnancy. The purpose of this registry is to collect information about the health of you and your baby. Talk with your healthcare provider about how you can take part in this registry.

- are breastfeeding or plan to breastfeed. **Do not breastfeed if you take TRIUMEQ.**

  o You should not breastfeed if you have HIV-1 because of the risk of passing HIV-1 to your baby.

  o Two of the medicines in TRIUMEQ (abacavir and lamivudine) pass into your breastmilk.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Some medicines interact with TRIUMEQ. Keep a list of your medicines to show your healthcare provider and pharmacist when you get a new medicine.

- You can ask your healthcare provider or pharmacist for a list of medicines that interact with TRIUMEQ.

- **Do not start taking a new medicine without telling your healthcare provider.** Your healthcare provider can tell you if it is safe to take TRIUMEQ with other medicines.

**How should I take TRIUMEQ?**

- **Take TRIUMEQ exactly as your healthcare provider tells you to take it.**

- Do not change your dose or stop taking TRIUMEQ without talking with your healthcare provider.

- TRIUMEQ may be taken with or without food.

- If you take antacids, laxatives, or other medicines that contain aluminum, magnesium, or buffered medicines, TRIUMEQ should be taken at least 2 hours before or 6 hours after you take these medicines.

- If you need to take iron or calcium supplements by mouth during treatment with TRIUMEQ:

3

FDA-FLORIDA-004049

- o  If you take TRIUMEQ with food, you may take these supplements at the same time that you take TRIUMEQ.

- o  If you do not take TRIUMEQ with food, take TRIUMEQ at least 2 hours before or 6 hours after you take these supplements.

- If you miss a dose of TRIUMEQ, take it as soon as you remember. Do not take 2 doses at the same time or take more than your healthcare provider tells you to take.

- Stay under the care of a healthcare provider during treatment with TRIUMEQ.

- Do not run out of TRIUMEQ. The virus in your blood may increase and the virus may become harder to treat. When your supply starts to run low, get more from your healthcare provider or pharmacy.

- If you take too much TRIUMEQ, call your healthcare provider or go to the nearest hospital emergency room right away.

**What are the possible side effects of TRIUMEQ?**

**TRIUMEQ can cause serious side effects including:**

- **See "What is the most important information I should know about TRIUMEQ?"**

- **Liver problems.** People with a history of hepatitis B or C virus may have an increased risk of developing new or worsening changes in certain liver function tests during treatment with TRIUMEQ. Liver problems including liver failure have also happened with TRIUMEQ in people without a history of liver disease or other risk factors. Liver failure resulting in liver transplant has also been reported with TRIUMEQ. Your healthcare provider may do blood tests to check your liver. **Call your healthcare provider right away if you develop any of the signs or symptoms of liver problems listed below.**

  - o  your skin or the white part of your eyes turns yellow (jaundice)
  - o  dark or "tea-colored" urine
  - o  light colored stools (bowel movements)
  - o  loss of appetite
  - o  nausea or vomiting
  - o  pain, aching, or tenderness on the right side of your stomach area

- **Too much lactic acid in your blood (lactic acidosis).** Too much lactic acid is a serious medical emergency that can lead to death. **Call your healthcare provider right away if you get any of the following symptoms that could be signs of lactic acidosis:**

  - o  feel very weak or tired
  - o  unusual (not normal) muscle pain
  - o  trouble breathing
  - o  stomach pain with nausea and vomiting
  - o  feel cold, especially in your arms and legs
  - o  feel dizzy or lightheaded
  - o  have a fast or irregular heartbeat

- **Lactic acidosis can also lead to severe liver problems,** which can lead to death. Your liver may become large (hepatomegaly) and you may develop fat in your liver (steatosis). **Call your**

4

FDA-FLORIDA-004050

**healthcare provider right away if you get any of the signs or symptoms of liver problems which are listed above under "Liver problems".**

- **You may be more likely to get lactic acidosis or severe liver problems if you are female or very overweight (obese).**

- **Changes in your immune system (Immune Reconstitution Syndrome)** can happen when you start taking HIV-1 medicines. Your immune system may get stronger and begin to fight infections that have been hidden in your body for a long time. Tell your healthcare provider right away if you start having new symptoms after you start taking TRIUMEQ.

- **Heart attack.** Some HIV-1 medicines including TRIUMEQ may increase your risk of heart attack.

- **The most common side effects of TRIUMEQ include:**

  - trouble sleeping          ○ tiredness                    ○ headache

These are not all the possible side effects of TRIUMEQ.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store TRIUMEQ?**

- Store TRIUMEQ at room temperature between 68°F to 77°F (20°C to 25°C).

- Store TRIUMEQ in the original bottle.

- Keep the bottle of TRIUMEQ tightly closed and protect it from moisture.

- The bottle of TRIUMEQ contains a desiccant packet to help keep your medicine dry (protect it from moisture). Do not remove the desiccant packet from the bottle.

**Keep TRIUMEQ and all medicines out of the reach of children.**

**General information about the safe and effective use of TRIUMEQ.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use TRIUMEQ for a condition for which it was not prescribed. Do not give TRIUMEQ to other people, even if they have the same symptoms that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about TRIUMEQ that is written for health professionals.

**What are the ingredients in TRIUMEQ?**

Active ingredients: abacavir, dolutegravir, and lamivudine

Inactive ingredients: D-mannitol, magnesium stearate, microcrystalline cellulose, povidone, and sodium starch glycolate.

Tablet film-coating contains: iron oxide black, iron oxide red, macrogol/PEG, polyvinyl alcohol–part hydrolyzed, talc, and titanium oxide.

Reference ID: 4767061

FDA-FLORIDA-004051

Manufactured for:                                  by:


GlaxoSmithKline

Research Triangle Park, NC 27709

ViiV Healthcare

Research Triangle Park, NC 27709

EPZICOM, TIVICAY, TRIUMEQ, TRIZIVIR, and ZIAGEN are trademarks owned by or licensed to the ViiV Healthcare group of companies.

©2021 ViiV Healthcare group of companies or its licensor. TRM:xxMG

For more information go to www.TRIUMEQ.com or call 1-877-844-8872.

This Medication Guide has been approved by the U.S. Food and Drug Administration.          Revised: 03/2021

6

FDA-FLORIDA-004052

PRODUCT MONOGRAPH
INCLUDING PATIENT MEDICATION INFORMATION

# <sup>Pr</sup>**TRIUMEQ**

dolutegravir, abacavir, and lamivudine tablets

50 mg dolutegravir (as dolutegravir sodium), 600 mg abacavir (as abacavir sulfate) and 300 mg lamivudine

Antiretroviral Agent

ViiV Healthcare ULC
245, boulevard Armand-Frappier
Laval, Quebec
H7V 4A7

Date of Revision:
January 31, 2020

Submission Control No: 233245

© 2020 ViiV Healthcare group of companies or its licensor
Trademarks are owned by or licensed to the ViiV Healthcare group of companies

**FDA-FLORIDA-004053**

# TABLE OF CONTENTS

**PAGE**

PART I: HEALTH PROFESSIONAL INFORMATION ........................................................ 3
    SUMMARY PRODUCT INFORMATION ................................................................. 3
    INDICATIONS AND CLINICAL USE ................................................................... 3
    CONTRAINDICATIONS ....................................................................................... 4
    WARNINGS AND PRECAUTIONS ....................................................................... 4
    ADVERSE REACTIONS ...................................................................................... 11
    DRUG INTERACTIONS ...................................................................................... 19
    DOSAGE AND ADMINISTRATION .................................................................. 24
    OVERDOSAGE ................................................................................................... 26
    ACTION AND CLINICAL PHARMACOLOGY ................................................... 27
    STORAGE AND STABILITY .............................................................................. 32
    SPECIAL HANDLING INSTRUCTIONS ............................................................ 32
    DOSAGE FORMS, COMPOSITION AND PACKAGING ..................................... 32

PART II:  SCIENTIFIC INFORMATION .................................................................... 33
    PHARMACEUTICAL INFORMATION ................................................................ 33
    CLINICAL TRIALS ........................................................................................... 35
    DETAILED PHARMACOLOGY ......................................................................... 42
    TOXICOLOGY ................................................................................................... 49
    REFERENCES ................................................................................................... 52

PART III:  CONSUMER INFORMATION ................................................................... 55

**FDA-FLORIDA-004054**

TRIUMEQ

dolutegravir, abacavir, and lamivudine tablets

# PART I: HEALTH PROFESSIONAL INFORMATION

## SUMMARY PRODUCT INFORMATION

| Route of Administration | Dosage Form / Strength | Clinically Relevant Nonmedicinal Ingredients[a] |
|---|---|---|
| oral | tablet/ <br><br> 50 mg dolutegravir (as dolutegravir sodium), 600 mg abacavir (as abacavir sulfate) and 300 mg lamivudine | None |

a: For a complete list see **DOSAGE FORMS, COMPOSITION and PACKAGING**.

## INDICATIONS AND CLINICAL USE

TRIUMEQ (dolutegravir, abacavir, and lamivudine) is indicated for the treatment of Human Immunodeficiency Virus (HIV-1) infection in adults and adolescents aged 12 years and older and weighing at least 40 kg.

**Pediatrics (<12 years of age):**

The safety and effectiveness of TRIUMEQ in pediatric patients <12 years of age and weighing less than 40 kg has not been established.

**Geriatrics (> 65 years of age):**

Clinical studies of TRIUMEQ did not include sufficient numbers of patients aged 65 and over to determine whether they respond differently from younger patients. In general, caution should be exercised in the administration and monitoring of TRIUMEQ in elderly patients, reflecting the greater frequency of decreased hepatic, renal or cardiac function and of concomitant disease or other drug therapy.

FDA-FLORIDA-004055

## CONTRAINDICATIONS

TRIUMEQ is contraindicated in patients:

- who are hypersensitive to this drug or to any ingredient in the formulation or component of the container.  For a complete listing, see the **DOSAGE FORMS, COMPOSITION AND PACKAGING** section of the product monograph.

- who are positive for the HLA-B*5701 allele and patients with a prior history of a hypersensitivity reaction to abacavir, or products containing abacavir, regardless of HLA-B*5701 status. Fatal hypersensitivity reactions have been associated with rechallenge of abacavir (see **WARNINGS AND PRECAUTIONS**).

- who are prescribed drugs with narrow therapeutic windows, that are substrates of organic cation transporter 2 (OCT2), including but not limited to dofetilide, or fampridine (also known as dalfampridine; see **DRUG INTERACTIONS**).

## WARNINGS AND PRECAUTIONS

<table>
<tr><td>

**Serious Warnings and Precautions**

- **Fatal Hypersensitivity Reactions**
**All patients should be screened for the HLA-B*5701 allele prior to initiating or re-initiating treatment with TRIUMEQ.**  Patients who carry the HLA-B*5701 allele are at high risk for experiencing a hypersensitivity reaction to abacavir, a component of TRIUMEQ although, hypersensitivity reactions have occurred in patients who do not carry the HLA-B*5701 allele.  Serious and sometimes fatal hypersensitivity reactions have been associated with therapy with abacavir sulfate and other abacavir-containing products (see **WARNINGS AND PRECAUTIONS, <u>Hypersensitivity Reactions</u>**).

- **Post Treatment Exacerbations of Hepatitis B**
Severe acute exacerbations of hepatitis B have been reported in patients who are co-infected with hepatitis B virus (HBV) and human immunodeficiency virus (HIV-1) and have discontinued lamivudine, one component of TRIUMEQ. Hepatic function should be monitored closely with both clinical and laboratory follow-up for at least several months in patients who discontinue TRIUMEQ.  If appropriate, initiation of anti-hepatitis B therapy may be warranted (see **WARNINGS AND PRECAUTIONS, <u>Hepatic/Biliary/Pancreatic</u>**).

</td></tr>
</table>

**FDA-FLORIDA-004056**

## General

Patients prescribed TRIUMEQ or any other antiretroviral therapy may still develop opportunistic infections and other complications of HIV infection.  Therefore, patients should remain under close clinical observation by physicians experienced in the treatment of these associated HIV diseases.

While effective viral suppression with antiretroviral therapy has been proven to substantially reduce the risk of sexual transmission, a residual risk cannot be excluded. Precautions to prevent transmission should be taken in accordance with national guidelines.

TRIUMEQ contains fixed doses of an INSTI (dolutegravir) and two nucleoside analogues (abacavir and lamivudine) and should not be administered concomitantly with other products containing abacavir or lamivudine (3TC, COMBIVIR, HEPTOVIR, KIVEXA, TRIZIVIR or ZIAGEN) or emtricitabine-containing products (ATRIPLA, COMPLERA, EMTRIVA, STRIBILD or TRUVADA).

## Hypersensitivity Reactions

Both abacavir and dolutegravir are associated with a risk for hypersensitivity reactions (HSR) and share some common features such as fever and/or rash with other symptoms indicating multi-organ involvement (see **Clinical Description of HSRs**).  Clinically it is not possible to determine whether a HSR with TRIUMEQ would be caused by abacavir or dolutegravir.  Hypersensitivity reactions have been observed more commonly with abacavir, some of which have been life-threatening, and in rare cases fatal, when not managed appropriately.  The risk for abacavir HSR to occur is high for patients who test positive for the HLA-B*5701 allele.  However, abacavir HSRs have been reported at a low frequency in patients who do not carry this allele.

**Clinical Management**

**All patients should be screened for the HLA-B*5701 allele prior to initiating or re-initiating treatment with TRIUMEQ.**

**Do not use TRIUMEQ in HLA-B*5701-positive patients or in patients with a negative HLA-B*5701 status who had a suspected abacavir HSR on a previous abacavir-containing regimen.**

HLA-B*5701-negative patients may develop a hypersensitivity reaction to abacavir; however, this occurs significantly less frequently than in HLA-B*5701-positive patients.

**Regardless of HLA-B*5701 status, permanently discontinue TRIUMEQ if hypersensitivity cannot be ruled out, even when other diagnoses are possible** (e.g., acute onset respiratory diseases such as pneumonia, bronchitis, pharyngitis, influenza; gastroenteritis; or reactions to other medications).

**FDA-FLORIDA-004057**

Restarting abacavir-containing products following a suspected abacavir HSR can result in a prompt return of symptoms within hours.  This recurrence is usually more severe than on initial presentation, and may include life-threatening hypotension and death.

**NEVER restart TRIUMEQ or any other abacavir- or dolutegravir-containing product in patients who have stopped therapy with TRIUMEQ due to a hypersensitivity reaction.** When therapy with TRIUMEQ has been discontinued for reasons other than symptoms of a hypersensitivity reaction, and if reinitiation of TRIUMEQ or any other abacavir- or dolutegravir-containing product is under consideration, carefully evaluate the reason for discontinuation of TRIUMEQ to ensure that the patient did not have symptoms of a hypersensitivity reaction.

If hypersensitivity cannot be ruled out, **DO NOT** reintroduce TRIUMEQ or any other abacavir- or dolutegravir-containing product.

If symptoms consistent with abacavir or dolutegravir hypersensitivity are not identified, reintroduction can be undertaken with continued monitoring for symptoms of a hypersensitivity reaction.  Make patients aware that a hypersensitivity reaction can occur with reintroduction of TRIUMEQ or any other abacavir- or dolutegravir-containing product.  Reintroduction should be attempted only if the potential benefit outweighs the risk and if medical care can be readily accessed by the patient or others in case an adverse reaction occurs.

### Clinical Description of HSRs

Hypersensitivity reactions have been reported in <1% of patients treated with dolutegravir in clinical studies, and were characterized by rash, constitutional findings, and sometimes, organ dysfunction, including severe liver reactions.

Abacavir HSR has been well characterised through clinical studies and during post marketing follow-up.  Symptoms usually appeared within the first six weeks (median time to onset 11 days) of initiation of treatment with abacavir, **although these reactions may occur at any time during therapy.**

Almost all HSRs to abacavir will include fever and/or rash.  Other signs and symptoms that have been observed as part of abacavir HSR may include, respiratory signs and symptoms (including, but not limited to, pharyngitis, dyspnea or cough), and gastrointestinal symptoms (including, but not limited to, nausea, vomiting, diarrhea or abdominal pain).  Importantly, such symptoms **may lead to misdiagnosis of HSR as respiratory disease (pneumonia, bronchitis, pharyngitis), or gastroenteritis.** Other frequently observed signs or symptoms of HSR may include, but are not limited to, generalized malaise, fatigue or achiness.  The symptoms related to this HSR worsen with continued therapy and **can be life-threatening**. These symptoms usually resolve upon discontinuation of the abacavir-containing product.

A warning card with information for the patient about this hypersensitivity reaction is included as part of the TRIUMEQ outer pack label (see a copy of this card on the last page of this Product Monograph).

FDA-FLORIDA-004058

## Cardiovascular

Several observational and epidemiological studies have reported an association with abacavir use and risk of myocardial infarction. Meta-analyses of randomised controlled trials have observed no excess risk of myocardial infarction with abacavir use. To date, there is no established biological mechanism to explain a potential increase in risk. Overall, the available data from observational studies and from controlled clinical trials show inconsistency and therefore the evidence for a causal relationship between abacavir treatment and the risk of myocardial infarction is inconclusive.

As a precaution, the underlying risk of coronary heart disease should be considered when prescribing antiretroviral therapies, including abacavir, and action taken to minimize all modifiable risk factors (e.g. hypertension, hyperlipidaemia, diabetes mellitus and smoking).

## Endocrine and Metabolism

### Serum lipids and blood glucose

Serum lipid and blood glucose levels may increase during antiretroviral therapy. Disease control and life style changes may also be contributing factors. Consideration should be given to the measurement of serum lipids and blood glucose. Lipid disorders and blood glucose elevations should be managed as clinically appropriate.

## Hematologic

Very rare occurrences of pure red cell aplasia have been reported with lamivudine use. Discontinuation of lamivudine has resulted in normalization of hematologic parameters in patients with suspected lamivudine induced pure red cell aplasia.

## Hepatic/Biliary/Pancreatic

### Hepatoxicity

Cases of hepatic toxicity including elevated serum liver biochemistries, hepatitis, and acute liver failure have been reported in patients receiving a dolutegravir-containing regimen who had no pre-existing hepatic disease or other identifiable risk factors. Drug-induced liver injury leading to liver transplant has been reported with TRIUMEQ. Monitoring for hepatotoxicity is recommended.

### Liver chemistry changes in patients with Hepatitis B or C co-infection

Patients with underlying hepatitis B or C may be at increased risk for worsening or development of transaminase elevations with use of TRIUMEQ. Liver chemistry elevations consistent with immune reconstitution inflammatory syndrome were observed in some hepatitis B and/or C co-infected patients at the start of dolutegravir therapy. Monitoring of liver chemistries is recommended in patients with hepatitis B and/or C co-infection. Particular diligence should be applied in initiating or maintaining effective hepatitis B therapy (referring to treatment

FDA-FLORIDA-004059

guidelines) when starting dolutegravir-based therapy in hepatitis B co-infected patients (see **ADVERSE REACTIONS, <u>Abnormal Hematologic and Clinical Chemistry Findings</u>**).

**Post-Treatment Exacerbations of Hepatitis B**

Clinical study and marketed use of lamivudine have shown that some patients with chronic hepatitis B virus (HBV) disease may experience clinical or laboratory evidence of recurrent hepatitis upon discontinuation of lamivudine, which may have more severe consequences in patients with decompensated liver disease. If TRIUMEQ is discontinued in patients coinfected with HBV, periodic monitoring of both liver function tests and markers of HBV replication should be considered.

**Lactic Acidosis/Severe Hepatomegaly with Steatosis**

Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with the use of nucleoside analogues alone or in combination, including abacavir and lamivudine and other antiretrovirals. A majority of these cases have been in women. Clinical features which may be indicative of the development of lactic acidosis include generalized weakness, anorexia and sudden unexplained weight loss, gastrointestinal symptoms and respiratory symptoms (dyspnea and tachypnea). Female sex and obesity may be risk factors. Caution should be exercised when administering TRIUMEQ or other nucleoside analogues, particularly to those with known risk factors for liver disease. However, cases have also been reported in patients with no known risk factors. Treatment with TRIUMEQ should be suspended in any patient who develops clinical or laboratory findings suggestive of lactic acidosis with or without hepatitis, which may include hepatomegaly and steatosis even in the absence of marked transaminase elevations.

**Pancreatitis**

Pancreatitis has been observed in some patients receiving nucleoside analogues, including abacavir and lamivudine. However, it is not clear whether these cases were due to drug treatment or to the underlying HIV disease. Pancreatitis must be considered whenever a patient develops abdominal pain, nausea, vomiting or elevated biochemical markers. Discontinue use of TRIUMEQ until diagnosis of pancreatitis is excluded (see **ADVERSE EVENTS, <u>Post-Market Adverse Drug Reactions</u>**).

**FDA-FLORIDA-004060**

## Immune

### Immune Reconstitution Inflammatory Syndrome (IRIS)

Immune reconstitution inflammatory syndrome has been reported in HIV-infected patients treated with combination antiretroviral therapy, including TRIUMEQ. During the initial phase of treatment, patients responding to antiretroviral therapy may develop an inflammatory response to indolent or residual opportunistic infections [such as *Mycobacterium avium-complex* (MAC), cytomegalovirus (CMV), *Pneumocystis jirovecii pneumonia* (PCP), and *tuberculosis* (TB)], which may necessitate further evaluation and treatment.

Autoimmune disorders (such as Graves' disease, polymyositis, autoimmune hepatitis and Guillain-Barre syndrome) have also been reported to occur in the setting of immune reconstitution, however, the time to onset is more variable, and can occur many months after initiation of treatment and sometimes can be an atypical presentation.

## Special Populations

### Pregnant Women

TRIUMEQ has not been studied in pregnant women. TRIUMEQ should not be used in pregnant women unless the potential benefits outweigh the potential risk to the fetus. Women of childbearing potential (WOCBP) should undergo pregnancy testing before initiation of TRIUMEQ and should be advised to use effective contraception throughout treatment. Initiation of TRIUMEQ is not recommended in adolescents and adults actively trying to become pregnant unless there is no suitable alternative. If there are plans to become pregnant or if pregnancy is confirmed within the first trimester while on TRIUMEQ, the risks and benefits of continuing TRIUMEQ versus switching to another antiretroviral regimen should be assessed and switching to an alternative regimen should be considered. TRIUMEQ may be considered during the second and third trimesters of pregnancy if the expected benefit justifies the potential risk to the pregnant woman and the fetus.

In a birth outcome surveillance study in Botswana there have been 5 cases of neural tube defects reported in 1,683 deliveries (0.3%) to mothers taking dolutegravir-containing regimens from the time of conception, compared with 15 cases in 14,792 deliveries (0.1%) to mothers taking non-dolutegravir-containing regimens from the time of conception (Prevalence Difference 0.20%; 95% CI 0.01-0.59). In the same study, one out of 3,840 deliveries (0.03%) to mothers who started dolutegravir during pregnancy had a neural tube defect, compared with three out of 5,952 deliveries (0.05%) to mothers who started non dolutegravir-containing regimens during pregnancy. A causal relationship of these events to the use of dolutegravir has not been established. The incidence of neural tube defects in the general population ranges from 0.5-1 case per 1,000 live births. As neural tube defects occur within the first 4 weeks of foetal development (at which time the neural tubes are sealed) this potential risk would concern women exposed to dolutegravir at the time of conception and in early pregnancy.

Data analysed to date from other sources including the Antiretroviral Pregnancy Registry, clinical trials, and post-marketing data are insufficient to address the risk of neural tube defects

**FDA-FLORIDA-004061**

with dolutegravir. More than 1,000 outcomes from second and third trimester exposure in pregnant women indicate no evidence of increased risk of adverse birth outcomes.

In reproductive toxicity studies in animals, dolutegravir was shown to cross the placenta and no evidence of impaired fertility or harm to the fetus, including neural tube defects, was identified. Lamivudine and abacavir were associated with findings in animal reproductive toxicity studies (see **TOXICOLOGY, Reproductive Toxicology**).

There have also been very rare reports of developmental delay, seizures and other neurological disease.  However, a causal relationship between these events and NRTI exposure *in utero* or peri-partum has not been established.  These findings do not affect current recommendations to use antiretroviral therapy in pregnant women to prevent vertical transmission of HIV.

There have been reports of mild, transient elevations in serum lactate levels, which may be due to mitochondrial dysfunction, in neonates and infants exposed *in utero* or peri-partum to nucleoside reverse transcriptase inhibitors (NRTIs).  The clinical relevance of transient elevations in serum lactate is unknown.

**Antiretroviral Pregnancy Registry**
To monitor maternal-fetal outcomes of pregnant women exposed to ART (antiretroviral therapy), including TRIUMEQ, an Antiretroviral Pregnancy Registry has been established.  Healthcare providers are encouraged to register patients:
http://www.apregistry.com
Telephone: (800) 258-4263
Fax: (800) 800-1052

**Nursing Women**

**HIV-1 infected mothers should not breastfeed their infants to avoid risking postnatal transmission of HIV.**

It is expected that dolutegravir will be excreted into human milk based on animal data, although this has not been confirmed in humans.  Lamivudine is excreted in human milk at similar concentrations to those found in serum.  Abacavir is also excreted in human breast milk at similar concentrations as plasma levels.  Because of both the potential for HIV transmission and the potential for serious adverse reactions in nursing infants, mothers should be instructed not to breastfeed if they are receiving TRIUMEQ.

**Pediatrics (<12 years of age)**

TRIUMEQ is not recommended in pediatric patients weighing less than 40kg as the necessary dose adjustment cannot be made. The safety and effectiveness of TRIUMEQ in pediatric patients <12 years of age and weighing less than 40 kg has not been established.

**Geriatrics (≥ 65 years of age)**

Clinical studies of TRIUMEQ did not include sufficient numbers of patients aged 65 and older to determine whether they respond differently from younger patients.  In general, caution should be

exercised in the administration and monitoring of TRIUMEQ in elderly patients, reflecting the greater frequency of decreased hepatic, renal or cardiac function and of concomitant disease or other drug therapy.

**Hepatic impairment**

TRIUMEQ is not recommended in patients with moderate to severe hepatic impairment (Child-Pugh grade B or C) (see **DOSAGE AND ADMINISTRATION, <u>Dosage Adjustment</u>** and **ACTION AND CLINICAL PHARMACOLOGY, <u>Special Populations and Conditions</u>**).  If a dose reduction of abacavir, a component of TRIUMEQ, is required for patients with mild hepatic impairment (Child-Pugh grade A), then the separate preparations of dolutegravir, abacavir and lamivudine should be used.

**Renal Impairment**

TRIUMEQ is not recommended for use in patients with a creatinine clearance < 50 mL/min as TRIUMEQ is a fixed-dose combination and the dosage of the individual components cannot be adjusted.  If patients require a dose reduction due to renal impairment, separate preparations of dolutegravir, abacavir and lamivudine should be administered (see **DOSAGE AND ADMINISTRATION, <u>Dosage Adjustment</u>** and **ACTION AND CLINICAL PHARMACOLOGY, <u>Special Populations and Conditions</u>**).


**ADVERSE REACTIONS**

**<u>Adverse Drug Reaction Overview</u>**

The following adverse reactions are discussed in other sections of the labelling:

- Serious and sometimes fatal hypersensitivity reaction (see **WARNINGS AND PRECAUTIONS, <u>Hypersensitivity Reactions</u>**)
- Serum lipids and blood glucose (see **WARNINGS AND PRECAUTIONS, <u>Endocrine and Metabolism</u>**)
- Lactic acidosis and severe hepatomegaly (see **WARNINGS AND PRECAUTIONS, <u>Hepatic/Biliary/Pancreatic</u>, Lactic Acidosis/Severe Hepatomegaly with Steatosis**)
- Effects on serum liver biochemistries in patients with hepatitis B or C co-infection (see **WARNINGS AND PRECAUTIONS, <u>Hepatic/Biliary/Pancreatic</u>, Liver chemistry changes in patients with Hepatitis B or C co-infection**)
- Post-treatment exacerbations of hepatitis (see **WARNINGS AND PRECAUTIONS, <u>Hepatic/Biliary/Pancreatic</u>, Post-Treatment Exacerbations of Hepatitis B**)
- Myocardial infarction (see **WARNINGS AND PRECAUTIONS, <u>Cardiovascular</u>**)

**<u>Clinical Trial Adverse Drug Reactions</u>**

*Because clinical trials are conducted under very specific conditions the adverse reaction rates observed in the clinical trials may not reflect the rates observed in practice and*

FDA-FLORIDA-004063

*should not be compared to the rates in the clinical trials of another drug.  Adverse drug reaction information from clinical trials is useful for identifying drug-related adverse events and for approximating rates.*

In addition to the events reported here, please consult the TIVICAY and KIVEXA Product Monographs.

## **Treatment-Emergent Adverse Drug Reaction**

### Treatment-Naïve Patients

The safety assessment of TRIUMEQ is primarily based on the analyses of 48-and 96-week data from a randomized, international, multicentre, double-blind, active-controlled study SINGLE (ING114467); and supported by 96 week data in treatment-naïve subjects from SPRING-2 (ING113086) and 48 week data in FLAMINGO (ING114915).

In SINGLE, 833 treatment-naive patients received at least one dose of either dolutegravir (TIVICAY) 50 mg with fixed-dose abacavir and lamivudine (KIVEXA) once daily (N = 414) or fixed-dose efavirenz/emtricitabine/tenofovir (ATRIPLA) once daily (N = 419).  Through 96 weeks, the rates of adverse events leading to discontinuation were 3% in subjects receiving TIVICAY + KIVEXA and 12% in subjects receiving ATRIPLA once daily.

In SPRING-2, 411 patients received TIVICAY 50 mg once daily versus 411 who received raltegravir 400 mg twice daily, both in combination with investigator-selected nucleoside reverse transcriptase inhibitor (NRTI) background regimen (either KIVEXA or TRUVADA).  Of these patients, 169 in the group receiving TIVICAY and 164 in the group receiving raltegravir were receiving KIVEXA as the background regimen.  Through 96 weeks, the rate of adverse events leading to discontinuation in these patients was 3% in patients receiving TIVICAY and 2% in patients receiving raltegravir.

In FLAMINGO, 242 patients received TIVICAY 50 mg once daily versus 242 patients who received darunavir 800 mg/ritonavir 100 mg once daily, both in combination with investigator-selected NRTI background regimen (either KIVEXA or TRUVADA).  Of these patients, 33% in each group received KIVEXA as the background regimen. Through 48 weeks, the rate of adverse events leading to discontinuation in these patients was 4% in each group.

Treatment-emergent adverse reactions in SINGLE of moderate to severe intensity with a ≥2% frequency in either treatment are provided in Table 1.

FDA-FLORIDA-004064

**Table 1        Treatment-Emergent Adverse Drug Reactions of at Least Moderate
Intensity (Grades 2 to 4) and ≥2% Frequency in Treatment-Naive Subjects in
SINGLE**

| Body System/ Preferred Term | 48 Week Analysis | | 96 Week Analysis | |
|---|---|---|---|---|
| | TIVICAY + KIVEXA QD (N = 414) | ATRIPLA QD (N = 419) | TIVICAY + KIVEXA QD (N = 414) | ATRIPLA QD (N = 419) |
| **Psychiatric** | | | | |
| Insomnia | 13 (3%) | 9 (2%) | 14 (3%) | 10 (2%) |
| Depression | 4 (<1%) | 5 (1%) | 5 (1%) | 9 (2%) |
| Abnormal dreams | 2 (<1%) | 8 (2%) | 3 (<1%) | 8 (2%) |
| **Nervous System** | | | | |
| Dizziness | 2 (<1%) | 19 (5%) | 2 (<1%) | 21 (5%) |
| Headache | 7 (2%) | 9 (2%) | 8 (2%) | 9 (2%) |
| **Gastrointestinal** | | | | |
| Nausea | 3 (<1%) | 12 (3%) | 3 (<1%) | 12 (3%) |
| Diarrhea | 4 (<1%) | 7 (2%) | 3 (<1%) | 7 (2%) |
| **General Disorders** | | | | |
| Fatigue | 6 (1%) | 5 (1%) | 7 (2%) | 7 (2%) |
| **Skin and Subcutaneous Tissue** | | | | |
| Rash | 1 (<1%) | 14 (3%) | 1 (<1%) | 14 (3%) |
| **Ear and Labyrinth** | | | | |
| Vertigo | 0 | 7 (2%) | 0 (0%) | 7 (2%) |

The adverse drug reactions observed in the subset of patients who received TIVICAY +
KIVEXA in SPRING-2 and FLAMINGO were generally consistent with observations in
SINGLE.

The adverse drug reactions and laboratory abnormalities observed at 144 weeks in SINGLE were
generally consistent with those seen at 48 and 96 weeks.

Pediatric Patients

*Abacavir and Lamivudine*
The safety of once-daily compared with twice-daily dosing of abacavir and lamivudine,
administered as either single products or as KIVEXA, was assessed in the ARROW trial
(n = 336). Primary safety assessment in the ARROW (COL105677) trial was based on Grade 3
and Grade 4 adverse events. One event of Grade 4 hepatitis in the once-daily cohort was
considered as uncertain causality by the investigator and all other Grade 3 or 4 adverse events

were considered not related by the investigator. No additional safety issues were identified in pediatric subjects compared with historical data in adults.

*Dolutegravir*
IMPAACT P1093 is a 48-week multicenter, open-label, non-comparative trial of approximately 160 HIV-1-infected pediatric subjects aged 4 weeks to less than 18 years, of which, 23 treatment-experienced, INSTI-naïve subjects aged 12 to less than 18 years were enrolled.

The ADR profile was similar to that for adults. Grade 2 ADRs reported by more than one subject were decreased neutrophil count (n = 2). No Grade 3 or 4 ADRs were reported. No ADRs led to discontinuation. The Grade 3 laboratory abnormalities reported in 1 subject each were elevated total bilirubin, elevated lipase, and decreased white blood cell count. There was one Grade 4 decreased neutrophil count. The changes in mean serum creatinine were similar to those observed in adults.

## **Less Common Clinical Trial Adverse Drug Reactions (<2%)**

The following treatment-emergent adverse reactions occurred in <2% of treatment-naïve or treatment-experienced adult subjects in any one trial. These events have been included because of their seriousness and/or assessment of potential causal relationship.

**Gastrointestinal Disorders***:* Abdominal pain, abdominal distention, abdominal discomfort, dyspepsia, flatulence, gastro-oesophageal reflux disease, upper abdominal pain, vomiting

**General Disorders:** Fever, lethargy

**Hepatobiliary Disorders:** Hepatitis

**Immune System Disorders:** Hypersensitivity, immune reconstitution inflammatory syndrome

**Metabolism and Nutrition Disorders:** Anorexia, hypertriglyceridemia

**Musculoskeletal and Connective Tissue Disorders:** Arthralgia, myalgia, myositis

**Nervous Systems Disorders:** Somnolence

**Psychiatric:** Nightmare, sleep disorder, depression, suicidal ideation or suicide attempt (particularly in patients with a pre-existing history or depression or psychiatric illness)

**Renal and Urinary Disorders:** Renal impairment

**Skin and Subcutaneous Tissue Disorders:** Pruritus

FDA-FLORIDA-004066

## Abnormal Hematologic and Clinical Chemistry Findings

**Treatment-Naive Patients**

Selected laboratory abnormalities (Grades 2 to 4) with a worsening grade from baseline and representing the worst-grade toxicity in ≥2% of subjects in SINGLE are presented in Table 2.

**Table 2      Selected Laboratory Abnormalities (Grades 2 to 4) in Treatment-Naive Subjects in SINGLE**

| Laboratory Parameter Preferred Term (Unit) | 48 Week | | 96 Week | |
|---|---|---|---|---|
| | TIVICAY 50 mg + KIVEXA QD (N = 414) | ATRIPLA QD (N = 419) | TIVICAY 50 mg + KIVEXA QD (N = 414) | ATRIPLA QD (N = 419) |
| ALT (IU/L) | | | | |
| Grade 2 (>2.5-5.0 x ULN) | 9 (2%) | 20 (5%) | 10 (2%) | 22 (5%) |
| Grade 3 to 4 (>5.0 x ULN) | 1 (<1%) | 2 (<1%) | 2 (<1%) | 2 (<1%) |
| AST (IU/L) | | | | |
| Grade 2 (>2.5-5.0 x ULN) | 7 (2%) | 13 (3%) | 12 (3%) | 13 (3%) |
| Grade 3 to 4 (>5.0 x ULN) | 0 (0%) | 10 (2%) | 1 (<1%) | 11 (3%) |
| Creatine kinase (IU/L) | | | | |
| Grade 2 (6.0-9.9 x ULN) | 15 (4%) | 7 (2%) | 16 (4%) | 7 (2%) |
| Grade 3 to 4 (≥10.0 x ULN) | 11 (3%) | 19 (5%) | 21 (5%) | 28 (7%) |
| Hyperglycemia (mmol/L) | | | | |
| Grade 2 (6.95-13.88 mmol/L) | 28 (7%) | 19 (5%) | 30 (7%) | 21 (5%) |
| Grade 3 to 4 (>13.88 mmol/L) | 6 (1%) | 1 (<1%) | 8 (2%) | 2 (<1%) |
| Lipase (U/L) | | | | |
| Grade 2 (>1.5-3.0 x ULN) | 33 (8%) | 30 (7%) | 39 (9%) | 40 (10%) |
| Grade 3 to 4 (>3.0 ULN) | 11 (3%) | 8 (2%) | 16 (4%) | 13 (3%) |
| Phosphorus, inorganic (mmol/L) | | | | |
| Grade 2 (0.65-0.80 mmol/L) | 37 (9%) | 52 (12%) | 49 (12%) | 70 (17%) |
| Grade 3 to 4 <0.65mmol/L) | 5 (1%) | 12 (3%) | 5 (1%) | 12 (3%) |
| Total neutrophils ($10^3$/μL) | | | | |
| Grade 2 (0.75-0.99 x $10^9$) | 10 (2%) | 15 (4%) | 12 (3%) | 21 (5%) |
| Grade 3 to 4 (<0.75 x $10^9$) | 7 (2%) | 12 (3%) | 10 (2%) | 14 (3%) |

ULN = Upper limit of normal.

**FDA-FLORIDA-004067**

The mean change from baseline observed for selected lipid values from SINGLE is presented in Table 3.

**Table 3      Mean Change From Baseline in Fasted Lipid Values in Treatment-Naive Patients in SINGLE**

|  | 48 Weeks* | | 96 Weeks | |
| --- | --- | --- | --- | --- |
| Laboratory Parameter Preferred Term (unit) | TIVICAY 50 mg + KIVEXA QD (N = 414) | ATRIPLA QD (N = 419) | TIVICAY 50 mg + KIVEXA QD (N = 414) | ATRIPLA QD (N = 419) |
| Cholesterol (mmol/L) | 0.44 | 0.62 | 0.62 | 0.72 |
| HDL cholesterol (mmol/L) | 0.14 | 0.21 | 0.14 | 0.19 |
| LDL cholesterol (mmol/L) | 0.22 | 0.34 | 0.38 | 0.47 |
| Total cholesterol/HDL (ratio) | -0.09 | -0.10 | 0.12 | 0.02 |
| Triglycerides (mmol/L) | 0.20 | 0.21 | 0.20 | 0.20 |

*SINGLE Study: p-value versus ATRIPLA at Week 48; pre-defined p-value adjusted for baseline value and stratification factors: p= 0.005 for cholesterol and p= 0.032 for LDL cholesterol

Laboratory abnormalities observed in the subset of patients who received TIVICAY + KIVEXA in SPRING-2 and FLAMINGO were generally consistent with observations in SINGLE.

**Dolutegravir: Hepatitis C Virus Co-infection**

In SINGLE, the pivotal Phase III study, patients with hepatitis C co-infection were permitted to enrol provided that baseline liver chemistry tests did not exceed 5 times the upper limit of normal (ULN); patients with hepatitis B co-infection were excluded from the SINGLE study. Overall, the safety profile in patients co-infected with hepatitis C was similar to that observed in patients without hepatitis C co-infection, although the rates of AST and ALT abnormalities were higher in the subgroup with hepatitis C co-infection for both treatment groups. Grades 2 to 4 ALT abnormalities in hepatitis C co-infected patients compared with HIV mono-infected patients receiving TRIUMEQ were observed in 15% and 2% (vs. 24% and 4% of patients treated with ATRIPLA), respectively (see **WARNING AND PRECAUTIONS, Hepatic/Biliary/Pancreatic**).

**Changes in Clinical Laboratory Values**

Dolutegravir has been shown to increase serum creatinine due to inhibition of tubular secretion of creatinine without affecting renal glomerular function.  Increases in serum creatinine occurred within the first four weeks of treatment and remained stable through 24 to 96 weeks.  In SINGLE, a mean change from baseline of 12.6 µmol/L (range: -28 µmol/L to 52 µmol/L) was observed after 96 weeks of treatment. Creatinine increases were similar in treatment-experienced patients (see **ACTION AND CLINICAL PHARMACOLOGY, Pharmacodynamics**).

FDA-FLORIDA-004068

Increases in total bilirubin (without clinical jaundice) were observed on TIVICAY and ISENTRESS (but not efavirenz) arms in the dolutegravir development programme.  In the SINGLE study, at 96 weeks, a mean change of -0.52 µmol/L (range -19 µmol/L to 14 µmol/L) was observed and are not considered clinically relevant as they likely reflect competition between dolutegravir and unconjugated bilirubin for a common clearance pathway (UGT1A1) (see **ACTION AND CLINICAL PHARMACOLOGY, <u>Pharmacokinetics</u>**).

In the SINGLE study, grade 3 to 4 creatine phosphokinase (CPK) abnormalities were reported in 5% of patients at week 96.  Cases of myalgia or myositis with concurrent CPK elevations have been reported in the dolutegravir programme; relationship with the use of dolutegravir could not be excluded.

<u>Abacavir Sulfate and Lamivudine:</u> Laboratory abnormalities observed in clinical trials were neutropenia, anemia, thrombocytopenia, hyperlactatemia, and transient rise in liver enzymes (AST, ALT and GGT).

### **Post-Market Adverse Drug Reactions**

In addition to the adverse events included from clinical trial data, the following adverse events listed below have been identified during post-approval use of dolutegravir, abacavir, lamivudine or the fixed dose combination (dolutegravir/abacavir/lamivudine FDC) tablet.

These events have been chosen for inclusion due to either their seriousness, frequency of reporting, potential causal connection to dolutegravir, abacavir and lamivudine, or a combination of these factors.  Because they are reported voluntarily from a population of unknown size, estimates of frequency cannot be made.

<u>Dolutegravir</u>
Musculoskeletal and connective tissue disorders: arthralgia, myalgia
Psychiatric disorders: anxiety
Investigations: weight increased

<u>Abacavir</u>
Endocrine/Metabolic: lactic acidosis (see **WARNINGS AND PRECAUTIONS, <u>Hepatic/Biliary/Pancreatic</u>**), hepatic steatosis
Digestive: pancreatitis
Immune System: Immune Reconstitution Inflammatory Syndrome (see **WARNINGS AND PRECAUTIONS, <u>Immune</u>**)
Skin: rash, erythema multiforme, suspected Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN) (primarily in combination with medications known to be associated with SJS and TEN, respectively). Because of the overlap of the clinical signs and symptoms between hypersensitivity to abacavir, SJS and TEN and the possibility of multiple drug sensitivities in some patients, abacavir should be discontinued and not restarted in such cases.

<u>Lamivudine</u>
Body as a whole: anaphylaxis, weakness
Hematological: pure red cell aplasia

**FDA-FLORIDA-004069**

Hemic and Lymphatic: anemia, lymphadenopathy, splenomegaly
Endocrine/Metabolic: lactic acidosis (see **WARNINGS AND PRECAUTIONS,
Hepatic/Biliary/Pancreatic**), hyperlactatemia, hepatic steatosis, hyperglycemia
Nervous: paresthesia, peripheral neuropathy
Digestive: rises in serum amylase, pancreatitis, stomatitis
Immune System: Immune Reconstitution Inflammatory Syndrome (see **WARNINGS AND
PRECAUTIONS, Immune**)
Skin: alopecia, pruritus, urticaria
Musculoskeletal: muscle disorders including rarely rhabdomyolysis, arthralgia

Dolutegravir/Abacavir/Lamivudine FDC Tablet
Hepatobiliary Disorders: acute hepatic failure

**Detailed Description of Abacavir Hypersensitivity Adverse Reactions**

**Abacavir hypersensitivity**
The signs and symptoms of abacavir hypersensitivity reaction are listed below. These have been
identified either from clinical studies or post marketing surveillance. Those reported in at least
10% of patients with a hypersensitivity reaction are in **bold** text.

As described in Warnings and Precautions, almost all patients developing hypersensitivity
reactions will have fever and/or rash (usually maculopapular or urticarial) as part of the
syndrome, however, reactions have occurred without rash or fever. Other key symptoms include
gastrointestinal, respiratory or constitutional symptoms such as lethargy and malaise.

| | |
|---|---|
| Skin: | **Rash** (usually maculopapular or urticarial) |
| Gastrointestinal tract: | **Nausea, vomiting, diarrhoea, abdominal pain,** mouth ulceration |
| Respiratory tract: | **Dyspnoea, cough,** sore throat, adult respiratory distress syndrome, respiratory failure |
| Miscellaneous: | **Fever, fatigue, malaise,** oedema, lymphadenopathy, hypotension, conjunctivitis, anaphylaxis |
| Neurological/Psychiatry: | **Headache,** paraesthesia |
| Haematological: | Lymphopenia |
| Liver/pancreas: | **Elevated liver function tests,** hepatic failure |
| Musculoskeletal: | **Myalgia,** rarely myolysis, arthralgia, elevated creatine phosphokinase |
| Urology: | Elevated creatinine, renal failure |

Restarting abacavir following an abacavir HSR results in a prompt return of symptoms within
hours. This recurrence of the HSR is usually more severe than on initial presentation, and may
include life-threatening hypotension and death. Reactions have also occurred infrequently after
restarting abacavir in patients who had only one of the key symptoms of hypersensitivity (see
above) prior to stopping abacavir; and on very rare occasions have also been seen in patients who
have restarted therapy with no preceding symptoms of a HSR (i.e., patients previously
considered to be abacavir tolerant).

FDA-FLORIDA-004070

For details of clinical management in the event of a suspected abacavir HSR (see **WARNINGS AND PRECAUTIONS, <u>Hypersensitivity Reactions</u> - Clinical Management**).

## DRUG INTERACTIONS

### <u>Overview</u>

No drug interaction studies have been conducted with TRIUMEQ Tablets.  Drug interaction trials were conducted with dolutegravir, abacavir, and/or lamivudine, the components of TRIUMEQ™.  Due to different routes of metabolism and elimination, and the minimal effect of these agents on drug metabolizing enzymes or transporters, no clinically significant drug interactions are expected between dolutegravir, abacavir, and lamivudine.

### <u>Effect of Dolutegravir, Abacavir and Lamivudine on the Pharmacokinetics of Other Agents</u>

### Dolutegravir

*In vitro*, dolutegravir inhibited the renal organic cation transporter 2, OCT2 ($IC_{50}$ = 1.93 μM), multidrug and toxin extrusion transporter (MATE) 1 ($IC_{50}$=6.34 μM) and MATE2-K ($IC_{50}$=24.8 μM). *In vivo,* dolutegravir has a low potential to affect the transport of MATE2-K substrates.  *In vivo*, dolutegravir inhibits tubular secretion of creatinine by inhibiting OCT2.  Dolutegravir may increase plasma concentrations of drugs in which excretion is dependent upon OCT2 (for example dofetilide, fampridine (also known as dalfampridine) (see **CONTRAINDICATIONS**) and metformin) or MATE1 (see Table 4).

*In vitro*, dolutegravir inhibited the basolateral renal transporters: organic anion transporter (OAT) 1 ($IC_{50}$ = 2.12 μM) and OAT3 ($IC_{50}$ = 1.97 μM).  Based upon the dolutegravir unbound plasma concentration, in silico modelling, and no notable effect on the pharmacokinetics *in vivo* of the OAT substrates tenofovir and para aminohippurate, dolutegravir has low propensity to cause drug interactions via inhibition of OAT transporters.

*In vitro*, dolutegravir did not inhibit ($IC_{50}$ >50 μM) the enzymes: cytochrome $P_{450}$ (CYP)1A2, CYP2A6, CYP2B6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, CYP3A, uridine diphosphate glucuronosyl transferase (UGT)1A1 or UGT2B7, or the transporters: P-glycoprotein (Pgp), breast cancer resistance protein (BCRP), bile salt export pump (BSEP), organic anion transporter polypeptide 1B1 (OATP1B1), OATP1B3, organic cation transporter1 (OCT)1, multidrug resistance-associated protein 2 (MRP2), or MRP4.  *In vitro*, dolutegravir did not induce CYP1A2, CYP2B6, or CYP3A4.  Based on these data, and the drug interactions studies, dolutegravir is not expected to affect the pharmacokinetics of drugs that are substrates of these enzymes or transporters.

In drug interaction studies, dolutegravir did not have a clinically relevant effect on the pharmacokinetics of the following: tenofovir, methadone, rilpivirine, and oral contraceptives containing norgestimate and ethinyl estradiol.  Using cross-study comparisons to historical pharmacokinetic data for each interacting drug, dolutegravir did not appear to affect the pharmacokinetics of the following drugs: atazanavir, darunavir, efavirenz, etravirine,

FDA-FLORIDA-004071

fosamprenavir, lopinavir, ritonavir, boceprevir and telaprevir (see **DETAILED PHARMACOLOGY, <u>Pharmacokinetics</u>**).

## Abacavir and Lamivudine

Abacavir and lamivudine do not inhibit or induce CYP enzymes (such as CYP 3A4, CYP 2C9 or CYP 2D6) and demonstrate no or weak inhibition of the OATP1B1, OATP1B3, BCRP and Pgp or and toxin extrusion protein 2-K (MATE2-K). In addition, lamivudine demonstrates no or weak inhibition of the drug transporters MATE1or OCT3 and abacavir demonstrates minimal inhibition of OCT1 and OCT2. Abacavir and lamivudine are therefore not expected to affect the plasma concentrations of drugs that are substrates of these enzymes or transporters.

Although abacavir is an inhibitor of MATE1 and lamivudine is an inhibitor of OCT1 and OCT2 in vitro, they have low potential to affect the plasma concentrations of substrates of these transporters at therapeutic drug exposures (up to 600 mg for abacavir or 300 mg for lamivudine).

## <u>Effect of Other Agents on the Pharmacokinetics of Dolutegravir, Abacavir and Lamivudine</u>

### Dolutegravir

Dolutegravir is metabolised by UGT1A1 with some contribution from CYP3A. Dolutegravir is also a substrate of UGT1A3, UGT1A9, CYP3A4, Pgp, and BCRP *in vitro*; therefore drugs that induce those enzymes and transporters, may decrease dolutegravir plasma concentration and reduce the therapeutic effect of dolutegravir.

Co-administration of dolutegravir and other drugs that inhibit UGT1A1, UGT1A3, UGT1A9, CYP3A4, and/or Pgp may increase dolutegravir plasma concentration (see Table 4).

*In vitro*, dolutegravir is not a substrate of human organic anion transporting polypeptide (OATP)1B1, OATP1B3, or OCT1, therefore drugs that solely modulate these transporter are not expected to affect dolutegravir plasma concentration.

Etravirine significantly reduced plasma concentrations of dolutegravir but the effect of etravirine was mitigated by co-administration of lopinavir/ritonavir or darunavir/ritonavir, and is expected to be mitigated by atazanavir/ritonavir.

Tenofovir, lopinavir/ritonavir, darunavir/ritonavir, rilpivirine, boceprevir, telaprevir, prednisone, rifabutin, and omeprazole had no clinically significant effect on dolutegravir pharmacokinetics.

### Abacavir and Lamivudine

The likelihood of metabolic interactions with abacavir and lamivudine is low. Abacavir and lamivudine are not significantly metabolised by CYP enzymes.  The primary pathways of abacavir metabolism in human are by alcohol dehydrogenase and by glucuronidation to produce the 5'-carboxylic acid and 5'-glucuronide which account for about 66% of the administered dose. These metabolites are excreted in the urine. The likelihood of metabolic interactions with lamivudine is low due to limited metabolism and plasma protein binding, and almost complete

**FDA-FLORIDA-004072**

renal clearance. Lamivudine is predominantly eliminated by active organic cationic secretion. The possibility of interactions with other medicinal products administered concurrently should be considered, particularly when the main route of elimination is renal. *In vitro*, abacavir is not a substrate of OATP1B1, OATP1B3, OCT1, OCT2, OAT1, MATE1, MATE2-K, MRP2 or MRP4 therefore drugs that modulate these transporters are not expected to affect abacavir plasma concentrations.

Although abacavir and lamivudine are substrates of BCRP and Pgp *in vitro*, clinical studies demonstrate no clinically significant changes in abacavir pharmacokinetics when co-administered with lopinavir/ritonavir (Pgp and BCRP inhibitors) and inhibitors of these efflux transporters are unlikely to affect the disposition of lamivudine due to its high bioavailability. Lamivudine is an *in vitro* substrate of MATE1, MATE2-K and OCT2. Trimethoprim (an inhibitor of these drug transporters) has been shown to increase lamivudine plasma concentrations however; the resulting increase was of such magnitude that a dose adjustment is not recommended as it is not expected to have clinical significance. Lamivudine is a substrate of the hepatic uptake transporter OCT1.  As hepatic elimination plays a minor role in the clearance of lamivudine, drug interactions due to inhibition of OCT1 are unlikely to be of clinical significance.

## Established and Other Potentially Significant Drug Interactions

Selected drug interactions are presented in Table 4.  Recommendations are based on either drug interaction studies or predicted interactions due to the expected magnitude of interaction and potential for serious adverse events or loss of efficacy.

**Table 4      Established or Potential Dolutegravir, Abacavir and Lamivudine Drug-Drug Interactions**

| Concomitant Drug Class: Drug Name | Effect on Concentration | Clinical Comment |
|---|---|---|
| **DOLUTEGRAVIR** | | |
| **HIV-1 Antiviral Agents** | | |
| Non-nucleoside Reverse Transcriptase Inhibitor: Etravirine[a] (ETR) | Dolutegravir↓ ETR ↔ | No dose adjustment of TRIUMEQ is needed if etravirine is taken with atazanavir/ritonavir, darunavir/ritonavir, or lopinavir/ritonavir.  Adjust dolutegravir dose to 50 mg twice daily in patients taking etravirine without a boosted protease inhibitor. An additional dolutegravir 50-mg dose should be taken, separated by 12 hours from TRIUMEQ. TRIUMEQ should only be used with etravirine when co-administered with atazanavir/ritonavir, darunavir/ritonavir or lopinavir/ritonavir in INI-resistant patients. |

**FDA-FLORIDA-004073**

| Concomitant Drug Class: Drug Name | Effect on Concentration | Clinical Comment |
|---|---|---|
| Non-nucleoside Reverse Transcriptase Inhibitor: Efavirenz[a] (EFV) | Dolutegravir↓<br>EFV ↔ | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |
| Non-nucleoside Reverse Transcriptase Inhibitor: Nevirapine | Dolutegravir↓ | Co-administration with nevirapine should be avoided because there are insufficient data to make a dosing recommendation. |
| Protease Inhibitor: Atazanavir (ATV) | Dolutegravir↑<br>ATV ↔ | Atazanavir increased dolutegravir plasma concentration. No dose adjustment is necessary. |
| Protease Inhibitor: Atazanavir/ritonavir (ATV + RTV) | Dolutegravir↑<br>ATV ↔<br>RTV ↔ | Atazanavir/ritonavir increased dolutegravir plasma concentration. No dose adjustment is necessary. |
| Protease Inhibitor: Tipranavir/ritonavir[a] (TPV+RTV) | Dolutegravir↓<br>TPV ↔<br>RTV ↔ | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |
| Protease Inhibitor: Fosamprenavir/ritonavir[a] (FPV+RTV) | Dolutegravir↓<br>FPV ↔<br>RTV ↔ | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |
| Protease Inhibitor: Lopinavir/ritonavir (LPV+RTV) | Dolutegravir ↔<br>LPV↔<br>RTV↔ | Lopinavir/ritonavir did not change dolutegravir plasma concentration to a clinically relevant extent. No dose adjustment is necessary. |
| **Other Agents** | | |
| Antiarrhythmic: Dofetilide | Dofetilide ↑ | Co-administration of dolutegravir has the potential to increase dofetilide plasma concentration via inhibition of OCT2 transporter; co-administration has not been studied. TRIUMEQ and dofetilide co-administration is contraindicated due to potential life-threatening toxicity caused by high dofetilide concentration. |
| Potassium channel blocker:<br><br>Fampridine (also known as dalfampridine) | Fampridine/dalfampridine↑ | Co-administration is contraindicated with TRIUMEQ due to potential for seizures associated with fampridine/dalfampridine. |
| Anticonvulsants: Oxcarbazepine Carbamazepine Phenytoin Phenobarbital | Dolutegravir↓ | Adjust dolutegravir dose to 50 mg twice daily. The additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. Co-administration with these metabolic inducers should be avoided in INI-resistant patients. |
| Medications containing polyvalent cations (e.g. Mg, Al)<br><br>Cation-containing antacids[a] or laxative, sucralfate, buffered medications | Dolutegravir↓ | TRIUMEQ is recommended to be administered 2 hours before or 6 hours after taking medications containing polyvalent cations. |

**FDA-FLORIDA-004074**

| Concomitant Drug Class: Drug Name | Effect on Concentration | Clinical Comment |
|---|---|---|
| Calcium and iron supplements[a] | Dolutegravir ↓ | When taken with food, TRIUMEQ and calcium and/or iron supplements or multivitamins containing calcium and/or iron can be taken at the same time. Under fasting conditions, TRIUMEQ should be taken 2 hours before or 6 hours after taking supplements containing calcium and/or iron. |
| Antidiabetics: Metformin | Metformin ↑ | Consider metformin dose adjustments when starting or stopping concomitant treatment to maintain glycemic control. |
| Rifampin[a] | Dolutegravir ↓ | Adjust dolutegravir dose to 50 mg twice daily. An additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ. |
| **ABACAVIR** | | |
| Ethanol | Abacavir AUC ↑ Ethanol AUC ↔ | Given the safety profile of abacavir, these findings are not considered clinically significant. |
| Methadone | Abacavir AUC ↔ Cmax ↓ Methadone CL/F ↑ | The changes in abacavir pharmacokinetics are not considered clinically relevant. The changes in methadone pharmacokinetics are not considered clinically relevant for the majority of patients, however occasionally methadone dose re-titration may be required. |
| **LAMIVUDINE** | | |
| Trimethoprim/sulfamethoxazole (Co-trimoxazole) | Lamivudine: AUC ↑ Trimethoprim: AUC ↔ Sulfamethoxazole: AUC ↔ | Unless the patient has renal impairment, no dosage adjustment of lamivudine is necessary (see **DOSAGE AND ADMINISTRATION, Dosage Adjustment**). Lamivudine has no effect on the pharmacokinetics of trimethoprim or sulfamethoxazole. The effect of coadministration of lamivudine with higher doses of co-trimoxazole used for the treatment of *Pneumocystis jiroveci* pneumonia (often referred to as PCP) and toxoplasmosis has not been studied. |

**FDA-FLORIDA-004075**

| Concomitant Drug Class: Drug Name | Effect on Concentration | Clinical Comment |
|---|---|---|
| Emtricitabine | | Lamivudine may inhibit the intracellular phosphorylation of emtricitabine when the two medicinal products are used concurrently. Additionally, the mechanism of viral resistance for both lamivudine and emtricitabine is mediated via mutation of the same viral reverse transcriptase gene (M184V) and therefore the therapeutic efficacy of these drugs in combination therapy may be limited. TRIUMEQ is not recommended for use in combination with emtricitabine or emtricitabine-containing fixed-dose combinations. |
| Sorbitol solution (3.2 , 10.2 g, 13.4 g) | Single dose lamivudine oral solution 300 mg Lamivudine: AUC ↓ 14%; 32%; 36% Cmax ↓ 28%; 52%, 55%. | When possible, avoid chronic coadministration of sorbitol-containing medicines with lamivudine. Consider more frequent monitoring of HIV-1 viral load when chronic coadministration cannot be avoided. |

ª See **DETAILED PHARMACOLOGY, Pharmacokinetics** for magnitude of interaction (Table 8 and Table 9).


## Drug-Food Interactions

TRIUMEQ may be administered with or without food (see **ACTION AND CLINICAL PHARMACOLOGY, Pharmacokinetics**).

## Drug-Herb Interactions

No interaction study has been conducted, however, St. John's Wort is a potent CYP3A inducer and may potentially decrease dolutegravir plasma concentration. In adults and adolescent patients, an additional dose of TIVICAY 50 mg separated by 12 hours from TRIUMEQ may be considered when taken together with St. John's Wort.  St. John's Wort should be avoided in INI-resistant patients.

## Drug-Laboratory Interactions

No Drug-Laboratory interactions have been identified.


## DOSAGE AND ADMINISTRATION

## Dosing Considerations

TRIUMEQ can be taken with or without food.

Perform pregnancy testing before initiation of TRIUMEQ in individuals of childbearing potential.

FDA-FLORIDA-004076

## Recommended Dose

**Adults and adolescents (≥12years and weighing at least 40 kg)**
The recommended dose of TRIUMEQ is one tablet once daily.  One tablet contains 50 mg of dolutegravir (as dolutegravir sodium), 600 mg abacavir (as abacavir sodium) and 300 mg of lamivudine.

## Special Populations

**Pediatrics (<12years)**
The safety and effectiveness of TRIUMEQ in pediatric patients <12 years of age and weighing less than 40 kg have not been established. TRIUMEQ is not recommended for treatment of children weighing less than 40 kg as the necessary dose adjustment cannot be made.

**Geriatrics (≥ 65 years of age)**
There are limited data available on the use of dolutegravir, abacavir and lamivudine (TRIUMEQ) in patients aged 65 years and older.  In general, caution should be exercised in the administration of TRIUMEQ in elderly patients reflecting the greater frequency of decreased hepatic, renal or cardiac function and of concomitant disease or other drug therapy.

## Dosage Adjustment

The separate components of dolutegravir (TIVICAY), abacavir (ZIAGEN) and lamivudine (3TC) should be considered in cases where dose adjustment or discontinuation of an individual component is indicated.

TRIUMEQ is not recommended for patients requiring dosage adjustments, such as:
- patients with renal impairment (creatinine clearance < 50 mL/min) (see **ACTION AND CLNICAL PHARMACOLOGY**, **Special Populations and Conditions, Renal Impairment**)
- patients with hepatic impairment (see **ACTION AND CLNICAL PHARMACOLOGY**, **Special Populations and Conditions, Hepatic Impairment**)

**Dosage Recommendation with Certain Concomitant Medications**

TRIUMEQ alone is insufficient for patients with integrase inhibitor resistance requiring dolutegravir 50 mg twice daily (see **TIVICAY Product Monograph**).

The dolutegravir dose (50 mg) in TRIUMEQ is insufficient when co-administered with medications listed in Table 5 that may decrease dolutegravir concentrations: the following dolutegravir dosage regimen is recommended.

**FDA-FLORIDA-004077**

**Table 5**        **Dosing Recommendations for TRIUMEQ with Co-administered Medications**

| Co-administered Drug | Dosing Recommendation |
|---|---|
| Efavirenz, etravirine*, fosamprenavir/ritonavir, tipranavir/ritonavir, oxcarbazepine, carbamazepine, phenytoin, phenobarbital, St. John's wort or rifampin | Adjust dolutegravir dose to 50 mg twice daily.  The additional 50-mg dose of dolutegravir should be taken, separated by 12 hours from TRIUMEQ |

*TRIUMEQ should only be used with etravirine when co-administered with atazanavir/ritonavir, darunavir/ritonavir or lopinavir/ritonavir in INI-resistant patients

**<u>Missed Dose</u>**

If a dose is missed, patients should take the missed dose as soon as possible unless it is within 4 hours of their next scheduled dose.  If a dose is skipped, the patient should not double the next dose.

**OVERDOSAGE**

> For management of a suspected drug overdose, contact your regional Poison Control Centre.

If overdosage occurs, the patient should be monitored, and standard supportive treatment applied as required.

Dolutegravir: As dolutegravir is highly bound to plasma proteins, it is unlikely that it will be significantly removed by dialysis.

There is currently limited experience with overdosage in dolutegravir. Limited experience of single higher doses (up to 250 mg in healthy subjects) revealed no specific symptoms or signs, apart from those listed as adverse reactions.

Abacavir: It is not known whether abacavir can be removed by peritoneal dialysis or hemodialysis.

Lamivudine: Since lamivudine is dialysable, continuous haemodialysis could be used in the treatment of overdose, although this has not been studied.

No specific symptoms or signs have been identified following acute overdose with abacavir or lamivudine, apart from those listed as adverse reactions.

FDA-FLORIDA-004078

## ACTION AND CLINICAL PHARMACOLOGY

### Mechanism of Action

Dolutegravir inhibits HIV integrase by binding to the integrase active site and blocking the strand transfer step of retroviral Deoxyribonucleic acid (DNA) integration which is essential for the HIV replication cycle.  *In vitro*, dolutegravir dissociates slowly from the active site of the wild type integrase-DNA complex (t ½ 71 hours).  Strand transfer biochemical assays using purified HIV-1 integrase and pre-processed substrate DNA resulted in $IC_{50}$ values of 2.7 nM and 12.6 nM.

Abacavir and lamivudine are nucleoside reverse transcriptase inhibitors (NRTIs), and are potent, selective inhibitors of HIV-1 and HIV-2 replication *in vitro*.  Abacavir is a carbocyclic synthetic nucleoside analogue of deoxyguanosine-5'-triphosphate and lamivudine is also a synthetic nucleoside analogue, an (-) enantiomer of a dideoxy analogue of cytidine.  Both abacavir and lamivudine are metabolized sequentially by intracellular kinases to their respective triphosphate (TP), which are the active moieties (carbovir triphosphate (CBV-TP) for abacavir; and lamivudine triphospate (L-TP) for lamivudine).  The extended intracellular half-lives of CBV-TP and L-TP support once daily dosing (see **ACTION AND CLINICAL PHARMACOLOGY, Pharmacokinetics, Metabolism and Excretion**).  L-TP and CBV-TP are substrates for and competitive inhibitors of HIV reverse transcriptase (RT).  Inhibition of RT is via viral DNA chain termination after nucleoside analogue incorporation.  CBV-TP and L-TP show significantly less affinity for host cell DNA polymerases and are weak inhibitors of mammalian α, β and γ-DNA polymerases.

### Pharmacodynamics

In a randomized, dose-ranging trial, HIV-1–infected subjects treated with dolutegravir monotherapy (ING111521) demonstrated rapid and dose-dependent antiviral activity, with mean declines from baseline to day 11 in HIV-1 RNA of 1.5, 2.0, and 2.5 $\log_{10}$ for dolutegravir 2 mg, 10 mg, and 50 mg once daily, respectively.  This antiviral response was maintained for 3 to 4 days after the last dose in the 50 mg group.

**Effects on Electrocardiogram:**  In a randomized, placebo-controlled, cross-over trial, 42 healthy subjects received single dose oral administrations of placebo, dolutegravir 250 mg suspension (exposures approximately 3-fold of the 50 mg once-daily dose at steady state), and moxifloxacin (400 mg, active control) in random sequence.  After baseline and placebo adjustment, the maximum mean QTc change based on Fridericia correction method (QTcF) was 1.99 msec (1-sided 95% upper CI: 4.53 msec).  TIVICAY did not prolong the QTc interval for 24 hours post dose. The effect of the combination regimen TRIUMEQ on the QT interval is not known.

**Effects on Renal Function:**  The effect of dolutegravir on serum creatinine clearance (CrCl), glomerular filtration rate (GFR) using iohexol as the probe and effective renal plasma flow (ERPF) using para-aminohippurate (PAH) as the probe was evaluated in an open-label, randomized, 3 arm, parallel, placebo-controlled study in 37 healthy subjects, who were administered dolutegravir 50 mg once daily (n=12), 50 mg twice daily (n=13) or placebo once

daily (n=12) for 14 days.  A decrease in CrCl, as determined by 24-hour urine collection, was observed with both doses of dolutegravir (9% and 13%, for dolutegravir 50mg once daily and twice daily, respectively). Dolutegravir had no significant effect on GFR or ERPF at either dose level.

## Pharmacokinetics

Pharmacokinetics in Adults: One TRIUMEQ Tablet was bioequivalent to one TIVICAY Tablet (50 mg) plus one EPZICOM Tablet under fasted conditions in healthy subjects (n = 62).

**Absorption:**  Dolutegravir, abacavir and lamivudine are rapidly absorbed following oral administration. The absolute bioavailability of dolutegravir has not been established**.** The absolute bioavailability of oral abacavir and lamivudine in adults is 83 and 80 to 85% respectively.  The mean time to maximal serum concentrations ($t_{max}$) is about 2 to 3 hours (post dose for tablet formulation) for dolutegravir, 1.5 hours for abacavir and 1.0 hours for lamivudine.

Following multiple oral doses of dolutegravir 50 mg once daily, the geometric mean steady state pharmacokinetic parameter estimates are 53.6 micrograms.h/mL for $AUC_{24}$, 3.67 microgram/mL for $C_{max}$, and 1.11 microgram/mL for $C_{24}$.  Following a single oral dose of 600 mg of abacavir, the mean $C_{max}$ is 4.26 µg/mL and the mean $AUC_{\infty}$ is 11.95 µg.h/mL. Following multiple dose oral administration of lamivudine 300 mg once daily for seven days the mean steady state $C_{max}$ is 2.04 µg/mL and the mean $AUC_{24}$ is 8.87 µg.h/mL.

**Effects of Food on Oral Absorption:**  TRIUMEQ may be administered with or without food. Administration of TRIUMEQ with a high-fat, high-calorie meal resulted in 48% higher AUC and 37% higher $C_{max}$ for dolutegravir, no change in AUC and $C_{max}$ of lamivudine, no change in the AUC and a 23% decrease in $C_{max}$ of abacavir, and prolonged $T_{max}$ for all three drugs compared in the fasted state (n = 12).  This is not considered clinically significant.

**Distribution:**  The apparent volume of distribution (Vd/F) following 50 mg once daily oral administration of suspension formulation was estimated at 17.4 L based on population pharmacokinetic analysis. Intravenous studies with abacavir and lamivudine showed that the mean apparent volume of distribution is 0.8 and 1.3 L/kg respectively.

Dolutegravir is highly bound ($\geq$ 98.9%) to human plasma proteins based on *in vivo* data and binding is independent of plasma dolutegravir concentration.  Plasma protein binding studies *in vitro* indicate that abacavir binds only low to moderately ($\sim$ 49%) to human plasma proteins at therapeutic concentrations. Lamivudine exhibits linear pharmacokinetics over the therapeutic dose range and displays low plasma protein binding (< 36%).

*Cerebrospinal Fluid (CSF)*: In 12 treatment-naïve subjects on dolutegravir 50 mg daily plus abacavir/lamivudine, the median dolutegravir concentration in CSF was 13.2 ng/mL (ranging from 3.7 ng/mL to 18.3 ng/mL) 2 to 6 hours post-dose after 16 weeks of treatment. At Week 16, 100% of subjects (n = 11) had CSF HIV-1 RNA <50 c/mL (median change from baseline was -3.42 $log_{10}$ copies/mL). Studies with abacavir demonstrate a CSF to plasma AUC ratio of between 30 to 44%.  The observed values of the peak concentrations are 9 fold greater than the $IC_{50}$ of abacavir of 0.08 µg/mL or 0.26 µM when abacavir is given at 600 mg twice daily.  The mean

FDA-FLORIDA-004080

ratio of CSF/serum lamivudine concentrations 2-4 hours after oral administration was approximately 12%. The true extent of CNS penetration of lamivudine and its relationship with any clinical efficacy is unknown.

**Metabolism and Excretion:**  Dolutegravir is primarily metabolized via UGT1A1 with some contribution from CYP3A. Renal elimination of unchanged drug was low (< 1% of the dose). After a single oral dose of [$^{14}$C] dolutegravir, 53% of the total oral dose was excreted unchanged in the faeces.  Thirty-one percent of the total oral dose was excreted in the urine, represented by an ether glucuronide of dolutegravir (18.9% of total dose), N-dealkylation metabolite (3.6% of total dose), and a metabolite formed by oxidation at the benzylic carbon (3.0% of total dose).

Abacavir is primarily metabolized by the liver with less than 2% of the administered dose being renally excreted as unchanged compound.  The primary pathways of metabolism in humans are by alcohol dehydrogenase and by glucuronidation to produce the 5'-carboxylic acid and 5'-glucuronide which account for about 66% of the administered dose. These metabolites are excreted in the urine.

Metabolism of lamivudine is a minor route of elimination. Lamivudine is predominately cleared unchanged by renal excretion.  The likelihood of metabolic interactions with lamivudine is low due to the small extent of hepatic metabolism (< 10%).

Dolutegravir has a terminal half-life of approximately 14 hours and an apparent clearance (CL/F) of 0.9-1.05 L/hr based on population pharmacokinetic analyses.
The mean half life of abacavir is about 1.5 hours. The geometric mean terminal half-life of intracellular carbovir-TP at steady-state is 20.6 hours.  Following multiple oral doses of abacavir 300 mg twice a day, there is no significant accumulation of abacavir.  Elimination of abacavir is via hepatic metabolism with subsequent excretion of metabolites primarily in the urine. The metabolites and unchanged abacavir account for about 83% of the administered abacavir dose in the urine.  The remainder is eliminated in the feces.

 The observed lamivudine half life of elimination is 18 to 19 hours. For patients receiving lamivudine 300 mg once daily, the terminal intracellular half-life of lamivudine-TP was prolonged to 16 to 19 hours.  The mean systemic clearance of lamivudine is approximately 0.32 L/h/kg, predominantly by renal clearance (> 70%) via the organic cationic transport system.

<u>Special Populations and Conditions</u>

**Pediatrics:**   The pharmacokinetics of TRIUMEQ have not been established in pediatric subjects. Dosing recommendations are based on safety, efficacy, and pharmacokinetics of abacavir, lamivudine, and TIVICAY as single entities or in various combinations.

**Abacavir and Lamivudine:** Limited pharmacokinetic data are available in adolescents receiving a daily dose of 600 mg of abacavir and 300 mg of lamivudine.  Pharmacokinetic parameters are comparable to those reported in adults.

Abacavir is rapidly and well absorbed from oral solution and tablet formulations when administered to children. Plasma abacavir exposure has been shown to be the same for both formulations when administered at the same dose. Children receiving abacavir oral solution

according to the recommended dosage regimen achieve plasma abacavir exposure similar to adults. Children receiving abacavir oral tablets according to the recommended dosage regimen achieve higher plasma abacavir exposure than children receiving oral solution because higher mg/kg doses are administered with the tablet formulation. Pediatric pharmacokinetic studies have demonstrated that once daily dosing provides equivalent $AUC_{0-24}$ to twice daily dosing of the same total daily dose for both oral solution and tablet formulations.

The absolute bioavailability of lamivudine (approximately 58 to 66%) was lower and more variable in pediatric patients under 12 years of age. In children, administration of tablets delivered higher plasma lamivudine $AUC\infty$ and Cmax than oral solution. Children receiving lamivudine oral solution according to the recommended dosage regimen achieve plasma lamivudine exposure within the range of values observed in adults. Children receiving lamivudine oral tablets according to the recommended dosage regimen achieve higher plasma lamivudine exposure than children receiving oral solution because higher mg/kg doses are administered with the tablet formulation and the tablet formulation has higher bioavailability. Pediatric pharmacokinetic studies with both oral solution and tablet formulations have demonstrated that once daily dosing provides equivalent $AUC_{0-24}$ to twice daily dosing of the same total daily dose (See KIVEXA Product Monograph).

**Dolutegravir:** In a paediatric study including 23 antiretroviral treatment-experienced HIV-1 infected adolescents aged 12 to 18 years of age, the pharmacokinetics of dolutegravir was evaluated in 10 adolescents and showed that dolutegravir 50 mg once daily dosage resulted in dolutegravir exposure in paediatric subjects comparable to that observed in adults who received dolutegravir 50 mg once daily (Table 6).

**Table 6  Paediatric pharmacokinetic parameters (n=10)**

| Age/weight | Dolutegravir Dose | Dolutegravir Pharmacokinetic Parameter Estimates Geometric Mean (CV%) | | |
|---|---|---|---|---|
| | | $AUC_{(0-24)}$ µg.hr/mL | $C_{max}$ µg/mL | $C_{24}$ µg/mL |
| 12 to <18 years ≥40 kg [a] | 50 mg once daily [a] | 46 (43) | 3.49 (38) | 0.90 (59) |

[a] One subject weighing 37 kg received 35 mg once daily.

**Geriatrics:** Population pharmacokinetic analyses using pooled pharmacokinetic data from adult trials indicated age had no clinically relevant effect on the pharmacokinetics of dolutegravir. Pharmacokinetic data for dolutegravir, abacavir and lamivudine in subjects of >65 years old are limited.

**Gender:** Population PK analyses using pooled pharmacokinetic data from adult studies revealed no clinically relevant effect of gender on the exposure of dolutegravir.

**Race:** Population PK analyses using pooled pharmacokinetic data from adult studies revealed no clinically relevant effect of race on the exposure of dolutegravir.

**FDA-FLORIDA-004082**

**Hepatic Impairment:**  Pharmacokinetic data has been obtained for dolutegravir, abacavir and lamivudine alone.  Based on data obtained for abacavir, TRIUMEQ is not recommended in patients with moderate to severe hepatic impairment.

Abacavir is metabolised primarily by the liver.  The pharmacokinetics of abacavir have been studied in patients with mild hepatic impairment (Child-Pugh score A) who had confirmed cirrhosis.

The results showed that there was a mean increase of 1.89 fold in the abacavir AUC, and 1.58 fold in the half life of abacavir.  The AUCs of the metabolites were not modified by the liver disease.  However, the rates of formation and elimination of these were decreased.  If a dosage reduction of abacavir, a component of TRIUMEQ, is required in patients with mild hepatic impairment, then the separate preparations of dolutegravir (TIVICAY), abacavir (ZIAGEN), and lamivudine (3TC) should be used.  The pharmacokinetics of abacavir have not been studied in patients with moderate or severe hepatic impairment.  Plasma concentrations of abacavir are expected to be variable and substantially increased in these patients.  TRIUMEQ is therefore not recommended in patients with moderate to severe hepatic impairment.

Data obtained for lamivudine in patients with moderate to severe hepatic impairment and for dolutegravir in patients with moderate hepatic impairment show that the pharmacokinetics are not significantly affected by hepatic dysfunction.

Dolutegravir is primarily metabolized and eliminated by the liver. In a study comparing 8 subjects with moderate hepatic impairment (Child-Pugh score B) to 8 matched healthy adult controls, exposure of dolutegravir from a single 50 mg dose was similar between the two groups. The effect of severe hepatic impairment (Child-Pugh score C) on the pharmacokinetics of dolutegravir has not been studied.

**Renal Impairment:**  Pharmacokinetic data have been obtained for dolutegravir, abacavir and lamivudine alone.  TRIUMEQ should not be used in patients with creatinine clearance of less than 50 mL/min because; whilst no dosage adjustment of dolutegravir or abacavir is necessary in patients with renal impairment, dose reduction is required for the lamivudine component.  As dosage reduction is not possible with TRIUMEQ, the separate preparations of dolutegravir (TIVICAY), abacavir (ZIAGEN), and lamivudine (3TC) should be used.

Studies with lamivudine show that plasma concentrations (AUC) are increased in patients with renal dysfunction due to decreased clearance.

Abacavir is primarily metabolised by the liver, with approximately 2% of abacavir excreted unchanged in the urine.  The pharmacokinetics of abacavir in patients with end-stage renal disease is similar to patients with normal renal function.

Renal clearance of unchanged drug is a minor pathway of elimination for dolutegravir. In a study comparing 8 subjects with severe renal impairment (CrCL<30 mL/min) to 8 matched healthy controls, the mean AUC, $C_{max}$ and $C_{24}$ of dolutegravir in renally impaired subjects were decreased by 40%, 23% and 43%, respectively.  No dosage adjustment is necessary for INI-naive

**FDA-FLORIDA-004083**

patients with renal impairment.  There is limited information on dolutegravir in patients on dialysis.

**Polymorphisms in Drug Metabolizing Enzymes:**  In a meta-analysis using pharmacogenomics samples collected in clinical studies in healthy subjects, subjects with UGT1A1 (n=7) genotypes conferring poor dolutegravir metabolism had a 32% lower clearance of dolutegravir and 46% higher AUC compared with subjects with genotypes associated with normal metabolism via UGT1A1 (n=41).

**Hepatitis B/Hepatitis C Co-infection:**  Population analyses using pooled pharmacokinetic data from adult studies indicated no clinically relevant effect of Hepatitis C co-infection on the pharmacokinetics of dolutegravir.  There were limited pharmacokinetic data on Hepatitis B co-infection

## STORAGE AND STABILITY

Store up to 30°C.

Store in the original package in order to protect from moisture.  Keep the bottle tightly closed. Do not remove the desiccant.

## SPECIAL HANDLING INSTRUCTIONS

There are no special requirements for use or handling of this product.

## DOSAGE FORMS, COMPOSITION AND PACKAGING

### Dosage Forms

TRIUMEQ tablets are purple, biconvex, oval, film-coated tablets, debossed with "572 Trı" on one side.

### Composition

Each film-coated tablet contains dolutegravir sodium equivalent to 50 mg of dolutegravir (as 52.6 mg dolutegravir sodium), abacavir sulfate equivalent to 600 mg of abacavir (as 702 mg abacavir sulfate) and 300 mg of lamivudine, and the following inactive ingredients: D-mannitol, magnesium stearate, microcrystalline cellulose, povidone K29/32, and sodium starch glycolate. The tablet film-coating (OPADRY® II Purple 85F90057) contains the inactive ingredients iron oxide black, iron oxide red, macrogol/PEG, polyvinyl alcohol–part hydrolyzed, talc, and titanium dioxide.

### Packaging

TRIUMEQ is available in 100 cc HDPE bottles containing 30 tablets and a silica gel desiccant.

FDA-FLORIDA-004084

# PART II:  SCIENTIFIC INFORMATION

## PHARMACEUTICAL INFORMATION

### Dolutegravir

### Drug Substance

Proper name:   dolutegravir sodium

Chemical name:

sodium (4*R*,12a*S*)-9-{[(2,4-difluorophenyl)methyl]carbamoyl}-4-methyl-6,8-dioxo-3,4,6,8,12,12a-hexahydro-2*H*-pyrido[1',2':4,5]pyrazino[2,1-*b*][1,3]oxazin-7-olate

Molecular formula:   $C_{20}H_{18}F_2N_3NaO_5$

Molecular mass (dolutegravir sodium): 441.36 g/mol

Molecular mass (dolutegravir free acid): 419.38 g/mol

Structural formula:



Physicochemical properties:

Description:   Dolutegravir sodium is a white to light yellow powder and is slightly soluble in water.

Solubility:   The solubility in water at 25°C is 3.176 mg/mL. The pKa is 8.2.

### Abacavir

### Drug Substance

Proper name:   abacavir sulfate

Chemical name:

(1*S*,*cis*)-4-[2-amino-6-(cyclopropylamino)-9*H*-purin-9-yl]-2-cyclopentene-1-methanol sulfate (salt) (2:1)

FDA-FLORIDA-004085

Molecular formula:   $(C_{14}H_{18}N_6O)_2 \cdot H_2SO_4$

Molecular mass:  670.76

Structural formula:



Physicochemical properties:

Description:   abacavir sulfate is a white to off-white powder with a melting point around 219°C followed by decomposition.

Solubility:   The aqueous solubility and pH of abacavir sulfate was determined at 25°C as follows:

| Solvent | Solubility (mg/mL) | pH |
|---|---|---|
| Distilled water | 77 | 3.1 |
| 0.1 M HCl | 110 | 1.6 |
| 0.1 M NaOH | 22 | 12.2 |

pKa:   The $pK_a$ for abacavir have been determined by UV spectroscopy at 25°C as follows:  $pK_1 = 0.4$,  $pK_2 = 5.06$.

## Lamivudine

## Drug Substance

Proper name:   lamivudine

Chemical name:

2(1H)-Pyrimidinone, 4-amino-1-[2- (hydroxymethyl)-1,3-oxathiolan-5-yl]-(2R-cis)-

Molecular formula:  $C_8H_{11}N_3O_3S$

Molecular mass:  229.3

FDA-FLORIDA-004086

Structural formula:



\* chiral centre

Physicochemical properties:

Description:   Lamivudine is a white to off-white crystalline solid with a melting point of 176°C.

Solubility:

| Solvent | Temperature (°C) | Solubility (mg/mL) |
|---|---|---|
| Water | 15 | 61.3 |
| Water | 25 | 98.1 |
| Methanol | 25 | 33.4 |
| Ethanol | 25 | 11.4 |
| Acetone | 25 | 0.94 |

pKa and pH:   The pH value of a 1% w/v solution in water is approximately 6.9.
The $pK_a$ determined by UV is 4.30.

## CLINICAL TRIALS

The efficacy of TRIUMEQ is supported by data from three randomized, controlled studies in antiretroviral treatment-naïve subjects, SINGLE (ING114467: 48 and 96 weeks), SPRING-2 (ING113086: 48 and 96 weeks), and FLAMINGO (ING114915: 48 weeks).

The following clinical studies have been conducted with the individual products, TIVICAY and KIVEXA.

**Treatment-Naïve Subjects:** In SINGLE, 833 patients were randomized and received at least 1 dose of either TIVICAY 50 mg once daily with KIVEXA (abacavir and lamivudine) or ATRIPLA (efavirenz/emtricitabine/tenofovir disoproxil fumarate). At baseline, the median age of subjects was 35 years, 16% female, 32% non-white, 7% had hepatitis C co-infection (hepatitis B virus co-infection was excluded), 4% were CDC Class C (AIDS), 32% had HIV-1 RNA >100,000 copies/mL, and 53% had CD4+ cell count <350 cells/mm$^3$; these characteristics were similar between treatment groups.

FDA-FLORIDA-004087

Virologic outcomes (including outcomes by key baseline covariates) are described below.

**Table 7**　　**Virologic Outcomes of Randomized Treatment in SINGLE at 48 Weeks and 96 Weeks (Snapshot Algorithm)**

| | 48 Weeks | | 96 Weeks | |
|---|---|---|---|---|
| | TIVICAY + KIVEXA QD N=414 n (%) | ATRIPLA QD N=419 n (%) | TIVICAY + KIVEXA QD N=414 n (%) | ATRIPLA QD N=419 n (%) |
| **HIV-1 RNA <50 copies/mL** | 364 (88) | 338 (81) | 332 (80) | 303 (72) |
| **Treatment Difference\*** | 7.4% (95% CI: 2.5%, 12.3%), p = 0.003 | | 8.0% (95% CI: 2.3%, 13.8%), p = 0.006 | |
| **Virologic non-response†** | 21 (5) | 26 (6) | 31 (7) | 33 (8) |
| **No virologic data** | 29 (7) | 55 (13) | 51 (12) | 83 (20) |
| Reasons: Discontinued study/study drug due to adverse event or death‡ | 9 (2) | 40 (10) | 13 (3) | 48 (11) |
| Discontinued study/study drug for other reasons§ | 20 (5) | 14 (3) | 36 (9) | 35 (8) |
| Missing data during window but on study | 0 | 1 (<1) | 2 (<1) | 0 |
| **HIV-1 RNA <50 copies/mL by baseline covariates** | | | | |
| **Baseline Plasma Viral Load (copies/mL)** | n / N (%) | n / N (%) | n / N (%) | n / N (%) |
| ≤100,000 | 253 / 280 (90) | 238 / 288 (83) | 237 / 280 (85) | 209 / 288 (73) |
| >100,000 | 111 / 134 (83) | 100 / 131 (76) | 95 / 134 (71) | 94 / 131 (72) |
| **Baseline CD4+ (cells/ mm³)** | | | | |
| <200 | 45 / 57 (79) | 48 / 62 (77) | 39 / 57 (68) | 45 / 62 (73) |
| 200 to <350 | 143 / 163 (88) | 126 / 159 (79) | 135 / 163 (83) | 113 / 159 (71) |
| ≥350 | 176 / 194 (91) | 164 / 198 (83) | 158 / 194 (81) | 145 / 198 (73) |

\* Adjusted for baseline stratification factors.

† Includes patients who discontinued prior to Week 48/96 for lack or loss of efficacy and patients who are ≥50 copies in the Week 48/96 window.

‡ Includes patients who discontinued due to an adverse event or death at any time point from Day 1 through the Week 48/96 analysis window if this resulted in no virologic data on treatment during the analysis window.

§ Includes reasons such as withdrew consent, loss to follow-up, moved, protocol deviation.

Notes: ABC/3TC = abacavir 600 mg, lamivudine 300 mg in the form of Kivexa fixed dose combination (FDC)

EFV/TDF/FTC = efavirenz 600 mg, tenofovir 300 mg, emtricitabine 200 mg in the form of Atripla FDC.

N = Number of patients in each treatment group

Snapshot algorithm: Subjects whose last HIV-1 RNA result was <50 c/mL in the analysis window (i.e. 48 ± 6 weeks, 96 ± 6 weeks) were counted as responders; subjects who were not suppressed or did not have data at the analysis time point were counted as non-responders.

FDA-FLORIDA-004088

In the SINGLE primary 48 week analysis, there was a statistically significant difference in the proportion of subjects with HIV-1 RNA <50 copies/mL between the group receiving TIVICAY + KIVEXA (88%) compared to the ATRIPLA group (81%) (p=0.003).  The virologic suppression treatment differences were comparable across baseline characteristics (gender, race and age, HIV-1 RNA and CD4+ cell count).

At 48 and 96 weeks, the adjusted mean change in CD4+ T cell count from baseline were 267 cells/mm$^3$ and 325 cells/mm$^3$ in the group receiving TIVICAY + KIVEXA and 208 cells/mm$^3$ and 281 cells/mm$^3$ for the ATRIPLA arm, respectively. The respective adjusted differences and 95% CIs were 58.9 and 44 (33.4, 84.4 and 14.34, 73.55), and were statistically significant p<0.001 and p=0.004 (repeated measure model adjusting for the baseline stratification factors: baseline HIV-1 RNA and baseline CD4+ T cell count, among other factors).

The median time to viral suppression was 28 days in the group receiving TIVICAY + KIVEXA and 84 days in the ATRIPLA arm in SINGLE (p<0.0001). At 28 days (week 4), 63% of patients in the TIVICAY arm reached virologic suppression, compared to 14% in the ATRIPLA arm.

Virologic suppression was maintained through 144 weeks (open-label phase week 96 to 144 week). The proportion of subjects achieving HIV-1 RNA<50 copies/mL was 71% for the dolutegravir + KIVEXA group and 63% for the ATRIPLA group (treatment difference 8.3% (95% CI: 2.0%, 14.6%, p=0.010)). The adjusted mean change in CD4+ T cell count from baseline was 378 cells/mm$^3$ in the group receiving TIVICAY + KIVEXA, which continued to be statistically significantly different from the ATRIPLA arm (332 cells/mm$^3$) (treatment difference 47 cells/mm$^3$ (95% CI: 15.61, 78.20) p=0.003).

In SPRING-2, 822 adults were randomized and received at least one dose of either dolutegravir 50 mg once daily or raltegravir 400 mg twice daily, both administered with fixed-dose dual NRTI therapy (either KIVEXA or TRUVADA). Of these patients, 169/411 in the group receiving dolutegravir and 164/411 in the group receiving raltegravir were receiving KIVEXA as the background regimen. At baseline, median patient age was 36 years, 14% were female, 15% non-white, 11% had hepatitis B and/or C co-infection, and 2% were CDC Class C, 28% had HIV-1 RNA >100,000 copies/mL and 47% had CD4+ cell count <350 cells/mm$^3$.  These characteristics were similar between treatment groups.

Overall virologic suppression (HIV-1 RNA <50 copies/mL) observed with either background regimen in the dolutegravir group (88%) was non-inferior to the raltegravir group (85%) at 48 weeks (non-inferiority margin -10%). The adjusted difference in proportion and 95% CI were 2.5 (-2.2, 7.1). At 96 weeks, virologic suppression in the dolutegravir group (81%) remained non-inferior to the raltegravir group (76%).  The adjusted difference in proportion and 95% CI were 4.5 (-1.1, 10.0).  Response rates at 48 weeks were 86% and 87% for dolutegravir + KIVEXA and raltegravir + KIVEXA, respectively.  Response rates at 96 weeks were 74% and 76 % for dolutegravir + KIVEXA and for raltegravir + KIVEXA, respectively.

The overall median change in CD4+ cell count from baseline to Week 96 in the dolutegravir group was +276.0 cells/mm3, compared to +264.0 cells/mm3 in the raltegravir arm.

FDA-FLORIDA-004089

Through 144 weeks in SINGLE and 96 weeks in SPRING-2, no treatment emergent resistance to dolutegravir, abacavir, or lamivudine in background therapy were isolated on the dolutegravir-containing arms.

In FLAMINGO, an open-label and active-controlled study, 484 HIV-1 infected antiretroviral naïve adults were randomized and received at least one dose of either dolutegravir 50 mg once daily or darunavir/ritonavir (DRV/r) 800 mg/100 mg once daily, both administered with fixed-dose dual NRTI therapy (either KIVEXA or TRUVADA). Of these subjects, 33% in each group received KIVEXA as background regimen. At baseline, median patient age was 34 years, 15% were female, 28% non-white, 10% had hepatitis B and/or C co-infection, and 3% were CDC Class C, 25% had HIV-1 RNA >100,000 copies/mL, and 35% had CD4+ cell count <350 cells/mm$^3$. These characteristics were similar between treatment groups.

At 48 weeks, there was a statistically significant difference in the proportion of patients achieving virologic suppression (HIV-1 RNA <50 copies/mL) between the group receiving TIVICAY (90%) compared to the darunavir/ritonavir group (83%). The adjusted difference in proportion and 95% CI were 7.1 (0.9, 13.2) (p=0.025). At 96 weeks virologic suppression in the TIVICAY group (80%) remained statistically significant to the darunavir/ritonavir group (68%). The adjusted difference in proportion and 95% CI were 12.4 (4.7, 20.2) (p=0.002). The median time to viral suppression was 28 days in the dolutegravir treatment group and 85 days in the darunavir/ritonavir arm (p<0.001). Response rates at 48 weeks were 90% for TIVICAY + KIVEXA and 85% for darunavir/ritonavir + KIVEXA and at 96 weeks were 82% for TIVICAY + KIVEXA and 75% for darunavir/ritonavir + KIVEXA. The adjusted difference in proportion and 95% CI were 7.3 (-5.4, 20.0). Through 96 weeks, no subjects in the study had treatment-emergent primary resistance mutations.

**Pediatrics**

The efficacy of the individual components of TRIUMEQ for the treatment of HIV-1 infection was evaluated in pediatric patients aged 12 years and older weighing at least 40 kg in the below pediatric studies of TIVICAY and KIVEXA and is also supported by well-controlled studies of TIVICAY and KIVEXA in adults with HIV-1 infection.

Abacavir and lamivudine were evaluated in a randomized, multicenter trial (ARROW) in HIV-1–infected, treatment-naïve subjects. Subjects randomized to once-daily dosing (n = 336) and who weighed at least 25 kg received abacavir 600 mg and lamivudine 300 mg, as either the single entities or as KIVEXA. At Week 96, 67% of subjects receiving abacavir and lamivudine once-daily had HIV-1 RNA less than 80 copies per mL (See KIVEXA Product Monograph).

Dolutegravir was evaluated in 23 treatment-experienced, INSTI-naïve, HIV-1–infected subjects aged 12 to less than 18 years in a 48-week open-label, multicenter, dose-finding clinical trial, IMPAACT P1093. At 48 weeks, 61% of subjects treated with TIVICAY once daily plus optimized background therapy achieved a viral load less than 50 copies per mL (See TIVICAY Product Monograph).

FDA-FLORIDA-004090

**Comparative Bioavailability Studies**

A single-dose, 2-part, crossover study was conducted to evaluate the bioequivalence of an oral 1 x TRIUMEQ (50 mg dolutegravir/600 mg abacavir/300 mg lamivudine) fixed dose combination tablet versus the concurrent oral administration of 1 x Dolutegravir 50 mg tablet plus 1 x EPZICOM (600 mg abacavir/300 mg lamivudine) tablet under fasting conditions (study Part A; n=62) and to evaluate the effect of food on the bioavailability of the fixed dose combination tablet (study Part B: n= 12). The study was conducted in healthy, adult male and female subjects.

EPZICOM (600 mg abacavir/300 mg lamivudine) tablets and the Dolutegravir 50 mg tablets administered as the Reference products in the study are comparable to the commercial Canadian marketed KIVEXA (600 mg abacavir/300 mg lamivudine) tablets and TIVICAY (dolutegravir 50 mg) tablets, respectively.

The TRIUMEQ (50 mg dolutegravir/600 mg abacavir/300 mg lamivudine) fixed dose combination tablet was bioequivalent to Dolutegravir 50 mg tablets plus EPZICOM (abacavir/lamivudine) tablets administered concurrently as separate tablets.

In the separate cohort (n=12), there was no clinically significant effect of a high-fat, high calorie meal on the rate and extent of absorption of dolutegravir, abacavir or lamivudine. These results indicate that TRIUMEQ may be taken with or without food.

| Dolutegravir (1 x 50 mg) FASTED CONDITIONS From measured data Geometric Mean Arithmetic Mean (CV %) | | | | |
|---|---|---|---|---|
| Parameter | Test[1] | Reference[2] | % Ratio of Geometric Means | 90% Confidence Interval |
| $AUC_T$ (μg h/mL) | 40.90 42.75 (31) | 43.37 45.41 (30) | 94.30 | (88.80, 100.10) |
| $AUC_I$ (μg h/mL) | 44.80 47.12 (33) | 47.40 49.82 (31) | 94.50 | (88.90, 100.30) |
| $C_{max}$ (μg/mL) | 2.44 2.53 (28) | 2.54 2.64 (28) | 96.10 | (90.60, 101.90) |
| $T_{max}$[§] (h) | 3.32 (40) | 3.15 (53) | | |
| $T_{½}$[§] (h) | 13.00 (21) | 13.05 (18) | | |

1.   TRIUMEQ (50 mg dolutegravir / 600 mg abacavir / 300 mg lamivudine) fixed dose combination tablets
2.   Dolutegravir 50 mg tablet plus EPZICOM (600 mg abacavir / 300 mg lamivudine) tablet administered concurrently
§    expressed as the arithmetic mean (CV%) only

FDA-FLORIDA-004091

| Abacavir (1 x 600 mg) FASTED CONDITIONS From measured data Geometric Mean Arithmetic Mean (CV %) | | | | |
|---|---|---|---|---|
| Parameter | Test[1] | Reference[2] | % Ratio of Geometric Means | 90% Confidence Interval |
| $AUC_T$ (µg.h/mL) | 13.89 14.32 (25) | 14.48 14.87 (23) | 96.00 | (93.90, 98.00) |
| $AUC_I$ (µg.h/mL) | 13.91 14.35 (25) | 14.50 14.89 (23) | 96.00 | (93.90, 98.00) |
| $C_{max}$ (µg/mL) | 4.02 4.13 (23) | 4.37 4.52 (25) | 92.00 | (86.70, 97.70) |
| $T_{max}$§ (h) | 1.73 (49) | 1.57 (51) | | |
| $T_{½}$§ (h) | 2.69 (31) | 2.63 (28) | | |

1. TRIUMEQ (50 mg dolutegravir / 600 mg abacavir / 300 mg lamivudine) fixed dose combination tablets
2. Dolutegravir 50 mg tablet plus EPZICOM (600 mg abacavir / 300 mg lamivudine) tablet administered concurrently
§ expressed as the arithmetic mean (CV%) only

FDA-FLORIDA-004092

| Lamivudine (1 x 300 mg) FASTED CONDITIONS From measured data Geometric Mean Arithmetic Mean (CV %) | | | | |
|---|---|---|---|---|
| Parameter | Test[1] | Reference[2] | % Ratio of Geometric Means | 90% Confidence Interval |
| $AUC_T$ (µg.h/mL) | 12.31 12.70 (26) | 12.81 13.10 (21) | 96.00 | (92.80, 99.40) |
| $AUC_I$ (µg.h/mL) | 12.76 13.13 (25) | 13.12 13.41 (21) | 97.20 | (94.00, 100.50) |
| $C_{max}$ (µg/mL) | 2.11 2.20 (29) | 2.28 2.35 (25) | 92.60 | (88.50, 96.80) |
| $T_{max}$[§] (h) | 2.74 (32) | 2.31 (33) | | |
| $T_{½}$[§] (h) | 16.28 (47) | 13.74 (39) | | |

1. TRIUMEQ (50 mg dolutegravir / 600 mg abacavir / 300 mg lamivudine) fixed dose combination tablets
2. Dolutegravir 50 mg tablet plus EPZICOM (600 mg abavacir / 300 mg lamivudine) tablet administered concurrently
§ expressed as the arithmetic mean (CV%) only

FDA-FLORIDA-004093

## DETAILED PHARMACOLOGY

### Microbiology

### Antiviral Activity in Cell Culture

Dolutegravir
Dolutegravir exhibited antiviral activity against laboratory strains of wild-type HIV-1 with mean $IC_{50}$ values of 0.51 nM to 2.1 nM in peripheral blood mononuclear cells (PBMCs) and MT-4 cells.

When dolutegravir was tested in PBMC assays against a panel consisting of 24 HIV-1 clinical isolates [group M (clade A, B, C, D, E, F and G) and group O] and 3 HIV-2 clinical isolates, the geometric mean $IC_{50}$ was 0.20 nM (0.02 to 2.14 nM) for HIV-1, while the geometric mean $IC_{50}$ was 0.18 nM (0.09 to 0.61nM) for HIV-2 isolates.

Abacavir
The *in vitro* anti-HIV-1 activity of abacavir was evaluated against a T-cell tropic laboratory strain HIV-1 IIIB in lymphoblastic cell lines, a monocyte/macrophage tropic laboratory strain HIV-1 BaL in primary monocytes/macrophages and clinical isolates in peripheral blood mononuclear cells. The concentration of drug necessary to inhibit viral replication by 50 percent $(IC_{50})$ ranged from 3.7 to 5.8 μM against HIV-1 IIIB, and was $0.26 \pm 0.18$ μM (1 μM = 0.28 μg/mL) against eight clinical isolates. The $IC_{50}$ of abacavir against HIV-1 BaL varied from 0.07 to 1.0 μM. Ribavirin (50μM) had no effect on the anti-HIV-1 activity of abacavir in cell culture.

Lamivudine
The antiviral activity of lamivudine against HIV-1 was assessed in a number of cell lines including monocytes and PBMCs using standard susceptibility assays. IC50 values were in the range of 0.003 μM to 2 μM (1 μM = 0.23 mcg/mL).  The IC50 values of lamivudine against different HIV-1 clades (A to G) ranged from 0.001 to 0.120 μM, and against HIV-2 isolates from 0.002 to 0.041 μM in PBMCs.  Ribavirin (50μM) decreased the anti-HIV-1 activity of lamivudine by 3.5 fold in MT-4 cells.

### Antiviral Activity in combination with other antiviral agents

Dolutegravir
The following drugs were not antagonistic with dolutegravir in *in-vitro* assessments conducted in checkerboard format: stavudine, abacavir, efavirenz, nevirapine, lopinavir, amprenavir, enfuvirtide, maraviroc, adefovir and raltegravir.  In addition, the anti-HCV drug ribavirin had no apparent effect on dolutegravir activity.

Abacavir and Lamivudine
No drugs with inherent anti-HIV activity were antagonistic with abacavir/lamivudine; in vitro assessments conducted in checkerboard format in combination with the NRTIs emtricitabine, stavudine, tenofovir, zalcitabine, zidovudine; the non-nucleoside reverse transcriptase inhibitors (NNRTIs) delavirdine, efavirenz, nevirapine; the protease inhibitors (PIs) amprenavir, indinavir,

FDA-FLORIDA-004094

lopinavir, nelfinavir, ritonavir, saquinavir; or the fusion inhibitor, enfuvirtide. Ribavirin decreased the anti-HIV-1 potency of abacavir/lamivudine reproducibly by 2- to 6-fold in cell culture.

**Effect of Human Serum and Serum Proteins**

*In vitro* studies suggested a 75-fold shift in $IC_{50}$ of dolutegravir in the presence of 100% human serum (by method of extrapolation), and the protein adjusted $IC_{90}$ ($PA-IC_{90}$) in PBMCs for dolutegravir was estimated to be 0.064 μg/mL. Dolutegravir trough concentration for a single 50 mg dose in integrase inhibitor naïve patients was 1.20 μg/mL, 19 times higher than the estimated $PA-IC_{90}$. Plasma protein binding studies *in vitro* indicate that abacavir binds only low to moderately (~49%) to human plasma proteins at therapeutic concentrations. Lamivudine exhibits linear pharmacokinetics over the therapeutic dose range and displays low plasma protein binding (less than 36%).

**Resistance *in vitro* (dolutegravir)**

Isolation from wild type HIV-1
Viruses highly resistant to dolutegravir were not observed during the 112 day passage of strain IIIB, with a 4.1-fold maximum fold change (FC) observed for the passaged resistant virus populations with substitutions at the conserved IN positions S153Y and S153F.

Passage of the wild type HIV-1 strain NL432 in the presence of dolutegravir selected for E92Q (passage population virus FC=3.1) and G193E (passage population virus FC=3.2) substitutions on Day 56. Additional passage of wildtype subtype B, C, and A/G viruses in the presence of dolutegravir selected for R263K, G118R, and S153T.

**Resistance *in vitro* (abacavir and lamivudine)**

HIV-1 isolates with reduced susceptibility to the combination of abacavir and lamivudine have been selected in cell culture with amino acid substitutions M184V/I, K65R, L74V, and Y115F in HIV-1 RT. Resistance to lamivudine was due to a specific amino acid substitution at codon 184 changing the methionine to either isoleucine or valine (M184V/I). The substitution at M184I/V causes high-level resistance to lamivudine and approximately three-fold decreased susceptibility to abacavir, below the clinical cutoff for abacavir (4.5-fold). An additional substitution from abacavir resistance positions K65R, L74M, or Y115F conferred a 7- fold to 8-fold change (above the clinical cutoff) in abacavir susceptibility, and combinations of three substitutions were required to confer more than an 8-fold change in susceptibility.

**Resistance *in vivo* (dolutegravir)**

Integrase inhibitor naïve patients
No INI-resistant substitutions or treatment emergent resistance to the NRTI backbone therapy were isolated with dolutegravir 50 mg once daily in treatment–naive studies (SPRING-2, SINGLE and FLAMINGO studies).

FDA-FLORIDA-004095

**Resistance *in vivo* (abacavir and lamivudine)**

HIV-1 isolates with reduced susceptibility to the combination of abacavir and lamivudine have been obtained from subjects failing abacavir/lamivudine-containing regimens. Resistance analyses of virologic failure isolates for subjects receiving abacavir/lamivudine therapy showed that the RT substitutions that emerged were those observed in vitro (K65R, L74V, Y115F, and M184V/I), with the abacavir and lamivudine-associated resistance substitution M184V/I being most commonly observed.

Resistance testing was performed on samples from subjects failing treatment with dolutegravir + KIVEXA in the treatment-naïve trials: SINGLE (n = 414 treated through 96 weeks), SPRING-2 (n = 169 treated through 96 weeks), and FLAMINGO (n = 79 treated through 48 weeks). Of these, 34 subjects met resistance testing criteria: 25 from SINGLE, 9 from SPRING-2 and none from FLAMINGO. Of these, 23 had both baseline and on study resistance testing data; there were no treatment-emergent RT substitutions isolated in the subjects receiving dolutegravir + KIVEXA.

Anti-HIV Activity Against Resistant Strains
Reverse Transcriptase Inhibitor- and Protease Inhibitor-Resistant Strains: Dolutegravir demonstrated equivalent antiviral activity against 2 non-nucleoside (NN)-RTI-resistant, 3 nucleoside (N)-RTI-resistant, and 2 PI-resistant HIV-1 mutant clones (1 triple and 1 sextuple) compared to the wildtype strain.

Integrase Inhibitor-Resistant HIV-1 Strains
Sixty integrase inhibitor-resistant mutant HIV-1 viruses (28 with single substitutions and 32 with 2 or more substitutions) were produced from wild-type virus NL-432 using site-directed mutagenesis. Dolutegravir showed anti-HIV activity (susceptibility) with FC < 5 against 27 of 28 integrase inhibitor-resistant mutant viruses with single substitutions including T66A/I/K, E92Q/V, Y143C/H/R, Q148H/K/R, and N155H, while for raltegravir and elvitegravir there were 17/28 and 11/21 tested mutant viruses with FC < 5, respectively. In addition, of the 32 integrase inhibitor-resistant mutant viruses with 2 or more substitutions, 23 of 32 showed FC < 5 to dolutegravir compared with FC < 5 for 4 of 32 for raltegravir and FC < 5 for 2 of 25 tested for elvitegravir.

Integrase Inhibitor-Resistant HIV-2 Strains
Site directed mutant HIV-2 viruses were constructed based on patients infected with HIV-2 and treated with raltegravir who showed virologic failure (n=6).  Overall the HIV-2 FCs observed were similar to HIV-1 FCs observed for similar pathway mutations.  Dolutegravir FC was <5 against 4 HIV-2 viruses (S163D, G140A/Q148R, A153G/N155H/S163G and E92Q/T97A/N155H/S163D); for E92Q/N155H, dolutegravir FC was 8.5, and for G140S/Q148R, dolutegravir FC was 17.  Dolutegravir, raltegravir and elvitegravir all had had the same activity against site directed mutant HIV-2 with S163D as wildtype, and for the remaining mutant HIV-2 virus raltegravir FC ranges were 6.4 to 420 and elvitegravir FC ranges were 22 to 640.

FDA-FLORIDA-004096

<u>Abacavir and Lamivudine</u>
Cross resistance between abacavir or lamivudine and antiretrovirals from other classes (e.g. protease inhibitors (PI) or non-nucleoside reverse transcriptase inhibitors (NNRTIs)), is unlikely. Reduced susceptibility to abacavir has been demonstrated in clinical isolates of patients with uncontrolled viral replication, who have been pre-treated with and are resistant to other nucleoside inhibitors.

Clinical isolates with three or more mutations associated with NRTIs are unlikely to be susceptible to abacavir. Cross resistance conferred by the M184V RT is limited within the nucleoside inhibitor class of antiretroviral agents. Zidovudine, stavudine, abacavir and tenofovir maintain their antiretroviral activities against lamivudine-resistant HIV-1 harbouring only the M184V mutation.

*In vitro* isolates resistant to abacavir might also show reduced sensitivity to lamivudine, zalcitabine, tenofovir, emtricitabine and/or didanosine, but remain sensitive to zidovudine and stavudine

## **Pharmacokinetics**

The drug interaction studies that are described were conducted with dolutegravir, abacavir, and/or lamivudine; no drug interaction trials have been conducted using TRIUMEQ. Due to different routes of metabolism and elimination, and the minimal effect of these agents on drug metabolizing enzymes or transporters, no clinically significant drug interactions are expected between dolutegravir, abacavir, and lamivudine.

As dolutegravir is not expected to affect the pharmacokinetics of other drugs dependent on hepatic metabolism (Table 8), the primary focus of the drug interaction studies was to evaluate the effect of co-administered drug (Table 9).

Dosing recommendations as a result of established and other potentially significant drug-drug interactions with TRIUMEQ are provided in Table 4.

**FDA-FLORIDA-004097**

**Table 8**    **Summary of Effect of Dolutegravir on the Pharmacokinetics of Co-administered Drugs**

| Coadministered Drug(s) and Dose(s) | Dose of **TIVICAY** | n | Geometric Mean Ratio (90% CI) of Pharmacokinetic Parameters of Coadministered Drug With/Without Dolutegravir No Effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_\tau$ or $C_{24}$ | AUC | $C_{max}$ |
| Ethinyl estradiol 0.035 mg | 50 mg twice daily | 15 | 1.02 (0.93, 1.11) | 1.03 (0.96, 1.11) | 0.99 (0.91, 1.08) |
| Methadone 20 to 150 mg | 50 mg twice daily | 12 | 0.99 (0.91, 1.07) | 0.98 (0.91, 1.06) | 1.00 (0.94, 1.06) |
| Midazolam 3 mg | 25 mg once daily | 10 | – | 0.95 (0.79, 1.15) | – |
| Norgestimate 0.25 mg | 50 mg twice daily | 15 | 0.93 (0.85, 1.03) | 0.98 (0.91, 1.04) | 0.89 (0.82, 0.97) |
| Rilpivirine 25 mg once daily | 50 mg once daily | 16 | 1.21 (1.07, 1.38) | 1.06 (0.98, 1.16) | 1.10 (0.99, 1.22) |
| Tenofovir disoproxil fumarate 300 mg once daily | 50 mg once daily | 16 | 1.19 (1.04, 1.35) | 1.12 (1.01, 1.24) | 1.09 (0.97, 1.23) |
| Metformin 500 mg twice daily | 50 mg once daily | 14 | – | 1.79 (1.65, 1.93) | 1.66 (1.53, 1.81) |
| Metformin 500 mg twice daily | 50 mg twice daily | 14 | – | 2.45 (2.25, 2.66) | 2.11 (1.91, 2.33) |

**FDA-FLORIDA-004098**

**Table 9        Summary of Effect of Co-administered Drugs on the Pharmacokinetics of Dolutegravir**

| Coadministered Drug(s) and Dose(s) | Dose of **TIVICAY** | n | Geometric Mean Ratio (90% CI) of Dolutegravir Pharmacokinetic Parameters With/Without Coadministered Drugs No Effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_\tau$ or $C_{24}$ | AUC | $C_{max}$ |
| Atazanavir 400 mg once daily | 30 mg once daily | 12 | 2.80 (2.52, 3.11) | 1.91 (1.80, 2.03) | 1.50 (1.40, 1.59) |
| Atazanavir/ritonavir 300/100 mg once daily | 30 mg once daily | 12 | 2.21 (1.97, 2.47) | 1.62 (1.50, 1.74) | 1.34 (1.25, 1.42) |
| Tenofovir 300 mg once daily | 50 mg once daily | 15 | 0.92 (0.82, 1.04) | 1.01 (0.91, 1.11) | 0.97 (0.87, 1.08) |
| Darunavir/ritonavir 600/100 mg twice daily | 30 mg once daily | 15 | 0.62 (0.56, 0.69) | 0.78 (0.72, 0.85) | 0.89 (0.83, 0.97) |
| Efavirenz 600 mg once daily | 50 mg once daily | 12 | 0.25 (0.18, 0.34) | 0.43 (0.35, 0.54) | 0.61 (0.51, 0.73) |
| Etravirine 200 mg twice daily. | 50 mg once daily | 15 | 0.12 (0.09, 0.16) | 0.29 (0.26, 0.34) | 0.48 (0.43, 0.54) |
| Etravirine + darunavir/ritonavir 200 mg + 600/100 mg twice daily | 50 mg once daily | 9 | 0.63 (0.52, 0.76) | 0.75 (0.69, 0.81) | 0.88 (0.78, 1.00) |
| Etravirine + lopinavir/ritonavir 200 mg + 400/100 mg twice daily | 50 mg once daily | 8 | 1.28 (1.13, 1.45) | 1.11 (1.02, 1.20) | 1.07 (1.02, 1.13) |
| Fosamprenavir/ritonavir 700 mg + 100 mg twice daily | 50 mg once daily | 12 | 0.51 (0.41, 0.63) | 0.65 (0.54, 0.78) | 0.76 (0.63, 0.92) |
| Lopinavir/ritonavir 400/100 mg twice daily | 30 mg once daily | 15 | 0.94 (0.85, 1.05) | 0.97 (0.91, 1.04) | 1.00 (0.94, 1.07) |
| Maalox | 50 mg single dose | 16 | 0.26 (0.21, 0.31) | 0.26 (0.22, 0.32) | 0.28 (0.23, 0.33) |
| Maalox 2 hrs after dolutegravir | 50 mg single dose | 16 | 0.70 (0.58, 0.85) | 0.74 (0.62, 0.90) | 0.82 (0.69, 0.98) |
| Calcium Carbonate 1200mg Simultaneous administration (fasted) | 50 mg single dose | 12 | 0.61 (0.47, 0.80) | 0.61 (0.47, 0.79) | 0.63 (0.50, 0.81) |
| Calcium Carbonate 1200mg Simultaneous administration (fed) | 50 mg single dose | 11 | 1.08 (0.81, 1.42) | 1.09 (0.84, 1.43) | 1.07 (0.83, 1.38) |
| Calcium Carbonate 1200mg 2 hrs prior to dolutegravir | 50 mg single dose | 11 | 0.90 (0.68, 1.19) | 0.94 (0.72, 1.23) | 1.00 (0.7, 1.29) |

| Coadministered Drug(s) and Dose(s) | Dose of **TIVICAY** | n | Geometric Mean Ratio (90% CI) of Dolutegravir Pharmacokinetic Parameters With/Without Coadministered Drugs No Effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_\tau$ or $C_{24}$ | AUC | $C_{max}$ |
| Ferrous Fumarate 324 mg Simultaneous administration (fasted) | 50 mg single dose | 11 | 0.44 (0.36, 0.54) | 0.46 (0.38, 0.56) | 0.43 (0.35, 0.52) |
| Ferrous Fumarate 324 mg Simultaneous administration (fed) | 50 mg single dose | 11 | 0.99 (0.80, 1.22) | 0.97 (0.80, 1.19) | 1.03 (0.85, 1.26) |
| Ferrous Fumarate 324 mg 2 hrs prior to dolutegravir | 50 mg single dose | 10 | 0.92 (0.74, 1.13) | 0.95 (0.78, 1.15) | 0.99 (0.81, 1.21) |
| Multivitamin    One tablet once daily | 50 mg single dose | 16 | 0.68 (0.56, 0.82) | 0.67 (0.55, 0.81) | 0.65 (0.54, 0.77) |
| Omeprazole    40 mg once daily | 50 mg single dose | 12 | 0.95 (0.75, 1.21) | 0.97 (0.78, 1.20) | 0.92 (0.75, 1.11) |
| Prednisone    60 mg once daily with taper | 50 mg once daily | 12 | 1.17 (1.06, 1.28) | 1.11 (1.03, 1.20) | 1.06 (0.99, 1.14) |
| Rifampin[a]    600 mg once daily | 50 mg twice daily[a] | 11 | 0.28 (0.23, 0.34) | 0.46 (0.38, 0.55) | 0.57 (0.49, 0.65) |
| Rifampin[b] 600 mg once daily | 50 mg twice daily[b] | 11 | 1.22 (1.01, 1.48) | 1.33 (1.15, 1.53) | 1.18 (1.03, 1.37) |
| Rifabutin    300 mg once daily | 50 mg once daily | 9 | 0.70 (0.57, 0.87) | 0.95 (0.82, 1.10) | 1.16 (0.98, 1.37) |
| Rilpivirine    25 mg once daily | 50 mg once daily | 16 | 1.22 (1.15, 1.30) | 1.12 (1.05, 1.19) | 1.13 (1.06, 1.21) |
| Tipranavir/ritonavir    500/200 mg twice daily | 50 mg once daily | 14 | 0.24 (0.21, 0.27) | 0.41 (0.38 to 0.44) | 0.54 (0.50 to 0.57) |
| Telaprevir    750 mg every 8 hours | 50 mg once daily | 15 | 1.37 (1.29, 1.45) | 1.25 (1.20, 1.31) | 1.18 (1.11, 1.26) |
| Boceprevir    800 mg every 8 hours | 50 mg once daily | 13 | 1.08 (0.91, 1.28) | 1.07 (0.95, 1.20) | 1.05 (0.96, 1.15) |
| Carbamazepine 300 mg twice daily | 50 mg once daily | 14 | 0.27 (0.24, 0.31) | 0.51 (0.48, 0.55) | 0.67 (0.61, 0.73) |

[a]   Comparison is rifampin taken with dolutegravir 50 mg twice daily compared with dolutegravir 50 mg twice daily.

[b]   Comparison is rifampin taken with dolutegravir 50 mg twice daily compared with dolutegravir 50 mg once daily.

**FDA-FLORIDA-004100**

## TOXICOLOGY

With the exception of a negative *in vivo* rat micronucleus test for the combination of abacavir and lamivudine, there are no data available on the effects of the combination of dolutegravir, abacavir and lamivudine in animals.

### Carcinogenesis/mutagenesis

Dolutegravir was not mutagenic or clastogenic using *in vitro* tests in bacteria and cultured mammalian cells, and an *in vivo* rodent micronucleus assay.  Dolutegravir was not carcinogenic in long term studies in the mouse and rat at exposures ~26 and ~23 times, respectively, above the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir.

Neither abacavir nor lamivudine were mutagenic in bacterial tests, but like many nucleoside analogues they show activity in the *in vitro* mammalian tests such as the mouse lymphoma assay. This is consistent with the known activity of other nucleoside analogues. The results of an *in vivo* rat micronucleus test with abacavir and lamivudine in combination were negative.

Carcinogenicity studies with orally administered abacavir in mice and rats showed an increase in the incidence of malignant and non-malignant tumours.  Malignant tumours occurred in the preputial gland of males and the clitoral gland of females of both species, and in the liver, urinary bladder, lymph nodes and the subcutis of female rats.

The majority of these tumours occurred at the highest abacavir dose of 330 mg/kg/day in mice and 600 mg/kg/day in rats.  These dose levels were equivalent to 21 to 28 times above the human clinical exposure based on AUC at the recommended dose of 600 mg abacavir.  The exception was the preputial gland tumour which occurred at a dose of 110 mg/kg.  This is equivalent to six times the expected human systemic exposure. There is no structural counterpart for this gland in humans.  While the carcinogenic potential in humans is unknown, these data suggest that a carcinogenic risk to humans is outweighed by the potential clinical benefit.

In *in-vivo* studies, long-term carcinogenicity studies with lamivudine in mice and rats showed no evidence of carcinogenic potential at exposures up to 12 times (mice) and 72 times (rats) above the human clinical exposure based on AUC at the recommended dose of 300 mg lamivudine.

Abacavir induced chromosomal aberrations both in the presence and absence of metabolic activation in an *in vitro* cytogenetic study in human lymphocytes.  Abacavir was mutagenic in the absence of metabolic activation, although it was not mutagenic in the presence of metabolic activation in an L5178Y mouse lymphoma assay.  At systemic exposures approximately nine times higher than those in humans at the therapeutic dose, abacavir was clastogenic in males and not clastogenic in females in an *in vivo* mouse bone marrow micronucleus assay.  Abacavir was not mutagenic in bacterial mutagenicity assays in the presence and absence of metabolic activation.

FDA-FLORIDA-004101

Lamivudine was not active in a microbial mutagenicity screen or an *in vitro* cell transformation assay, but showed weak *in vitro* mutagenic activity in a cytogenetic assay using cultured human lymphocytes and in the mouse lymphoma assay.  However, lamivudine showed no evidence of *in vivo* genotoxic activity in the rat at oral doses of up to 2,000 mg/kg, approximately 65 times the recommended human dose.

### Reproductive Toxicology

**Fertility:** Fertility studies in the rat have shown that dolutegravir, abacavir and lamivudine had no effect on male or female fertility.

Dolutegravir did not affect male or female fertility in rats at doses up to 1000 mg/kg/day, the highest dose tested (44 times above the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir, 600 mg abacavir, and 300 mg lamivudine).

**Pregnancy:** In reproductive toxicity studies in animals, dolutegravir, abacavir and lamivudine were shown to cross the placenta.

### Dolutegravir

Oral administration of dolutegravir to pregnant rats at doses up to 1000 mg/kg daily from days 6 to 17 of gestation did not elicit maternal toxicity, developmental toxicity or teratogenicity (50 times above the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir, 600 mg abacavir, and 300 mg lamivudine).

Oral administration of dolutegravir to pregnant rabbits at doses up to 1000 mg/kg daily from days 6 to 18 of gestation did not elicit developmental toxicity or teratogenicity (0.74 times the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir, 600 mg abacavir, and 300 mg lamivudine). In rabbits, maternal toxicity (decreased food consumption, scant/no faeces/urine, suppressed body weight gain) was observed at 1000 mg/kg (0.74 times the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir, 600 mg abacavir, and 300 mg lamivudine).

### Abacavir

Reproduction studies were performed in rats and rabbits at orally administered doses up to 1,000 mg/kg/day and 700 mg/kg/day, respectively. These doses in rats and rabbits achieved approximately 28 and 7 times, respectively, above the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir, 600 mg abacavir, and 300 mg lamivudine. In the rat, development toxicity (depressed fetal body weight and reduced crown-rump length) and increased incidences of fetal anasarca and skeletal malformations were observed at the highest dose assessed. Studies in pregnant rats showed that abacavir is transferred to the fetus through the placenta. In a fertility study, evidence of toxicity to the developing embryo and fetuses (increased resorptions, decreased fetal body weights) occurred only at 500 mg/kg/day, a dose that was toxic to the parental generation. The offspring of female rats treated with abacavir at 500 mg/kg (beginning at embryo implantation and ending at weaning) showed increased incidence of stillbirth and lower body weights throughout life.

**FDA-FLORIDA-004102**

**Lamivudine**

Lamivudine was not teratogenic in the rat or rabbit, at doses up to 2,000 mg/kg b.i.d. and 500 mg/kg b.i.d., respectively.  In the rabbit a slight increase in the incidence of pre-implantation loss at doses 20 mg/kg b.i.d. and above indicates a possible early embryolethal effect. There was no such effect in the rat. These marginal effects occurred at relatively low doses, which produced plasma levels comparable to those achieved in patients.

In a peri-/post-natal/juvenile toxicity study in rats, some histological inflammatory changes at the ano-rectal junction and slight diffuse epithelial hyperplasia of the cecum were observed in dams and pups at the high-dose level. An increased incidence of urination upon handling was also seen in some offspring receiving 450 or 2,000 mg/kg.  In addition, a reduction in testes weight was observed in juvenile males at 2,000 mg/kg which was associated with slight to moderate dilatation of the seminiferous tubules.

**Animal toxicology and/or pharmacology**

**Dolutegravir**

The effect of prolonged daily treatment with high doses of dolutegravir has been evaluated in repeat oral dose toxicity studies in rats (up to 26 weeks) and in monkeys (up to 38 weeks).  The primary effect of dolutegravir was gastrointestinal intolerance or irritation in rats and monkeys at doses that produce systemic exposures approximately 38 and 1.5 times above the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir, 600 mg abacavir, and 300 mg lamivudine.  Because gastrointestinal (GI) intolerance is considered to be due to local drug administration, mg/kg or mg/m$^2$ metrics are appropriate determinates of safety cover for this toxicity.  GI intolerance in monkeys occurred at 30 times the human mg/kg equivalent dose (based on 50 kg human), and 11 times the human mg/m$^2$ equivalent dose for a total daily clinical dose of 50 mg. Dolutegravir was slightly to mildly irritating to skin and eyes in the rabbit.

Mild myocardial degeneration in the heart of mice and rats was observed following administration of abacavir for two years. The systemic exposures were equivalent to 7 to 21 times above the human clinical exposure based on AUC at the recommended dose of 50 mg dolutegravir, 600 mg abacavir, and 300 mg lamivudine. The clinical relevance of this finding has not been determined.

For additional information on Toxicology, please consult the individual product monographs of TIVICAY, KIVEXA, 3TC, and ZIAGEN.

## REFERENCES

1. Cammack N, Rouse P, Marr CL, Reid PJ, Boehme RE, Coates JA et al. Cellular metabolism of (-) enantiomeric 2'-deoxy-3'-thiacytidine. *Biochem Pharmacol* 1992; 43(10):2059-2064.

2. Chen S, Min SS, Peppercorn A, et al. Effect of a single supratherapeutic dose of dolutegravir on cardiac repolarization. *Pharmacotherapy*. 2012; 32(4): 333-339.

3. Daluge SM, Good SS, Faletto MB, Miller WH, St Clair MH, Boone LR et al. 1592U89, a novel carbocyclic nucleoside analog with potent, selective anti-human immunodeficiency virus activity. Antimicrob Agents Chemother 1997; 41(5):1082-1093.

4. Dooley KE, Sayre P, Borland J, et al. Safety, tolerability, and pharmacokinetics of the HIV integrase inhibitor dolutegravir given twice daily with rifampin or once daily with rifabutin: results of a phase 1 study among healthy subjects. *J Acquir Immune Defic Syndr*. 2013 Jan; 62(1): 21-27.

5. Harris M, Back D, Kewn S, Jutha S, Marina R, Montaner J. Intracellular carbovir triphosphate levels in patients taking abacavir once a day. AIDS 2002; 16(8):1196-1197.

6. Hart GJ, Orr DC, Penn CR, Figueiredo HT, Gray NM, Boehme RE et al. Effects of (-)-2'-deoxy-3'-thiacytidine (3TC) 5'-triphosphate on human immunodeficiency virus reverse transcriptase and mammalian DNA polymerases alpha, beta, and gamma. Antimicrob Agents Chemother 1992; 36(8):1688-1694.

7. Hetherington S, McGuirk S, Powell G, Cutrell A, Naderer O, Spreen B et al. Hypersensitivity reactions during therapy with the nucleoside reverse transcriptase inhibitor abacavir. Clin Ther 2001 Oct; 23(10): 1603-1614.

8. Hightower KE, Wang R, Deanda F, et al. Dolutegravir (S/GSK1349572) Exhibits Significantly Slower Dissociation than Raltegravir and Elvitegravir from Wild-Type and Integrase Inhibitor-Resistant HIV-1 Integrase-DNA Complexes. *Antimicrobial Agents and Chemotherapy*, Oct. 2011; 55(10): 4552–4559.

9. Hughes DA, Vilar FJ, Ward CC, Alfirevic A, Park BK, Pirmohamed M. Cost-effectiveness analysis of HLA B*5701 genotyping in preventing abacavir hypersensitivity. Pharmacogenetics 2004 Jun; 14(6): 335-342.

10. Koteff J, Borland J, Chen S, et al. A phase 1 study to evaluate dolutegravir's effect on renal function via measurement of iohexol and para-aminohippurate clearance in healthy subjects. *Br J Clin Pharmacol*. 2013 April; 75(4): 990-996.

11. Mallal S, Phillips E, Carosi G, Molina JM, Workman C, et al. PREDICT-1 Study Team. HLA-B*5701 screening for hypersensitivity to abacavir. *N Engl J Med*. 2008 Feb; 358(6):568-79.

**FDA-FLORIDA-004104**

12. Mesplède T, Quashie PK, Osman N, Han Y, Singhroy DN et al. Viral fitness cost prevents HIV-1 from evading dolutegravir drug pressure. *Retrovirology*. 2013 Feb 22; 10:22.

13. Moyle G, Boffito M, Fletcher C, Higgs C, Hay PE, et al. Steady-state pharmacokinetics of abacavir in plasma and intracellular carbovir triphosphate following administration of abacavir at 600 milligrams once daily and 300 milligrams twice daily in human immunodeficiency virus-infected subjects. *Antimicrob Agents Chemother*. 2009 Apr; 53(4):1532-8.

14. Quashie PK, Mesplede T, Han YS, et al. Characterization of the R263K mutation in HIV-1 integrase that confers low-level resistance to the second-generation integrase strand transfer inhibitor dolutegravir. *J Virol*. 2012 Mar; 86(5): 2696-705.

15. Raffi F, Rachlis A, Stellbrink HJ,  Hardy W D,  Torti  C, Orkin  C, Bloch M, Podzamczer D et al. Once-daily dolutegravir versus raltegravir in antiretroviral naïve adults with HIV-1 infection: 48 week results from the randomised, double-blind, non-inferiority SPRING-2 study. *Lancet* 2013 March; 381(9868):735-743.

16. Raffi F, Jaeger H, Quiros-Roldan E, et al.  Once-daily dolutegravir versus twice-daily raltegravir in antiretroviral-naive adults with HIV-1 infection (SPRING-2 study): 96 week results from a randomised, double-blind, non-inferiority trial. *Lancet Infect Dis*. 2013 Nov; 13(11): 927-935.

17. Reese MJ, Savina PM, Generaux GT, et al. In vitro investigations into the roles of drug transporters and metabolizing enzymes in the disposition and drug interactions of dolutegravir, a HIV integrase inhibitor. *Drug Metab Dispos*. 2013 Feb; 41(2):353-361.

18. Rhodes MC, Laffan S, Genell C, et al. Assessing a theoretical risk of dolutegravir-induced developmental immunotoxicity in juvenile rats. *Toxicol Sci*. 2012 Nov; 130(1): 70-81.

19. Song I, Borland J, Chen S, et al. Effect of food on the pharmacokinetics of the integrase inhibitor dolutegravir. *Antimicrob Agents Chemother*. 2012; 56(3):1627-1629.

20. Stellbrink HJ, Reynes J, Lazzarin A et al. Dolutegravir in antiretroviral-naive adults with HIV-1: 96 Week results from the randomized SPRING-1 trial. *AIDS* 2013; 27(11): 1771-1778.

21. Tisdale M, Alnadaf T, Cousens D. Combination of mutations in human immunodeficiency virus type 1 reverse transcriptase required for resistance to the carbocyclic nucleoside 1592U89. *Antimicrob Agents Chemother* 1997; 41(5):1094-1098.

22. Walmsley S, Antela A, Clumeck N, et.al. Dolutegravir plus Abacavir/Lamivudine for the Initial Treatment of HIV-1 Infection. *New England Journal of Medicine* 2013 Nov; 369(19): 1807-1818.

**FDA-FLORIDA-004105**

23. Weller S, Borland J, Chen S, et al.  Pharmacokinetics of dolutegravir in HIV-seronegative subjects with severe renal impairment. *Eur J Clin Pharmacol.* 2013 Oct 6. [Epub ahead of print]

24. Yuen GJ, Lou Y, Bumgarner NF, Bishop JP, Smith GA, Otto VR et al. Equivalent steady-state PKs of lamivudine in plasma and lamivudine triphosphate within cells following administration of lamivudine at 300 milligrams once daily and 150 milligrams twice daily. Antimicrob Agents Chemother. 2004; 48(1):176-182.

25. Zucman D, Truchis P, Majerholc C, Stegman S, Caillat-Zucman S. Prospective screening for human leukocyte antigen-B*5701 avoids abacavir hypersensitivity reaction in the ethnically mixed French HIV population. J Acquir Immune Defic Syndr 2007 May 1; 45(1): 1-3.

26. vanLunzen J, Maggiolo F, Arribas J, et al. Once daily dolutegravir (S/GSK1349572) in combination therapy in antiretroviral-naive adults with HIV: planned interim 48 week results from SPRING-1, a dose-ranging, randomised, phase 2b trial. *Lancet Infect Dis*. 2012; 12(2):111-118.

**FDA-FLORIDA-004106**

IMPORTANT: PLEASE READ

# PART III:  CONSUMER INFORMATION

### PrTRIUMEQ
### dolutegravir, abacavir, and lamivudine tablets

This leaflet is part III of a three-part "Product Monograph" published when TRIUMEQ was approved for sale in Canada and is designed specifically for Consumers. This leaflet is a summary and will not tell you everything about TRIUMEQ. Please read this leaflet carefully before you start to take your medicine. You may need to read this leaflet again during your treatment. Contact your doctor or pharmacist if you have any questions about the drug.

## ABOUT THIS MEDICATION

### What the medication is used for:

TRIUMEQ is a prescription oral tablet used for treatment of HIV (Human Immunodeficiency Virus) infection in adults and children (12 years and older) weighing at least 40 kg. TRIUMEQ contains three medicines combined in one pill: dolutegravir, abacavir, and lamivudine.  Dolutegravir belongs to a group of anti-retroviral medicines called integrase inhibitors (INIs).  Abacavir and lamivudine belong to a group of anti-retroviral medicines called nucleoside analogues reverse transcriptase inhibitors (NRTIs).

The Human Immunodeficiency Virus (HIV) is a retrovirus (a type of virus).  Infection with HIV damages the immune system and can lead to Acquired Immune Deficiency Syndrome (AIDS) and other related illnesses.

### What it does:

TRIUMEQ is not a cure for HIV infection or AIDS; it reduces the amount of virus in your body, and keeps it at a low level. TRIUMEQ also increases the CD4 cell count in your blood. CD4 cells are white blood cells that are important in helping your body to fight infection.

- TRIUMEQ will not stop you from passing HIV to others , although this risk is lower if you take your HIV medicine as instructed by your healthcare professional. You should take steps to avoid this by: using condoms when you have oral or penetrative sex,not reusing or sharing needles, syringes, or other injection equipment.

### When it should not be used:

Do not take TRIUMEQ if you are:
- allergic to dolutegravir, abacavir sulfate or

lamivudine, or any of the ingredients in TRIUMEQ (see **What the important nonmedicinal ingredients are** for a complete list of ingredients in TRIUMEQ.)
- positive for the HLA-B*5701 gene variation
- taking dofetilide to treat heart conditions,
- taking fampridine (also known as dalfampridine) to treat multiple sclerosis)

### What the medicinal ingredient is:

Each TRIUMEQ tablet contains 50 mg dolutegravir (as dolutegravir sodium), 600 mg of abacavir (as abacavir sulfate) and 300 mg lamivudine.

### What the important nonmedicinal ingredients are:

D-mannitol, magnesium stearate, microcrystalline cellulose, povidone K29/32, and sodium starch glycolate. The tablet film-coating (OPADRY® II Purple 85F90057) contains the inactive ingredients iron oxide black, iron oxide red, macrogol/PEG, polyvinyl alcohol–part hydrolyzed, talc, and titanium dioxide.

### What dosage forms it comes in:

TRIUMEQ is available as purple, oval, film-coated tablets engraved with "572 Trı" on one side and plain on the other.

## WARNINGS AND PRECAUTIONS

---

**Serious Warnings and Precautions**

**Hypersensitivity Reactions**
You should be screened for the HLA-B*5701 gene variation prior to starting or re-starting treatment with TRIUMEQ. Patients who have the HLA-B*5701 gene variation have a high risk of developing a hypersensitivity reaction (serious allergic reaction) to abacavir, which is in the drug TRIUMEQ.  This hypersensitivity reaction **can be life threatening** if you continue to take TRIUMEQ (see **Important Information on Hypersensitivity Reactions**).

**Worsening of hepatitis B virus in people who have HIV-1 infection**
If you have a hepatitis B infection, you should not stop taking TRIUMEQ without instructions from your doctor as your hepatitis may worsen or reoccur.  Your doctor will monitor your conditions for several months after stopping treatment with TRIUMEQ.

---

FDA-FLORIDA-004107

IMPORTANT: PLEASE READ

**Important Information on Hypersensitivity Reactions**
If you get two or more of the following groups of symptoms while taking TRIUMEQ, contact your doctor immediately to find out if you should stop taking TRIUMEQ:

| | SYMPTOM(S) |
|---|---|
| Group 1 | Fever |
| Group 2 | Rash |
| Group 3 | Nausea, vomiting, diarrhea, or abdominal (stomach area) pain |
| Group 4 | Generally ill feeling, extreme tiredness or achiness |
| Group 5 | Shortness of breath, cough or sore throat |

A list of these symptoms is on the Warning Card provided by your pharmacist.  You should carry this Warning Card with you at all times.  **If you notice these symptoms while taking TRIUMEQ, call your doctor immediately.  Your doctor may advise you to stop taking TRIUMEQ.**

**If you stop TRIUMEQ because of a serious allergic reaction, never take TRIUMEQ or any other medicine containing abacavir or dolutegravir** (such as ZIAGEN, KIVEXA, TRIZIVIR, or TIVICAY) **again, regardless of whether you have the HLA-B*5701 gene variation or not.  Within hours you may experience a life threatening lowering of your blood pressure or death.**  If you stop TRIUMEQ for any other reason, even for a few days, and you are not allergic to TRIUMEQ, talk with your doctor before taking it again.  Taking TRIUMEQ again may cause a serious allergic or life-threatening reaction, even if you never had an allergic reaction to it before.

**If your healthcare provider tells you that you can take TRIUMEQ again, start taking it when you are around medical help or people who can call a doctor if you need one.**

BEFORE you use TRIUMEQ talk to your doctor or pharmacist:
- If you have had previous use of any NRTI class medicine.
- If you have been tested and know whether or not you have a gene variation called HLA-B*5701
- If you have kidney or liver problems, including hepatitis B or C
- If you could get pregnant. While taking TRIUMEQ use a reliable method of contraception to prevent pregnancy.
- If you are pregnant or plan to become pregnant; do not take TRIUMEQ without speaking with your doctor first.  Babies and infants exposed to medicines containing Nucleoside Reverse Transcriptase Inhibitors (NRTIs) during pregnancy

or labour show minor temporary increases in blood levels of lactate.  There have also been very rare reports of disease that affect babies' nervous systems such as delayed development and seizures.  These finding do not affect current recommendations to use antiretroviral therapy in pregnant women to prevent transmission of HIV to their babies.  Your doctor will consider the benefit to you and the risk to your baby when taking TRIUMEQ while pregnant. If you take TRIUMEQ while you are pregnant, talk to your doctor about how you can be included in the Antiretroviral Pregnancy Registry.
- Taking TRIUMEQ at the time of becoming pregnant, or during the first 12 weeks of pregnancy, may increase the risk of a type of birth defect, called neural tube defect, such as spina bifida (malformed spinal cord).
- If you are breastfeeding or plan to breastfeed. Where possible, women who are HIV positive should not breastfeed, because HIV infection can pass into breast milk and harm your baby.  Abacavir and lamivudine, components of TRIUMEQ, can pass into breast milk.  Talk to your doctor about how to feed your infant
- If you have any other medical condition
- About all your medicines you are taking including vitamins, herbal supplements and non-prescription drugs

**Other special warnings**
Your blood sugar levels (glucose) or levels of fats (lipids) in your blood may increase with HIV treatment. Your doctor may order blood tests for you.

Two components of TRIUMEQ (abacavir sulfate and lamivudine) belong to a class of medicines (NRTIs) that can cause a condition called lactic acidosis (excess of lactic acid in your blood), together with an enlarged liver.  Symptoms of lactic acidosis include feeling of weakness, loss of appetite, sudden unexplained weight loss, upset stomach and difficulty breathing or rapid breathing.  This rare but serious side effect occurs more often in women.  If you have liver disease you may also be more at risk of getting this condition.  While you are being treated with TRIUMEQ your doctor will monitor you closely for any signs that you may be developing lactic acidosis.

If you have hepatitis B infection, you should not stop TRIUMEQ without instructions from your doctor, as you may have recurrence of your hepatitis.  This may occur due to you suddenly stopping the active ingredient lamivudine in TRIUMEQ.

Serious liver problems including liver injury and liver

FDA-FLORIDA-004108

failure have been seen in people taking TRIUMEQ. In some cases the liver injury has led to needing a liver transplant. Symptoms of liver problems include yellowing of the skin or whites of the eyes, dark or tea coloured urine, pale coloured stools/ bowel movements, nausea/ vomiting, loss of appetite, pain, aching or tenderness on right side below the ribs. While you are being treated with TRIUMEQ your doctor will monitor you closely for any signs of liver problems.

Some HIV medicines including abacavir may increase your risk of heart attack. If you have heart problems, smoke or suffer from diseases that increase your risk of heart disease such as high blood pressure and diabetes, tell your doctor. Do not stop taking your medication unless you are advised to do so by your doctor.

You may continue to develop other infections and other illnesses associated with HIV disease. You should therefore keep in regular contact with your doctor while taking TRIUMEQ.

**Remember: This medicine is for you. Never give it to someone else. It may harm them even if their symptoms are the same as yours.**

## INTERACTIONS WITH THIS MEDICATION

No drug interaction studies have been done with the fixed dose combination, TRIUMEQ. Tell your healthcare provider about all prescription and non-prescription medications listed below or any that you are taking; including any vitamins, herbal supplements, and dietary supplements. Some drugs may interact with TRIUMEQ and can affect how TRIUMEQ works, or make it more likely that you will have side effects. These include:

- metformin, to treat diabetes
- medicines called antacids, to treat indigestion and heartburn. Do not take an antacid during the 6 hours before you take TRIUMEQ, or for at least 2 hours after you take it.
- calcium or iron supplements. Do not take these supplements during the 6 hours before you take TRIUMEQ, or for at least 2 hours after you take it. If you take food with TRIUMEQ, then you can take calcium and iron supplements at the same time as TRIUMEQ.
- etravirine, efavirenz, fosamprenavir/ritonavir, nevirapine or tipranavir/ritonavir to treat HIV infection
- rifampin, to treat tuberculosis (TB) and other bacterial infections
- phenytoin and phenobarbital, to treat epilepsy
- oxcarbazepine and carbamazepine, to treat epilepsy and bipolar disorder

- St. John's wort, (*Hypericum perforatum*), a herbal remedy to treat depression
- retinoids
- trimethoprim sulphamethoxazole (co-trimoxazole, an antibiotic used to treat *Pneumocystis jiroveci* pneumonia (often referred to as PCP) or toxoplasmosis)
- sorbitol-containing medicines (usually liquids) used regularly
- medicines that already contain abacavir, lamivudine or emtricitabine such as 3TC, HEPTOVIR, COMBIVIR, ZIAGEN, TRIZIVIR, KIVEXA, TRUVADA, COMPLERA, ATRIPLA, EMTRIVA and STRIBILD

If you are taking methadone, your doctor may need to adjust your methadone dose, as abacavir increases the rate at which methadone leaves your body. This is unlikely to affect most methadone users.

## PROPER USE OF THIS MEDICATION

Always take TRIUMEQ exactly as your doctor has told you to. Check with your doctor or pharmacist if you're not sure. Do not change your dose or stop taking TRIUMEQ without talking with your doctor.

<u>Usual dose:</u>

Take TRIUMEQ exactly as your doctor has advised you, and try not to miss any doses. The usual dose in adults and children who weigh at least 40 kg (12 years and older) is one tablet once a day. Your doctor will determine if the child is able to swallow the tablet. Swallow the tablet whole with water or some liquid. TRIUMEQ can be taken with or without food.

TRIUMEQ is a set (fixed) dose combination of dolutegravir, abacavir and lamivudine, and therefore cannot be dose reduced. Therefore, TRIUMEQ cannot be used if you have certain kidney or liver problems because you cannot change the dose. If you are unsure about how to take it, ask your doctor or pharmacist.

<u>Overdose:</u>

If you take too many tablets of TRIUMEQ, contact your doctor or pharmacist for advice. If possible, show them the TRIUMEQ pack.

> In case of drug overdose, contact a health care practitioner, hospital emergency department or regional Poison Control Centre immediately, even if there are no symptoms.

FDA-FLORIDA-004109

**Missed Dose:**

If you miss a dose, take it as soon as you remember, but if your next dose is due within 4 hours, skip the dose you missed and take the next one at the usual time. Then continue your treatment as before.

**If you stopped taking TRIUMEQ:**

If you stop taking TRIUMEQ because of side effects or illness, you must contact your doctor before restarting to make sure that symptoms of a hypersensitivity reaction have not been missed.  In some cases your doctor will ask you to restart TRIUMEQ under direct medical supervision or in a place where you will be able to get ready access to medical care if needed.

**SIDE EFFECTS AND WHAT TO DO ABOUT THEM**

Like all medicines, TRIUMEQ can have side effects. When treating HIV infection, it is not always possible to tell whether some of the undesirable effects that occur are caused by TRIUMEQ, by other medicines you are taking at the same time or by the HIV infection. For this reason it is very important that you inform your doctor about any changes in your health.

**A hypersensitivity reaction (serious allergic reaction) has been reported in patients who have been treated with abacavir containing products. This is described in the Warnings and Precautions section on Hypersensitivity Reaction in the beginning of this leaflet.  It is important that you read and understand the information about this serious reaction.**

TRIUMEQ contains dolutegravir, abacavir and lamivudine. The most common side effects for this combination are nausea, vomiting, diarrhea, abdominal pain and bloating (abdominal distension), headache, high temperature (fever), lethargy (unusual lack of energy), fatigue, trouble sleeping, depression/depressed mood (feelings of deep sadness and unworthiness), anxiety, loss of appetite, hair loss, joint and muscle pain, abacavir hypersensitivity (serious allergic reaction) and skin rash (without any other illness). **If these symptoms persist or become bothersome, contact your doctor.**

Other side effects include, stomach discomfort, dizziness, abnormal dreams, suicidal thoughts and behaviours (mainly in patients who have had depression or mental health problems before), weight gain and intestinal gas (flatulence). Very rare side effects include serious skin reactions and severe anemia.

Side effects that may show up in blood tests include an increase in bilirubin (a substance produced by the liver), an increase in the level of enzymes produced in the muscles (creatine phosphokinase) and/or an increase in kidney function test results (creatinine). Blood tests will also be used to check for liver problems.

Changes to your immune system (Immune Reconstitution Inflammatory Syndrome) can happen when you start taking HIV-1 medicines. Your immune system may get stronger and begin to fight infections that have been hidden in your body for a long time.

Autoimmune disorders (when the immune system attacks healthy body tissue), may also occur after you start taking medicines for HIV infection. Examples of this include: Grave's disease (which affects the thyroid gland), Guillain-Barré syndrome (which affects the nervous system), polymyositis (which affects the muscles), or autoimmune hepatitis (which affects the liver). Autoimmune disorders may occur many months after the start of treatment. Look for any other symptoms such as:

- high temperature (fever), redness, rash or swelling
- fatigue
- joint or muscle pain
- numbness, tingling, or weakness beginning in the hands and feet and moving up towards the trunk of the body
- palpitations (chest pain) or rapid heart rate
- yellowing of the skin or eyes
- anxiety and irritability accompanied by tremor of your hands or fingers
- muscle weakness in your hips, thighs, shoulders, upper arms and neck.

If you notice these or any symptoms of inflammation or infection, tell your doctor immediately.

Inflammation of the pancreas (pancreatitis) has been observed in patients treated with abacavir and lamivudine, although it was not clear whether this was due to the medicine or the HIV infection itself (See Side Serious Side Effects table). If your doctor detects clinical signs, symptoms or lab tests suggestive of pancreatitis, they will stop treatment with TRIUMEQ immediately.
**Always tell your doctor or pharmacist if any of the side effects mentioned becomes severe or troublesome, or if you notice any other side effects not listed in this leaflet.**

FDA-FLORIDA-004110

## SERIOUS SIDE EFFECTS, HOW OFTEN THEY HAPPEN AND WHAT TO DO ABOUT THEM

| Symptom / effect | | Talk with your doctor or pharmacist immediately | | Stop taking drug and call your doctor or pharmacist |
|---|---|---|---|---|
| | | Only if severe | In all cases | |
| Common | Hypersensitivity to abacavir: Serious allergic reaction and 2 or more of the following symptoms: fever, skin rash, nausea, vomiting, diarrhea, abdominal pain, severe tiredness, achiness, general ill-feeling, sore throat, shortness of breath. | | ✔ | |
| Uncommon | Hypersensitivity to dolutegravir: Skin rash, fever, lack of energy, swelling of the mouth or face causing difficulty in breathing, muscle or joint aches. | | ✔ | |
| | Liver problems (Hepatitis): High liver blood test results, nausea/vomiting loss of appetite, pain, aching or tenderness on the right side below the ribs. If hepatitis is severe, the following may occur: yellowing of the skin or whites of the eyes, dark or tea coloured urine, pale coloured stools/ bowel movements. | | ✔ | |

| Symptom / effect | | Talk with your doctor or pharmacist immediately | | Stop taking drug and call your doctor or pharmacist |
|---|---|---|---|---|
| | | Only if severe | In all cases | |
| | Blood problems: Anemia (lowered red blood cell count – resulting in fatigue, breathlessness), low white blood cell count (neutropenia – increasing chance of infection), reduced platelets (blood cells important for blood clotting – could increase chance of bruising) and increases in enzymes produced by the muscles or kidneys. | | ✔ | |
| Rare | Liver failure: Extremely high liver blood test results, nausea/vomiting, loss of appetite, pain, aching or tenderness on the right side below the ribs, yellowing of the skin or whites of the eyes, dark or tea coloured urine, pale coloured stools/ bowel movements. | | ✔ | |
| | Pancreatitis (inflammation of the pancreas): Nausea, vomiting and abdominal pain. | | ✔ | |
| | Lactic acidosis (high level of acid in the blood): Weight loss, fatigue, malaise, abdominal pain, shortness of breath, severe hepatomegaly (swollen and enlarged liver) with symptoms of liver problems such as nausea, vomiting, abdominal pain, weakness and diarrhea. | | ✔ | |

*This is not a complete list of side effects. For any unexpected effects while taking* TRIUMEQ*, contact your doctor or pharmacist.*

**FDA-FLORIDA-004111**

**IMPORTANT: PLEASE READ**

## HOW TO STORE IT

Store TRIUMEQ in the original package (HDPE bottle) in order to protect from moisture.  Keep the bottle tightly closed.  Do not remove the silica gel dessicant.  Store up to 30ºC.

Keep out of reach and sight of children.

---

**Reporting Side Effects**

You can report any suspected side effects associated with the use of health products to Health Canada by:

- Visiting the Web page on Adverse Reaction Reporting https://www.canada.ca/en/health-canada/services/drugs-health-products/medeffect-canada/adverse-reaction-reporting html) for information on how to report online, by mail or by fax; or
- Calling toll-free at 1-866-234-2345.

*NOTE: Contact your health professional if you need information about how to manage your side effects. The Canada Vigilance Program does not provide medical advice.*

---

## MORE INFORMATION

This document plus the full product monograph, prepared for health professionals can be found at: www.viivhealthcare.com
or by contacting the sponsor, ViiV Healthcare ULC at:

245, boulevard Armand-Frappier
Laval, Quebec
H7V 4A7
1-877-393-8448

This leaflet was prepared by ViiV Healthcare ULC.

Last revised:  January 31, 2020

© 2020 ViiV Healthcare group of companies or its licensor

Trademarks are owned by or licensed to the ViiV Healthcare group of companies
Trademarks are owned by or licensed to the GSK group of companies
TRUVADA, COMPLERA and STRIBILD are registered trademarks of Gilead Sciences Ireland UC.
ATRIPLA is a registered trademark of Bristol-Myers Squibb and Gilead Sciences, LLC.
EMTRIVA is a registered trademark of Gilead Sciences, Inc.

FDA-FLORIDA-004112

## INFORMATION FOR PRESCRIBERS

A copy of the warning card included with the TRIUMEQ carton is shown below.

---

**Warning Card**

**TRIUMEQ (dolutegravir, abacavir, and lamivudine) tablets**

Patients taking abacavir-containing products, such as TRIUMEQ, may develop a hypersensitivity reaction (a serious allergic reaction) which can be life threatening if you continue to take TRIUMEQ.  **If you notice two or more of the following sets of symptoms while taking TRIUMEQ, contact your doctor immediately to find out if you should stop taking TRIUMEQ:**

|  | **SYMPTOM(S)** |
|---|---|
| **Group 1** | **Fever** |
| **Group 2** | **Rash** |
| **Group 3** | **Nausea, vomiting, diarrhea, or abdominal (stomach area) pain** |
| **Group 4** | **Generally ill feeling, extreme tiredness or achiness** |
| **Group 5** | **Shortness of breath, cough or sore throat** |

If you have already had this reaction to an abacavir-containing product, such as **KIVEXA**, **TRIZIVIR or ZIAGEN**, never take any medicine containing abacavir again, unless instructed by a physician to do so and under direct medical supervision. If you do take any medicine containing abacavir again, within hours you may experience a life threatening lowering of your blood pressure or death.

**Carry this card with you at all times.**

You should return all of your unused TRIUMEQ to your doctor or pharmacist for proper disposal.

**ViiV Healthcare ULC**
Laval, Quebec H7V 4A7

---

FDA-FLORIDA-004113

| Proprietary Name | Wixela Inhub | Wixela Inhub | Wixela Inhub |
|---|---|---|---|
| Dose | 100-50 µg/capsule | 250-50 µg/capsule | 500-50 µg/capsule |
| NDC | 00378-9320-32 | 00378-9321-32 | 00378-9322-32 |
| DIN | 02495597 | 02495600 | 02495619 |
| Canadian Submission Control | 220505 | | |
| API | Fluticasone propionate, Salmeterol | | |
| Dosage form | Dry Powder Inhaler | | |
| Inactive Ingredients | Lactose monohydrate | | |
| US NDA holder | Mylan Pharmaceuticals | | |
| NDA Number | ANDA208891 | | |
| US Manufacturer Address | 1000 Mylan Blvd. Canonsburg, PA 15317 | | |
| Canadian Manufacturer | Mylan Pharmaceuticals | | |
| Canadian Manufacturer Address | 85 Advance Road, Etobicoke, Ontario, Canada  M8Z 2S6 | | |
| API manufacturer* | Not available | | |
| API Manufacturer Address* | Not available | | |
| Final Original Packager* | Not available | | |
| Final Original Packager Address* | Not available | | |
| Relationship to Sponsor | The Sponsor has no relationship with the U.S. or foreign manufacturer. | | |

**Wixela 100-50mcg**
**NDA/ANDA:** 208891
**NDC:** 00378-9320-32

**Proposed Artwork**

| | | |
|---|---|---|
| **ANDA 208891 Approved Bottle Label** |  | **Label Comparisons:**<br>• Proposed PI is consistent and parallel to the FDA approved PI with the following differences:<br> ○ Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section<br> ○ LSL listed as the Importer<br> ○ LSL contact information added<br> ○ Manufacturer's copyright references have been omitted. |
| **Proposed Bottle label for Imported Drug Product** |  | |

FDA-FLORIDA-004115

**Wixela 100-50mcg**
**NDA/ANDA:** 208891
**NDC:** 00378-9320-32

- Proposed PI is consistent and parallel to the FDA approved PI with the following differences:
    - Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section.
    - Associated NDCs have been replaced with placeholders.
    - LSL listed as the Importer.
    - LSL contact information added for adverse events reporting.
    - Date Changed 9/2021.
    - Changed Any "Distributed by" to "Originally Distributed By".

FDA-FLORIDA-004116

**Wixela 250-50mcg**
**NDA/ANDA:** 208891
**NDC:** 00378-9321-32

**Proposed Artwork**

| | | Label Comparisons: |
|---|---|---|
| **ANDA 208891 Approved Bottle Label** |  | • Proposed PI is consistent and parallel to the FDA approved PI with the following differences: <br> ○ Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section <br> ○ LSL listed as the Importer <br> ○ LSL contact information added <br> ○ Manufacturer's copyright references have been omitted. |
| **Proposed Bottle label for Imported Drug Product** |  | |

**Wixela 500-50mcg**
**NDA/ANDA:** 208891
**NDC:** 00378-9322-32

**Proposed Artwork**

| | | **Label Comparisons:** |
|---|---|---|
| **ANDA 208891 Approved Bottle Label** |  | <ul><li>Proposed PI is consistent and parallel to the FDA approved PI with the following differences:<ul><li>Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section</li><li>LSL listed as the Importer</li><li>LSL contact information added</li><li>Manufacturer's copyright references have been omitted.</li></ul></li></ul> |
| **Proposed Bottle label for Imported Drug Product** |  | |

FDA-FLORIDA-004118

Proposed Label for Imported Drugs

FDA-FLORIDA-004119

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use WIXELA™ INHUB™ safely and effectively. See full prescribing information for WIXELA™ INHUB™.**

**WIXELA™ INHUB™ (fluticasone propionate and salmeterol inhalation powder), for oral inhalation use**
**Initial U.S. Approval: 2000**

---------------------------**RECENT MAJOR CHANGES**-------------------------
Warnings and Precautions, Glaucoma and Cataracts (5.15)        1/2019
--------------------------**INDICATIONS AND USAGE**--------------------------
Wixela™ Inhub™ is a combination product containing a corticosteroid and a long-acting beta$_2$-adrenergic agonist (LABA) indicated for:
- Twice-daily treatment of asthma in patients aged 4 years and older. (1.1)
- Maintenance treatment of airflow obstruction and reducing exacerbations in patients with chronic obstructive pulmonary disease (COPD). (1.2)

Important limitation of use: Not indicated for relief of acute bronchospasm. (1.1, 1.2)
---------------------**DOSAGE AND ADMINISTRATION**----------------------
For oral inhalation only. (2)
- Treatment of asthma in patients aged 12 years and older: 1 inhalation of Wixela™ Inhub™ 100/50, Wixela™ Inhub™ 250/50, or Wixela™ Inhub™ 500/50 twice daily. Starting dosage is based on asthma severity. (2.1)
- Treatment of asthma in patients aged 4 to 11 years: 1 inhalation of Wixela™ Inhub™ 100/50 twice daily. (2.1)
- Maintenance treatment of COPD: 1 inhalation of Wixela™ Inhub™ 250/50 twice daily. (2.2)

--------------------**DOSAGE FORMS AND STRENGTHS**--------------------
Inhalation powder: Inhaler containing a combination of fluticasone propionate (100, 250, or 500 mcg) and salmeterol (50 mcg) as a powder formulation for oral inhalation. (3)
-------------------------------**CONTRAINDICATIONS**-------------------------------
- Primary treatment of status asthmaticus or acute episodes of asthma or COPD requiring intensive measures. (4)
- Severe hypersensitivity to milk proteins or demonstrated hypersensitivity to fluticasone propionate, salmeterol, or any of the excipients. (4)

------------------------**WARNINGS AND PRECAUTIONS**------------------------
- LABA monotherapy increases the risk of serious asthma-related events. (5.1)
- Do not initiate in acutely deteriorating asthma or COPD. Do not use to treat acute symptoms. (5.2)
- Do not use in combination with an additional medicine containing a LABA because of risk of overdose. (5.3)
- *Candida albicans* infection of the mouth and pharynx may occur. Monitor patients periodically. Advise the patient to rinse his/her mouth with water without swallowing after inhalation to help reduce the risk. (5.4)
- Increased risk of pneumonia in patients with COPD. Monitor patients for signs and symptoms of pneumonia. (5.5)
- Potential worsening of infection (e.g., existing tuberculosis; fungal, bacterial, viral, or parasitic infections; ocular herpes simplex). Use with caution in patients with these infections. More serious or even fatal course of chickenpox or measles can occur in susceptible patients. (5.6)

- Risk of impaired adrenal function when transferring from systemic corticosteroids. Taper patients slowly from systemic corticosteroids if transferring to Wixela™ Inhub™. (5.7)
- Hypercorticism and adrenal suppression may occur with very high dosages or at the regular dosage in susceptible individuals. If such changes occur, discontinue Wixela™ Inhub™ slowly. (5.8)
- If paradoxical bronchospasm occurs, discontinue Wixela™ Inhub™ and institute alternative therapy. (5.10)
- Use with caution in patients with cardiovascular or central nervous system disorders because of beta-adrenergic stimulation. (5.12)
- Assess for decrease in bone mineral density initially and periodically thereafter. (5.13)
- Monitor growth of pediatric patients. (5.14)
- Glaucoma and cataracts may occur with long-term use of inhaled corticosteroids. Consider referral to an ophthalmologist in patients who develop ocular symptoms or use Wixela™ Inhub™ long term. (5.15)
- Be alert to eosinophilic conditions, hypokalemia, and hyperglycemia. (5.16, 5.18)
- Use with caution in patients with convulsive disorders, thyrotoxicosis, diabetes mellitus, and ketoacidosis. (5.17)

-------------------------------**ADVERSE REACTIONS**-------------------------------
Most common adverse reactions (incidence ≥ 3%) include:
- Asthma: Upper respiratory tract infection or inflammation, pharyngitis, dysphonia, oral candidiasis, bronchitis, cough, headaches, nausea and vomiting. (6.1)
- COPD: Pneumonia, oral candidiasis, throat irritation, dysphonia, viral respiratory infections, headaches, musculoskeletal pain. (6.2)

**To report SUSPECTED ADVERSE REACTIONS, contact LifeScience Logistics at 1-469-844-3700 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

-------------------------------**DRUG INTERACTIONS**-------------------------------
- Strong cytochrome P450 3A4 inhibitors (e.g., ritonavir, ketoconazole): Use not recommended. May increase risk of systemic corticosteroid and cardiovascular effects. (7.1)
- Monoamine oxidase inhibitors and tricyclic antidepressants: Use with extreme caution. May potentiate effect of salmeterol on vascular system. (7.2)
- Beta-blockers: Use with caution. May block bronchodilatory effects of beta-agonists and produce severe bronchospasm. (7.3)
- Diuretics: Use with caution. Electrocardiographic changes and/or hypokalemia associated with non–potassium-sparing diuretics may worsen with concomitant beta-agonists. (7.4)

----------------------**USE IN SPECIFIC POPULATIONS**----------------------
Hepatic impairment: Monitor patients for signs of increased drug exposure. (8.6)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 1/2019**

**FULL PRESCRIBING INFORMATION: CONTENTS***
**1    INDICATIONS AND USAGE**
   1.1    Treatment of Asthma
   1.2    Maintenance Treatment of Chronic Obstructive Pulmonary Disease
**2    DOSAGE AND ADMINISTRATION**
   2.1    Asthma
   2.2    Chronic Obstructive Pulmonary Disease
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
   5.1    Serious Asthma-Related Events - Hospitalizations, Intubations, Death
   5.2    Deterioration of Disease and Acute Episodes
   5.3    Excessive Use of Wixela™ Inhub™ and Use with Other Long-acting Beta$_2$-agonists
   5.4    Local Effects of Inhaled Corticosteroids
   5.5    Pneumonia
   5.6    Immunosuppression
   5.7    Transferring Patients from Systemic Corticosteroid Therapy
   5.8    Hypercorticism and Adrenal Suppression
   5.9    Drug Interactions with Strong Cytochrome P450 3A4 Inhibitors
   5.10   Paradoxical Bronchospasm and Upper Airway Symptoms
   5.11   Immediate Hypersensitivity Reactions
   5.12   Cardiovascular and Central Nervous System Effects
   5.13   Reduction in Bone Mineral Density

1

| | | | |
|---|---|---|---|
| 5.14 | Effect on Growth | 10 | Renal Impairment |
| 5.15 | Glaucoma and Cataracts | | **OVERDOSAGE** |
| 5.16 | Eosinophilic Conditions and Churg-Strauss Syndrome | 10.1 | Fluticasone Propionate |
| 5.17 | Coexisting Conditions | 10.2 | Salmeterol |
| 5.18 | Hypokalemia and Hyperglycemia | 11 | **DESCRIPTION** |
| 6 | **ADVERSE REACTIONS** | 12 | **CLINICAL PHARMACOLOGY** |
| 6.1 | Clinical Trials Experience in Asthma | 12.1 | Mechanism of Action |
| 6.2 | Clinical Trials Experience in Chronic Obstructive Pulmonary Disease | 12.2 | Pharmacodynamics |
| | | 12.3 | Pharmacokinetics |
| 6.3 | Postmarketing Experience | 13 | **NONCLINICAL TOXICOLOGY** |
| 7 | **DRUG INTERACTIONS** | 13.1 | Carcinogenesis, Mutagenesis, Impairment of Fertility |
| 7.1 | Inhibitors of Cytochrome P450 3A4 | 13.2 | Animal Toxicology and/or Pharmacology |
| 7.2 | Monoamine Oxidase Inhibitors and Tricyclic Antidepressants | 14 | **CLINICAL STUDIES** |
| | | 14.1 | Asthma |
| 7.3 | Beta-adrenergic Receptor Blocking Agents | 14.2 | Chronic Obstructive Pulmonary Disease |
| 7.4 | Non–Potassium-Sparing Diuretics | 16 | **HOW SUPPLIED/STORAGE AND HANDLING** |
| 8 | **USE IN SPECIFIC POPULATIONS** | 17 | **PATIENT COUNSELING INFORMATION** |
| 8.1 | Pregnancy | | |
| 8.2 | Lactation | | |
| 8.4 | Pediatric Use | | |
| 8.5 | Geriatric Use | | |
| 8.6 | Hepatic Impairment | | |
| 8.7 | | | |

*Sections or subsections omitted from the full prescribing information are not listed.

# FULL PRESCRIBING INFORMATION

## 1   INDICATIONS AND USAGE

### 1.1   Treatment of Asthma

Wixela™ Inhub™ is indicated for the twice-daily treatment of asthma in patients aged 4 years and older. Wixela™ Inhub™ should be used for patients not adequately controlled on a long-term asthma control medication such as an inhaled corticosteroid (ICS) or whose disease warrants initiation of treatment with both an ICS and long-acting beta$_2$-adrenergic agonist (LABA).

*Important Limitation of Use:* Wixela™ Inhub™ is NOT indicated for the relief of acute bronchospasm.

### 1.2   Maintenance Treatment of Chronic Obstructive Pulmonary Disease

Wixela™ Inhub™ 250/50 is indicated for the twice-daily maintenance treatment of airflow obstruction in patients with chronic obstructive pulmonary disease (COPD), including chronic bronchitis and/or emphysema. Wixela™ Inhub™ 250/50 is also indicated to reduce exacerbations of COPD in patients with a history of exacerbations. Wixela™ Inhub™ 250/50 twice daily is the only approved dosage for the treatment of COPD because an efficacy advantage of the higher strength Wixela™ Inhub™ 500/50 over Wixela™ Inhub™ 250/50 has not been demonstrated.

*Important Limitation of Use:* Wixela™ Inhub™ is NOT indicated for the relief of acute bronchospasm.

## 2   DOSAGE AND ADMINISTRATION

Wixela™ Inhub™ should be administered as 1 inhalation twice daily by the orally inhaled route only. After inhalation, the patient should rinse his/her mouth with water without swallowing to help reduce the risk of oropharyngeal candidiasis.

More frequent administration or a greater number of inhalations (more than 1 inhalation twice daily) of the prescribed strength of Wixela™ Inhub™ is not recommended as some patients are more likely to experience adverse effects with higher doses of salmeterol. Patients using Wixela™ Inhub™ should not use additional LABA for any reason. *[See Warnings and Precautions (5.3, 5.12).]*

### 2.1   Asthma

2

If asthma symptoms arise in the period between doses, an inhaled, short-acting beta$_2$-agonist should be taken for immediate relief.

***Adult and Adolescent Patients Aged 12 Years and Older:*** For patients aged 12 years and older, the dosage is 1 inhalation twice daily, approximately 12 hours apart.

When choosing the starting dosage strength of Wixela™ Inhub™, consider the patients' disease severity, based on their previous asthma therapy, including the ICS dosage, as well as the patients' current control of asthma symptoms and risk of future exacerbation.

The maximum recommended dosage is Wixela™ Inhub™ 500/50 twice daily.

Improvement in asthma control following inhaled administration of Wixela™ Inhub™ can occur within 30 minutes of beginning treatment, although maximum benefit may not be achieved for 1 week or longer after starting treatment. Individual patients will experience a variable time to onset and degree of symptom relief.

For patients who do not respond adequately to the starting dosage after 2 weeks of therapy, replacing the current strength of Wixela™ Inhub™ with a higher strength may provide additional improvement in asthma control.

If a previously effective dosage regimen fails to provide adequate improvement in asthma control, the therapeutic regimen should be reevaluated and additional therapeutic options (e.g., replacing the current strength of Wixela™ Inhub™ with a higher strength, adding additional ICS, initiating oral corticosteroids) should be considered.

***Pediatric Patients Aged 4 to 11 Years:*** For patients with asthma aged 4 to 11 years who are not controlled on an ICS, the dosage is 1 inhalation of Wixela™ Inhub™ 100/50 twice daily, approximately 12 hours apart.

## 2.2    Chronic Obstructive Pulmonary Disease

The recommended dosage for patients with COPD is 1 inhalation of Wixela™ Inhub™ 250/50 twice daily, approximately 12 hours apart.

If shortness of breath occurs in the period between doses, an inhaled, short-acting beta$_2$-agonist should be taken for immediate relief.

## 3    DOSAGE FORMS AND STRENGTHS

Inhalation powder: Inhaler containing two foil sealed discs, each containing 30 pre-metered doses of powder formulation for oral inhalation. Each of the 60 doses contains a combination of fluticasone propionate 100, 250, or 500 mcg and salmeterol 50 mcg per dose.

## 4    CONTRAINDICATIONS

The use of Wixela™ Inhub™ is contraindicated in the following conditions:

- Primary treatment of status asthmaticus or other acute episodes of asthma or COPD where intensive measures are required *[see Warnings and Precautions (5.2)]*.
- Severe hypersensitivity to milk proteins or demonstrated hypersensitivity to fluticasone propionate, salmeterol, or any of the excipients *[see Warnings and Precautions (5.11), Adverse Reactions (6.3), Description (11)]*.

## 5    WARNINGS AND PRECAUTIONS

3

**5.1     Serious Asthma-Related Events – Hospitalizations, Intubations, Death**

Use of LABA as monotherapy (without ICS) for asthma is associated with an increased risk of asthma-related death *[see Salmeterol Multicenter Asthma Research Trial (SMART)]*. Available data from controlled clinical trials also suggest that use of LABA as monotherapy increases the risk of asthma-related hospitalization in pediatric and adolescent patients. These findings are considered a class effect of LABA monotherapy. When LABA are used in fixed-dose combination with ICS, data from large clinical trials do not show a significant increase in the risk of serious asthma-related events (hospitalizations, intubations, death) compared with ICS alone *(see Serious Asthma-Related Events with Inhaled Corticosteroid/Long-acting Beta$_2$-adrenergic Agonists)*.

***Serious Asthma-Related Events with Inhaled Corticosteroid/Long-acting Beta$_2$-adrenergic Agonists:*** Four (4) large, 26-week, randomized, double-blind, active-controlled clinical safety trials were conducted to evaluate the risk of serious asthma-related events when LABA were used in fixed-dose combination with ICS compared with ICS alone in subjects with asthma. Three (3) trials included adult and adolescent subjects aged 12 years and older: 1 trial compared fluticasone propionate/salmeterol inhalation powder with fluticasone propionate inhalation powder, 1 trial compared mometasone furoate/formoterol with mometasone furoate, and 1 trial compared budesonide/formoterol with budesonide. The fourth trial included pediatric subjects aged 4 to 11 years and compared fluticasone propionate/salmeterol inhalation powder with fluticasone propionate inhalation powder. The primary safety endpoint for all 4 trials was serious asthma-related events (hospitalizations, intubations, death). A blinded adjudication committee determined whether events were asthma related.

The 3 adult and adolescent trials were designed to rule out a risk margin of 2.0, and the pediatric trial was designed to rule out a risk margin of 2.7. Each individual trial met its pre-specified objective and demonstrated non-inferiority of ICS/LABA to ICS alone. A meta-analysis of the 3 adult and adolescent trials did not show a significant increase in risk of a serious asthma-related event with ICS/LABA fixed-dose combination compared with ICS alone (Table 1). These trials were not designed to rule out all risk for serious asthma-related events with ICS/LABA compared with ICS.

**Table 1. Meta-analysis of Serious Asthma-Related Events in Subjects with Asthma Aged 12 Years and Older**

|  | ICS/LABA (n = 17,537)[a] | ICS (n = 17,552)[a] | ICS/LABA vs. ICS Hazard Ratio (95% CI)[b] |
|---|---|---|---|
| Serious asthma-related event[c] | 116 | 105 | 1.10 (0.85, 1.44) |
| Asthma-related death | 2 | 0 | |
| Asthma-related intubation (endotracheal) | 1 | 2 | |
| Asthma-related hospitalization (≥ 24-hour stay) | 115 | 105 | |

ICS = Inhaled Corticosteroid, LABA = Long-acting Beta$_2$-adrenergic Agonist.
[a] Randomized subjects who had taken at least 1 dose of study drug. Planned treatment used for analysis.
[b] Estimated using a Cox proportional hazards model for time to first event with baseline hazards stratified by each of the 3 trials.
[c] Number of subjects with event that occurred within 6 months after the first use of study drug or 7 days after the last date of study drug, whichever date was later. Subjects can have one or more events, but only the first event was counted for analysis. A single, blinded, independent adjudication committee determined whether events were asthma related.

The pediatric safety trial included 6,208 pediatric subjects aged 4 to 11 years who received ICS/LABA (fluticasone propionate/salmeterol inhalation powder) or ICS (fluticasone propionate inhalation powder). In this trial, 27/3,107 (0.9%) subjects randomized to ICS/LABA and 21/3,101 (0.7%) subjects randomized to ICS experienced a serious asthma-related event. There were no asthma-related deaths or intubations. ICS/LABA did not show a significantly increased risk of a serious asthma-related event compared with ICS based on the pre-specified risk margin (2.7), with an estimated hazard ratio of time to first event of 1.29 (95% CI: 0.73, 2.27).

4

***Salmeterol Multicenter Asthma Research Trial (SMART):*** A 28-week, placebo-controlled, U.S. trial that compared the safety of salmeterol with placebo, each added to usual asthma therapy, showed an increase in asthma-related deaths in subjects receiving salmeterol (13/13,176 in subjects treated with salmeterol versus 3/13,179 in subjects treated with placebo; relative risk: 4.37 [95% CI: 1.25, 15.34]). Use of background ICS was not required in SMART. The increased risk of asthma-related death is considered a class effect of LABA monotherapy.

## 5.2      Deterioration of Disease and Acute Episodes

Wixela™ Inhub™ should not be initiated in patients during rapidly deteriorating or potentially life-threatening episodes of asthma or COPD. Wixela™ Inhub™ has not been studied in subjects with acutely deteriorating asthma or COPD. The initiation of Wixela™ Inhub™ in this setting is not appropriate.

Serious acute respiratory events, including fatalities, have been reported when salmeterol, a component of Wixela™ Inhub™, has been initiated in patients with significantly worsening or acutely deteriorating asthma. In most cases, these have occurred in patients with severe asthma (e.g., patients with a history of corticosteroid dependence, low pulmonary function, intubation, mechanical ventilation, frequent hospitalizations, previous life-threatening acute asthma exacerbations) and in some patients with acutely deteriorating asthma (e.g., patients with significantly increasing symptoms; increasing need for inhaled, short-acting $beta_2$-agonists; decreasing response to usual medications; increasing need for systemic corticosteroids; recent emergency room visits; deteriorating lung function). However, these events have occurred in a few patients with less severe asthma as well. It was not possible from these reports to determine whether salmeterol contributed to these events.

Increasing use of inhaled, short-acting $beta_2$-agonists is a marker of deteriorating asthma. In this situation, the patient requires immediate reevaluation with reassessment of the treatment regimen, giving special consideration to the possible need for replacing the current strength of Wixela™ Inhub™ with a higher strength, adding additional ICS, or initiating systemic corticosteroids. Patients should not use more than 1 inhalation twice daily of Wixela™ Inhub™.

Wixela™ Inhub™ should not be used for the relief of acute symptoms, i.e., as rescue therapy for the treatment of acute episodes of bronchospasm. Wixela™ Inhub™ has not been studied in the relief of acute symptoms and extra doses should not be used for that purpose. Acute symptoms should be treated with an inhaled, short-acting $beta_2$-agonist.

When beginning treatment with Wixela™ Inhub™, patients who have been taking oral or inhaled, short-acting $beta_2$-agonists on a regular basis (e.g., 4 times a day) should be instructed to discontinue the regular use of these drugs.

## 5.3      Excessive Use of Wixela™ Inhub™ and Use with Other Long-acting Beta$_2$-agonists

Wixela™ Inhub™ should not be used more often than recommended, at higher doses than recommended, or in conjunction with other medicines containing LABA, as an overdose may result. Clinically significant cardiovascular effects and fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs. Patients using Wixela™ Inhub™ should not use another medicine containing a LABA (e.g., salmeterol, formoterol fumarate, arformoterol tartrate, indacaterol) for any reason.

## 5.4      Local Effects of Inhaled Corticosteroids

In clinical trials, the development of localized infections of the mouth and pharynx with *Candida albicans* has occurred in subjects treated with fluticasone propionate and salmeterol inhalation powder. When such an infection develops, it should be treated with appropriate local or systemic (i.e., oral) antifungal therapy while treatment with Wixela™ Inhub™ continues, but at times therapy with Wixela™ Inhub™ may need to be

5

interrupted. Advise the patient to rinse his/her mouth with water without swallowing following inhalation to help reduce the risk of oropharyngeal candidiasis.

## 5.5     Pneumonia

Physicians should remain vigilant for the possible development of pneumonia in patients with COPD as the clinical features of pneumonia and exacerbations frequently overlap.

Lower respiratory tract infections, including pneumonia, have been reported in patients with COPD following the inhaled administration of corticosteroids, including fluticasone propionate and fluticasone propionate and salmeterol inhalation powder. In 2 replicate 1-year trials in 1,579 subjects with COPD, there was a higher incidence of pneumonia reported in subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg (7%) than in those receiving salmeterol 50 mcg (3%). The incidence of pneumonia in the subjects treated with fluticasone propionate and salmeterol inhalation powder was higher in subjects older than 65 years (9%) compared with the incidence in subjects younger than 65 years (4%). *[See Adverse Reactions (6.2), Use in Specific Populations (8.5).]*

In a 3-year trial in 6,184 subjects with COPD, there was a higher incidence of pneumonia reported in subjects receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with placebo (16% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, 14% with fluticasone propionate 500 mcg, 11% with salmeterol 50 mcg, and 9% with placebo). Similar to what was seen in the 1-year trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, the incidence of pneumonia was higher in subjects older than 65 years (18% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 10% with placebo) compared with subjects younger than 65 years (14% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 8% with placebo). *[See Adverse Reactions (6.2), Use in Specific Populations (8.5).]*

## 5.6     Immunosuppression

Persons who are using drugs that suppress the immune system are more susceptible to infections than healthy individuals. Chickenpox and measles, for example, can have a more serious or even fatal course in susceptible children or adults using corticosteroids. In such children or adults who have not had these diseases or been properly immunized, particular care should be taken to avoid exposure. How the dose, route, and duration of corticosteroid administration affect the risk of developing a disseminated infection is not known. The contribution of the underlying disease and/or prior corticosteroid treatment to the risk is also not known. If a patient is exposed to chickenpox, prophylaxis with varicella zoster immune globulin (VZIG) may be indicated. If a patient is exposed to measles, prophylaxis with pooled intramuscular immunoglobulin (IG) may be indicated. (See the respective package inserts for complete VZIG and IG prescribing information.) If chickenpox develops, treatment with antiviral agents may be considered.

ICS should be used with caution, if at all, in patients with active or quiescent tuberculosis infections of the respiratory tract; systemic fungal, bacterial, viral, or parasitic infections; or ocular herpes simplex.

## 5.7     Transferring Patients from Systemic Corticosteroid Therapy

Particular care is needed for patients who have been transferred from systemically active corticosteroids to ICS because deaths due to adrenal insufficiency have occurred in patients with asthma during and after transfer from systemic corticosteroids to less systemically available ICS. After withdrawal from systemic corticosteroids, a number of months are required for recovery of hypothalamic-pituitary-adrenal (HPA) function.

Patients who have been previously maintained on 20 mg or more of prednisone (or its equivalent) may be most susceptible, particularly when their systemic corticosteroids have been almost completely withdrawn. During

6

this period of HPA suppression, patients may exhibit signs and symptoms of adrenal insufficiency when exposed to trauma, surgery, or infection (particularly gastroenteritis) or other conditions associated with severe electrolyte loss. Although Wixela™ Inhub™ may control asthma symptoms during these episodes, in recommended doses it supplies less than normal physiological amounts of glucocorticoid systemically and does NOT provide the mineralocorticoid activity that is necessary for coping with these emergencies.

During periods of stress or a severe asthma attack, patients who have been withdrawn from systemic corticosteroids should be instructed to resume oral corticosteroids (in large doses) immediately and to contact their physicians for further instruction. These patients should also be instructed to carry a warning card indicating that they may need supplementary systemic corticosteroids during periods of stress or a severe asthma attack.

Patients requiring oral corticosteroids should be weaned slowly from systemic corticosteroid use after transferring to Wixela™ Inhub™. Prednisone reduction can be accomplished by reducing the daily prednisone dose by 2.5 mg on a weekly basis during therapy with Wixela™ Inhub™. Lung function (mean forced expiratory volume in 1 second [FEV$_1$] or morning peak expiratory flow [AM PEF]), beta-agonist use, and asthma symptoms should be carefully monitored during withdrawal of oral corticosteroids. In addition, patients should be observed for signs and symptoms of adrenal insufficiency, such as fatigue, lassitude, weakness, nausea and vomiting, and hypotension.

Transfer of patients from systemic corticosteroid therapy to Wixela™ Inhub™ may unmask allergic conditions previously suppressed by the systemic corticosteroid therapy (e.g., rhinitis, conjunctivitis, eczema, arthritis, eosinophilic conditions).

During withdrawal from oral corticosteroids, some patients may experience symptoms of systemically active corticosteroid withdrawal (e.g., joint and/or muscular pain, lassitude, depression) despite maintenance or even improvement of respiratory function.

### 5.8    Hypercorticism and Adrenal Suppression

Fluticasone propionate, a component of Wixela™ Inhub™, will often help control asthma symptoms with less suppression of HPA function than therapeutically equivalent oral doses of prednisone. Since fluticasone propionate is absorbed into the circulation and can be systemically active at higher doses, the beneficial effects of Wixela™ Inhub™ in minimizing HPA dysfunction may be expected only when recommended dosages are not exceeded and individual patients are titrated to the lowest effective dose. A relationship between plasma levels of fluticasone propionate and inhibitory effects on stimulated cortisol production has been shown after 4 weeks of treatment with fluticasone propionate inhalation aerosol. Since individual sensitivity to effects on cortisol production exists, physicians should consider this information when prescribing Wixela™ Inhub™.

Because of the possibility of significant systemic absorption of ICS in sensitive patients, patients treated with Wixela™ Inhub™ should be observed carefully for any evidence of systemic corticosteroid effects. Particular care should be taken in observing patients postoperatively or during periods of stress for evidence of inadequate adrenal response.

It is possible that systemic corticosteroid effects such as hypercorticism and adrenal suppression (including adrenal crisis) may appear in a small number of patients who are sensitive to these effects. If such effects occur, Wixela™ Inhub™ should be reduced slowly, consistent with accepted procedures for reducing systemic corticosteroids, and other treatments for management of asthma symptoms should be considered.

### 5.9    Drug Interactions with Strong Cytochrome P450 3A4 Inhibitors

7

The use of strong cytochrome P450 3A4 (CYP3A4) inhibitors (e.g., ritonavir, atazanavir, clarithromycin, indinavir, itraconazole, nefazodone, nelfinavir, saquinavir, ketoconazole, telithromycin) with Wixela™ Inhub™ is not recommended because increased systemic corticosteroid and increased cardiovascular adverse effects may occur *[see Drug Interactions (7.1), Clinical Pharmacology (12.3)]*.

### 5.10   Paradoxical Bronchospasm and Upper Airway Symptoms

As with other inhaled medicines, Wixela™ Inhub™ can produce paradoxical bronchospasm, which may be life threatening. If paradoxical bronchospasm occurs following dosing with Wixela™ Inhub™, it should be treated immediately with an inhaled, short-acting bronchodilator; Wixela™ Inhub™ should be discontinued immediately; and alternative therapy should be instituted. Upper airway symptoms of laryngeal spasm, irritation, or swelling, such as stridor and choking, have been reported in patients receiving fluticasone propionate and salmeterol inhalation powder.

### 5.11   Immediate Hypersensitivity Reactions

Immediate hypersensitivity reactions (e.g., urticaria, angioedema, rash, bronchospasm, hypotension), including anaphylaxis, may occur after administration of Wixela™ Inhub™. There have been reports of anaphylactic reactions in patients with severe milk protein allergy after inhalation of powder products containing lactose; therefore, patients with severe milk protein allergy should not use Wixela™ Inhub™ *[see Contraindications (4)]*.

### 5.12   Cardiovascular and Central Nervous System Effects

Excessive beta-adrenergic stimulation has been associated with seizures, angina, hypertension or hypotension, tachycardia with rates up to 200 beats/min, arrhythmias, nervousness, headache, tremor, palpitation, nausea, dizziness, fatigue, malaise, and insomnia *[see Overdosage (10.2)]*. Therefore, Wixela™ Inhub™, like all products containing sympathomimetic amines, should be used with caution in patients with cardiovascular disorders, especially coronary insufficiency, cardiac arrhythmias, and hypertension.

Salmeterol, a component of Wixela™ Inhub™, can produce a clinically significant cardiovascular effect in some patients as measured by pulse rate, blood pressure, and/or symptoms. Although such effects are uncommon after administration of salmeterol at recommended doses, if they occur, the drug may need to be discontinued. In addition, beta-agonists have been reported to produce electrocardiogram (ECG) changes, such as flattening of the T wave, prolongation of the QTc interval, and ST segment depression. The clinical significance of these findings is unknown. Large doses of inhaled or oral salmeterol (12 to 20 times the recommended dose) have been associated with clinically significant prolongation of the QTc interval, which has the potential for producing ventricular arrhythmias. Fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs.

### 5.13   Reduction in Bone Mineral Density

Decreases in bone mineral density (BMD) have been observed with long-term administration of products containing ICS. The clinical significance of small changes in BMD with regard to long-term consequences such as fracture is unknown. Patients with major risk factors for decreased bone mineral content, such as prolonged immobilization, family history of osteoporosis, postmenopausal status, tobacco use, advanced age, poor nutrition, or chronic use of drugs that can reduce bone mass (e.g., anticonvulsants, oral corticosteroids), should be monitored and treated with established standards of care. Since patients with COPD often have multiple risk factors for reduced BMD, assessment of BMD is recommended prior to initiating Wixela™ Inhub™ and periodically thereafter. If significant reductions in BMD are seen and Wixela™ Inhub™ is still considered medically important for that patient's COPD therapy, use of medicine to treat or prevent osteoporosis should be strongly considered.

FDA-FLORIDA-004127

*2-Year Fluticasone Propionate Trial:* A 2-year trial in 160 subjects (females aged 18 to 40 years, males 18 to 50) with asthma receiving chlorofluorocarbon (CFC)-propelled fluticasone propionate inhalation aerosol 88 or 440 mcg twice daily demonstrated no statistically significant changes in BMD at any time point (24, 52, 76, and 104 weeks of double-blind treatment) as assessed by dual-energy x-ray absorptiometry at lumbar regions L1 through L4.

*3-Year Bone Mineral Density Trial:* Effects of treatment with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg or salmeterol 50 mcg on BMD at the L1-L4 lumbar spine and total hip were evaluated in 186 subjects with COPD (aged 43 to 87 years) in a 3-year double-blind trial. Of those enrolled, 108 subjects (72 males and 36 females) were followed for the entire 3 years. BMD evaluations were conducted at baseline and at 6-month intervals. Conclusions cannot be drawn from this trial regarding BMD decline in subjects treated with fluticasone propionate and salmeterol inhalation powder versus salmeterol due to the inconsistency of treatment differences across gender and between lumbar spine and total hip.

In this trial there were 7 non-traumatic fractures reported in 5 subjects treated with fluticasone propionate and salmeterol inhalation powder and 1 non-traumatic fracture in 1 subject treated with salmeterol. None of the non-traumatic fractures occurred in the vertebrae, hip, or long bones.

*3-Year Survival Trial:* Effects of treatment with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, or placebo on BMD was evaluated in a subset of 658 subjects (females and males aged 40 to 80 years) with COPD in the 3-year survival trial. BMD evaluations were conducted at baseline and at 48, 108, and 158 weeks. Conclusions cannot be drawn from this trial because of the large number of dropouts (> 50%) before the end of the follow-up and the maldistribution of covariates among the treatment groups that can affect BMD.

Fracture risk was estimated for the entire population of subjects with COPD in the survival trial (N = 6,184). The probability of a fracture over 3 years was 6.3% for fluticasone propionate and salmeterol inhalation powder, 5.4% for fluticasone propionate, 5.1% for salmeterol, and 5.1% for placebo.

## 5.14   Effect on Growth

Orally inhaled corticosteroids may cause a reduction in growth velocity when administered to pediatric patients. Monitor the growth of pediatric patients receiving Wixela™ Inhub™ routinely (e.g., via stadiometry). To minimize the systemic effects of orally inhaled corticosteroids, including Wixela™ Inhub™, titrate each patient's dosage to the lowest dosage that effectively controls his/her symptoms *[see Dosage and Administration (2.1), Use in Specific Populations (8.4)]*.

## 5.15   Glaucoma and Cataracts

Glaucoma, increased intraocular pressure, and cataracts have been reported in patients with asthma and COPD following the long-term administration of ICS, including fluticasone propionate, a component of Wixela™ Inhub™. Consider referral to an ophthalmologist in patients who develop ocular symptoms or use Wixela™ Inhub™ long term.

Effects of treatment with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, or placebo on development of cataracts or glaucoma was evaluated in a subset of 658 subjects with COPD in the 3-year survival trial. Ophthalmic examinations were conducted at baseline and at 48, 108, and 158 weeks. Conclusions about cataracts cannot be drawn from this trial because the high incidence of cataracts at baseline (61% to 71%) resulted in an inadequate number of subjects treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg who were eligible and available for evaluation of cataracts at the end of the trial (n = 53). The incidence of newly diagnosed glaucoma was 2% with

9

fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, 5% with fluticasone propionate, 0% with salmeterol, and 2% with placebo.

### 5.16   Eosinophilic Conditions and Churg-Strauss Syndrome

In rare cases, patients on inhaled fluticasone propionate, a component of Wixela™ Inhub™, may present with systemic eosinophilic conditions. Some of these patients have clinical features of vasculitis consistent with Churg-Strauss syndrome, a condition that is often treated with systemic corticosteroid therapy. These events usually, but not always, have been associated with the reduction and/or withdrawal of oral corticosteroid therapy following the introduction of fluticasone propionate. Cases of serious eosinophilic conditions have also been reported with other ICS in this clinical setting. Physicians should be alert to eosinophilia, vasculitic rash, worsening pulmonary symptoms, cardiac complications, and/or neuropathy presenting in their patients. A causal relationship between fluticasone propionate and these underlying conditions has not been established.

### 5.17   Coexisting Conditions

Wixela™ Inhub™, like all medicines containing sympathomimetic amines, should be used with caution in patients with convulsive disorders or thyrotoxicosis and in those who are unusually responsive to sympathomimetic amines. Doses of the related beta$_2$-adrenoceptor agonist albuterol, when administered intravenously, have been reported to aggravate preexisting diabetes mellitus and ketoacidosis.

### 5.18   Hypokalemia and Hyperglycemia

Beta-adrenergic agonist medicines may produce significant hypokalemia in some patients, possibly through intracellular shunting, which has the potential to produce adverse cardiovascular effects *[see Clinical Pharmacology (12.2)]*. The decrease in serum potassium is usually transient, not requiring supplementation. Clinically significant changes in blood glucose and/or serum potassium were seen infrequently during clinical trials with fluticasone propionate and salmeterol inhalation powder at recommended doses.

### 6   ADVERSE REACTIONS

Use of LABA may result in the following:
- Serious asthma-related events – hospitalizations, intubations, death *[see Warnings and Precautions (5.1)]*
- Cardiovascular and central nervous system effects *[see Warnings and Precautions (5.12)]*

Systemic and local corticosteroid use may result in the following:
- *Candida albicans* infection *[see Warnings and Precautions (5.4)]*
- Pneumonia in patients with COPD *[see Warnings and Precautions (5.5)]*
- Immunosuppression *[see Warnings and Precautions (5.6)]*
- Hypercorticism and adrenal suppression *[see Warnings and Precautions (5.8)]*
- Reduction in bone mineral density *[see Warnings and Precautions (5.13)]*
- Growth effects *[see Warnings and Precautions (5.14)]*
- Glaucoma and cataracts *[see Warnings and Precautions (5.15)]*

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared with rates in the clinical trials of another drug and may not reflect the rates observed in practice.

### 6.1   Clinical Trials Experience in Asthma

***Adult and Adolescent Subjects Aged 12 Years and Older:*** The incidence of adverse reactions associated with fluticasone propionate and salmeterol inhalation powder in Table 2 is based upon two 12-week, placebo-controlled, U.S. clinical trials (Trials 1 and 2). A total of 705 adult and adolescent subjects (349 females and 356 males) previously treated with salmeterol or ICS were treated twice daily with fluticasone propionate and salmeterol inhalation powder (100 mcg/50 mcg or 250 mcg/50 mcg doses), fluticasone propionate inhalation

10

powder (100 or 250 mcg doses), salmeterol inhalation powder 50 mcg, or placebo. The average duration of exposure was 60 to 79 days in the active treatment groups compared with 42 days in the placebo group.

**Table 2. Adverse Reactions with Fluticasone Propionate and Salmeterol Inhalation Powder with ≥ 3% Incidence and More Common than Placebo in Adult and Adolescent Subjects with Asthma**

| Adverse Event | Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg (n = 92) % | Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg (n = 84) % | Fluticasone Propionate 100 mcg (n = 90) % | Fluticasone Propionate 250 mcg (n = 84) % | Salmeterol 50 mcg (n = 180) % | Placebo (n = 175) % |
|---|---|---|---|---|---|---|
| Ear, nose, and throat | | | | | | |
| Upper respiratory tract infection | 27 | 21 | 29 | 25 | 19 | 14 |
| Pharyngitis | 13 | 10 | 7 | 12 | 8 | 6 |
| Upper respiratory inflammation | 7 | 6 | 7 | 8 | 8 | 5 |
| Sinusitis | 4 | 5 | 6 | 1 | 3 | 4 |
| Hoarseness/dysphonia | 5 | 2 | 2 | 4 | < 1 | < 1 |
| Oral candidiasis | 1 | 4 | 2 | 2 | 0 | 0 |
| Lower respiratory | | | | | | |
| Viral respiratory infections | 4 | 4 | 4 | 10 | 6 | 3 |
| Bronchitis | 2 | 8 | 1 | 2 | 2 | 2 |
| Cough | 3 | 6 | 0 | 0 | 3 | 2 |
| Neurology | | | | | | |
| Headaches | 12 | 13 | 14 | 8 | 10 | 7 |
| Gastrointestinal | | | | | | |
| Nausea and vomiting | 4 | 6 | 3 | 4 | 1 | 1 |
| Gastrointestinal discomfort and pain | 4 | 1 | 0 | 2 | 1 | 1 |
| Diarrhea | 4 | 2 | 2 | 2 | 1 | 1 |
| Viral gastrointestinal infections | 3 | 0 | 3 | 1 | 2 | 2 |
| Non-site specific Candidiasis unspecified site | 3 | 0 | 1 | 4 | 0 | 1 |
| Musculoskeletal | | | | | | |
| Musculoskeletal pain | 4 | 2 | 1 | 5 | 3 | 3 |

11

FDA-FLORIDA-004130

The types of adverse reactions and events reported in Trial 3, a 28-week non-U.S. clinical trial in 503 subjects previously treated with ICS who were treated twice daily with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg and salmeterol inhalation powder 50 mcg used concurrently, or fluticasone propionate inhalation powder 500 mcg, were similar to those reported in Table 2.

*Additional Adverse Reactions:* Other adverse reactions not previously listed, whether considered drug-related or not by the investigators, that were reported more frequently by subjects with asthma treated with fluticasone propionate and salmeterol inhalation powder compared with subjects treated with placebo include the following: lymphatic signs and symptoms; muscle injuries; fractures; wounds and lacerations; contusions and hematomas; ear signs and symptoms; nasal signs and symptoms; nasal sinus disorders; keratitis and conjunctivitis; dental discomfort and pain; gastrointestinal signs and symptoms; oral ulcerations; oral discomfort and pain; lower respiratory signs and symptoms; pneumonia; muscle stiffness, tightness, and rigidity; bone and cartilage disorders; sleep disorders; compressed nerve syndromes; viral infections; pain; chest symptoms; fluid retention; bacterial infections; unusual taste; viral skin infections; skin flakiness and acquired ichthyosis; disorders of sweat and sebum.

*Pediatric Subjects Aged 4 to 11 Years:* The safety data for pediatric subjects aged 4 to 11 years is based upon 1 U.S. trial of 12 weeks' treatment duration. A total of 203 subjects (74 females and 129 males) who were receiving ICS at trial entry were randomized to either fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg or fluticasone propionate inhalation powder 100 mcg twice daily. Common adverse reactions ($\geq$ 3% and greater than placebo) seen in the pediatric subjects but not reported in the adult and adolescent clinical trials include: throat irritation and ear, nose, and throat infections.

*Laboratory Test Abnormalities:* Elevation of hepatic enzymes was reported in $\geq$ 1% of subjects in clinical trials. The elevations were transient and did not lead to discontinuation from the trials. In addition, there were no clinically relevant changes noted in glucose or potassium.

## 6.2   Clinical Trials Experience in Chronic Obstructive Pulmonary Disease

*Short-Term (6 Months to 1 Year) Trials:* The short-term safety data are based on exposure to fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily in one 6-month and two 1-year clinical trials. In the 6-month trial, a total of 723 adult subjects (266 females and 457 males) were treated twice daily with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, fluticasone propionate inhalation powder 250 mcg, salmeterol inhalation powder, or placebo. The mean age of the subjects was 64, and the majority (93%) was Caucasian. In this trial, 70% of the subjects treated with fluticasone propionate and salmeterol inhalation powder reported an adverse reaction compared with 64% on placebo. The average duration of exposure to fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was 141.3 days compared with 131.6 days for placebo. The incidence of adverse reactions in the 6-month trial is shown in Table 3.

**Table 3. Overall Adverse Reactions with Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg with $\geq$ 3% Incidence in Subjects with Chronic Obstructive Pulmonary Disease Associated with Chronic Bronchitis**

| Adverse Event | | Fluticasone Propionate | Salmeterol | |
|---|---|---|---|---|

12

|  | Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg (n = 178) % | 250 mcg (n = 183) % | 50 mcg (n = 177) % | Placebo (n = 185) % |
|---|---|---|---|---|
| **Ear, nose, and throat** |  |  |  |  |
| Candidiasis mouth/throat | 10 | 6 | 3 | 1 |
| Throat irritation | 8 | 5 | 4 | 7 |
| Hoarseness/dysphonia | 5 | 3 | < 1 | 0 |
| Sinusitis | 3 | 8 | 5 | 3 |
| **Lower respiratory** |  |  |  |  |
| Viral respiratory infections | 6 | 4 | 3 | 3 |
| **Neurology** |  |  |  |  |
| Headaches | 16 | 11 | 10 | 12 |
| Dizziness | 4 | < 1 | 3 | 2 |
| **Non-site specific** |  |  |  |  |
| Fever | 4 | 3 | 0 | 3 |
| Malaise and fatigue | 3 | 2 | 2 | 3 |
| **Musculoskeletal** |  |  |  |  |
| Musculoskeletal pain | 9 | 8 | 12 | 9 |
| Muscle cramps and spasms | 3 | 3 | 1 | 1 |

In the two 1-year trials, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was compared with salmeterol in 1,579 subjects (863 males and 716 females). The mean age of the subjects was 65 years, and the majority (94%) was Caucasian. To be enrolled, all of the subjects had to have had a COPD exacerbation in the previous 12 months. In this trial, 88% of the subjects treated with fluticasone propionate and salmeterol inhalation powder and 86% of the subjects treated with salmeterol reported an adverse event. The most common events that occurred with a frequency of > 5% and more frequently in the subjects treated with fluticasone propionate and salmeterol inhalation powder were nasopharyngitis, upper respiratory tract infection, nasal congestion, back pain, sinusitis, dizziness, nausea, pneumonia, candidiasis, and dysphonia. Overall, 55 (7%) of the subjects treated with fluticasone propionate and salmeterol inhalation powder and 25 (3%) of the subjects treated with salmeterol developed pneumonia.

The incidence of pneumonia was higher in subjects older than 65 years, 9% in the subjects treated with fluticasone propionate and salmeterol inhalation powder compared with 4% in the subjects treated with fluticasone propionate and salmeterol inhalation powder younger than 65 years. In the subjects treated with salmeterol, the incidence of pneumonia was the same (3%) in both age groups. *[See Warnings and Precautions (5.5), Use in Specific Populations (8.5).]*

***Long-Term (3 Years) Trial:*** The safety of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was evaluated in a randomized, double-blind, placebo-controlled, multicenter, international, 3-year trial in 6,184 adult subjects with COPD (4,684 males and 1,500 females). The mean age of the subjects was 65 years, and the majority (82%) was Caucasian. The distribution of adverse events was similar to that seen in the 1-year trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg. In addition, pneumonia was reported in a significantly increased number of subjects treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg and fluticasone propionate 500 mcg (16% and 14%, respectively) compared with subjects treated with salmeterol 50 mcg or placebo (11% and 9%, respectively). When adjusted for time on treatment, the rates of pneumonia were 84 and 88 events per 1,000 treatment-years in the groups treated with

13

fluticasone propionate 500 mcg and with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, respectively, compared with 52 events per 1,000 treatment-years in the salmeterol and placebo groups. Similar to what was seen in the 1-year trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, the incidence of pneumonia was higher in subjects older than 65 years (18% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 10% with placebo) compared with subjects younger than 65 years (14% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 8% with placebo). *[See Warnings and Precautions (5.5), Use in Specific Populations (8.5).]*

*Additional Adverse Reactions:* Other adverse reactions not previously listed, whether considered drug-related or not by the investigators, that were reported more frequently by subjects with COPD treated with fluticasone propionate and salmeterol inhalation powder compared with subjects treated with placebo include the following: syncope; ear, nose, and throat infections; ear signs and symptoms; laryngitis; nasal congestion/blockage; nasal sinus disorders; pharyngitis/throat infection; hypothyroidism; dry eyes; eye infections; gastrointestinal signs and symptoms; oral lesions; abnormal liver function tests; bacterial infections; edema and swelling; viral infections.

*Laboratory Abnormalities:* There were no clinically relevant changes in these trials. Specifically, no increased reporting of neutrophilia or changes in glucose or potassium was noted.

**6.3    Postmarketing Experience**

In addition to adverse reactions reported from clinical trials, the following adverse reactions have been identified during postapproval use of any formulation of fluticasone propionate and salmeterol, fluticasone propionate, and/or salmeterol regardless of indication. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. These events have been chosen for inclusion due to either their seriousness, frequency of reporting, or causal connection to fluticasone propionate and salmeterol inhalation powder, fluticasone propionate, and/or salmeterol or a combination of these factors.

*Cardiac Disorders:* Arrhythmias (including atrial fibrillation, extrasystoles, supraventricular tachycardia), ventricular tachycardia.
*Endocrine Disorders:* Cushing's syndrome, Cushingoid features, growth velocity reduction in children/adolescents, hypercorticism.
*Eye Disorders:* Glaucoma.
*Gastrointestinal Disorders:* Abdominal pain, dyspepsia, xerostomia.
*Immune System Disorders:* Immediate and delayed hypersensitivity reaction (including very rare anaphylactic reaction). Very rare anaphylactic reaction in patients with severe milk protein allergy.
*Infections and Infestations:* Esophageal candidiasis.
*Metabolic and Nutrition Disorders:* Hyperglycemia, weight gain.
*Musculoskeletal, Connective Tissue, and Bone Disorders:* Arthralgia, cramps, myositis, osteoporosis.
*Nervous System Disorders:* Paresthesia, restlessness.
*Psychiatric Disorders:* Agitation, aggression, depression. Behavioral changes, including hyperactivity and irritability, have been reported very rarely and primarily in children.
*Reproductive System and Breast Disorders:* Dysmenorrhea.
*Respiratory, Thoracic, and Mediastinal Disorders:* Chest congestion; chest tightness; dyspnea; facial and oropharyngeal edema, immediate bronchospasm; paradoxical bronchospasm; tracheitis; wheezing; reports of upper respiratory symptoms of laryngeal spasm, irritation, or swelling such as stridor or choking.
*Skin and Subcutaneous Tissue Disorders:* Ecchymoses, photodermatitis.
*Vascular Disorders:* Pallor.

**7    DRUG INTERACTIONS**

14

Fluticasone propionate and salmeterol inhalation powder has been used concomitantly with other drugs, including short-acting beta$_2$-agonists, methylxanthines, and intranasal corticosteroids, commonly used in patients with asthma or COPD without adverse drug reactions *[see Clinical Pharmacology (12.2)]*. No formal drug interaction trials have been performed with fluticasone propionate and salmeterol inhalation powder.

## 7.1   Inhibitors of Cytochrome P450 3A4

Fluticasone propionate and salmeterol, the individual components of Wixela™ Inhub™, are substrates of CYP3A4. The use of strong CYP3A4 inhibitors (e.g., ritonavir, atazanavir, clarithromycin, indinavir, itraconazole, nefazodone, nelfinavir, saquinavir, ketoconazole, telithromycin) with Wixela™ Inhub™ is not recommended because increased systemic corticosteroid and increased cardiovascular adverse effects may occur.

***Ritonavir:*** *Fluticasone Propionate:* A drug interaction trial with fluticasone propionate aqueous nasal spray in healthy subjects has shown that ritonavir (a strong CYP3A4 inhibitor) can significantly increase plasma fluticasone propionate exposure, resulting in significantly reduced serum cortisol concentrations *[see Clinical Pharmacology (12.3)]*. During postmarketing use, there have been reports of clinically significant drug interactions in patients receiving fluticasone propionate and ritonavir, resulting in systemic corticosteroid effects including Cushing's syndrome and adrenal suppression.

***Ketoconazole:*** *Fluticasone Propionate:* Coadministration of orally inhaled fluticasone propionate (1,000 mcg) and ketoconazole (200 mg once daily) resulted in a 1.9-fold increase in plasma fluticasone propionate exposure and a 45% decrease in plasma cortisol area under the curve (AUC), but had no effect on urinary excretion of cortisol.

*Salmeterol:* In a drug interaction trial in 20 healthy subjects, coadministration of inhaled salmeterol (50 mcg twice daily) and oral ketoconazole (400 mg once daily) for 7 days resulted in greater systemic exposure to salmeterol (AUC increased 16-fold and $C_{max}$ increased 1.4-fold). Three (3) subjects were withdrawn due to beta$_2$-agonist side effects (2 with prolonged QTc and 1 with palpitations and sinus tachycardia). Although there was no statistical effect on the mean QTc, coadministration of salmeterol and ketoconazole was associated with more frequent increases in QTc duration compared with salmeterol and placebo administration.

## 7.2   Monoamine Oxidase Inhibitors and Tricyclic Antidepressants

Wixela™ Inhub™ should be administered with extreme caution to patients being treated with monoamine oxidase inhibitors or tricyclic antidepressants, or within 2 weeks of discontinuation of such agents, because the action of salmeterol, a component of Wixela™ Inhub™, on the vascular system may be potentiated by these agents.

## 7.3   Beta-adrenergic Receptor Blocking Agents

Beta-blockers not only block the pulmonary effect of beta-agonists, such as salmeterol, a component of Wixela™ Inhub™, but may also produce severe bronchospasm in patients with asthma or COPD. Therefore, patients with asthma or COPD should not normally be treated with beta-blockers. However, under certain circumstances, there may be no acceptable alternatives to the use of beta-adrenergic blocking agents for these patients; cardioselective beta-blockers could be considered, although they should be administered with caution.

## 7.4   Non–Potassium-Sparing Diuretics

The ECG changes and/or hypokalemia that may result from the administration of non–potassium-sparing diuretics (such as loop or thiazide diuretics) can be acutely worsened by beta-agonists, such as salmeterol, a component of Wixela™ Inhub™, especially when the recommended dose of the beta-agonist is exceeded.

15

Although the clinical significance of these effects is not known, caution is advised in the coadministration of Wixela™ Inhub™ with non-potassium-sparing diuretics.

# 8    USE IN SPECIFIC POPULATIONS

## 8.1    Pregnancy

*Risk Summary:* There are insufficient data on the use of fluticasone propionate and salmeterol inhalation powder or individual monoproducts, fluticasone propionate and salmeterol xinafoate, in pregnant women. There are clinical considerations with the use of fluticasone propionate and salmeterol inhalation powder in pregnant women (see Clinical Considerations). In animals, teratogenicity characteristic of corticosteroids, decreased fetal body weight and/or skeletal variations, in rats, mice, and rabbits were observed with subcutaneously administered maternal toxic doses of fluticasone propionate less than the maximum recommended human daily inhaled dose (MRHDID) on a mcg/m$^2$ basis (see Data). However, fluticasone propionate administered via inhalation to rats decreased fetal body weight, but did not induce teratogenicity at a maternal toxic dose less than the MRHDID on a mcg/m$^2$ basis (see Data). Experience with oral corticosteroids suggests that rodents are more prone to teratogenic effects from corticosteroids than humans. Oral administration of salmeterol to pregnant rabbits caused teratogenicity characteristic of beta-adrenoceptor stimulation at maternal doses approximately 50 times the MRHDID on an AUC basis. These adverse effects generally occurred at large multiples of the MRHDID when salmeterol was administered by the oral route to achieve high systemic exposures. No such effects occurred at an oral salmeterol dose approximately 20 times the MRHDID (see Data).

The estimated risk of major birth defects and miscarriage for the indicated population is unknown. In the U.S. general population, the estimated risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

*Clinical Considerations:* Disease-Associated Maternal and/or Embryofetal Risk: In women with poorly or moderately controlled asthma, there is an increased risk of several perinatal outcomes such as pre-eclampsia in the mother and prematurity, low birth weight, and small for gestational age in the neonate. Pregnant women should be closely monitored and medication adjusted as necessary to maintain optimal control of asthma.

*Labor and Delivery:* There are no human studies evaluating the effects of fluticasone propionate and salmeterol inhalation powder during labor and delivery. Because of the potential for beta-agonist interference with uterine contractility, use of Wixela™ Inhub™ during labor should be restricted to those patients in whom the benefits clearly outweigh the risks.

**Data:** *Human Data:* Fluticasone Propionate: Following inhaled administration, fluticasone propionate was detected in the neonatal cord blood after delivery.

*Animal Data:* Fluticasone Propionate and Salmeterol: In an embryofetal development study with pregnant rats that received the combination of subcutaneous administration of fluticasone propionate and oral administration of salmeterol at doses of 0/1,000; 30/0; 10/100; 30/1,000; and 100/10,000 mcg/kg/day (as fluticasone propionate/salmeterol) during the period of organogenesis, findings were generally consistent with the individual monoproducts and there was no exacerbation of expected fetal effects. Omphalocele, increased embryofetal deaths, decreased body weight, and skeletal variations were observed in rat fetuses in the presence of maternal toxicity when combining fluticasone propionate at a dose approximately equivalent to the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 100 mcg/kg/day) and salmeterol at a dose approximately 970 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 10,000 mcg/kg/day). The rat no observed adverse effect level (NOAEL) was observed when combining fluticasone propionate at a dose approximately 0.3 times the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 30 mcg/kg/day) and salmeterol at a dose approximately 100 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 1,000 mcg/kg/day).

FDA-FLORIDA-004135

In an embryofetal development study with pregnant mice that received the combination of subcutaneous administration of fluticasone propionate and oral administration of salmeterol at doses of 0/1,400; 40/0; 10/200; 40/1,400; or 150/10,000 mcg/kg/day (as fluticasone propionate/salmeterol) during the period of organogenesis, findings were generally consistent with the individual monoproducts and there was no exacerbation of expected fetal effects. Cleft palate, fetal death, increased implantation loss, and delayed ossification were observed in mouse fetuses when combining fluticasone propionate at a dose approximately 0.7 times the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 150 mcg/kg/day) and salmeterol at a dose approximately 490 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 10,000 mcg/kg/day). No developmental toxicity was observed at combination doses of fluticasone propionate up to approximately 0.2 times the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 40 mcg/kg) and doses of salmeterol up to approximately 70 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 1,400 mcg/kg).

Fluticasone Propionate: In embryofetal development studies with pregnant rats and mice dosed by the subcutaneous route throughout the period of organogenesis, fluticasone propionate was teratogenic in both species. Omphalocele, decreased body weight, and skeletal variations were observed in rat fetuses, in the presence of maternal toxicity, at a dose approximately equivalent to the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 100 mcg/kg/day). The rat NOAEL was observed at approximately 0.3 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 30 mcg/kg/day). Cleft palate and fetal skeletal variations were observed in mouse fetuses at a dose approximately 0.2 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 45 mcg/kg/day). The mouse NOAEL was observed with a dose approximately 0.07 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 15 mcg/kg/day).

In an embryofetal development study with pregnant rats dosed by the inhalation route throughout the period of organogenesis, fluticasone propionate produced decreased fetal body weights and skeletal variations, in the presence of maternal toxicity, at a dose approximately 0.25 times the MRHDID (on a mcg/m$^2$ basis with a maternal inhalation dose of 25.7 mcg/kg/day); however, there was no evidence of teratogenicity. The NOAEL was observed with a dose approximately 0.05 times the MRHDID (on a mcg/m$^2$ basis with a maternal inhalation dose of 5.5 mcg/kg/day).

In an embryofetal development study in pregnant rabbits that were dosed by the subcutaneous route throughout organogenesis, fluticasone propionate produced reductions of fetal body weights, in the presence of maternal toxicity, at doses approximately 0.012 times the MRHDID and higher (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 0.57 mcg/kg/day). Teratogenicity was evident based upon a finding of cleft palate for 1 fetus at a dose approximately 0.08 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 4 mcg/kg/day). The NOAEL was observed in rabbit fetuses with a dose approximately 0.002 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 0.08 mcg/kg/day).

Fluticasone propionate crossed the placenta following subcutaneous administration to mice and rats and oral administration to rabbits.

In a pre- and post-natal development study in pregnant rats dosed by the subcutaneous route from late gestation through delivery and lactation (Gestation Day 17 to Postpartum Day 22), fluticasone propionate was not associated with decreases in pup body weight, and had no effects on developmental landmarks, learning, memory, reflexes, or fertility at doses up to 0.5 times the MRHDID (on a mcg/m$^2$ basis with maternal subcutaneous doses up to 50 mcg/kg/day).

Salmeterol: In 3 embryofetal development studies, pregnant rabbits received oral administration of salmeterol at doses ranging from 100 to 10,000 mcg/kg/day during the period of organogenesis. In pregnant Dutch rabbits

17

administered salmeterol doses approximately 50 times the MRHDID (on an AUC basis at maternal oral doses of 1,000 mcg/kg/day and higher), fetal toxic effects were observed characteristically resulting from beta-adrenoceptor stimulation. These included precocious eyelid openings, cleft palate, sternebral fusion, limb and paw flexures, and delayed ossification of the frontal cranial bones. No such effects occurred at a salmeterol dose approximately 20 times the MRHDID (on an AUC basis at a maternal oral dose of 600 mcg/kg/day). New Zealand White rabbits were less sensitive since only delayed ossification of the frontal cranial bones was seen at a salmeterol dose approximately 2,000 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 10,000 mcg/kg/day).

In 2 embryofetal development studies, pregnant rats received salmeterol by oral administration at doses ranging from 100 to 10,000 mcg/kg/day during the period of organogenesis. Salmeterol produced no maternal toxicity or embryofetal effects at doses up to 973 times the MRHDID (on a mcg/m$^2$ basis at maternal oral doses up to 10,000 mcg/kg/day).

In a peri- and post-natal development study in pregnant rats dosed by the oral route from late gestation through delivery and lactation, salmeterol at a dose 973 times the MRHDID (on a mcg/m$^2$ basis with a maternal oral dose of 10,000 mcg/kg/day) was fetotoxic and decreased the fertility of survivors.

Salmeterol xinafoate crossed the placenta following oral administration to mice and rats.

## 8.2    Lactation

*Risk Summary:* There are no available data on the presence of fluticasone propionate or salmeterol in human milk, the effects on the breastfed child, or the effects on milk production. Other corticosteroids have been detected in human milk. However, fluticasone propionate and salmeterol concentrations in plasma after inhaled therapeutic doses are low and therefore concentrations in human breast milk are likely to be correspondingly low *[see Clinical Pharmacology (12.3)]*. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for Wixela™ Inhub™ and any potential adverse effects on the breastfed child from Wixela™ Inhub™ or from the underlying maternal condition.

*Data: Animal Data:* Subcutaneous administration of tritiated fluticasone propionate at a dose of 10 mcg/kg/day to lactating rats resulted in measurable levels in milk. Oral administration of salmeterol at a dose of 10,000 mcg/kg/day to lactating rats resulted in measurable levels in milk.

## 8.4    Pediatric Use

Use of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg in patients aged 4 to 11 years is supported by extrapolation of efficacy data from older subjects and by safety and efficacy data from a trial of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg in children with asthma aged 4 to 11 years *[see Adverse Reactions (6.1), Clinical Pharmacology (12.3), Clinical Studies (14.1)]*. The safety and effectiveness of fluticasone propionate and salmeterol inhalation powder in children with asthma younger than 4 years have not been established.

ICS, including fluticasone propionate, a component of Wixela™ Inhub™, may cause a reduction in growth velocity in children and adolescents *[see Warnings and Precautions (5.14)]*. The growth of pediatric patients receiving orally inhaled corticosteroids, including Wixela™ Inhub™, should be monitored.

A 52-week placebo-controlled trial to assess the potential growth effects of fluticasone propionate inhalation powder (FLOVENT® ROTADISK®) at 50 and 100 mcg twice daily was conducted in the U.S. in 325 prepubescent children (244 males and 81 females) aged 4 to 11 years. The mean growth velocities at 52 weeks observed in the intent-to-treat population were 6.32 cm/year in the placebo group (n = 76), 6.07 cm/year in the 50 mcg group (n = 98), and 5.66 cm/year in the 100 mcg group (n = 89). An imbalance in the proportion of

18

children entering puberty between groups and a higher dropout rate in the placebo group due to poorly controlled asthma may be confounding factors in interpreting these data. A separate subset analysis of children who remained prepubertal during the trial revealed growth rates at 52 weeks of 6.10 cm/year in the placebo group (n = 57), 5.91 cm/year in the 50-mcg group (n = 74), and 5.67 cm/year in the 100-mcg group (n = 79). In children aged 8.5 years, the mean age of children in this trial, the range for expected growth velocity is: boys – 3rd percentile = 3.8 cm/year, 50th percentile = 5.4 cm/year, and 97th percentile = 7.0 cm/year; girls – 3rd percentile = 4.2 cm/year, 50th percentile = 5.7 cm/year, and 97th percentile = 7.3 cm/year. The clinical relevance of these growth data is not certain.

If a child or adolescent on any corticosteroid appears to have growth suppression, the possibility that he/she is particularly sensitive to this effect of corticosteroids should be considered. The potential growth effects of prolonged treatment should be weighed against the clinical benefits obtained. To minimize the systemic effects of orally inhaled corticosteroids, including Wixela™ Inhub™, each patient should be titrated to the lowest strength that effectively controls his/her asthma *[see Dosage and Administration (2.1)]*.

## 8.5    Geriatric Use

Clinical trials of fluticasone propionate and salmeterol inhalation powder for asthma did not include sufficient numbers of subjects aged 65 years and older to determine whether older subjects with asthma respond differently than younger subjects.

Of the total number of subjects in clinical trials receiving fluticasone propionate and salmeterol inhalation powder for COPD, 1,621 were aged 65 years and older and 379 were aged 75 years and older. Subjects with COPD aged 65 years and older had a higher incidence of serious adverse events compared with subjects younger than 65 years. Although the distribution of adverse events was similar in the 2 age groups, subjects older than 65 years experienced more severe events. In two 1-year trials, the excess risk of pneumonia that was seen in subjects treated with fluticasone propionate and salmeterol inhalation powder compared with those treated with salmeterol was greater in subjects older than 65 years than in subjects younger than 65 years *[see Adverse Reactions (6.2)]*. As with other products containing beta$_2$-agonists, special caution should be observed when using Wixela™ Inhub™ in geriatric patients who have concomitant cardiovascular disease that could be adversely affected by beta$_2$-agonists. Based on available data for fluticasone propionate and salmeterol inhalation powder or its active components, no adjustment of dosage of Wixela™ Inhub™ in geriatric patients is warranted.

No relationship between fluticasone propionate systemic exposure and age was observed in 57 subjects with COPD (aged 40 to 82 years) given 250 or 500 mcg twice daily.

## 8.6    Hepatic Impairment

Formal pharmacokinetic studies using fluticasone propionate and salmeterol inhalation powder have not been conducted in patients with hepatic impairment. However, since both fluticasone propionate and salmeterol are predominantly cleared by hepatic metabolism, impairment of liver function may lead to accumulation of fluticasone propionate and salmeterol in plasma. Therefore, patients with hepatic disease should be closely monitored.

## 8.7    Renal Impairment

Formal pharmacokinetic studies using fluticasone propionate and salmeterol inhalation powder have not been conducted in patients with renal impairment.

## 10    OVERDOSAGE

No human overdosage data has been reported for fluticasone propionate and salmeterol inhalation powder.

19

Wixela™ Inhub™ contains both fluticasone propionate and salmeterol; therefore, the risks associated with overdosage for the individual components described below apply to Wixela™ Inhub™. Treatment of overdosage consists of discontinuation of Wixela™ Inhub™ together with institution of appropriate symptomatic and/or supportive therapy. The judicious use of a cardioselective beta-receptor blocker may be considered, bearing in mind that such medication can produce bronchospasm. Cardiac monitoring is recommended in cases of overdosage.

## 10.1   Fluticasone Propionate

Chronic overdosage of fluticasone propionate may result in signs/symptoms of hypercorticism *[see Warnings and Precautions (5.8)]*. Inhalation by healthy volunteers of a single dose of 4,000 mcg of fluticasone propionate inhalation powder or single doses of 1,760 or 3,520 mcg of fluticasone propionate CFC inhalation aerosol was well tolerated. Fluticasone propionate given by inhalation aerosol at dosages of 1,320 mcg twice daily for 7 to 15 days to healthy human volunteers was also well tolerated. Repeat oral doses up to 80 mg daily for 10 days in healthy volunteers and repeat oral doses up to 20 mg daily for 42 days in subjects were well tolerated. Adverse reactions were of mild or moderate severity, and incidences were similar in active and placebo treatment groups.

## 10.2   Salmeterol

The expected signs and symptoms with overdosage of salmeterol are those of excessive beta-adrenergic stimulation and/or occurrence or exaggeration of any of the signs and symptoms of beta-adrenergic stimulation (e.g., seizures, angina, hypertension or hypotension, tachycardia with rates up to 200 beats/min, arrhythmias, nervousness, headache, tremor, muscle cramps, dry mouth, palpitation, nausea, dizziness, fatigue, malaise, insomnia, hyperglycemia, hypokalemia, metabolic acidosis). Overdosage with salmeterol can lead to clinically significant prolongation of the QTc interval, which can produce ventricular arrhythmias.

As with all inhaled sympathomimetic medicines, cardiac arrest and even death may be associated with an overdose of salmeterol.

## 11     DESCRIPTION

Wixela™ Inhub™ 100/50, Wixela™ Inhub™ 250/50, and Wixela™ Inhub™ 500/50 are combinations of fluticasone propionate and salmeterol xinafoate.

One active component of Wixela™ Inhub™ is fluticasone propionate, a corticosteroid having the chemical name *S*-Fluoromethyl 6α,9α-difluoro-11β-hydroxy-16α-methyl-3-oxo-17α-propionyloxyandrosta-1,4-diene-17β-carbothioate and the following chemical structure:

FDA-FLORIDA-004139

Fluticasone propionate, USP is a white to almost white powder with a molecular weight of 500.6, and the empirical formula is $C_{25}H_{31}F_3O_5S$. It is practically insoluble in water, freely soluble in dimethyl sulfoxide and dimethylformamide, and slightly soluble in methanol and 95% ethanol.

The other active component of Wixela™ Inhub™ is salmeterol xinafoate, a beta$_2$-adrenergic bronchodilator. Salmeterol xinafoate is the racemic form of the 1-hydroxy-2-naphthoic acid salt of salmeterol. It has the chemical name ($\pm$)-4-Hydroxy-$\alpha^1$-[[[6-(4-phenylbutoxy)hexyl]amino]methyl]-*m*-xylene-$\alpha,\alpha'$-diol 1-hydroxy-2-naphthoate (salt) and the following chemical structure:



Salmeterol xinafoate, USP is a white to almost white powder with a molecular weight of 603.8, and the empirical formula is $C_{25}H_{37}NO_4 \cdot C_{11}H_8O_3$. It is freely soluble in methanol; slightly soluble in ethanol, chloroform, and isopropanol; and sparingly soluble in water.

Wixela™ Inhub™ is a grey colored plastic inhaler containing two foil sealed discs, each disc containing 30 pre-metered doses. Each of the 60 doses contains a white to off white powder mix of micronized fluticasone propionate (100, 250, or 500 mcg) and micronized salmeterol xinafoate salt (72.5 mcg, equivalent to 50 mcg of salmeterol base) in 12.5 mg of formulation containing lactose monohydrate (which contains milk proteins). After the inhaler is activated, the powder is dispersed into the airstream created by the patient inhaling through the mouthpiece.

Under standardized *in vitro* test conditions, Wixela™ Inhub™ delivers 93, 233, and 465 mcg of fluticasone propionate and 45 mcg of salmeterol base per dose from Wixela™ Inhub™ 100/50, Wixela™ Inhub™ 250/50, and Wixela™ Inhub™ 500/50, respectively, when tested at a flow rate of 60 L/min for 2 seconds.

In adult subjects with obstructive lung disease and severely compromised lung function (mean FEV$_1$ 20% to 30% of predicted), mean peak inspiratory flow (PIF) through another dry powder inhaler was 82.4 L/min (range: 46.1 to 115.3 L/min).

Inhalation profiles for adolescent (N = 13, aged 12 to 17 years) and adult (N = 17, aged 18 to 50 years) subjects with asthma inhaling maximally through another dry powder inhaler show mean PIF of 122.2 L/min (range: 81.6 to 152.1 L/min). Inhalation profiles for pediatric subjects with asthma inhaling maximally through another dry powder inhaler show a mean PIF of 75.5 L/min (range: 49.0 to 104.8 L/min) for the 4-year-old subject set (N = 20) and 107.3 L/min (range: 82.8 to 125.6 L/min) for the 8-year-old subject set (N = 20).

The actual amount of drug delivered to the lung will depend on patient factors, such as inspiratory flow profile.

*Meets USP Aerodynamic Particle Size Distribution Test 2.*

## 12    CLINICAL PHARMACOLOGY

21

## 12.1    Mechanism of Action

***WIXELA™ INHUB™:*** Wixela™ Inhub™ contains both fluticasone propionate and salmeterol. The mechanisms of action described below for the individual components apply to Wixela™ Inhub™. These drugs represent 2 different classes of medications (a synthetic corticosteroid and a LABA) that have different effects on clinical, physiologic, and inflammatory indices.

*Fluticasone Propionate:* Fluticasone propionate is a synthetic trifluorinated corticosteroid with anti-inflammatory activity. Fluticasone propionate has been shown *in vitro* to exhibit a binding affinity for the human glucocorticoid receptor that is 18 times that of dexamethasone, almost twice that of beclomethasone-17-monopropionate (BMP), the active metabolite of beclomethasone dipropionate, and over 3 times that of budesonide. Data from the McKenzie vasoconstrictor assay in man are consistent with these results. The clinical significance of these findings is unknown.

Inflammation is an important component in the pathogenesis of asthma. Corticosteroids have been shown to have a wide range of actions on multiple cell types (e.g., mast cells, eosinophils, neutrophils, macrophages, lymphocytes) and mediators (e.g., histamine, eicosanoids, leukotrienes, cytokines) involved in inflammation. These anti-inflammatory actions of corticosteroids contribute to their efficacy in asthma.

Inflammation is also a component in the pathogenesis of COPD. In contrast to asthma, however, the predominant inflammatory cells in COPD include neutrophils, CD8+ T-lymphocytes, and macrophages. The effects of corticosteroids in the treatment of COPD are not well defined and ICS and fluticasone propionate when used apart from Wixela™ Inhub™ are not indicated for the treatment of COPD.

*Salmeterol Xinafoate:* Salmeterol is a selective LABA. *In vitro* studies show salmeterol to be at least 50 times more selective for beta$_2$-adrenoceptors than albuterol. Although beta$_2$-adrenoceptors are the predominant adrenergic receptors in bronchial smooth muscle and beta$_1$-adrenoceptors are the predominant receptors in the heart, there are also beta$_2$-adrenoceptors in the human heart comprising 10% to 50% of the total beta-adrenoceptors. The precise function of these receptors has not been established, but their presence raises the possibility that even selective beta$_2$-agonists may have cardiac effects.

The pharmacologic effects of beta$_2$-adrenoceptor agonist drugs, including salmeterol, are at least in part attributable to stimulation of intracellular adenyl cyclase, the enzyme that catalyzes the conversion of adenosine triphosphate (ATP) to cyclic-3′,5′-adenosine monophosphate (cyclic AMP). Increased cyclic AMP levels cause relaxation of bronchial smooth muscle and inhibition of release of mediators of immediate hypersensitivity from cells, especially from mast cells.

*In vitro* tests show that salmeterol is a potent and long-lasting inhibitor of the release of mast cell mediators, such as histamine, leukotrienes, and prostaglandin D$_2$, from human lung. Salmeterol inhibits histamine-induced plasma protein extravasation and inhibits platelet-activating factor-induced eosinophil accumulation in the lungs of guinea pigs when administered by the inhaled route. In humans, single doses of salmeterol administered via inhalation aerosol attenuate allergen-induced bronchial hyper-responsiveness.

## 12.2    Pharmacodynamics

***Fluticasone Propionate and Salmeterol Inhalation Powder:*** *Healthy Subjects:* <u>Cardiovascular Effects:</u> Since systemic pharmacodynamic effects of salmeterol are not normally seen at the therapeutic dose, higher doses were used to produce measurable effects. Four (4) trials were conducted with healthy adult subjects: (1) a single-dose crossover trial using 2 inhalations of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg and salmeterol inhalation powder 50 mcg given concurrently, or fluticasone propionate inhalation powder 500 mcg given alone, (2) a cumulative dose trial using 50 to 400 mcg of salmeterol inhalation powder given alone or as fluticasone propionate and  salmeterol

22

inhalation powder 500 mcg/50 mcg, (3) a repeat-dose trial for 11 days using 2 inhalations twice daily of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, fluticasone propionate inhalation powder 250 mcg, or salmeterol inhalation powder 50 mcg, and (4) a single-dose trial using 5 inhalations of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, fluticasone propionate inhalation powder 100 mcg alone, or placebo. In these trials no significant differences were observed in the pharmacodynamic effects of salmeterol (pulse rate, blood pressure, QTc interval, potassium, and glucose) whether the salmeterol was given as fluticasone propionate and salmeterol inhalation powder, concurrently with fluticasone propionate from separate inhalers, or as salmeterol alone. The systemic pharmacodynamic effects of salmeterol were not altered by the presence of fluticasone propionate in fluticasone propionate and salmeterol inhalation powder. The potential effect of salmeterol on the effects of fluticasone propionate on the HPA axis was also evaluated in these trials.

Hypothalamic-Pituitary-Adrenal Axis Effects: No significant differences across treatments were observed in 24-hour urinary cortisol excretion and, where measured, 24-hour plasma cortisol AUC. The systemic pharmacodynamic effects of fluticasone propionate were not altered by the presence of salmeterol in fluticasone propionate and salmeterol inhalation powder in healthy subjects.

*Subjects with Asthma: Adult and Adolescent Subjects:* Cardiovascular Effects: In clinical trials with fluticasone propionate and salmeterol inhalation powder in adult and adolescent subjects aged 12 years and older with asthma, no significant differences were observed in the systemic pharmacodynamic effects of salmeterol (pulse rate, blood pressure, QTc interval, potassium, and glucose) whether the salmeterol was given alone or as fluticasone propionate and salmeterol inhalation powder. In 72 adult and adolescent subjects with asthma given either fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg or fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, continuous 24-hour electrocardiographic monitoring was performed after the first dose and after 12 weeks of therapy, and no clinically significant dysrhythmias were noted.

Hypothalamic-Pituitary-Adrenal Axis Effects: In a 28-week trial in adult and adolescent subjects with asthma, fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg twice daily was compared with the concurrent use of salmeterol inhalation powder 50 mcg plus fluticasone propionate inhalation powder 500 mcg from separate inhalers or fluticasone propionate inhalation powder 500 mcg alone. No significant differences across treatments were observed in serum cortisol AUC after 12 weeks of dosing or in 24-hour urinary cortisol excretion after 12 and 28 weeks.

In a 12-week trial in adult and adolescent subjects with asthma, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily was compared with fluticasone propionate inhalation powder 250 mcg alone, salmeterol inhalation powder 50 mcg alone, and placebo. For most subjects, the ability to increase cortisol production in response to stress, as assessed by 30-minute cosyntropin stimulation, remained intact with fluticasone propionate and salmeterol inhalation powder. One subject (3%) who received fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had an abnormal response (peak serum cortisol less than 18 mcg/dL) after dosing, compared with 2 subjects (6%) who received placebo, 2 subjects (6%) who received fluticasone propionate inhalation powder 250 mcg, and no subjects who received salmeterol.

In a repeat-dose, 3-way crossover trial, 1 inhalation twice daily of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, FLOVENT® DISKUS® 100 mcg (fluticasone propionate inhalation powder 100 mcg), or placebo was administered to 20 adult and adolescent subjects with asthma. After 28 days of treatment, geometric mean serum cortisol AUC over 12 hours showed no significant difference between fluticasone propionate and salmeterol inhalation powder and FLOVENT DISKUS or between either active treatment and placebo.

23

*Pediatric Subjects:* <u>Hypothalamic-Pituitary-Adrenal Axis Effects:</u> In a 12-week trial in subjects with asthma aged 4 to 11 years who were receiving ICS at trial entry, fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg twice daily was compared with fluticasone propionate inhalation powder 100 mcg administered twice daily via a dry powder inhaler. The values for 24-hour urinary cortisol excretion at trial entry and after 12 weeks of treatment were similar within each treatment group. After 12 weeks, 24-hour urinary cortisol excretion was also similar between the 2 groups.

*Subjects with Chronic Obstructive Pulmonary Disease:* <u>Cardiovascular Effects:</u> In clinical trials with fluticasone propionate and salmeterol inhalation powder in subjects with COPD, no significant differences were seen in pulse rate, blood pressure, potassium, and glucose between fluticasone propionate and salmeterol inhalation powder, the individual components of fluticasone propionate and salmeterol inhalation powder, and placebo. In a trial of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, 8 subjects (2 [1.1%] in the group given fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, 1 [0.5%] in the fluticasone propionate 250 mcg group, 3 [1.7%] in the salmeterol group, and 2 [1.1%] in the placebo group) had QTc intervals > 470 msec at least 1 time during the treatment period. Five (5) of these 8 subjects had a prolonged QTc interval at baseline.

In a 24-week trial, 130 subjects with COPD received continuous 24-hour electrocardiographic monitoring prior to the first dose and after 4 weeks of twice-daily treatment with either fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg, salmeterol inhalation powder 50 mcg, or placebo. No significant differences in ventricular or supraventricular arrhythmias and heart rate were observed among the groups treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, the individual components, or placebo. One (1) subject in the fluticasone propionate group experienced atrial flutter/atrial fibrillation, and 1 subject in the group given fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg experienced heart block. There were 3 cases of nonsustained ventricular tachycardia (1 each in the placebo, salmeterol, and fluticasone propionate 500 mcg treatment groups).

In 24-week clinical trials in subjects with COPD, the incidence of clinically significant ECG abnormalities (myocardial ischemia, ventricular hypertrophy, clinically significant conduction abnormalities, clinically significant arrhythmias) was lower for subjects who received salmeterol (1%, 9 of 688 subjects who received either salmeterol 50 mcg or fluticasone propionate and salmeterol inhalation powder) compared with placebo (3%, 10 of 370 subjects).

No significant differences with salmeterol 50 mcg alone or in combination with fluticasone propionate as fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg were observed on pulse rate and systolic and diastolic blood pressure in a subset of subjects with COPD who underwent 12-hour serial vital sign measurements after the first dose (n = 183) and after 12 weeks of therapy (n = 149). Median changes from baseline in pulse rate and systolic and diastolic blood pressure were similar to those seen with placebo.

<u>Hypothalamic-Pituitary-Adrenal Axis Effects:</u> Short-cosyntropin stimulation testing was performed both at Day 1 and Endpoint in 101 subjects with COPD receiving twice-daily fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, fluticasone propionate inhalation powder 250 mcg, salmeterol inhalation powder 50 mcg, or placebo. For most subjects, the ability to increase cortisol production in response to stress, as assessed by short cosyntropin stimulation, remained intact with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg. One (1) subject (3%) who received fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had an abnormal stimulated cortisol response (peak cortisol < 14.5 mcg/dL assessed by high-performance liquid chromatography) after dosing, compared with 2 subjects (9%) who received fluticasone propionate 250 mcg, 2 subjects (7%) who received salmeterol 50 mcg, and 1 subject (4%) who received placebo following 24 weeks of treatment or early discontinuation from trial.

24

After 36 weeks of dosing, serum cortisol concentrations in a subset of subjects with COPD (n = 83) were 22% lower in subjects receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg and 21% lower in subjects receiving fluticasone propionate 500 mcg than in subjects receiving placebo.

***Other Fluticasone Propionate Products:*** *Subjects with Asthma:* <u>Hypothalamic-Pituitary-Adrenal Axis Effects:</u> In clinical trials with fluticasone propionate inhalation powder using dosages up to and including 250 mcg twice daily, occasional abnormal short cosyntropin tests (peak serum cortisol < 18 mcg/dL assessed by radioimmunoassay) were noted both in subjects receiving fluticasone propionate and in subjects receiving placebo. The incidence of abnormal tests at 500 mcg twice daily was greater than placebo. In a 2-year trial carried out with a dry powder inhaler in 64 subjects with mild, persistent asthma (mean $FEV_1$ 91% of predicted) randomized to fluticasone propionate 500 mcg twice daily or placebo, no subject receiving fluticasone propionate had an abnormal response to 6-hour cosyntropin infusion (peak serum cortisol < 18 mcg/dL). With a peak cortisol threshold of < 35 mcg/dL, 1 subject receiving fluticasone propionate (4%) had an abnormal response at 1 year; repeat testing at 18 months and 2 years was normal. Another subject receiving fluticasone propionate (5%) had an abnormal response at 2 years. No subject on placebo had an abnormal response at 1 or 2 years.

*Subjects with Chronic Obstructive Pulmonary Disease:* <u>Hypothalamic-Pituitary-Adrenal Axis Effects:</u> After 4 weeks of dosing, the steady-state fluticasone propionate pharmacokinetics and serum cortisol levels were described in a subset of subjects with COPD (n = 86) randomized to twice-daily fluticasone propionate inhalation powder via a dry powder inhaler 500 mcg, fluticasone propionate inhalation powder 250 mcg, or placebo. Serial serum cortisol concentrations were measured across a 12-hour dosing interval. Serum cortisol concentrations following 250 mcg and 500 mcg twice-daily dosing were 10% and 21% lower than placebo, respectively, indicating a dose-dependent increase in systemic exposure to fluticasone propionate.

***Other Salmeterol Xinafoate Products:*** *Subjects with Asthma:* <u>Cardiovascular Effects:</u> Inhaled salmeterol, like other beta-adrenergic agonist drugs, can produce dose-related cardiovascular effects and effects on blood glucose and/or serum potassium *[see Warnings and Precautions (5.12, 5.18)]*. The cardiovascular effects (heart rate, blood pressure) associated with salmeterol inhalation aerosol occur with similar frequency, and are of similar type and severity, as those noted following albuterol administration.

The effects of rising inhaled doses of salmeterol and standard inhaled doses of albuterol were studied in volunteers and in subjects with asthma. Salmeterol doses up to 84 mcg administered as inhalation aerosol resulted in heart rate increases of 3 to 16 beats/min, about the same as albuterol dosed at 180 mcg by inhalation aerosol (4 to 10 beats/min). Adult and adolescent subjects receiving 50 mcg doses of salmeterol inhalation powder (N = 60) underwent continuous electrocardiographic monitoring during two 12-hour periods after the first dose and after 1 month of therapy, and no clinically significant dysrhythmias were noted.

***Concomitant Use of Wixela™ Inhub™ with Other Respiratory Medicines:*** *Short-acting Beta₂-agonists:* In clinical trials in subjects with asthma, the mean daily need for albuterol by 166 adult and adolescent subjects aged 12 years and older using fluticasone propionate and salmeterol inhalation powder was approximately 1.3 inhalations/day and ranged from 0 to 9 inhalations/day. Five percent (5%) of subjects using fluticasone propionate and salmeterol inhalation powder in these trials averaged 6 or more inhalations per day over the course of the 12-week trials. No increase in frequency of cardiovascular adverse events was observed among subjects who averaged 6 or more inhalations per day.

In a clinical trial in subjects with COPD, the mean daily need for albuterol for subjects using fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was 4.1 inhalations/day. Twenty-six percent (26%) of subjects using fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg averaged 6

25

or more inhalations of albuterol per day over the course of the 24-week trial. No increase in frequency of cardiovascular adverse reactions was observed among subjects who averaged 6 or more inhalations per day.

*Methylxanthines:* The concurrent use of intravenously or orally administered methylxanthines (e.g., aminophylline, theophylline) by adult and adolescent subjects aged 12 years and older receiving fluticasone propionate and salmeterol inhalation powder has not been completely evaluated. In clinical trials in subjects with asthma, 39 subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, or fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg twice daily concurrently with a theophylline product had adverse event rates similar to those in 304 subjects receiving fluticasone propionate and salmeterol inhalation powder without theophylline. Similar results were observed in subjects receiving salmeterol 50 mcg plus fluticasone propionate 500 mcg twice daily concurrently with a theophylline product (n = 39) or without theophylline (n = 132).

In a clinical trial in subjects with COPD, 17 subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily concurrently with a theophylline product had adverse event rates similar to those in 161 subjects receiving fluticasone propionate and salmeterol inhalation powder without theophylline. Based on the available data, the concomitant administration of methylxanthines with fluticasone propionate and salmeterol inhalation powder did not alter the observed adverse event profile.

*Fluticasone Propionate Nasal Spray:* In adult and adolescent subjects aged 12 years and older receiving fluticasone propionate and salmeterol inhalation powder in clinical trials, no difference in the profile of adverse events or HPA axis effects was noted between subjects who were receiving FLONASE®(fluticasone propionate) Nasal Spray, 50 mcg concurrently (n = 46) and those who were not (n = 130).

## 12.3    Pharmacokinetics

*Absorption: Fluticasone Propionate:* <u>Healthy Subjects:</u> Fluticasone propionate acts locally in the lung; therefore, plasma levels do not predict therapeutic effect. Trials using oral dosing of labeled and unlabeled drug have demonstrated that the oral systemic bioavailability of fluticasone propionate is negligible (< 1%), primarily due to incomplete absorption and presystemic metabolism in the gut and liver. In contrast, the majority of the fluticasone propionate delivered to the lung is systemically absorbed.

Following administration of fluticasone propionate and salmeterol inhalation powder to healthy adult subjects, peak plasma concentrations of fluticasone propionate were achieved in 1 to 2 hours. In a single-dose crossover trial, a higher-than-recommended dose of fluticasone propionate and salmeterol inhalation powder was administered to 14 healthy adult subjects. Two (2) inhalations of the following treatments were administered: fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg and salmeterol inhalation powder 50 mcg given concurrently, and fluticasone propionate inhalation powder 500 mcg alone. Mean peak plasma concentrations of fluticasone propionate averaged 107, 94, and 120 pg/mL, respectively, indicating no significant changes in systemic exposures of fluticasone propionate.

In 15 healthy subjects, systemic exposure to fluticasone propionate from 4 inhalations of ADVAIR® HFA 230/21 (fluticasone propionate 230 mcg and salmeterol 21 mcg) Inhalation Aerosol (920/84 mcg) and 2 inhalations of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg (1,000 mcg/100 mcg) was similar between the 2 inhalers (i.e., 799 versus 832 pg•h/mL, respectively), but approximately half the systemic exposure from 4 inhalations of fluticasone propionate CFC inhalation aerosol 220 mcg (880 mcg, AUC = 1,543 pg•h/mL). Similar results were observed for peak fluticasone propionate plasma concentrations (186 and 182 pg/mL from ADVAIR HFA and fluticasone propionate and salmeterol inhalation powder, respectively, and 307 pg/mL from the fluticasone propionate CFC inhalation aerosol). Absolute bioavailability

26

of fluticasone propionate was 5.3% and 5.5% following administration of ADVAIR HFA and fluticasone propionate and salmeterol inhalation powder, respectively.

Subjects with Asthma and COPD: Peak steady-state fluticasone propionate plasma concentrations in adult subjects with asthma (N = 11) ranged from undetectable to 266 pg/mL after a 500 mcg twice-daily dose of fluticasone propionate inhalation powder using a dry powder inhaler. The mean fluticasone propionate plasma concentration was 110 pg/mL.

Full pharmacokinetic profiles were obtained from 9 female and 16 male subjects with asthma given fluticasone propionate inhalation powder 500 mcg twice daily using a dry powder inhaler and from 14 female and 43 male subjects with COPD given 250 or 500 mcg twice daily. No overall differences in fluticasone propionate pharmacokinetics were observed.

Peak steady-state fluticasone propionate plasma concentrations in subjects with COPD averaged 53 pg/mL (range: 19.3 to 159.3 pg/mL) after treatment with 250 mcg twice daily (n = 30) and 84 pg/mL (range: 24.3 to 197.1 pg/mL) after treatment with 500 mcg twice daily (n = 27) via a fluticasone propionate dry powder inhaler. In another trial in subjects with COPD, peak steady-state fluticasone propionate plasma concentrations averaged 115 pg/mL (range: 52.6 to 366.0 pg/mL) after treatment with 500 mcg twice daily via a fluticasone propionate dry powder inhaler (n = 15) and 105 pg/mL (range: 22.5 to 299.0 pg/mL) via fluticasone propionate and salmeterol inhalation powder (n = 24).

*Salmeterol Xinafoate:* Healthy Subjects: Salmeterol xinafoate, an ionic salt, dissociates in solution so that the salmeterol and 1-hydroxy-2-naphthoic acid (xinafoate) moieties are absorbed, distributed, metabolized, and eliminated independently. Salmeterol acts locally in the lung; therefore, plasma levels do not predict therapeutic effect.

Following administration of fluticasone propionate and salmeterol inhalation powder to healthy adult subjects, peak plasma concentrations of salmeterol were achieved in about 5 minutes.

In 15 healthy subjects receiving ADVAIR HFA 230/21 Inhalation Aerosol (920/84 mcg) and fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg (1,000 mcg/100 mcg), systemic exposure to salmeterol was higher (317 versus 169 pg•h/mL) and peak salmeterol concentrations were lower (196 versus 223 pg/mL) following ADVAIR HFA compared with fluticasone propionate and salmeterol inhalation powder, although pharmacodynamic results were comparable.

Subjects with Asthma: Because of the small therapeutic dose, systemic levels of salmeterol are low or undetectable after inhalation of recommended dosages (50 mcg of salmeterol inhalation powder twice daily). Following chronic administration of an inhaled dose of 50 mcg of salmeterol inhalation powder twice daily, salmeterol was detected in plasma within 5 to 45 minutes in 7 subjects with asthma; plasma concentrations were very low, with mean peak concentrations of 167 pg/mL at 20 minutes and no accumulation with repeated doses.

***Distribution:*** *Fluticasone Propionate:* Following intravenous administration, the initial disposition phase for fluticasone propionate was rapid and consistent with its high lipid solubility and tissue binding. The volume of distribution averaged 4.2 L/kg.

The percentage of fluticasone propionate bound to human plasma proteins averages 99%. Fluticasone propionate is weakly and reversibly bound to erythrocytes and is not significantly bound to human transcortin.

27

*Salmeterol:* The percentage of salmeterol bound to human plasma proteins averages 96% *in vitro* over the concentration range of 8 to 7,722 ng of salmeterol base per milliliter, much higher concentrations than those achieved following therapeutic doses of salmeterol.

**Metabolism:** *Fluticasone Propionate:* The total clearance of fluticasone propionate is high (average, 1,093 mL/min), with renal clearance accounting for < 0.02% of the total. The only circulating metabolite detected in man is the 17β-carboxylic acid derivative of fluticasone propionate, which is formed through the CYP3A4 pathway. This metabolite had less affinity (approximately 1/2,000) than the parent drug for the glucocorticoid receptor of human lung cytosol *in vitro* and negligible pharmacological activity in animal studies. Other metabolites detected *in vitro* using cultured human hepatoma cells have not been detected in man.

*Salmeterol:* Salmeterol base is extensively metabolized by hydroxylation, with subsequent elimination predominantly in the feces. No significant amount of unchanged salmeterol base was detected in either urine or feces.

An *in vitro* study using human liver microsomes showed that salmeterol is extensively metabolized to α-hydroxysalmeterol (aliphatic oxidation) by CYP3A4. Ketoconazole, a strong inhibitor of CYP3A4, essentially completely inhibited the formation of α-hydroxysalmeterol *in vitro.*

**Elimination:** *Fluticasone Propionate:* Following intravenous dosing, fluticasone propionate showed polyexponential kinetics and had a terminal elimination half-life of approximately 7.8 hours. Less than 5% of a radiolabeled oral dose was excreted in the urine as metabolites, with the remainder excreted in the feces as parent drug and metabolites. Terminal half-life estimates of fluticasone propionate for ADVAIR HFA, fluticasone propionate and salmeterol inhalation powder, and fluticasone propionate CFC inhalation aerosol were similar and averaged 5.6 hours.

*Salmeterol:* In 2 healthy adult subjects who received 1 mg of radiolabeled salmeterol (as salmeterol xinafoate) orally, approximately 25% and 60% of the radiolabeled salmeterol was eliminated in urine and feces, respectively, over a period of 7 days. The terminal elimination half-life was about 5.5 hours (1 volunteer only).

The xinafoate moiety has no apparent pharmacologic activity. The xinafoate moiety is highly protein bound (> 99%) and has a long elimination half-life of 11 days. No terminal half-life estimates were calculated for salmeterol following administration of fluticasone propionate and salmeterol inhalation powder.

**Specific Populations:** A population pharmacokinetic analysis was performed for fluticasone propionate and salmeterol utilizing data from 9 controlled clinical trials that included 350 subjects with asthma aged 4 to 77 years who received treatment with fluticasone propionate and salmeterol inhalation powder, the combination of HFA-propelled fluticasone propionate and salmeterol inhalation aerosol (ADVAIR HFA), fluticasone propionate inhalation powder (FLOVENT DISKUS), HFA-propelled fluticasone propionate inhalation aerosol (FLOVENT® HFA), or CFC-propelled fluticasone propionate inhalation aerosol. The population pharmacokinetic analyses for fluticasone propionate and salmeterol showed no clinically relevant effects of age, gender, race, body weight, body mass index, or percent of predicted $FEV_1$ on apparent clearance and apparent volume of distribution.

*Age:* When the population pharmacokinetic analysis for fluticasone propionate was divided into subgroups based on fluticasone propionate strength, formulation, and age (adolescents/adults and children), there were some differences in fluticasone propionate exposure. Higher fluticasone propionate exposure from fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg compared with FLOVENT DISKUS 100 mcg was observed in adolescents and adults (ratio 1.52 [90% CI: 1.08, 2.13]). However, in clinical trials of up to 12 weeks' duration comparing fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg and

28

FLOVENT DISKUS 100 mcg in adolescents and adults, no differences in systemic effects of corticosteroid treatment (e.g., HPA axis effects) were observed. Similar fluticasone propionate exposure was observed from fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg and FLOVENT DISKUS 500 mcg (ratio 0.83 [90% CI: 0.65, 1.07]) in adolescents and adults.

Steady-state systemic exposure to salmeterol when delivered as fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, or ADVAIR HFA 115/21 (fluticasone propionate 115 mcg and salmeterol 21 mcg) Inhalation Aerosol was evaluated in 127 subjects aged 4 to 57 years. The geometric mean AUC was 325 pg•h/mL (90% CI: 309, 341) in adolescents and adults.

The population pharmacokinetic analysis included 160 subjects with asthma aged 4 to 11 years who received fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg or FLOVENT DISKUS 100 mcg. Higher fluticasone propionate exposure (AUC) was observed in children from fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg compared with FLOVENT DISKUS 100 mcg (ratio 1.20 [90% CI: 1.06, 1.37]). Higher fluticasone propionate exposure (AUC) from fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg was observed in children compared with adolescents and adults (ratio 1.63 [90% CI: 1.35, 1.96]). However, in clinical trials of up to 12 weeks' duration comparing fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg and FLOVENT DISKUS 100 mcg in both adolescents and adults and in children, no differences in systemic effects of corticosteroid treatment (e.g., HPA axis effects) were observed.

Exposure to salmeterol was higher in children compared with adolescents and adults who received fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg (ratio 1.23 [90% CI: 1.10, 1.38]). However, in clinical trials of up to 12 weeks' duration with fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg in both adolescents and adults and in children, no differences in systemic effects of beta$_2$-agonist treatment (e.g., cardiovascular effects, tremor) were observed.

*Male and Female Patients:* The population pharmacokinetic analysis involved 202 males and 148 females with asthma who received fluticasone propionate alone or in combination with salmeterol and showed no gender differences for fluticasone propionate pharmacokinetics.

The population pharmacokinetic analysis involved 76 males and 51 females with asthma who received salmeterol in combination with fluticasone propionate and showed no gender differences for salmeterol pharmacokinetics.

*Patients with Hepatic and Renal Impairment:* Formal pharmacokinetic studies using fluticasone propionate and salmeterol inhalation powder have not been conducted in patients with hepatic or renal impairment. However, since both fluticasone propionate and salmeterol are predominantly cleared by hepatic metabolism, impairment of liver function may lead to accumulation of fluticasone propionate and salmeterol in plasma. Therefore, patients with hepatic disease should be closely monitored.

***Drug Interaction Studies:*** In the repeat- and single-dose trials, there was no evidence of significant drug interaction in systemic exposure between fluticasone propionate and salmeterol when given alone or in combination via a dry powder inhaler. The population pharmacokinetic analysis from 9 controlled clinical trials in 350 subjects with asthma showed no significant effects on fluticasone propionate or salmeterol pharmacokinetics following co-administration with beta$_2$-agonists, corticosteroids, antihistamines, or theophyllines.

29

FDA-FLORIDA-004148

*Inhibitors of Cytochrome P450 3A4:* Ritonavir: *Fluticasone Propionate:* Fluticasone propionate is a substrate of CYP3A4. Coadministration of fluticasone propionate and the strong CYP3A4 inhibitor ritonavir is not recommended based upon a multiple-dose, crossover drug interaction trial in 18 healthy subjects. Fluticasone propionate aqueous nasal spray (200 mcg once daily) was coadministered for 7 days with ritonavir (100 mg twice daily). Plasma fluticasone propionate concentrations following fluticasone propionate aqueous nasal spray alone were undetectable (< 10 pg/mL) in most subjects, and when concentrations were detectable peak levels ($C_{max}$) averaged 11.9 pg/mL (range: 10.8 to 14.1 pg/mL) and $AUC_{(0-\tau)}$ averaged 8.43 pg•h/mL (range: 4.2 to 18.8 pg•h/mL). Fluticasone propionate $C_{max}$ and $AUC_{(0-\tau)}$ increased to 318 pg/mL (range: 110 to 648 pg/mL) and 3,102.6 pg•h/mL (range: 1,207.1 to 5,662.0 pg•h/mL), respectively, after coadministration of ritonavir with fluticasone propionate aqueous nasal spray. This significant increase in plasma fluticasone propionate exposure resulted in a significant decrease (86%) in serum cortisol AUC.

Ketoconazole: *Fluticasone Propionate:* In a placebo-controlled crossover trial in 8 healthy adult volunteers, coadministration of a single dose of orally inhaled fluticasone propionate (1,000 mcg) with multiple doses of ketoconazole (200 mg) to steady state resulted in increased plasma fluticasone propionate exposure, a reduction in plasma cortisol AUC, and no effect on urinary excretion of cortisol.

*Salmeterol:* In a placebo-controlled, crossover drug interaction trial in 20 healthy male and female subjects, coadministration of salmeterol (50 mcg twice daily) and the strong CYP3A4 inhibitor ketoconazole (400 mg once daily) for 7 days resulted in a significant increase in plasma salmeterol exposure as determined by a 16-fold increase in AUC (ratio with and without ketoconazole 15.76 [90% CI: 10.66, 23.31]) mainly due to increased bioavailability of the swallowed portion of the dose. Peak plasma salmeterol concentrations were increased by 1.4-fold (90% CI: 1.23, 1.68). Three (3) out of 20 subjects (15%) were withdrawn from salmeterol and ketoconazole coadministration due to beta-agonist–mediated systemic effects (2 with QTc prolongation and 1 with palpitations and sinus tachycardia). Coadministration of salmeterol and ketoconazole did not result in a clinically significant effect on mean heart rate, mean blood potassium, or mean blood glucose. Although there was no statistical effect on the mean QTc, coadministration of salmeterol and ketoconazole was associated with more frequent increases in QTc duration compared with salmeterol and placebo administration.

*Erythromycin: Fluticasone Propionate:* In a multiple-dose drug interaction trial, coadministration of orally inhaled fluticasone propionate (500 mcg twice daily) and erythromycin (333 mg 3 times daily) did not affect fluticasone propionate pharmacokinetics.

*Salmeterol:* In a repeat-dose trial in 13 healthy subjects, concomitant administration of erythromycin (a moderate CYP3A4 inhibitor) and salmeterol inhalation aerosol resulted in a 40% increase in salmeterol $C_{max}$ at steady state (ratio with and without erythromycin 1.4 [90% CI: 0.96, 2.03], $P = 0.12$), a 3.6-beat/min increase in heart rate ([95% CI: 0.19, 7.03], $P < 0.04$), a 5.8-msec increase in QTc interval ([95% CI: -6.14, 17.77], $P = 0.34$), and no change in plasma potassium.

## 13    NONCLINICAL TOXICOLOGY
### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
*Fluticasone Propionate:* Fluticasone propionate demonstrated no tumorigenic potential in mice at oral doses up to 1,000 mcg/kg (approximately 5 and 10 times the MRHDID for adults and children, respectively, on a mcg/m² basis) for 78 weeks or in rats at inhalation doses up to 57 mcg/kg (less than and approximately equivalent to the MRHDID for adults and children, respectively, on a mcg/m² basis) for 104 weeks.

Fluticasone propionate did not induce gene mutation in prokaryotic or eukaryotic cells *in vitro*. No significant clastogenic effect was seen in cultured human peripheral lymphocytes *in vitro* or in the *in vivo* mouse micronucleus test.

30

Fertility and reproductive performance were unaffected in male and female rats at subcutaneous doses up to 50 mcg/kg (approximately 0.5 times the MRHDID for adults on a mcg/m$^2$ basis).

**Salmeterol:** In an 18-month carcinogenicity study in CD-mice, salmeterol at oral doses of 1,400 mcg/kg and above (approximately 20 times the MRHDID for adults and children based on comparison of the plasma AUCs) caused a dose-related increase in the incidence of smooth muscle hyperplasia, cystic glandular hyperplasia, leiomyomas of the uterus, and ovarian cysts. No tumors were seen at 200 mcg/kg (approximately 3 times the MRHDID for adults and children based on comparison of the AUCs).

In a 24-month oral and inhalation carcinogenicity study in Sprague Dawley rats, salmeterol caused a dose-related increase in the incidence of mesovarian leiomyomas and ovarian cysts at doses of 680 mcg/kg and above (approximately 66 and 35 times the MRHDID for adults and children, respectively, on a mcg/m$^2$ basis). No tumors were seen at 210 mcg/kg (approximately 20 and 10 times the MRHDID for adults and children, respectively, on a mcg/m$^2$ basis). These findings in rodents are similar to those reported previously for other beta-adrenergic agonist drugs. The relevance of these findings to human use is unknown.

Salmeterol produced no detectable or reproducible increases in microbial and mammalian gene mutation *in vitro*. No clastogenic activity occurred *in vitro* in human lymphocytes or *in vivo* in a rat micronucleus test.

Fertility and reproductive performance were unaffected in male and female rats at oral doses up to 2,000 mcg/kg (approximately 195 times the MRHDID for adults on a mcg/m$^2$ basis).

## 13.2    Animal Toxicology and/or Pharmacology

**Preclinical:** Studies in laboratory animals (minipigs, rodents, and dogs) have demonstrated the occurrence of cardiac arrhythmias and sudden death (with histologic evidence of myocardial necrosis) when beta-agonists and methylxanthines are administered concurrently. The clinical relevance of these findings is unknown.

# 14    CLINICAL STUDIES

## 14.1    Asthma

**Adult and Adolescent Subjects Aged 12 Years and Older:** In clinical trials comparing fluticasone propionate and salmeterol inhalation powder with its individual components, improvements in most efficacy endpoints were greater with fluticasone propionate and salmeterol inhalation powder than with the use of either fluticasone propionate or salmeterol alone. In addition, clinical trials showed similar results between fluticasone propionate and salmeterol inhalation powder and the concurrent use of fluticasone propionate plus salmeterol at corresponding doses from separate inhalers.

*Trials Comparing Fluticasone Propionate and Salmeterol Inhalation Powder with Fluticasone Propionate Alone or Salmeterol Alone:* Three (3) double-blind, parallel-group clinical trials were conducted with fluticasone propionate and salmeterol inhalation powder in 1,208 adult and adolescent subjects (aged 12 years and older, baseline FEV$_1$ 63% to 72% of predicted normal) with asthma that was not optimally controlled on their current therapy. All treatments were inhalation powders given as 1 inhalation from a dry powder inhaler twice daily, and other maintenance therapies were discontinued.

Trial 1: Clinical Trial with Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg: This placebo-controlled, 12-week, U.S. trial compared fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg with its individual components, fluticasone propionate 100 mcg and salmeterol 50 mcg. The trial was stratified according to baseline asthma maintenance therapy; subjects were using either ICS (n = 250) (daily doses of beclomethasone dipropionate 252 to 420 mcg; flunisolide 1,000 mcg; fluticasone propionate inhalation aerosol 176 mcg; or triamcinolone acetonide 600 to 1,000 mcg) or salmeterol (n = 106). Baseline FEV$_1$

measurements were similar across treatments: fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, 2.17 L; fluticasone propionate 100 mcg, 2.11 L; salmeterol, 2.13 L; and placebo, 2.15 L.

Predefined withdrawal criteria for lack of efficacy, an indicator of worsening asthma, were utilized for this placebo-controlled trial. Worsening asthma was defined as a clinically important decrease in $FEV_1$ or PEF, increase in use of VENTOLIN® (albuterol, USP) Inhalation Aerosol, increase in night awakenings due to asthma, emergency intervention or hospitalization due to asthma, or requirement for asthma medication not allowed by the protocol. As shown in Table 4, statistically significantly fewer subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg were withdrawn due to worsening asthma compared with fluticasone propionate, salmeterol, and placebo.

**Table 4. Percent of Subjects Withdrawn due to Worsening Asthma in Subjects Previously Treated with Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

| Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg (n = 87) | Fluticasone Propionate 100 mcg (n = 85) | Salmeterol 50 mcg (n = 86) | Placebo (n = 77) |
|---|---|---|---|
| 3% | 11% | 35% | 49% |

The $FEV_1$ results are displayed in Figure 1. Because this trial used predetermined criteria for worsening asthma, which caused more subjects in the placebo group to be withdrawn, $FEV_1$ results at Endpoint (last available $FEV_1$ result) are also provided. Subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg had significantly greater improvements in $FEV_1$ (0.51 L, 25%) compared with fluticasone propionate 100 mcg (0.28 L, 15%), salmeterol (0.11 L, 5%), and placebo (0.01 L, 1%). These improvements in $FEV_1$ with fluticasone propionate and salmeterol inhalation powder were achieved regardless of baseline asthma maintenance therapy (ICS or salmeterol).

**Figure 1. Mean Percent Change from Baseline in $FEV_1$ in Subjects with Asthma Previously Treated with Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

32



The effect of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg on morning and evening PEF endpoints is shown in Table 5.

**Table 5. Peak Expiratory Flow Results for Subjects with Asthma Previously Treated with Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

| Efficacy Variable [a] | Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg (n = 87) | Fluticasone Propionate 100 mcg (n = 85) | Salmeterol 50 mcg (n = 86) | Placebo (n = 77) |
|---|---|---|---|---|
| AM PEF (L/min) Baseline | 393 | 374 | 369 | 382 |
| Change from baseline | 53 | 17 | -2 | -24 |
| PM PEF (L/min) Baseline | 418 | 390 | 396 | 398 |
| Change from baseline | 35 | 18 | -7 | -13 |

33

[a] Change from baseline = change from baseline at Endpoint (last available data).

The subjective impact of asthma on subjects' perception of health was evaluated through use of an instrument called the Asthma Quality of Life Questionnaire (AQLQ) (based on a 7 point scale where 1 = maximum impairment and 7 = none). Subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg had clinically meaningful improvements in overall asthma-specific quality of life as defined by a difference between groups of ≥ 0.5 points in change from baseline AQLQ scores (difference in AQLQ score of 1.25 compared with placebo).

Trial 2: Clinical Trial with Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg: This placebo-controlled, 12-week, U.S. trial compared fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg with its individual components, fluticasone propionate 250 mcg and salmeterol 50 mcg, in 349 subjects with asthma using ICS (daily doses of beclomethasone dipropionate 462 to 672 mcg; flunisolide 1,250 to 2,000 mcg; fluticasone propionate inhalation aerosol 440 mcg; or triamcinolone acetonide 1,100 to 1,600 mcg). Baseline $FEV_1$ measurements were similar across treatments: fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, 2.23 L; fluticasone propionate 250 mcg, 2.12 L; salmeterol, 2.20 L; and placebo, 2.19 L.

Efficacy results in this trial were similar to those observed in Trial 1. Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had significantly greater improvements in $FEV_1$ (0.48 L, 23%) compared with fluticasone propionate 250 mcg (0.25 L, 13%), salmeterol (0.05 L, 4%), and placebo (decrease of 0.11 L, decrease of 5%). Statistically significantly fewer subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg were withdrawn from this trial for worsening asthma (4%) compared with fluticasone propionate (22%), salmeterol (38%), and placebo (62%). In addition, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was superior to fluticasone propionate, salmeterol, and placebo for improvements in morning and evening PEF. Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg also had clinically meaningful improvements in overall asthma-specific quality of life as described in Trial 1 (difference in AQLQ score of 1.29 compared with placebo).

Trial 3: Clinical Trial with Fluticasone Propionate and Salmeterol Inhalation Powder 500 mcg/50 mcg: This 28-week, non-U.S. trial compared fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg with fluticasone propionate 500 mcg alone and concurrent therapy (salmeterol 50 mcg plus fluticasone propionate 500 mcg administered from separate inhalers) twice daily in 503 subjects with asthma using ICS (daily doses of beclomethasone dipropionate 1,260 to 1,680 mcg; budesonide 1,500 to 2,000 mcg; flunisolide 1,500 to 2,000 mcg; or fluticasone propionate inhalation aerosol 660 to 880 mcg [750 to 1,000 mcg inhalation powder]). The primary efficacy parameter, morning PEF, was collected daily for the first 12 weeks of the trial. The primary purpose of weeks 13 to 28 was to collect safety data.

Baseline PEF measurements were similar across treatments: fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, 359 L/min; fluticasone propionate 500 mcg, 351 L/min; and concurrent therapy, 345 L/min. Morning PEF improved significantly with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with fluticasone propionate 500 mcg over the 12-week treatment period. Improvements in morning PEF observed with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg were similar to improvements observed with concurrent therapy.

*Onset of Action and Progression of Improvement in Asthma Control:* The onset of action and progression of improvement in asthma control were evaluated in the 2 placebo-controlled U.S. trials. Following the first dose, the median time to onset of clinically significant bronchodilation (≥ 15% improvement in $FEV_1$) in most subjects was seen within 30 to 60 minutes. Maximum improvement in $FEV_1$ generally occurred within 3 hours,

34

and clinically significant improvement was maintained for 12 hours (Figure 2). Following the initial dose, predose $FEV_1$ relative to Day 1 baseline improved markedly over the first week of treatment and continued to improve over the 12 weeks of treatment in both trials. No diminution in the 12-hour bronchodilator effect was observed with either fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg (Figures 2 and 3) or fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg as assessed by $FEV_1$ following 12 weeks of therapy.

**Figure 2. Percent Change in Serial 12-Hour $FEV_1$ in Subjects with Asthma Previously Using Either Inhaled Corticosteroids or Salmeterol (Trial 1)**



**Figure 3. Percent Change in Serial 12-Hour $FEV_1$ in Subjects with Asthma Previously Using Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

35



Reduction in asthma symptoms and use of rescue VENTOLIN Inhalation Aerosol and improvement in morning and evening PEF also occurred within the first day of treatment with fluticasone propionate and salmeterol inhalation powder, and continued to improve over the 12 weeks of therapy in both trials.

Pediatric Subjects: In a 12-week U.S. trial, fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg twice daily was compared with fluticasone propionate inhalation powder 100 mcg twice daily in 203 children with asthma aged 4 to 11 years. At trial entry, the children were symptomatic on low doses of ICS (beclomethasone dipropionate 252 to 336 mcg/day; budesonide 200 to 400 mcg/day; flunisolide 1,000 mcg/day; triamcinolone acetonide 600 to 1,000 mcg/day; or fluticasone propionate 88 to 250 mcg/day). The primary objective of this trial was to determine the safety of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg compared with fluticasone propionate inhalation powder 100 mcg in this age group; however, the trial also included secondary efficacy measures of pulmonary function. Morning predose $FEV_1$ was obtained at baseline and Endpoint (last available $FEV_1$ result) in children aged 6 to 11 years. In subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, $FEV_1$ increased from 1.70 L at baseline (n = 79) to 1.88 L at Endpoint (n = 69) compared with an increase from 1.65 L at baseline (n = 83) to 1.77 L at Endpoint (n = 75) in subjects receiving fluticasone propionate 100 mcg.

36

The findings of this trial, along with extrapolation of efficacy data from subjects aged 12 years and older, support the overall conclusion that fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg is efficacious in the treatment of asthma in subjects aged 4 to 11 years.

## 14.2    Chronic Obstructive Pulmonary Disease

The efficacy of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg and fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg in the treatment of subjects with COPD was evaluated in 6 randomized, double-blind, parallel-group clinical trials in adult subjects aged 40 years and older. These trials were primarily designed to evaluate the efficacy of fluticasone propionate and salmeterol inhalation powder on lung function (3 trials), exacerbations (2 trials), and survival (1 trial).

*Lung Function:* Two (2) of the 3 clinical trials primarily designed to evaluate the efficacy of fluticasone propionate and salmeterol inhalation powder on lung function were conducted in 1,414 subjects with COPD associated with chronic bronchitis. In these 2 trials, all the subjects had a history of cough productive of sputum that was not attributable to another disease process on most days for at least 3 months of the year for at least 2 years. The trials were randomized, double-blind, parallel-group, 24-week treatment duration. One (1) trial evaluated the efficacy of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg compared with its components fluticasone propionate 250 mcg and salmeterol 50 mcg and with placebo, and the other trial evaluated the efficacy of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with its components fluticasone propionate 500 mcg and salmeterol 50 mcg and with placebo. Trial treatments were inhalation powders given as 1 inhalation from the dry powder inhaler twice daily. Maintenance COPD therapies were discontinued, with the exception of theophylline. The subjects had a mean pre-bronchodilator $FEV_1$ of 41% and 20% reversibility at trial entry. Percent reversibility was calculated as 100 times ($FEV_1$ post-albuterol minus $FEV_1$ pre-albuterol)/$FEV_1$ pre-albuterol.

Improvements in lung function (as defined by predose and postdose $FEV_1$) were significantly greater with fluticasone propionate and salmeterol inhalation powder than with fluticasone propionate, salmeterol, or placebo. The improvement in lung function with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was similar to the improvement seen with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg.

Figures 4 and 5 display predose and 2-hour postdose, respectively, $FEV_1$ results for the trial with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg. To account for subject withdrawals during the trial, $FEV_1$ at Endpoint (last evaluable $FEV_1$) was evaluated. Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had significantly greater improvements in predose $FEV_1$ at Endpoint (165 mL, 17%) compared with salmeterol 50 mcg (91 mL, 9%) and placebo (1 mL, 1%), demonstrating the contribution of fluticasone propionate to the improvement in lung function with fluticasone propionate and salmeterol inhalation powder (Figure 4). Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had significantly greater improvements in postdose $FEV_1$ at Endpoint (281 mL, 27%) compared with fluticasone propionate 250 mcg (147 mL, 14%) and placebo (58 mL, 6%), demonstrating the contribution of salmeterol to the improvement in lung function with fluticasone propionate and salmeterol inhalation powder (Figure 5).

## Figure 4. Predose $FEV_1$: Mean Percent Change from Baseline in Subjects with Chronic Obstructive Pulmonary Disease

37



**Figure 5. Two-Hour Postdose FEV₁: Mean Percent Changes from Baseline over Time in Subjects with Chronic Obstructive Pulmonary Disease**



FDA-FLORIDA-004157

The third trial was a 1-year trial that evaluated fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, and placebo in 1,465 subjects. The subjects had an established history of COPD and exacerbations, a pre-bronchodilator $FEV_1 < 70\%$ of predicted at trial entry, and 8.3% reversibility. The primary endpoint was the comparison of pre-bronchodilator $FEV_1$ in the groups receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg or placebo. Subjects treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg had greater improvements in $FEV_1$ (113 mL, 10%) compared with fluticasone propionate 500 mcg (7 mL, 2%), salmeterol (15 mL, 2%), and placebo (-60 mL, -3%).

***Exacerbations:*** Two (2) trials were primarily designed to evaluate the effect of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg on exacerbations. In these 2 trials, exacerbations were defined as worsening of 2 or more major symptoms (dyspnea, sputum volume, and sputum purulence) or worsening of any 1 major symptom together with any 1 of the following minor symptoms: sore throat, colds (nasal discharge and/or nasal congestion), fever without other cause, and increased cough or wheeze for at least 2 consecutive days. COPD exacerbations were considered of moderate severity if treatment with systemic corticosteroids and/or antibiotics was required and were considered severe if hospitalization was required.

Exacerbations were also evaluated as a secondary outcome in the 1- and 3-year trials with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg. There was not a symptomatic definition of exacerbation in these 2 trials. Exacerbations were defined in terms of severity requiring treatment with antibiotics and/or systemic corticosteroids (moderately severe) or requiring hospitalization (severe).

The 2 exacerbation trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg were identical trials designed to evaluate the effect of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg and salmeterol 50 mcg, each given twice daily, on exacerbations of COPD over a 12-month period. A total of 1,579 subjects had an established history of COPD (but no other significant respiratory disorders). Subjects had a pre-bronchodilator $FEV_1$ of 33% of predicted, a mean reversibility of 23% at baseline, and a history of $\geq 1$ COPD exacerbation in the previous year that was moderate or severe. All subjects were treated with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily during a 4-week run-in period prior to being assigned trial treatment with twice-daily fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg or salmeterol 50 mcg. In both trials, treatment with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg resulted in a significantly lower annual rate of moderate/severe COPD exacerbations compared with salmeterol (30.5% reduction [95% CI: 17.0, 41.8], $P < 0.001$) in the first trial and (30.4% reduction [95% CI: 16.9, 41.7], $P < 0.001$) in the second trial. Subjects treated with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg also had a significantly lower annual rate of exacerbations requiring treatment with oral corticosteroids compared with subjects treated with salmeterol (39.7% reduction [95% CI: 22.8, 52.9], $P < 0.001$) in the first trial and (34.3% reduction [95% CI: 18.6, 47.0], $P < 0.001$) in the second trial. Secondary endpoints including pulmonary function and symptom scores improved more in subjects treated with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg than with salmeterol 50 mcg in both trials.

Exacerbations were evaluated in the 1- and the 3-year trials with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg as 1 of the secondary efficacy endpoints. In the 1-year trial, the group receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg had a significantly lower rate of moderate and severe exacerbations compared with placebo (25.4% reduction compared with placebo [95% CI: 13.5, 35.7]) but not when compared with its components (7.5% reduction compared with fluticasone propionate [95% CI: -7.3, 20.3] and 7% reduction compared with salmeterol [95% CI: -8.0, 19.9]). In the 3-year trial, the group receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg had a significantly lower rate of moderate and severe exacerbations compared with each of the other treatment groups

39

(25.1% reduction compared with placebo [95% CI: 18.6, 31.1], 9.0% reduction compared with fluticasone propionate [95% CI: 1.2, 16.2], and 12.2% reduction compared with salmeterol [95% CI: 4.6, 19.2]).

There were no trials conducted to directly compare the efficacy of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg on exacerbations. Across trials, the reduction in exacerbations seen with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was not greater than the reduction in exacerbations seen with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg.

*Survival:* A 3-year multicenter, international trial evaluated the efficacy of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with fluticasone propionate 500 mcg, salmeterol 50 mcg, and placebo on survival in 6,112 subjects with COPD. During the trial subjects were permitted usual COPD therapy with the exception of other ICS and long-acting bronchodilators. The subjects were aged 40 to 80 years with an established history of COPD, a pre-bronchodilator $FEV_1$ < 60% of predicted at trial entry, and < 10% of predicted reversibility. Each subject who withdrew from double-blind treatment for any reason was followed for the full 3-year trial period to determine survival status. The primary efficacy endpoint was all-cause mortality. Survival with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was not significantly improved compared with placebo or the individual components (all-cause mortality rate 12.6% fluticasone propionate and salmeterol inhalation powder versus 15.2% placebo). The rates for all-cause mortality were 13.5% and 16.0% in the groups treated with salmeterol 50 mcg and fluticasone propionate 500 mcg, respectively. Secondary outcomes, including pulmonary function (post-bronchodilator $FEV_1$), improved with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, salmeterol 50 mcg, and fluticasone propionate 500 mcg compared with placebo.

## 16    HOW SUPPLIED/STORAGE AND HANDLING

This Drug was imported from Canada without the authorization of Mylan™ under the State of Florida Section 804 Importation Program.

Imported By
LifeScience Logistics LLC
Lakeland, FL 33815

Wixela™ Inhub™ 100/50 is supplied as a disposable grey colored plastic dry powder inhaler containing two foil sealed discs, providing a total of 60 pre-metered doses. The inhaler is packaged in a moisture-protective foil pouch.

NDC 42067-xxxx-xx
carton containing one dry powder inhaler

Wixela™ Inhub™ 250/50 is supplied as a disposable grey colored plastic dry powder inhaler containing two foil sealed discs, providing a total of 60 pre-metered doses. The inhaler is packaged in a moisture-protective foil pouch.

NDC 42067-xxxx-xx
carton containing one dry powder inhaler

Wixela™ Inhub™ 500/50 is supplied as a disposable grey colored plastic dry powder inhaler containing two foil sealed discs, providing a total of 60 pre-metered doses. The inhaler is packaged in a moisture-protective foil pouch.

FDA-FLORIDA-004159

NDC 42067-xxxx-xx
carton containing one dry powder inhaler

**Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]**

**Store in a dry place away from direct heat and sunlight.**

**Keep this and all medication out of the reach of children.**

Wixela™ Inhub™ should be stored inside the unopened moisture-protective foil pouch and only removed from the pouch immediately before initial use. Discard Wixela™ Inhub™ 1 month after opening the foil pouch or when the counter reads "0" (after all doses have been used), whichever comes first. The inhaler is not reusable. Do not attempt to take the inhaler apart.

## 17    PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information and Instructions for Use).

***Serious Asthma-Related Events:*** Inform patients with asthma that LABA when used alone increases the risk of asthma-related hospitalization or asthma-related death. Available data show that when ICS and LABA are used together, such as with Wixela™ Inhub™, there is not a significant increase in the risk of these events.

***Not for Acute Symptoms:*** Inform patients that Wixela™ Inhub™ is not meant to relieve acute asthma symptoms or exacerbations of COPD and extra doses should not be used for that purpose. Advise patients to treat acute symptoms with an inhaled, short-acting beta$_2$-agonist such as albuterol. Provide patients with such medication and instruct them in how it should be used.

Instruct patients to seek medical attention immediately if they experience any of the following:
*   Decreasing effectiveness of inhaled, short-acting beta$_2$-agonists
*   Need for more inhalations than usual of inhaled, short-acting beta$_2$-agonists
*   Significant decrease in lung function as outlined by the physician

Tell patients they should not stop therapy with Wixela™ Inhub™ without physician/provider guidance since symptoms may recur after discontinuation.

***Do Not Use Additional Long-acting Beta$_2$-agonists:*** Instruct patients not to use other LABA for asthma and COPD.

***Local Effects:*** Inform patients that localized infections with *Candida albicans* occurred in the mouth and pharynx in some patients. If oropharyngeal candidiasis develops, treat it with appropriate local or systemic (i.e., oral) antifungal therapy while still continuing therapy with Wixela™ Inhub™, but at times therapy with Wixela™ Inhub™ may need to be temporarily interrupted under close medical supervision. Advise patients to rinse the mouth with water without swallowing after inhalation to help reduce the risk of thrush.

***Pneumonia:*** Patients with COPD have a higher risk of pneumonia; instruct them to contact their healthcare providers if they develop symptoms of pneumonia.

***Immunosuppression:*** Warn patients who are on immunosuppressant doses of corticosteroids to avoid exposure

41

**FDA-FLORIDA-004160**

to chickenpox or measles and, if exposed, to consult their physicians without delay. Inform patients of potential worsening of existing tuberculosis; fungal, bacterial, viral, or parasitic infections; or ocular herpes simplex.

***Hypercorticism and Adrenal Suppression:*** Advise patients that Wixela™ Inhub™ may cause systemic corticosteroid effects of hypercorticism and adrenal suppression. Additionally, inform patients that deaths due to adrenal insufficiency have occurred during and after transfer from systemic corticosteroids. Patients should taper slowly from systemic corticosteroids if transferring to Wixela™ Inhub™.

42

FDA-FLORIDA-004161

***Immediate Hypersensitivity Reactions:*** Advise patients that immediate hypersensitivity reactions (e.g., urticaria, angioedema, rash, bronchospasm, hypotension), including anaphylaxis, may occur after administration of Wixela™ Inhub™. Patients should discontinue Wixela™ Inhub™ if such reactions occur. There have been reports of anaphylactic reactions in patients with severe milk protein allergy after inhalation of powder products containing lactose; therefore, patients with severe milk protein allergy should not take Wixela™ Inhub™.

***Reduction in Bone Mineral Density:*** Advise patients who are at an increased risk for decreased BMD that the use of corticosteroids may pose an additional risk.

***Reduced Growth Velocity:*** Inform patients that orally inhaled corticosteroids, including fluticasone propionate, may cause a reduction in growth velocity when administered to pediatric patients. Physicians should closely follow the growth of children and adolescents taking corticosteroids by any route.

***Glaucoma and Cataracts:*** Advise patients that long-term use of ICS may increase the risk of some eye problems (cataracts or glaucoma); consider regular eye examinations.

***Risks Associated with Beta-agonist Therapy:*** Inform patients of adverse effects associated with $beta_2$-agonists, such as palpitations, chest pain, rapid heart rate, tremor, or nervousness.

FDA-FLORIDA-004162

**PATIENT INFORMATION**
**Wixela™ Inhub™ (wicks-EL-uh IN-hub)**
**(fluticasone propionate and**
**salmeterol inhalation powder, USP)**
**for oral inhalation use**

**What is Wixela™ Inhub™?**

- Wixela™ Inhub™ combines the inhaled corticosteroid (ICS) medicine fluticasone propionate and the long-acting beta$_2$-adrenergic agonist (LABA) medicine salmeterol.
  - ICS medicines such as fluticasone propionate help to decrease inflammation in the lungs. Inflammation in the lungs can lead to breathing problems.
  - LABA medicines such as salmeterol help the muscles around the airways in your lungs stay relaxed to prevent symptoms, such as wheezing, cough, chest tightness, and shortness of breath. These symptoms can happen when the muscles around the airways tighten. This makes it hard to breathe.
- **Wixela™ Inhub™ is not used to relieve sudden breathing problems** and will not replace a rescue inhaler.
- It is not known if Wixela™ Inhub™ is safe and effective in children younger than 4 years.
- Wixela™ Inhub™ is used for asthma and COPD as follows:

  **Asthma:**
  - Wixela™ Inhub™ is a prescription medicine used to control symptoms of asthma and to prevent symptoms such as wheezing in adults and children aged 4 years and older.
  - Wixela™ Inhub™ contains salmeterol, the same medicine found in SEREVENT® DISKUS® (salmeterol xinafoate inhalation powder). LABA medicines such as salmeterol when used alone increase the risk of hospitalizations and death from asthma problems. Wixela™ Inhub™ contains an ICS and a LABA. When an ICS and LABA are used together there is not a significant increased risk in hospitalizations and death from asthma problems.
  - Wixela™ Inhub™ is not for adults and children with asthma who are well controlled with an asthma control medicine, such as a low to medium dose of an ICS medicine. Wixela™ Inhub™ is for adults and children with asthma who need both an ICS and LABA medicine.

  **COPD:**
  Wixela™ Inhub™ 250/50 is a prescription medicine used to treat COPD. COPD is a chronic lung disease that includes chronic bronchitis, emphysema, or both. Wixela™ Inhub™ 250/50 is used long term as 1 inhalation 2 times each day to improve symptoms of COPD for better breathing and to reduce the number of flare-ups (the worsening of your COPD symptoms for several days).

**Do not use Wixela™ Inhub™:**

- to relieve sudden breathing problems.
- as a rescue inhaler.
- if you have a severe allergy to milk proteins. Ask your healthcare provider if you are not sure.
- if you are allergic to fluticasone propionate, salmeterol, or any of the ingredients in Wixela™ Inhub™. See the end of this Patient Information for a complete list of ingredients in Wixela™ Inhub™.

**Before using Wixela™ Inhub™, tell your healthcare provider about all of your medical conditions, including if you:**

- have heart problems.
- have high blood pressure.
- have seizures.
- have thyroid problems.
- have diabetes.
- have liver problems.
- have weak bones (osteoporosis).
- have an immune system problem.
- have or have had eye problems such as glaucoma, increased pressure in your eye, cataracts, or other changes in vision.
- are allergic to milk proteins.
- have any type of viral, bacterial, or fungal infection.
- are exposed to chickenpox or measles.

44

- are pregnant or plan to become pregnant. It is not known if Wixela™ Inhub™ may harm your unborn baby.
- are breastfeeding. It is not known if the medicines in Wixela™ Inhub™ pass into your milk and if they can harm your baby.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements. Wixela™ Inhub™ and certain other medicines may interact with each other. This may cause serious side effects. Especially tell your healthcare provider if you take antifungal or anti-HIV medicines. Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

---

**How should I use Wixela™ Inhub™?**

**Read the step-by-step instructions for using Wixela™ Inhub™ at the end of this Patient Information.**

- **Do not** use Wixela™ Inhub™ unless your healthcare provider has taught you how to use the inhaler and you understand how to use it correctly.
- Children should use Wixela™ Inhub™ with an adult's help, as instructed by the child's healthcare provider.
- Wixela™ Inhub™ comes in 3 different strengths. Your healthcare provider prescribed the strength that is best for you.
- Use Wixela™ Inhub™ exactly as your healthcare provider tells you to use it. **Do not** use Wixela™ Inhub™ more often than prescribed.
- Use 1 inhalation of Wixela™ Inhub™ 2 times each day. Use Wixela™ Inhub™ at the same time each day, about 12 hours apart.
- If you miss a dose of Wixela™ Inhub™, just skip that dose. Take your next dose at your usual time. Do not take 2 doses at 1 time.
- If you take too much Wixela™ Inhub™, call your healthcare provider or go to the nearest hospital emergency room right away if you have any unusual symptoms, such as worsening shortness of breath, chest pain, increased heart rate, or shakiness.
- **Do not use other medicines that contain a LABA for any reason.** Ask your healthcare provider or pharmacist if any of your other medicines are LABA medicines.
- **Do not** stop using Wixela™ Inhub™, even if you are feeling better, unless your healthcare provider tells you to.
- **Wixela™ Inhub™ does not relieve sudden breathing problems.** Always have a rescue inhaler with you to treat sudden symptoms. If you do not have a rescue inhaler, call your healthcare provider to have one prescribed for you.
- Rinse your mouth with water **without swallowing** after each dose of Wixela™ Inhub™. This will help lessen the chance of getting a yeast infection (thrush) in your mouth and throat.

- Call your healthcare provider or get medical care right away if:
  - your breathing problems get worse.
  - you need to use your rescue inhaler more often than usual.
  - your rescue inhaler does not work as well to relieve your symptoms.
  - you need to use 4 or more inhalations of your rescue inhaler in 24 hours for 2 or more days in a row.
  - you use 1 whole canister of your rescue inhaler in 8 weeks.
  - your peak flow meter results decrease. Your healthcare provider will tell you the numbers that are right for you.
  - you have asthma and your symptoms do not improve after using Wixela™ Inhub™ regularly for 1 week.

45

FDA-FLORIDA-004164

**What are the possible side effects of Wixela™ Inhub™?**
**Wixela™ Inhub™ can cause serious side effects, including:**

- **fungal infection in your mouth or throat (thrush).** Rinse your mouth with water **without swallowing** after using Wixela™ Inhub™ to help reduce your chance of getting thrush.
- **pneumonia.** People with COPD have a higher chance of getting pneumonia. Wixela™ Inhub™ may increase the chance of you getting pneumonia. Call your healthcare provider right away if you have any of the following symptoms:
  - o increase in mucus (sputum) production
  - o change in mucus color
  - o fever
  - o chills
  - o increased cough
  - o increased breathing problems
- **weakened immune system and increased chance of getting infections (immunosuppression)**
- **reduced adrenal function (adrenal insufficiency).** Adrenal insufficiency is a condition where the adrenal glands do not make enough steroid hormones. This can happen when you stop taking oral corticosteroid medicines (such as prednisone) and start taking a medicine containing an inhaled steroid (such as Wixela™ Inhub™). During this transition period when your body is under stress such as from fever, trauma (such as a car accident), infection, surgery, or worse COPD symptoms, adrenal insufficiency can get worse and may cause death.
  Symptoms of adrenal insufficiency include:
  - o feeling tired
  - o lack of energy
  - o weakness
  - o nausea and vomiting
  - o low blood pressure (hypotension)
- **sudden breathing problems immediately after inhaling your medicine.** If you have sudden breathing problems immediately after inhaling your medicine stop using Wixela™ Inhub™ and call your healthcare provider right away.
- **serious allergic reactions.** Call your healthcare provider or get emergency medical care if you get any of the following symptoms of a serious allergic reaction:
  - o rash
  - o hives
  - o swelling of your face, mouth, and tongue
  - o breathing problems
- **effects on heart**
  - o increased blood pressure
  - o a fast or irregular heartbeat
  - o chest pain
- **effects on nervous system**
  - o tremor
  - o nervousness
- **bone thinning or weakness (osteoporosis)**
- **slowed growth in children.** Your child's growth should be checked regularly by the healthcare provider while using Wixela™ Inhub™.
- **eye problems** including glaucoma, increased pressure in your eye, cataracts, or other changes in vision**.** You should have regular eye exams while using Wixela™ Inhub™.
- **changes in laboratory blood levels (sugar, potassium, certain types of white blood cells).**

**Common side effects of Wixela™ Inhub™ include:**
**Asthma:**

- upper respiratory tract infection
- throat irritation
- hoarseness and voice changes
- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- bronchitis
- cough
- headache
- nausea and vomiting

In children with asthma, infections in the ear, nose, and throat are common.

**COPD:**

- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- throat irritation
- hoarseness and voice changes
- viral respiratory infections
- headache
- muscle and bone pain

These are not all the possible side effects of Wixela™ Inhub™.

**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

46

**How should I store Wixela™ Inhub™?**

- Store Wixela™ Inhub™ at room temperature between 20° to 25°C (68° to 77°F). Keep in a dry place away from direct heat and sunlight.
- Store Wixela™ Inhub™ in the unopened foil pouch and only open when ready for use.
- Safely throw away Wixela™ Inhub™ in the trash 1 month after you open the foil pouch or when the counter reads **0**, whichever comes first.
- **Keep Wixela™ Inhub™ and all medicines out of the reach of children.**

**General information about the safe and effective use of Wixela™ Inhub™.**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. Do not use Wixela™ Inhub™ for a condition for which it was not prescribed. Do not give your Wixela™ Inhub™ to other people, even if they have the same symptoms that you have. It may harm them.

You can ask your healthcare provider or pharmacist for information about Wixela™ Inhub™ that was written for health professionals.

**What are the ingredients in Wixela™ Inhub™?**
**Active ingredients:** fluticasone propionate, salmeterol xinafoate
**Inactive ingredients:** lactose monohydrate (which contains milk proteins)
For more information about Wixela™ Inhub™, call Mylan at 1-877-446-3679 (1-877-4-INFO-RX).

This Patient Information has been approved by the U.S. Food and Drug Administration.

47

**FDA-FLORIDA-004166**

# Instructions For Use

## WIXELA™ INHUB™ (wicks-EL-uh IN-hub)
### (fluticasone propionate and salmeterol inhalation powder, USP)
### for oral inhalation use

Read this Instructions for Use before you start using WIXELA INHUB and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or treatment.

**Your WIXELA INHUB inhaler**

**Closed Position**                                    **Open Position**



Dosage

Dose
Counter

Grip



Air Vents

Yellow Lever

Mouthpiece Cover

Mouthpiece

**Figure A**                                    **Figure B**

**Important information about your WIXELA INHUB inhaler:**

- **WIXELA INHUB is for oral inhalation use only.**
- Take WIXELA INHUB out of the foil pouch just before you use it for the first time. Safely throw away the pouch. The INHUB will be in the closed position. **See Figure A.**
- Write the date you opened the foil pouch in the first blank line on the label. **See Figure B.**
- Write the "use by" date in the second blank line on the label. **See Figure B.** That date is 1 month after the date you wrote in the first line.
- The counter should read **60**. **See Figure A.**

**How to use your WIXELA INHUB inhaler**
**Follow these steps every time you use WIXELA INHUB.**

48



**Figure C**

# Step 1. Open your WIXELA INHUB.

- Hold the INHUB in one hand and with your other hand on the grip **lower** the mouthpiece cover from top to bottom. **See Figure C.**



**Figure D**

# Step 2. Push down the lever.

- Hold the INHUB in the **vertical** position. Push the yellow lever down to the end of the purple arrows (you may hear a click). **See Figure D.**
- The INHUB is now ready to use.

Follow the instructions below so you will not accidentally waste a dose:
- **Do not** close the INHUB.
- **Do not** move the lever on the INHUB once pushed down.



**Figure E**

# Step 3. Inhale your medicine.

- Before you breathe in your dose from the INHUB, breathe out (exhale) as long as you can while you hold the INHUB away from your mouth. **See Figure E.** Do not breathe into the mouthpiece.
- Put the mouthpiece to your lips. **See Figure F.** Breathe in quickly and deeply through the INHUB. Do not breathe in through your nose.
- Remove the INHUB from your mouth **and hold your breath for about 10 seconds,** or for as long as is comfortable for you.
- **Breathe out slowly for as long as you can. See Figure E.**
- The INHUB delivers your dose of medicine as a very fine powder that you may or may not taste or feel. **Do not** take an extra dose from the INHUB even if you do not taste or feel the medicine.



**Figure F**

# Step 4. Close the INHUB.

- Push the mouthpiece cover up to the closed position, this will automatically return the yellow lever to the start position. **See Figure G.** Make sure the INHUB is shut and you cannot see the mouthpiece.
- The dose counter will count down 1 dose as you close the mouthpiece cover. This will now tell you how many doses are left.
- The INHUB is now ready for you to take your next scheduled dose in about 12 hours. **When you are ready to take your next dose, repeat Steps 1 through 4.**



**Figure G**

# Step 5. Rinse your mouth.

- **Rinse your mouth with water after breathing in the medicine.** Spit out the water. **Do not** swallow it. **See Figure H.**



**Figure H**

49

## When should you get a refill?

**The dose counter on the INHUB shows you how many doses are left.**

  

Your dose counter will be set at **60** when you first receive your INHUB.

After you have taken 51 doses, a red indicator will be present. This indicator warns you there are **9** or fewer doses left and is a reminder to get a refill.

The dose counter will read **0** and the lever will not reach the end of the purple arrows when there are no doses remaining.

---

**For correct use of the INHUB, remember:**
- Hold your breath for about 10 seconds after inhaling. Then breathe out fully.
- After each dose, rinse your mouth with water and spit it out. **Do not** swallow the water.
- **Do not** take an extra dose, even if you did not taste or feel the powder.
- **Do not** take the INHUB apart.
- **Do not** wash the INHUB.
- Always keep the INHUB in a dry place.
- **Do not** use the INHUB with a spacer device.

For more information about WIXELA INHUB or how to use your inhaler, call Mylan at 1-877-446-3679 (1-877-4-INFO-RX).

The brands listed are trademarks of their respective owners.

Wixela™ and Inhub™ are trademarks of Mylan Pharmaceuticals Inc.
The Inhub™ device is patent protected. U.S. Pat. Nos. 7,401,713, 7,987,985, 8,181,645, 8,256,416, 8,528,549, 8,851,070, 9,056,175, 9,314,578, 9,399,103, D569,967, D560,793.
Pfizer Limited, Sandwich, Kent, CT13 9NJ, England, exclusively licensed to Mylan Pharmaceuticals Inc.

Copyright © 2019 Mylan Inc. All rights reserved.

This Instructions for Use has been approved by the U.S. Food and Drug Administration.



Manufactured for:
**Mylan Pharmaceuticals Inc.**
Morgantown, WV 26505 U.S.A.

FDA-FLORIDA-004169

Manufactured by:

**McDermott Laboratories Ltd.**

t/a Mylan Dublin Respiratory

Unit 25 Baldoyle Industrial Estate, Grange Road, Baldoyle, Dublin 13, Ireland

Revised: 1/2019

MDR:FPSX:R9/MDR:PI:FPSX:R4/MDR:IFU:FPSX:R5

51

FDA-FLORIDA-004170

Latest FDA Approved Label

**FDA-FLORIDA-004171**

**TABLE OF CONTENTS**

Mylan's Proposed Final Printed Carton 100/50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Mylan's Proposed Final Printed Foil Label 100/50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Mylan's Proposed Final Printed Inhaler Label 100/50 (Front Panel) . . . . . . . . . . . . . . . . . . . . . . . . . 4

Mylan's Proposed Final Printed Inhaler Label 100/50 (Back Panel) . . . . . . . . . . . . . . . . . . . . . . . . . 5

Mylan's Proposed Final Printed Carton 250/50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Mylan's Proposed Final Printed Foil Label 250/50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Mylan's Proposed Final Printed Inhaler Label 250/50 (Front Panel) . . . . . . . . . . . . . . . . . . . . . . . . . 8

Mylan's Proposed Final Printed Inhaler Label 250/50 (Back Panel) . . . . . . . . . . . . . . . . . . . . . . . . . 9

Mylan's Proposed Final Printed Carton 500/50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Mylan's Proposed Final Printed Foil Label 500/50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Mylan's Proposed Final Printed Inhaler Label 500/50 (Front Panel) . . . . . . . . . . . . . . . . . . . . . . . . 12

Mylan's Proposed Final Printed Inhaler Label 500/50 (Back Panel) . . . . . . . . . . . . . . . . . . . . . . . . 13

**FDA-FLORIDA-004172**

## Wixela™ Inhub™
(fluticasone propionate and salmeterol inhalation powder, USP)

**100/50**

### Remember:

- Dose counter will be set at **60** when you receive your INHUB.
- A red indicator will be present when there are **9** doses or fewer remaining.
- The dose counter will read **0** when there are no doses remaining.
- Hold your breath for about 10 seconds after inhaling. Then breathe out fully.
- After each dose, rinse your mouth with water and spit it out. **Do not** swallow the water.
- **Do not** take an extra dose, even if you did not taste or feel the powder.
- **Do not** take the INHUB apart.
- **Do not** wash the INHUB.
- Always keep the INHUB in a dry place.
- **Do not** use the INHUB with a spacer device.

---

NDC 0378-**9320**-32     Rx only

## Wixela™ Inhub™
(fluticasone propionate and salmeterol inhalation powder, USP)



**100/50**

**FOR ORAL INHALATION ONLY**
Each dose of inhalation powder contains 100 mcg of fluticasone propionate, USP and 72.5 mcg of salmeterol xinafoate, USP equivalent to 50 mcg of salmeterol base, with lactose.

One Inhub™ Inhalation Device
Containing 60 Doses of Inhalation Powder

**Mylan®**

---

Keep this and all medication out of the reach of children.
Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]
Store in a dry place away from direct heat and sunlight.

Discard the INHUB 1 month after removal from the foil pouch or after all inhalation powder has been used (when the dose counter reads "0"), whichever comes first.

**Dosage:** Use only as directed by your doctor.

**IMPORTANT:** Read the accompanying Patient Information and Instructions for Use carefully for further information.

Manufactured for:
**Mylan Pharmaceuticals Inc.**
Morgantown, WV 26505 U.S.A.
Made in Ireland

**Mylan®**
Mylan.com

MDR:9320:1C:R10



3   0378-9320-32   2

50070005

Copyright © 2019 Mylan Inc.
All rights reserved.

Wixela™ and Inhub™ are trademarks of Mylan Pharmaceuticals Inc.
Patented. See www.mylaninhub.com/patents. Pfizer Limited, exclusively licensed to Mylan Pharmaceuticals Inc.

VARNISH FREE AREA
for Lot number/Expiration date

---

## Instructions for using WIXELA INHUB

Read the Patient Information that comes with WIXELA INHUB before you start using it and each time you get a refill. There may be new information.



### Step 1. Open your WIXELA INHUB.
- Hold the INHUB in one hand and with your other hand on the grip **lower** the mouthpiece cover from top to bottom.



### Step 2. Push down the lever.
- Hold the INHUB in the **vertical** position. Push the yellow lever down to the end of the purple arrows (you may hear a click).



### Step 3. Inhale your medicine.
- Before you breathe in your dose from the INHUB, breathe out (exhale) as long as you can while you hold the INHUB away from your mouth. Do not breathe into the mouthpiece.
- Put the mouthpiece to your lips. Breathe in quickly and deeply through the INHUB. Do not breathe in through your nose.
- Remove the INHUB from your mouth and **hold your breath for about 10 seconds**, or for as long as is comfortable for you.
- **Breathe out slowly for as long as you can.**
- The INHUB delivers your dose of medicine as a very fine powder that you may or may not taste or feel. **Do not** take an extra dose from the INHUB even if you do not taste or feel the medicine.



### Step 4. Close the INHUB.
- Push the mouthpiece cover up to the closed position, this will automatically return the yellow lever to the start position. Make sure the INHUB is shut and you cannot see the mouthpiece.

### Step 5. Rinse your mouth.
- Rinse your mouth with water after breathing in the medicine. Spit out the water. **Do not** swallow it.

---

VARNISH FREE AREA





## Wixela™ Inhub™
(fluticasone propionate and salmeterol inhalation powder, USP)
**100/50**

FDA-FLORIDA-004173

**Wixela** Inhub 

(fluticasone
propionate and
salmeterol inhalation powder, USP)

**100/50**

**FOR ORAL INHALATION ONLY**

NDC 0378-9320-22
**Rx only**

Each dose of inhalation
powder contains 100 mcg
of fluticasone propionate, USP
and 72.5 mcg of salmeterol
xinafoate, USP equivalent to 50 mcg
of salmeterol base, with lactose.

**IMPORTANT:** Read the accompanying Patient Information
and Instructions for Use carefully before use.
Discard 1 month after removal from the foil pouch.
Fill in the dates on the inhaler label appropriately.
**Dosage:** Use only as directed by your doctor.
Keep this and all medication out of the reach of children.
Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]

Store in a dry place away from
direct heat and sunlight.

Varnish free area for
Lot number/Expiration date

N 3 0378-9320-32 2

One Inhub™ Inhalation Device
Containing 60 Doses of Inhalation Powder

50069595

Manufactured in India for:
Mylan Pharmaceuticals Inc.
Morgantown, WV 26505 U.S.A.
MDR:9320:1P:R5

Fonts:  Helvetica Neue LT Pro
Condensed  /  **Bold**

FDA-FLORIDA-004174





NDC 0378-9320-32

# Wixela™ Inhub™

(fluticasone propionate and salmeterol inhalation powder, USP)

**100/50**

Pouch opened: _____

Use by: _____

Discard 1 month after removal from the foil pouch.

MDR-9320.600.R2-A

Rx only

50066301

doses

◫ Mylan®

Helvetica Neue LT Pro
Condensed / Medium / **Medium Condensed** / **Bold**
6.97 to 4 pts  (vertical/horizontal scale from 145-90%)

(b) (4)

**FDA-FLORIDA-004175**



Helvetica Neue LT Pro
Condensed / Medium / Medium Condensed / **Bold**
5 pts to 4 pts (vertical/horizontal scale from 145–78%)

(b) (4)

**FDA-FLORIDA-004176**

**Wixela™ Inhub™**
(fluticasone propionate and salmeterol inhalation powder, USP)
**250/50**

NDC 0378-9321-32   Rx only

# Wixela™ Inhub™
## (fluticasone propionate and salmeterol inhalation powder, USP)
### 250/50

**FOR ORAL INHALATION ONLY**

Each dose of inhalation powder contains 250 mcg of fluticasone propionate, USP and 72.5 mcg of salmeterol xinafoate, USP equivalent to 50 mcg of salmeterol base, with lactose.

Manufactured by:
**Mylan Pharmaceuticals Inc.**
Morgantown, WV 26505 U.S.A.

Made in Ireland

**Mylan®**
Mylan.com

MDR:9321:1C:R10

One Inhub™ Inhalation Device
Containing 60 Doses of Inhalation Powder

**Mylan®**

**Wixela™ Inhub™**
(fluticasone propionate and salmeterol inhalation powder, USP)
**250/50**

**Remember:**

- Dose counter will be set at 60 when you receive your INHUB.
- A red indicator will be present when there are 9 doses or fewer remaining.
- The dose counter will read 0 when there are no doses remaining.
- Hold your breath for about 10 seconds after inhaling. Then breathe out fully.
- After each dose, rinse your mouth with water and spit it out. **Do not swallow** the water.
- **Do not** take an extra dose, even if you did not taste or feel the powder.
- **Do not** take the INHUB apart.
- **Do not** wash the INHUB.
- Always keep the INHUB in a dry place.
- **Do not** use the INHUB with a spacer device.

Keep this and all medication out of the reach of children.
Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]
Store in a dry place away from direct heat and sunlight.

Discard the INHUB 1 month after removal from the foil pouch or after all inhalation powder has been used (when the dose counter reads "0"), whichever comes first.

**Dosage:** Use only as directed by your doctor.

**IMPORTANT:** Read the accompanying Patient Information and Instructions for Use carefully for further information.

Copyright © 2019 Mylan Inc. All rights reserved.
Wixela™ and Inhub™ are trademarks of Mylan Pharmaceuticals Inc.
Patented. See wixelainhub.com/patents.
Pfizer Limited, exclusively licensed to Mylan Pharmaceuticals Inc.

VARNISH FREE AREA
for Lot number/Expiration date

50070004

N  3  0378-9321-32  9

## Instructions for using WIXELA INHUB
Read the Patient Information that comes with WIXELA INHUB before you start using it and each time you get a refill. There may be new information.



### Step 1. Open your WIXELA INHUB.
- Hold the INHUB in one hand and with your other hand on the grip **lower** the mouthpiece cover from top to bottom.



### Step 2. Push down the lever.
- Hold the INHUB in the **vertical** position. Push the yellow lever down to the end of the purple arrows (you may hear a click).



### Step 3. Inhale your medicine.
- Before you breathe in your dose from the INHUB, breathe out (exhale) as long as you can while you hold the INHUB away from your mouth. Do not breathe into the mouthpiece.
- Put the mouthpiece to your lips. Breathe in quickly and deeply through the INHUB. Do not breathe in through your nose.
- Remove the INHUB from your mouth **and hold your breath for about 10 seconds,** or for as long as is comfortable for you.
- **Breathe out slowly for as long as you can.**
- The INHUB delivers your dose of medicine as a very fine powder that you may or may not taste or feel. **Do not** take an extra dose from the INHUB even if you do not taste or feel the medicine.



### Step 4. Close the INHUB.
- Push the mouthpiece cover up to the closed position, this will automatically return the yellow lever to the start position. Make sure the INHUB is shut and you cannot see the mouthpiece.

### Step 5. Rinse your mouth.
- **Rinse** your mouth with water after breathing in the medicine. Spit out the water. Do not swallow it.

**Wixela™ Inhub™**
(fluticasone propionate and salmeterol inhalation powder, USP)
**250/50**

VARNISH FREE AREA







**Wixela™** Inhub

(fluticasone propionate and salmeterol inhalation powder, USP)

**250/50**

**FOR ORAL INHALATION ONLY**

NDC 0378-9321-32

**Rx only**

Each dose of inhalation powder contains 250 mcg of fluticasone propionate, USP and 72.5 mcg of salmeterol xinafoate, USP equivalent to 50 mcg of salmeterol base, with lactose.

**IMPORTANT:** Read the accompanying Patient Information and Instructions for Use carefully before use.
**Discard 1 month after removal from the foil pouch.**
**Fill in the dates on the inhaler label appropriately.**
**Dosage:** Use only as directed by your doctor.
Keep this and all medication out of the reach of children.
Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]

**Store in a dry place away from direct heat and sunlight.**

Varnish free area for
Lot number/Expiration date



3  0378-9321-32  9

**One Inhub™ Inhalation Device**
**Containing 60 Doses of Inhalation Powder**

50069596

Manufactured in Ireland for:
Mylan Pharmaceuticals Inc.
Morgantown, WV 26505 U.S.A.
MDR:9321:1P:R5

Fonts: Helvetica Neue LT Pro
Condensed / **Bold**

**FDA-FLORIDA-004178**



NDC 0378-9321-32

# Wixela™ Inhub

(fluticasone propionate and salmeterol inhalation powder, USP)

## 250/50

Pouch opened: _____
Use by: _____
Discard 1 month after removal from the foil pouch.

MDR-9321:600:R2-A

Rx only

50066300

doses

Ⓜ Mylan®

Helvetica Neue LT Pro
Condensed / Medium / **Medium Condensed** / **Bold**
6.97 to 4 pts (vertical/horizontal scale from 145-90%)

(b) (4)

**FDA-FLORIDA-004179**



Helvetica Neue LT Pro
Condensed / Medium / Medium Condensed / **Bold**
5 pts to 4 pts (vertical/horizontal scale from 145–78%)

FDA-FLORIDA-004180 (b) (4)

**Wixela™ Inhub**
(fluticasone
propionate
and salmeterol
inhalation powder, USP)
**500/50**



---

**Wixela™ Inhub**
(fluticasone
propionate
and salmeterol
inhalation powder, USP)
**500/50**

**Remember:**

- Dose counter will be set at **60** when you receive your INHUB.
- A red indicator will be present when there are **9** doses or fewer remaining.
- The dose counter will read **0** when there are no doses remaining.
- Hold your breath for about 10 seconds after inhaling. Then breathe out fully.
- After each dose, rinse your mouth with water and spit it out. **Do not** swallow the water.
- **Do not** take an extra dose, even if you did not taste or feel the powder.
- **Do not** take the INHUB apart.
- **Do not** wash the INHUB.
- Always keep the INHUB in a dry place.
- **Do not** use the INHUB with a spacer device.

---

NDC 0378-**9322**-32   Rx only

**Wixela™ Inhub**
(fluticasone
propionate
and salmeterol
inhalation powder, USP)
**500/50**

**FOR ORAL INHALATION ONLY**
Each dose of inhalation powder contains 500 mcg of fluticasone propionate, USP and 72.5 mcg of salmeterol xinafoate, USP equivalent to 50 mcg of salmeterol base, with lactose.

Manufactured for:
**Mylan Pharmaceuticals Inc.**
Morgantown, WV 26505 U.S.A.
Made in Ireland

**Mylan®**

One Inhub™ Inhalation Device
Containing 60 Doses of Inhalation Powder

---

Keep this and all medication out of the reach of children.
Store at 20° to 25°C (68° to 77°F).
[See USP Controlled Room Temperature.]
Store in a dry place away from direct heat and sunlight.

**Discard** the INHUB 1 month after removal from the foil pouch or after all inhalation powder has been used (when the dose counter reads "0"), whichever comes first.

**Dosage:** Use only as directed by your doctor.

**IMPORTANT:** Read the accompanying Patient Information and Instructions for Use carefully for further information.

Manufactured for:
**Mylan Pharmaceuticals Inc.**
Morgantown, WV 26505 U.S.A.
Made in Ireland

**Mylan®**
**Mylan.com**

MDR:9322:1C:R10

3  0378-9322-32  6

50070007

---

Copyright © 2019 Mylan Inc.
All rights reserved.
Wixela™ and Inhub™ are trademarks of Mylan Pharmaceuticals Inc.
Patented. See wixelainhub.com/patents.
Pfizer Limited, exclusively licensed to Mylan Pharmaceuticals Inc.

VARNISH FREE AREA
for Lot number/Expiration date



---

## Instructions for using WIXELA INHUB

Read the Patient Information that comes with WIXELA INHUB before you start using it and each time you get a refill. There may be new information.



**Step 1. Open your WIXELA INHUB.**

- Hold the INHUB in one hand and with your other hand on the grip **lower** the mouthpiece cover from top to bottom.



**Step 2. Push down the lever.**

- Hold the INHUB in the **vertical** position. Push the yellow lever down to the end of the purple arrows (you may hear a click).



**Step 3. Inhale your medicine.**

- Before you breathe in your dose from the INHUB, breathe out (exhale) as long as you can while you hold the INHUB away from your mouth. Do not breathe into the mouthpiece.
- Put the mouthpiece to your lips. Breathe in quickly and deeply through the INHUB. Do not breathe in through your nose.
- Remove the INHUB from your mouth and **hold your breath for about 10 seconds**, or for as long as is comfortable for you.
- **Breathe out slowly for as long as you can.**
- The INHUB delivers your dose of medicine as a very fine powder that you may or may not taste or feel. **Do not** take an extra dose from the INHUB even if you do not taste or feel the medicine.



**Step 4. Close the INHUB.**

- Push the mouthpiece cover up to the closed position, this will automatically return the yellow lever to the start position. Make sure the INHUB is shut and you cannot see the mouthpiece.



**Step 5. Rinse your mouth.**

- Rinse your mouth with water after breathing in the medicine. Spit out the water. **Do not** swallow it.

---

VARNISH FREE AREA



FDA-FLORIDA-004181

**Wixela™** Inhub

(fluticasone
propionate and
salmeterol inhalation powder, USP)

**500/50**

FOR ORAL INHALATION ONLY

NDC 0378-9322-32
**Rx only**

Each dose of inhalation
powder contains 500 mcg
of fluticasone propionate, USP
and 72.5 mcg of salmeterol
xinafoate, USP equivalent to 50 mcg
of salmeterol base, with lactose.

**IMPORTANT:** Read the accompanying Patient Information
and Instructions for Use carefully before use.
**Discard 1 month after removal from the foil pouch.**
**Fill in the dates on the inhaler label appropriately.**
**Dosage:** Use only as directed by your doctor.
**Keep this and all medication out of the reach of children.**
Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]
Store in a dry place away from
direct heat and sunlight.



Varnish free area for
Lot number/Expiration date

One Inhub™ Inhalation Device
Containing 60 Doses of Inhalation Powder

50069597

3   0378-9322-32   6

Manufactured in Ireland for:
Mylan Pharmaceuticals Inc.
Morgantown, WV 26505 U.S.A.
MDR:9322:1P:R5

Fonts:   Helvetica Neue LT Pro
Condensed / **Bold**
9.38 pts to 4.5 pts / Black

**FDA-FLORIDA-004182**



NDC 0378-9322-32

# Wixela™ Inhub™

(fluticasone propionate and salmeterol inhalation powder, USP)

## 500/50

Pouch opened: _____

Use by: _____

Discard 1 month after removal from the foil pouch.

MDR:9322600.02-A

Rx only

50066099

doses

⠀Ⅲ Mylan®

Helvetica Neue LT Pro
Condensed / Medium / Medium Condensed / **Bold**
6.97 to 4 pts. (vertical/horizontal scale from 145-90%)

(b) (4)

FDA-FLORIDA-004183



Do not exhale into
the mouthpiece.

Also contains lactose monohydrate. Read
the accompanying Patient Information and
Instructions for Use carefully before use.

**Wixela™**
Inhub®
(fluticasone
propionate and
salmeterol inhalation powder, USP)
**500/50**

Store at 20° to 25°C (68° to 77°F). Store in a dry place away from direct heat and sunlight.

Varnish free area for
Lot number/Expiration date

MOR6922-860FR6-B

500-685091

Manufactured in Ireland for
Mylan Pharmaceuticals Inc.
Morgantown, WV 26505 U S A

N3  0378-9322-32  6

Helvetica Neue LT Pro
Condensed / Medium / **Medium Condensed** / **Bold**
5 pts to 4 pts (vertical/horizontal scale from 145-78%)

**FDA-FLORIDA-004184**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use WIXELA™ INHUB™ safely and effectively. See full prescribing information for WIXELA™ INHUB™.**

**WIXELA™ INHUB™ (fluticasone propionate and salmeterol inhalation powder), for oral inhalation use**
**Initial U.S. Approval: 2000**

---------------------------**RECENT MAJOR CHANGES**-------------------------
Warnings and Precautions, Glaucoma and Cataracts (5.15)        1/2019
--------------------------**INDICATIONS AND USAGE**------------------------
Wixela™ Inhub™ is a combination product containing a corticosteroid and a long-acting beta$_2$-adrenergic agonist (LABA) indicated for:
• Twice-daily treatment of asthma in patients aged 4 years and older. (1.1)
• Maintenance treatment of airflow obstruction and reducing exacerbations in patients with chronic obstructive pulmonary disease (COPD). (1.2)

Important limitation of use: Not indicated for relief of acute bronchospasm. (1.1, 1.2)
----------------------**DOSAGE AND ADMINISTRATION** ---------------------
For oral inhalation only. (2)
• Treatment of asthma in patients aged 12 years and older: 1 inhalation of Wixela™ Inhub™ 100/50, Wixela™ Inhub™ 250/50, or Wixela™ Inhub™ 500/50 twice daily. Starting dosage is based on asthma severity. (2.1)
• Treatment of asthma in patients aged 4 to 11 years: 1 inhalation of Wixela™ Inhub™ 100/50 twice daily. (2.1)
• Maintenance treatment of COPD: 1 inhalation of Wixela™ Inhub™ 250/50 twice daily. (2.2)

--------------------**DOSAGE FORMS AND STRENGTHS** --------------------
Inhalation powder: Inhaler containing a combination of fluticasone propionate (100, 250, or 500 mcg) and salmeterol (50 mcg) as a powder formulation for oral inhalation. (3)
----------------------------**CONTRAINDICATIONS** ---------------------------
• Primary treatment of status asthmaticus or acute episodes of asthma or COPD requiring intensive measures. (4)
• Severe hypersensitivity to milk proteins or demonstrated hypersensitivity to fluticasone propionate, salmeterol, or any of the excipients. (4)

-----------------------**WARNINGS AND PRECAUTIONS** ---------------------
• LABA monotherapy increases the risk of serious asthma-related events. (5.1)
• Do not initiate in acutely deteriorating asthma or COPD. Do not use to treat acute symptoms. (5.2)
• Do not use in combination with an additional medicine containing a LABA because of risk of overdose. (5.3)
• *Candida albicans* infection of the mouth and pharynx may occur. Monitor patients periodically. Advise the patient to rinse his/her mouth with water without swallowing after inhalation to help reduce the risk. (5.4)
• Increased risk of pneumonia in patients with COPD. Monitor patients for signs and symptoms of pneumonia. (5.5)
• Potential worsening of infection (e.g., existing tuberculosis; fungal, bacterial, viral, or parasitic infections; ocular herpes simplex). Use with caution in patients with these infections. More serious or even fatal course of chickenpox or measles can occur in susceptible patients. (5.6)

• Risk of impaired adrenal function when transferring from systemic corticosteroids. Taper patients slowly from systemic corticosteroids if transferring to Wixela™ Inhub™. (5.7)
• Hypercorticism and adrenal suppression may occur with very high dosages or at the regular dosage in susceptible individuals. If such changes occur, discontinue Wixela™ Inhub™ slowly. (5.8)
• If paradoxical bronchospasm occurs, discontinue Wixela™ Inhub™ and institute alternative therapy. (5.10)
• Use with caution in patients with cardiovascular or central nervous system disorders because of beta-adrenergic stimulation. (5.12)
• Assess for decrease in bone mineral density initially and periodically thereafter. (5.13)
• Monitor growth of pediatric patients. (5.14)
• Glaucoma and cataracts may occur with long-term use of inhaled corticosteroids. Consider referral to an ophthalmologist in patients who develop ocular symptoms or use Wixela™ Inhub™ long term. (5.15)
• Be alert to eosinophilic conditions, hypokalemia, and hyperglycemia. (5.16, 5.18)
• Use with caution in patients with convulsive disorders, thyrotoxicosis, diabetes mellitus, and ketoacidosis. (5.17)

------------------------------**ADVERSE REACTIONS** ----------------------------
Most common adverse reactions (incidence ≥ 3%) include:
• Asthma: Upper respiratory tract infection or inflammation, pharyngitis, dysphonia, oral candidiasis, bronchitis, cough, headaches, nausea and vomiting. (6.1)
• COPD: Pneumonia, oral candidiasis, throat irritation, dysphonia, viral respiratory infections, headaches, musculoskeletal pain. (6.2)

**To report SUSPECTED ADVERSE REACTIONS, contact Mylan at 1-877-446-3679 (1-877-4-INFO-RX) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------------------------**DRUG INTERACTIONS**------------------------------
• Strong cytochrome P450 3A4 inhibitors (e.g., ritonavir, ketoconazole): Use not recommended. May increase risk of systemic corticosteroid and cardiovascular effects. (7.1)
• Monoamine oxidase inhibitors and tricyclic antidepressants: Use with extreme caution. May potentiate effect of salmeterol on vascular system. (7.2)
• Beta-blockers: Use with caution. May block bronchodilatory effects of beta-agonists and produce severe bronchospasm. (7.3)
• Diuretics: Use with caution. Electrocardiographic changes and/or hypokalemia associated with non–potassium-sparing diuretics may worsen with concomitant beta-agonists. (7.4)

----------------------**USE IN SPECIFIC POPULATIONS** ----------------------
Hepatic impairment: Monitor patients for signs of increased drug exposure. (8.6)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 1/2019**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***
**1    INDICATIONS AND USAGE**
      1.1    Treatment of Asthma
      1.2    Maintenance Treatment of Chronic Obstructive Pulmonary Disease
**2    DOSAGE AND ADMINISTRATION**
      2.1    Asthma
      2.2    Chronic Obstructive Pulmonary Disease
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
      5.1    Serious Asthma-Related Events - Hospitalizations, Intubations, Death
      5.2    Deterioration of Disease and Acute Episodes

      5.3    Excessive Use of Wixela™ Inhub™ and Use with Other Long-Acting Beta$_2$-agonists
      5.4    Local Effects of Inhaled Corticosteroids
      5.5    Pneumonia
      5.6    Immunosuppression
      5.7    Transferring Patients from Systemic Corticosteroid Therapy
      5.8    Hypercorticism and Adrenal Suppression
      5.9    Drug Interactions with Strong Cytochrome P450 3A4 Inhibitors
      5.10   Paradoxical Bronchospasm and Upper Airway Symptoms
      5.11   Immediate Hypersensitivity Reactions
      5.12   Cardiovascular and Central Nervous System Effects
      5.13   Reduction in Bone Mineral Density

FDA-FLORIDA-004185

5.14    Effect on Growth
5.15    Glaucoma and Cataracts
5.16    Eosinophilic Conditions and Churg-Strauss Syndrome
5.17    Coexisting Conditions
5.18    Hypokalemia and Hyperglycemia
6      ADVERSE REACTIONS
6.1    Clinical Trials Experience in Asthma
6.2    Clinical Trials Experience in Chronic Obstructive Pulmonary Disease
6.3    Postmarketing Experience
7      DRUG INTERACTIONS
7.1    Inhibitors of Cytochrome P450 3A4
7.2    Monoamine Oxidase Inhibitors and Tricyclic Antidepressants
7.3    Beta-adrenergic Receptor Blocking Agents
7.4    Non–Potassium-Sparing Diuretics
8      USE IN SPECIFIC POPULATIONS
8.1    Pregnancy
8.2    Lactation
8.4    Pediatric Use
8.5    Geriatric Use
8.6    Hepatic Impairment

8.7    Renal Impairment
10     OVERDOSAGE
10.1    Fluticasone Propionate
10.2    Salmeterol
11     DESCRIPTION
12     CLINICAL PHARMACOLOGY
12.1    Mechanism of Action
12.2    Pharmacodynamics
12.3    Pharmacokinetics
13     NONCLINICAL TOXICOLOGY
13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
13.2    Animal Toxicology and/or Pharmacology
14     CLINICAL STUDIES
14.1    Asthma
14.2    Chronic Obstructive Pulmonary Disease
16     HOW SUPPLIED/STORAGE AND HANDLING
17     PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed.

# FULL PRESCRIBING INFORMATION

## 1    INDICATIONS AND USAGE

### 1.1    Treatment of Asthma

Wixela™ Inhub™ is indicated for the twice-daily treatment of asthma in patients aged 4 years and older. Wixela™ Inhub™ should be used for patients not adequately controlled on a long-term asthma control medication such as an inhaled corticosteroid (ICS) or whose disease warrants initiation of treatment with both an ICS and long-acting beta$_2$-adrenergic agonist (LABA).

*Important Limitation of Use:* Wixela™ Inhub™ is NOT indicated for the relief of acute bronchospasm.

### 1.2    Maintenance Treatment of Chronic Obstructive Pulmonary Disease

Wixela™ Inhub™ 250/50 is indicated for the twice-daily maintenance treatment of airflow obstruction in patients with chronic obstructive pulmonary disease (COPD), including chronic bronchitis and/or emphysema. Wixela™ Inhub™ 250/50 is also indicated to reduce exacerbations of COPD in patients with a history of exacerbations. Wixela™ Inhub™ 250/50 twice daily is the only approved dosage for the treatment of COPD because an efficacy advantage of the higher strength Wixela™ Inhub™ 500/50 over Wixela™ Inhub™ 250/50 has not been demonstrated.

*Important Limitation of Use:* Wixela™ Inhub™ is NOT indicated for the relief of acute bronchospasm.

## 2    DOSAGE AND ADMINISTRATION

Wixela™ Inhub™ should be administered as 1 inhalation twice daily by the orally inhaled route only. After inhalation, the patient should rinse his/her mouth with water without swallowing to help reduce the risk of oropharyngeal candidiasis.

More frequent administration or a greater number of inhalations (more than 1 inhalation twice daily) of the prescribed strength of Wixela™ Inhub™ is not recommended as some patients are more likely to experience adverse effects with higher doses of salmeterol. Patients using Wixela™ Inhub™ should not use additional LABA for any reason. *[See Warnings and Precautions (5.3, 5.12).]*

### 2.1    Asthma

2

If asthma symptoms arise in the period between doses, an inhaled, short-acting beta$_2$-agonist should be taken for immediate relief.

***Adult and Adolescent Patients Aged 12 Years and Older:*** For patients aged 12 years and older, the dosage is 1 inhalation twice daily, approximately 12 hours apart.

When choosing the starting dosage strength of Wixela™ Inhub™, consider the patients' disease severity, based on their previous asthma therapy, including the ICS dosage, as well as the patients' current control of asthma symptoms and risk of future exacerbation.

The maximum recommended dosage is Wixela™ Inhub™ 500/50 twice daily.

Improvement in asthma control following inhaled administration of Wixela™ Inhub™ can occur within 30 minutes of beginning treatment, although maximum benefit may not be achieved for 1 week or longer after starting treatment. Individual patients will experience a variable time to onset and degree of symptom relief.

For patients who do not respond adequately to the starting dosage after 2 weeks of therapy, replacing the current strength of Wixela™ Inhub™ with a higher strength may provide additional improvement in asthma control.

If a previously effective dosage regimen fails to provide adequate improvement in asthma control, the therapeutic regimen should be reevaluated and additional therapeutic options (e.g., replacing the current strength of Wixela™ Inhub™ with a higher strength, adding additional ICS, initiating oral corticosteroids) should be considered.

***Pediatric Patients Aged 4 to 11 Years:*** For patients with asthma aged 4 to 11 years who are not controlled on an ICS, the dosage is 1 inhalation of Wixela™ Inhub™ 100/50 twice daily, approximately 12 hours apart.

## 2.2    Chronic Obstructive Pulmonary Disease
The recommended dosage for patients with COPD is 1 inhalation of Wixela™ Inhub™ 250/50 twice daily, approximately 12 hours apart.

If shortness of breath occurs in the period between doses, an inhaled, short-acting beta$_2$-agonist should be taken for immediate relief.

## 3    DOSAGE FORMS AND STRENGTHS
Inhalation powder: Inhaler containing two foil sealed discs, each containing 30 pre-metered doses of powder formulation for oral inhalation. Each of the 60 doses contains a combination of fluticasone propionate 100, 250, or 500 mcg and salmeterol 50 mcg per dose.

## 4    CONTRAINDICATIONS
The use of Wixela™ Inhub™ is contraindicated in the following conditions:
- Primary treatment of status asthmaticus or other acute episodes of asthma or COPD where intensive measures are required *[see Warnings and Precautions (5.2)].*
- Severe hypersensitivity to milk proteins or demonstrated hypersensitivity to fluticasone propionate, salmeterol, or any of the excipients *[see Warnings and Precautions (5.11), Adverse Reactions (6.3), Description (11)].*

## 5    WARNINGS AND PRECAUTIONS

3

FDA-FLORIDA-004187

## 5.1    Serious Asthma-Related Events – Hospitalizations, Intubations, Death

Use of LABA as monotherapy (without ICS) for asthma is associated with an increased risk of asthma-related death *[see Salmeterol Multicenter Asthma Research Trial (SMART)]*. Available data from controlled clinical trials also suggest that use of LABA as monotherapy increases the risk of asthma-related hospitalization in pediatric and adolescent patients. These findings are considered a class effect of LABA monotherapy. When LABA are used in fixed-dose combination with ICS, data from large clinical trials do not show a significant increase in the risk of serious asthma-related events (hospitalizations, intubations, death) compared with ICS alone *(see Serious Asthma-Related Events with Inhaled Corticosteroid/Long-acting Beta$_2$-adrenergic Agonists)*.

*Serious Asthma-Related Events with Inhaled Corticosteroid/Long-acting Beta$_2$-adrenergic Agonists:* Four (4) large, 26-week, randomized, double-blind, active-controlled clinical safety trials were conducted to evaluate the risk of serious asthma-related events when LABA were used in fixed-dose combination with ICS compared with ICS alone in subjects with asthma. Three (3) trials included adult and adolescent subjects aged 12 years and older: 1 trial compared fluticasone propionate/salmeterol inhalation powder with fluticasone propionate inhalation powder, 1 trial compared mometasone furoate/formoterol with mometasone furoate, and 1 trial compared budesonide/formoterol with budesonide. The fourth trial included pediatric subjects aged 4 to 11 years and compared fluticasone propionate/salmeterol inhalation powder with fluticasone propionate inhalation powder. The primary safety endpoint for all 4 trials was serious asthma-related events (hospitalizations, intubations, death). A blinded adjudication committee determined whether events were asthma related.

The 3 adult and adolescent trials were designed to rule out a risk margin of 2.0, and the pediatric trial was designed to rule out a risk margin of 2.7. Each individual trial met its pre-specified objective and demonstrated non-inferiority of ICS/LABA to ICS alone. A meta-analysis of the 3 adult and adolescent trials did not show a significant increase in risk of a serious asthma-related event with ICS/LABA fixed-dose combination compared with ICS alone (Table 1). These trials were not designed to rule out all risk for serious asthma-related events with ICS/LABA compared with ICS.

**Table 1. Meta-analysis of Serious Asthma-Related Events in Subjects with Asthma Aged 12 Years and Older**

|  | ICS/LABA (n = 17,537)[a] | ICS (n = 17,552)[a] | ICS/LABA vs. ICS Hazard Ratio (95% CI)[b] |
|---|---|---|---|
| Serious asthma-related event[c] | 116 | 105 | 1.10 (0.85, 1.44) |
| Asthma-related death | 2 | 0 | |
| Asthma-related intubation (endotracheal) | 1 | 2 | |
| Asthma-related hospitalization (≥ 24-hour stay) | 115 | 105 | |

ICS = Inhaled Corticosteroid, LABA = Long-acting Beta$_2$-adrenergic Agonist.
[a]  Randomized subjects who had taken at least 1 dose of study drug. Planned treatment used for analysis.
[b]  Estimated using a Cox proportional hazards model for time to first event with baseline hazards stratified by each of the 3 trials.
[c]  Number of subjects with event that occurred within 6 months after the first use of study drug or 7 days after the last date of study drug, whichever date was later. Subjects can have one or more events, but only the first event was counted for analysis. A single, blinded, independent adjudication committee determined whether events were asthma related.

The pediatric safety trial included 6,208 pediatric subjects aged 4 to 11 years who received ICS/LABA (fluticasone propionate/salmeterol inhalation powder) or ICS (fluticasone propionate inhalation powder). In this trial, 27/3,107 (0.9%) subjects randomized to ICS/LABA and 21/3,101 (0.7%) subjects randomized to ICS experienced a serious asthma-related event. There were no asthma-related deaths or intubations. ICS/LABA did not show a significantly increased risk of a serious asthma-related event compared with ICS based on the pre-specified risk margin (2.7), with an estimated hazard ratio of time to first event of 1.29 (95% CI: 0.73, 2.27).

4

*Salmeterol Multicenter Asthma Research Trial (SMART):* A 28-week, placebo-controlled, U.S. trial that compared the safety of salmeterol with placebo, each added to usual asthma therapy, showed an increase in asthma-related deaths in subjects receiving salmeterol (13/13,176 in subjects treated with salmeterol versus 3/13,179 in subjects treated with placebo; relative risk: 4.37 [95% CI: 1.25, 15.34]). Use of background ICS was not required in SMART. The increased risk of asthma-related death is considered a class effect of LABA monotherapy.

## 5.2     Deterioration of Disease and Acute Episodes

Wixela™ Inhub™ should not be initiated in patients during rapidly deteriorating or potentially life-threatening episodes of asthma or COPD. Wixela™ Inhub™ has not been studied in subjects with acutely deteriorating asthma or COPD. The initiation of Wixela™ Inhub™ in this setting is not appropriate.

Serious acute respiratory events, including fatalities, have been reported when salmeterol, a component of Wixela™ Inhub™, has been initiated in patients with significantly worsening or acutely deteriorating asthma. In most cases, these have occurred in patients with severe asthma (e.g., patients with a history of corticosteroid dependence, low pulmonary function, intubation, mechanical ventilation, frequent hospitalizations, previous life-threatening acute asthma exacerbations) and in some patients with acutely deteriorating asthma (e.g., patients with significantly increasing symptoms; increasing need for inhaled, short-acting beta$_2$-agonists; decreasing response to usual medications; increasing need for systemic corticosteroids; recent emergency room visits; deteriorating lung function). However, these events have occurred in a few patients with less severe asthma as well. It was not possible from these reports to determine whether salmeterol contributed to these events.

Increasing use of inhaled, short-acting beta$_2$-agonists is a marker of deteriorating asthma. In this situation, the patient requires immediate reevaluation with reassessment of the treatment regimen, giving special consideration to the possible need for replacing the current strength of Wixela™ Inhub™ with a higher strength, adding additional ICS, or initiating systemic corticosteroids. Patients should not use more than 1 inhalation twice daily of Wixela™ Inhub™.

Wixela™ Inhub™ should not be used for the relief of acute symptoms, i.e., as rescue therapy for the treatment of acute episodes of bronchospasm. Wixela™ Inhub™ has not been studied in the relief of acute symptoms and extra doses should not be used for that purpose. Acute symptoms should be treated with an inhaled, short-acting beta$_2$-agonist.

When beginning treatment with Wixela™ Inhub™, patients who have been taking oral or inhaled, short-acting beta$_2$-agonists on a regular basis (e.g., 4 times a day) should be instructed to discontinue the regular use of these drugs.

## 5.3     Excessive Use of Wixela™ Inhub™ and Use with Other Long-acting Beta$_2$-agonists

Wixela™ Inhub™ should not be used more often than recommended, at higher doses than recommended, or in conjunction with other medicines containing LABA, as an overdose may result. Clinically significant cardiovascular effects and fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs. Patients using Wixela™ Inhub™ should not use another medicine containing a LABA (e.g., salmeterol, formoterol fumarate, arformoterol tartrate, indacaterol) for any reason.

## 5.4     Local Effects of Inhaled Corticosteroids

In clinical trials, the development of localized infections of the mouth and pharynx with *Candida albicans* has occurred in subjects treated with fluticasone propionate and salmeterol inhalation powder. When such an infection develops, it should be treated with appropriate local or systemic (i.e., oral) antifungal therapy while treatment with Wixela™ Inhub™ continues, but at times therapy with Wixela™ Inhub™ may need to be

5

interrupted. Advise the patient to rinse his/her mouth with water without swallowing following inhalation to help reduce the risk of oropharyngeal candidiasis.

## 5.5   Pneumonia

Physicians should remain vigilant for the possible development of pneumonia in patients with COPD as the clinical features of pneumonia and exacerbations frequently overlap.

Lower respiratory tract infections, including pneumonia, have been reported in patients with COPD following the inhaled administration of corticosteroids, including fluticasone propionate and fluticasone propionate and salmeterol inhalation powder. In 2 replicate 1-year trials in 1,579 subjects with COPD, there was a higher incidence of pneumonia reported in subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg (7%) than in those receiving salmeterol 50 mcg (3%). The incidence of pneumonia in the subjects treated with fluticasone propionate and salmeterol inhalation powder was higher in subjects older than 65 years (9%) compared with the incidence in subjects younger than 65 years (4%). *[See Adverse Reactions (6.2), Use in Specific Populations (8.5).]*

In a 3-year trial in 6,184 subjects with COPD, there was a higher incidence of pneumonia reported in subjects receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with placebo (16% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, 14% with fluticasone propionate 500 mcg, 11% with salmeterol 50 mcg, and 9% with placebo). Similar to what was seen in the 1-year trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, the incidence of pneumonia was higher in subjects older than 65 years (18% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 10% with placebo) compared with subjects younger than 65 years (14% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 8% with placebo). *[See Adverse Reactions (6.2), Use in Specific Populations (8.5).]*

## 5.6   Immunosuppression

Persons who are using drugs that suppress the immune system are more susceptible to infections than healthy individuals. Chickenpox and measles, for example, can have a more serious or even fatal course in susceptible children or adults using corticosteroids. In such children or adults who have not had these diseases or been properly immunized, particular care should be taken to avoid exposure. How the dose, route, and duration of corticosteroid administration affect the risk of developing a disseminated infection is not known. The contribution of the underlying disease and/or prior corticosteroid treatment to the risk is also not known. If a patient is exposed to chickenpox, prophylaxis with varicella zoster immune globulin (VZIG) may be indicated. If a patient is exposed to measles, prophylaxis with pooled intramuscular immunoglobulin (IG) may be indicated. (See the respective package inserts for complete VZIG and IG prescribing information.) If chickenpox develops, treatment with antiviral agents may be considered.

ICS should be used with caution, if at all, in patients with active or quiescent tuberculosis infections of the respiratory tract; systemic fungal, bacterial, viral, or parasitic infections; or ocular herpes simplex.

## 5.7   Transferring Patients from Systemic Corticosteroid Therapy

Particular care is needed for patients who have been transferred from systemically active corticosteroids to ICS because deaths due to adrenal insufficiency have occurred in patients with asthma during and after transfer from systemic corticosteroids to less systemically available ICS. After withdrawal from systemic corticosteroids, a number of months are required for recovery of hypothalamic-pituitary-adrenal (HPA) function.

Patients who have been previously maintained on 20 mg or more of prednisone (or its equivalent) may be most susceptible, particularly when their systemic corticosteroids have been almost completely withdrawn. During

6

this period of HPA suppression, patients may exhibit signs and symptoms of adrenal insufficiency when exposed to trauma, surgery, or infection (particularly gastroenteritis) or other conditions associated with severe electrolyte loss. Although Wixela™ Inhub™ may control asthma symptoms during these episodes, in recommended doses it supplies less than normal physiological amounts of glucocorticoid systemically and does NOT provide the mineralocorticoid activity that is necessary for coping with these emergencies.

During periods of stress or a severe asthma attack, patients who have been withdrawn from systemic corticosteroids should be instructed to resume oral corticosteroids (in large doses) immediately and to contact their physicians for further instruction. These patients should also be instructed to carry a warning card indicating that they may need supplementary systemic corticosteroids during periods of stress or a severe asthma attack.

Patients requiring oral corticosteroids should be weaned slowly from systemic corticosteroid use after transferring to Wixela™ Inhub™. Prednisone reduction can be accomplished by reducing the daily prednisone dose by 2.5 mg on a weekly basis during therapy with Wixela™ Inhub™. Lung function (mean forced expiratory volume in 1 second [FEV$_1$] or morning peak expiratory flow [AM PEF]), beta-agonist use, and asthma symptoms should be carefully monitored during withdrawal of oral corticosteroids. In addition, patients should be observed for signs and symptoms of adrenal insufficiency, such as fatigue, lassitude, weakness, nausea and vomiting, and hypotension.

Transfer of patients from systemic corticosteroid therapy to Wixela™ Inhub™ may unmask allergic conditions previously suppressed by the systemic corticosteroid therapy (e.g., rhinitis, conjunctivitis, eczema, arthritis, eosinophilic conditions).

During withdrawal from oral corticosteroids, some patients may experience symptoms of systemically active corticosteroid withdrawal (e.g., joint and/or muscular pain, lassitude, depression) despite maintenance or even improvement of respiratory function.

### 5.8    Hypercorticism and Adrenal Suppression

Fluticasone propionate, a component of Wixela™ Inhub™, will often help control asthma symptoms with less suppression of HPA function than therapeutically equivalent oral doses of prednisone. Since fluticasone propionate is absorbed into the circulation and can be systemically active at higher doses, the beneficial effects of Wixela™ Inhub™ in minimizing HPA dysfunction may be expected only when recommended dosages are not exceeded and individual patients are titrated to the lowest effective dose. A relationship between plasma levels of fluticasone propionate and inhibitory effects on stimulated cortisol production has been shown after 4 weeks of treatment with fluticasone propionate inhalation aerosol. Since individual sensitivity to effects on cortisol production exists, physicians should consider this information when prescribing Wixela™ Inhub™.

Because of the possibility of significant systemic absorption of ICS in sensitive patients, patients treated with Wixela™ Inhub™ should be observed carefully for any evidence of systemic corticosteroid effects. Particular care should be taken in observing patients postoperatively or during periods of stress for evidence of inadequate adrenal response.

It is possible that systemic corticosteroid effects such as hypercorticism and adrenal suppression (including adrenal crisis) may appear in a small number of patients who are sensitive to these effects. If such effects occur, Wixela™ Inhub™ should be reduced slowly, consistent with accepted procedures for reducing systemic corticosteroids, and other treatments for management of asthma symptoms should be considered.

### 5.9    Drug Interactions with Strong Cytochrome P450 3A4 Inhibitors

7

The use of strong cytochrome P450 3A4 (CYP3A4) inhibitors (e.g., ritonavir, atazanavir, clarithromycin, indinavir, itraconazole, nefazodone, nelfinavir, saquinavir, ketoconazole, telithromycin) with Wixela™ Inhub™ is not recommended because increased systemic corticosteroid and increased cardiovascular adverse effects may occur *[see Drug Interactions (7.1), Clinical Pharmacology (12.3)]*.

## 5.10    Paradoxical Bronchospasm and Upper Airway Symptoms

As with other inhaled medicines, Wixela™ Inhub™ can produce paradoxical bronchospasm, which may be life threatening. If paradoxical bronchospasm occurs following dosing with Wixela™ Inhub™, it should be treated immediately with an inhaled, short-acting bronchodilator; Wixela™ Inhub™ should be discontinued immediately; and alternative therapy should be instituted. Upper airway symptoms of laryngeal spasm, irritation, or swelling, such as stridor and choking, have been reported in patients receiving fluticasone propionate and salmeterol inhalation powder.

## 5.11    Immediate Hypersensitivity Reactions

Immediate hypersensitivity reactions (e.g., urticaria, angioedema, rash, bronchospasm, hypotension), including anaphylaxis, may occur after administration of Wixela™ Inhub™. There have been reports of anaphylactic reactions in patients with severe milk protein allergy after inhalation of powder products containing lactose; therefore, patients with severe milk protein allergy should not use Wixela™ Inhub™ *[see Contraindications (4)]*.

## 5.12    Cardiovascular and Central Nervous System Effects

Excessive beta-adrenergic stimulation has been associated with seizures, angina, hypertension or hypotension, tachycardia with rates up to 200 beats/min, arrhythmias, nervousness, headache, tremor, palpitation, nausea, dizziness, fatigue, malaise, and insomnia *[see Overdosage (10.2)]*. Therefore, Wixela™ Inhub™, like all products containing sympathomimetic amines, should be used with caution in patients with cardiovascular disorders, especially coronary insufficiency, cardiac arrhythmias, and hypertension.

Salmeterol, a component of Wixela™ Inhub™, can produce a clinically significant cardiovascular effect in some patients as measured by pulse rate, blood pressure, and/or symptoms. Although such effects are uncommon after administration of salmeterol at recommended doses, if they occur, the drug may need to be discontinued. In addition, beta-agonists have been reported to produce electrocardiogram (ECG) changes, such as flattening of the T wave, prolongation of the QTc interval, and ST segment depression. The clinical significance of these findings is unknown. Large doses of inhaled or oral salmeterol (12 to 20 times the recommended dose) have been associated with clinically significant prolongation of the QTc interval, which has the potential for producing ventricular arrhythmias. Fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs.

## 5.13    Reduction in Bone Mineral Density

Decreases in bone mineral density (BMD) have been observed with long-term administration of products containing ICS. The clinical significance of small changes in BMD with regard to long-term consequences such as fracture is unknown. Patients with major risk factors for decreased bone mineral content, such as prolonged immobilization, family history of osteoporosis, postmenopausal status, tobacco use, advanced age, poor nutrition, or chronic use of drugs that can reduce bone mass (e.g., anticonvulsants, oral corticosteroids), should be monitored and treated with established standards of care. Since patients with COPD often have multiple risk factors for reduced BMD, assessment of BMD is recommended prior to initiating Wixela™ Inhub™ and periodically thereafter. If significant reductions in BMD are seen and Wixela™ Inhub™ is still considered medically important for that patient's COPD therapy, use of medicine to treat or prevent osteoporosis should be strongly considered.

8

*2-Year Fluticasone Propionate Trial:* A 2-year trial in 160 subjects (females aged 18 to 40 years, males 18 to 50) with asthma receiving chlorofluorocarbon (CFC)-propelled fluticasone propionate inhalation aerosol 88 or 440 mcg twice daily demonstrated no statistically significant changes in BMD at any time point (24, 52, 76, and 104 weeks of double-blind treatment) as assessed by dual-energy x-ray absorptiometry at lumbar regions L1 through L4.

*3-Year Bone Mineral Density Trial:* Effects of treatment with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg or salmeterol 50 mcg on BMD at the L1-L4 lumbar spine and total hip were evaluated in 186 subjects with COPD (aged 43 to 87 years) in a 3-year double-blind trial. Of those enrolled, 108 subjects (72 males and 36 females) were followed for the entire 3 years. BMD evaluations were conducted at baseline and at 6-month intervals. Conclusions cannot be drawn from this trial regarding BMD decline in subjects treated with fluticasone propionate and salmeterol inhalation powder versus salmeterol due to the inconsistency of treatment differences across gender and between lumbar spine and total hip.

In this trial there were 7 non-traumatic fractures reported in 5 subjects treated with fluticasone propionate and salmeterol inhalation powder and 1 non-traumatic fracture in 1 subject treated with salmeterol. None of the non-traumatic fractures occurred in the vertebrae, hip, or long bones.

*3-Year Survival Trial:* Effects of treatment with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, or placebo on BMD was evaluated in a subset of 658 subjects (females and males aged 40 to 80 years) with COPD in the 3-year survival trial. BMD evaluations were conducted at baseline and at 48, 108, and 158 weeks. Conclusions cannot be drawn from this trial because of the large number of dropouts (> 50%) before the end of the follow-up and the maldistribution of covariates among the treatment groups that can affect BMD.

Fracture risk was estimated for the entire population of subjects with COPD in the survival trial (N = 6,184). The probability of a fracture over 3 years was 6.3% for fluticasone propionate and salmeterol inhalation powder, 5.4% for fluticasone propionate, 5.1% for salmeterol, and 5.1% for placebo.

## 5.14   Effect on Growth

Orally inhaled corticosteroids may cause a reduction in growth velocity when administered to pediatric patients. Monitor the growth of pediatric patients receiving Wixela™ Inhub™ routinely (e.g., via stadiometry). To minimize the systemic effects of orally inhaled corticosteroids, including Wixela™ Inhub™, titrate each patient's dosage to the lowest dosage that effectively controls his/her symptoms *[see Dosage and Administration (2.1), Use in Specific Populations (8.4)]*.

## 5.15   Glaucoma and Cataracts

Glaucoma, increased intraocular pressure, and cataracts have been reported in patients with asthma and COPD following the long-term administration of ICS, including fluticasone propionate, a component of Wixela™ Inhub™. Consider referral to an ophthalmologist in patients who develop ocular symptoms or use Wixela™ Inhub™ long term.

Effects of treatment with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, or placebo on development of cataracts or glaucoma was evaluated in a subset of 658 subjects with COPD in the 3-year survival trial. Ophthalmic examinations were conducted at baseline and at 48, 108, and 158 weeks. Conclusions about cataracts cannot be drawn from this trial because the high incidence of cataracts at baseline (61% to 71%) resulted in an inadequate number of subjects treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg who were eligible and available for evaluation of cataracts at the end of the trial (n = 53). The incidence of newly diagnosed glaucoma was 2% with

9

fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, 5% with fluticasone propionate, 0% with salmeterol, and 2% with placebo.

### 5.16   Eosinophilic Conditions and Churg-Strauss Syndrome

In rare cases, patients on inhaled fluticasone propionate, a component of Wixela™ Inhub™, may present with systemic eosinophilic conditions. Some of these patients have clinical features of vasculitis consistent with Churg-Strauss syndrome, a condition that is often treated with systemic corticosteroid therapy. These events usually, but not always, have been associated with the reduction and/or withdrawal of oral corticosteroid therapy following the introduction of fluticasone propionate. Cases of serious eosinophilic conditions have also been reported with other ICS in this clinical setting. Physicians should be alert to eosinophilia, vasculitic rash, worsening pulmonary symptoms, cardiac complications, and/or neuropathy presenting in their patients. A causal relationship between fluticasone propionate and these underlying conditions has not been established.

### 5.17   Coexisting Conditions

Wixela™ Inhub™, like all medicines containing sympathomimetic amines, should be used with caution in patients with convulsive disorders or thyrotoxicosis and in those who are unusually responsive to sympathomimetic amines. Doses of the related beta$_2$-adrenoceptor agonist albuterol, when administered intravenously, have been reported to aggravate preexisting diabetes mellitus and ketoacidosis.

### 5.18   Hypokalemia and Hyperglycemia

Beta-adrenergic agonist medicines may produce significant hypokalemia in some patients, possibly through intracellular shunting, which has the potential to produce adverse cardiovascular effects *[see Clinical Pharmacology (12.2)]*. The decrease in serum potassium is usually transient, not requiring supplementation. Clinically significant changes in blood glucose and/or serum potassium were seen infrequently during clinical trials with fluticasone propionate and salmeterol inhalation powder at recommended doses.

### 6   ADVERSE REACTIONS

Use of LABA may result in the following:
- Serious asthma-related events – hospitalizations, intubations, death *[see Warnings and Precautions (5.1)]*
- Cardiovascular and central nervous system effects *[see Warnings and Precautions (5.12)]*

Systemic and local corticosteroid use may result in the following:
- *Candida albicans* infection *[see Warnings and Precautions (5.4)]*
- Pneumonia in patients with COPD *[see Warnings and Precautions (5.5)]*
- Immunosuppression *[see Warnings and Precautions (5.6)]*
- Hypercorticism and adrenal suppression *[see Warnings and Precautions (5.8)]*
- Reduction in bone mineral density *[see Warnings and Precautions (5.13)]*
- Growth effects *[see Warnings and Precautions (5.14)]*
- Glaucoma and cataracts *[see Warnings and Precautions (5.15)]*

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared with rates in the clinical trials of another drug and may not reflect the rates observed in practice.

### 6.1   Clinical Trials Experience in Asthma

***Adult and Adolescent Subjects Aged 12 Years and Older:*** The incidence of adverse reactions associated with fluticasone propionate and salmeterol inhalation powder in Table 2 is based upon two 12-week, placebo-controlled, U.S. clinical trials (Trials 1 and 2). A total of 705 adult and adolescent subjects (349 females and 356 males) previously treated with salmeterol or ICS were treated twice daily with fluticasone propionate and salmeterol inhalation powder (100 mcg/50 mcg or 250 mcg/50 mcg doses), fluticasone propionate inhalation

10

powder (100 or 250 mcg doses), salmeterol inhalation powder 50 mcg, or placebo. The average duration of exposure was 60 to 79 days in the active treatment groups compared with 42 days in the placebo group.

**Table 2. Adverse Reactions with Fluticasone Propionate and Salmeterol Inhalation Powder with ≥ 3% Incidence and More Common than Placebo in Adult and Adolescent Subjects with Asthma**

| Adverse Event | Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg (n = 92) % | Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg (n = 84) % | Fluticasone Propionate 100 mcg (n = 90) % | Fluticasone Propionate 250 mcg (n = 84) % | Salmeterol 50 mcg (n = 180) % | Placebo (n = 175) % |
|---|---|---|---|---|---|---|
| Ear, nose, and throat | | | | | | |
| Upper respiratory tract infection | 27 | 21 | 29 | 25 | 19 | 14 |
| Pharyngitis | 13 | 10 | 7 | 12 | 8 | 6 |
| Upper respiratory inflammation | 7 | 6 | 7 | 8 | 8 | 5 |
| Sinusitis | 4 | 5 | 6 | 1 | 3 | 4 |
| Hoarseness/dysphonia | 5 | 2 | 2 | 4 | < 1 | < 1 |
| Oral candidiasis | 1 | 4 | 2 | 2 | 0 | 0 |
| Lower respiratory | | | | | | |
| Viral respiratory infections | 4 | 4 | 4 | 10 | 6 | 3 |
| Bronchitis | 2 | 8 | 1 | 2 | 2 | 2 |
| Cough | 3 | 6 | 0 | 0 | 3 | 2 |
| Neurology | | | | | | |
| Headaches | 12 | 13 | 14 | 8 | 10 | 7 |
| Gastrointestinal | | | | | | |
| Nausea and vomiting | 4 | 6 | 3 | 4 | 1 | 1 |
| Gastrointestinal discomfort and pain | 4 | 1 | 0 | 2 | 1 | 1 |
| Diarrhea | 4 | 2 | 2 | 2 | 1 | 1 |
| Viral gastrointestinal infections | 3 | 0 | 3 | 1 | 2 | 2 |
| Non-site specific | | | | | | |
| Candidiasis unspecified site | 3 | 0 | 1 | 4 | 0 | 1 |
| Musculoskeletal | | | | | | |
| Musculoskeletal pain | 4 | 2 | 1 | 5 | 3 | 3 |

11

The types of adverse reactions and events reported in Trial 3, a 28-week non-U.S. clinical trial in 503 subjects previously treated with ICS who were treated twice daily with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg and salmeterol inhalation powder 50 mcg used concurrently, or fluticasone propionate inhalation powder 500 mcg, were similar to those reported in Table 2.

*Additional Adverse Reactions:* Other adverse reactions not previously listed, whether considered drug-related or not by the investigators, that were reported more frequently by subjects with asthma treated with fluticasone propionate and salmeterol inhalation powder compared with subjects treated with placebo include the following: lymphatic signs and symptoms; muscle injuries; fractures; wounds and lacerations; contusions and hematomas; ear signs and symptoms; nasal signs and symptoms; nasal sinus disorders; keratitis and conjunctivitis; dental discomfort and pain; gastrointestinal signs and symptoms; oral ulcerations; oral discomfort and pain; lower respiratory signs and symptoms; pneumonia; muscle stiffness, tightness, and rigidity; bone and cartilage disorders; sleep disorders; compressed nerve syndromes; viral infections; pain; chest symptoms; fluid retention; bacterial infections; unusual taste; viral skin infections; skin flakiness and acquired ichthyosis; disorders of sweat and sebum.

*Pediatric Subjects Aged 4 to 11 Years:* The safety data for pediatric subjects aged 4 to 11 years is based upon 1 U.S. trial of 12 weeks' treatment duration. A total of 203 subjects (74 females and 129 males) who were receiving ICS at trial entry were randomized to either fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg or fluticasone propionate inhalation powder 100 mcg twice daily. Common adverse reactions ($\geq$ 3% and greater than placebo) seen in the pediatric subjects but not reported in the adult and adolescent clinical trials include: throat irritation and ear, nose, and throat infections.

*Laboratory Test Abnormalities:* Elevation of hepatic enzymes was reported in $\geq$ 1% of subjects in clinical trials. The elevations were transient and did not lead to discontinuation from the trials. In addition, there were no clinically relevant changes noted in glucose or potassium.

**6.2     Clinical Trials Experience in Chronic Obstructive Pulmonary Disease**

*Short-Term (6 Months to 1 Year) Trials:* The short-term safety data are based on exposure to fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily in one 6-month and two 1-year clinical trials. In the 6-month trial, a total of 723 adult subjects (266 females and 457 males) were treated twice daily with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, fluticasone propionate inhalation powder 250 mcg, salmeterol inhalation powder, or placebo. The mean age of the subjects was 64, and the majority (93%) was Caucasian. In this trial, 70% of the subjects treated with fluticasone propionate and salmeterol inhalation powder reported an adverse reaction compared with 64% on placebo. The average duration of exposure to fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was 141.3 days compared with 131.6 days for placebo. The incidence of adverse reactions in the 6-month trial is shown in Table 3.

**Table 3. Overall Adverse Reactions with Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg with $\geq$ 3% Incidence in Subjects with Chronic Obstructive Pulmonary Disease Associated with Chronic Bronchitis**

| Adverse Event | | Fluticasone Propionate | Salmeterol | |
|---|---|---|---|---|
| | | | | |

12

|  | Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg (n = 178) % | 250 mcg (n = 183) % | 50 mcg (n = 177) % | Placebo (n = 185) % |
|---|---|---|---|---|
| **Ear, nose, and throat** | | | | |
| Candidiasis mouth/throat | 10 | 6 | 3 | 1 |
| Throat irritation | 8 | 5 | 4 | 7 |
| Hoarseness/dysphonia | 5 | 3 | < 1 | 0 |
| Sinusitis | 3 | 8 | 5 | 3 |
| **Lower respiratory** | | | | |
| Viral respiratory infections | 6 | 4 | 3 | 3 |
| **Neurology** | | | | |
| Headaches | 16 | 11 | 10 | 12 |
| Dizziness | 4 | < 1 | 3 | 2 |
| **Non-site specific** | | | | |
| Fever | 4 | 3 | 0 | 3 |
| Malaise and fatigue | 3 | 2 | 2 | 3 |
| **Musculoskeletal** | | | | |
| Musculoskeletal pain | 9 | 8 | 12 | 9 |
| Muscle cramps and spasms | 3 | 3 | 1 | 1 |

In the two 1-year trials, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was compared with salmeterol in 1,579 subjects (863 males and 716 females). The mean age of the subjects was 65 years, and the majority (94%) was Caucasian. To be enrolled, all of the subjects had to have had a COPD exacerbation in the previous 12 months. In this trial, 88% of the subjects treated with fluticasone propionate and salmeterol inhalation powder and 86% of the subjects treated with salmeterol reported an adverse event. The most common events that occurred with a frequency of > 5% and more frequently in the subjects treated with fluticasone propionate and salmeterol inhalation powder were nasopharyngitis, upper respiratory tract infection, nasal congestion, back pain, sinusitis, dizziness, nausea, pneumonia, candidiasis, and dysphonia. Overall, 55 (7%) of the subjects treated with fluticasone propionate and salmeterol inhalation powder and 25 (3%) of the subjects treated with salmeterol developed pneumonia.

The incidence of pneumonia was higher in subjects older than 65 years, 9% in the subjects treated with fluticasone propionate and salmeterol inhalation powder compared with 4% in the subjects treated with fluticasone propionate and salmeterol inhalation powder younger than 65 years. In the subjects treated with salmeterol, the incidence of pneumonia was the same (3%) in both age groups. *[See Warnings and Precautions (5.5), Use in Specific Populations (8.5).]*

***Long-Term (3 Years) Trial:*** The safety of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was evaluated in a randomized, double-blind, placebo-controlled, multicenter, international, 3-year trial in 6,184 adult subjects with COPD (4,684 males and 1,500 females). The mean age of the subjects was 65 years, and the majority (82%) was Caucasian. The distribution of adverse events was similar to that seen in the 1-year trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg. In addition, pneumonia was reported in a significantly increased number of subjects treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg and fluticasone propionate 500 mcg (16% and 14%, respectively) compared with subjects treated with salmeterol 50 mcg or placebo (11% and 9%, respectively). When adjusted for time on treatment, the rates of pneumonia were 84 and 88 events per 1,000 treatment-years in the groups treated with

13

fluticasone propionate 500 mcg and with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, respectively, compared with 52 events per 1,000 treatment-years in the salmeterol and placebo groups. Similar to what was seen in the 1-year trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, the incidence of pneumonia was higher in subjects older than 65 years (18% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 10% with placebo) compared with subjects younger than 65 years (14% with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg versus 8% with placebo). *[See Warnings and Precautions (5.5), Use in Specific Populations (8.5).]*

*Additional Adverse Reactions:* Other adverse reactions not previously listed, whether considered drug-related or not by the investigators, that were reported more frequently by subjects with COPD treated with fluticasone propionate and salmeterol inhalation powder compared with subjects treated with placebo include the following: syncope; ear, nose, and throat infections; ear signs and symptoms; laryngitis; nasal congestion/blockage; nasal sinus disorders; pharyngitis/throat infection; hypothyroidism; dry eyes; eye infections; gastrointestinal signs and symptoms; oral lesions; abnormal liver function tests; bacterial infections; edema and swelling; viral infections.

*Laboratory Abnormalities:* There were no clinically relevant changes in these trials. Specifically, no increased reporting of neutrophilia or changes in glucose or potassium was noted.

**6.3     Postmarketing Experience**
In addition to adverse reactions reported from clinical trials, the following adverse reactions have been identified during postapproval use of any formulation of fluticasone propionate and salmeterol, fluticasone propionate, and/or salmeterol regardless of indication. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. These events have been chosen for inclusion due to either their seriousness, frequency of reporting, or causal connection to fluticasone propionate and salmeterol inhalation powder, fluticasone propionate, and/or salmeterol or a combination of these factors.

*Cardiac Disorders:* Arrhythmias (including atrial fibrillation, extrasystoles, supraventricular tachycardia), ventricular tachycardia.
*Endocrine Disorders:* Cushing's syndrome, Cushingoid features, growth velocity reduction in children/adolescents, hypercorticism.
*Eye Disorders:* Glaucoma.
*Gastrointestinal Disorders:* Abdominal pain, dyspepsia, xerostomia.
*Immune System Disorders:* Immediate and delayed hypersensitivity reaction (including very rare anaphylactic reaction). Very rare anaphylactic reaction in patients with severe milk protein allergy.
*Infections and Infestations:* Esophageal candidiasis.
*Metabolic and Nutrition Disorders:* Hyperglycemia, weight gain.
*Musculoskeletal, Connective Tissue, and Bone Disorders:* Arthralgia, cramps, myositis, osteoporosis.
*Nervous System Disorders:* Paresthesia, restlessness.
*Psychiatric Disorders:* Agitation, aggression, depression. Behavioral changes, including hyperactivity and irritability, have been reported very rarely and primarily in children.
*Reproductive System and Breast Disorders:* Dysmenorrhea.
*Respiratory, Thoracic, and Mediastinal Disorders:* Chest congestion; chest tightness; dyspnea; facial and oropharyngeal edema; immediate bronchospasm; paradoxical bronchospasm; tracheitis; wheezing; reports of upper respiratory symptoms of laryngeal spasm, irritation, or swelling such as stridor or choking.
*Skin and Subcutaneous Tissue Disorders:* Ecchymoses, photodermatitis.
*Vascular Disorders:* Pallor.

**7     DRUG INTERACTIONS**

14

Fluticasone propionate and salmeterol inhalation powder has been used concomitantly with other drugs, including short-acting beta$_2$-agonists, methylxanthines, and intranasal corticosteroids, commonly used in patients with asthma or COPD without adverse drug reactions *[see Clinical Pharmacology (12.2)]*. No formal drug interaction trials have been performed with fluticasone propionate and salmeterol inhalation powder.

## 7.1   Inhibitors of Cytochrome P450 3A4

Fluticasone propionate and salmeterol, the individual components of Wixela™ Inhub™, are substrates of CYP3A4. The use of strong CYP3A4 inhibitors (e.g., ritonavir, atazanavir, clarithromycin, indinavir, itraconazole, nefazodone, nelfinavir, saquinavir, ketoconazole, telithromycin) with Wixela™ Inhub™ is not recommended because increased systemic corticosteroid and increased cardiovascular adverse effects may occur.

***Ritonavir:*** *Fluticasone Propionate:* A drug interaction trial with fluticasone propionate aqueous nasal spray in healthy subjects has shown that ritonavir (a strong CYP3A4 inhibitor) can significantly increase plasma fluticasone propionate exposure, resulting in significantly reduced serum cortisol concentrations *[see Clinical Pharmacology (12.3)]*. During postmarketing use, there have been reports of clinically significant drug interactions in patients receiving fluticasone propionate and ritonavir, resulting in systemic corticosteroid effects including Cushing's syndrome and adrenal suppression.

***Ketoconazole:*** *Fluticasone Propionate:* Coadministration of orally inhaled fluticasone propionate (1,000 mcg) and ketoconazole (200 mg once daily) resulted in a 1.9-fold increase in plasma fluticasone propionate exposure and a 45% decrease in plasma cortisol area under the curve (AUC), but had no effect on urinary excretion of cortisol.

*Salmeterol:* In a drug interaction trial in 20 healthy subjects, coadministration of inhaled salmeterol (50 mcg twice daily) and oral ketoconazole (400 mg once daily) for 7 days resulted in greater systemic exposure to salmeterol (AUC increased 16-fold and $C_{max}$ increased 1.4-fold). Three (3) subjects were withdrawn due to beta$_2$-agonist side effects (2 with prolonged QTc and 1 with palpitations and sinus tachycardia). Although there was no statistical effect on the mean QTc, coadministration of salmeterol and ketoconazole was associated with more frequent increases in QTc duration compared with salmeterol and placebo administration.

## 7.2   Monoamine Oxidase Inhibitors and Tricyclic Antidepressants

Wixela™ Inhub™ should be administered with extreme caution to patients being treated with monoamine oxidase inhibitors or tricyclic antidepressants, or within 2 weeks of discontinuation of such agents, because the action of salmeterol, a component of Wixela™ Inhub™, on the vascular system may be potentiated by these agents.

## 7.3   Beta-adrenergic Receptor Blocking Agents

Beta-blockers not only block the pulmonary effect of beta-agonists, such as salmeterol, a component of Wixela™ Inhub™, but may also produce severe bronchospasm in patients with asthma or COPD. Therefore, patients with asthma or COPD should not normally be treated with beta-blockers. However, under certain circumstances, there may be no acceptable alternatives to the use of beta-adrenergic blocking agents for these patients; cardioselective beta-blockers could be considered, although they should be administered with caution.

## 7.4   Non–Potassium-Sparing Diuretics

The ECG changes and/or hypokalemia that may result from the administration of non–potassium-sparing diuretics (such as loop or thiazide diuretics) can be acutely worsened by beta-agonists, such as salmeterol, a component of Wixela™ Inhub™, especially when the recommended dose of the beta-agonist is exceeded.

15

Although the clinical significance of these effects is not known, caution is advised in the coadministration of Wixela™ Inhub™ with non-potassium-sparing diuretics.

# 8    USE IN SPECIFIC POPULATIONS
## 8.1    Pregnancy
*Risk Summary:* There are insufficient data on the use of fluticasone propionate and salmeterol inhalation powder or individual monoproducts, fluticasone propionate and salmeterol xinafoate, in pregnant women. There are clinical considerations with the use of fluticasone propionate and salmeterol inhalation powder in pregnant women (see Clinical Considerations). In animals, teratogenicity characteristic of corticosteroids, decreased fetal body weight and/or skeletal variations, in rats, mice, and rabbits were observed with subcutaneously administered maternal toxic doses of fluticasone propionate less than the maximum recommended human daily inhaled dose (MRHDID) on a mcg/m$^2$ basis (see Data). However, fluticasone propionate administered via inhalation to rats decreased fetal body weight, but did not induce teratogenicity at a maternal toxic dose less than the MRHDID on a mcg/m$^2$ basis (see Data). Experience with oral corticosteroids suggests that rodents are more prone to teratogenic effects from corticosteroids than humans. Oral administration of salmeterol to pregnant rabbits caused teratogenicity characteristic of beta-adrenoceptor stimulation at maternal doses approximately 50 times the MRHDID on an AUC basis. These adverse effects generally occurred at large multiples of the MRHDID when salmeterol was administered by the oral route to achieve high systemic exposures. No such effects occurred at an oral salmeterol dose approximately 20 times the MRHDID (see Data).

The estimated risk of major birth defects and miscarriage for the indicated population is unknown. In the U.S. general population, the estimated risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

*Clinical Considerations:* Disease-Associated Maternal and/or Embryofetal Risk: In women with poorly or moderately controlled asthma, there is an increased risk of several perinatal outcomes such as pre-eclampsia in the mother and prematurity, low birth weight, and small for gestational age in the neonate. Pregnant women should be closely monitored and medication adjusted as necessary to maintain optimal control of asthma.

*Labor and Delivery:* There are no human studies evaluating the effects of fluticasone propionate and salmeterol inhalation powder during labor and delivery. Because of the potential for beta-agonist interference with uterine contractility, use of Wixela™ Inhub™ during labor should be restricted to those patients in whom the benefits clearly outweigh the risks.

**Data:** *Human Data:* Fluticasone Propionate: Following inhaled administration, fluticasone propionate was detected in the neonatal cord blood after delivery.

*Animal Data:* Fluticasone Propionate and Salmeterol: In an embryofetal development study with pregnant rats that received the combination of subcutaneous administration of fluticasone propionate and oral administration of salmeterol at doses of 0/1,000; 30/0; 10/100; 30/1,000; and 100/10,000 mcg/kg/day (as fluticasone propionate/salmeterol) during the period of organogenesis, findings were generally consistent with the individual monoproducts and there was no exacerbation of expected fetal effects. Omphalocele, increased embryofetal deaths, decreased body weight, and skeletal variations were observed in rat fetuses in the presence of maternal toxicity when combining fluticasone propionate at a dose approximately equivalent to the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 100 mcg/kg/day) and salmeterol at a dose approximately 970 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 10,000 mcg/kg/day). The rat no observed adverse effect level (NOAEL) was observed when combining fluticasone propionate at a dose approximately 0.3 times the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 30 mcg/kg/day) and salmeterol at a dose approximately 100 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 1,000 mcg/kg/day).

16

In an embryofetal development study with pregnant mice that received the combination of subcutaneous administration of fluticasone propionate and oral administration of salmeterol at doses of 0/1,400; 40/0; 10/200; 40/1,400; or 150/10,000 mcg/kg/day (as fluticasone propionate/salmeterol) during the period of organogenesis, findings were generally consistent with the individual monoproducts and there was no exacerbation of expected fetal effects. Cleft palate, fetal death, increased implantation loss, and delayed ossification were observed in mouse fetuses when combining fluticasone propionate at a dose approximately 0.7 times the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 150 mcg/kg/day) and salmeterol at a dose approximately 490 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 10,000 mcg/kg/day). No developmental toxicity was observed at combination doses of fluticasone propionate up to approximately 0.2 times the MRHDID (on a mcg/m$^2$ basis at a maternal subcutaneous dose of 40 mcg/kg) and doses of salmeterol up to approximately 70 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 1,400 mcg/kg).

Fluticasone Propionate: In embryofetal development studies with pregnant rats and mice dosed by the subcutaneous route throughout the period of organogenesis, fluticasone propionate was teratogenic in both species. Omphalocele, decreased body weight, and skeletal variations were observed in rat fetuses, in the presence of maternal toxicity, at a dose approximately equivalent to the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 100 mcg/kg/day). The rat NOAEL was observed at approximately 0.3 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 30 mcg/kg/day). Cleft palate and fetal skeletal variations were observed in mouse fetuses at a dose approximately 0.2 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 45 mcg/kg/day). The mouse NOAEL was observed with a dose approximately 0.07 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 15 mcg/kg/day).

In an embryofetal development study with pregnant rats dosed by the inhalation route throughout the period of organogenesis, fluticasone propionate produced decreased fetal body weights and skeletal variations, in the presence of maternal toxicity, at a dose approximately 0.25 times the MRHDID (on a mcg/m$^2$ basis with a maternal inhalation dose of 25.7 mcg/kg/day); however, there was no evidence of teratogenicity. The NOAEL was observed with a dose approximately 0.05 times the MRHDID (on a mcg/m$^2$ basis with a maternal inhalation dose of 5.5 mcg/kg/day).

In an embryofetal development study in pregnant rabbits that were dosed by the subcutaneous route throughout organogenesis, fluticasone propionate produced reductions of fetal body weights, in the presence of maternal toxicity, at doses approximately 0.012 times the MRHDID and higher (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 0.57 mcg/kg/day). Teratogenicity was evident based upon a finding of cleft palate for 1 fetus at a dose approximately 0.08 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 4 mcg/kg/day). The NOAEL was observed in rabbit fetuses with a dose approximately 0.002 times the MRHDID (on a mcg/m$^2$ basis with a maternal subcutaneous dose of 0.08 mcg/kg/day).

Fluticasone propionate crossed the placenta following subcutaneous administration to mice and rats and oral administration to rabbits.

In a pre- and post-natal development study in pregnant rats dosed by the subcutaneous route from late gestation through delivery and lactation (Gestation Day 17 to Postpartum Day 22), fluticasone propionate was not associated with decreases in pup body weight, and had no effects on developmental landmarks, learning, memory, reflexes, or fertility at doses up to 0.5 times the MRHDID (on a mcg/m$^2$ basis with maternal subcutaneous doses up to 50 mcg/kg/day).

Salmeterol: In 3 embryofetal development studies, pregnant rabbits received oral administration of salmeterol at doses ranging from 100 to 10,000 mcg/kg/day during the period of organogenesis. In pregnant Dutch rabbits

17

administered salmeterol doses approximately 50 times the MRHDID (on an AUC basis at maternal oral doses of 1,000 mcg/kg/day and higher), fetal toxic effects were observed characteristically resulting from beta-adrenoceptor stimulation. These included precocious eyelid openings, cleft palate, sternebral fusion, limb and paw flexures, and delayed ossification of the frontal cranial bones. No such effects occurred at a salmeterol dose approximately 20 times the MRHDID (on an AUC basis at a maternal oral dose of 600 mcg/kg/day). New Zealand White rabbits were less sensitive since only delayed ossification of the frontal cranial bones was seen at a salmeterol dose approximately 2,000 times the MRHDID (on a mcg/m$^2$ basis at a maternal oral dose of 10,000 mcg/kg/day).

In 2 embryofetal development studies, pregnant rats received salmeterol by oral administration at doses ranging from 100 to 10,000 mcg/kg/day during the period of organogenesis. Salmeterol produced no maternal toxicity or embryofetal effects at doses up to 973 times the MRHDID (on a mcg/m$^2$ basis at maternal oral doses up to 10,000 mcg/kg/day).

In a peri- and post-natal development study in pregnant rats dosed by the oral route from late gestation through delivery and lactation, salmeterol at a dose 973 times the MRHDID (on a mcg/m$^2$ basis with a maternal oral dose of 10,000 mcg/kg/day) was fetotoxic and decreased the fertility of survivors.

Salmeterol xinafoate crossed the placenta following oral administration to mice and rats.

## 8.2    Lactation
*Risk Summary:* There are no available data on the presence of fluticasone propionate or salmeterol in human milk, the effects on the breastfed child, or the effects on milk production. Other corticosteroids have been detected in human milk. However, fluticasone propionate and salmeterol concentrations in plasma after inhaled therapeutic doses are low and therefore concentrations in human breast milk are likely to be correspondingly low *[see Clinical Pharmacology (12.3)]*. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for Wixela™ Inhub™ and any potential adverse effects on the breastfed child from Wixela™ Inhub™ or from the underlying maternal condition.

*Data: Animal Data:* Subcutaneous administration of tritiated fluticasone propionate at a dose of 10 mcg/kg/day to lactating rats resulted in measurable levels in milk. Oral administration of salmeterol at a dose of 10,000 mcg/kg/day to lactating rats resulted in measurable levels in milk.

## 8.4    Pediatric Use
Use of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg in patients aged 4 to 11 years is supported by extrapolation of efficacy data from older subjects and by safety and efficacy data from a trial of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg in children with asthma aged 4 to 11 years *[see Adverse Reactions (6.1), Clinical Pharmacology (12.3), Clinical Studies (14.1)]*. The safety and effectiveness of fluticasone propionate and salmeterol inhalation powder in children with asthma younger than 4 years have not been established.

ICS, including fluticasone propionate, a component of Wixela™ Inhub™, may cause a reduction in growth velocity in children and adolescents *[see Warnings and Precautions (5.14)]*. The growth of pediatric patients receiving orally inhaled corticosteroids, including Wixela™ Inhub™, should be monitored.

A 52-week placebo-controlled trial to assess the potential growth effects of fluticasone propionate inhalation powder (FLOVENT® ROTADISK®) at 50 and 100 mcg twice daily was conducted in the U.S. in 325 prepubescent children (244 males and 81 females) aged 4 to 11 years. The mean growth velocities at 52 weeks observed in the intent-to-treat population were 6.32 cm/year in the placebo group (n = 76), 6.07 cm/year in the 50 mcg group (n = 98), and 5.66 cm/year in the 100 mcg group (n = 89). An imbalance in the proportion of

children entering puberty between groups and a higher dropout rate in the placebo group due to poorly controlled asthma may be confounding factors in interpreting these data. A separate subset analysis of children who remained prepubertal during the trial revealed growth rates at 52 weeks of 6.10 cm/year in the placebo group (n = 57), 5.91 cm/year in the 50-mcg group (n = 74), and 5.67 cm/year in the 100-mcg group (n = 79). In children aged 8.5 years, the mean age of children in this trial, the range for expected growth velocity is: boys – 3rd percentile = 3.8 cm/year, 50th percentile = 5.4 cm/year, and 97th percentile = 7.0 cm/year; girls – 3rd percentile = 4.2 cm/year, 50th percentile = 5.7 cm/year, and 97th percentile = 7.3 cm/year. The clinical relevance of these growth data is not certain.

If a child or adolescent on any corticosteroid appears to have growth suppression, the possibility that he/she is particularly sensitive to this effect of corticosteroids should be considered. The potential growth effects of prolonged treatment should be weighed against the clinical benefits obtained. To minimize the systemic effects of orally inhaled corticosteroids, including Wixela™ Inhub™, each patient should be titrated to the lowest strength that effectively controls his/her asthma *[see Dosage and Administration (2.1)]*.

### 8.5     Geriatric Use

Clinical trials of fluticasone propionate and salmeterol inhalation powder for asthma did not include sufficient numbers of subjects aged 65 years and older to determine whether older subjects with asthma respond differently than younger subjects.

Of the total number of subjects in clinical trials receiving fluticasone propionate and salmeterol inhalation powder for COPD, 1,621 were aged 65 years and older and 379 were aged 75 years and older. Subjects with COPD aged 65 years and older had a higher incidence of serious adverse events compared with subjects younger than 65 years. Although the distribution of adverse events was similar in the 2 age groups, subjects older than 65 years experienced more severe events. In two 1-year trials, the excess risk of pneumonia that was seen in subjects treated with fluticasone propionate and salmeterol inhalation powder compared with those treated with salmeterol was greater in subjects older than 65 years than in subjects younger than 65 years *[see Adverse Reactions (6.2)]*. As with other products containing beta$_2$-agonists, special caution should be observed when using Wixela™ Inhub™ in geriatric patients who have concomitant cardiovascular disease that could be adversely affected by beta$_2$-agonists. Based on available data for fluticasone propionate and salmeterol inhalation powder or its active components, no adjustment of dosage of Wixela™ Inhub™ in geriatric patients is warranted.

No relationship between fluticasone propionate systemic exposure and age was observed in 57 subjects with COPD (aged 40 to 82 years) given 250 or 500 mcg twice daily.

### 8.6     Hepatic Impairment

Formal pharmacokinetic studies using fluticasone propionate and salmeterol inhalation powder have not been conducted in patients with hepatic impairment. However, since both fluticasone propionate and salmeterol are predominantly cleared by hepatic metabolism, impairment of liver function may lead to accumulation of fluticasone propionate and salmeterol in plasma. Therefore, patients with hepatic disease should be closely monitored.

### 8.7     Renal Impairment

Formal pharmacokinetic studies using fluticasone propionate and salmeterol inhalation powder have not been conducted in patients with renal impairment.

### 10     OVERDOSAGE

No human overdosage data has been reported for fluticasone propionate and salmeterol inhalation powder.

19

Wixela™ Inhub™ contains both fluticasone propionate and salmeterol; therefore, the risks associated with overdosage for the individual components described below apply to Wixela™ Inhub™. Treatment of overdosage consists of discontinuation of Wixela™ Inhub™ together with institution of appropriate symptomatic and/or supportive therapy. The judicious use of a cardioselective beta-receptor blocker may be considered, bearing in mind that such medication can produce bronchospasm. Cardiac monitoring is recommended in cases of overdosage.

### 10.1   Fluticasone Propionate

Chronic overdosage of fluticasone propionate may result in signs/symptoms of hypercorticism *[see Warnings and Precautions (5.8)]*. Inhalation by healthy volunteers of a single dose of 4,000 mcg of fluticasone propionate inhalation powder or single doses of 1,760 or 3,520 mcg of fluticasone propionate CFC inhalation aerosol was well tolerated. Fluticasone propionate given by inhalation aerosol at dosages of 1,320 mcg twice daily for 7 to 15 days to healthy human volunteers was also well tolerated. Repeat oral doses up to 80 mg daily for 10 days in healthy volunteers and repeat oral doses up to 20 mg daily for 42 days in subjects were well tolerated. Adverse reactions were of mild or moderate severity, and incidences were similar in active and placebo treatment groups.

### 10.2   Salmeterol

The expected signs and symptoms with overdosage of salmeterol are those of excessive beta-adrenergic stimulation and/or occurrence or exaggeration of any of the signs and symptoms of beta-adrenergic stimulation (e.g., seizures, angina, hypertension or hypotension, tachycardia with rates up to 200 beats/min, arrhythmias, nervousness, headache, tremor, muscle cramps, dry mouth, palpitation, nausea, dizziness, fatigue, malaise, insomnia, hyperglycemia, hypokalemia, metabolic acidosis). Overdosage with salmeterol can lead to clinically significant prolongation of the QTc interval, which can produce ventricular arrhythmias.

As with all inhaled sympathomimetic medicines, cardiac arrest and even death may be associated with an overdose of salmeterol.

## 11   DESCRIPTION

Wixela™ Inhub™ 100/50, Wixela™ Inhub™ 250/50, and Wixela™ Inhub™ 500/50 are combinations of fluticasone propionate and salmeterol xinafoate.

One active component of Wixela™ Inhub™ is fluticasone propionate, a corticosteroid having the chemical name *S*-Fluoromethyl 6α,9α-difluoro-11β-hydroxy-16α-methyl-3-oxo-17α-propionyloxyandrosta-1,4-diene-17β-carbothioate and the following chemical structure:

FDA-FLORIDA-004204

Fluticasone propionate, USP is a white to almost white powder with a molecular weight of 500.6, and the empirical formula is $C_{25}H_{31}F_3O_5S$. It is practically insoluble in water, freely soluble in dimethyl sulfoxide and dimethylformamide, and slightly soluble in methanol and 95% ethanol.

The other active component of Wixela™ Inhub™ is salmeterol xinafoate, a beta$_2$-adrenergic bronchodilator. Salmeterol xinafoate is the racemic form of the 1-hydroxy-2-naphthoic acid salt of salmeterol. It has the chemical name (±)-4-Hydroxy-α¹-[[[6-(4-phenylbutoxy)hexyl]amino]methyl]-*m*-xylene-α,α′-diol 1-hydroxy-2-naphthoate (salt) and the following chemical structure:



Salmeterol xinafoate, USP is a white to almost white powder with a molecular weight of 603.8, and the empirical formula is $C_{25}H_{37}NO_4 \cdot C_{11}H_8O_3$. It is freely soluble in methanol; slightly soluble in ethanol, chloroform, and isopropanol; and sparingly soluble in water.

Wixela™ Inhub™ is a grey colored plastic inhaler containing two foil sealed discs, each disc containing 30 pre-metered doses. Each of the 60 doses contains a white to off white powder mix of micronized fluticasone propionate (100, 250, or 500 mcg) and micronized salmeterol xinafoate salt (72.5 mcg, equivalent to 50 mcg of salmeterol base) in 12.5 mg of formulation containing lactose monohydrate (which contains milk proteins). After the inhaler is activated, the powder is dispersed into the airstream created by the patient inhaling through the mouthpiece.

Under standardized *in vitro* test conditions, Wixela™ Inhub™ delivers 93, 233, and 465 mcg of fluticasone propionate and 45 mcg of salmeterol base per dose from Wixela™ Inhub™ 100/50, Wixela™ Inhub™ 250/50, and Wixela™ Inhub™ 500/50, respectively, when tested at a flow rate of 60 L/min for 2 seconds.

In adult subjects with obstructive lung disease and severely compromised lung function (mean $FEV_1$ 20% to 30% of predicted), mean peak inspiratory flow (PIF) through another dry powder inhaler was 82.4 L/min (range: 46.1 to 115.3 L/min).

Inhalation profiles for adolescent (N = 13, aged 12 to 17 years) and adult (N = 17, aged 18 to 50 years) subjects with asthma inhaling maximally through another dry powder inhaler show mean PIF of 122.2 L/min (range: 81.6 to 152.1 L/min). Inhalation profiles for pediatric subjects with asthma inhaling maximally through another dry powder inhaler show a mean PIF of 75.5 L/min (range: 49.0 to 104.8 L/min) for the 4-year-old subject set (N = 20) and 107.3 L/min (range: 82.8 to 125.6 L/min) for the 8-year-old subject set (N = 20).

The actual amount of drug delivered to the lung will depend on patient factors, such as inspiratory flow profile.

*Meets USP Aerodynamic Particle Size Distribution Test 2.*

## 12    CLINICAL PHARMACOLOGY

21

## 12.1    Mechanism of Action

***WIXELA™ INHUB™:*** Wixela™ Inhub™ contains both fluticasone propionate and salmeterol. The mechanisms of action described below for the individual components apply to Wixela™ Inhub™. These drugs represent 2 different classes of medications (a synthetic corticosteroid and a LABA) that have different effects on clinical, physiologic, and inflammatory indices.

*Fluticasone Propionate:* Fluticasone propionate is a synthetic trifluorinated corticosteroid with anti-inflammatory activity. Fluticasone propionate has been shown *in vitro* to exhibit a binding affinity for the human glucocorticoid receptor that is 18 times that of dexamethasone, almost twice that of beclomethasone-17-monopropionate (BMP), the active metabolite of beclomethasone dipropionate, and over 3 times that of budesonide. Data from the McKenzie vasoconstrictor assay in man are consistent with these results. The clinical significance of these findings is unknown.

Inflammation is an important component in the pathogenesis of asthma. Corticosteroids have been shown to have a wide range of actions on multiple cell types (e.g., mast cells, eosinophils, neutrophils, macrophages, lymphocytes) and mediators (e.g., histamine, eicosanoids, leukotrienes, cytokines) involved in inflammation. These anti-inflammatory actions of corticosteroids contribute to their efficacy in asthma.

Inflammation is also a component in the pathogenesis of COPD. In contrast to asthma, however, the predominant inflammatory cells in COPD include neutrophils, CD8+ T-lymphocytes, and macrophages. The effects of corticosteroids in the treatment of COPD are not well defined and ICS and fluticasone propionate when used apart from Wixela™ Inhub™ are not indicated for the treatment of COPD.

*Salmeterol Xinafoate:* Salmeterol is a selective LABA. *In vitro* studies show salmeterol to be at least 50 times more selective for beta$_2$-adrenoceptors than albuterol. Although beta$_2$-adrenoceptors are the predominant adrenergic receptors in bronchial smooth muscle and beta$_1$-adrenoceptors are the predominant receptors in the heart, there are also beta$_2$-adrenoceptors in the human heart comprising 10% to 50% of the total beta-adrenoceptors. The precise function of these receptors has not been established, but their presence raises the possibility that even selective beta$_2$-agonists may have cardiac effects.

The pharmacologic effects of beta$_2$-adrenoceptor agonist drugs, including salmeterol, are at least in part attributable to stimulation of intracellular adenyl cyclase, the enzyme that catalyzes the conversion of adenosine triphosphate (ATP) to cyclic-3′,5′-adenosine monophosphate (cyclic AMP). Increased cyclic AMP levels cause relaxation of bronchial smooth muscle and inhibition of release of mediators of immediate hypersensitivity from cells, especially from mast cells.

*In vitro* tests show that salmeterol is a potent and long-lasting inhibitor of the release of mast cell mediators, such as histamine, leukotrienes, and prostaglandin D$_2$, from human lung. Salmeterol inhibits histamine-induced plasma protein extravasation and inhibits platelet-activating factor-induced eosinophil accumulation in the lungs of guinea pigs when administered by the inhaled route. In humans, single doses of salmeterol administered via inhalation aerosol attenuate allergen-induced bronchial hyper-responsiveness.

## 12.2    Pharmacodynamics

***Fluticasone Propionate and Salmeterol Inhalation Powder:*** *Healthy Subjects:* <u>Cardiovascular Effects:</u> Since systemic pharmacodynamic effects of salmeterol are not normally seen at the therapeutic dose, higher doses were used to produce measurable effects. Four (4) trials were conducted with healthy adult subjects: (1) a single-dose crossover trial using 2 inhalations of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg and salmeterol inhalation powder 50 mcg given concurrently, or fluticasone propionate inhalation powder 500 mcg given alone, (2) a cumulative dose trial using 50 to 400 mcg of salmeterol inhalation powder given alone or as fluticasone propionate and  salmeterol

22

inhalation powder 500 mcg/50 mcg, (3) a repeat-dose trial for 11 days using 2 inhalations twice daily of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, fluticasone propionate inhalation powder 250 mcg, or salmeterol inhalation powder 50 mcg, and (4) a single-dose trial using 5 inhalations of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, fluticasone propionate inhalation powder 100 mcg alone, or placebo. In these trials no significant differences were observed in the pharmacodynamic effects of salmeterol (pulse rate, blood pressure, QTc interval, potassium, and glucose) whether the salmeterol was given as fluticasone propionate and salmeterol inhalation powder, concurrently with fluticasone propionate from separate inhalers, or as salmeterol alone. The systemic pharmacodynamic effects of salmeterol were not altered by the presence of fluticasone propionate in fluticasone propionate and salmeterol inhalation powder. The potential effect of salmeterol on the effects of fluticasone propionate on the HPA axis was also evaluated in these trials.

Hypothalamic-Pituitary-Adrenal Axis Effects: No significant differences across treatments were observed in 24-hour urinary cortisol excretion and, where measured, 24-hour plasma cortisol AUC. The systemic pharmacodynamic effects of fluticasone propionate were not altered by the presence of salmeterol in fluticasone propionate and salmeterol inhalation powder in healthy subjects.

*Subjects with Asthma: Adult and Adolescent Subjects:* Cardiovascular Effects: In clinical trials with fluticasone propionate and salmeterol inhalation powder in adult and adolescent subjects aged 12 years and older with asthma, no significant differences were observed in the systemic pharmacodynamic effects of salmeterol (pulse rate, blood pressure, QTc interval, potassium, and glucose) whether the salmeterol was given alone or as fluticasone propionate and salmeterol inhalation powder. In 72 adult and adolescent subjects with asthma given either fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg or fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, continuous 24-hour electrocardiographic monitoring was performed after the first dose and after 12 weeks of therapy, and no clinically significant dysrhythmias were noted.

Hypothalamic-Pituitary-Adrenal Axis Effects: In a 28-week trial in adult and adolescent subjects with asthma, fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg twice daily was compared with the concurrent use of salmeterol inhalation powder 50 mcg plus fluticasone propionate inhalation powder 500 mcg from separate inhalers or fluticasone propionate inhalation powder 500 mcg alone. No significant differences across treatments were observed in serum cortisol AUC after 12 weeks of dosing or in 24-hour urinary cortisol excretion after 12 and 28 weeks.

In a 12-week trial in adult and adolescent subjects with asthma, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily was compared with fluticasone propionate inhalation powder 250 mcg alone, salmeterol inhalation powder 50 mcg alone, and placebo. For most subjects, the ability to increase cortisol production in response to stress, as assessed by 30-minute cosyntropin stimulation, remained intact with fluticasone propionate and salmeterol inhalation powder. One subject (3%) who received fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had an abnormal response (peak serum cortisol less than 18 mcg/dL) after dosing, compared with 2 subjects (6%) who received placebo, 2 subjects (6%) who received fluticasone propionate 250 mcg, and no subjects who received salmeterol.

In a repeat-dose, 3-way crossover trial, 1 inhalation twice daily of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, FLOVENT® DISKUS® 100 mcg (fluticasone propionate inhalation powder 100 mcg), or placebo was administered to 20 adult and adolescent subjects with asthma. After 28 days of treatment, geometric mean serum cortisol AUC over 12 hours showed no significant difference between fluticasone propionate and salmeterol inhalation powder and FLOVENT DISKUS or between either active treatment and placebo.

23

*Pediatric Subjects:* Hypothalamic-Pituitary-Adrenal Axis Effects: In a 12-week trial in subjects with asthma aged 4 to 11 years who were receiving ICS at trial entry, fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg twice daily was compared with fluticasone propionate inhalation powder 100 mcg administered twice daily via a dry powder inhaler. The values for 24-hour urinary cortisol excretion at trial entry and after 12 weeks of treatment were similar within each treatment group. After 12 weeks, 24-hour urinary cortisol excretion was also similar between the 2 groups.

*Subjects with Chronic Obstructive Pulmonary Disease:* Cardiovascular Effects: In clinical trials with fluticasone propionate and salmeterol inhalation powder in subjects with COPD, no significant differences were seen in pulse rate, blood pressure, potassium, and glucose between fluticasone propionate and salmeterol inhalation powder, the individual components of fluticasone propionate and salmeterol inhalation powder, and placebo. In a trial of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, 8 subjects (2 [1.1%] in the group given fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, 1 [0.5%] in the fluticasone propionate 250 mcg group, 3 [1.7%] in the salmeterol group, and 2 [1.1%] in the placebo group) had QTc intervals > 470 msec at least 1 time during the treatment period. Five (5) of these 8 subjects had a prolonged QTc interval at baseline.

In a 24-week trial, 130 subjects with COPD received continuous 24-hour electrocardiographic monitoring prior to the first dose and after 4 weeks of twice-daily treatment with either fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg, salmeterol inhalation powder 50 mcg, or placebo. No significant differences in ventricular or supraventricular arrhythmias and heart rate were observed among the groups treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, the individual components, or placebo. One (1) subject in the fluticasone propionate group experienced atrial flutter/atrial fibrillation, and 1 subject in the group given fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg experienced heart block. There were 3 cases of nonsustained ventricular tachycardia (1 each in the placebo, salmeterol, and fluticasone propionate 500 mcg treatment groups).

In 24-week clinical trials in subjects with COPD, the incidence of clinically significant ECG abnormalities (myocardial ischemia, ventricular hypertrophy, clinically significant conduction abnormalities, clinically significant arrhythmias) was lower for subjects who received salmeterol (1%, 9 of 688 subjects who received either salmeterol 50 mcg or fluticasone propionate and salmeterol inhalation powder) compared with placebo (3%, 10 of 370 subjects).

No significant differences with salmeterol 50 mcg alone or in combination with fluticasone propionate as fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg were observed on pulse rate and systolic and diastolic blood pressure in a subset of subjects with COPD who underwent 12-hour serial vital sign measurements after the first dose (n = 183) and after 12 weeks of therapy (n = 149). Median changes from baseline in pulse rate and systolic and diastolic blood pressure were similar to those seen with placebo.

Hypothalamic-Pituitary-Adrenal Axis Effects: Short-cosyntropin stimulation testing was performed both at Day 1 and Endpoint in 101 subjects with COPD receiving twice-daily fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, fluticasone propionate inhalation powder 250 mcg, salmeterol inhalation powder 50 mcg, or placebo. For most subjects, the ability to increase cortisol production in response to stress, as assessed by short cosyntropin stimulation, remained intact with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg. One (1) subject (3%) who received fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had an abnormal stimulated cortisol response (peak cortisol < 14.5 mcg/dL assessed by high-performance liquid chromatography) after dosing, compared with 2 subjects (9%) who received fluticasone propionate 250 mcg, 2 subjects (7%) who received salmeterol 50 mcg, and 1 subject (4%) who received placebo following 24 weeks of treatment or early discontinuation from trial.

24

After 36 weeks of dosing, serum cortisol concentrations in a subset of subjects with COPD (n = 83) were 22% lower in subjects receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg and 21% lower in subjects receiving fluticasone propionate 500 mcg than in subjects receiving placebo.

***Other Fluticasone Propionate Products:*** *Subjects with Asthma:* <u>Hypothalamic-Pituitary-Adrenal Axis Effects:</u> In clinical trials with fluticasone propionate inhalation powder using dosages up to and including 250 mcg twice daily, occasional abnormal short cosyntropin tests (peak serum cortisol < 18 mcg/dL assessed by radioimmunoassay) were noted both in subjects receiving fluticasone propionate and in subjects receiving placebo. The incidence of abnormal tests at 500 mcg twice daily was greater than placebo. In a 2-year trial carried out with a dry powder inhaler in 64 subjects with mild, persistent asthma (mean $FEV_1$ 91% of predicted) randomized to fluticasone propionate 500 mcg twice daily or placebo, no subject receiving fluticasone propionate had an abnormal response to 6-hour cosyntropin infusion (peak serum cortisol < 18 mcg/dL). With a peak cortisol threshold of < 35 mcg/dL, 1 subject receiving fluticasone propionate (4%) had an abnormal response at 1 year; repeat testing at 18 months and 2 years was normal. Another subject receiving fluticasone propionate (5%) had an abnormal response at 2 years. No subject on placebo had an abnormal response at 1 or 2 years.

*Subjects with Chronic Obstructive Pulmonary Disease:* <u>Hypothalamic-Pituitary-Adrenal Axis Effects:</u> After 4 weeks of dosing, the steady-state fluticasone propionate pharmacokinetics and serum cortisol levels were described in a subset of subjects with COPD (n = 86) randomized to twice-daily fluticasone propionate inhalation powder via a dry powder inhaler 500 mcg, fluticasone propionate inhalation powder 250 mcg, or placebo. Serial serum cortisol concentrations were measured across a 12-hour dosing interval. Serum cortisol concentrations following 250 mcg and 500 mcg twice-daily dosing were 10% and 21% lower than placebo, respectively, indicating a dose-dependent increase in systemic exposure to fluticasone propionate.

***Other Salmeterol Xinafoate Products:*** *Subjects with Asthma:* <u>Cardiovascular Effects:</u> Inhaled salmeterol, like other beta-adrenergic agonist drugs, can produce dose-related cardiovascular effects and effects on blood glucose and/or serum potassium *[see Warnings and Precautions (5.12, 5.18)]*. The cardiovascular effects (heart rate, blood pressure) associated with salmeterol inhalation aerosol occur with similar frequency, and are of similar type and severity, as those noted following albuterol administration.

The effects of rising inhaled doses of salmeterol and standard inhaled doses of albuterol were studied in volunteers and in subjects with asthma. Salmeterol doses up to 84 mcg administered as inhalation aerosol resulted in heart rate increases of 3 to 16 beats/min, about the same as albuterol dosed at 180 mcg by inhalation aerosol (4 to 10 beats/min). Adult and adolescent subjects receiving 50 mcg doses of salmeterol inhalation powder (N = 60) underwent continuous electrocardiographic monitoring during two 12-hour periods after the first dose and after 1 month of therapy, and no clinically significant dysrhythmias were noted.

***Concomitant Use of Wixela™ Inhub™ with Other Respiratory Medicines:*** *Short-acting Beta$_2$-agonists:* In clinical trials in subjects with asthma, the mean daily need for albuterol by 166 adult and adolescent subjects aged 12 years and older using fluticasone propionate and salmeterol inhalation powder was approximately 1.3 inhalations/day and ranged from 0 to 9 inhalations/day. Five percent (5%) of subjects using fluticasone propionate and salmeterol inhalation powder in these trials averaged 6 or more inhalations per day over the course of the 12-week trials. No increase in frequency of cardiovascular adverse events was observed among subjects who averaged 6 or more inhalations per day.

In a clinical trial in subjects with COPD, the mean daily need for albuterol for subjects using fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was 4.1 inhalations/day. Twenty-six percent (26%) of subjects using fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg averaged 6

25

or more inhalations of albuterol per day over the course of the 24-week trial. No increase in frequency of cardiovascular adverse reactions was observed among subjects who averaged 6 or more inhalations per day.

*Methylxanthines:* The concurrent use of intravenously or orally administered methylxanthines (e.g., aminophylline, theophylline) by adult and adolescent subjects aged 12 years and older receiving fluticasone propionate and salmeterol inhalation powder has not been completely evaluated. In clinical trials in subjects with asthma, 39 subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, or fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg twice daily concurrently with a theophylline product had adverse event rates similar to those in 304 subjects receiving fluticasone propionate and salmeterol inhalation powder without theophylline. Similar results were observed in subjects receiving salmeterol 50 mcg plus fluticasone propionate 500 mcg twice daily concurrently with a theophylline product (n = 39) or without theophylline (n = 132).

In a clinical trial in subjects with COPD, 17 subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily concurrently with a theophylline product had adverse event rates similar to those in 161 subjects receiving fluticasone propionate and salmeterol inhalation powder without theophylline. Based on the available data, the concomitant administration of methylxanthines with fluticasone propionate and salmeterol inhalation powder did not alter the observed adverse event profile.

*Fluticasone Propionate Nasal Spray:* In adult and adolescent subjects aged 12 years and older receiving fluticasone propionate and salmeterol inhalation powder in clinical trials, no difference in the profile of adverse events or HPA axis effects was noted between subjects who were receiving FLONASE®(fluticasone propionate) Nasal Spray, 50 mcg concurrently (n = 46) and those who were not (n = 130).

## 12.3   Pharmacokinetics

*Absorption: Fluticasone Propionate:* <u>Healthy Subjects:</u> Fluticasone propionate acts locally in the lung; therefore, plasma levels do not predict therapeutic effect. Trials using oral dosing of labeled and unlabeled drug have demonstrated that the oral systemic bioavailability of fluticasone propionate is negligible (< 1%), primarily due to incomplete absorption and presystemic metabolism in the gut and liver. In contrast, the majority of the fluticasone propionate delivered to the lung is systemically absorbed.

Following administration of fluticasone propionate and salmeterol inhalation powder to healthy adult subjects, peak plasma concentrations of fluticasone propionate were achieved in 1 to 2 hours. In a single-dose crossover trial, a higher-than-recommended dose of fluticasone propionate and salmeterol inhalation powder was administered to 14 healthy adult subjects. Two (2) inhalations of the following treatments were administered: fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate inhalation powder 500 mcg and salmeterol inhalation powder 50 mcg given concurrently, and fluticasone propionate inhalation powder 500 mcg alone. Mean peak plasma concentrations of fluticasone propionate averaged 107, 94, and 120 pg/mL, respectively, indicating no significant changes in systemic exposures of fluticasone propionate.

In 15 healthy subjects, systemic exposure to fluticasone propionate from 4 inhalations of ADVAIR® HFA 230/21 (fluticasone propionate 230 mcg and salmeterol 21 mcg) Inhalation Aerosol (920/84 mcg) and 2 inhalations of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg (1,000 mcg/100 mcg) was similar between the 2 inhalers (i.e., 799 versus 832 pg•h/mL, respectively), but approximately half the systemic exposure from 4 inhalations of fluticasone propionate CFC inhalation aerosol 220 mcg (880 mcg, AUC = 1,543 pg•h/mL). Similar results were observed for peak fluticasone propionate plasma concentrations (186 and 182 pg/mL from ADVAIR HFA and fluticasone propionate and salmeterol inhalation powder, respectively, and 307 pg/mL from the fluticasone propionate CFC inhalation aerosol). Absolute bioavailability

26

of fluticasone propionate was 5.3% and 5.5% following administration of ADVAIR HFA and fluticasone propionate and salmeterol inhalation powder, respectively.

Subjects with Asthma and COPD: Peak steady-state fluticasone propionate plasma concentrations in adult subjects with asthma (N = 11) ranged from undetectable to 266 pg/mL after a 500 mcg twice-daily dose of fluticasone propionate inhalation powder using a dry powder inhaler. The mean fluticasone propionate plasma concentration was 110 pg/mL.

Full pharmacokinetic profiles were obtained from 9 female and 16 male subjects with asthma given fluticasone propionate inhalation powder 500 mcg twice daily using a dry powder inhaler and from 14 female and 43 male subjects with COPD given 250 or 500 mcg twice daily. No overall differences in fluticasone propionate pharmacokinetics were observed.

Peak steady-state fluticasone propionate plasma concentrations in subjects with COPD averaged 53 pg/mL (range: 19.3 to 159.3 pg/mL) after treatment with 250 mcg twice daily (n = 30) and 84 pg/mL (range: 24.3 to 197.1 pg/mL) after treatment with 500 mcg twice daily (n = 27) via a fluticasone propionate dry powder inhaler. In another trial in subjects with COPD, peak steady-state fluticasone propionate plasma concentrations averaged 115 pg/mL (range: 52.6 to 366.0 pg/mL) after treatment with 500 mcg twice daily via a fluticasone propionate dry powder inhaler (n = 15) and 105 pg/mL (range: 22.5 to 299.0 pg/mL) via fluticasone propionate and salmeterol inhalation powder (n = 24).

*Salmeterol Xinafoate:* Healthy Subjects: Salmeterol xinafoate, an ionic salt, dissociates in solution so that the salmeterol and 1-hydroxy-2-naphthoic acid (xinafoate) moieties are absorbed, distributed, metabolized, and eliminated independently. Salmeterol acts locally in the lung; therefore, plasma levels do not predict therapeutic effect.

Following administration of fluticasone propionate and salmeterol inhalation powder to healthy adult subjects, peak plasma concentrations of salmeterol were achieved in about 5 minutes.

In 15 healthy subjects receiving ADVAIR HFA 230/21 Inhalation Aerosol (920/84 mcg) and fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg (1,000 mcg/100 mcg), systemic exposure to salmeterol was higher (317 versus 169 pg•h/mL) and peak salmeterol concentrations were lower (196 versus 223 pg/mL) following ADVAIR HFA compared with fluticasone propionate and salmeterol inhalation powder, although pharmacodynamic results were comparable.

Subjects with Asthma: Because of the small therapeutic dose, systemic levels of salmeterol are low or undetectable after inhalation of recommended dosages (50 mcg of salmeterol inhalation powder twice daily). Following chronic administration of an inhaled dose of 50 mcg of salmeterol inhalation powder twice daily, salmeterol was detected in plasma within 5 to 45 minutes in 7 subjects with asthma; plasma concentrations were very low, with mean peak concentrations of 167 pg/mL at 20 minutes and no accumulation with repeated doses.

***Distribution:*** *Fluticasone Propionate:* Following intravenous administration, the initial disposition phase for fluticasone propionate was rapid and consistent with its high lipid solubility and tissue binding. The volume of distribution averaged 4.2 L/kg.

The percentage of fluticasone propionate bound to human plasma proteins averages 99%. Fluticasone propionate is weakly and reversibly bound to erythrocytes and is not significantly bound to human transcortin.

27

*Salmeterol:* The percentage of salmeterol bound to human plasma proteins averages 96% *in vitro* over the concentration range of 8 to 7,722 ng of salmeterol base per milliliter, much higher concentrations than those achieved following therapeutic doses of salmeterol.

**Metabolism:** *Fluticasone Propionate:* The total clearance of fluticasone propionate is high (average, 1,093 mL/min), with renal clearance accounting for < 0.02% of the total. The only circulating metabolite detected in man is the 17β-carboxylic acid derivative of fluticasone propionate, which is formed through the CYP3A4 pathway. This metabolite had less affinity (approximately 1/2,000) than the parent drug for the glucocorticoid receptor of human lung cytosol *in vitro* and negligible pharmacological activity in animal studies. Other metabolites detected *in vitro* using cultured human hepatoma cells have not been detected in man.

*Salmeterol:* Salmeterol base is extensively metabolized by hydroxylation, with subsequent elimination predominantly in the feces. No significant amount of unchanged salmeterol base was detected in either urine or feces.

An *in vitro* study using human liver microsomes showed that salmeterol is extensively metabolized to α-hydroxysalmeterol (aliphatic oxidation) by CYP3A4. Ketoconazole, a strong inhibitor of CYP3A4, essentially completely inhibited the formation of α-hydroxysalmeterol *in vitro*.

**Elimination:** *Fluticasone Propionate:* Following intravenous dosing, fluticasone propionate showed polyexponential kinetics and had a terminal elimination half-life of approximately 7.8 hours. Less than 5% of a radiolabeled oral dose was excreted in the urine as metabolites, with the remainder excreted in the feces as parent drug and metabolites. Terminal half-life estimates of fluticasone propionate for ADVAIR HFA, fluticasone propionate and salmeterol inhalation powder, and fluticasone propionate CFC inhalation aerosol were similar and averaged 5.6 hours.

*Salmeterol:* In 2 healthy adult subjects who received 1 mg of radiolabeled salmeterol (as salmeterol xinafoate) orally, approximately 25% and 60% of the radiolabeled salmeterol was eliminated in urine and feces, respectively, over a period of 7 days. The terminal elimination half-life was about 5.5 hours (1 volunteer only).

The xinafoate moiety has no apparent pharmacologic activity. The xinafoate moiety is highly protein bound (> 99%) and has a long elimination half-life of 11 days. No terminal half-life estimates were calculated for salmeterol following administration of fluticasone propionate and salmeterol inhalation powder.

**Specific Populations:** A population pharmacokinetic analysis was performed for fluticasone propionate and salmeterol utilizing data from 9 controlled clinical trials that included 350 subjects with asthma aged 4 to 77 years who received treatment with fluticasone propionate and salmeterol inhalation powder, the combination of HFA-propelled fluticasone propionate and salmeterol inhalation aerosol (ADVAIR HFA), fluticasone propionate inhalation powder (FLOVENT DISKUS), HFA-propelled fluticasone propionate inhalation aerosol (FLOVENT® HFA), or CFC-propelled fluticasone propionate inhalation aerosol. The population pharmacokinetic analyses for fluticasone propionate and salmeterol showed no clinically relevant effects of age, gender, race, body weight, body mass index, or percent of predicted $FEV_1$ on apparent clearance and apparent volume of distribution.

*Age:* When the population pharmacokinetic analysis for fluticasone propionate was divided into subgroups based on fluticasone propionate strength, formulation, and age (adolescents/adults and children), there were some differences in fluticasone propionate exposure. Higher fluticasone propionate exposure from fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg compared with FLOVENT DISKUS 100 mcg was observed in adolescents and adults (ratio 1.52 [90% CI: 1.08, 2.13]). However, in clinical trials of up to 12 weeks' duration comparing fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg and

28

FLOVENT DISKUS 100 mcg in adolescents and adults, no differences in systemic effects of corticosteroid treatment (e.g., HPA axis effects) were observed. Similar fluticasone propionate exposure was observed from fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg and FLOVENT DISKUS 500 mcg (ratio 0.83 [90% CI: 0.65, 1.07]) in adolescents and adults.

Steady-state systemic exposure to salmeterol when delivered as fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, or ADVAIR HFA 115/21 (fluticasone propionate 115 mcg and salmeterol 21 mcg) Inhalation Aerosol was evaluated in 127 subjects aged 4 to 57 years. The geometric mean AUC was 325 pg•h/mL (90% CI: 309, 341) in adolescents and adults.

The population pharmacokinetic analysis included 160 subjects with asthma aged 4 to 11 years who received fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg or FLOVENT DISKUS 100 mcg. Higher fluticasone propionate exposure (AUC) was observed in children from fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg compared with FLOVENT DISKUS 100 mcg (ratio 1.20 [90% CI: 1.06, 1.37]). Higher fluticasone propionate exposure (AUC) from fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg was observed in children compared with adolescents and adults (ratio 1.63 [90% CI: 1.35, 1.96]). However, in clinical trials of up to 12 weeks' duration comparing fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg and FLOVENT DISKUS 100 mcg in both adolescents and adults and in children, no differences in systemic effects of corticosteroid treatment (e.g., HPA axis effects) were observed.

Exposure to salmeterol was higher in children compared with adolescents and adults who received fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg (ratio 1.23 [90% CI: 1.10, 1.38]). However, in clinical trials of up to 12 weeks' duration with fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg in both adolescents and adults and in children, no differences in systemic effects of beta$_2$-agonist treatment (e.g., cardiovascular effects, tremor) were observed.

*Male and Female Patients:* The population pharmacokinetic analysis involved 202 males and 148 females with asthma who received fluticasone propionate alone or in combination with salmeterol and showed no gender differences for fluticasone propionate pharmacokinetics.

The population pharmacokinetic analysis involved 76 males and 51 females with asthma who received salmeterol in combination with fluticasone propionate and showed no gender differences for salmeterol pharmacokinetics.

*Patients with Hepatic and Renal Impairment:* Formal pharmacokinetic studies using fluticasone propionate and salmeterol inhalation powder have not been conducted in patients with hepatic or renal impairment. However, since both fluticasone propionate and salmeterol are predominantly cleared by hepatic metabolism, impairment of liver function may lead to accumulation of fluticasone propionate and salmeterol in plasma. Therefore, patients with hepatic disease should be closely monitored.

***Drug Interaction Studies:*** In the repeat- and single-dose trials, there was no evidence of significant drug interaction in systemic exposure between fluticasone propionate and salmeterol when given alone or in combination via a dry powder inhaler. The population pharmacokinetic analysis from 9 controlled clinical trials in 350 subjects with asthma showed no significant effects on fluticasone propionate or salmeterol pharmacokinetics following co-administration with beta$_2$-agonists, corticosteroids, antihistamines, or theophyllines.

29

*Inhibitors of Cytochrome P450 3A4:* Ritonavir: *Fluticasone Propionate:* Fluticasone propionate is a substrate of CYP3A4. Coadministration of fluticasone propionate and the strong CYP3A4 inhibitor ritonavir is not recommended based upon a multiple-dose, crossover drug interaction trial in 18 healthy subjects. Fluticasone propionate aqueous nasal spray (200 mcg once daily) was coadministered for 7 days with ritonavir (100 mg twice daily). Plasma fluticasone propionate concentrations following fluticasone propionate aqueous nasal spray alone were undetectable (< 10 pg/mL) in most subjects, and when concentrations were detectable peak levels ($C_{max}$) averaged 11.9 pg/mL (range: 10.8 to 14.1 pg/mL) and $AUC_{(0-\tau)}$ averaged 8.43 pg•h/mL (range: 4.2 to 18.8 pg•h/mL). Fluticasone propionate $C_{max}$ and $AUC_{(0-\tau)}$ increased to 318 pg/mL (range: 110 to 648 pg/mL) and 3,102.6 pg•h/mL (range: 1,207.1 to 5,662.0 pg•h/mL), respectively, after coadministration of ritonavir with fluticasone propionate aqueous nasal spray. This significant increase in plasma fluticasone propionate exposure resulted in a significant decrease (86%) in serum cortisol AUC.

Ketoconazole: *Fluticasone Propionate:* In a placebo-controlled crossover trial in 8 healthy adult volunteers, coadministration of a single dose of orally inhaled fluticasone propionate (1,000 mcg) with multiple doses of ketoconazole (200 mg) to steady state resulted in increased plasma fluticasone propionate exposure, a reduction in plasma cortisol AUC, and no effect on urinary excretion of cortisol.

*Salmeterol:* In a placebo-controlled, crossover drug interaction trial in 20 healthy male and female subjects, coadministration of salmeterol (50 mcg twice daily) and the strong CYP3A4 inhibitor ketoconazole (400 mg once daily) for 7 days resulted in a significant increase in plasma salmeterol exposure as determined by a 16-fold increase in AUC (ratio with and without ketoconazole 15.76 [90% CI: 10.66, 23.31]) mainly due to increased bioavailability of the swallowed portion of the dose. Peak plasma salmeterol concentrations were increased by 1.4-fold (90% CI: 1.23, 1.68). Three (3) out of 20 subjects (15%) were withdrawn from salmeterol and ketoconazole coadministration due to beta-agonist–mediated systemic effects (2 with QTc prolongation and 1 with palpitations and sinus tachycardia). Coadministration of salmeterol and ketoconazole did not result in a clinically significant effect on mean heart rate, mean blood potassium, or mean blood glucose. Although there was no statistical effect on the mean QTc, coadministration of salmeterol and ketoconazole was associated with more frequent increases in QTc duration compared with salmeterol and placebo administration.

*Erythromycin: Fluticasone Propionate:* In a multiple-dose drug interaction trial, coadministration of orally inhaled fluticasone propionate (500 mcg twice daily) and erythromycin (333 mg 3 times daily) did not affect fluticasone propionate pharmacokinetics.

*Salmeterol:* In a repeat-dose trial in 13 healthy subjects, concomitant administration of erythromycin (a moderate CYP3A4 inhibitor) and salmeterol inhalation aerosol resulted in a 40% increase in salmeterol $C_{max}$ at steady state (ratio with and without erythromycin 1.4 [90% CI: 0.96, 2.03], $P = 0.12$), a 3.6-beat/min increase in heart rate ([95% CI: 0.19, 7.03], $P < 0.04$), a 5.8-msec increase in QTc interval ([95% CI: -6.14, 17.77], $P = 0.34$), and no change in plasma potassium.

## 13    NONCLINICAL TOXICOLOGY
### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
*Fluticasone Propionate:* Fluticasone propionate demonstrated no tumorigenic potential in mice at oral doses up to 1,000 mcg/kg (approximately 5 and 10 times the MRHDID for adults and children, respectively, on a mcg/m$^2$ basis) for 78 weeks or in rats at inhalation doses up to 57 mcg/kg (less than and approximately equivalent to the MRHDID for adults and children, respectively, on a mcg/m$^2$ basis) for 104 weeks.

Fluticasone propionate did not induce gene mutation in prokaryotic or eukaryotic cells *in vitro*. No significant clastogenic effect was seen in cultured human peripheral lymphocytes *in vitro* or in the *in vivo* mouse micronucleus test.

30

Fertility and reproductive performance were unaffected in male and female rats at subcutaneous doses up to 50 mcg/kg (approximately 0.5 times the MRHDID for adults on a mcg/m$^2$ basis).

**Salmeterol:** In an 18-month carcinogenicity study in CD-mice, salmeterol at oral doses of 1,400 mcg/kg and above (approximately 20 times the MRHDID for adults and children based on comparison of the plasma AUCs) caused a dose-related increase in the incidence of smooth muscle hyperplasia, cystic glandular hyperplasia, leiomyomas of the uterus, and ovarian cysts. No tumors were seen at 200 mcg/kg (approximately 3 times the MRHDID for adults and children based on comparison of the AUCs).

In a 24-month oral and inhalation carcinogenicity study in Sprague Dawley rats, salmeterol caused a dose-related increase in the incidence of mesovarian leiomyomas and ovarian cysts at doses of 680 mcg/kg and above (approximately 66 and 35 times the MRHDID for adults and children, respectively, on a mcg/m$^2$ basis). No tumors were seen at 210 mcg/kg (approximately 20 and 10 times the MRHDID for adults and children, respectively, on a mcg/m$^2$ basis). These findings in rodents are similar to those reported previously for other beta-adrenergic agonist drugs. The relevance of these findings to human use is unknown.

Salmeterol produced no detectable or reproducible increases in microbial and mammalian gene mutation *in vitro*. No clastogenic activity occurred *in vitro* in human lymphocytes or *in vivo* in a rat micronucleus test.

Fertility and reproductive performance were unaffected in male and female rats at oral doses up to 2,000 mcg/kg (approximately 195 times the MRHDID for adults on a mcg/m$^2$ basis).

## 13.2    Animal Toxicology and/or Pharmacology
**Preclinical:** Studies in laboratory animals (minipigs, rodents, and dogs) have demonstrated the occurrence of cardiac arrhythmias and sudden death (with histologic evidence of myocardial necrosis) when beta-agonists and methylxanthines are administered concurrently. The clinical relevance of these findings is unknown.

# 14    CLINICAL STUDIES
## 14.1    Asthma
**Adult and Adolescent Subjects Aged 12 Years and Older:** In clinical trials comparing fluticasone propionate and salmeterol inhalation powder with its individual components, improvements in most efficacy endpoints were greater with fluticasone propionate and salmeterol inhalation powder than with the use of either fluticasone propionate or salmeterol alone. In addition, clinical trials showed similar results between fluticasone propionate and salmeterol inhalation powder and the concurrent use of fluticasone propionate plus salmeterol at corresponding doses from separate inhalers.

*Trials Comparing Fluticasone Propionate and Salmeterol Inhalation Powder with Fluticasone Propionate Alone or Salmeterol Alone:* Three (3) double-blind, parallel-group clinical trials were conducted with fluticasone propionate and salmeterol inhalation powder in 1,208 adult and adolescent subjects (aged 12 years and older, baseline FEV$_1$ 63% to 72% of predicted normal) with asthma that was not optimally controlled on their current therapy. All treatments were inhalation powders given as 1 inhalation from a dry powder inhaler twice daily, and other maintenance therapies were discontinued.

Trial 1: Clinical Trial with Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg: This placebo-controlled, 12-week, U.S. trial compared fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg with its individual components, fluticasone propionate 100 mcg and salmeterol 50 mcg. The trial was stratified according to baseline asthma maintenance therapy; subjects were using either ICS (n = 250) (daily doses of beclomethasone dipropionate 252 to 420 mcg; flunisolide 1,000 mcg; fluticasone propionate inhalation aerosol 176 mcg; or triamcinolone acetonide 600 to 1,000 mcg) or salmeterol (n = 106). Baseline FEV$_1$

31

measurements were similar across treatments: fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, 2.17 L; fluticasone propionate 100 mcg, 2.11 L; salmeterol, 2.13 L; and placebo, 2.15 L.

Predefined withdrawal criteria for lack of efficacy, an indicator of worsening asthma, were utilized for this placebo-controlled trial. Worsening asthma was defined as a clinically important decrease in $FEV_1$ or PEF, increase in use of VENTOLIN® (albuterol, USP) Inhalation Aerosol, increase in night awakenings due to asthma, emergency intervention or hospitalization due to asthma, or requirement for asthma medication not allowed by the protocol. As shown in Table 4, statistically significantly fewer subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg were withdrawn due to worsening asthma compared with fluticasone propionate, salmeterol, and placebo.

**Table 4. Percent of Subjects Withdrawn due to Worsening Asthma in Subjects Previously Treated with Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

| Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg (n = 87) | Fluticasone Propionate 100 mcg (n = 85) | Salmeterol 50 mcg (n = 86) | Placebo (n = 77) |
|---|---|---|---|
| 3% | 11% | 35% | 49% |

The $FEV_1$ results are displayed in Figure 1. Because this trial used predetermined criteria for worsening asthma, which caused more subjects in the placebo group to be withdrawn, $FEV_1$ results at Endpoint (last available $FEV_1$ result) are also provided. Subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg had significantly greater improvements in $FEV_1$ (0.51 L, 25%) compared with fluticasone propionate 100 mcg (0.28 L, 15%), salmeterol (0.11 L, 5%), and placebo (0.01 L, 1%). These improvements in $FEV_1$ with fluticasone propionate and salmeterol inhalation powder were achieved regardless of baseline asthma maintenance therapy (ICS or salmeterol).

**Figure 1. Mean Percent Change from Baseline in $FEV_1$ in Subjects with Asthma Previously Treated with Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

32



| | Week 0 | | | | 6 | | | | | 12 | Endpoint |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | | | | N | | | | | N | N |
| Fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg | 87 | | | | 79 | | | | | 73 | 86 |
| Fluticasone propionate 100 mcg | 85 | | | | 71 | | | | | 65 | 85 |
| Salmeterol 50 mcg | 86 | | | | 59 | | | | | 51 | 86 |
| Placebo | 77 | | | | 34 | | | | | 27 | 74 |

The effect of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg on morning and evening PEF endpoints is shown in Table 5.

**Table 5. Peak Expiratory Flow Results for Subjects with Asthma Previously Treated with Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

| Efficacy Variable [a] | Fluticasone Propionate and Salmeterol Inhalation Powder 100 mcg/50 mcg (n = 87) | Fluticasone Propionate 100 mcg (n = 85) | Salmeterol 50 mcg (n = 86) | Placebo (n = 77) |
|---|---|---|---|---|
| AM PEF (L/min) | | | | |
| Baseline | 393 | 374 | 369 | 382 |
| Change from baseline | 53 | 17 | -2 | -24 |
| | | | | |
| PM PEF (L/min) | | | | |
| Baseline | 418 | 390 | 396 | 398 |
| Change from baseline | 35 | 18 | -7 | -13 |

33

[a] Change from baseline = change from baseline at Endpoint (last available data).

The subjective impact of asthma on subjects' perception of health was evaluated through use of an instrument called the Asthma Quality of Life Questionnaire (AQLQ) (based on a 7 point scale where 1 = maximum impairment and 7 = none). Subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg had clinically meaningful improvements in overall asthma-specific quality of life as defined by a difference between groups of ≥ 0.5 points in change from baseline AQLQ scores (difference in AQLQ score of 1.25 compared with placebo).

Trial 2: Clinical Trial with Fluticasone Propionate and Salmeterol Inhalation Powder 250 mcg/50 mcg: This placebo-controlled, 12-week, U.S. trial compared fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg with its individual components, fluticasone propionate 250 mcg and salmeterol 50 mcg, in 349 subjects with asthma using ICS (daily doses of beclomethasone dipropionate 462 to 672 mcg; flunisolide 1,250 to 2,000 mcg; fluticasone propionate inhalation aerosol 440 mcg; or triamcinolone acetonide 1,100 to 1,600 mcg). Baseline $FEV_1$ measurements were similar across treatments: fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg, 2.23 L; fluticasone propionate 250 mcg, 2.12 L; salmeterol, 2.20 L; and placebo, 2.19 L.

Efficacy results in this trial were similar to those observed in Trial 1. Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had significantly greater improvements in $FEV_1$ (0.48 L, 23%) compared with fluticasone propionate 250 mcg (0.25 L, 13%), salmeterol (0.05 L, 4%), and placebo (decrease of 0.11 L, decrease of 5%). Statistically significantly fewer subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg were withdrawn from this trial for worsening asthma (4%) compared with fluticasone propionate (22%), salmeterol (38%), and placebo (62%). In addition, fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg was superior to fluticasone propionate, salmeterol, and placebo for improvements in morning and evening PEF. Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg also had clinically meaningful improvements in overall asthma-specific quality of life as described in Trial 1 (difference in AQLQ score of 1.29 compared with placebo).

Trial 3: Clinical Trial with Fluticasone Propionate and Salmeterol Inhalation Powder 500 mcg/50 mcg: This 28-week, non-U.S. trial compared fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg with fluticasone propionate 500 mcg alone and concurrent therapy (salmeterol 50 mcg plus fluticasone propionate 500 mcg administered from separate inhalers) twice daily in 503 subjects with asthma using ICS (daily doses of beclomethasone dipropionate 1,260 to 1,680 mcg; budesonide 1,500 to 2,000 mcg; flunisolide 1,500 to 2,000 mcg; or fluticasone propionate inhalation aerosol 660 to 880 mcg [750 to 1,000 mcg inhalation powder]). The primary efficacy parameter, morning PEF, was collected daily for the first 12 weeks of the trial. The primary purpose of weeks 13 to 28 was to collect safety data.

Baseline PEF measurements were similar across treatments: fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, 359 L/min; fluticasone propionate 500 mcg, 351 L/min; and concurrent therapy, 345 L/min. Morning PEF improved significantly with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with fluticasone propionate 500 mcg over the 12-week treatment period. Improvements in morning PEF observed with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg were similar to improvements observed with concurrent therapy.

*Onset of Action and Progression of Improvement in Asthma Control:* The onset of action and progression of improvement in asthma control were evaluated in the 2 placebo-controlled U.S. trials. Following the first dose, the median time to onset of clinically significant bronchodilatation (≥ 15% improvement in $FEV_1$) in most subjects was seen within 30 to 60 minutes. Maximum improvement in $FEV_1$ generally occurred within 3 hours,

34

and clinically significant improvement was maintained for 12 hours (Figure 2). Following the initial dose, predose $FEV_1$ relative to Day 1 baseline improved markedly over the first week of treatment and continued to improve over the 12 weeks of treatment in both trials. No diminution in the 12-hour bronchodilator effect was observed with either fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg (Figures 2 and 3) or fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg as assessed by $FEV_1$ following 12 weeks of therapy.

**Figure 2. Percent Change in Serial 12-Hour $FEV_1$ in Subjects with Asthma Previously Using Either Inhaled Corticosteroids or Salmeterol (Trial 1)**



**Figure 3. Percent Change in Serial 12-Hour $FEV_1$ in Subjects with Asthma Previously Using Either Inhaled Corticosteroids or Salmeterol (Trial 1)**

35



Reduction in asthma symptoms and use of rescue VENTOLIN Inhalation Aerosol and improvement in morning and evening PEF also occurred within the first day of treatment with fluticasone propionate and salmeterol inhalation powder, and continued to improve over the 12 weeks of therapy in both trials.

Pediatric Subjects: In a 12-week U.S. trial, fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg twice daily was compared with fluticasone propionate inhalation powder 100 mcg twice daily in 203 children with asthma aged 4 to 11 years. At trial entry, the children were symptomatic on low doses of ICS (beclomethasone dipropionate 252 to 336 mcg/day; budesonide 200 to 400 mcg/day; flunisolide 1,000 mcg/day; triamcinolone acetonide 600 to 1,000 mcg/day; or fluticasone propionate 88 to 250 mcg/day). The primary objective of this trial was to determine the safety of fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg compared with fluticasone propionate inhalation powder 100 mcg in this age group; however, the trial also included secondary efficacy measures of pulmonary function. Morning predose $FEV_1$ was obtained at baseline and Endpoint (last available $FEV_1$ result) in children aged 6 to 11 years. In subjects receiving fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg, $FEV_1$ increased from 1.70 L at baseline (n = 79) to 1.88 L at Endpoint (n = 69) compared with an increase from 1.65 L at baseline (n = 83) to 1.77 L at Endpoint (n = 75) in subjects receiving fluticasone propionate 100 mcg.

36

The findings of this trial, along with extrapolation of efficacy data from subjects aged 12 years and older, support the overall conclusion that fluticasone propionate and salmeterol inhalation powder 100 mcg/50 mcg is efficacious in the treatment of asthma in subjects aged 4 to 11 years.

## 14.2   Chronic Obstructive Pulmonary Disease

The efficacy of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg and fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg in the treatment of subjects with COPD was evaluated in 6 randomized, double-blind, parallel-group clinical trials in adult subjects aged 40 years and older. These trials were primarily designed to evaluate the efficacy of fluticasone propionate and salmeterol inhalation powder on lung function (3 trials), exacerbations (2 trials), and survival (1 trial).

*Lung Function:* Two (2) of the 3 clinical trials primarily designed to evaluate the efficacy of fluticasone propionate and salmeterol inhalation powder on lung function were conducted in 1,414 subjects with COPD associated with chronic bronchitis. In these 2 trials, all the subjects had a history of cough productive of sputum that was not attributable to another disease process on most days for at least 3 months of the year for at least 2 years. The trials were randomized, double-blind, parallel-group, 24-week treatment duration. One (1) trial evaluated the efficacy of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg compared with its components fluticasone propionate 250 mcg and salmeterol 50 mcg and with placebo, and the other trial evaluated the efficacy of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with its components fluticasone propionate 500 mcg and salmeterol 50 mcg and with placebo. Trial treatments were inhalation powders given as 1 inhalation from the dry powder inhaler twice daily. Maintenance COPD therapies were discontinued, with the exception of theophylline. The subjects had a mean pre-bronchodilator $FEV_1$ of 41% and 20% reversibility at trial entry. Percent reversibility was calculated as 100 times ($FEV_1$ post-albuterol minus $FEV_1$ pre-albuterol)/$FEV_1$ pre-albuterol.

Improvements in lung function (as defined by predose and postdose $FEV_1$) were significantly greater with fluticasone propionate and salmeterol inhalation powder than with fluticasone propionate, salmeterol, or placebo. The improvement in lung function with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was similar to the improvement seen with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg.

Figures 4 and 5 display predose and 2-hour postdose, respectively, $FEV_1$ results for the trial with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg. To account for subject withdrawals during the trial, $FEV_1$ at Endpoint (last evaluable $FEV_1$) was evaluated. Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had significantly greater improvements in predose $FEV_1$ at Endpoint (165 mL, 17%) compared with salmeterol 50 mcg (91 mL, 9%) and placebo (1 mL, 1%), demonstrating the contribution of fluticasone propionate to the improvement in lung function with fluticasone propionate and salmeterol inhalation powder (Figure 4). Subjects receiving fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg had significantly greater improvements in postdose $FEV_1$ at Endpoint (281 mL, 27%) compared with fluticasone propionate 250 mcg (147 mL, 14%) and placebo (58 mL, 6%), demonstrating the contribution of salmeterol to the improvement in lung function with fluticasone propionate and salmeterol inhalation powder (Figure 5).

## Figure 4. Predose $FEV_1$: Mean Percent Change from Baseline in Subjects with Chronic Obstructive Pulmonary Disease

37



**Figure 5. Two-Hour Postdose FEV₁: Mean Percent Changes from Baseline over Time in Subjects with Chronic Obstructive Pulmonary Disease**



38

FDA-FLORIDA-004222

The third trial was a 1-year trial that evaluated fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, and placebo in 1,465 subjects. The subjects had an established history of COPD and exacerbations, a pre-bronchodilator $FEV_1$ < 70% of predicted at trial entry, and 8.3% reversibility. The primary endpoint was the comparison of pre-bronchodilator $FEV_1$ in the groups receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg or placebo. Subjects treated with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg had greater improvements in $FEV_1$ (113 mL, 10%) compared with fluticasone propionate 500 mcg (7 mL, 2%), salmeterol (15 mL, 2%), and placebo (-60 mL, -3%).

**Exacerbations:** Two (2) trials were primarily designed to evaluate the effect of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg on exacerbations. In these 2 trials, exacerbations were defined as worsening of 2 or more major symptoms (dyspnea, sputum volume, and sputum purulence) or worsening of any 1 major symptom together with any 1 of the following minor symptoms: sore throat, colds (nasal discharge and/or nasal congestion), fever without other cause, and increased cough or wheeze for at least 2 consecutive days. COPD exacerbations were considered of moderate severity if treatment with systemic corticosteroids and/or antibiotics was required and were considered severe if hospitalization was required.

Exacerbations were also evaluated as a secondary outcome in the 1- and 3-year trials with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg. There was not a symptomatic definition of exacerbation in these 2 trials. Exacerbations were defined in terms of severity requiring treatment with antibiotics and/or systemic corticosteroids (moderately severe) or requiring hospitalization (severe).

The 2 exacerbation trials with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg were identical trials designed to evaluate the effect of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg and salmeterol 50 mcg, each given twice daily, on exacerbations of COPD over a 12-month period. A total of 1,579 subjects had an established history of COPD (but no other significant respiratory disorders). Subjects had a pre-bronchodilator $FEV_1$ of 33% of predicted, a mean reversibility of 23% at baseline, and a history of ≥ 1 COPD exacerbation in the previous year that was moderate or severe. All subjects were treated with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg twice daily during a 4-week run-in period prior to being assigned trial treatment with twice-daily fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg or salmeterol 50 mcg. In both trials, treatment with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg resulted in a significantly lower annual rate of moderate/severe COPD exacerbations compared with salmeterol (30.5% reduction [95% CI: 17.0, 41.8], $P <$ 0.001) in the first trial and (30.4% reduction [95% CI: 16.9, 41.7], $P <$ 0.001) in the second trial. Subjects treated with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg also had a significantly lower annual rate of exacerbations requiring treatment with oral corticosteroids compared with subjects treated with salmeterol (39.7% reduction [95% CI: 22.8, 52.9], $P <$ 0.001) in the first trial and (34.3% reduction [95% CI: 18.6, 47.0], $P <$ 0.001) in the second trial. Secondary endpoints including pulmonary function and symptom scores improved more in subjects treated with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg than with salmeterol 50 mcg in both trials.

Exacerbations were evaluated in the 1- and the 3-year trials with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg as 1 of the secondary efficacy endpoints. In the 1-year trial, the group receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg had a significantly lower rate of moderate and severe exacerbations compared with placebo (25.4% reduction compared with placebo [95% CI: 13.5, 35.7]) but not when compared with its components (7.5% reduction compared with fluticasone propionate [95% CI: -7.3, 20.3] and 7% reduction compared with salmeterol [95% CI: -8.0, 19.9]). In the 3-year trial, the group receiving fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg had a significantly lower rate of moderate and severe exacerbations compared with each of the other treatment groups

39

(25.1% reduction compared with placebo [95% CI: 18.6, 31.1], 9.0% reduction compared with fluticasone propionate [95% CI: 1.2, 16.2], and 12.2% reduction compared with salmeterol [95% CI: 4.6, 19.2]).

There were no trials conducted to directly compare the efficacy of fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg on exacerbations. Across trials, the reduction in exacerbations seen with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was not greater than the reduction in exacerbations seen with fluticasone propionate and salmeterol inhalation powder 250 mcg/50 mcg.

*Survival:* A 3-year multicenter, international trial evaluated the efficacy of fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg compared with fluticasone propionate 500 mcg, salmeterol 50 mcg, and placebo on survival in 6,112 subjects with COPD. During the trial subjects were permitted usual COPD therapy with the exception of other ICS and long-acting bronchodilators. The subjects were aged 40 to 80 years with an established history of COPD, a pre-bronchodilator $FEV_1 < 60\%$ of predicted at trial entry, and < 10% of predicted reversibility. Each subject who withdrew from double-blind treatment for any reason was followed for the full 3-year trial period to determine survival status. The primary efficacy endpoint was all-cause mortality. Survival with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg was not significantly improved compared with placebo or the individual components (all-cause mortality rate 12.6% fluticasone propionate and salmeterol inhalation powder versus 15.2% placebo). The rates for all-cause mortality were 13.5% and 16.0% in the groups treated with salmeterol 50 mcg and fluticasone propionate 500 mcg, respectively. Secondary outcomes, including pulmonary function (post-bronchodilator $FEV_1$), improved with fluticasone propionate and salmeterol inhalation powder 500 mcg/50 mcg, salmeterol 50 mcg, and fluticasone propionate 500 mcg compared with placebo.

## 16    HOW SUPPLIED/STORAGE AND HANDLING

Wixela™ Inhub™ 100/50 is supplied as a disposable grey colored plastic dry powder inhaler containing two foil sealed discs, providing a total of 60 pre-metered doses. The inhaler is packaged in a moisture-protective foil pouch.

NDC 0378-9320-32
carton containing one dry powder inhaler

Wixela™ Inhub™ 250/50 is supplied as a disposable grey colored plastic dry powder inhaler containing two foil sealed discs, providing a total of 60 pre-metered doses. The inhaler is packaged in a moisture-protective foil pouch.

NDC 0378-9321-32
carton containing one dry powder inhaler

Wixela™ Inhub™ 500/50 is supplied as a disposable grey colored plastic dry powder inhaler containing two foil sealed discs, providing a total of 60 pre-metered doses. The inhaler is packaged in a moisture-protective foil pouch.

NDC 0378-9322-32
carton containing one dry powder inhaler

**Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]**

**Store in a dry place away from direct heat and sunlight.**

40

**Keep this and all medication out of the reach of children.**

Wixela™ Inhub™ should be stored inside the unopened moisture-protective foil pouch and only removed from the pouch immediately before initial use. Discard Wixela™ Inhub™ 1 month after opening the foil pouch or when the counter reads "0" (after all doses have been used), whichever comes first. The inhaler is not reusable. Do not attempt to take the inhaler apart.

## 17    PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information and Instructions for Use).

***Serious Asthma-Related Events:*** Inform patients with asthma that LABA when used alone increases the risk of asthma-related hospitalization or asthma-related death. Available data show that when ICS and LABA are used together, such as with Wixela™ Inhub™, there is not a significant increase in the risk of these events.

***Not for Acute Symptoms:*** Inform patients that Wixela™ Inhub™ is not meant to relieve acute asthma symptoms or exacerbations of COPD and extra doses should not be used for that purpose. Advise patients to treat acute symptoms with an inhaled, short-acting beta$_2$-agonist such as albuterol. Provide patients with such medication and instruct them in how it should be used.

Instruct patients to seek medical attention immediately if they experience any of the following:
- Decreasing effectiveness of inhaled, short-acting beta$_2$-agonists
- Need for more inhalations than usual of inhaled, short-acting beta$_2$-agonists
- Significant decrease in lung function as outlined by the physician

Tell patients they should not stop therapy with Wixela™ Inhub™ without physician/provider guidance since symptoms may recur after discontinuation.

***Do Not Use Additional Long-acting Beta$_2$-agonists:*** Instruct patients not to use other LABA for asthma and COPD.

***Local Effects:*** Inform patients that localized infections with *Candida albicans* occurred in the mouth and pharynx in some patients. If oropharyngeal candidiasis develops, treat it with appropriate local or systemic (i.e., oral) antifungal therapy while still continuing therapy with Wixela™ Inhub™, but at times therapy with Wixela™ Inhub™ may need to be temporarily interrupted under close medical supervision. Advise patients to rinse the mouth with water without swallowing after inhalation to help reduce the risk of thrush.

***Pneumonia:*** Patients with COPD have a higher risk of pneumonia; instruct them to contact their healthcare providers if they develop symptoms of pneumonia.

***Immunosuppression:*** Warn patients who are on immunosuppressant doses of corticosteroids to avoid exposure to chickenpox or measles and, if exposed, to consult their physicians without delay. Inform patients of potential worsening of existing tuberculosis; fungal, bacterial, viral, or parasitic infections; or ocular herpes simplex.

***Hypercorticism and Adrenal Suppression:*** Advise patients that Wixela™ Inhub™ may cause systemic corticosteroid effects of hypercorticism and adrenal suppression. Additionally, inform patients that deaths due to adrenal insufficiency have occurred during and after transfer from systemic corticosteroids. Patients should taper slowly from systemic corticosteroids if transferring to Wixela™ Inhub™.

41

***Immediate Hypersensitivity Reactions:*** Advise patients that immediate hypersensitivity reactions (e.g., urticaria, angioedema, rash, bronchospasm, hypotension), including anaphylaxis, may occur after administration of Wixela™ Inhub™. Patients should discontinue Wixela™ Inhub™ if such reactions occur. There have been reports of anaphylactic reactions in patients with severe milk protein allergy after inhalation of powder products containing lactose; therefore, patients with severe milk protein allergy should not take Wixela™ Inhub™.

***Reduction in Bone Mineral Density:*** Advise patients who are at an increased risk for decreased BMD that the use of corticosteroids may pose an additional risk.

***Reduced Growth Velocity:*** Inform patients that orally inhaled corticosteroids, including fluticasone propionate, may cause a reduction in growth velocity when administered to pediatric patients. Physicians should closely follow the growth of children and adolescents taking corticosteroids by any route.

***Glaucoma and Cataracts:*** Advise patients that long-term use of ICS may increase the risk of some eye problems (cataracts or glaucoma); consider regular eye examinations.

***Risks Associated with Beta-agonist Therapy:*** Inform patients of adverse effects associated with beta$_2$-agonists, such as palpitations, chest pain, rapid heart rate, tremor, or nervousness.

FDA-FLORIDA-004226

**PATIENT INFORMATION**
**Wixela™ Inhub™ (wicks-EL-uh IN-hub)**
**(fluticasone propionate and**
**salmeterol inhalation powder, USP)**
**for oral inhalation use**

**What is Wixela™ Inhub™?**

- Wixela™ Inhub™ combines the inhaled corticosteroid (ICS) medicine fluticasone propionate and the long-acting beta$_2$-adrenergic agonist (LABA) medicine salmeterol.
  - ICS medicines such as fluticasone propionate help to decrease inflammation in the lungs. Inflammation in the lungs can lead to breathing problems.
  - LABA medicines such as salmeterol help the muscles around the airways in your lungs stay relaxed to prevent symptoms, such as wheezing, cough, chest tightness, and shortness of breath. These symptoms can happen when the muscles around the airways tighten. This makes it hard to breathe.
- **Wixela™ Inhub™ is not used to relieve sudden breathing problems** and will not replace a rescue inhaler.
- It is not known if Wixela™ Inhub™ is safe and effective in children younger than 4 years.
- Wixela™ Inhub™ is used for asthma and COPD as follows:

  **Asthma:**
  - Wixela™ Inhub™ is a prescription medicine used to control symptoms of asthma and to prevent symptoms such as wheezing in adults and children aged 4 years and older.
  - Wixela™ Inhub™ contains salmeterol, the same medicine found in SEREVENT® DISKUS® (salmeterol xinafoate inhalation powder). LABA medicines such as salmeterol when used alone increase the risk of hospitalizations and death from asthma problems. Wixela™ Inhub™ contains an ICS and a LABA. When an ICS and LABA are used together there is not a significant increased risk in hospitalizations and death from asthma problems.
  - Wixela™ Inhub™ is not for adults and children with asthma who are well controlled with an asthma control medicine, such as a low to medium dose of an ICS medicine. Wixela™ Inhub™ is for adults and children with asthma who need both an ICS and LABA medicine.

  **COPD:**
  Wixela™ Inhub™ 250/50 is a prescription medicine used to treat COPD. COPD is a chronic lung disease that includes chronic bronchitis, emphysema, or both. Wixela™ Inhub™ 250/50 is used long term as 1 inhalation 2 times each day to improve symptoms of COPD for better breathing and to reduce the number of flare-ups (the worsening of your COPD symptoms for several days).

**Do not use Wixela™ Inhub™:**
- to relieve sudden breathing problems.
- as a rescue inhaler.
- if you have a severe allergy to milk proteins. Ask your healthcare provider if you are not sure.
- if you are allergic to fluticasone propionate, salmeterol, or any of the ingredients in Wixela™ Inhub™. See the end of this Patient Information for a complete list of ingredients in Wixela™ Inhub™.

**Before using Wixela™ Inhub™, tell your healthcare provider about all of your medical conditions, including if you:**
- have heart problems.
- have high blood pressure.
- have seizures.
- have thyroid problems.
- have diabetes.
- have liver problems.
- have weak bones (osteoporosis).
- have an immune system problem.
- have or have had eye problems such as glaucoma, increased pressure in your eye, cataracts, or other changes in vision.
- are allergic to milk proteins.
- have any type of viral, bacterial, or fungal infection.
- are exposed to chickenpox or measles.

43

- are pregnant or plan to become pregnant. It is not known if Wixela™ Inhub™ may harm your unborn baby.
- are breastfeeding. It is not known if the medicines in Wixela™ Inhub™ pass into your milk and if they can harm your baby.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements. Wixela™ Inhub™ and certain other medicines may interact with each other. This may cause serious side effects. Especially tell your healthcare provider if you take antifungal or anti-HIV medicines. Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

---

**How should I use Wixela™ Inhub™?**

**Read the step-by-step instructions for using Wixela™ Inhub™ at the end of this Patient Information.**

- **Do not** use Wixela™ Inhub™ unless your healthcare provider has taught you how to use the inhaler and you understand how to use it correctly.
- Children should use Wixela™ Inhub™ with an adult's help, as instructed by the child's healthcare provider.
- Wixela™ Inhub™ comes in 3 different strengths. Your healthcare provider prescribed the strength that is best for you.
- Use Wixela™ Inhub™ exactly as your healthcare provider tells you to use it. **Do not** use Wixela™ Inhub™ more often than prescribed.
- Use 1 inhalation of Wixela™ Inhub™ 2 times each day. Use Wixela™ Inhub™ at the same time each day, about 12 hours apart.
- If you miss a dose of Wixela™ Inhub™, just skip that dose. Take your next dose at your usual time. Do not take 2 doses at 1 time.
- If you take too much Wixela™ Inhub™, call your healthcare provider or go to the nearest hospital emergency room right away if you have any unusual symptoms, such as worsening shortness of breath, chest pain, increased heart rate, or shakiness.
- **Do not use other medicines that contain a LABA for any reason.** Ask your healthcare provider or pharmacist if any of your other medicines are LABA medicines.
- **Do not** stop using Wixela™ Inhub™, even if you are feeling better, unless your healthcare provider tells you to.
- **Wixela™ Inhub™ does not relieve sudden breathing problems.** Always have a rescue inhaler with you to treat sudden symptoms. If you do not have a rescue inhaler, call your healthcare provider to have one prescribed for you.
- Rinse your mouth with water **without swallowing** after each dose of Wixela™ Inhub™. This will help lessen the chance of getting a yeast infection (thrush) in your mouth and throat.

- Call your healthcare provider or get medical care right away if:
  - your breathing problems get worse.
  - you need to use your rescue inhaler more often than usual.
  - your rescue inhaler does not work as well to relieve your symptoms.
  - you need to use 4 or more inhalations of your rescue inhaler in 24 hours for 2 or more days in a row.
  - you use 1 whole canister of your rescue inhaler in 8 weeks.
  - your peak flow meter results decrease. Your healthcare provider will tell you the numbers that are right for you.
  - you have asthma and your symptoms do not improve after using Wixela™ Inhub™ regularly for 1 week.

44

FDA-FLORIDA-004228

**What are the possible side effects of Wixela™ Inhub™?**
**Wixela™ Inhub™ can cause serious side effects, including:**

- **fungal infection in your mouth or throat (thrush).** Rinse your mouth with water **without swallowing** after using Wixela™ Inhub™ to help reduce your chance of getting thrush.
- **pneumonia.** People with COPD have a higher chance of getting pneumonia. Wixela™ Inhub™ may increase the chance of you getting pneumonia. Call your healthcare provider right away if you have any of the following symptoms:
  - increase in mucus (sputum) production
  - change in mucus color
  - fever
  - chills
  - increased cough
  - increased breathing problems
- **weakened immune system and increased chance of getting infections (immunosuppression)**
- **reduced adrenal function (adrenal insufficiency).** Adrenal insufficiency is a condition where the adrenal glands do not make enough steroid hormones. This can happen when you stop taking oral corticosteroid medicines (such as prednisone) and start taking a medicine containing an inhaled steroid (such as Wixela™ Inhub™). During this transition period when your body is under stress such as from fever, trauma (such as a car accident), infection, surgery, or worse COPD symptoms, adrenal insufficiency can get worse and may cause death.
  Symptoms of adrenal insufficiency include:
  - feeling tired
  - lack of energy
  - weakness
  - nausea and vomiting
  - low blood pressure (hypotension)
- **sudden breathing problems immediately after inhaling your medicine.** If you have sudden breathing problems immediately after inhaling your medicine stop using Wixela™ Inhub™ and call your healthcare provider right away.
- **serious allergic reactions.** Call your healthcare provider or get emergency medical care if you get any of the following symptoms of a serious allergic reaction:
  - rash
  - hives
  - swelling of your face, mouth, and tongue
  - breathing problems
- **effects on heart**
  - increased blood pressure
  - a fast or irregular heartbeat
  - chest pain
- **effects on nervous system**
  - tremor
  - nervousness
- **bone thinning or weakness (osteoporosis)**
- **slowed growth in children.** Your child's growth should be checked regularly by the healthcare provider while using Wixela™ Inhub™.
- **eye problems** including glaucoma, increased pressure in your eye, cataracts, or other changes in vision**. You should have regular eye exams while using Wixela™ Inhub™.
- **changes in laboratory blood levels (sugar, potassium, certain types of white blood cells).**

**Common side effects of Wixela™ Inhub™ include:**
**Asthma:**

- upper respiratory tract infection
- throat irritation
- hoarseness and voice changes
- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- bronchitis
- cough
- headache
- nausea and vomiting

In children with asthma, infections in the ear, nose, and throat are common.

**COPD:**

- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- throat irritation
- hoarseness and voice changes
- viral respiratory infections
- headache
- muscle and bone pain

These are not all the possible side effects of Wixela™ Inhub™.

**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

45

FDA-FLORIDA-004229

**How should I store Wixela™ Inhub™?**

- Store Wixela™ Inhub™ at room temperature between 20° to 25°C (68° to 77°F).  Keep in a dry place away from direct heat and sunlight.
- Store Wixela™ Inhub™ in the unopened foil pouch and only open when ready for use.
- Safely throw away Wixela™ Inhub™ in the trash 1 month after you open the foil pouch or when the counter reads **0**, whichever comes first.
- **Keep Wixela™ Inhub™ and all medicines out of the reach of children.**

**General information about the safe and effective use of Wixela™ Inhub™.**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. Do not use Wixela™ Inhub™ for a condition for which it was not prescribed. Do not give your Wixela™ Inhub™ to other people, even if they have the same symptoms that you have. It may harm them.

You can ask your healthcare provider or pharmacist for information about Wixela™ Inhub™ that was written for health professionals.

**What are the ingredients in Wixela™ Inhub™?**

**Active ingredients:** fluticasone propionate, salmeterol xinafoate

**Inactive ingredients:** lactose monohydrate (which contains milk proteins)

For more information about Wixela™ Inhub™, call Mylan at 1-877-446-3679 (1-877-4-INFO-RX).

This Patient Information has been approved by the U.S. Food and Drug Administration.

46

FDA-FLORIDA-004230

# Instructions For Use

## WIXELA™ INHUB™ (wicks-EL-uh IN-hub)
### (fluticasone propionate and salmeterol inhalation powder, USP)
### for oral inhalation use

Read this Instructions for Use before you start using WIXELA INHUB and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or treatment.

**Your WIXELA INHUB inhaler**

**Closed Position**                                                    **Open Position**





**Figure A**                                                    **Figure B**

**Important information about your WIXELA INHUB inhaler:**

- **WIXELA INHUB is for oral inhalation use only.**
- Take WIXELA INHUB out of the foil pouch just before you use it for the first time. Safely throw away the pouch. The INHUB will be in the closed position. **See Figure A.**
- Write the date you opened the foil pouch in the first blank line on the label. **See Figure B.**
- Write the "use by" date in the second blank line on the label. **See Figure B.** That date is 1 month after the date you wrote in the first line.
- The counter should read **60**. **See Figure A.**

---

**How to use your WIXELA INHUB inhaler**
**Follow these steps every time you use WIXELA INHUB.**

FDA-FLORIDA-004231



**Figure C**

## Step 1. Open your WIXELA INHUB.

- Hold the INHUB in one hand and with your other hand on the grip **lower** the mouthpiece cover from top to bottom. **See Figure C.**



**Figure D**

## Step 2. Push down the lever.

- Hold the INHUB in the **vertical** position. Push the yellow lever down to the end of the purple arrows (you may hear a click). **See Figure D.**
- The INHUB is now ready to use.

Follow the instructions below so you will not accidentally waste a dose:
- **Do not** close the INHUB.
- **Do not** move the lever on the INHUB once pushed down.

## Step 3. Inhale your medicine.

- Before you breathe in your dose from the INHUB, breathe out (exhale) as long as you can while you hold the INHUB away from your mouth. **See Figure E.** Do not breathe into the mouthpiece.
- Put the mouthpiece to your lips. **See Figure F.** Breathe in quickly and deeply through the INHUB. Do not breathe in through your nose.
- Remove the INHUB from your mouth **and hold your breath for about 10 seconds,** or for as long as is comfortable for you.
- **Breathe out slowly for as long as you can. See Figure E.**
- The INHUB delivers your dose of medicine as a very fine powder that you may or may not taste or feel. **Do not** take an extra dose from the INHUB even if you do not taste or feel the medicine.



**Figure E**



**Figure F**

## Step 4. Close the INHUB.

- Push the mouthpiece cover up to the closed position, this will automatically return the yellow lever to the start position. **See Figure G.** Make sure the INHUB is shut and you cannot see the mouthpiece.
- The dose counter will count down 1 dose as you close the mouthpiece cover. This will now tell you how many doses are left.
- The INHUB is now ready for you to take your next scheduled dose in about 12 hours. **When you are ready to take your next dose, repeat Steps 1 through 4.**



**Figure G**

## Step 5. Rinse your mouth.

- **Rinse your mouth with water after breathing in the medicine.** Spit out the water. **Do not** swallow it. **See Figure H.**

**Figure H**

48

FDA-FLORIDA-004232

## When should you get a refill?

**The dose counter on the INHUB shows you how many doses are left.**

    

Your dose counter will be set at **60** when you first receive your INHUB.

After you have taken 51 doses, a red indicator will be present. This indicator warns you there are **9** or fewer doses left and is a reminder to get a refill.

The dose counter will read **0** and the lever will not reach the end of the purple arrows when there are no doses remaining.

---

**For correct use of the INHUB, remember:**

- Hold your breath for about 10 seconds after inhaling. Then breathe out fully.
- After each dose, rinse your mouth with water and spit it out. **Do not** swallow the water.
- **Do not** take an extra dose, even if you did not taste or feel the powder.
- **Do not** take the INHUB apart.
- **Do not** wash the INHUB.
- Always keep the INHUB in a dry place.
- **Do not** use the INHUB with a spacer device.

For more information about WIXELA INHUB or how to use your inhaler, call Mylan at 1-877-446-3679 (1-877-4-INFO-RX).

The brands listed are trademarks of their respective owners.

Wixela™ and Inhub™ are trademarks of Mylan Pharmaceuticals Inc.
The Inhub™ device is patent protected. U.S. Pat. Nos. 7,401,713, 7,987,985, 8,181,645, 8,256,416, 8,528,549, 8,851,070, 9,056,175, 9,314,578, 9,399,103, D569,967, D560,793.
Pfizer Limited, Sandwich, Kent, CT13 9NJ, England, exclusively licensed to Mylan Pharmaceuticals Inc.

Copyright © 2019 Mylan Inc. All rights reserved.

This Instructions for Use has been approved by the U.S. Food and Drug Administration.



Manufactured for:
**Mylan Pharmaceuticals Inc.**
Morgantown, WV 26505 U.S.A.

FDA-FLORIDA-004233

Manufactured by:

**McDermott Laboratories Ltd.**

t/a Mylan Dublin Respiratory

Unit 25 Baldoyle Industrial Estate, Grange Road, Baldoyle, Dublin 13, Ireland

Revised: 1/2019

MDR:FPSX:R9/MDR:PI:FPSX:R4/MDR:IFU:FPSX:R5

FDA-FLORIDA-004234

PRODUCT MONOGRAPH

# Pr **WIXELA® INHUB®**

Fluticasone Propionate and Salmeterol Inhalation Powder

100 mcg Fluticasone Propionate and 50 mcg Salmeterol (as the Xinafoate Salt)
250 mcg Fluticasone Propionate and 50 mcg Salmeterol (as the Xinafoate Salt)
500 mcg Fluticasone Propionate and 50 mcg Salmeterol (as the Xinafoate Salt)

USP

Corticosteroid and Bronchodilator for Oral Inhalation

Mylan Pharmaceuticals ULC
85 Advance Road
Etobicoke, ON
M8Z 2S6

Date of Approval: January 09, 2020

Submission Control No: 220505

**<u>Table of Contents</u>**

**PART I: HEALTH PROFESSIONAL INFORMATION** ........................................................... **3**
SUMMARY PRODUCT INFORMATION ................................................................ 3
INDICATIONS AND CLINICAL USE ................................................................... 3
CONTRAINDICATIONS ......................................................................................... 4
WARNINGS AND PRECAUTIONS ....................................................................... 4
ADVERSE REACTIONS ......................................................................................... 14
DRUG INTERACTIONS .......................................................................................... 21
DOSAGE AND ADMINISTRATION ...................................................................... 23
OVERDOSAGE ........................................................................................................ 24
ACTION AND CLINICAL PHARMACOLOGY .................................................... 25
STORAGE AND STABILITY ................................................................................. 27
SPECIAL HANDLING INSTRUCTIONS .............................................................. 28
DOSAGE FORMS, COMPOSITION AND PACKAGING ..................................... 28


**PART II: SCIENTIFIC INFORMATION** ............................................................................. **29**
PHARMACEUTICAL INFORMATION ................................................................. 29
CLINICAL TRIALS ................................................................................................. 31
DETAILED PHARMACOLOGY ............................................................................ 47
TOXICOLOGY ........................................................................................................ 50
REFERENCES ......................................................................................................... 54


**PART III: CONSUMER INFORMATION** ........................................................................... **56**

**FDA-FLORIDA-004236**

<sup>Pr</sup> **WIXELA® INHUB®**

Fluticasone Propionate and Salmeterol Inhalation Powder

## PART I: HEALTH PROFESSIONAL INFORMATION

## SUMMARY PRODUCT INFORMATION

| Route of Administration | Dosage Form / Strength | All Nonmedicinal Ingredients |
|---|---|---|
| Oral Inhalation | Inhalation Powder/100, 250, 500 mcg fluticasone propionate/50 mcg salmeterol/dose | Lactose monohydrate |

## INDICATIONS AND CLINICAL USE

### Asthma

Wixela® Inhub® (fluticasone propionate/salmeterol) is a combination of an inhaled corticosteroid (ICS) and a long-acting beta$_2$-adrenergic agonist (LABA) indicated for the maintenance treatment of asthma, in patients with reversible obstructive airways disease.

Wixela® Inhub® should be prescribed for patients not adequately controlled on a long-term asthma control medication, such as an ICS, or whose disease severity clearly warrants treatment with both an ICS and a LABA.

Wixela® Inhub® is **not** indicated for patients whose asthma can be managed by occasional use of a rapid onset, short duration, inhaled beta$_2$-agonist, or for patients whose asthma can be successfully managed by inhaled corticosteroids along with occasional use of a rapid onset, short duration, inhaled beta$_2$-agonist.

Wixela® Inhub® should **not** be used as a rescue medication. To relieve acute asthmatic symptoms, a rapid onset, short duration inhaled bronchodilator (e.g. salbutamol) should be used.

### Chronic Obstructive Pulmonary Disease (COPD)

Wixela® Inhub® 250 mcg/50 mcg and Wixela® Inhub® 500 mcg/50 mcg are indicated for:
- the maintenance treatment of COPD, including emphysema and chronic bronchitis, in patients where the use of a combination product is considered appropriate.

Wixela® Inhub® should **not** be used as a rescue medication.

Physicians should reassess patients several months after the initiation of Wixela® Inhub® and if symptomatic improvement has not occurred, Wixela® Inhub® should be discontinued.

**Geriatrics:**
There is no need to adjust the dose in elderly patients.

**Pediatrics (< 4 years of age):**
At present, there is insufficient clinical data to recommend the use of Wixela® Inhub® in children younger than 4 years of age.


## CONTRAINDICATIONS

- Patients who are hypersensitive to this drug or to any ingredient in the formulation or component of the container. For a complete listing, see DOSAGE FORMS, COMPOSITION AND PACKAGING.
- Patients with IgE mediated allergic reactions to lactose (which contains milk protein) or milk.
- Patients with cardiac tachyarrhythmias.
- Patients with untreated fungal, bacterial or tuberculous infections of the respiratory tract.
- In the primary treatment of status asthmaticus or other acute episodes of asthma.


## WARNINGS AND PRECAUTIONS

**General**

***Serious Asthma-Related Events – Hospitalizations, Intubations, Death***
Use of LABA as monotherapy (without ICS) for asthma is associated with an increased risk of asthma-related death (see Salmeterol Multicenter Asthma Research Trial (SMART)). Available data from controlled clinical trials also suggest that use of LABA as monotherapy increases the risk of asthma-related hospitalization in pediatric and adolescent patients. These findings are considered a class effect of LABA monotherapy.

When LABA are used in fixed-dose combination with ICS, data from large clinical trials do not show a significant increase in the risk of serious asthma-related events (hospitalizations, intubations, death) compared with ICS alone (see Serious Asthma-Related Events with Inhaled Corticosteroid/Long-acting Beta$_2$-adrenergic Agonist Combination Products).

Serious Asthma-Related Events with Inhaled Corticosteroid/Long-acting Beta$_2$-adrenergic Agonist Combination Products
Four (4) large, 26-week, randomized, double-blind, active-controlled clinical safety trials were conducted to evaluate the risk of serious asthma-related events when LABA were used in fixed-dose combination with ICS compared with ICS alone in subjects with asthma. Three (3) trials included adult and adolescent subjects aged 12 years and older: 1 trial compared budesonide/formoterol with budesonide, 1 trial compared fluticasone propionate/salmeterol with

fluticasone propionate (see CLINICAL TRIALS), and 1 trial compared mometasone furoate/formoterol with mometasone furoate. The fourth trial included pediatric subjects aged 4 to 11 years and compared fluticasone propionate/salmeterol with fluticasone propionate (see CLINICAL TRIALS). The primary safety endpoint for all 4 trials was serious asthma-related events (hospitalizations, intubations, death). A single, blinded, independent, joint adjudication committee determined whether events were asthma related.

The 3 adult and adolescent trials were designed to rule out a 2.0-fold increase in relative risk for ICS/LABA compared with ICS, and the pediatric trial was designed to rule out a 2.7-fold increase in this relative risk. Each individual trial met its pre-specified objective and demonstrated non-inferiority of ICS/LABA to ICS alone. A meta-analysis of the 3 adult and adolescent trials did not show a significant increase in risk of a serious asthma-related event with ICS/LABA fixed-dose combination compared with ICS alone (Table 1). These trials were not designed to rule out all risk for serious asthma-related events with ICS/LABA compared with ICS.

**Table 1      Meta-analysis of Serious Asthma-Related Events in Subjects with Asthma Aged 12 Years and Older**

|  | ICS/LABA (n=17,537)[a] | ICS (n=17,552)[a] | ICS/LABA vs. ICS Hazard Ratio (95% CI)[b] |
|---|---|---|---|
| Serious asthma-related event[c] | 116 | 105 | 1.10 (0.85, 1.44) |
| Asthma-related death | 2 | 0 | |
| Asthma-related intubation (endotracheal) | 1 | 2 | |
| Asthma-related hospitalization (≥24-hour stay) | 115 | 105 | |

ICS = Inhaled Corticosteroid; LABA = Long-acting Beta$_2$-adrenergic Agonist.
[a] Randomized subjects who had taken at least 1 dose of study drug. Planned treatment used for analysis.
[b] Estimated using a Cox proportional hazards model for time to first event with baseline hazards stratified by each of the 3 trials.
[c] Number of subjects with an event that occurred within 6 months after the first use of study drug or 7 days after the last date of study drug, whichever date was later. Subjects may have had one or more events, but only the first event was counted for analysis. A single, blinded, independent joint adjudication committee determined whether events were asthma related.

The pediatric safety trial included 6,208 pediatric subjects aged 4 to 11 years who received ICS/LABA (fluticasone propionate/salmeterol inhalation powder) or ICS (fluticasone propionate inhalation powder). In this trial, 27/3,107 (0.9%) subjects randomized to ICS/LABA and 21/3,101 (0.7%) subjects randomized to ICS experienced a serious asthma-related event. There were no asthma-related deaths or intubations. ICS/LABA did not show a significant increase in risk of a serious asthma-related event compared with ICS based on the pre-specified risk margin (2.7), with an estimated hazard ratio of time to first event of 1.29 (95% CI: 0.73, 2.27).

Salmeterol Multicenter Asthma Research Trial (SMART)
A 28-week, placebo-controlled, U.S. trial that compared the safety of salmeterol with placebo, each added to usual asthma therapy, showed an increase in asthma-related deaths in subjects receiving salmeterol (13/13,176 in subjects treated with salmeterol

versus 3/13,179 in subjects treated with placebo; relative risk: 4.37 [95% CI: 1.25, 15.34]). Use of background ICS was not required in SMART. The increased risk of asthma-related death is considered a class effect of LABA monotherapy.

*Not for Acute Use*

**Wixela® Inhub® should not be used to treat acute symptoms of asthma or COPD.** It is crucial to inform patients of this and prescribe rapid onset, short duration inhaled bronchodilator (e.g., salbutamol) to relieve the acute symptoms of asthma or COPD. Patients should be clearly instructed to use rapid onset, short duration, inhaled beta$_2$-agonists only for symptomatic relief if they develop asthma or COPD symptoms while taking Wixela® Inhub®.

When beginning treatment with Wixela® Inhub®, patients who have been taking rapid onset, short duration, inhaled beta$_2$-agonists on a regular basis (e.g., q.i.d) should be instructed to discontinue the regular use of these drugs and use them only for symptomatic relief if they develop acute symptoms of asthma or COPD while taking Wixela® Inhub®.

*Excessive Use and Use with Other LABA Products*

Wixela® Inhub® should not be used more often than recommended, at higher doses than recommended, or in conjunction with other medicines containing LABA, as an overdose may result. Clinically significant cardiovascular effects and fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs. Patients using Wixela® Inhub® should not use another medicine containing a LABA (e.g. formoterol fumarate, indacaterol, olodaterol, vilanterol) for any reason.

<u>Discontinuance</u>

Treatment with inhaled corticosteroids should not be stopped abruptly in patients with asthma due to risk of exacerbation. In this case, therapy should be titrated down gradually, under physician supervision. For patients with COPD, cessation of therapy may be associated with symptomatic decompensation and should be supervised by a physician.

<u>Cardiovascular Effects</u>

Pharmacological side-effects of beta$_2$-agonist treatment, such as palpitations have been reported, but tend to be transient and to reduce with regular therapy (see ADVERSE REACTIONS). A small increase in QTc interval has been reported with therapeutic doses of salmeterol. Cardiovascular effects such as increased blood pressure and heart rate may occasionally be seen with all sympathomimetic drugs, especially at higher than therapeutic doses.

Large doses of inhaled or oral salmeterol (12 to 20 times the recommended dose) have been associated with clinically significant prolongation of the QTc interval, which has the potential for producing ventricular arrhythmias. Fatalities have been reported following excessive use of aerosol preparations containing sympathomimetic amines, the exact cause of which is unknown. Cardiac arrest was reported in several instances.

In individual patients any beta$_2$-adrenergic agonist may have a clinically significant cardiac effect. As has been described with other beta-adrenergic agonist bronchodilators, clinically significant changes in systolic and/or diastolic blood pressure, pulse rate, and electrocardiograms have been seen infrequently in individual patients in controlled clinical studies with salmeterol.

Fluticasone propionate/salmeterol xinafoate, like all products, containing sympathomimetic amines, should be used with caution in patients with cardiovascular disorders, especially coronary insufficiency, cardiac arrhythmias, and hypertension; in patients with convulsive disorders or thyrotoxicosis; and in patients who are unusually responsive to sympathomimetic amines.

Occurrence of cardiovascular effects may require discontinuation of the drug.

### Central Nervous System Effects

Central nervous system effects of beta$_2$-agonist treatment such as tremor and headache have been reported, but tend to be transient and to reduce with regular therapy.

Other central nervous system effects of beta$_2$-agonist treatment, such as situational disorders, agitation, anxiety, irritability, sleep disorders, syncope, vertigo or dizziness can occur after the use of Wixela® Inhub®.

### Ear/Nose/Throat

Symptoms of laryngeal spasm, irritation, or swelling, such as stridor and choking, have been reported rarely in patients receiving salmeterol.

Also see Immune, Candidiasis.

### Endocrine And Metabolism

**Systemic Steroid Replacement by Inhaled Steroid**

Particular care is needed in patients who are transferred from systemically active corticosteroids to inhaled corticosteroids because deaths due to adrenal insufficiency have occurred in patients with asthma during and after transfer. For the transfer of patients being treated with oral corticosteroids, inhaled corticosteroids should first be added to the existing oral steroid therapy which is then gradually withdrawn.

Patients with adrenocortical suppression should be monitored regularly and the oral steroid reduced cautiously. Some patients transferred from other inhaled steroids or oral steroids remain at risk of impaired adrenal reserve for a considerable time after transferring to inhaled fluticasone propionate.

After withdrawal from systemic corticosteroids, a number of months are required for recovery of hypothalamic-pituitary-adrenal (HPA) function. During this period of HPA suppression, patients may exhibit signs and symptoms of adrenal insufficiency when exposed to trauma, surgery or infections, particularly gastroenteritis. Although inhaled fluticasone propionate may provide control of asthmatic symptoms during these episodes, it does not provide the systemic steroid which is necessary for coping with these emergencies. The physician may consider supplying oral steroids for use in times of stress (e.g. worsening asthma attacks, chest infections, and surgery).

During periods of stress or a severe asthmatic attack, patients who have been withdrawn from systemic corticosteroids should be instructed to resume systemic steroids immediately and to

contact their physician for further instruction. These patients should also be instructed to carry a warning card indicating that they may need supplementary systemic steroids during periods of stress or a severe asthma attack. To assess the risk of adrenal insufficiency in emergency situations, routine tests of adrenal cortical function, including measurement of early morning and evening cortisol levels, should be performed periodically in all patients. An early morning resting cortisol level may be accepted as normal only if it falls at or near the normal mean level.

## Systemic Effects

Systemic effects may occur with any inhaled corticosteroid, particularly at high doses prescribed for long periods; these effects are much less likely to occur than with oral corticosteroids. Possible systemic effects include Cushing's syndrome, Cushingoid features, and adrenal suppression, growth retardation in children and adolescents, decrease in bone mineral density (BMD), cataract, glaucoma and central serous chorioretinopathy. It is important therefore, that the dose of inhaled corticosteroid is titrated to the lowest dose at which effective control is maintained (see Monitoring and Laboratory Tests).

### Effects on Growth

A reduction of growth velocity in children or teenagers may occur as a result of inadequate control of chronic diseases such as asthma or from use of corticosteroids for treatment. Physicians should closely follow the growth of children and adolescents taking corticosteroids by any route and weigh the benefits of corticosteroid therapy and asthma control against the possibility of growth suppression if any child's or adolescent's growth appears slowed.

The long-term effects of fluticasone propionate in human subjects are still unknown. The local effect of the drug on developmental or immunologic processes in the mouth, pharynx, trachea, and lungs is unknown. There is also no information about the possible long-term systemic effects of the agent (see Monitoring and Laboratory Tests).

### Bone Metabolism

Long-term use of orally inhaled corticosteroids may affect normal bone metabolism resulting in a loss of bone mineral density. In patients with major risk factors for decreased bone mineral content, such as chronic alcohol use, tobacco use, age, sedentary lifestyle, strong family history of osteoporosis, or chronic use of drugs that can reduce bone mass (e.g., anticonvulsants and corticosteroids), Wixela® Inhub® may pose an additional risk.

Effects of treatment with Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, or placebo on BMD was evaluated in a subset of 658 patients (females and males 40 to 80 years of age) with COPD in a 3 year study (SCO30003). BMD evaluations were conducted at baseline and at 48, 108 and 158 weeks. There were no significant differences between any of the treatment groups at 3 years. A slight reduction in BMD measured at the hip was observed in all treatment groups (Fluticasone Propionate and Salmeterol Inhalation Powder -3.2%, fluticasone propionate -2.9%, salmeterol -1.7%, placebo -3.1%). Fracture risk was estimated for the entire population of patients with COPD in study SCO30003 (N = 6,184). There were no significant differences between any of the treatment groups. The probability of a fracture over 3 years was 6.3% for Fluticasone Propionate and Salmeterol Inhalation Powder, 5.4% for fluticasone propionate, 5.1% for salmeterol, and 5.1% for placebo.

Osteoporosis and fracture are the major complications of long-term treatment with parenteral or oral steroids. Inhaled corticosteroid therapy is also associated with dose-dependent bone loss although the degree of risk is very much less than with oral steroid. This risk may be offset by titrating the daily dose of inhaled steroid to the minimum required to maintain optimal control of respiratory symptoms. It is not yet known whether the peak bone density achieved during youth is adversely affected if substantial amounts of inhaled corticosteroid are administered prior to 30 years of age. Failure to achieve maximal bone density during youth could increase the risk of osteoporotic fracture when those individuals reach 60 years of age and older.

During post-marketing use, there have been reports of clinically significant drug interactions in patients receiving intranasal or inhaled fluticasone propionate and ritonavir, resulting in systemic corticosteroid effects including Cushing's syndrome and adrenal suppression. Therefore, concomitant use of fluticasone propionate and ritonavir should be avoided, unless the potential benefit to the patient outweighs the risk of systemic corticosteroid side-effects (see DRUG INTERACTIONS).

The results of a drug interaction study conducted in healthy subjects indicated that concomitant use of systemic ketoconazole [a strong cytochrome P450 3A4 (CYP3A4) inhibitor] increased exposure to salmeterol in some subjects. This increase in plasma salmeterol exposure may lead to prolongation in the QTc interval. Due to the potential increased risk of cardiovascular adverse events, the concomitant use of salmeterol with ketoconazole is not recommended (see DRUG INTERACTIONS, and ACTION AND CLINICAL PHARMACOLOGY: Pharmacokinetics). Caution should also be exercised when other CYP3A4 inhibitors are co-administered with salmeterol (e.g. ritonavir, atazanavir, clarithromycin, indinavir, itraconazole, nefazodone, nelfinavir, saquinavir, telithromycin, cobicistat-containing products).

**Metabolic Effects**
Doses of the related beta$_2$-adrenoceptor agonist salbutamol, when administered intravenously, have been reported to aggravate pre-existing diabetes mellitus and ketoacidosis. Administration of beta$_2$-adrenoceptor agonists may cause a decrease in serum potassium, possibly through intracellular shunting, which has the potential to increase the likelihood of arrhythmias. The effect is usually seen at higher therapeutic doses and the decrease is usually transient, not requiring supplementation. Therefore, fluticasone propionate/salmeterol xinafoate should be used with caution in patients predisposed to low levels of serum potassium.

The possibility of impaired adrenal response should always be borne in mind in emergency and elective situations likely to produce stress and appropriate corticosteroid treatment must be considered.

Certain individuals can show greater susceptibility to the effects of inhaled corticosteroid than do most patients.

Similar to other beta-adrenergic agents, salmeterol can induce reversible metabolic changes (hyperglycemia, hypokalemia). Reports of hyperglycemia have been uncommon and this should be considered when prescribing to patients with a history of diabetes mellitus.

There is an enhanced effect of corticosteroids on patients with hypothyroidism.

## Hematologic

### Eosinophilic Conditions

In rare cases, patients on inhaled fluticasone propionate may present with systemic eosinophilic conditions, with some patients presenting with clinical features of vasculitis consistent with eosinophilic granulomatosis with polyangiitis (EGPA) (formerly Churg-Strauss syndrome), a condition that is often treated with systemic corticosteroid therapy. These events usually, but not always, have been associated with the reduction and/or withdrawal of oral corticosteroid therapy following the introduction of fluticasone propionate. Cases of serious eosinophilic conditions have also been reported with other inhaled corticosteroids in this clinical setting. Physicians should be alerted to eosinophilia, vasculitic rash, worsening pulmonary symptoms, cardiac complications, and/or neuropathy presenting in their patients. A causal relationship between fluticasone propionate and these underlying conditions has not been established.

### Hepatic/Biliary/Pancreatic

There is an enhanced effect of corticosteroids on patients with cirrhosis.

### Hypersensitivity

Immediate hypersensitivity reactions may occur after administration of salmeterol, as demonstrated by rare cases of urticaria, angioedema, rash and bronchospasm, and very rare cases of anaphylactic reactions, anaphylactic shock.

## Immune

### Candidiasis

Therapeutic dosages of fluticasone propionate frequently cause the appearance of Candida albicans (thrush) in the mouth and throat. The development of pharyngeal and laryngeal candidiasis is a cause for concern because the extent of its penetration into the respiratory tract is unknown. Patients may find it helpful to rinse the mouth and gargle with water after using Wixela® Inhub®. Symptomatic candidiasis can be treated with topical anti-fungal therapy while continuing to use Wixela® Inhub®.

### Infection

Corticosteroids may mask some signs of infection and new infections may appear. A decreased resistance to localised infection has been observed during corticosteroid therapy. This may require treatment with appropriate therapy or stopping the administration of fluticasone propionate until the infection is eradicated. Patients who are on drugs that suppress the immune system are more susceptible to infections than healthy individuals. Chickenpox and measles, for example, can have a more serious or even fatal course in susceptible children or adults on corticosteroids. In such children or adults who have not had these diseases, particular care should be taken to avoid exposure. How the dose, route, and duration of corticosteroid administration affect the risk of developing a disseminated infection is not known. The contribution of the underlying disease and/or prior corticosteroid treatment to the risk is also not known. If exposed to chickenpox, prophylaxis with varicella zoster immune globulin (VZIG) may be indicated. If exposed to measles, prophylaxis with intramuscular pooled immunoglobulin (IG) may be indicated. If chickenpox develops, treatment with antiviral agents may be considered.

### Ophthalmologic

Glaucoma, increased intraocular pressure, and cataracts have been reported in patients following the long-term administration of inhaled corticosteroids. Long-term administration of inhaled corticosteroids may result in central serous chorioretinopathy (CSCR). For patients at risk, monitoring of ocular effects (cataract, glaucoma, and CSCR) should also be considered in patients receiving maintenance therapy with Wixela® Inhub®.

Reports of glaucoma have been rare but may be exacerbated by inhaled corticosteroid treatment. In patients with established glaucoma who require long-term inhaled corticosteroid treatment, it is prudent to measure intraocular pressure before commencing the inhaled corticosteroid and to monitor it subsequently. In patients without established glaucoma, but with a potential for developing intraocular hypertension (e.g. the elderly), intraocular pressure should be monitored at appropriate intervals.

Reports of cataracts have been uncommon. In elderly patients treated with inhaled corticosteroids, the prevalence of posterior subcapsular and nuclear cataracts is probably low but increases in relation to the daily and cumulative lifetime dose. Cofactors such as smoking, ultraviolet B exposure, or diabetes may increase the risk. Children may be less susceptible.

Effects of treatment with Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg, fluticasone propionate 500 mcg, salmeterol 50 mcg, or placebo on development of cataracts or glaucoma was evaluated in a subset of 658 patients with COPD in a 3 year (SCO30003) study. Ophthalmic examinations were conducted at baseline and at 48, 108 and 158 weeks. The presence of cataracts and glaucoma at baseline was similar across treatment groups (61% to 71% and 5% to 8%, respectively). New cataracts were diagnosed in all treatment groups (26% on Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg, 17% on fluticasone propionate, 15% on salmeterol, and 21% on placebo). A few new cases of glaucoma were diagnosed (2% on Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg, 5% on fluticasone propionate, none on salmeterol, and 2% on placebo). There were no significant differences in the development of glaucoma or cataracts between any of the treatment groups.

### Respiratory

#### *Paradoxical Bronchospasm*
As with other inhalation therapy, paradoxical bronchospasm, characterized by an immediate increase in wheezing after dosing, may occur with Wixela® Inhub®. This should be treated immediately with a rapid onset, short duration inhaled bronchodilator (e.g. salbutamol) to relieve acute asthmatic symptoms. Wixela® Inhub® should be discontinued immediately, the patient assessed, and if necessary, alternative therapy instituted.

#### *Pneumonia (COPD Patients)*
In a 3 year study of 6,184 patients with COPD (SCO30003) there was an increased reporting of any adverse event of pneumonia in patients receiving Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg compared with placebo (16% on Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg, 14% on fluticasone propionate 500 mcg, 11% on salmeterol 50 mcg and 9% on placebo). Physicians should remain vigilant for the possible development of pneumonia in patients with COPD as the clinical features of pneumonia and exacerbations frequently overlap (see CLINICAL TRIAL ADVERSE DRUG REACTIONS, COPD).

For COPD patients, it is important that even mild chest infections be treated immediately since these patients may be more susceptible to damaging lung infections than healthy individuals. Patients should be instructed to contact their physician as soon as possible if they suspect an infection.

Physicians should recommend that COPD patients receive an annual influenza vaccination.

**Special Populations**

**Use In Women**

*Fertility*
There are no data on human fertility (see TOXICOLOGY, Reproduction).

*Pregnant Women*
There are no adequate and well-controlled clinical trials with Fluticasone Propionate and Salmeterol Inhalation Powder in pregnant women and the safety of Fluticasone Propionate and Salmeterol Inhalation Powder in pregnancy has not been adequately established. Wixela® Inhub® should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

There are limited data from an observational epidemiological study with Fluticasone Propionate and Salmeterol Inhalation Powder in pregnant women.

Results from a retrospective epidemiological study based on the UK General Practice Research Database (GPRD), did not find an increased risk of major congenital malformations following exposure to fluticasone propionate when compared to other inhaled corticosteroids, during the first trimester of pregnancy (see DETAILED PHARMACOLOGY).

In animal studies, some effects on the fetus, typical for a beta-agonist, occurred at exposure levels substantially higher than those that occur with therapeutic use. Extensive use of other beta-agonists has provided no evidence that effects in animals are relevant to human use.

Like other glucocorticoids, fluticasone propionate is teratogenic to rodent species. Adverse effects typical of potent corticosteroids are only seen at high systemic exposure levels; administration by inhalation ensures minimal systemic exposure. The relevance of these findings to humans has not yet been established since well-controlled trials relating to fetal risk in humans are not available. Infants born of mothers who have received substantial doses of glucocorticoids during pregnancy should be carefully observed for hypoadrenalism.

*Use in Labour and Delivery*
There are no well-controlled human studies that have investigated effects of salmeterol on preterm labour or labour at term. Because of the potential for beta-agonist interference with uterine contractility, use of Wixela® Inhub® during labour should be restricted to those patients in whom the benefits clearly outweigh the risks.

*Nursing Women*

Plasma levels of salmeterol after inhaled therapeutic doses are very low (85 to 200 pg/mL) in humans and therefore levels in milk should be correspondingly low. Studies in lactating animals indicate that salmeterol is likely to be secreted in only very small amounts in breast milk.

Glucocorticoids are excreted in human milk. The excretion of fluticasone propionate into human breast milk has not been investigated. When measurable plasma levels were obtained in lactating laboratory rats following subcutaneous administration, there was evidence of fluticasone propionate in the breast milk. However, plasma levels in patients following inhaled fluticasone propionate at recommended doses are likely to be low.

Since there is no experience with use of Fluticasone Propionate and Salmeterol Inhalation Powder by nursing mothers, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatrics:** (≥4 years of age): In adolescents and children, the severity of asthma may vary with age and periodic reassessment should be considered to determine if continued maintenance therapy with Wixela® Inhub® is still indicated.

Also see Monitoring and Laboratory Tests.

The safety and efficacy of Fluticasone Propionate and Salmeterol Inhalation Powder in children younger than 4 years of age have not been established.

**Geriatrics**: As with other beta$_2$-agonists, special caution should be observed when using salmeterol in elderly patients who have concomitant cardiovascular disease that could be adversely affected by this class of drug. Based on available data, no adjustment of salmeterol dosage in geriatric patients is warranted.

## Monitoring And Laboratory Tests

### Monitoring Control of Asthma or COPD

Wixela® Inhub® should not be introduced in acutely deteriorating asthma or COPD, which is a potentially life threatening condition. Increasing use of rapid onset, short duration inhaled bronchodilators to control symptoms indicates deterioration of asthma control. Sudden and progressive deterioration in asthma control is potentially life-threatening and the treatment plan should be re-evaluated. Also, where the current dosage of Wixela® Inhub® has failed to give adequate control of asthma (in patients with reversible obstructive airways disease) the patient should be reviewed by a physician. Before introducing Wixela® Inhub®, adequate education should be provided to the patient on how to use the drug and what to do if asthma flares up.

During long-term therapy, HPA axis function and haematological status should be assessed periodically. For patients at risk, monitoring of bone and ocular effects (cataract, glaucoma, and central serous chorioretinopathy) should also be considered in patients receiving maintenance therapy with Wixela® Inhub®. It is recommended that the height of children receiving prolonged treatment with inhaled corticosteroids is regularly monitored.

**ADVERSE REACTIONS**

**Adverse Drug Reaction Overview**

The type and severity of adverse reactions associated with fluticasone propionate and salmeterol xinafoate may be expected with Wixela® Inhub®. There are no additional adverse reactions attributed to the combination product when compared to the adverse event profiles of the individual components.

Adverse drug reactions based on the frequency of reported events from pooled clinical trial data (23 asthma and 7 COPD studies) are listed in Table 2 below. Frequencies are defined as: very common (≥ 1/10), common (≥1/100 to <1/10), uncommon (≥1/1000 to <1/100), rare (≥1/10,000 to <1/1000) and very rare (<1/10,000). The frequency of adverse drug reactions based on spontaneous adverse event reporting data is presented separately (see Post-Market Adverse Drug Reactions).

**Table 2     Adverse Drug Reactions based on the frequency of reported events from pooled clinical trial data (23 asthma and 7 COPD studies)**

| MedDRA preferred term | Frequency |
|---|---|
| **Cardiac disorders** | |
| Atrial fibrillation | uncommon |
| Tachycardia | uncommon |
| Palpitations | uncommon |
| Cardiac arrhythmia | rare |
| Supraventricular tachycardia | rare |
| Supraventricular extrasystoles | rare |
| Ventricular extrasystoles | rare |
| **Eye disorders** | |
| Cataract | uncommon |
| Glaucoma | rare |
| **Infections and Infestations** | |
| Oral candidiasis | common |
| Pneumonia | common (COPD patients) |
| **Immune system disorders** | |
| Cutaneous hypersensitivity reactions | uncommon |
| Dyspnoea | uncommon |
| Anaphylactic reaction | rare |
| **Metabolism and nutrition disorders** | |
| Hyperglycemia | uncommon |
| **Musculoskeletal and connective tissue disorders** | |
| Arthralgia | common |
| Muscle spasms | common |
| **Nervous system disorders** | |
| Headache (see Warnings and Precautions) | very common |
| Tremor (see Warnings and Precautions) | uncommon |
| **Psychiatric disorders** | |

| MedDRA preferred term | Frequency |
|---|---|
| Anxiety | uncommon |
| Sleep disorder | uncommon |
| Psychomotor hyperactivity | rare |
| Irritability | rare |
| Abnormal behaviour | rare |
| **Respiratory, thoracic and mediastinal disorders** | |
| Dysphonia/Hoarseness | common |
| Throat irritation | uncommon |
| **Skin and subcutaneous tissue disorders** | |
| Contusion | uncommon |

In addition to the pooled data above, symptoms of laryngeal spasm, irritation, or swelling, such as stridor and choking, have been reported rarely in patients receiving salmeterol. Clinically significant hypokalemia has also been seen rarely during long-term administration of salmeterol at recommended doses.

In rare cases, patients on inhaled fluticasone propionate may present with systemic eosinophilic conditions, with some patients presenting with clinical features of vasculitis consistent with EGPA, a condition that is often treated with systemic corticosteroid therapy (see WARNINGS AND PRECAUTIONS, Hematologic, Eosinophilic Conditions).

### Clinical Trial Adverse Drug Reactions

### By Indication

*Because clinical trials are conducted under very specific conditions the adverse reaction rates observed in the clinical trials may not reflect the rates observed in practice and should not be compared to the rates in the clinical trials of another drug. Adverse drug reaction information from clinical trials is useful for identifying drug-related adverse events and for approximating rates.*

**Asthma**

Use of LABA monotherapy increases the risk of serious asthma-related events (death, hospitalizations, and intubations) (see WARNINGS AND PRECAUTIONS, General).

### *Fluticasone Propionate and Salmeterol Inhalation Powder*

In clinical trials involving 1824 adult and adolescent patients with asthma, the most commonly reported adverse events with the combination fluticasone propionate/salmeterol xinafoate inhalation powder were: hoarseness/dysphonia, throat irritation, headache, candidiasis of mouth and throat and palpitations as detailed in the table below:

**Table 3      Number (and percentage) of patients with drug-related adverse events (incidence ≥ 1%[1]) (Safety Population)**

| Adverse events | Fluticasone propionate/ salmeterol xinafoate combination product | Fluticasone propionate and salmeterol xinafoate concurrent therapy | Fluticasone propionate alone | Salmeterol xinafoate alone | Placebo |
|---|---|---|---|---|---|
| Number of patients | 644 | 486 | 339 | 180 | 175 |
| Any event | 110 (17%) | 81 (17%) | 50 (15%) | 9 (5%) | 5 (3%) |
| Hoarseness/dysphonia | 15 (2%) | 11 (2%) | 8 (2%) | 1 (<1%) | 0 |
| Throat irritation | 14 (2%) | 10 (2%) | 8 (2%) | 1 (<1%) | 1 (<1%) |
| Candidiasis of mouth and throat | 15 (2%) | 9 (2%) | 5 (1%) | 0 | 0 |
| Headaches | 16 (2%) | 11 (2%) | 3 (<1%) | 0 | 0 |
| Asthma[2] | 9 (1%) | 11 (2%) | 3 (<1%) | 0 | 0 |
| Palpitations | 7 (1%) | 4 (<1%) | 2 (<1%) | 1 (<1%) | 0 |
| Cough | 6 (<1%) | 2 (<1%) | 5 (1%) | 1 (<1%) | 0 |
| Breathing disorders | 6 (<1%) | 2 (<1%) | 4 (1%) | 0 | 0 |
| Candidiasis-unspecified site | 6 (<1%) | 3 (<1%) | 4 (1%) | 0 | 2 (1%) |
| Upper respiratory tract infection | 5 (<1%) | 5 (1%) | 2 (<1%) | 0 | 0 |

[1]    in any integrated treatment group
[2]    asthma was not recorded as an adverse event in those studies which included treatment with salmeterol xinafoate alone or placebo (unless it was a serious adverse event)

In the Fluticasone Propionate and Salmeterol Inhalation Powder group, there was no apparent relationship to fluticasone propionate dose for drug-related adverse events (15% with 100/50 mcg, 19% with 250/50 mcg and 17% with 500/50 mcg).

***Use in children***
A total of 257 pediatric patients participated in the clinical development programme and received either the combination 100 mcg fluticasone propionate/50 mcg salmeterol xinafoate inhalation powder or concurrent therapy (with fluticasone propionate and salmeterol administered via separate inhalers). Only one drug-related adverse event, candidiasis, was reported with an incidence of 2% or more in the Fluticasone Propionate and Salmeterol Inhalation Powder group. The combination product was generally well tolerated and the safety profile was comparable to that observed in the concurrent therapy group.

There have been very rare reports of anxiety, sleep disorders and behavioural changes including hyperactivity and irritability (predominantly in children and adolescents).

## COPD

Clinical trial adverse drug reaction data is provided for two 24-week studies, a 52-week study and a 3-year study.

***24-week studies***

In clinical trials involving 2054 adults with COPD, the most commonly reported adverse events with Fluticasone Propionate and Salmeterol Inhalation Powder after 24 weeks were: upper respiratory tract infection, throat irritation, headache and musculoskeletal pain as detailed in the table below. These adverse reactions were mostly mild to moderate in severity.

The following table includes all events (whether considered drug-related or non drug-related by the investigator) that occurred at a rate of 3% or greater in either of the groups receiving Fluticasone Propionate and Salmeterol Inhalation Powder and were more common than in the placebo group.

**Table 4**     **Overall adverse experiences with ≥ 3% incidence in controlled clinical trials with Fluticasone Propionate and Salmeterol Inhalation Powder in patients with COPD**

| Adverse Event | Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg (*n* = 169) % | Fluticasone Propionate and Salmeterol Inhalation Powder 250/50 mcg (*n* = 178) % | Fluticasone propionate 500 mcg (*n* = 391) % | Fluticasone propionate 250 mcg (*n* = 399) % | Salmeterol 50 mcg (*n* = 341) % | Placebo (*n* = 576) % |
|---|---|---|---|---|---|---|
| Any event | 78 | 70 | 80 | 74 | 68 | 69 |
| Infections and infestations | | | | | | |
| Upper respiratory tract infection | 17 | 12 | 18 | 16 | 11 | 15 |
| Sinusitis | 3 | 3 | 3 | 6 | 4 | 2 |
| Sinusitis/sinus infection | 4 | 2 | 2 | 2 | 1 | 2 |
| Candidiasis mouth/throat | 7 | 10 | 12 | 6 | 2 | <1 |
| Viral respiratory infections | 8 | 6 | 9 | 5 | 5 | 4 |
| Respiratory, thoracic and mediastinal disorders | | | | | | |
| Nasal congestion/blockage | 4 | 3 | 7 | 4 | 4 | 3 |

| Adverse Event | Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg (n = 169) % | Fluticasone Propionate and Salmeterol Inhalation Powder 250/50 mcg (n = 178) % | Fluticasone propionate 500 mcg (n = 391) % | Fluticasone propionate 250 mcg (n = 399) % | Salmeterol 50 mcg (n = 341) % | Placebo (n = 576) % |
|---|---|---|---|---|---|---|
| Throat irritation | 11 | 8 | 9 | 9 | 7 | 6 |
| Upper respiratory inflammation | 9 | 2 | 7 | 5 | 5 | 5 |
| Hoarseness/dysphonia | 3 | 5 | 5 | 5 | <1 | 1 |
| Nervous system disorders | | | | | | |
| Dizziness | 3 | 4 | 2 | 2 | 4 | 2 |
| Headaches | 18 | 16 | 17 | 13 | 14 | 11 |
| General disorders | | | | | | |
| Fever | 4 | 4 | 3 | 3 | 1 | 3 |
| Malaise & fatigue | 4 | 3 | 3 | 3 | 2 | 3 |
| Gastrointestinal disorders | | | | | | |
| Nausea & vomiting | 4 | 2 | 4 | 4 | 3 | 3 |
| Musculoskeletal and connective tissue disorders | | | | | | |
| Muscle cramps & spasms | 8 | 3 | 2 | 2 | 3 | 1 |
| Muscle pain | 4 | 0 | 3 | 2 | 1 | <1 |
| Musculoskeletal pain | 12 | 9 | 9 | 10 | 12 | 10 |

*Other COPD Clinical Trial Adverse Drug Reactions (1-3%)*

**Cardiovascular:** arrhythmias, hypertension, palpitations

**Drug Interaction, Overdose and Trauma:** contusions, fractures, hematomas, lacerations and wounds

**Ear/Nose/Throat:** ear/nose/throat infections, ear/nose/throat signs and symptoms, ear signs and symptoms, epistaxis, laryngitis, nasal sinus disorders, pharyngitis/throat infections, rhinorrhea/post nasal drip, sputum abnormalities

**Endocrine and Metabolism:** diabetes mellitus, hypothyroidism

**Gastrointestinal:** constipation, dental discomfort and pain, diverticulosis, dyspeptic symptoms, gastrointestinal infections, gum signs and symptoms, hyposalivation, oral discomfort and pain; oral lesions, regurgitation and reflux

**Hepatic/Biliary/Pancreatic:** abnormal liver function tests

**Immune:** bacterial infections, candidiasis unspecified site, viral infections

**Neurologic:** anxiety, situational disorders, sleep disorders, syncope, tremors, vertigo

**Non-Site Specific:** bone and skeletal pain, edema and swelling, non-site specific pain, non-specific condition, soft tissue injuries

**Ophthalmologic:** dry eyes, eye infections, lacrimal disorders, ocular pressure disorders, visual disturbances

**Per-Operative Considerations:** postoperative complications

**Respiratory:** breathing disorders, bronchitis, lower respiratory hemorrhage, lower respiratory signs and symptoms, pneumonia

**Skin:** fungal skin infections and skin infections

*52-week study*
After 52 weeks of treatment with Fluticasone Propionate and Salmeterol Inhalation Powder (500/50 mcg), fluticasone propionate 500 mcg, salmeterol 50 mcg and placebo in 1465 patients with COPD, the most commonly reported drug related adverse event was candidiasis of the mouth and throat (Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg, 6%; fluticasone propionate 500 mcg, 6%; salmeterol 50 mcg, 1%; placebo, 1%).

*3-year study*
Study SCO30003 provided safety data on 6,184 patients with moderate to severe COPD who were randomised and received at least one dose of study medication and treated for up to 3 years; defined as the Safety population. The safety profile of Fluticasone Propionate and Salmeterol Inhalation Powder over the three-year treatment period was comparable to that seen in previous studies of shorter duration, confirming the long-term tolerability of Fluticasone Propionate and Salmeterol Inhalation Powder. All three active treatments were well tolerated and the adverse events reported were generally those expected based on clinical experience with these treatments, with the exception of pneumonia. The estimated 3 year probability of having pneumonia reported as an adverse event was 12.3% for placebo, 13.3% for salmeterol, 18.3% for fluticasone propionate and 19.6% for Fluticasone Propionate and Salmeterol Inhalation Powder

(Hazard ratio for Fluticasone Propionate and Salmeterol Inhalation Powder vs placebo: 1.64, 95% CI: 1.33 to 2.01, p < 0.001). There was no increase in pneumonia related deaths for Fluticasone Propionate and Salmeterol Inhalation Powder; deaths while on treatment that were adjudicated as primarily due to pneumonia were 7 for placebo, 9 for salmeterol, 13 for fluticasone propionate and 8 for Fluticasone Propionate and Salmeterol Inhalation Powder.

There was no significant difference in probability of bone fracture (5.1% placebo, 5.1% salmeterol, 5.4% fluticasone propionate and 6.3% Fluticasone Propionate and Salmeterol Inhalation Powder; Hazard ratio for Fluticasone Propionate and Salmeterol Inhalation Powder versus placebo: 1.22, 95% CI: 0.87 to 1.72, p=0.248). The incidence of adverse events of eye disorders, bone disorders, and HPA axis disorders was low and there was no difference observed between treatments. There was no evidence of an increase in cardiac events for Fluticasone Propionate and Salmeterol Inhalation Powder, fluticasone propionate, and salmeterol.

**Post-Market Adverse Drug Reactions**

In addition to adverse events reported from clinical trials, the following events have been identified during worldwide use of any formulation of Fluticasone Propionate and Salmeterol Inhalation Powder, fluticasone propionate, and/or salmeterol regardless of indication. These events have been chosen for inclusion due to either their seriousness, frequency of reporting, or causal connection to Fluticasone Propionate and Salmeterol Inhalation Powder, fluticasone propionate, and/or salmeterol or a combination of these factors.

**Vascular disorders**

*Very Rare:* Hypertension and arrhythmias (including atrial fibrillation, supraventricular tachycardia, and extrasystoles).

**Endocrine disorders**

*Rare:* Cushing's syndrome, Cushingoid, adrenal suppression (including suppression of HPA axis responsiveness to stress), growth retardation (in children and adolescents), bone density decreased, cataract, glaucoma

**Infections and Infestations**

*Rare:* Esophageal candidiasis

**Immune system disorders**

*Uncommon:* Cutaneous hypersensitivity reactions

*Rare:* Urticaria, rash, bronchospasm, angioedema (mainly facial and oropharyngeal edema)

*Very rare:* Anaphylactic shock or anaphylactic reaction.

**Musculoskeletal and connective tissue disorders**

*Very Rare:* osteonecrosis (particularly with previous or concurrent use of systemic steroids (e.g., IV or oral))

**Respiratory, thoracic and mediastinal disorders**

*Rare:* bronchospasm paradoxical, upper airway symptoms of laryngeal spasm, irritation, or swelling, such as stridor and choking.

*Very rare:* Oropharyngeal irritation

In extensive worldwide postmarketing experience, serious exacerbations of asthma, including some that have been fatal, have been reported. In most cases, these have occurred in patients with severe asthma and/or in some patients in whom asthma has been acutely deteriorating (see WARNINGS AND PRECAUTIONS - **Respiratory**), but they have occurred in a few patients with less severe asthma as well. It was not possible from these reports to determine whether Fluticasone Propionate and Salmeterol Inhalation Powder contributed to these events or simply failed to relieve the deteriorating asthma.

**Metabolism and Nutrition Disorders**

*Very rare:* Hyperglycemia.

**Psychiatric Disorders**

*Very rare:* Anxiety, sleep disorders and behaviour changes, including hyperactivity and irritability (predominantly in children and adolescents).

**DRUG INTERACTIONS**

<u>Overview</u>

Use Wixela® Inhub® with caution in patients receiving other medications causing hypokalemia and/or increased QTc interval (diuretics, high dose steroids, anti-arrhythmics) since cardiac and vascular effects may be potentiated.

Fluticasone Propionate
Under normal circumstances, low plasma concentrations of fluticasone propionate are achieved after inhaled dosing, due to extensive first pass metabolism and high systemic clearance mediated by cytochrome P450 3A4 (CYP3A4) in the gut and liver. Hence, clinically significant drug interactions involving fluticasone propionate are unlikely.

A drug interaction study of intranasal fluticasone propionate in healthy subjects has shown that ritonavir (a highly potent CYP3A4 inhibitor) can greatly increase fluticasone propionate plasma concentrations, resulting in markedly reduced serum cortisol concentrations. During post-marketing use, there have been reports of clinically significant drug interactions in patients receiving intranasal or inhaled fluticasone propionate and ritonavir, resulting in systemic corticosteroid effects including Cushing's syndrome and adrenal suppression. Therefore,

concomitant use of fluticasone propionate and ritonavir should be avoided, unless the potential benefit to the patient outweighs the risk of systemic corticosteroid side-effects.

This study has shown that other inhibitors of CYP3A4 produce negligible (erythromycin) and minor (ketoconazole) increases in systemic exposure to fluticasone propionate without notable reductions in serum cortisol concentrations. However, there have been a few case reports during world-wide post-market use of adrenal cortisol suppression associated with concomitant use of azole anti-fungals and inhaled fluticasone propionate. Therefore, care is advised when co-administering potent CYP3A4 inhibitors (e.g. ketoconazole) as there is potential for increased systemic exposure to fluticasone propionate.

Salmeterol Xinafoate

Co-administration of repeat dose ketoconazole (a CYP3A4 inhibitor) and salmeterol in healthy subjects resulted in a significant increase in plasma salmeterol exposure (1.4-fold increase in $C_{max}$ and 15-fold increase in AUC). This increase in plasma salmeterol exposure may cause a prolongation of the QTc interval (See WARNINGS AND PRECAUTIONS and ACTION AND CLINICAL PHARMACOLOGY: Pharmacokinetics).

**Drug-Drug Interactions**

**Table 5**      **Established or Potential Drug-Drug Interactions**

| Drug Type | Ref | Effect | Clinical comment |
|---|---|---|---|
| Sympathomimetic agents | CT | May lead to deleterious cardiovascular effects. | Aerosol bronchodilators of the rapid onset, short duration adrenergic stimulant type may be used for relief of breakthrough symptoms while using salmeterol for asthma. Increasing use of such preparations to control symptoms indicates deterioration of disease control and the patient's therapy plan should be reassessed. The regular, concomitant use of salmeterol and other sympathomimetic agents is not recommended. |
| Mono amine Oxidase Inhibitors or Tricyclic Antidepressants | CS | Action of salmeterol on vascular system may be potentiated. | Salmeterol should be administered with extreme caution to patients being treated with monoamine oxidase inhibitors or tricyclic antidepressants, or within 2 weeks of discontinuation of such agents. |
| Methylxanthines | CT | Unknown | The concurrent use of intravenously or orally administered methylxanthines (e.g., aminophylline, theophylline) by patients receiving salmeterol has not been completely evaluated. |
| Beta-Blockers | CS | May antagonise the bronchodilating | Non-selective beta-blocking drugs should never be prescribed in asthma or COPD. Cardioselective beta-blocking |

| Drug Type | Ref | Effect | Clinical comment |
|---|---|---|---|
| | | action of salmeterol. | drugs should be used with caution in patients with asthma or COPD. |
| Acetylsalicylic acid | T | | Use with caution in conjunction with corticosteroids in hypoprothrombinemia. |
| Ritonavir | CT & post-marketing | Systemic effects including Cushing's syndrome and adrenal suppression. | Concomitant use of fluticasone propionate and ritonavir should be avoided. (See DRUG INTERACTIONS, Overview) |
| Other inhibitors of cytochrome P450 3A4 | CT | Increased systemic exposure to fluticasone propionate and salmeterol xinafoate. | Caution is advised when co-administering potent CYP3A4 inhibitors (e.g. ketoconazole, cobicistat-containing products). (See DRUG INTERACTIONS, Overview, WARNINGS AND PRECAUTIONS and ACTION AND CLINICAL PHARMACOLOGY, Pharmacokinetics) |

Legend: C = Case Study; CT = Clinical Trial; T = Theoretical; CS = Class Statements


## DOSAGE AND ADMINISTRATION

### Dosing Considerations

#### *COPD and Asthma*

Wixela® Inhub® should not be used to treat acute symptoms of asthma or COPD. It is crucial to inform patients of this. Patients should be prescribed a rapid onset, short duration inhaled bronchodilator (e.g., salbutamol) to relieve the acute symptoms such as shortness of breath and advised to have this available for use at all times.

As twice-daily regular treatment, Wixela® Inhub® provides twenty-four hour bronchodilation and can replace regular use of a rapid onset, short duration (4 hour) inhaled or oral bronchodilator (e.g. salbutamol). Rapid onset, short duration beta$_2$-agonists should be used only to relieve acute symptoms of asthma and COPD (See WARNINGS AND PRECAUTIONS).

Patients should be regularly reassessed so that the strength of Wixela® Inhub® they are receiving remains optimal and is only changed on medical advice. The dose should be titrated to the lowest dose of fluticasone propionate at which effective control of symptoms is maintained.

There is no need to adjust the dose in the otherwise healthy elderly or in patients with impaired renal function. Because salmeterol is predominantly cleared by hepatic metabolism, patients with hepatic disease should be closely monitored.

#### *Asthma*

When treating patients with asthma, physicians should only prescribe Wixela® Inhub® for patients not adequately controlled on a long-term asthma control medication, such as an inhaled corticosteroid or whose disease severity clearly warrants treatment with both an inhaled corticosteroid and LABA.

**Recommended Dose And Dosage Adjustment**

**Wixela® Inhub® Inhalation Powder**

|  | Asthma | | COPD | |
|---|---|---|---|---|
|  | Children 4-11 years of age | Adults and adolescents ≥12 years of age | Adults ≥18 years of age | |
| Wixela® Inhub® 100 mcg/50 mcg | One inhalation twice daily | One inhalation twice daily | -- | OR |
| Wixela® Inhub® 250 mcg/50 mcg | -- | One inhalation twice daily | One inhalation twice daily | OR |
| Wixela® Inhub® 500 mcg/50 mcg | -- | One inhalation twice daily | One inhalation twice daily | |

The prescribed dose of Wixela® Inhub® may be given by a single inhalation twice daily.

**Missed Dose**

If a single dose is missed, instruct the patient to take the next dose when it is due.

**Administration**

Wixela® Inhub® is to be administered by oral inhalation only.

The patient should be made aware that for optimum benefit Wixela® Inhub® should be taken regularly, even when asymptomatic.

As a general rule, rinsing the mouth and gargling with water after each inhalation can help in preventing the occurrence of candidiasis. Cleansing dentures has the same effect.


**OVERDOSAGE**

Wixela® Inhub® should not be used more frequently than twice daily (morning and evening) at the recommended dose. Fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs (See WARNINGS AND PRECAUTIONS - **General**). Large doses of inhaled or oral salmeterol (12 to 20 times the recommended dose) have been associated with clinically significant prolongation of the QTc interval, which has the potential for producing ventricular arrhythmias.

There are no data available from clinical trials on overdose with Fluticasone Propionate and Salmeterol Inhalation Powder, however data on overdose with individual drugs is given below.

Acute inhalation of fluticasone propionate doses in excess of those approved may lead to

temporary suppression of the hypothalamic-pituitary-adrenal axis. This does not usually require emergency action, as normal adrenal function typically recovers within a few days.

The expected signs and symptoms of salmeterol overdosage are those typical of excessive beta$_2$-adrenergic stimulation, including tremor, headache, tachycardia, increases in systolic blood pressure, cardiac arrhythmias, hypokalemia, hypertension and, in extreme cases, sudden death. There is no specific treatment for an overdose of fluticasone propionate and salmeterol. If overdose occurs, the patient should be treated supportively with appropriate monitoring as necessary. The judicious use of a cardioselective beta-receptor blocker may be considered, bearing in mind that such medication can produce bronchospasm.

If higher than approved doses are continued over prolonged periods, significant adrenocortical suppression is possible. There have been very rare reports of acute adrenal crisis occurring in children exposed to higher than approved dosages (typically 1000 mcg daily and above), over prolonged periods (several months or years); observed features included hypoglycemia and sequelae of decreased consciousness and/or convulsions. Situations which would potentially trigger acute adrenal crisis include exposure to trauma, surgery or infection or any rapid reduction in dosage. Patients receiving higher than approved dosages should be managed closely and the dose reduced gradually.

> For management of a suspected drug overdose, contact your regional Poison Control Centre immediately.

## ACTION AND CLINICAL PHARMACOLOGY

### Mechanism Of Action
Wixela® Inhub® contains fluticasone propionate and salmeterol xinafoate which have differing modes of action for the treatment of COPD and asthma (in patients with reversible obstructive airways disease). Fluticasone propionate is an inhaled anti-inflammatory agent that reduces airways irritability; salmeterol is a long-acting bronchodilator that prevents breakthrough symptoms of wheezing and chest tightness. Wixela® Inhub® can offer a more convenient regime for patients requiring concurrent long-acting beta$_2$-agonists and inhaled corticosteroid therapy. Wixela® Inhub® is designed to produce a greater improvement in pulmonary function and symptom control than either fluticasone propionate or salmeterol used alone at their recommended dosages. The respective mechanisms of action of both drugs are discussed below:

Salmeterol is a selective, long-acting (12 hours), slow onset (10-20 minutes) beta$_2$-adrenoceptor agonist with a long side-chain which binds to the exo-site of the receptor. Salmeterol offers more effective protection against histamine-induced bronchoconstriction and produces a longer duration of bronchodilation, lasting for at least 12 hours, than recommended doses of conventional rapid onset, short duration beta$_2$-agonists.

*In vitro* tests on human lung have shown that salmeterol is a potent and long-lasting inhibitor of the release of mast cell mediators, such as histamine, leukotrienes and prostaglandin D$_2$.

In man, salmeterol inhibits the early and late phase response to inhaled allergen. The late phase response is inhibited for over 30 hours after a single dose, when the bronchodilator effect is no

longer evident. The full clinical significance of these findings is not yet clear. The mechanism is different from the anti-inflammatory effect of corticosteroids.

Fluticasone propionate is a highly potent glucocorticoid anti-inflammatory steroid. When administered by inhalation at therapeutic dosages, it has a direct potent anti-inflammatory action within the lungs, resulting in reduced symptoms and exacerbations of asthma, and less adverse effects than systemically administered corticosteroids.

In comparisons with beclomethasone dipropionate, fluticasone propionate has demonstrated greater topical potency.

### Pharmacodynamics
The pharmacodynamic effects and pharmacokinetics of the combination product in the Fluticasone Propionate and Salmeterol Inhalation Powder were investigated in healthy adult male and female volunteers after single and repeat-dose administration.

Those studies showed that the systemic pharmacodynamic effects of fluticasone propionate and salmeterol xinafoate are essentially unchanged when the two drugs are administered in combination, when compared with the component drugs given alone or concurrently.

There was no evidence that the systemic exposure to salmeterol was altered by concomitant exposure to fluticasone propionate. In one study, the salmeterol plasma $C_{max}$ and $T_{max}$ were not significantly different when compared between the groups receiving fluticasone propionate 500 mcg and salmeterol xinafoate 100 mcg twice daily in the combination product ($C_{max}$ 0.23 ng/mL) or salmeterol xinafoate 100 mcg twice daily as a single agent ($C_{max}$ 0.22 ng/mL).

When fluticasone propionate alone or the fluticasone propionate/salmeterol xinafoate product are administered at the same dosage, there is similar systemic exposure to fluticasone propionate.

### Pharmacokinetics
There is no evidence in animal or human subjects that the administration of fluticasone propionate and salmeterol xinafoate together by the inhaled route affects the pharmacokinetics of either component. For pharmacokinetic purposes therefore each component can be considered separately.

#### Salmeterol Xinafoate
Salmeterol acts locally in the lung; therefore, plasma levels are not an indication of therapeutic effect. Because of the low therapeutic dose, systemic levels of salmeterol are low or undetectable after inhalation of recommended doses (50 mcg twice daily). Salmeterol is predominantly cleared by hepatic metabolism; liver function impairment may lead to accumulation of salmeterol in plasma. Therefore, patients with hepatic disease should be closely monitored.

An *in vitro* study showed that salmeterol is extensively metabolised to α-hydroxysalmeterol (aliphatic oxidation) by cytochrome P450 3A4 (CYP3A4). A repeat dose study with salmeterol and erythromycin in healthy volunteers showed no clinically significant changes in pharmacodynamic effects at 500 mg three times daily doses of erythromycin. However, a salmeterol-ketoconazole interaction study resulted in a significant increase in plasma salmeterol exposure (See WARNING AND PRECAUTIONS, and DRUG INTERACTIONS).

In a placebo-controlled, crossover drug interaction study in 15 healthy subjects, co-administration of salmeterol (50 mcg twice daily inhaled) and the CYP3A4 inhibitor, ketoconazole (400 mg once daily orally), for 7 days, resulted in a significant increase in plasma salmeterol exposure (1.4-fold $C_{max}$ and 15-fold AUC). There was no increase in salmeterol accumulation with repeat dosing. Three subjects were withdrawn from salmeterol and ketoconazole co-administration due to QTc prolongation or palpitations with sinus tachycardia. In the remaining 12 subjects, co-administration of salmeterol and ketoconazole did not result in a clinically significant effect on heart rate, blood potassium or QTc duration (See WARNINGS AND PRECAUTIONS, and DRUG INTERACTIONS).

Fluticasone Propionate
Following intravenous administration, the pharmacokinetics of fluticasone propionate are proportional to the dose. Fluticasone propionate is extensively distributed within the body. The volume of distribution at steady state is approximately 300 litres and has a very high clearance which is estimated to be 1.1 litre/minute indicating extensive hepatic extraction.

Peak plasma fluticasone propionate concentrations are reduced by approximately 98% within 3-4 hours and only low plasma concentrations are associated with the terminal half-life, which is approximately 8 hours.

Following oral administration of fluticasone propionate, 87-100% of the dose is excreted in the faeces. Following doses of either 1 or 16 mg, up to 20% and 75% respectively, is excreted in the faeces as the parent compound. There is a non-active major metabolite. Absolute oral bioavailability is negligible (< 1%) due to a combination of incomplete absorption from the gastrointestinal tract and extensive first-pass metabolism.

The absolute bioavailability of fluticasone propionate has been estimated from within study comparisons of inhaled and intravenous pharmacokinetic data. In healthy adult subjects the absolute systemic bioavailability of fluticasone propionate from fluticasone propionate-salmeterol pressurised inhalation, suspension and from fluticasone propionate-salmeterol inhalation powder was 5.3% and 5.5% respectively. Systemic absorption of fluticasone propionate occurs mainly through the lungs, and is initially rapid, then prolonged.

The percentage of fluticasone propionate bound to human plasma proteins averages 99%. Fluticasone propionate is extensively metabolised by CYP3A4 enzyme to an inactive carboxylic acid derivative.

## STORAGE AND STABILITY

Do not store Wixela® Inhub® above 25°C. Keep in a dry place, away from direct heat or sunlight.

Wixela® Inub® should be safely discarded when the dose counter reads "0" or 30 days after it was removed from the foil pouch, whichever comes first.

**SPECIAL HANDLING INSTRUCTIONS**

Wixela® Inhub® should be stored inside the unopened moisture-protective foil pouch and only removed from the pouch immediately before initial use. Discard Wixela® Inhub® 30 days after opening the foil pouch or when the counter reads "0" (after all doses have been used), whichever comes first. The inhaler is not reusable. Do not attempt to take the inhaler apart.

**DOSAGE FORMS, COMPOSITION AND PACKAGING**

**Availability and Composition**

Wixela® Inhub® 100 mcg/50 mcg is an inhalation powder plastic inhaler device containing two foil sealed discs each with 30 pre-metered doses each containing 100 mcg of fluticasone propionate and 50 mcg of salmeterol (as the xinafoate salt) per inhalation. Each pre-metered dose also contains lactose monohydrate (milk sugar), including milk protein, which acts as the "carrier".

Wixela® Inhub® 250 mcg/50 mcg is an inhalation powder plastic inhaler device containing two foil sealed discs each with 30 pre-metered doses each containing 250 mcg of fluticasone propionate and 50 mcg of salmeterol (as the xinafoate salt) per inhalation. Each pre-metered dose also contains lactose monohydrate (milk sugar), including milk protein, which acts as the "carrier".

Wixela® Inhub® 500 mcg/50 mcg is an inhalation powder plastic inhaler device containing two foil sealed discs each with 30 pre-metered doses each containing 500 mcg of fluticasone propionate and 50 mcg of salmeterol (as the xinafoate salt) per inhalation. Each pre-metered dose also contains lactose monohydrate (milk sugar), including milk protein, which acts as the "carrier".

The inhaler is packaged in a moisture-protective foil pouch.

## PART II: SCIENTIFIC INFORMATION

## PHARMACEUTICAL INFORMATION

### Drug Substance

| Proper name/Common name: | Fluticasone propionate |
|---|---|
| Chemical name: | [(6S,8S,9R,10S,11S,13S,14S,16R,17R)-6,9-Difluoro-17-(fluoromethylsulfanylcarbonyl)-11-hydroxy-10,13,16-trimethyl-3-oxo-6,7,8,11,12,14,15,16-octahydrocyclopenta[a]phenanthren-17-yl] propanoate |
| Molecular formula and molecular mass: | $C_{25}H_{31}F_3O_5S$<br><br>500.6 g/mol |
| Structural formula: |  |
| Physicochemical properties: | **Physical Form**<br>White or almost white powder.<br><br>**Polymorphism**<br>Fluticasone propionate manufactured for Wixela® Inhub® is Form 1.<br><br>**Solubility**<br>Practically insoluble in water, sparingly soluble in methylene chloride, slightly soluble in alcohol.<br><br>**pKa Value**<br>The calculated pKa is 11.32.<br><br>**Melting Point**<br>261 to 273°C. |

<table>
<tr><td></td><td>

**Hygroscopicity**
Fluticasone propionate is non-hygroscopic (<0.2 % water uptake at 80 % RH/25 °C).

**Octanol/Water Partition Coefficient**
The logP at pH = 7 is 4.6.

**Specific Optical Rotation $[\alpha]_D^{20}$**
+32° to + 36° (0.25 g in 50.0 mL of $CH_2Cl_2$)

**Light sensitivity**
It is photostable.

</td></tr>
</table>

**Drug Substance**

| Proper name/Common name: | Salmeterol xinafoate |
|---|---|
| Chemical name: | 2-(Hydroxymethyl)-4-[1-hydroxy-2-[6-(4-phenylbutoxy)hexylamino]ethyl]phenol;1-hydroxynaphthalene-2-carboxylic acid |
| Molecular formula and molecular mass: | $C_{36}H_{45}NO_7$<br><br>604 g/mol |
| Structural formula: | 

and enantiomer |
| Physicochemical properties: | **Physical Form**<br>White or almost white powder.<br><br>**Polymorphism**<br>Two polymorphic forms of salmeterol xinafoate have been described in the literature: polymorph 1 and polymorph II. The salmeterol xinafoate manufactured for Wixela® Inhub® is polymorph 1.<br><br>**Solubility** |

It is practically insoluble in water, soluble in methanol, slightly soluble in anhydrous ethanol, practically insoluble in methylene chloride.

**Therapeutic category**
Bronchodilator

## CLINICAL TRIALS

### Comparative Bioavailability Studies

### Study Number MGR001-1006

A randomized, open label, single oral dose, two-treatment, two-period, two-way crossover bioequivalence study of Wixela$^{TM}$ Inhub$^{TM}$ (Fluticasone Propionate and Salmeterol Inhalation Powder) 100 mcg/50 mcg (Mylan Pharmaceuticals Inc.) and ADVAIR DISKUS$^{®}$ 100/50 (fluticasone propionate 100 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was performed in healthy, adult (male and female) subjects (n=66) was performed under fasting conditions.

A summary of the results is presented in the following table.

| Fluticasone Propionate (3 x 100 mcg) From measured data Geometric Mean Arithmetic Mean (CV %) | | | | |
|---|---|---|---|---|
| **Parameter** | **Test**[*] | **Reference**[†] | **% Ratio of Geometric Means** | **90% Confidence Interval** |
| $AUC_T$ (pg•hr/mL) | 600.29 637.8 (31.49) | 576.37 608.7 (29.33) | 104.2 | 100.3% - 108.2% |
| $AUC_I$ (pg•hr/mL) | 614.13 656.0 (30.69) | 597.29 625.4 (28.53) | 102.8 | 98.7% - 107.1% |
| $C_{MAX}$ (pg/mL) | 103.73 109.7 (32.98) | 112.86 118.6 (29.91) | 91.9 | 87.9% - 96.1% |
| $T_{MAX}$[§] (h) | 0.75 (0.08 – 1.50) | 0.75 (0.08 – 1.50) | | |
| $T_{½}$[€] (h) | 10.18 (24.18) | 9.95 (27.83) | | |

[*]   Wixela$^{TM}$ Inhub$^{TM}$ (Fluticasone Propionate and Salmeterol Inhalation Powder) 100 mcg/50 mcg (Mylan Pharmaceuticals Inc.).
[†]   ADVAIR DISKUS$^{®}$ 100/50 (fluticasone propionate 100 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.
[§]   Expressed as the median (range) only.

€        Expressed as the arithmetic mean (CV%) only.

| | Salmeterol (as the Xinafoate Salt) (3 x 50 mcg) From measured data Geometric Mean Arithmetic Mean (CV %) | | | |
|---|---|---|---|---|

| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
|---|---|---|---|---|
| $AUC_T$ (pg•hr/mL) | 696.38<br>727.3 (30.68) | 644.88<br>677.4 (36.19) | 108.0 | 104.6% - 111.5% |
| $AUC_I$ (pg•hr/mL) | 730.30<br>764.3 (30.07) | 676.85<br>709.9 (35.95) | 107.9 | 104.6% - 111.3% |
| $AUC_{0-30}$ (pg•hr/mL) | 94.6<br>100.4 (31.88) | 90.9<br>95.5 (30.00) | 104.1 | 99.9% - 108.5% |
| $C_{MAX}$ (pg/mL) | 347.75<br>385.4 (42.24) | 348.30<br>379.3 (37.93) | 99.8 | 94.6% - 105.4% |
| $T_{MAX}$[§] (h) | 0.08<br>(0.03 – 1.50) | 0.08<br>(0.03 – 2.00) | | |
| $T_{½}$[€] (h) | 11.87<br>(12.94) | 12.21<br>(15.82) | | |

*        Wixela[TM] Inhub[TM] (Fluticasone Propionate and Salmeterol Inhalation Powder) 100 mcg/50 mcg (Mylan Pharmaceuticals Inc.).
†        ADVAIR DISKUS® 100/50 (fluticasone propionate 100 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.
§        Expressed as the median (range) only.
€        Expressed as the arithmetic mean (CV%) only.

## Study Number MGR001-1016

A randomized, open label, single oral dose, two-treatment, two-period, two-way crossover bioequivalence study of Wixela[TM] Inhub[TM] (Fluticasone Propionate and Salmeterol Inhalation Powder) 250 mcg/50 mcg (Mylan Pharmaceuticals Inc.) and ADVAIR DISKUS® 250/50 (fluticasone propionate 250 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was performed in healthy, adult (male and female) subjects (n=66) was performed under fasting conditions.

A summary of the results is presented in the following table.

| Fluticasone Propionate (3 x 250 mcg) From measured data — Geometric Mean Arithmetic Mean (CV %) | | | | |
|---|---|---|---|---|
| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
| $AUC_T$ (pg•hr/mL) | 1250.76 1298 (32.18) | 1164.11 1237 (30.61) | 107.4 | 102.1% - 113.1% |
| $AUC_I$ (pg•hr/mL) | 1323.02 1371 (31.44) | 1211.03 1313 (29.51) | 109.3 | 103.6% - 115.2% |
| $C_{MAX}$ (pg/mL) | 164.21 170.0 (31.58) | 162.72 173.6 (32.47) | 100.9 | 95.0% - 107.2% |
| $T_{MAX}$[§] (h) | 1.00 (0.08 – 3.01) | 1.00 (0.33 – 3.01) | | |
| $T_{½}$[€] (h) | 11.24 (16.01) | 10.38 (16.44) | | |

[*]   Wixela™ Inhub™ (Fluticasone Propionate and Salmeterol Inhalation Powder) 250 mcg/50 mcg (Mylan Pharmaceuticals Inc.).
[†]   ADVAIR DISKUS® 250/50 (fluticasone propionate 250 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.
[§]   Expressed as the median (range) only.
[€]   Expressed as the arithmetic mean (CV%) only.

| Salmeterol (as the Xinafoate Salt) (3 x 50 mcg) From measured data — Geometric Mean Arithmetic Mean (CV %) | | | | |
|---|---|---|---|---|
| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
| $AUC_T$ (pg•hr/mL) | 641.24 700.0 (48.65) | 623.34 685.7 (47.31) | 102.9 | 98.9% - 107.0% |
| $AUC_I$ (pg•hr/mL) | 672.37 733.4 (48.79) | 661.25 728.0 (45.57) | 101.7 | 98.1% - 105.4% |
| $AUC_{0-30}$ (pg•hr/mL) | 79.5 83.7 (36.65) | 81.4 88.3 (39.87) | 97.8 | 92.3% - 103.5% |
| $C_{MAX}$ (pg/mL) | 296.24 319.5 (43.14) | 317.37 352.8 (44.80) | 93.3 | 86.8% - 100.4% |

| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
|---|---|---|---|---|
| $T_{MAX}$[§] (h) | 0.08 (0.04 – 1.01) | 0.08 (0.05 – 2.01) | | |
| $T_{½}$[€] (h) | 11.55 (14.83) | 11.66 (15.96) | | |

[*]    Wixela™ Inhub™ (Fluticasone Propionate and Salmeterol Inhalation Powder) 250 mcg/50 mcg (Mylan Pharmaceuticals Inc.).

[†]    ADVAIR DISKUS® 250/50 (fluticasone propionate 250 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.

[§]    Expressed as the median (range) only.

[€]    Expressed as the arithmetic mean (CV%) only.

## Study Number MGR001-1007

A randomized, open label, single oral dose, two-treatment, two-period, two way crossover bioequivalence study of Wixela™ Inhub™ (Fluticasone Propionate and Salmeterol Inhalation Powder) 500 mcg/50 mcg (Mylan Pharmaceuticals Inc.) and ADVAIR DISKUS® 500/50 (fluticasone propionate 500 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was performed in healthy, adult (male and female) subjects (n=66) was performed under fasting conditions.

A summary of the results is presented in the following table.

| Fluticasone Propionate (3 x 500 mcg) From measured data Geometric Mean Arithmetic Mean (CV %) | | | | |
|---|---|---|---|---|
| **Parameter** | **Test[*]** | **Reference[†]** | **% Ratio of Geometric Means** | **90% Confidence Interval** |
| $AUC_T$ (pg•hr/mL) | 2688.74 2851 (34.03) | 2782.57 2919 (28.47) | 96.6 | 92.8% - 100.7% |
| $AUC_I$ (pg•hr/mL) | 2853.13 3009 (33.84) | 2905.98 3051 (28.66) | 98.2 | 94.2% - 102.3% |
| $C_{MAX}$ (pg/mL) | 252.79 261.6 (26.42) | 281.81 290.9 (25.43) | 89.7 | 86.3% - 93.3% |
| $T_{MAX}$[§] (h) | 1.50 (0.33 – 4.00) | 1.50 (0.33 – 4.00) | | |
| $T_{½}$[€] (h) | 12.23 (21.89) | 10.57 (17.96) | | |

\*       Wixela[TM] Inhub[TM] (Fluticasone Propionate and Salmeterol Inhalation Powder) 500 mcg/50 mcg (Mylan Pharmaceuticals Inc.).

†       ADVAIR DISKUS® 500/50 (fluticasone propionate 500 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.

§       Expressed as the median (range) only.

€       Expressed as the arithmetic mean (CV%) only.

**Salmeterol (as the Xinafoate Salt)**
**(3 x 50 mcg)**
**From measured data**

**Geometric Mean**
**Arithmetic Mean (CV %)**

| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
|---|---|---|---|---|
| $AUC_T$ (pg•hr/mL) | 672.25 | 670.82 | 100.2 | 96.2% - 104.4% |
| | 723.7 (41.04) | 707.7 (33.35) | | |
| $AUC_I$ (pg•hr/mL) | 701.68 | 703.97 | 99.7 | 95.8% - 103.7% |
| | 753.2 (40.23) | 739.9 (32.85) | | |
| $AUC_{0-30}$ (pg•hr/mL) | 93.2 | 101.5 | 91.9 | 87.7% - 96.3% |
| | 101.1 (40.87) | 107.6 (32.08) | | |
| $C_{MAX}$ (pg/mL) | 334.91 | 388.62 | 86.2 | 81.4% - 91.2% |
| | 376.6 (48.13) | 418.0 (34.88) | | |
| $T_{MAX}$[§] (h) | 0.08 | 0.08 | | |
| | (0.03 – 1.00) | (0.03 – 1.50) | | |
| $T_{½}$[€] (h) | 11.21 | 11.56 | | |
| | (17.93) | (16.12) | | |

\*       Wixela[TM] Inhub[TM] (Fluticasone Propionate and Salmeterol Inhalation Powder) 500 mcg/50 mcg (Mylan Pharmaceuticals Inc.).

†       ADVAIR DISKUS® 500/50 (fluticasone propionate 500 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.

§       Expressed as the median (range) only.

€       Expressed as the arithmetic mean (CV%) only.

**Study Number MGR000-1006**

A randomized, open label, single oral dose, two-treatment, two-period, two-way crossover bioequivalence study of the Canadian ADVAIR DISKUS 500 (fluticasone propionate and salmeterol inhalation powder USP) 500 mcg/50 mcg (GlaxoSmithKline Inc.) and the U.S. ADVAIR DISKUS® 500/50 (fluticasone propionate 500 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was performed in healthy, adult (male and female) subjects (n=41) was performed under fasting conditions.

A summary of the results is presented in the following table.

| Fluticasone Propionate (3 x 500 mcg) From measured data — Geometric Mean Arithmetic Mean (CV %) | | | | |
| --- | --- | --- | --- | --- |
| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
| $AUC_T$ (pg•hr/mL) | 3394 3494 (23.84) | 3680 3780 (23.13) | 92.2 | 88.4% - 96.2% |
| $AUC_I$ (pg•hr/mL) | 3522 3625 (23.57) | 3815 3918 (22.85) | 92.3 | 88.5% - 96.3% |
| $C_{MAX}$ (pg/mL) | 343.4 352.3 (24.04) | 379.0 389.4 (23.71) | 90.6 | 86.5% - 94.9% |
| $T_{MAX}$[§] (h) | 1.502 (0.334 - 4.003) | 2.001 (0.500 - 3.092) | | |
| $T_{½}$[€] (h) | 9.940 (15.76) | 9.692 (18.58) | | |

[*]    Canadian ADVAIR DISKUS 500 (fluticasone propionate and salmeterol inhalation powder USP) 500 mcg/50 mcg (GlaxoSmithKline Inc.) was purchased in the USA.

[†]    U.S. ADVAIR DISKUS® 500/50 (fluticasone propionate 500 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.

[§]    Expressed as the median (range) only.

[€]    Expressed as the arithmetic mean (CV%) only.

| Salmeterol (as the Xinafoate Salt) (3 x 50 mcg) From measured data — Geometric Mean Arithmetic Mean (CV %) | | | | |
| --- | --- | --- | --- | --- |
| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
| $AUC_T$ (pg•hr/mL) | 809.5 862.7 (30.89) | 822.4 871.1 (33.93) | 98.4 | 94.8% - 102.3% |

FDA-FLORIDA-004270

| Parameter | Test[*] | Reference[†] | % Ratio of Geometric Means | 90% Confidence Interval |
|---|---|---|---|---|
| $AUC_I$ (pg•hr/mL) | 848.8<br>903.6 (30.60) | 863.6<br>913.5 (33.62) | 98.3 | 94.7% - 102.0% |
| $AUC_{0-30}$ (pg•hr/mL) | 121.9<br>127.93 (27.1) | 129.1<br>134.77 (27.9) | 94.5 | 90.1% – 99.0% |
| $C_{MAX}$ (pg/mL) | 474.1<br>508.4 (32.45) | 503.4<br>533.5 (32.05) | 94.2 | 87.9% - 100.9% |
| $T_{MAX}$[§] (h) | 0.083<br>(0.066-0.167) | 0.070<br>(0.041-0.094) | | |
| $T_{½}$[€] (h) | 12.015<br>(14.34) | 12.055<br>(13.27) | | |

[*]    Canadian ADVAIR DISKUS 500 (fluticasone propionate and salmeterol inhalation powder USP) 500 mcg/50 mcg (GlaxoSmithKline Inc.) was purchased in the USA.

[†]    U.S. ADVAIR DISKUS® 500/50 (fluticasone propionate 500 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.

[§]    Expressed as the median (range) only.

[€]    Expressed as the arithmetic mean (CV%) only.

## Clinical Studies in Asthma

There have been very rare reports of anxiety, sleep disorders and behavioural changes including hyperactivity and irritability (predominantly in children and adolescents).

## Study Number MGR001-3001

A randomized, double-blind, double-dummy, parallel group study of Wixela[TM] Inhub[TM] (Fluticasone Propionate and Salmeterol Inhalation Powder) 100 mcg/50 mcg (Mylan Pharmaceuticals Inc.) and ADVAIR DISKUS® 100/50 (fluticasone propionate 100 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was performed in adult (male and female) subjects (n=1122) with a primary diagnosis of asthma.

Subjects were randomly assigned to receive either Wixela[TM] Inhub[TM] 100 mcg/50 mcg, ADVAIR DISKUS® 100/50, or placebo, twice daily for a total of 4 weeks.

The co-primary endpoints were the change from baseline in $FEV_1$ $AUEC_{0-12}$ on Day 1 and change from baseline for trough $FEV_1$ on Day 29 [±2] following single and multiple doses (4 weeks BID) of Wixela[TM] Inhub[TM] 100 mcg/50 mcg or ADVAIR DISKUS® 100/50. A placebo group was included in order to assess assay sensitivity for both co-primary endpoints and for both active treatments.

FDA-FLORIDA-004271

A summary of the results is presented in the following table.

| Endpoint | Least Squares (LS) Means | | Test/Reference Ratio of LS Means | 90% Confidence Interval |
|---|---|---|---|---|
| | Test[*] | Reference[†] | | |
| Change from baseline $AUEC_{0-12}$ $FEV_1$ on Day 1 (Visit 3) (L•hr) | 3.9734 | 3.5411 | 1.120 | 1.016-1.237 |
| Change from baseline Trough $FEV_1$ on Day 29 ($\pm$ 2 days; Visit 5) (L) | 0.2911 | 0.2728 | 1.069 | 0.938-1.220 |

[*]      Wixela[TM] Inhub[TM] (Fluticasone Propionate and Salmeterol Inhalation Powder) 100 mcg/50 mcg (Mylan Pharmaceuticals Inc.).

[†]      ADVAIR DISKUS[®] 100/50 (fluticasone propionate 100 mcg/salmeterol 50 mcg inhalation powder) (GlaxoSmithKline) was purchased in the USA.

## Fluticasone Propionate and Salmeterol Inhalation Powder

### Use in adolescents and adults

Clinical studies in patients 12 years of age and older showed that the combination product was significantly more effective than placebo or salmeterol alone in all primary efficacy comparisons. It was significantly more effective than fluticasone propionate alone in all primary efficacy comparisons (p < 0.001) except in one study for probability of remaining in the study (p = 0.084).

In clinical studies comparing the efficacy and safety of the combination product versus concurrent therapy with fluticasone propionate and salmeterol administered via separate inhalers, results for the primary efficacy variable, mean morning PEFR during weeks 1-12, in the Intent-to-Treat Population met the criterion for clinical equivalence (90% confidence limits for the difference between treatments contained within +15L/min) in two studies. Results were similar when the 95% confidence limits were considered rather than 90%. In the study using the 100/50 mcg dose, equivalence was not demonstrated, with treatment differences indicating a slightly greater efficacy for the combination product.

In randomized, double-blind, placebo-controlled trials involving 700 patients aged 12 years and over, treatment with 100/50 mcg or 250/50 mcg fluticasone propionate/salmeterol xinafoate inhalation powder produced clinically significant improvements in quality of life as assessed by the Asthma Quality of Life Questionnaire (AQLQ). There were significant differences in quality of life between the combination product and salmeterol xinafoate 50 mcg alone, fluticasone propionate 100 mcg or 250 mcg alone, or placebo. Differences between the combination product and salmeterol or placebo were clinically significant. In these 2 studies, survival analysis revealed that patients treated with 100/50 mcg or 250/50 mcg fluticasone propionate/salmeterol xinafoate inhalation powder also had a significantly greater probability of remaining in the study

FDA-FLORIDA-004272

over time without being withdrawn because of worsening asthma than did those in the salmeterol or fluticasone treatment groups. ($p \leq 0.020$ and $p \leq 0.002$ respectively). In both studies, statistically significantly fewer patients receiving the fluticasone/salmeterol combination were withdrawn from the study due to worsening asthma (3% and 4%) compared with fluticasone (11% and 22%), salmeterol (35% and 38%) and placebo (49% and 62%). The combination product significantly reduced symptom scores and supplemental salbutamol use compared with the other treatments. In the first study, regardless of baseline asthma therapy (inhaled corticosteroids or salmeterol), greater improvements in asthma control were observed with the combination as compared to the individual agents. In both studies, the mean change from baseline in pre-dose $FEV_1$ at the Week 12 endpoint was significantly greater in the combination group ($p < 0.001$ and $p = 0.003$ respectively) compared to fluticasone propionate alone with no apparent diminution in the 12-hour bronchodilator effect following 12 weeks of therapy.

At the Week 12 endpoint, patients treated with the combination had a 25% and 23% improvement from baseline in $FEV_1$ respectively.

In a randomized, double-blind, active-controlled trial involving 267 patients aged 12 years and over, who were uncontrolled on short-acting $beta_2$-agonist therapy, treatment with 100/50 mcg fluticasone propionate/salmeterol xinafoate inhalation powder demonstrated superior efficacy and comparable safety compared with salmeterol (50 mcg) or fluticasone propionate (100 mcg) alone. Fluticasone Propionate and Salmeterol Inhalation Powder 100/50 mcg was proven to be significantly more efficacious than salmeterol alone for the mean change from baseline in morning pre-dose $FEV_1$ at endpoint ($p = 0.036$). In addition, Fluticasone Propionate and Salmeterol Inhalation Powder achieved significantly better results than fluticasone propionate alone for area under the serial $FEV_1$ curve at treatment week 12 relative to baseline ($p = 0.021$). Lung function parameters, asthma symptoms, and salbutamol sulfate use all showed statistically significant and clinically relevant improvements with the combination product compared with its individual components.

Two, randomized, double-dummy, parallel-group, 12-week comparative trials of Fluticasone Propionate and Salmeterol Inhalation Powder 100/50 mcg versus oral montelukast 10 mg once-daily were conducted. 855 patients 15 years and older with persistent asthma inadequately controlled with scheduled or as needed short-acting $beta_2$-agonists alone were enrolled. In both trials, Fluticasone Propionate and Salmeterol Inhalation Powder was significantly more efficacious ($p < 0.001$, morning pre-dose $FEV_1$) and has a similar tolerability and adverse event profile compared to the once-daily montelukast.

### Use in children
The efficacy of Fluticasone Propionate and Salmeterol Inhalation Powder 100/50 mcg was compared to concurrent therapy with fluticasone propionate and salmeterol xinafoate administered via separate inhalers in children 4-11 years old. The adjusted mean change in morning PEFR from baseline for Weeks 1-12 were 33L/min for the combination product and 28L/min for concurrent therapy. Patients responded similarly in both treatment groups with marked reduction of asthma symptoms and salbutamol sulfate use during the study.

FDA-FLORIDA-004273

**Safety Studies in Asthma**

***Salmeterol Xinafoate – Serious asthma-related events***

<u>Salmeterol Multicenter Asthma Research Trial (SMART)</u>

The Salmeterol Multicenter Asthma Research Trial (SMART) was a 28-week US post-marketing study that evaluated the safety of salmeterol (50 mcg twice daily) compared to placebo each added to usual asthma therapy in adult and adolescent subjects. The study showed a significant increase in asthma-related deaths in patients receiving salmeterol (13 deaths out of 13,176 patients treated with salmeterol versus 3 deaths out of 13,179 patients on placebo; relative risk of 4.37 [95% CI: 1.25, 15.34]). The study was not designed to assess the impact of concurrent inhaled corticosteroid use.

<u>Safety of Fluticasone Propionate and Salmeterol Inhalation Powder Compared With Inhaled Fluticasone Propionate Alone</u>

Subsequent to the Salmeterol Multicenter Asthma Research Trial, two 26-week, randomized, double-blind, parallel-group, active-controlled, multicenter clinical safety trials, one in 11,679 adult and adolescent subjects aged 12 years and older (NCT01475721) and one in 6,208 pediatric subjects aged 4 to 11 years (NCT01462344) were conducted to evaluate the safety of Fluticasone Propionate and Salmeterol Inhalation Powder compared with inhaled fluticasone propionate alone.

The primary objective of both trials was to evaluate whether the addition of LABA to inhaled corticosteroid therapy (Fluticasone Propionate and Salmeterol Inhalation Powder) was non-inferior to inhaled corticosteroid therapy alone (fluticasone propionate) in terms of the risk of a serious asthma-related event (hospitalization, endotracheal intubation, and death). The adult and adolescent trial was designed to rule out a pre-specified risk margin for serious asthma-related events of 2.0 and the pediatric trial was designed to rule out a risk margin of 2.7. A blinded adjudication committee determined whether events were asthma related.

Adult and adolescent subjects enrolled in NCT01475721 had moderate to severe persistent asthma with a history of asthma-related hospitalization or at least 1 asthma exacerbation in the previous year treated with systemic corticosteroid. Subjects were randomized in a 1:1 ratio, within stratification groups based on previous asthma medication and asthma control, to receive Fluticasone Propionate and Salmeterol Inhalation Powder (100/50 mcg, 250/50 mcg or 500/50 mcg) twice daily or fluticasone propionate inhalation powder (100 mcg, 250 mcg or 500 mcg) twice daily. Pediatric subjects enrolled in NCT01462344 had a diagnosis of asthma and a history of at least 1 asthma exacerbation within the prior 12 months treated with systemic corticosteroid. Subjects were randomized in a 1:1 ratio, within stratification groups based on previous asthma medication, asthma control and number of asthma exacerbations in the prior year, to receive Fluticasone Propionate and Salmeterol Inhalation Powder (100/50 mcg or 250/50 mcg) twice daily or fluticasone propionate inhalation powder (100 mcg or 250 mcg) twice daily. Patients

FDA-FLORIDA-004274

with life-threatening or unstable asthma were excluded from the 2 clinical trials.

For both trials, Fluticasone Propionate and Salmeterol Inhalation Powder was non-inferior to fluticasone propionate for time to first serious asthma-related events based on the pre-specified risk margins (Table 6). In the pediatric trial, there was a higher number of asthma-related hospitalizations in the Fluticasone Propionate and Salmeterol Inhalation Powder group (27) compared to the fluticasone propionate group (21).

**Table 6          Serious Asthma-Related Events in the two 26-Week Safety Trials**

| | NCT01475721 | | NCT01462344 | |
| | Adults and adolescents (12 years and older) | | Children (4-11 years) | |
| | Fluticasone Propionate and Salmeterol Inhalation Powder (n = 5,834) | Fluticasone Propionate (n = 5,845) | Fluticasone Propionate and Salmeterol Inhalation Powder (n = 3,107) | Fluticasone Propionate (n = 3,101) |
|---|---|---|---|---|
| Serious asthma-related event (hospitalization, endotracheal intubation, or death)[a] | 34 (0.6%) | 33 (0.6%) | 27 (0.9%) | 21 (0.7%) |
| Fluticasone Propionate and Salmeterol Inhalation Powder/Fluticasone Propionate Hazard ratio (95% CI) | 1.03 (0.64-1.66)[b] | | 1.29 (0.73-2.27)[b] | |
| Asthma-related death | 0 | 0 | 0 | 0 |
| Asthma-related intubation (endotracheal) | 0 | 2 | 0 | 0 |
| Asthma-related hospitalization (≥24-hour stay) | 34 | 33 | 27 | 21 |

[a] Number of subjects with an event that occurred within 6 months after the first use of study drug or 7 days after the last date of study drug, whichever date was later. Subjects may have had one or more events, but only the first event was counted for analysis.
[b] The hazard ratio for time to first event was based on a Cox proportional hazards regression model with randomized treatment as a covariate and baseline hazards stratified by prior asthma medication and asthma control status. If the resulting upper 95% CI estimate for the relative risk was less than 2.0 (NCT01475721) or less than 2.7 (NCT01462344), then non-inferiority was concluded.

*Page 41 of 63*

**Additional Clinical Study in Asthma**

*Use in adolescents and adults*

The objective of study SAM40027, also known as the GOAL study (The Gaining Optimal Asthma ControL study), was to determine whether patients could achieve asthma control based upon definitions derived from internationally accepted guidelines (Global Initiative for Asthma/National Institute of Health - GINA/NIH), by comparing the efficacy of an escalated dose of fluticasone propionate alone or in combination with the long acting beta$_2$-agonist salmeterol.

Study Demographics and Trial Design

**Table 7        Summary of patient demographics for clinical trials in asthma**

| Study # | Trial design (Duration) | Dosage (mcg), route of administration | Study subjects (n=number) | Mean age (Range) | Gender |
|---------|------------------------|--------------------------------------|--------------------------|------------------|--------|
| SAM40027 GOAL (Bateman et. al., 2004) | Stratified, randomized, double blind, parallel group, step-up, multicentre study Phase 1: 12-36 weeks Phase 2: 16-40 weeks Phase 1 & 2: 52-weeks | Fluticasone Propionate and Salmeterol Inhalation Powder 100/50, 250/50, 500/50 BID FP[1] Fluticasone Propionate and Salmeterol Inhalation Powder 100, 250, 500 BID Oral inhalation | 3416 | 40 (9-83) | 1428M/1988F |

[1] fluticasone propionate

In SAM40027, the two treatment groups were well matched for all demographic characteristics. The study was divided into two phases, Phase1: treatment step-up in which treatment was stepped-up every 12 weeks until "Total Control" was achieved or the highest dose of study drug was reached and Phase 2: treatment at constant dose. A broad range of subjects were included in the study and were stratified into 3 groups according to baseline asthma therapy over the 6 months prior to randomization; Stratum 1: ICS naïve or no ICS in last 6 months; Stratum 2: using low doses of inhaled corticosteroid (ICS) in the previous 6 months (≤500mcg BDP daily or equivalent, i.e. ≤250mcg of FP); Stratum 3: using moderate doses of ICS in the previous 6 months (>500mcg-1000mcg BDP daily or equivalent, i.e. >250-500mcg of FP).

**FDA-FLORIDA-004276**

SAM40027 assessed two pre-defined levels of asthma control: "Well-Controlled" (primary efficacy endpoint) and "Total Control".

"Well-controlled" was defined as two or more of the following 3 criteria:
- Symptom score[*] of >1 allowed on ≤2 days per week only
- ≤ 2 days and ≤ 4 occasions per week of rescue medication use
- ≥80% predicted morning PEF every day

And all of the following criteria:
- no night-time awakenings,
- no exacerbations[#],
- no side effects enforcing a change in therapy.

"Total Control" was defined as:
- no symptoms, no rescue medication use,
- ≥80% predicted morning PEF every day,
- no night-time awakenings,
- no exacerbations[#] and
- no side effects enforcing a change in therapy.

Control needed to be sustained, during weeks 5-12, 17-24, or 29-36 in Phase 1, for at least 6 out of the last 7, or 7 out of the last 8 weeks of treatment to reach the composite endpoints defined above. Direct measurements of airway inflammation and/or hyper-responsiveness were not included in these composite endpoints.

<u>Study Results</u>

In each Stratum, more patients receiving Fluticasone Propionate and Salmeterol Inhalation Powder achieved "Well-Controlled" asthma versus inhaled FP alone at the end of Phase I (see Table 8, below).

**Table 8       Proportion of patients who achieved "Well-Controlled" asthma in study SAM40027**

| Primary Endpoint | Associated value and statistical significance for Fluticasone Propionate and Salmeterol Inhalation Powder vs. FP | Number of Subjects[2] |
|---|---|---|
| Proportion of subjects who | Stratum 1: 71% vs. 65% (p=0.039)[1] | 1083 |

---

[*] Symptom score: 1 was defined as "symptoms for one short period during the day". Overall scale: 0(none) −5 (severe).
[#] Exacerbations defined as deterioration in asthma requiring treatment with an oral corticosteroid or an emergency department visit or hospitalization.

FDA-FLORIDA-004277

| Primary Endpoint | Associated value and statistical significance for Fluticasone Propionate and Salmeterol Inhalation Powder vs. FP | Number of Subjects[2] |
|---|---|---|
| achieved "Well-Controlled" asthma with Fluticasone Propionate and Salmeterol Inhalation Powder compared with FP alone in dose titration phase (Phase I, 12-36 weeks) | Stratum 2: 69% vs. 52% (p<0.001)<br>Stratum 3: 51% vs. 33% (p<0.001) | 1160<br>1135 |

[1] Results for Stratum 1 did not meet the predefined 10% difference between treatments used to indicate a clinically important difference and are presented for completeness only.

[2] Excludes subjects with missing covariates (baseline $FEV_1$). Subject whose control status was missing or unevaluable were assessed as 'not controlled'.

In Stratum 1 (ICS naïve or no ICS in last 6 months) the results for the primary endpoint did not meet the predetermined 10% difference used in the study to indicate a clinically important difference (6% treatment difference was achieved). This observation is consistent with the recommended use of LABA-containing drugs such as Fluticasone Propionate and Salmeterol Inhalation Powder, which should not be introduced as initial therapy in these patients. Fluticasone Propionate and Salmeterol Inhalation Powder should be used only in patients whose conditions are not adequately controlled using low- to medium-dose inhaled corticosteroids or the severity of whose disease clearly warrants the initiation of treatment with two maintenance therapies.

Table 9 below displays the observed likelihood of achieving "Well-Controlled" asthma and the absolute difference for achieving "Well-Controlled" asthma, when comparing Fluticasone Propionate and Salmeterol Inhalation Powder with FP alone.

**Table 9        Likelihood of achieving "Well-Controlled" asthma in study SAM40027**

| Stratum | Likelihood of achieving "Well-Controlled" asthma (Fluticasone Propionate and Salmeterol Inhalation Powder compared with FP alone) | Absolute difference for achieving "Well-Controlled" asthma (Fluticasone Propionate and Salmeterol Inhalation Powder compared with FP alone) |
|---|---|---|
| Stratum 1[+] | 9% (95%CI: 0%-18%) | 6% (95%CI: 0%-11%) |
| Stratum 2 | 31% (95%CI: 19%-44%) | 16% (95%CI: 10%-22%) |
| Stratum 3 | 51% (95%CI: 31%-74%) | 17% (95%CI: 11%-23%) |

[+] Stratum 1 results did not meet the predetermined 10% difference used to indicate a clinically important difference for the primary endpoint of achieving "Well-Controlled" asthma

Similar results were observed with "Total Control" of asthma, where more patients receiving Fluticasone Propionate and Salmeterol Inhalation Powder achieved "Total Control" of asthma

FDA-FLORIDA-004278

versus inhaled FP alone at the end of Phase I for each individual Stratum[+] (p<0.001). Table 10 below displays the observed likelihood of achieving "Total Control" of asthma and the absolute difference for achieving "Total Control" of asthma, when comparing Fluticasone Propionate and Salmeterol Inhalation Powder with FP alone.

**Table 10      Likelihood of achieving "Total Control" of asthma in study SAM40027**

| Stratum | Likelihood of achieving "Total Control" of asthma (Fluticasone Propionate and Salmeterol Inhalation Powder compared with FP alone) | Absolute difference for achieving "Total Control" of asthma (Fluticasone Propionate and Salmeterol Inhalation Powder compared with FP alone) |
|---|---|---|
| Stratum 1[+] | 34% (95%CI: 14%-58%) | 11% (95%CI: 5%-16%) |
| Stratum 2 | 65% (95%CI: 35%-101%) | 13% (95%CI: 8%-18%) |
| Stratum 3 | 124% (95%CI: 63%-209%) | 10% (95%CI: 6%-14%) |

[+] Stratum 1 results did not meet the predetermined 10% difference used to indicate a clinically important difference for the primary endpoint of achieving "Well-Controlled" asthma

In general, these effects were observed earlier with Fluticasone Propionate and Salmeterol Inhalation Powder compared to FP alone and at a lower ICS dose. In those patients achieving 'Well-controlled" asthma or "Total control" of asthma, across all Strata[+], the time to achieve the first "Well-Controlled" or "Total Control" week during Weeks 1-12 was faster with Fluticasone Propionate and Salmeterol Inhalation Powder compared to FP alone (p≤0.002).

Attaining "Well-Controlled" asthma and "Total Control" of asthma resulted in an improved Quality of Life (QoL) as measured by the Asthma Quality of Life Questionnaire (AQLQ). In Stratum 2 (Week 52), 64% and 53% of patients reported minimal or no impairment on QoL after treatment with Fluticasone Propionate and Salmeterol Inhalation Powder and FP alone, respectively, compared to 10% and 8% at baseline. In Stratum 3 (Week 52), 57% and 45% of patients reported minimal or no impairment on QoL after treatment with Fluticasone Propionate and Salmeterol Inhalation Powder and FP alone, respectively, compared to 8% and 9% at baseline. Sustained and continuous treatment for 52 weeks also resulted in significantly greater mean $FEV_1$ at each of the clinic visits in patients receiving Fluticasone Propionate and Salmeterol Inhalation Powder compared to those receiving FP alone (p<0.001). Differences between blinded treatments ranged from 0.13L to 0.16L in Stratum 2, and 0.11L to 0.15L in Stratum 3 in favour of Fluticasone Propionate and Salmeterol Inhalation Powder.

In SAM40027, an adverse event was defined as any untoward medical occurrence in a subject and did not necessarily have a causal relationship with any treatment. During the blinded treatment period, the percentage of patients who had an adverse event was similar between treatment groups for each Strata: 56% in the FP group and 55% in the Fluticasone Propionate and Salmeterol Inhalation Powder group for Stratum 1, 57% FP and 60% Fluticasone Propionate

---

[+] Stratum 1 results did not meet the predetermined 10% difference used to indicate a clinically important difference for the primary endpoint of achieving "Well-Controlled" asthma

FDA-FLORIDA-004279

and Salmeterol Inhalation Powder for Stratum 2, and 67% FP and 69% Fluticasone Propionate and Salmeterol Inhalation Powder in Stratum 3. Drug-related adverse events that were reported by at least 1% of subjects in either treatment group (all Strata combined) were: hoarseness (2% FP vs. 3% Fluticasone Propionate and Salmeterol Inhalation Powder), oral candidiasis (2% FP vs. 2% Fluticasone Propionate and Salmeterol Inhalation Powder) and pharyngolaryngeal pain (1% FP vs. <1% Fluticasone Propionate and Salmeterol Inhalation Powder). There was a greater number of subjects experiencing myocardial infarction and unstable angina or angina pectoris in Fluticasone Propionate and Salmeterol Inhalation Powder (n=8) compared with FP alone (n=3); however, none of these events were considered by the investigator to be related to the study medication.

**Clinical Studies in COPD**

Clinical study data is provided for a 52-week study.

*52-week study*

A long term (52 week) clinical study in 1465 COPD patients evaluated the safety and efficacy of Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 (fluticasone propionate/salmeterol xinafoate) versus placebo and the individual components fluticasone propionate 500 mcg and salmeterol 50 mcg), all taken twice daily via the Fluticasone Propionate and Salmeterol Inhalation Powder inhalation device. Patients who had an established clinical history of COPD with a pre-bronchodilator $FEV_1$ of $\geq 25$ to $\leq 70\%$ of predicted normal, poor reversibility of airflow obstruction (defined as an increase of < 10% of the predicted normal $FEV_1$ value following the administration of 400 mcg salbutamol), and pre-bronchodilator $FEV_1/FVC$ ratio of $\leq 70\%$ were included in the study. Patients who had respiratory disorders other than COPD, those requiring long term oxygen or those who received inhaled or systemic corticosteroids or antibiotic therapy in the 4 weeks prior to study start were excluded.

The primary measure of efficacy was pre-bronchodilator $FEV_1$.

Pre-bronchodilator $FEV_1$ in the Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 group was 133mL higher than the placebo group (p < 0.001), 73mL higher than the salmeterol 50 mcg group (p < 0.001) and 95 mL higher than the fluticasone 500 mcg group (p < 0.001) throughout the treatment period.

Disease-specific quality of life was assessed with the St. George's Respiratory Questionnaire (SGRQ). With Fluticasone Propionate and Salmeterol Inhalation Powder 500/50, the raw mean changes in Total Score ranged from -2.4 at Week 2 to -4.5 at Week 52. A clinically meaningful change of > 4.0 was achieved as early as 8 weeks with Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 but not with placebo, salmeterol 50 mcg or fluticasone 500 mcg.

The overall incidence of adverse events and COPD-related adverse events was similar across the four groups during the treatment period. Most commonly reported drug-related adverse event

FDA-FLORIDA-004280

was candidiasis of the mouth and throat (Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg, 6%; fluticasone 500 mcg, 6%; salmeterol 50 mcg, 1%; placebo, 1%). Lower respiratory tract infections and pneumonia occurred in 7% of patients in the placebo and salmeterol groups compared to 12% and 14% in the fluticasone propionate 500 mcg and Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg groups respectively.

No clinically significant effects were observed following any treatment on ECG findings, vital signs or bruise count.

Bone density and fracture rates were not assessed in this study.


## DETAILED PHARMACOLOGY

Note: For complete information on the pharmacology of the individual compounds fluticasone propionate and salmeterol xinafoate, please refer to the salmeterol xinafoate and fluticasone propionate Product Monographs.

**Animals**
A safety pharmacology study was performed to determine the potential interaction of subcutaneously administered fluticasone propionate with the cardiovascular and respiratory effects of intravenously administered salmeterol xinafoate in anaesthetised guinea-pigs. Fluticasone propionate (10 mg/kg, sc) or vehicle control was administered as two doses at 24 hours and 3 hours prior to dosing with salmeterol xinafoate.

Salmeterol at intravenous doses of 0.01 – 100 mcg/kg (including and exceeding those required for pharmacological effects or amounts likely to be absorbed clinically after inhalation), had no effects other than those consistent with the known pharmacological profile of the compound (decreases in blood pressure and increases in heart rate). These effects were not exacerbated by pre-treatment with fluticasone propionate.

**Pharmacokinetics**
Plasma concentrations of fluticasone propionate and salmeterol xinafoate administered concomitantly were determined in single dose inhalation studies in the rat and dog. Plasma levels at the lowest dose levels used in the studies (28/73 mcg/kg in the rat, and 48/50 mcg/animal in the dog) were about 30-fold and 26-fold greater in rat and 13-fold and 3- to 5-fold greater in dog than the peak levels likely to occur in man for fluticasone propionate and salmeterol xinafoate.

Repeat dose pharmacokinetics of fluticasone propionate and salmeterol xinafoate has been obtained by monitoring plasma concentrations in inhalation toxicity studies in the rat and dog.

In both species, plasma levels of fluticasone propionate were not affected by salmeterol administered concurrently and plasma levels of salmeterol were not affected by co-administration with fluticasone propionate.

FDA-FLORIDA-004281

**Human**

The pharmacodynamic effects and pharmacokinetics of the combination product in the Fluticasone Propionate and Salmeterol Inhalation Powder were investigated in healthy adult male and female volunteers after single and repeat-dose administration.

Those studies showed that the systemic pharmacodynamic effects of fluticasone propionate and salmeterol xinafoate are essentially unchanged when the two drugs are administered in combination, when compared with the component drugs given alone or concurrently.

There was no evidence that the systemic exposure to salmeterol was altered by concomitant exposure to fluticasone propionate. In one study, the salmeterol plasma $C_{max}$ and $T_{max}$ were not significantly different when compared between the groups receiving fluticasone propionate 500 mcg and salmeterol xinafoate 100 mcg twice daily in the combination product ($C_{max}$ 0.23 ng/mL) or salmeterol xinafoate 100 mcg twice daily as a single agent ($C_{max}$ 0.22 ng/mL).

When fluticasone propionate alone or the fluticasone propionate/salmeterol xinafoate product are administered at the same dosage, there is similar systemic exposure to fluticasone propionate.

**Long-Term Outcomes in the Management of COPD**

SCO30003 was a 3 year study to assess the effect of treatment with Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg twice daily, fluticasone propionate 500 mcg twice daily, salmeterol 50 mcg twice daily or placebo on all-cause mortality in 6,112 patients with COPD; defined as the Intent-to-Treat-Efficacy (ITT) population. The patients were 40 to 80 years of age with moderate to severe COPD, with a baseline (pre-bronchodilator) $FEV_1 < 60\%$ of predicted at study entry, and < 10% of predicted reversibility and were randomised to double-blind medication. During the study, patients were permitted usual COPD therapy with the exception of other inhaled corticosteroids, long-acting bronchodilators and long-term systemic corticosteroids. Survival status at 3 years was determined for all patients regardless of withdrawal from study medication.

The primary endpoint of study SCO30003 was the effect of Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg twice daily versus placebo on all-cause mortality at 3 years. After three years, 15.2% and 12.6% of patients died in the placebo and Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg treatment groups respectively, equating to an absolute risk reduction of 2.6%. Based on the results of this study, the hazard ratio for Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg versus placebo was 0.825 (95% CI 0.68, 1.00, p = 0.052), all adjusted for two pre-specified interim analyses. There was a trend towards improved survival in patients treated with Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg compared with placebo over 3 years however this did not achieve the pre-specified statistical significance level of $p \leq 0.05$.

In study SCO30003, Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg reduced the rate of moderate to severe exacerbations by 25% compared with placebo (95% CI: 19% to 31%; p < 0.001). Fluticasone Propionate and Salmeterol Inhalation Powder reduced the

FDA-FLORIDA-004282

exacerbation rate by 9% compared with fluticasone propionate (95% CI: 1% to 16%; p = 0.024) and 12% compared with salmeterol (95% CI: 5% to 19%; p = 0.002).

Health Related Quality of Life, as measured by the St. George's Respiratory Questionnaire (SGRQ) was also improved by all active treatments in comparison with placebo in study SCO30003. An adjusted mean change of -4.3 unit decrease was seen at week 48 with Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg. The average improvement over three years for Fluticasone Propionate and Salmeterol Inhalation Powder compared with placebo was -3.1 units (95% CI: -4.1 to -2.1; p < 0.001), compared with salmeterol was -2.2 units (p < 0.001) and compared with fluticasone propionate was -1.2 units (p = 0.017).

Over the 3 year treatment period of study SCO30003, $FEV_1$ values were also higher in patients treated with Fluticasone Propionate and Salmeterol Inhalation Powder 500/50 mcg than for those treated with placebo (average difference over 3 years 92 mL, 95% CI: 75 to 108 mL; p < 0.001). Fluticasone Propionate and Salmeterol Inhalation Powder was also more effective than fluticasone propionate or salmeterol in improving $FEV_1$ (average difference over 3 years 50 mL, p < 0.001 for salmeterol and 44 mL, p < 0.001 for fluticasone propionate). Averaged over the 3 years of the study, patients treated with Fluticasone Propionate and Salmeterol Inhalation Powder showed a +29 mL increase from baseline in post-bronchodilator $FEV_1$ while the placebo, fluticasone propionate or salmeterol groups demonstrated a decline of -62 mL, -15 mL, and -21 mL, respectively.

### *Fluticasone propionate containing medications in asthma during pregnancy*

An observational retrospective epidemiological cohort study utilising electronic health records from the United Kingdom was conducted to evaluate the risk of major congenital malformations following first trimester exposure to inhaled fluticasone propionate alone and fluticasone propionate -salmeterol combination relative to non-fluticasone propionate containing inhaled corticosteroids. No placebo comparator was included in this study given the disease being studied. As an epidemiologic study, biases may not have been controlled to the same extent as in a clinical trial.

Within the asthma cohort of 5362 first trimester inhaled corticosteroid-exposed pregnancies in which major congenital malformations were diagnosed by one year of age, 131 major congenital malformations were identified; in the 1612 (30%) pregnancies which were exposed to fluticasone propionate or fluticasone propionate -salmeterol, 42 diagnosed major congenital malformations were identified. In 3750 (70%) pregnancies which were exposed to non-FP inhaled corticosteroid (ICS), 89 diagnosed major congenital malformations were identified. The adjusted odds ratio for major congenital malformations diagnosed by 1 year was 1.1 (95% CI: 0.5 – 2.3) for fluticasone propionate exposed vs non-fluticasone propionate inhaled corticosteroid exposed women with moderate asthma and 1.2 (95% CI: 0.7 – 2.0) for women with considerable to severe asthma. No difference in the risk of major congenital malformations was identified following first trimester exposure to fluticasone propionate alone versus fluticasone propionate-salmeterol combination. Absolute risks of major congenital malformations across the asthma severity strata ranged from 2.0 to 2.9 per 100 fluticasone propionate-exposed pregnancies.

FDA-FLORIDA-004283

## TOXICOLOGY

Note: For complete information on the toxicology of the individual compounds fluticasone propionate and salmeterol xinafoate, please refer to the salmeterol xinafoate and fluticasone propionate Product Monographs.

**Acute Toxicity**
The experimental details of single dose studies are presented below:

| Species (strain) | Route of Administration | Nominal Exposure Concentrations (mcg/L) (Salmeterol xinafoate: Fluticasone propionate) | Initial Group | | Duration of Treatment (Days) |
|---|---|---|---|---|---|
| | | | M | F | |
| Rat (Wistar) | Inhalation powder | 0:0 | 10 | 10 | 1 |
| | | 75:40 | 10 | 10 | |
| | | 0:0 | 5 | 5 | |
| | | 10:20 | 5 | 5 | |
| | | 20:40 | 5 | 5 | |
| Rat (Wistar) | Inhalation powder | 0:0 | 7 | 7 | 1 |
| | | 1:2 | 7 | 7 | |
| | | 2:4 | 7 | 7 | |
| | | 5:10 | 7 | 7 | |
| | | 10:20 | 7 | 7 | |
| | | 20:40 | 7 | 7 | |
| Rat (Wistar) | Inhalation powder | 0:0 | 10 | 0 | 1 |
| | | 75:0 | 10 | 0 | |
| | | 75:40 | 10 | 0 | |

High single inhaled doses of combinations of fluticasone propionate and salmeterol xinafoate were well-tolerated by rats. With one exception (mild atrial myocarditis), all findings were expected at the doses of fluticasone propionate and salmeterol xinafoate administered.

Mild atrial myocarditis occurred at combination doses of 28 mcg/kg salmeterol with 73 mcg/kg fluticasone propionate, or higher, at which plasma drug concentrations were at least 30 times (salmeterol) or 26 times (fluticasone propionate) greater than peak levels in man. The change was characterized by degeneration, mononuclear cell infiltration and a predilection for localisation within the left atrium. This change was not observed in earlier studies when the

FDA-FLORIDA-004284

drugs were administered alone.

The lesion was present 48 hours after a single exposure, but had resolved completely and was absent after 14 days. There were no associated rises in plasma enzyme activities (aspartate aminotransferase, lactate dehydrogenase or creatine phosphokinase) 48 hours after exposure. There were no large differences in heart rate or rhythm between rats given salmeterol alone or in combination with fluticasone propionate, although animals exposed to the combination showed slightly larger and more prolonged falls in blood pressure. No atrial lesions occurred in repeat dose studies in rats.

This is considered unlikely to be of relevance to man because it has been reported in rats after co-administration of other commonly used and clinically well-tolerated beta$_2$-agonists and corticosteroids.

**Long-Term Toxicity**
Findings from repeat dose inhalation toxicity studies of up to 13 weeks duration in rats and dogs were generally as expected for the doses of fluticasone propionate and salmeterol xinafoate administered, most being typical of beta$_2$-agonist or corticosteroid excess.

The experimental details of long-term toxicity studies are provided below:

| Species (strain) | Route of Administration | Nominal Exposure Concentrations (mcg/L) (Salmeterol xinafoate: Fluticasone propionate) | Initial Group | | Duration of Treatment (Weeks) |
|---|---|---|---|---|---|
| | | | M | F | |
| Rat (Wistar) | Inhalation | 0:0 | 6 | 6 | 2 |
| | | 2:0.2 | 7 | 7 | |
| | | 20:2 | 7 | 7 | |
| Rat (Sprague-Dawley and Wistar) | Inhalation | 0:0 | 5 | 5 | 2 |
| | | 0:2 | 5 | 5 | |
| | | 20:0 | 5 | 5 | |
| | | 20:0.02 | 5 | 5 | |
| | | 20:0.2 | 5 | 5 | |
| | | 20:2 | 5 | 5 | |
| Rat (Wistar) | Inhalation | 0:0 | 26 | 26 | 2 or 5 |
| | | 2:4 | 21 | 21 | |
| | | 2:10 | 21 | 21 | |
| | | 4:20 | 26 | 26 | |
| | | 10:20 | 26 | 26 | |
| Rat (Wistar) | Inhalation | 0:0 | 41 | 41 | 13 |

*Page 51 of 63*

| Species (strain) | Route of Administration | Nominal Exposure Concentrations (mcg/L) (Salmeterol xinafoate: Fluticasone propionate) | Initial Group | | Duration of Treatment (Weeks) |
|---|---|---|---|---|---|
| | | | M | F | |
| | | 3:0 | 31 | 31 | |
| | | 0:6 | 31 | 31 | |
| | | 0.6:6 | 31 | 31 | |
| | | 3:6 | 41 | 41 | |
| Dog (Beagle) | Inhalation | 0:0 | 2 | 2 | 2 |
| | | 15:15 | 2 | 2 | |
| | | 150:150 | 2 | 2 | |
| Dog (Beagle) | Inhalation | 0:0 | 2 | 2 | 2 |
| | | 5:0 | 2 | 2 | |
| | | 15:0 | 2 | 2 | |
| | | 5:10 | 2 | 2 | |
| | | 5:25 | 2 | 2 | |
| | | 15:30 | 2 | 2 | |
| | | 15:75 | 2 | 2 | |
| Dog (Beagle) | Inhalation | 0:0 | 6 | 6 | 13 |
| | | 15:0 | 4 | 4 | |
| | | 0:30 | 4 | 4 | |
| | | 3:30 | 4 | 4 | |
| | | 15:30 | 6 | 6 | |

Focal coronary arteritis was the only finding not reported in earlier studies when fluticasone propionate and salmeterol xinafoate were administered alone.

Focal coronary arteritis occurred transiently and sporadically in Wistar rats exposed daily to fluticasone propionate and salmeterol xinafoate combinations for 2 weeks. The lesion was short-lived, resolving fully even with continued treatment, always being absent in studies of 5 and 13 weeks duration. It showed both species and strain specificity, being absent in dogs and Sprague-Dawley rats.

In 2 week inhalation studies in dogs, salmeterol-related pulse rate increases were slightly more marked in groups given the combination compared with those given salmeterol alone. However, there were no significant effects of the combination on ECG or on cardiac histopathology in this species.

FDA-FLORIDA-004286

## Reproduction

Co-administration of high-doses of subcutaneous fluticasone propionate and oral salmeterol did not alter the incidence of any minor or major abnormality in rats or mice compared with studies in which the drugs were administered alone. The incidence of two variants, transposed (left) umbilical artery and incomplete ossification of the occipital bone, were increased in rats at the highest combination dose (100 mcg/kg: 10 mg/kg fluticasone propionate: salmeterol xinafoate).

Exposure at the no-effect dose for both variants of 30 mcg/kg: 1 mg/kg (fluticasone propionate:salmeterol xinafoate) was approximately 12 times (salmeterol) and 4 times (fluticasone propionate) greater than peak exposure in man after a standard 50:50 mcg dose (fluticasone propionate: salmeterol xinafoate).

## Mutagenicity

Mutagenicity studies conducted with fluticasone propionate and salmeterol xinafoate alone did not show evidence of genotoxicity.

Genetic toxicity studies with the combination product were not conducted.

## Carcinogenicity

In long-term studies, salmeterol xinafoate induced benign tumours of smooth muscle on the mesovarium of rats and the uterus of mice. These findings in rodents are similar to those reported previously for other beta-adrenergic agonist drugs. The relevance of these findings to human is unknown.

No treatment-related effects were observed on the type or incidence of neoplasia in an 18 month oral (gavage) study in mice administered fluticasone propionate at dose levels of up to 1 mg/kg/day. In a lifetime (2 years) snout-only inhalation study in rats, at dose levels of up to 57 mcg/kg/day, there was an increase in the incidence of tumours in the mammary gland, liver and pancreas. These were not considered as evidence of tumorigenic effect of fluticasone propionate based on the absence of statistical support of an increase in incidence and the historical tumour incidence data.

Fluticasone propionate/salmeterol xinafoate combination product was not tested in carcinogenicity studies.

FDA-FLORIDA-004287

# REFERENCES

1. Bateman ED, Britton M, Carrillo J, Almeida J, Wixon C. Salmeterol/fluticasone combination inhaler. A new, effective and well tolerated treatment for asthma. Clin Drug Invest. 1998;16(3):193-201.

2. Boulet LP, Cowie R, Johnston P, Krakovsky D, Mark S. Comparison of Diskus inhaler, a new multidose powder inhaler, with Diskhaler inhaler for the delivery of salmeterol to asthmatic patients. Canadian Study Group. J Asthma. 1995;32(6):429-436.

3. Calverley MA, Anderson JA, Celli B, Ferguson GT, Jenkins C. Salmeterol and fluticasone propionate and survival in chronic obstructive pulmonary disease. NEJM. 2007;356(8):775-789.

4. Chapman KR, Ringdal N, Backer V, Palmqvist M, Saarelainen S, Briggs M. Salmeterol and fluticasone propionate (50/250 microg) administered via combination Diskus inhaler: as effective as when given via separate Diskus inhalers. Can Respir J. 1999;6(1):45-51.

5. Dahl R, Lundback B, Malo JL, Mazza JA, Nieminen MM, Saarelainen P et al. A dose-ranging study of fluticasone propionate in adult patients with moderate asthma. International Study Group. Chest. 1993;104(5):1352-1358.

6. Falcoz C, Mackie AE, Moss J, Horton J, Ventresca GP, Brown A et al. Pharmacokinetics of fluticasone propionate inhaled from the Diskhaler and the Diskus after repeat doses in healthy subjects and asthmatic patients. J Allergy and Clin Immunol 1999;99(0091-6749):s505.

7. Greening AP, Ind PW, Northfield M, Shaw G. Added salmeterol versus higher-dose corticosteroid in asthma patients with symptoms on existing inhaled corticosteroid. Allen & Hanburys Limited UK Study Group. Lancet. 1994;344(8917):219-224.

8. Harding SM. The human pharmacology of fluticasone propionate. Respir Med. 1990;84 Suppl A:25-29.

9. Kavuru M, Melamed J, Gross G, Laforce C, House K, Prillaman B et al. Salmeterol and fluticasone propionate combined in a new powder inhalation device for the treatment of asthma: a randomized, double-blind, placebo-controlled trial. J Allergy Clin Immunol. 2000;105(6 Pt 1):1108-1116.

10. Lundback B, Rawlinson DW, Palmer JB. Twelve month comparison of salmeterol and salbutamol as dry powder formulations in asthmatic patients. European Study Group. Thorax. 1993;48(2):148-153.

11. Shapiro G, Lumry W, Wolfe J, Given J, White MV, Woodring A et al. Combined

FDA-FLORIDA-004288

salmeterol 50 microg and fluticasone propionate 250 microg in the diskus device for the treatment of asthma. Am J Respir Crit Care Med. 2000;161(2 Pt 1):527-534.

12. Taylor DR, Town GI, Herbison GP, Boothman-Burrell D, Flannery EM, Hancox B et al. Asthma control during long-term treatment with regular inhaled salbutamol and salmeterol. Thorax. 1998;53(9):744-752.

13. Van den Berg NJ, Ossip MS, Hederos CA, Anttila H, Ribeiro BL, Davies PI. Salmeterol/fluticasone propionate (50/100 microg) in combination in a Diskus inhaler (Seretide) is effective and safe in children with asthma. Pediatr Pulmonol. 2000;30(2):97-105.

14. Woolcock A, Lundback B, Ringdal N, Jacques LA. Comparison of addition of salmeterol to inhaled steroids with doubling of the dose of inhaled steroids. Am J Respir Crit Care Med. 1996;153(5):1481-1488.

15. ADVAIR DISKUS, GlaxoSmithKline Inc., Product Monograph dated: October 15, 2018, Control No. 218142.

**FDA-FLORIDA-004289**

IMPORTANT: PLEASE READ

# PART III: CONSUMER INFORMATION

## Pr**Wixela® Inhub®**

Fluticasone Propionate and Salmeterol Inhalation Powder

This leaflet is part III of a three-part "Product Monograph" published when Wixela® Inhub® was approved for sale in Canada and is designed specifically for Consumers. This leaflet is a summary and will not tell you everything about Wixela® Inhub®. Contact your doctor or pharmacist if you have any questions about the drug.

## ABOUT THIS MEDICATION

### What the medication is used for:
**Asthma (patients 4 years old and older):**
Asthma is a chronic inflammatory disease of the lungs characterized by episodes of difficulty in breathing. People with asthma have extra sensitive or "twitchy" airways. During an asthma attack, the airways react by narrowing, making it more difficult for the air to flow in and out of the lungs.

Wixela® Inhub® should be used in patients:
- who have asthma that is not adequately controlled with a long-term asthma medication such as an inhaled corticosteroid (ICS) alone; or
- whose asthma severity requires treatment with both an ICS and long-acting beta2 agonist (LABA).

Wixela® Inhub® should not be the first asthma medication you use unless advised by your doctor. It is only used when a regular ICS medicine along with a fast acting 'reliever' medicine, such as salbutamol are not adequately helping you with your breathing problems. Wixela® Inhub® helps to prevent breathlessness and wheezing from happening due to asthma.

Control of asthma requires avoiding irritants that cause asthma attacks and taking the appropriate medications. For example, patients should avoid exposure to house dust mites, mold, pets, tobacco smoke and pollens.

### Chronic Obstructive Pulmonary Disease (COPD):
COPD is a type of lung disease in which there is often a permanent narrowing of the airways, leading to breathing difficulties. In many patients, this narrowing of the airways is a result of many years of cigarette smoking. If you suffer from

COPD, you must stop smoking to prevent further lung damage. Please contact your physician or other health care provider for help in smoking cessation.

Wixela® Inhub® is to be used for the long-term control of symptoms due to COPD and to prevent wheezing in adults with COPD.

This medicine is for you. Only a doctor can prescribe it for you. Never give it to someone else. It may harm them even if their symptoms are the same as yours.

### What it does:
Wixela® Inhub® contains two medicinal ingredients, fluticasone propionate and salmeterol xinafoate. Fluticasone propionate is an inhaled corticosteroid. Corticosteroids are used to treat breathing problems because they have an anti-inflammatory action. They reduce the swelling and irritation in the walls of the small air passages in the lungs and so ease breathing problems.

Salmeterol xinafoate is a LABA. It relaxes the muscles in the walls of the small air passages in the lungs. This helps to open the airways and makes it easier for air to get in and out of the lungs. The effects of salmeterol xinafoate last for at least 12 hours. When it is taken regularly with an inhaled corticosteroid, it helps the small air passages to remain open.

Corticosteroids also help to prevent attacks of asthma. When you take these two ingredients together regularly they will both help to control your breathing difficulties.

### When it should not be used:
**Wixela® Inhub® does not act quickly enough to provide relief from a sudden attack of breathlessness or wheezing due to asthma or COPD. A fast acting 'reliever' medicine, such as salbutamol should be used for any sudden attacks of breathlessness or wheezing (e.g., asthma attacks).**

### Remember:
Do not use Wixela® Inhub® if you:
- Are allergic or have had an allergic reaction to fluticasone propionate, salmeterol xinafoate.
- Are allergic to lactose (milk sugar) or milk protein.
- Have a medical history of cardiac tachyarrhythmias (problems of your heart beating fast and/or irregularly).
- Have an untreated fungal, bacterial or tuberculosis infection.

### What the medicinal ingredients are:
fluticasone propionate and salmeterol xinafoate.

### What the nonmedicinal ingredients are:
lactose monohydrate

### What dosage forms it comes in:
Wixela® Inhub® is an inhalation powder administered through a plastic inhaler device containing two foil sealed discs each with 30 pre-metered doses. Each pre-metered dose contains 100, 250 or 500 mcg of fluticasone propionate and 50 mcg of salmeterol (as the xinafoate salt) per inhalation.

## WARNINGS AND PRECAUTIONS

**Wixela® Inhub® is not for the treatment of acute asthma attacks or sudden increase of breathlessness and wheezing in**

FDA-FLORIDA-004290

**COPD.** If you get a sudden attack of wheezing and breathlessness between your doses of Wixela® Inhub®, you should use your fast acting 'reliever' medicine, such as salbutamol which your doctor has prescribed to you. Use the medication as directed by your doctor.

You may need to also take steroid tablets or syrup during a severe asthma attack, during other illnesses or during times of stress. Your doctor may give you some steroid tablets or syrup to carry with you as well as a steroid warning card, which will give you advice on when and how to use them.

**Before** and while you use Wixela® Inhub® talk to your doctor or pharmacist if the following situations apply to you so that they can determine whether you should start or continue taking this medication:

- Have eye problems such as glaucoma, cataracts, blurry vision or other changes in vision.
- Are suffering from any chest infection (cold, bronchitis).
- Have ever had to stop taking another medication for your breathing problems because you were allergic to it or it caused problems.
- Have been told you are allergic to lactose (milk sugar) or milk protein.
- Ever had a yeast infection (thrush) in your mouth.
- Are having treatment for a thyroid condition.
- Have diabetes.
- Have high blood pressure.
- Have heart problems.
- Have had tuberculosis (TB) infections.
- Are taking other "steroids" by mouth or by inhalation.
- Are pregnant, planning to become pregnant or breastfeeding.
- Are taking a medicine called ketoconazole, used to treat fungal infection.
- Are taking medicines used to treat HIV infection (e.g. ritonavir, atazanavir, indinavir, nelfinavir, saquinavir and cobicistat containing products).
- Have liver problems or cirrhosis.

You should avoid coming into contact with anyone who has measles or the chicken pox while taking an ICS. If you or your child are exposed, tell your doctor right away.

Drugs like Wixela® Inhub® can cause eye disorders:
- Cataracts: Clouding of the lens in the eye, blurry vision, eye pain;
- Glaucoma: An increased pressure in your eyes, eye pain. Untreated, it may lead to permanent vision loss;
- Central serous chorioretinopathy (CSCR): blurry vision or other changes in vision.

Contact your healthcare professional if you experience blurry vision or other vision problems. You should have regular eye exams.

**Other warnings you should know about:**

**Asthma specific warnings:**
After you start taking Wixela® Inhub®, your doctor may change the dosages of your other asthma medicines. Rarely, this may make a patient feel worse rather than better. This especially applies to oral corticosteroids (sometimes referred to as steroids), including prednisone. If your doctor decreases your oral steroid dose, and you become unwell, tell your doctor immediately.

You should have your asthma assessed at regular intervals as agreed upon with your doctor. Once control of your asthma is achieved and maintained, your doctor may further adjust your dose of Wixela® Inhub®. Do not stop or change the dose of your Wixela® Inhub® unless your doctor has advised you to do so.

When LABA medicines are used alone without an ICS, they increase the risk of hospitalization and death from asthma problems. Wixela® Inhub® contains both an ICS and LABA. Studies showed that when an ICS and LABA are used together, there is not a significant increased risk in hospitalizations and death from asthma problems.

Tell your doctor immediately if:
- There is a change in your symptoms such as more coughing, attacks of wheezing, chest tightness, or an unusual increase in the severity of the breathlessness.
- You wake up at night with chest tightness, wheezing or shortness of breath.
- You use increasing amounts of your fast acting 'reliever' medicine.

These could be warning signs that your condition may be worsening. Do not stop taking Wixela® Inhub® without talking to your doctor.

**COPD specific warnings:**
- <u>Tell your doctor immediately</u> if you notice symptoms of a 'flare up".
- Patients with COPD have a higher chance of getting pneumonia (a lung infection). Drugs like Wixela® Inhub® may also increase your chance of getting pneumonia. However, symptoms of pneumonia and COPD 'flare ups' frequently overlap. It is therefore important you tell your doctor immediately if you suspect an infection, as even mild chest infections should be treated immediately. Your doctor may also recommend that you receive a flu shot each year.

You should avoid close contact with people who have colds or the flu (influenza). You should ask your doctor about flu vaccination.

The following warning signs indicate that your COPD condition may be worsening. You should contact your doctor as soon as possible if you notice:
- An unusual increase or decrease in the amount of phlegm.
- An unusual increase in the consistency and stickiness of the phlegm.
- The presence of blood in phlegm.
- A change in the colour of the phlegm to either brown, yellow

- or green.
- An unusual increase in the severity of the breathlessness, cough or wheeze.
- Symptoms of a cold (e.g., sore throat).
- Unexplained tiredness or fever.
- Chest tightness.
- Unexplained swelling.
- The necessity to increase the number of pillows in order to sleep in comfort.

## INTERACTIONS WITH THIS MEDICATION

As with most medicines, interactions with other drugs are possible. Tell your doctor, nurse, or pharmacist about all the medicines you take, including drugs prescribed by other doctors, vitamins, minerals, natural supplements, or alternative medicines.

Drugs that may interact with Wixela® Inhub® include:
- medicines similar to Wixela® Inhub® used for your lung disease, as it may increase the risk of experiencing possible side effects. This includes other medicines containing a LABA or a corticosteroid.
- medicines used to treat HIV infection or AIDS (e.g. ritonavir, atazanavir, indinavir, nelfinavir, saquinavir and cobicistat containing products).
- ketoconazole (used to treat fungal infections).
- beta-blockers used in the treatment of high blood pressure or other heart problems (e.g. propranolol) or in the treatment of glaucoma.
- medicines used to treat depression (i.e., tricyclic antidepressants, monoamine oxidase inhibitors).
- medicines used to decrease the level of potassium in your blood (i.e., diuretics). These are also known as "water pills" and are used to treat high blood pressure.
- methylxanthines (such as theophylline) used to treat asthma and COPD.

## PROPER USE OF THIS MEDICATION

It is very important that you use your Wixela® Inhub® every day, twice a day, even if you have no symptoms. This will help you to keep free of symptoms throughout the day and night. **You should not use it more than twice a day.** If you take more than one inhaled medicine, make sure you understand the purpose for taking each medication and when you should use them.

Do not stop taking Wixela® Inhub® suddenly, even if you feel better. Your doctor can provide you with information about how to slowly stop the medication if necessary. Do not change your dose unless told to by your doctor. If you have to go into hospital for an operation, take your Wixela® Inhub® with you and tell the doctor what medicine(s) you are taking. If your doctor decides to stop the treatment, do not keep any left-over medicine unless your doctor tells you to.

### Usual Asthma Dose:

For patients 12 years of age and older, the usual dose is:
    One inhalation Wixela® Inhub® 100 mcg/50 mcg twice daily
or   One inhalation Wixela® Inhub® 250 mcg/50 mcg twice daily
or   One inhalation Wixela® Inhub® 500 mcg/50 mcg twice daily.

For children 4 to 11 years of age the usual dose is:
    One inhalation Wixela® Inhub® 100 mcg/50 mcg twice daily.

At present, there are insufficient clinical data to recommend the use of Wixela® Inhub® in children younger than 4 years of age.

### Usual COPD Dose:
The usual dose for adults (18 years and older) is:
    One inhalation Wixela® Inhub® 250 mcg/50 mcg twice daily
or   One inhalation Wixela® Inhub® 500 mcg/50 mcg twice daily

If you are troubled with mucus, try to clear your chest as completely as possible by coughing before you use Wixela® Inhub®. This will allow Wixela® Inhub® to pass more deeply into your lungs.

### Overdose:

> If you think you have taken too much Wixela® Inhub®, contact your healthcare professional, hospital emergency department or regional poison control centre immediately, even if there are no symptoms.

If you accidentally take a **larger dose than recommended**, you may notice that your heart is beating faster than usual and that you feel shaky. Other symptoms you may experience include headache, muscle weakness and aching joints.

Excessive use of medication can be extremely dangerous. If you have used a larger than allowed recommended dose of Wixela® Inhub® for a long period of time (months or years), you should talk to your doctor or pharmacist for advice. A gradual reduction of your dose may be needed. Do not stop taking the medication suddenly.

### Missed Dose:
It is **very important that you use Wixela® Inhub® regularly**. If you forget to inhale a dose do not worry, inhale another as soon as you remember **but** if it is near to the time for the next dose, wait until it is due. Do not take a double dose. Then go on as before.

### About your Wixela® Inhub®:
The Wixela® Inhub® inhaler is packaged in a moisture-protective foil pouch. **Do not open the foil pouch until you are ready to use the inhaler.** When you take your Wixela® Inhub® out of its foil pouch, it will be in the **closed position**. Safely throw away the pouch. Before you take your first dose write the "Use by" date on the label. The "Use by" date is 30 days from the date of opening the pouch.

Wixela® Inhub® has a dose counter which will always tell you how many doses are left in your inhaler. Your dose counter will be set at 60 when you first receive your inhaler. **A red indicator**

**will be present when there are 9 doses or less remaining to remind you to order your next inhaler.** The dose counter will read "0" and the lever will not reach the end of the purple arrows when there are no doses remaining.

Each dose is accurately measured and hygienically protected. The inhaler requires no maintenance, and no refilling.

<u>**How to use your Wixela® Inhub® properly:**</u>
It is important that you take each dose as instructed by your doctor, nurse, or pharmacist. Your doctor will decide which strength of Wixela® Inhub® you should use.

Follow the 6 steps below each time you take a dose.

**1. Open**



- Before you use your inhaler it will be in the closed position.
- Hold the inhaler in one hand and with your other hand on the grip, **lower** the mouthpiece cover from top to bottom.
- The inhaler is now open.



- Push the yellow lever down to the end of the purple arrows (you may hear a click). The lever must now stay in this position until the dose has been taken.
- **Do not** move the lever once pushed down.

**3. Exhale**



- Hold the inhaler away from your mouth and breathe out fully.
- **Do not** breathe into the inhaler.

**2. Push down**

**4. Inhale**



# 10 seconds

- Hold the inhaler in the **vertical** position as shown.
- **Do not** cover the air vents. **Do not** breathe in through your nose.
- Seal your lips around the mouthpiece and inhale one breath as **quickly** and **deeply** as you can.
- Remove the inhaler from your mouth and hold your breath for 10 seconds (or as long as you feel comfortable).
- Breathe out slowly for as long as you can.
- The inhaler delivers your dose of medicine as a very fine powder that you may or may not taste or feel. **Do not** take an extra dose from your inhaler even if you do not taste or feel the medicine.

**5. Close**



- Push the mouthpiece cover up to the closed position, this will automatically return the yellow lever to the start position.
- The dose counter will count down one dose as you close the mouthpiece cover. This will let you know how many doses are left.

- Always store your inhaler with the mouthpiece cover closed.

**6. Rinse**



- Rinse your mouth with water after breathing in the medicine. Spit the water out. **Do not** swallow. This may help to stop you from developing oral thrush.
- The inhaler is now ready for you to take your next scheduled dose in about 12 hours. When you are ready to take your next dose, **repeat** Steps **1** through **6**.

## IMPORTANT INFORMATION



Do not wet or wash the mouthpiece or any part of the inhaler.



Do not breathe into the inhaler.



Do not shake the inhaler.



Do not take the inhaler apart.



Do not use a Spacer.

**To get the most from your treatment, remember to take one inhalation of Wixela® Inhub® twice a day, everyday or as prescribed by your doctor.**

## SIDE EFFECTS AND WHAT TO DO ABOUT THEM

Medicines affect different people in different ways. Just because side effects have occurred in other patients does not mean you

**IMPORTANT: PLEASE READ**

will get them. If you experience any side effects that bother you, please contact your doctor. This includes the following side effects, which usually wear off with continued treatment:

**Effects on heart**
- faster heart beat than usual

**Effects on muscles and joints**
- pain in joints
- muscle cramps

**Effects on nervous system**
- feeling a little shaky
- headache
- behavioural changes (including agitation, anxiety, and irritability)
- disturbed sleep
- fainting
- spinning sensation (vertigo)
- dizziness

**Other Effects**
- hoarseness and voice changes
- increased bruising

It is very important that you use your medicine regularly to control your asthma and to ask your doctor whether you need to be monitored in any special way.

Special attention should be paid if you:
- were previously taking another form of corticosteroids (like an injection or an oral tablet) and have switched to an ICS, to look out for tiredness, weakness, nausea and vomiting, low blood pressure.
- are being treated for diabetes as you may need more frequent blood sugar monitoring or a dosage adjustment of your diabetes medication.
- develop a mild yeast infection of the mouth or throat (thrush, Candidiasis) or, rarely, in the esophagus. Common signs are white, slightly raised, sore patches on your tongue and inner cheeks. Remember to rinse and gargle your mouth with water and spit after using Wixela® Inhub®. Cleaning dentures may also help.
- are a child or adolescent with asthma, as your growth should be monitored regularly by a physician when being treated with corticosteroids. Studies have also shown that children whose asthma is not controlled do not grow as quickly as other children.

| Symptom / effect | | Talk with your doctor or pharmacist | | Stop taking drug and seek immediate emergency medical attention |
|---|---|---|---|---|
| | | Only if severe | In all cases | |
| Common | Thrush: yeast infection of the mouth or throat; thick white patches in the mouth, tongue or on the throat, sore throat | | ✔ | |
| | Pneumonia (in COPD patients), symptoms such as increased cough with increase in mucus (sputum) production, fever accompanied by shaking chills, shortness of breath, sharp or stabbing chest pain during deep breaths, and increased rapid breathing.* | | ✔ | |
| Uncommon | Allergic reactions: lumpy skin rash or hives anywhere on the body. | | | ✔ |
| | Fast or irregular heartbeat that does not go away on its own | | ✔ | |
| | Increase amount of sugar in blood (excessive thirst, frequent urination, dry skin, blurred vision and fatigue) | | ✔ | |
| | Blurry vision or eye pain (cataracts) | | ✔ | |

**SERIOUS SIDE EFFECTS, HOW OFTEN THEY HAPPEN AND WHAT TO DO ABOUT THEM**

FDA-FLORIDA-004295

IMPORTANT: PLEASE READ

| SERIOUS SIDE EFFECTS, HOW OFTEN THEY HAPPEN AND WHAT TO DO ABOUT THEM | | | |
|---|---|---|---|
| **Symptom / effect** | **Talk with your doctor or pharmacist** | | **Stop taking drug and seek immediate emergency medical attention** |
| | **Only if severe** | **In all cases** | |
| **Rare** — Eosinophilic granulomatosis with polyangiitis: a flu-like illness, rash, pins and needles or numbness of arms or legs, severe sinusitis and worsening lung or breathing problems | | ✓ | |
| Low blood potassium: muscle weakness and muscle spasms | | ✓ | |
| Rounded face, loss of bone density, blurry vision or eye pain (glaucoma), slowing of growth in children and adolescents | | ✓ | |
| Decreased adrenal function: symptoms may include tiredness, weakness, nausea and vomiting, low blood pressure | | ✓ | |
| Allergic reactions: sudden wheeziness and chest pain or tightness; or swelling of eyelids, face, lips, tongue or throat. | | | ✓ |

| SERIOUS SIDE EFFECTS, HOW OFTEN THEY HAPPEN AND WHAT TO DO ABOUT THEM | | | |
|---|---|---|---|
| **Symptom / effect** | **Talk with your doctor or pharmacist** | | **Stop taking drug and seek immediate emergency medical attention** |
| | **Only if severe** | **In all cases** | |
| | Sudden worsening of shortness of breath and wheezing shortly after using Wixela® Inhub®. | | | ✓ |
| | Mouth, throat becomes unusually irritated causing high pitched wheezing and choking | | ✓ | |
| | Esophageal candidiasis: Yeast infection of the esophagus (food tube); difficulty swallowing | | ✓ | |
| **Very rare** | Persistent pain and/or limited range of motion of a joint or a limb. | | ✓ | |
| **Unknown** | Decreased ability to fight infections. Symptoms of infection may include fever, pain, chills, feeling tired and sore throat | ✓ | | |
| | Worsening of lung symptoms such as increased shortness of breath, wheezing, cough and chest tightness accompanied by fever and more phlegm | | ✓ | |

*Symptoms of pneumonia and COPD exacerbations frequently

overlap.

*This is not a complete list of side effects. For any unexpected effects while taking Wixela® Inhub®, contact your doctor or pharmacist.*

## HOW TO STORE IT

**Keep out of reach and sight of children. Your medicine may harm them.**

Do not store Wixela® Inhub® above 25°C. Keep in a dry place, away from direct heat or sunlight. Store Wixela® Inhub® in the unopened foil pouch and only open when ready for use. Discard Wixela® Inhub® 30 days after you open the foil pouch or when the counter reads "0", whichever comes first.

**Remember**
Keep your Wixela® Inhub® dry and away from direct heat or sunlight. Keep it closed when not in use.

---

**Reporting Side Effects**

You can report any suspected side effects associated with the use of health products to Health Canada by:

- Visiting the Web page on Adverse Reaction Reporting (https://www.canada.ca/en/health-canada/services/drugs-health-products/medeffect-canada/adverse-reaction-reporting.html) for information on how to report online, by mail or by fax; or

- Calling toll-free at 1-866-234-2345.

*NOTE: Contact your health professional if you need information about how to manage your side effects. The Canada Vigilance Program does not provide medical advice.*

---

## MORE INFORMATION

This document can be found at: www.mylan.ca.

The full Product Monograph prepared for health professionals can be obtained by contacting the sponsor, Mylan Pharmaceuticals ULC at: 1-844-596-9526

This leaflet was prepared by Mylan Pharmaceuticals ULC Etobicoke, Ontario M8Z 2S6

Approved on: January 09, 2020.



Mylan Pharmaceuticals ULC
Etobicoke, ON M8Z 2S6
1-844-596-9526
www.mylan.ca

FDA-FLORIDA-004297

| | |
|---|---|
| Proprietary Name | Zepatier |
| Dose | 50-100 mg |
| NDC | 00006-3074-01 |
| DIN | 02451131 |
| Canadian Submission Control | 245140 |
| API | Elbasvir, Grazoprevir |
| Dosage form | Oral Tablet |
| Inactive Ingredients | colloidal silicon dioxide, copovidone, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, mannitol, microcrystalline cellulose, sodium chloride, sodium lauryl sulfate, vitamin E polyethylene glycol succinate. The tablets are film-coated with a coating material containing the following inactive ingredients: carnauba wax, ferrosoferric oxide, hypromellose, iron oxide red, iron oxide yellow, lactose monohydrate, titanium dioxide and triacetin. |
| US NDA holder | Merck & Co |
| NDA Number | NDA208261 |
| US Manufacturer Address | 2000 Galloping Hill Road, Kenilworth, NJ 07033 U.S.A. |
| Canadian Manufacturer | Merck Canada |
| Canadian Manufacturer Address | 16750 Route Transcanadienne, Kirkland, Quebec, Canada H9H 4M7 |
| API manufacturer* | Not available |
| API Manufacturer Address* | Not available |
| Final Original Packager* | Not available |
| Final Original Packager Address* | Not available |
| Relationship to Sponsor | The Sponsor has no relationship with the U.S. or foreign manufacturer. |

**Zepatier (elbasvir and grazoprevir) tablets**
**NDA/ANDA:** 208261
**NDC:** NDC 00006-3074-01

**Proposed Artwork**

| | | Label Comparisons: |
|---|---|---|
| ANDA 208261 Approved Bottle Label |  | <ul><li>Proposed PI is consistent and parallel to the FDA approved PI with the following differences:<ul><li>Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section</li><li>LSL listed as the Importer</li><li>LSL contact information added</li><li>Manufacturer's copyright references have been omitted.</li></ul></li></ul> |
| Proposed Bottle label for Imported Drug Product |  | |

**Zepatier (elbasvir and grazoprevir) tablets**
**NDA/ANDA:** 208261
**NDC:** NDC 00006-3074-01

- Proposed PI is consistent and parallel to the FDA approved PI with the following differences:
    - Required SIP Qualification Statement in the HOW SUPPLIED/STORAGE AND HANDLING section.
    - Associated NDCs have been replaced with placeholders.
    - LSL listed as the Importer.
    - LSL contact information added for adverse events reporting.
    - Date Changed 9/2021.
    - Changed Any "Distributed by" to "Originally Distributed By".
    - Removed footer (manufacturer name)

**FDA-FLORIDA-004300**

Proposed Label for Imported Drugs

FDA-FLORIDA-004301

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use ZEPATIER safely and effectively. See full prescribing information for ZEPATIER.

**ZEPATIER® (elbasvir and grazoprevir) tablets, for oral use**
**Initial U.S. Approval: 2016**

---

**WARNING: RISK OF HEPATITIS B VIRUS REACTIVATION IN PATIENTS COINFECTED WITH HCV AND HBV**
*See full prescribing information for complete boxed warning.*

**Hepatitis B virus (HBV) reactivation has been reported, in some cases resulting in fulminant hepatitis, hepatic failure, and death. (5.1)**

---

**------------------------RECENT MAJOR CHANGES ---------------------------**

| | |
|---|---|
| Dosage and Administration | |
| Hepatic Impairment (2.4) | 12/2019 |
| Contraindications (4) | 12/2019 |
| Warnings and Precautions | |
| Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease (5.3) | 12/2019 |

**---------------------------INDICATIONS AND USAGE-----------------------------**
ZEPATIER is a fixed-dose combination product containing elbasvir, a hepatitis C virus (HCV) NS5A inhibitor, and grazoprevir, an HCV NS3/4A protease inhibitor, and is indicated for treatment of chronic HCV genotype 1 or 4 infection in adults. ZEPATIER is indicated for use with r bavirin in certain patient populations. (1)

**---------------------- DOSAGE AND ADMINISTRATION ----------------------**
- Testing Prior to Initiation of Therapy:
  - Test all patients for HBV infection by measuring HBsAg and anti-HBc. (2.1)
  - Genotype 1a: Testing for the presence of virus with NS5A resistance-associated polymorphisms is recommended. (2.1)
  - Obtain hepatic laboratory testing. (2.1)
- Recommended dosage: One tablet taken orally once daily with or without food. (2.2)

**Dosage Regimens and Durations for ZEPATIER in Patients with Genotype 1 or 4 HCV with or without Cirrhosis**

| Patient Population | Treatment | Duration |
|---|---|---|
| Genotype 1a: Treatment-naïve or PegIFN/RBV-experienced* without baseline NS5A polymorphisms† | ZEPATIER | 12 weeks |
| Genotype 1a: Treatment-naïve or PegIFN/RBV-experienced* with baseline NS5A polymorphisms† | ZEPATIER + r bavirin | 16 weeks |
| Genotype 1b: Treatment-naïve or PegIFN/RBV-experienced* | ZEPATIER | 12 weeks |
| Genotype 1a or 1b: PegIFN/RBV/PI-experienced‡ | ZEPATIER + r bavirin | 12 weeks |
| Genotype 4: Treatment-naïve | ZEPATIER | 12 weeks |
| Genotype 4: PegIFN/RBV-experienced* | ZEPATIER + r bavirin | 16 weeks |

*Peginterferon alfa + ribavirin.
†Polymorphisms at amino acid positions 28, 30, 31, or 93.
‡Peginterferon alfa + ribavirin + HCV NS3/4A protease inhibitor.

- HCV/HIV-1 co-infection: Follow the dosage recommendations in the table above. (2.2)
- Renal Impairment, including hemodialysis: No dosage adjustment of ZEPATIER is recommended. Refer to ribavirin prescr bing information for ribavirin dosing and dosage modifications. (2.3)

**---------------------- DOSAGE FORMS AND STRENGTHS ---------------------**
- Tablets: 50 mg elbasvir and 100 mg grazoprevir (3)

**------------------------------CONTRAINDICATIONS------------------------------**
- Patients with moderate or severe hepatic impairment (Child-Pugh B or C). (4)
- OATP1B1/3 inh bitors that are known or expected to significantly increase grazoprevir plasma concentrations, strong CYP3A inducers, and efavirenz. (4)
- If ZEPATIER is administered with ribavirin, the contraindications to r bavirin also apply. (4)

**---------------------- WARNINGS AND PRECAUTIONS ----------------------**
- Risk of Hepatitis B Virus Reactivation: Test all patients for evidence of current or prior HBV infection before initiation of HCV treatment. Monitor HCV/HBV coinfected patients for HBV reactivation and hepatitis flare during HCV treatment and post-treatment follow-up. Initiate appropriate patient management for HBV infection as clinically indicated. (5.1)
- ALT Elevations: Perform hepatic laboratory testing prior to therapy, at treatment week 8, and as clinically indicated. For patients receiving 16 weeks of therapy, perform additional hepatic laboratory testing at treatment week 12. For ALT elevations on ZEPATIER, follow recommendations in full prescribing information. (5.2)
- Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease: Hepatic decompensation/failure, including fatal outcomes, have been reported mostly in patients with cirrhosis and baseline moderate or severe liver impairment (Child-Pugh B or C) treated with HCV NS3/4A protease inhibitor-containing regimens. Monitor for clinical and laboratory evidence of hepatic decompensation. Discontinue ZEPATIER in patients who develop evidence of hepatic decompensation/failure. (5.3)
- Risk Associated with R bavirin Combination Treatment: If ZEPATIER is administered with r bavirin, the warnings and precautions for r bavirin also apply. (5.4)

**------------------------------ ADVERSE REACTIONS ------------------------------**
In subjects receiving ZEPATIER for 12 weeks, the most commonly reported adverse reactions of all intensity (greater than or equal to 5% in placebo-controlled trials) were fatigue, headache, and nausea. In subjects receiving ZEPATIER with ribavirin for 16 weeks, the most commonly reported adverse reactions of moderate or severe intensity (greater than or equal to 5%) were anemia and headache. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact LifeScience Logistics at 1-469-844-3700 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**------------------------------ DRUG INTERACTIONS ------------------------------**
- Co-administration of ZEPATIER with moderate CYP3A inducers is not recommended as they may decrease the plasma concentration of ZEPATIER. (7)
- Co-administration of ZEPATIER with certain strong CYP3A inhibitors is not recommended as they may increase the plasma concentration of ZEPATIER. (7)
- Clearance of HCV infection with direct-acting antivirals may lead to changes in hepatic function, which may impact safe and effective use of concomitant medications. Frequent monitoring of relevant laboratory parameters (INR or blood glucose) and dose adjustments of certain concomitant medications may be necessary. (7.2)
- Consult the full prescr bing information prior to and during treatment for potential drug interactions. (4, 5.5, 7, 12.3)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 09/2021**

FDA-FLORIDA-004302

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: RISK OF HEPATITIS B VIRUS REACTIVATION IN PATIENTS COINFECTED WITH HCV AND HBV**

**1**  **INDICATIONS AND USAGE**
**2**  **DOSAGE AND ADMINISTRATION**
   2.1  Testing Prior to the Initiation of Therapy
   2.2  Recommended Dosage in Adults
   2.3  Renal Impairment
   2.4  Hepatic Impairment
**3**  **DOSAGE FORMS AND STRENGTHS**
**4**  **CONTRAINDICATIONS**
**5**  **WARNINGS AND PRECAUTIONS**
   5.1  Risk of Hepatitis B Virus Reactivation in Patients Coinfected with HCV and HBV
   5.2  Increased Risk of ALT Elevations
   5.3  Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease
   5.4  Risks Associated with R bavirin Combination Treatment
   5.5  Risk of Adverse Reactions or Reduced Therapeutic Effect Due to Drug Interactions
**6**  **ADVERSE REACTIONS**
   6.1  Clinical Trials Experience
   6.2  Postmarketing Experience
**7**  **DRUG INTERACTIONS**
   7.1  Potential for Drug Interactions
   7.2  Established and other Potentially Significant Drug Interactions
   7.3  Drugs without Clinically Significant Interactions with ZEPATIER
**8**  **USE IN SPECIFIC POPULATIONS**
   8.1  Pregnancy
   8.2  Lactation
   8.3  Females and Males of Reproductive Potential
   8.4  Pediatric Use
   8.5  Geriatric Use
   8.6  Gender
   8.7  Race
   8.8  Renal Impairment
   8.9  Hepatic Impairment
**10**  **OVERDOSAGE**
**11**  **DESCRIPTION**
**12**  **CLINICAL PHARMACOLOGY**
   12.1  Mechanism of Action
   12.2  Pharmacodynamics
   12.3  Pharmacokinetics
   12.4  Microbiology
**13**  **NONCLINICAL TOXICOLOGY**
   13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
**14**  **CLINICAL STUDIES**
   14.1  Overview of Clinical Trials
   14.2  Clinical Trials in Treatment-Naïve Subjects with Genotype 1 HCV (C-EDGE TN and C-EDGE COINFECTION)
   14.3  Clinical Trials in Treatment-Experienced Subjects with Genotype 1 HCV
   14.4  Clinical Trial in Subjects with Genotype 1 HCV and Severe Renal Impairment including Subjects on Hemodialysis (C-SURFER)
   14.5  Clinical Trials with Genotype 4 HCV
**16**  **HOW SUPPLIED/STORAGE AND HANDLING**
**17**  **PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

FDA-FLORIDA-004303

**FULL PRESCRIBING INFORMATION**

---

**WARNING: RISK OF HEPATITIS B VIRUS REACTIVATION IN PATIENTS COINFECTED WITH HCV AND HBV**

**Test all patients for evidence of current or prior hepatitis B virus (HBV) infection before initiating treatment with ZEPATIER. HBV reactivation has been reported in HCV/HBV coinfected patients who were undergoing or had completed treatment with HCV direct acting antivirals and were not receiving HBV antiviral therapy. Some cases have resulted in fulminant hepatitis, hepatic failure, and death. Monitor HCV/HBV coinfected patients for hepatitis flare or HBV reactivation during HCV treatment and post-treatment follow-up. Initiate appropriate patient management for HBV infection as clinically indicated *[see Warnings and Precautions (5.1)]*.**

---

## 1   INDICATIONS AND USAGE

ZEPATIER® is indicated for the treatment of chronic hepatitis C virus (HCV) genotype 1 or 4 infection in adults.

ZEPATIER is indicated for use with ribavirin in certain patient populations *[see Dosage and Administration (2.2)]*.

## 2   DOSAGE AND ADMINISTRATION

### 2.1   Testing Prior to the Initiation of Therapy

<u>Testing for HBV Infection</u>
Test all patients for evidence of current or prior HBV infection by measuring hepatitis B surface antigen (HBsAg) and hepatitis B core antibody (anti-HBc) before initiating HCV treatment with ZEPATIER *[see Warnings and Precautions (5.1)]*.

<u>NS5A Resistance Testing in HCV Genotype 1a-Infected Patients</u>
Testing patients with HCV genotype 1a infection for the presence of virus with NS5A resistance-associated polymorphisms is recommended prior to initiation of treatment with ZEPATIER to determine dosage regimen and duration *[see Dosage and Administration (2.2)]*, Table 1. In subjects receiving ZEPATIER for 12 weeks, sustained virologic response (SVR12) rates were lower in genotype 1a-infected patients with one or more baseline NS5A resistance-associated polymorphisms at amino acid positions 28, 30, 31, or 93 *[see Microbiology (12.4)]*, Table 11.

<u>Hepatic Laboratory Testing</u>
Obtain hepatic laboratory testing prior to and during treatment with ZEPATIER *[see Warnings and Precautions (5.2, 5.3)]*.

### 2.2   Recommended Dosage in Adults

ZEPATIER is a two-drug, fixed-dose combination product containing 50 mg of elbasvir and 100 mg of grazoprevir in a single tablet. The recommended dosage of ZEPATIER is one tablet taken orally once daily with or without food *[see Clinical Pharmacology (12.3)]*. ZEPATIER is used in combination with ribavirin in certain patient populations (see Table 1). When administered with ZEPATIER, the recommended dosage of ribavirin in patients without renal impairment is weight-based administered in two divided doses with food. For further information on ribavirin dosing and dosage modifications, refer to the ribavirin prescribing information.

<u>Treatment Regimen and Duration of Therapy</u>
Relapse rates are affected by baseline host and viral factors and differ between treatment regimens and durations for certain subgroups *[see Clinical Studies (14)]*.

Table 1 below provides the recommended ZEPATIER treatment regimen and duration based on the patient population and genotype in HCV mono-infected and HCV/HIV-1 co-infected patients with or without cirrhosis and with or without renal impairment including patients receiving hemodialysis.

FDA-FLORIDA-004304

**Table 1: Recommended Dosage Regimens and Durations for ZEPATIER for Treatment of HCV Genotype 1 or 4 in Patients with or without Cirrhosis**

| Patient Population | Treatment | Duration |
|---|---|---|
| Genotype 1a: Treatment-naïve or PegIFN/RBV-experienced* without baseline NS5A polymorphisms† | ZEPATIER | 12 weeks |
| Genotype 1a: Treatment-naïve or PegIFN/RBV-experienced* with baseline NS5A polymorphisms† | ZEPATIER + RBV‡ | 16 weeks |
| Genotype 1b: Treatment-naïve or PegIFN/RBV-experienced* | ZEPATIER | 12 weeks |
| Genotype 1a§ or 1b: PegIFN/RBV/PI-experienced¶ | ZEPATIER + RBV‡ | 12 weeks |
| Genotype 4: Treatment-Naïve | ZEPATIER | 12 weeks |
| Genotype 4: PegIFN/RBV-experienced* | ZEPATIER + RBV‡ | 16 weeks |

*Patients who have failed treatment with peginterferon alfa (PegIFN) + ribavirin (RBV).
†NS5A resistance-associated polymorphisms at amino acid positions 28, 30, 31, or 93. See section 2.1 Testing prior to the initiation of therapy, subsection NS5A resistance testing in HCV genotype 1a-infected patients.
‡For patients with CrCl greater than 50 mL per minute, the recommended dosage of ribavirin is weight-based (less than 66 kg = 800 mg per day, 66 to 80 kg = 1000 mg per day, 81 to 105 kg = 1200 mg per day, greater than 105 kg = 1400 mg per day) administered in two divided doses with food. For patients with CrCl less than or equal to 50 mL per minute, including patients receiving hemodialysis, refer to the ribavirin tablet prescribing information for the correct ribavirin dosage.
§The optimal ZEPATIER-based treatment regimen and duration of therapy for PegIFN/RBV/PI-experienced genotype 1a-infected patients with one or more baseline NS5A resistance-associated polymorphisms at positions 28, 30, 31, and 93 has not been established.
¶Patients who have failed treatment with PegIFN + RBV + HCV NS3/4A protease inhibitor (PI): boceprevir, simeprevir, or telaprevir.

## 2.3   Renal Impairment

No dosage adjustment of ZEPATIER is recommended in patients with any degree of renal impairment including patients on hemodialysis. Administer ZEPATIER with or without ribavirin according to the recommendations in Table 1 *[see Use in Specific Populations (8.8) and Clinical Studies (14.4)]*. Refer to the ribavirin tablet prescribing information for the correct ribavirin dosage for patients with CrCl less than or equal to 50 mL per minute.

## 2.4   Hepatic Impairment

No dosage adjustment of ZEPATIER is recommended in patients with mild hepatic impairment (Child-Pugh A). ZEPATIER is contraindicated in patients with moderate or severe hepatic impairment (Child-Pugh B or C) or those with any history of prior hepatic decompensation *[see Contraindications (4), Warnings and Precautions (5.3), Use in Specific Populations (8.9), and Clinical Pharmacology (12.3)]*.

## 3   DOSAGE FORMS AND STRENGTHS

ZEPATIER is available as a beige-colored, oval-shaped, film-coated tablet debossed with "770" on one side and plain on the other. Each tablet contains 50 mg elbasvir and 100 mg grazoprevir.

## 4   CONTRAINDICATIONS

- ZEPATIER is contraindicated in patients with moderate or severe hepatic impairment (Child-Pugh B or C) due to the expected significantly increased grazoprevir plasma concentration and the increased risk of alanine aminotransferase (ALT) elevations *[see Warnings and Precautions (5.2), Use in Specific Populations (8.9), and Clinical Pharmacology (12.3)]*.

Reference ID: 4531774

FDA-FLORIDA-004305

- ZEPATIER is contraindicated in patients with moderate or severe hepatic impairment (Child-Pugh B or C) or those with any history of hepatic decompensation due to the risk of hepatic decompensation *[see Warnings and Precautions (5.3), Use in Specific Populations (8.9)]*
- ZEPATIER is contraindicated with inhibitors of organic anion transporting polypeptides 1B1/3 (OATP1B1/3) that are known or expected to significantly increase grazoprevir plasma concentrations, strong inducers of cytochrome P450 3A (CYP3A), and efavirenz *[see Warnings and Precautions (5.5), Drug Interactions (7), and Clinical Pharmacology (12.3)]*.
- If ZEPATIER is administered with ribavirin, the contraindications to ribavirin also apply to this combination regimen. Refer to the ribavirin prescribing information for a list of contraindications for ribavirin.

Table 2 lists drugs that are contraindicated with ZEPATIER.

**Table 2: Drugs that are Contraindicated with ZEPATIER**

| Drug Class | Drug(s) within Class that are Contraindicated | Clinical Comment* |
|---|---|---|
| Anticonvulsants | Phenytoin Carbamazepine | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by strong CYP3A induction. |
| Antimycobacterials | Rifampin | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by strong CYP3A induction. |
| Herbal Products | St. John's Wort (Hypericum perforatum) | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by strong CYP3A induction. |
| HIV Medications | Efavirenz[†] | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by CYP3A induction. |
| HIV Medications | Atazanavir Darunavir Lopinavir Saquinavir Tipranavir | May increase the risk of ALT elevations due to a significant increase in grazoprevir plasma concentrations caused by OATP1B1/3 inhibition. |
| Immunosuppressants | Cyclosporine | May increase the risk of ALT elevations due to a significant increase in grazoprevir plasma concentrations caused by OATP1B1/3 inhibition. |

*This table is not a comprehensive list of all drugs that strongly induce CYP3A. This table may not include all OATP1B1/3 inhibitors that significantly increase grazoprevir plasma concentrations.
[†]Efavirenz is included as a strong CYP3A inducer in this table, since co-administration reduced grazoprevir exposure by ≥80% *[see Table 8]*.

5

**FDA-FLORIDA-004306**

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Risk of Hepatitis B Virus Reactivation in Patients Coinfected with HCV and HBV

Hepatitis B virus (HBV) reactivation has been reported in HCV/HBV coinfected patients who were undergoing or had completed treatment with HCV direct acting antivirals, and who were not receiving HBV antiviral therapy. Some cases have resulted in fulminant hepatitis, hepatic failure and death. Cases have been reported in patients who are HBsAg positive and also in patients with serologic evidence of resolved HBV infection (i.e., HBsAg negative and anti-HBc positive). HBV reactivation has also been reported in patients receiving certain immunosuppressant or chemotherapeutic agents; the risk of HBV reactivation associated with treatment with HCV direct-acting antivirals may be increased in these patients.

HBV reactivation is characterized as an abrupt increase in HBV replication manifesting as a rapid increase in serum HBV DNA level. In patients with resolved HBV infection reappearance of HBsAg can occur. Reactivation of HBV replication may be accompanied by hepatitis, i.e., increases in aminotransferase levels and, in severe cases, increases in bilirubin levels, liver failure, and death can occur.

Test all patients for evidence of current or prior HBV infection by measuring HBsAg and anti-HBc before initiating HCV treatment with ZEPATIER. In patients with serologic evidence of HBV infection, monitor for clinical and laboratory signs of hepatitis flare or HBV reactivation during HCV treatment with ZEPATIER and during post-treatment follow-up. Initiate appropriate patient management for HBV infection as clinically indicated.

### 5.2    Increased Risk of ALT Elevations

During clinical trials with ZEPATIER with or without ribavirin, 1% of subjects experienced elevations of ALT from normal levels to greater than 5 times the upper limit of normal (ULN), generally at or after treatment week 8. ALT elevations were typically asymptomatic and most resolved with ongoing or completion of therapy. Higher rates of late ALT elevations occurred in the following subpopulations: female sex (2% [10/608]), Asian race (2% [4/164]), and age 65 years or older (2% [3/177]) *[see Adverse Reactions (6.1)]*.

Hepatic laboratory testing should be performed prior to therapy, at treatment week 8, and as clinically indicated. For patients receiving 16 weeks of therapy, additional hepatic laboratory testing should be performed at treatment week 12.
- Patients should be instructed to consult their healthcare professional without delay if they have onset of fatigue, weakness, lack of appetite, nausea and vomiting, jaundice, or discolored feces.
- Consider discontinuing ZEPATIER if ALT levels remain persistently greater than 10 times the ULN.
- Discontinue ZEPATIER if ALT elevation is accompanied by signs or symptoms of liver inflammation or increasing conjugated bilirubin, alkaline phosphatase, or International Normalized Ratio (INR).

### 5.3    Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease

Postmarketing cases of hepatic decompensation/failure, including those with fatal outcomes, have been reported in patients treated with HCV NS3/4A protease inhibitor-containing regimens, including ZEPATIER.

Reported cases occurred in patients treated with HCV NS3/4A protease inhibitor-containing regimens with baseline cirrhosis with and without moderate or severe liver impairment (Child-Pugh B or C) as well as some patients without cirrhosis. Because these events are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Hepatic laboratory testing should be performed in all patients *[see Warnings and Precautions (5.2)]*. In patients with compensated cirrhosis (Child-Pugh A) or evidence of advanced liver disease, such as portal hypertension, more frequent hepatic laboratory testing may be warranted; and patients should be monitored

6

for signs and symptoms of hepatic decompensation such as the presence of jaundice, ascites, hepatic encephalopathy, and variceal hemorrhage. Discontinue ZEPATIER in patients who develop evidence of hepatic decompensation/failure.

ZEPATIER is contraindicated in patients with moderate to severe hepatic impairment (Child-Pugh B or C) or those with any history of prior hepatic decompensation *[see Contraindications (4), Adverse Reactions (6.1), Use in Specific Populations (8.9), and Clinical Pharmacology (12.3)]*.

### 5.4   Risks Associated with Ribavirin Combination Treatment

If ZEPATIER is administered with ribavirin, the warnings and precautions for ribavirin, including the pregnancy avoidance warning, also apply to this combination regimen. Refer to the ribavirin prescribing information for a full list of warnings and precautions for ribavirin *[see Dosage and Administration (2.2)]*.

### 5.5   Risk of Adverse Reactions or Reduced Therapeutic Effect Due to Drug Interactions

The concomitant use of ZEPATIER and certain drugs may result in known or potentially significant drug interactions, some of which may lead to:
- Possible clinically significant adverse reactions from greater exposure of concomitant drugs or components of ZEPATIER.
- Significant decrease of elbasvir and grazoprevir plasma concentrations which may lead to reduced therapeutic effect of ZEPATIER and possible development of resistance.

See Tables 2 and 6 for steps to prevent or manage these known or potentially significant drug interactions, including dosing recommendations *[see Contraindications (4) and Drug Interactions (7.2)]*.

## 6   ADVERSE REACTIONS

The following adverse reaction is described below and elsewhere in the labeling:
- Increased Risk of ALT Elevations *[see Warnings and Precautions (5.2)]*.

### 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

If ZEPATIER is administered with ribavirin, refer to the prescribing information for ribavirin for a description of ribavirin-associated adverse reactions.

The safety of ZEPATIER was assessed based on 2 placebo-controlled trials and 7 uncontrolled Phase 2 and 3 clinical trials in approximately 1700 subjects with chronic hepatitis C virus infection with compensated liver disease (with or without cirrhosis) *[see Clinical Studies (14)]*.

Adverse Reactions with ZEPATIER in Treatment-Naïve Subjects

C-EDGE TN was a Phase 3 randomized, double-blind, placebo-controlled trial in 421 treatment-naïve (TN) subjects with HCV infection who received ZEPATIER or placebo one tablet once daily for 12 weeks. Adverse reactions (all intensity) occurring in C-EDGE TN in at least 5% of subjects treated with ZEPATIER for 12 weeks are presented in Table 3. In subjects treated with ZEPATIER who reported an adverse reaction, 73% had adverse reactions of mild severity. The type and severity of adverse reactions in subjects with compensated cirrhosis were comparable to those seen in subjects without cirrhosis. No subjects treated with ZEPATIER or placebo had serious adverse reactions. The proportion of subjects treated with ZEPATIER or placebo who permanently discontinued treatment due to adverse reactions was 1% in each group.

**Table 3: Adverse Reactions (All Intensity) Reported in ≥5% of Treatment-Naïve Subjects with HCV Treated with ZEPATIER for 12 Weeks in C-EDGE TN**

| | C-EDGE TN | |
|---|---|---|
| | ZEPATIER | Placebo |

FDA-FLORIDA-004308

| | N=316<br>%<br>12 weeks | N=105<br>%<br>12 weeks |
|---|---|---|
| Fatigue | 11% | 10% |
| Headache | 10% | 9% |

C-EDGE COINFECTION was a Phase 3 open-label trial in 218 treatment-naïve HCV/HIV co-infected subjects who received ZEPATIER one tablet once daily for 12 weeks. Adverse reactions (all intensity) reported in C-EDGE COINFECTION in at least 5% of subjects treated with ZEPATIER for 12 weeks were fatigue (7%), headache (7%), nausea (5%), insomnia (5%), and diarrhea (5%). No subjects reported serious adverse reactions or discontinued treatment due to adverse reactions. No subjects switched their antiretroviral therapy regimen due to loss of plasma HIV-1 RNA suppression. Median increase in CD4+ T-cell counts of 31 cells per $mm^3$ was observed at the end of 12 weeks of treatment.

Adverse Reactions with ZEPATIER with or without Ribavirin in Treatment-Experienced Subjects

C-EDGE TE was a Phase 3 randomized, open-label trial in treatment-experienced (TE) subjects. Adverse reactions of moderate or severe intensity reported in C-EDGE TE in at least 2% of subjects treated with ZEPATIER one tablet once daily for 12 weeks or ZEPATIER one tablet once daily for 16 weeks are presented in Table 4. No subjects treated with ZEPATIER without ribavirin for 12 weeks reported serious adverse reactions or discontinued treatment due to adverse reactions. The proportion of subjects treated with ZEPATIER with ribavirin for 16 weeks with serious adverse reactions was 1%. The proportion of subjects treated with ZEPATIER with ribavirin for 16 weeks who permanently discontinued treatment due to adverse reactions was 3%. The type and severity of adverse reactions in subjects with cirrhosis were comparable to those seen in subjects without cirrhosis.

**Table 4: Adverse Reactions (Moderate or Severe Intensity) Reported in ≥2% of PegIFN/RBV-Experienced Subjects with HCV Treated with ZEPATIER for 12 Weeks or ZEPATIER + Ribavirin for 16 Weeks in C-EDGE TE**

| | C-EDGE TE | |
|---|---|---|
| | ZEPATIER<br>N=105<br>%<br>12 weeks | ZEPATIER + Ribavirin<br>N=106<br>%<br>16 weeks |
| Anemia | 0% | 8% |
| Headache | 0% | 6% |
| Fatigue | 5% | 4% |
| Dyspnea | 0% | 4% |
| Rash or Pruritus | 0% | 4% |
| Irritability | 1% | 3% |
| Abdominal pain | 2% | 2% |
| Depression | 1% | 2% |
| Arthralgia | 0% | 2% |
| Diarrhea | 2% | 0% |

The type and severity of adverse reactions with ZEPATIER with or without ribavirin in 10 treatment-experienced subjects with HCV/HIV co-infection were comparable to those reported in subjects without HIV co-infection. Median increase in CD4+ T-cell counts of 32 cells/$mm^3$ was observed at the end of 12 weeks of treatment with ZEPATIER alone. In subjects treated with ZEPATIER with ribavirin for 16 weeks, CD4+ T-cell counts decreased a median of 135 cells per $mm^3$ at the end of treatment. No subjects switched their antiretroviral therapy regimen due to loss of plasma HIV-1 RNA suppression. No subject experienced an AIDS-related opportunistic infection.

C-SALVAGE was a Phase 2 open-label trial in 79 PegIFN/RBV/PI-experienced subjects. Adverse reactions of moderate or severe intensity reported in C-SALVAGE in at least 2% of subjects treated with

ZEPATIER once daily with ribavirin for 12 weeks were fatigue (3%) and insomnia (3%). No subjects reported serious adverse reactions or discontinued treatment due to adverse reactions.

<u>Adverse Reactions with ZEPATIER in Subjects with Severe Renal Impairment including Subjects on Hemodialysis</u>

The safety of elbasvir and grazoprevir in comparison to placebo in subjects with severe renal impairment (Stage 4 or Stage 5 chronic kidney disease, including subjects on hemodialysis) and chronic hepatitis C virus infection with compensated liver disease (with or without cirrhosis) was assessed in 235 subjects (C-SURFER) *[see Clinical Studies (14.4)]*. The adverse reactions (all intensity) occurring in at least 5% of subjects treated with ZEPATIER for 12 weeks are presented in Table 5. In subjects treated with ZEPATIER who reported an adverse reaction, 76% had adverse reactions of mild severity. The proportion of subjects treated with ZEPATIER or placebo with serious adverse reactions was less than 1% in each treatment arm, and less than 1% and 3% of subjects, respectively, permanently discontinued treatment due to adverse reactions in each treatment arm.

**Table 5: Adverse Reactions (All Intensity) Reported in ≥5% of Treatment-Naïve or PegIFN/RBV-Experienced Subjects with Stage 4 or 5 Chronic Kidney Disease and HCV Treated with ZEPATIER for 12 Weeks in C-SURFER**

|  | ZEPATIER<br>N=122<br>%<br>12 weeks | Placebo<br>N=113<br>%<br>12 weeks |
|---|---|---|
| Nausea | 11% | 8% |
| Headache | 11% | 5% |
| Fatigue | 5% | 8% |

<u>Laboratory Abnormalities in Subjects Receiving ZEPATIER with or without Ribavirin</u>

*Serum ALT Elevations*

During clinical trials with ZEPATIER with or without ribavirin, regardless of treatment duration, 1% (12/1599) of subjects experienced elevations of ALT from normal levels to greater than 5 times the ULN, generally at or after treatment week 8 (mean onset time 10 weeks, range 6-12 weeks). These late ALT elevations were typically asymptomatic. Most late ALT elevations resolved with ongoing therapy with ZEPATIER or after completion of therapy *[see Warnings and Precautions (5.2)]*. The frequency of late ALT elevations was higher in subjects with higher grazoprevir plasma concentrations *[see Drug Interactions (7.1) and Clinical Pharmacology (12.3)]*. The incidence of late ALT elevations was not affected by treatment duration. Cirrhosis was not a risk factor for late ALT elevations.

*Serum Bilirubin Elevations*

During clinical trials with ZEPATIER with or without ribavirin, regardless of treatment duration, elevations in bilirubin at greater than 2.5 times ULN were observed in 6% of subjects receiving ZEPATIER with ribavirin compared to less than 1% in those receiving ZEPATIER alone. These bilirubin increases were predominately indirect and generally observed in association with ribavirin co-administration. Bilirubin elevations were typically not associated with serum ALT elevations.

*Decreased Hemoglobin*

During clinical trials with ZEPATIER with or without ribavirin, the mean change from baseline in hemoglobin levels in subjects treated with ZEPATIER for 12 weeks was –0.3 g per dL and with ZEPATIER with ribavirin for 16 weeks was approximately –2.2 g per dL. Hemoglobin declined during the first 8 weeks of treatment, remained low during the remainder of treatment, and normalized to baseline levels during follow-up. Less than 1% of subjects treated with ZEPATIER with ribavirin had hemoglobin levels decrease to less than 8.5 g per dL during treatment. No subjects treated with ZEPATIER alone had a hemoglobin level less than 8.5 g per dL.

Reference ID: 4531774

**6.2   Postmarketing Experience**

The following adverse reactions have been identified during post approval use of ZEPATIER. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Skin and Subcutaneous Tissue Disorders
Angioedema

Hepatobiliary Disorders
Hepatic decompensation, hepatic failure *[see Warnings and Precautions (5.3)]*


**7   DRUG INTERACTIONS**

**7.1   Potential for Drug Interactions**

Grazoprevir is a substrate of OATP1B1/3 transporters. Co-administration of ZEPATIER with OATP1B1/3 inhibitors that are known or expected to significantly increase grazoprevir plasma concentrations is contraindicated *[see Contraindications (4), Clinical Pharmacology (12.3)], and Table 2*.

Elbasvir and grazoprevir are substrates of CYP3A and P-gp, but the role of intestinal P-gp in the absorption of elbasvir and grazoprevir appears to be minimal. Co-administration of moderate or strong inducers of CYP3A with ZEPATIER may decrease elbasvir and grazoprevir plasma concentrations, leading to reduced therapeutic effect of ZEPATIER. Co-administration of ZEPATIER with strong CYP3A inducers or efavirenz is contraindicated *[see Contraindications (4), Clinical Pharmacology (12.3)], and Table 2*. Co-administration of ZEPATIER with moderate CYP3A inducers is not recommended *[see Warnings and Precautions (5.5), Clinical Pharmacology (12.3)], and Table 6*. Co-administration of ZEPATIER with strong CYP3A inhibitors may increase elbasvir and grazoprevir concentrations. Co-administration of ZEPATIER with certain strong CYP3A inhibitors is not recommended *[see Warnings and Precautions (5.5), Clinical Pharmacology (12.3)], and Table 6*.


**7.2   Established and other Potentially Significant Drug Interactions**

If dose adjustments of concomitant medications are made due to treatment with ZEPATIER, doses should be readjusted after administration of ZEPATIER is completed.

Clearance of HCV infection with direct-acting antivirals may lead to changes in hepatic function, which may impact the safe and effective use of concomitant medications. For example, altered blood glucose control resulting in serious symptomatic hypoglycemia has been reported in diabetic patients in postmarketing case reports and published epidemiological studies. Management of hypoglycemia in these cases required either discontinuation or dose modification of concomitant medications used for diabetes treatment.

Frequent monitoring of relevant laboratory parameters (e.g., International Normalized Ratio [INR] in patients taking warfarin, blood glucose levels in diabetic patients) or drug concentrations of concomitant medications such as CYP450 substrates with a narrow therapeutic index (e.g., certain immunosuppressants) is recommended to ensure safe and effective use. Dose adjustments of concomitant medications may be necessary.

Table 6 provides a listing of established or potentially clinically significant drug interactions. The drug interactions described are based on studies conducted with either ZEPATIER, the components of ZEPATIER (elbasvir [EBR] and grazoprevir [GZR]) as individual agents, or are predicted drug interactions that may occur with ZEPATIER *[see Contraindications (4), Warnings and Precautions (5.5), and Clinical Pharmacology (12.3)]*.


**Table 6: Potentially Significant Drug Interactions: Alteration in Dose May Be Recommended Based on Results from Drug Interaction Studies or Predicted Interactions\***

| Concomitant Drug Class: Drug Name | Effect on Concentration† | Clinical Comment |
|---|---|---|
| **Antibiotics**: nafcillin | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with nafcillin may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |

10

FDA-FLORIDA-004311

| Antifungals: oral ketoconazole‡ | ↑ EBR ↑ GZR | Co-administration of oral ketoconazole is not recommended. |
|---|---|---|
| Endothelin Antagonists: bosentan | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with bosentan may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |
| Immunosuppressants: tacrolimus‡ | ↑ tacrolimus | Frequent monitoring of tacrolimus whole blood concentrations, changes in renal function, and tacrolimus-associated adverse events upon the initiation of co-administration is recommended. |
| HIV Medications: | | |
| etravirine | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with etravirine may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |
| elvitegravir/ cobicistat/ emtricitabine/ tenofovir (disoproxil fumarate‡ or alafenamide) | ↑ EBR ↑ GZR | Co-administration of cobicistat-containing regimens is not recommended. |
| HMG-CoA Reductase Inhibitors§: | | |
| atorvastatin‡ | ↑ atorvastatin | The dose of atorvastatin should not exceed a daily dose of 20 mg when co-administered with ZEPATIER.§ |
| rosuvastatin‡ | ↑ rosuvastatin | The dose of rosuvastatin should not exceed a daily dose of 10 mg when co-administered with ZEPATIER.§ |
| fluvastatin lovastatin simvastatin | ↑ fluvastatin ↑ lovastatin ↑ simvastatin | Statin-associated adverse events such as myopathy should be closely monitored. The lowest necessary dose should be used when co-administered with ZEPATIER.§ |
| Wakefulness-Promoting Agents: modafinil | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with modafinil may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |

*This table is not all inclusive.
†↓ = decrease, ↑ = increase
‡These interactions have been studied in healthy adults.
§See *Drug Interactions (7.3)* for a list of HMG Co-A reductase inhibitors without clinically relevant interactions with ZEPATIER.

**7.3    Drugs without Clinically Significant Interactions with ZEPATIER**

The interaction between the components of ZEPATIER (elbasvir or grazoprevir) or ZEPATIER and the following drugs were evaluated in clinical studies, and no dose adjustments are needed when ZEPATIER is used with the following drugs individually: acid reducing agents (proton pump inhibitors, H2 blockers, antacids), buprenorphine/naloxone, digoxin, dolutegravir, methadone, mycophenolate mofetil, oral contraceptive pills, phosphate binders, pitavastatin, pravastatin, prednisone, raltegravir, ribavirin, rilpivirine, tenofovir disoproxil fumarate, and sofosbuvir *[see Clinical Pharmacology (12.3)]*.

No clinically relevant drug-drug interaction is expected when ZEPATIER is co-administered with abacavir, emtricitabine, entecavir, and lamivudine.

**8    USE IN SPECIFIC POPULATIONS**

**8.1    Pregnancy**

*Risk Summary*

No adequate human data are available to establish whether or not ZEPATIER poses a risk to pregnancy outcomes. In animal reproduction studies, no evidence of adverse developmental outcomes was observed with the components of ZEPATIER (elbasvir or grazoprevir) at exposures greater than those in humans at the recommended human dose (RHD) *(see Data)*. During organogenesis in the rat and rabbit, systemic exposures (AUC) were approximately 10 and 18 times (for elbasvir) and 117 and 41 times (for grazoprevir), respectively, the exposure in humans at the RHD. In rat pre/postnatal developmental studies, maternal systemic exposures (AUC) to elbasvir and grazoprevir were approximately 10 and 78 times, respectively, the exposure in humans at the RHD.

11

FDA-FLORIDA-004312

The background risk of major birth defects and miscarriage for the indicated population is unknown. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

If ZEPATIER is administered with ribavirin, the combination regimen is contraindicated in pregnant women and in men whose female partners are pregnant. Refer to the ribavirin prescribing information for more information on use in pregnancy.

*Data*

*Animal Data*

*Elbasvir:* Elbasvir was administered orally at up to 1000 mg/kg/day to pregnant rats and rabbits on gestation days 6 to 20 and 7 to 20, respectively, and also to rats on gestation day 6 to lactation/post-partum day 20. No effects on embryo-fetal (rats and rabbits) or pre/postnatal (rats) development were observed at up to the highest dose tested. Systemic exposures (AUC) to elbasvir were approximately 10 (rats) and 18 (rabbits) times the exposure in humans at the RHD. In both species, elbasvir has been shown to cross the placenta, with fetal plasma concentrations of up to 0.8% (rabbits) and 2.2% (rats) that of maternal concentrations observed on gestation day 20.

*Grazoprevir:* Grazoprevir was administered to pregnant rats (oral doses up to 400 mg/kg/day) and rabbits (intravenous doses up to 100 mg/kg/day) on gestation days 6 to 20 and 7 to 20, respectively, and also to rats (oral doses up to 400 mg/kg/day) on gestation day 6 to lactation/post-partum day 20. No effects on embryo-fetal (rats and rabbits) or pre/postnatal (rats) development were observed at up to the highest dose tested. Systemic exposures (AUC) to grazoprevir were ≥78 (rats) and 41 (rabbits) times the exposure in humans at the RHD. In both species, grazoprevir has been shown to cross the placenta, with fetal plasma concentrations of up to 7% (rabbits) and 89% (rats) that of maternal concentrations observed on gestation day 20.

## 8.2   Lactation

*Risk Summary*

It is not known whether ZEPATIER is present in human breast milk, affects human milk production, or has effects on the breastfed infant. When administered to lactating rats, the components of ZEPATIER (elbasvir and grazoprevir) were present in milk, without effects on growth and development observed in nursing pups *(see Data)*.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for ZEPATIER and any potential adverse effects on the breastfed child from ZEPATIER or from the underlying maternal condition.

If ZEPATIER is administered with ribavirin, the information for ribavirin with regard to nursing mothers also applies to this combination regimen. Refer to the ribavirin prescribing information for information on use during lactation.

*Data*

*Elbasvir:* No effects of elbasvir on growth and postnatal development were observed in nursing pups at up to the highest dose tested. Maternal systemic exposure (AUC) to elbasvir was approximately 10 times the exposure in humans at the RHD. Elbasvir was excreted into the milk of lactating rats following oral administration (1000 mg/kg/day) from gestation day 6 to lactation day 14, with milk concentrations approximately 4 times that of maternal plasma concentrations observed 2 hours post-dose on lactation day 14.

*Grazoprevir:* No effects of grazoprevir on growth and postnatal development were observed in nursing pups at up to the highest dose tested. Maternal systemic exposure (AUC) to grazoprevir was approximately 78 times the exposure in humans at the RHD. Grazoprevir was excreted into the milk of lactating rats following oral administration (up to 400 mg/kg/day) from gestation day 6 to lactation day 14, with milk concentrations of 54 and 87% that of maternal plasma concentrations observed 2 and 8 hours post-dose, on lactation day 14.

## 8.3   Females and Males of Reproductive Potential

If ZEPATIER is administered with ribavirin, the information for ribavirin with regard to pregnancy testing, contraception, and infertility also applies to this combination regimen. Refer to ribavirin prescribing information for additional information.

12

**FDA-FLORIDA-004313**

**8.4   Pediatric Use**

Safety and efficacy in pediatric patients have not been established in pediatric patients less than 18 years of age.

**8.5   Geriatric Use**

Clinical trials of ZEPATIER with or without ribavirin included 187 subjects aged 65 years and over. Higher elbasvir and grazoprevir plasma concentrations were observed in subjects aged 65 years and over. A higher rate of late ALT elevations was observed in subjects aged 65 years and over in clinical trials *[see Warnings and Precautions (5.2)]*. However, no dosage adjustment of ZEPATIER is recommended in geriatric patients *[see Clinical Pharmacology (12.3)]*.

**8.6   Gender**

Higher elbasvir and grazoprevir plasma concentrations were observed in females compared to males. Females experienced a higher rate of late ALT elevations in clinical trials *[see Warnings and Precautions (5.2)]*. However, no dose adjustment of ZEPATIER is recommended based on gender *[see Clinical Pharmacology (12.3)]*.

**8.7   Race**

Higher elbasvir and grazoprevir plasma concentrations were observed in Asians compared to Caucasians. Asians experienced a higher rate of late ALT elevations in clinical trials *[see Warnings and Precautions (5.2)]*. However, no dose adjustment of ZEPATIER is recommended based on race/ethnicity *[see Clinical Pharmacology (12.3)]*.

**8.8   Renal Impairment**

No dosage adjustment of ZEPATIER is recommended in patients with any degree of renal impairment including patients receiving hemodialysis *[see Clinical Pharmacology (12.3)]*. Administer ZEPATIER with or without ribavirin according to recommendations in Table 1 *[see Dosage and Administration (2.2, 2.3)]*. Refer to the prescribing information for ribavirin tablets for renal dosage adjustment of ribavirin in patients with CrCl less than or equal to 50 mL per minute.

**8.9   Hepatic Impairment**

No dosage adjustment of ZEPATIER is recommended in patients with mild hepatic impairment (Child-Pugh A). ZEPATIER is contraindicated in patients with moderate hepatic impairment (Child-Pugh B) due to the lack of clinical safety and efficacy experience in HCV-infected Child-Pugh B patients, and in patients with severe hepatic impairment (Child-Pugh C) due to a 12-fold increase in grazoprevir exposure in non-HCV infected Child-Pugh C subjects. In addition, postmarketing cases of hepatic decompensation/failure have been reported in patients with advanced liver disease *[see Dosage and Administration (2.4), Contraindications (4), Warnings and Precautions (5.3), and Clinical Pharmacology (12.3)]*.

The safety and efficacy of ZEPATIER have not been established in patients awaiting liver transplant or in liver transplant recipients.

**10   OVERDOSAGE**

Human experience of overdose with ZEPATIER is limited. No specific antidote is available for overdose with ZEPATIER. In case of overdose, it is recommended that the patient be monitored for any signs or symptoms of adverse reactions and appropriate symptomatic treatment instituted.

Hemodialysis does not remove elbasvir or grazoprevir since elbasvir and grazoprevir are highly bound to plasma protein *[see Clinical Pharmacology (12.3)]*.

**11   DESCRIPTION**

ZEPATIER is a fixed-dose combination tablet containing elbasvir and grazoprevir for oral administration.

Elbasvir is an HCV NS5A inhibitor, and grazoprevir is an HCV NS3/4A protease inhibitor.

Each tablet contains 50 mg elbasvir and 100 mg grazoprevir. The tablets include the following inactive ingredients: colloidal silicon dioxide, copovidone, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, mannitol, microcrystalline cellulose, sodium chloride, sodium lauryl

13

FDA-FLORIDA-004314

sulfate, and vitamin E polyethylene glycol succinate. The tablets are film-coated with a coating material containing the following inactive ingredients: carnauba wax, ferrosoferric oxide, hypromellose, iron oxide red, iron oxide yellow, lactose monohydrate, titanium dioxide, and triacetin.

Elbasvir:

The IUPAC name for elbasvir is Dimethyl $N,N'$-([(6$S$)-6-phenylindolo[1,2-$c$][1,3]benzoxazine-3,10-diyl]bis{1$H$-imidazole-5,2-diyl-(2$S$)-pyrrolidine-2,1-diyl[(2$S$)-3-methyl-1-oxobutane-1,2-diyl]})dicarbamate.

It has a molecular formula of $C_{49}H_{55}N_9O_7$ and a molecular weight of 882.02. It has the following structural formula:



Elbasvir is practically insoluble in water (less than 0.1 mg per mL) and very slightly soluble in ethanol (0.2 mg per mL), but is very soluble in ethyl acetate and acetone.

Grazoprevir:

The IUPAC name for grazoprevir is (1a$R$,5$S$,8$S$,10$R$,22a$R$)-$N$-[(1$R$,2$S$)-1-[(Cyclopropylsulfonamido)carbonyl]-2-ethenylcyclopropyl]-14-methoxy-5-(2-methylpropan-2-yl)-3,6-dioxo-1,1a,3,4,5,6,9,10,18,19,20,21,22,22a-tetradecahydro-8$H$-7,10-methanocyclopropa[18,19][1,10,3,6]dioxadiazacyclononadecino[11,12-$b$]quinoxaline-8-carboxamide.

It has a molecular formula of $C_{38}H_{50}N_6O_9S$ and a molecular weight of 766.90. It has the following structural formula:



Grazoprevir is practically insoluble in water (less than 0.1 mg per mL) but is freely soluble in ethanol and some organic solvents (e.g., acetone, tetrahydrofuran and N,N-dimethylformamide).

FDA-FLORIDA-004315

## 12    CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

ZEPATIER is a fixed-dose combination of elbasvir and grazoprevir which are direct-acting antiviral agents against the hepatitis C virus *[see Microbiology (12.4)]*.

### 12.2   Pharmacodynamics

Cardiac Electrophysiology

Thorough QT studies have been conducted for elbasvir and grazoprevir.

The effect of elbasvir 700 mg on QTc interval was evaluated in a randomized, single-dose, placebo- and active-controlled (moxifloxacin 400 mg) 3-period crossover thorough QT trial in 42 healthy subjects. At a concentration 3 to 4 times the therapeutic concentration, elbasvir does not prolong QTc to any clinically relevant extent.

The effect of grazoprevir 1600 mg (16 times the approved dose) on QTc interval was evaluated in a randomized, single-dose, placebo- and active-controlled (moxifloxacin 400 mg) 3-period crossover thorough QT trial in 41 healthy subjects. At a concentration 40 times the therapeutic concentration, grazoprevir does not prolong QTc to any clinically relevant extent.

### 12.3   Pharmacokinetics

The pharmacokinetic properties of elbasvir and grazoprevir have been evaluated in non-HCV-infected adult subjects and in HCV-infected adult subjects. Elbasvir pharmacokinetics were similar in healthy subjects and HCV-infected subjects and were approximately dose-proportional over the range of 5-100 mg once daily. Grazoprevir oral exposures are approximately 2-fold greater in HCV-infected subjects as compared to healthy subjects. Grazoprevir pharmacokinetics increased in a greater than dose-proportional manner over the range of 10-800 mg once daily in HCV-infected subjects. Ribavirin co-administration with ZEPATIER had no clinically relevant impact on plasma AUC and $C_{max}$ of elbasvir and grazoprevir compared to administration of ZEPATIER alone. The geometric mean steady-state pharmacokinetic parameter values for elbasvir and grazoprevir in non-cirrhotic HCV-infected subjects are provided in Table 7. Following once daily administration of ZEPATIER to HCV-infected subjects, elbasvir and grazoprevir reached steady state within approximately 6 days.

15

FDA-FLORIDA-004316

**Table 7: Geometric Mean (90% Confidence Interval) for Elbasvir and Grazoprevir Steady State Pharmacokinetic Parameter Values in Non-Cirrhotic HCV-Infected Subjects Estimated Based on Population Pharmacokinetic Modeling**

| | Geometric Mean (90% Confidence Interval) | | |
|---|---|---|---|
| | $AUC_{0-24}$ (ng•hr/mL) | $C_{max}$ (ng/mL) | $C_{24}$ (ng/mL) |
| Elbasvir | 1920 (1880, 1960) | 121 (118, 123) | 48.4 (47.3, 49.6) |
| Grazoprevir | 1420 (1400, 1530) | 165 (161, 176) | 18.0 (17.8, 19.9) |

<u>Absorption</u>

Following administration of ZEPATIER to HCV-infected subjects, elbasvir peak concentrations occur at a median $T_{max}$ of 3 hours (range of 3 to 6 hours); grazoprevir peak concentrations occur at a median $T_{max}$ of 2 hours (range of 30 minutes to 3 hours). The absolute bioavailability of elbasvir is estimated to be 32%, and grazoprevir is estimated to be 27%.

*Effect of Food*

Relative to fasting conditions, the administration of a single dose of ZEPATIER with a high-fat (900 kcal, 500 kcal from fat) meal to healthy subjects resulted in decreases in elbasvir $AUC_{0-inf}$ and $C_{max}$ of approximately 11% and 15%, respectively, and increases in grazoprevir $AUC_{0-inf}$ and $C_{max}$ of approximately 1.5-fold and 2.8-fold, respectively. These differences in elbasvir and grazoprevir exposure are not clinically relevant; therefore, ZEPATIER may be taken without regard to food *[see Dosage and Administration (2.2)].*

<u>Distribution</u>

Elbasvir and grazoprevir are extensively bound (greater than 99.9% and 98.8%, respectively) to human plasma proteins. Both elbasvir and grazoprevir bind to human serum albumin and α1-acid glycoprotein. Estimated apparent volume of distribution values of elbasvir and grazoprevir are approximately 680 L and 1250 L, respectively, based on population pharmacokinetic modeling.

In preclinical distribution studies, elbasvir distributes into most tissues including the liver; whereas grazoprevir distributes predominantly to the liver likely facilitated by the active transport through the OATP1B1/3 liver uptake transporter.

<u>Elimination</u>

The geometric mean apparent terminal half-life for elbasvir (50 mg) and grazoprevir (100 mg) is approximately 24 and 31 hours, respectively, in HCV-infected subjects.

*Metabolism*

Elbasvir and grazoprevir are partially eliminated by oxidative metabolism, primarily by CYP3A. No circulating metabolites of either elbasvir or grazoprevir were detected in human plasma.

*Excretion*

The primary route of elimination of elbasvir and grazoprevir is through feces with almost all (greater than 90%) of radiolabeled dose recovered in feces compared to less than 1% in urine.

<u>Specific Populations</u>
*Pediatric Population*

The pharmacokinetics of ZEPATIER in pediatric patients less than 18 years of age have not been established.

*Geriatric Population*

In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 16% and 45% higher, respectively, in subjects at least 65 years of age compared to subjects less than 65 years of age.

*Gender*

Reference ID: 4531774                                                                                          **FDA-FLORIDA-004317**

In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 50% and 30% higher, respectively, in females compared to males.

### Weight/BMI

In population pharmacokinetic analyses, there was no effect of weight on elbasvir pharmacokinetics. Grazoprevir AUC is estimated to be 15% higher in a 53-kg subject compared to a 77-kg subject. This change is not clinically relevant for grazoprevir.

### Race/Ethnicity

In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 15% and 50% higher, respectively, for Asians compared to Caucasians. Population pharmacokinetics estimates of exposure of elbasvir and grazoprevir were comparable between Caucasians and Black/African Americans.

### Renal Impairment

In population pharmacokinetic analyses, elbasvir AUC was 25% higher in hemodialysis-dependent subjects and 46% higher in non-dialysis-dependent subjects with severe renal impairment compared to elbasvir AUC in subjects without severe renal impairment. In population pharmacokinetic analysis in HCV-infected subjects, grazoprevir AUC was 10% higher in hemodialysis-dependent subjects and 40% higher in non-dialysis-dependent subjects with severe renal impairment compared to grazoprevir AUC in subjects without severe renal impairment. Elbasvir and grazoprevir are not removed by hemodialysis. Elbasvir and grazoprevir are unlikely to be removed by peritoneal dialysis as both are highly protein bound.

Overall, changes in exposure of elbasvir and grazoprevir in HCV-infected subjects with renal impairment with or without hemodialysis are not clinically relevant *[see Use in Specific Populations (8.8)]*.

### Hepatic Impairment

The pharmacokinetics of elbasvir and grazoprevir were evaluated in non-HCV-infected subjects with mild hepatic impairment (Child-Pugh Category A [CP-A], score of 5-6), moderate hepatic impairment (Child-Pugh Category B [CP-B], score of 7-9) and severe hepatic impairment (Child-Pugh Category C [CP-C], score of 10-15). In addition, the pharmacokinetics of elbasvir and grazoprevir were also evaluated in HCV-infected subjects including CP-A subjects with compensated cirrhosis.

Relative to non-HCV-infected subjects with normal hepatic function, no clinically relevant differences in elbasvir AUC values were observed in non-HCV-infected subjects with mild, moderate, or severe hepatic impairment. In population pharmacokinetic analyses, elbasvir steady-state AUC was similar in HCV-infected subjects with compensated cirrhosis compared to HCV-infected, non-cirrhotic subjects.

Relative to non-HCV-infected subjects with normal hepatic function, grazoprevir AUC values were higher by 1.7-fold, 5-fold, and 12-fold in non-HCV-infected subjects with mild, moderate, and severe hepatic impairment, respectively. In population pharmacokinetic analyses, grazoprevir steady-state AUC values were higher by 1.65-fold in HCV-infected subjects with compensated cirrhosis compared to HCV-infected, non-cirrhotic subjects.

### Drug Interaction Studies

Drug interaction studies were performed in healthy adults with elbasvir, grazoprevir, or co-administered elbasvir and grazoprevir and drugs likely to be co-administered or drugs commonly used as probes for pharmacokinetic interactions. Table 8 summarizes the effects of co-administered drugs on the exposures of the individual components of ZEPATIER (elbasvir and grazoprevir). Table 9 summarizes the effects of the individual components of ZEPATIER on the exposures of the co-administered drugs. For information regarding clinical recommendations, *[see Contraindications (4), Warnings and Precautions (5), and Drug Interactions (7)]*.

Elbasvir and grazoprevir are substrates of CYP3A and P-gp, but the role of intestinal P-gp in the absorption of elbasvir and grazoprevir appears to be minimal. Co-administration of moderate and strong CYP3A inducers with ZEPATIER may decrease elbasvir and grazoprevir plasma concentrations, leading to reduced therapeutic effect of ZEPATIER. Co-administration of strong CYP3A4 inhibitors with ZEPATIER may increase elbasvir and grazoprevir plasma concentrations.

Grazoprevir is a substrate of OATP1B1/3. Co-administration of ZEPATIER with drugs that inhibit OATP1B1/3 transporters may result in a clinically relevant increase in grazoprevir plasma concentrations.

Reference ID: 4531774

**FDA-FLORIDA-004318**

Elbasvir is not a CYP3A inhibitor *in vitro* and grazoprevir is a weak CYP3A inhibitor in humans. Co-administration with grazoprevir resulted in a 34% increase in plasma exposure of midazolam and a 43% increase in plasma exposure of tacrolimus (see Tables 6 and 9). Elbasvir inhibited P-gp *in vitro*, but no clinically relevant increases in concentrations of digoxin (a P-gp substrate; see Table 9) were observed by co-administration of elbasvir. Grazoprevir is not a P-gp inhibitor *in vitro*. Elbasvir and grazoprevir are inhibitors of the drug transporter breast cancer resistance protein (BCRP) at the intestinal level in humans and may increase plasma concentrations of co-administered BCRP substrates.

Clinically significant drug interactions with ZEPATIER as an inhibitor of other CYP enzymes (CYP1A2, CYP2B6, CYP2C8, CYP2C9, CYP2C19, and CYP2D6), UGT1A1, esterases (CES1, CES2, and CatA), organic anion transporters (OAT)1 and OAT3, and organic cation transporter (OCT)2, are not expected, and multiple-dose administration of elbasvir or grazoprevir is unlikely to induce the metabolism of drugs metabolized by CYP1A2, CYP2B6, or CYP3A based on *in vitro* data.

18

FDA-FLORIDA-004319

**Table 8: Drug Interactions: Changes in Pharmacokinetics of Elbasvir or Grazoprevir in the Presence of Co-Administered Drug**

| Co-Administered Drug | Regimen of Co-Administered Drug | Regimen of EBR or/and GZR | N | Geometric Mean Ratio [90% CI] of EBR and GZR PK with/without Co-Administered Drug (No Effect=1.00) | | | |
|---|---|---|---|---|---|---|---|
| | | | | | AUC* | C$_{max}$ | C24 |
| Antifungal | | | | | | | |
| Ketoconazole | 400 mg once daily | EBR 50 mg single-dose | 7 | EBR | 1.80 (1.41, 2.29) | 1.29 (1.00, 1.66) | 1.89 (1.37, 2.60) |
| | 400 mg once daily | GZR 100 mg single-dose | 8 | GZR | 3.02 (2.42, 3.76) | 1.13 (0.77, 1.67) | 2.01 (1.49, 2.71) |
| Antimycobacterial | | | | | | | |
| Rifampin | 600 mg single-dose IV | EBR 50 mg single-dose | 14 | EBR | 1.22 (1.06, 1.40) | 1.41 (1.18, 1.68) | 1.31 (1.12, 1.53) |
| | 600 mg single-dose PO | EBR 50 mg single-dose | 14 | EBR | 1.17 (0.98, 1.39) | 1.29 (1.06, 1.58) | 1.21 (1.03, 1.43) |
| | 600 mg PO once daily | GZR 200 mg once daily | 12 | GZR | 0.93 (0.75, 1.17) | 1.16 (0.82, 1.65) | 0.10 (0.07, 0.13) |
| | 600 mg IV single-dose | GZR 200 mg single-dose | 12 | GZR | 10.21 (8.68, 12.00) | 10.94 (8.92, 13.43) | 1.77 (1.40, 2.24) |
| | 600 mg PO single-dose | GZR 200 mg once daily | 12 | GZR | 8.35 (7.38, 9.45)† | 6.52 (5.16, 8.24) | 1.62 (1.32, 1.98) |
| HCV Antiviral | | | | | | | |
| EBR | 20 mg once daily | GZR 200 mg once daily | 10 | GZR | 0.90 (0.63, 1.28) | 0.87 (0.50, 1.52) | 0.94 (0.77, 1.15) |
| GZR | 200 mg once daily | EBR 20 mg once daily | 10 | EBR | 1.01 (0.83, 1.24) | 0.93 (0.76, 1.13) | 1.02 (0.83, 1.24) |
| HIV Protease Inhibitor | | | | | | | |
| Atazanavir/ ritonavir | 300 mg/ 100 mg once daily | EBR 50 mg once daily | 10 | EBR | 4.76 (4.07, 5.56) | 4.15 (3.46, 4.97) | 6.45 (5.51, 7.54) |
| | 300 mg/ 100 mg once daily | GZR 200 mg once daily | 12 | GZR | 10.58 (7.78, 14.39) | 6.24 (4.42, 8.81) | 11.64 (7.96, 17.02) |
| Darunavir/ ritonavir | 600 mg/ 100 mg twice daily | EBR 50 mg once daily | 10 | EBR | 1.66 (1.35, 2.05) | 1.67 (1.36, 2.05) | 1.82 (1.39, 2.39) |
| | 600 mg/ 100 mg twice daily | GZR 200 mg once daily | 13 | GZR | 7.50 (5.92, 9.51) | 5.27 (4.04, 6.86) | 8.05 (6.33, 10.24) |
| Lopinavir/ ritonavir | 400 mg/ 100 mg twice daily | EBR 50 mg once daily | 10 | EBR | 3.71 (3.05, 4.53) | 2.87 (2.29, 3.58) | 4.58 (3.72, 5.64) |
| | 400 mg/ 100 mg twice daily | GZR 200 mg once daily | 13 | GZR | 12.86 (10.25, 16.13) | 7.31 (5.65, 9.45) | 21.70 (12.99, 36.25) |
| Ritonavir‡ | 100 mg twice daily | GZR 200 mg single-dose | 10 | GZR | 2.03 (1.60, 2.56) | 1.15 (0.60, 2.18) | 1.88 (1.65, 2.14) |

Reference ID: 4531774

FDA-FLORIDA-004320

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HIV Integrase Strand Transfer Inhibitor** | | | | | | | |
| Dolutegravir | 50 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | EBR | 0.98 (0.93, 1.04) | 0.97 (0.89, 1.05) | 0.98 (0.93, 1.03) |
| | 50 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | GZR | 0.81 (0.67, 0.97) | 0.64 (0.44, 0.93) | 0.86 (0.79, 0.93) |
| Raltegravir | 400 mg single-dose | EBR 50 mg single-dose | 10 | EBR | 0.81 (0.57, 1.17) | 0.89 (0.61, 1.29) | 0.80 (0.55, 1.16) |
| | 400 mg twice daily | GZR 200 mg once daily | 11 | GZR | 0.89 (0.72, 1.09) | 0.85 (0.62, 1.16) | 0.90 (0.82, 0.99) |
| **HIV Non-Nucleoside Reverse Transcriptase Inhibitor** | | | | | | | |
| Efavirenz | 600 mg once daily | EBR 50 mg once daily | 10 | EBR | 0.46 (0.36, 0.59) | 0.55 (0.41, 0.73) | 0.41 (0.28, 0.59) |
| | 600 mg once daily | GZR 200 mg once daily | 12 | GZR | 0.17 (0.13, 0.24) | 0.13 (0.09, 0.19) | 0.31 (0.25, 0.38) |
| Rilpivirine | 25 mg once daily | EBR 50 mg + GZR 200 mg once daily | 19 | EBR | 1.07 (1.00, 1.15) | 1.07 (0.99, 1.16) | 1.04 (0.98, 1.11) |
| | 25 mg once daily | EBR 50 mg + GZR 200 mg once daily | 19 | GZR | 0.98 (0.89, 1.07) | 0.97 (0.83, 1.14) | 1.00 (0.93, 1.07) |
| **HIV Nucleotide Reverse Transcriptase Inhibitor** | | | | | | | |
| Tenofovir disoproxil fumarate | 300 mg once daily | EBR 50 mg once daily | 10 | EBR | 0.93 (0.82, 1.05) | 0.88 (0.77, 1.00) | 0.92 (0.81, 1.05) |
| | 300 mg once daily | GZR 200 mg once daily | 12 | GZR | 0.86 (0.65, 1.12) | 0.78 (0.51, 1.18) | 0.89 (0.78, 1.01) |
| **HIV Fixed-Dose Combination Regimen** | | | | | | | |
| Elvitegravir/ cobicistat/ emtricitabine/ tenofovir disoproxil fumarate | 150 mg/ 150 mg/ 200 mg/ 300 mg once daily | EBR 50 mg/ GZR 100 mg once daily | 21 | EBR | 2.18 (2.02, 2.35) | 1.91 (1.77, 2.05) | 2.38 (2.19, 2.60) |
| | | EBR 50 mg/ GZR 100 mg once daily | 21 | GZR | 5.36 (4.48, 6.43) | 4.59 (3.70, 5.69) | 2.78 (2.48, 3.11) |
| **Immunosuppressant** | | | | | | | |
| Cyclosporine | 400 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | EBR | 1.98 (1.84, 2.13) | 1.95 (1.84, 2.07) | 2.21 (1.98, 2.47) |
| | 400 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | GZR | 15.21 (12.83, 18.04) | 17.00 (12.94, 22.34) | 3.39 (2.82, 4.09) |
| Mycophenolate mofetil | 1000 mg single-dose | EBR 50 mg + GZR | 14 | EBR | 1.07 (1.00, 1.14) | 1.07 (0.98, 1.16) | 1.05 (0.97, 1.14) |

20

FDA-FLORIDA-004321

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 200 mg once daily | | | | | |
| | 1000 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | GZR | 0.74 (0.60, 0.92) | 0.58 (0.42, 0.82) | 0.97 (0.89, 1.06) |
| Prednisone | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | EBR | 1.17 (1.11, 1.24) | 1.25 (1.16, 1.35) | 1.04 (0.97, 1.12) |
| | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | GZR | 1.09 (0.95, 1.25) | 1.34 (1.10, 1.62) | 0.93 (0.87, 1.00) |
| Tacrolimus | 2 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 16 | EBR | 0.97 (0.90, 1.06) | 0.99 (0.88, 1.10) | 0.92 (0.83, 1.02) |
| | 2 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 16 | GZR | 1.12 (0.97, 1.30) | 1.07 (0.83, 1.37) | 0.94 (0.87, 1.02) |
| Opioid-Substitution Therapy | | | | | | | |
| Buprenorphine /naloxone | 8 mg/2 mg single-dose | EBR 50 mg single-dose | 15 | EBR | 1.22 (0.98, 1.52) | 1.13 (0.87, 1.46) | 1.22 (0.99, 1.51) |
| | 8-24 mg/ 2-6 mg once daily | GZR 200 mg once daily | 12[§] | GZR | 0.86 (0.63, 1.18) | 0.80 (0.54, 1.20) | 0.97 (0.77, 1.22) |
| Methadone | 20-120 mg once daily | EBR 50 mg once daily | 10[§] | EBR | 1.20 (0.94, 1.53) | 1.23 (0.94, 1.62) | 1.32 (1.03, 1.68) |
| | 20-150 mg once daily | GZR 200 mg once daily | 12[§] | GZR | 1.03 (0.76, 1.41) | 0.89 (0.60, 1.32) | 0.98 (0.79, 1.23) |
| Acid-Reducing Agent | | | | | | | |
| Famotidine | 20 mg single-dose | EBR 50 mg/ GZR 100 mg single-dose | 16 | EBR | 1.05 (0.92, 1.18) | 1.11 (0.98, 1.26) | 1.03 (0.91, 1.17) |
| | 20 mg single-dose | EBR 50 mg/ GZR 100 mg single-dose | 16 | GZR | 1.10 (0.95, 1.28) | 0.89 (0.71, 1.11) | 1.12 (0.97, 1.30) |
| Pantoprazole | 40 mg once daily | EBR 50 mg/ GZR 100 mg single-dose | 16 | EBR | 1.05 (0.93, 1.18) | 1.02 (0.92, 1.14) | 1.03 (0.92, 1.17) |
| | 40 mg once daily | EBR 50 mg/ GZR 100 mg single-dose | 16 | GZR | 1.12 (0.96, 1.30) | 1.10 (0.89, 1.37) | 1.17 (1.02, 1.34) |
| Phosphate Binder | | | | | | | |
| Calcium acetate | 2668 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | EBR | 0.92 (0.75, 1.14) | 0.86 (0.71, 1.04) | 0.87 (0.70, 1.09) |

21

FDA-FLORIDA-004322

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2668 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | GZR | 0.79 (0.68, 0.91) | 0.57 (0.40, 0.83) | 0.77 (0.61, 0.99) |
| Sevelamer carbonate | 2400 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | EBR | 1.13 (0.94, 1.37) | 1.07 (0.88, 1.29) | 1.22 (1.02, 1.45) |
| | 2400 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | GZR | 0.82 (0.68, 0.99) | 0.53 (0.37, 0.76) | 0.84 (0.71, 0.99) |
| Statin | | | | | | | |
| Atorvastatin | 20 mg single-dose | GZR 200 mg once daily | 9 | GZR | 1.26 (0.97, 1.64) | 1.26 (0.83, 1.90) | 1.11 (1.00, 1.23) |
| Pitavastatin | 1 mg single-dose | GZR 200 mg once daily | 9 | GZR | 0.81 (0.70, 0.95) | 0.72 (0.57, 0.92) | 0.91 (0.82, 1.01) |
| Pravastatin | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | EBR | 0.98 (0.93, 1.02) | 0.97 (0.89, 1.05) | 0.97 (0.92, 1.02) |
| | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | GZR | 1.24 (1.00, 1.53) | 1.42 (1.00, 2.03) | 1.07 (0.99, 1.16) |
| Rosuvastatin | 10 mg single-dose | EBR 50 mg + GZR 200 mg single-dose | 11 | EBR | 1.09 (0.98, 1.21) | 1.11 (0.99, 1.26) | 0.96 (0.86, 1.08) |
| | 10 mg single-dose | GZR 200 mg once daily | 11 | GZR | 1.16 (0.94, 1.44) | 1.13 (0.77, 1.65) | 0.93 (0.84, 1.03) |
| | 10 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 11 | GZR | 1.01 (0.79, 1.28) | 0.97 (0.63, 1.50) | 0.95 (0.87, 1.04) |

Abbreviations: EBR, elbasvir; GZR, grazoprevir; IV, intravenous; PO, oral; EBR + GZR, administration of EBR and GZR as separate pills; EBR/GZR, administration of EBR and GZR as a single fixed-dose combination tablet.

*$AUC_{0\text{-inf}}$ for single-dose, $AUC_{0\text{-}24}$ for once daily.

†$AUC_{0\text{-}24}$

‡Higher doses of ritonavir have not been tested in a drug interaction study with GZR.

§The reference (EBR or GZR alone) for the analysis consisted of subjects pooled across Phase I studies.

22

FDA-FLORIDA-004323

**Table 9: Drug Interactions: Changes in Pharmacokinetics for Co-Administered Drug in the Presence of Elbasvir, Grazoprevir, or Co-Administered Elbasvir and Grazoprevir**

| Co-Administered Drug | Regimen of Co-Administered Drug | EBR or/and GZR Administration | EBR or/and GZR Regimen | N | Geometric Mean Ratio [90% CI] of Co-Administered Drug PK with/without EBR or/and GZR (No Effect=1.00) | | |
|---|---|---|---|---|---|---|---|
| | | | | | AUC* | $C_{max}$ | $C_{trough}$† |
| P-gp Substrate | | | | | | | |
| Digoxin | Digoxin 0.25 mg single-dose | EBR | 50 mg once daily | 18 | 1.11 (1.02, 1.22) | 1.47 (1.25, 1.73) | -- |
| CYP3A Substrate | | | | | | | |
| Midazolam | Midazolam 2 mg single-dose | GZR | 200 mg once daily | 11 | 1.34 (1.29, 1.39) | 1.15 (1.01, 1.31) | -- |
| CYP2C8 Substrate | | | | | | | |
| Montelukast | Montelukast 10 mg single-dose | GZR | 200 mg once daily | 23 | 1.11 (1.01, 1.20) | 0.92 (0.81, 1.06) | 1.39 (1.25, 1.56) |
| HCV Antiviral | | | | | | | |
| GS-331007 | Sofosbuvir 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.13 (1.05, 1.21) | 0.87 (0.78, 0.96) | 1.53 (1.43, 1.63) |
| Sofosbuvir | Sofosbuvir 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 2.43 (2.12, 2.79)‡ | 2.27 (1.72, 2.99) | -- |
| HIV Protease Inhibitor | | | | | | | |
| Atazanavir/ ritonavir | Atazanavir 300 mg/ ritonavir 100 mg once daily | EBR | 50 mg once daily | 8 | 1.07 (0.98, 1.17) | 1.02 (0.96, 1.08) | 1.15 (1.02, 1.29) |
| | Atazanavir 300 mg/ ritonavir 100 mg once daily | GZR | 200 mg once daily | 11 | 1.43 (1.30, 1.57) | 1.12 (1.01, 1.24) | 1.23 (1.13, 1.34) |
| Darunavir/ ritonavir | Darunavir 600 mg/ ritonavir 100 mg twice daily | EBR | 50 mg once daily | 8 | 0.95 (0.86, 1.06) | 0.95 (0.85, 1.05) | 0.94 (0.85, 1.05) |
| | Darunavir 600 mg/ ritonavir 100 mg twice daily | GZR | 200 mg once daily | 13 | 1.11 (0.99, 1.24) | 1.10 (0.96, 1.25) | 1.00 (0.85, 1.18) |
| Lopinavir/ ritonavir | Lopinavir 400 mg/ ritonavir 100 mg twice daily | EBR | 50 mg once daily | 9 | 1.02 (0.93, 1.13) | 1.02 (0.92, 1.13) | 1.07 (0.97, 1.18) |

23

FDA-FLORIDA-004324

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Lopinavir 400 mg/ ritonavir 100 mg twice daily | GZR | 200 mg once daily | 13 | 1.03 (0.96, 1.16) | 0.97 (0.88, 1.08) | 0.97 (0.81, 1.15) |
| **HIV Integrase Strand Transfer Inhibitor** | | | | | | | |
| Dolutegravir | Dolutegravir 50 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 1.16 (1.00, 1.34) | 1.22 (1.05, 1.40) | 1.14 (0.95, 1.36) |
| Raltegravir | Raltegravir 400 mg single-dose | EBR | 50 mg single-dose | 10 | 1.02 (0.81, 1.27) | 1.09 (0.83, 1.44) | 0.99 (0.80, 1.22)[§] |
| | Raltegravir 400 mg twice daily | GZR | 200 mg once daily | 11 | 1.43 (0.89, 2.30) | 1.46 (0.78, 2.73) | 1.47 (1.09, 2.00) |
| **HIV Non-Nucleoside Reverse Transcriptase Inhibitor** | | | | | | | |
| Efavirenz | Efavirenz 600 mg once daily | EBR | 50 mg once daily | 7 | 0.82 (0.78, 0.86) | 0.74 (0.67, 0.82) | 0.91 (0.87, 0.96) |
| | Efavirenz 600 mg once daily | GZR | 200 mg once daily | 11 | 1.00 (0.96, 1.05) | 1.03 (0.99, 1.08) | 0.93 (0.88, 0.98) |
| Rilpivirine | Rilpivirine 25 mg once daily | EBR + GZR | 50 mg + 200 mg once daily | 19 | 1.13 (1.07, 1.20) | 1.07 (0.97, 1.17) | 1.16 (1.09, 1.23) |
| **HIV Nucleotide Reverse Transcriptase Inhibitor** | | | | | | | |
| Tenofovir disoproxil fumarate | Tenofovir disoproxil fumarate 300 mg once daily | EBR | 50 mg once daily | 10 | 1.34 (1.23, 1.47) | 1.47 (1.32, 1.63) | 1.29 (1.18, 1.41) |
| | Tenofovir disoproxil fumarate 300 mg once daily | GZR | 200 mg once daily | 12 | 1.18 (1.09, 1.28) | 1.14 (1.04, 1.25) | 1.24 (1.10, 1.39) |
| | Tenofovir disoproxil fumarate 300 mg once daily | EBR/GZR | 50 mg + 100 mg once daily | 13 | 1.27 (1.20, 1.35) | 1.14 (0.95, 1.36) | 1.23 (1.09, 1.40) |
| **HIV Fixed-Dose Combination Regimen** | | | | | | | |
| Elvitegravir/ cobicistat/ emtricitabine/ tenofovir disoproxil fumarate | Elvitegravir 150 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.10 (1.00, 1.21) | 1.02 (0.93, 1.11) | 1.31 (1.11, 1.55) |
| | Cobicistat 150 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.49 (1.42, 1.57) | 1.39 (1.29, 1.50) | -- |
| | Emtricitabine 200 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.07 (1.03, 1.10) | 0.96 (0.90, 1.02) | 1.19 (1.13, 1.25) |

24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Tenofovir disoproxil fumarate 300 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.18 (1.13, 1.24) | 1.25 (1.14, 1.37) | 1.20 (1.15, 1.26) |
| Immunosuppressant | | | | | | | |
| Cyclosporine | Cyclosporine 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 0.96 (0.90, 1.02) | 0.90 (0.85, 0.97) | 1.00 (0.92, 1.08)[§] |
| Mycophenolic acid | Mycophenolate mofetil 1000 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 0.95 (0.87, 1.03) | 0.85 (0.67, 1.07) | -- |
| Prednisolone | Prednisone 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 1.08 (1.01, 1.16) | 1.04 (0.99, 1.09) | -- |
| Prednisone | Prednisone 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 1.08 (1.00, 1.17) | 1.05 (1.00, 1.10) | -- |
| Tacrolimus | Tacrolimus 2 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.43 (1.24, 1.64) | 0.60 (0.52, 0.69) | 1.70 (1.49, 1.94)[§] |
| Oral Contraceptive | | | | | | | |
| Ethinyl estradiol (EE) | 0.03 mg EE/ 0.15 mg LNG single-dose | EBR | 50 mg once daily | 20 | 1.01 (0.97, 1.05) | 1.10 (1.05, 1.16) | -- |
| | | GZR | 200 mg once daily | 20 | 1.10 (1.05, 1.14) | 1.05 (0.98, 1.12) | -- |
| Levonorgestrel (LNG) | | EBR | 50 mg once daily | 20 | 1.14 (1.04, 1.24) | 1.02 (0.95, 1.08) | -- |
| | | GZR | 200 mg once daily | 20 | 1.23 (1.15, 1.32) | 0.93 (0.84, 1.03) | -- |
| Opioid Substitution Therapy | | | | | | | |
| Buprenorphine | Buprenorphine 8 mg/Naloxone 2 mg single-dose | EBR | 50 mg once daily | 15 | 0.98 (0.89, 1.08) | 0.94 (0.82, 1.08) | 0.98 (0.88, 1.09) |
| | Buprenorphine 8-24 mg/ Naloxone 2-6 mg once daily | GZR | 200 mg once daily | 12 | 0.98 (0.81, 1.19) | 0.90 (0.76, 1.07) | -- |
| R-Methadone | Methadone 20-120 mg once daily | EBR | 50 mg once daily | 10 | 1.03 (0.92, 1.15) | 1.07 (0.95, 1.20) | 1.10 (0.96, 1.26) |
| | Methadone 20-150 mg once daily | GZR | 200 mg once daily | 12 | 1.09 (1.02, 1.17) | 1.03 (0.96, 1.11) | -- |
| S-Methadone | Methadone 20-120 mg once daily | EBR | 50 mg once daily | 10 | 1.09 (0.94, 1.26) | 1.09 (0.95, 1.25) | 1.20 (0.98, 1.47) |

Reference ID: 4531774

**FDA-FLORIDA-004326**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Methadone 20-150 mg once daily | GZR | 200 mg once daily | 12 | 1.23 (1.12, 1.35) | 1.15 (1.07, 1.25) | -- |
| Statin | | | | | | | |
| Atorvastatin | Atorvastatin 10 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.94 (1.63, 2.33) | 4.34 (3.10, 6.07) | 0.21 (0.17, 0.26) |
| Pitavastatin | Pitavastatin 1 mg single-dose | GZR | 200 mg once daily | 9 | 1.11 (0.91, 1.34) | 1.27 (1.07, 1.52) | -- |
| Pravastatin | Pravastatin 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 1.33 (1.09, 1.64)¶ | 1.28 (1.05, 1.55) | -- |
| Rosuvastatin | Rosuvastatin 10 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 2.26 (1.89, 2.69)# | 5.49 (4.29, 7.04) | 0.98 (0.84, 1.13) |

Abbreviations: EBR, elbasvir; GZR, grazoprevir; EBR + GZR, administration of EBR and GZR as separate tablets; EBR/GZR, administration of EBR and GZR as a single fixed-dose combination tablet

*$AUC_{0-inf}$ for single-dose administration; $AUC_{0-24}$ for once daily administration; $AUC_{0-12}$ for twice daily administration

†$C24$ for once daily administration; $C12$ for twice daily administration.

‡N=14

§$C12$

¶N=10

#N=8

## 12.4   Microbiology
### Mechanism of Action
ZEPATIER combines two direct-acting antiviral agents with distinct mechanisms of action and non-overlapping resistance profiles to target HCV at multiple steps in the viral lifecycle.

Elbasvir is an inhibitor of HCV NS5A, which is essential for viral RNA replication and virion assembly. The mechanism of action of elbasvir has been characterized based on cell culture antiviral activity and drug resistance mapping studies.

Grazoprevir is an inhibitor of the HCV NS3/4A protease which is necessary for the proteolytic cleavage of the HCV encoded polyprotein (into mature forms of the NS3, NS4A, NS4B, NS5A, and NS5B proteins) and is essential for viral replication. In a biochemical assay, grazoprevir inhibited the proteolytic activity of the recombinant HCV genotype 1a, 1b, and 4a NS3/4A protease enzymes with $IC_{50}$ values of 7 pM, 4 pM, and 62 pM, respectively.

### Antiviral Activity
In HCV replicon assays, the $EC_{50}$ values of elbasvir against full-length replicons from genotypes 1a, 1b, and 4, were 4 pM, 3 pM, and 0.3 pM, respectively. The median $EC_{50}$ values of elbasvir against chimeric replicons encoding NS5A sequences from clinical isolates were 5 pM for genotype 1a (range 3-9 pM; N=5), 9 pM for genotype 1b (range 5-10 pM; N=4), 0.2 pM for genotype 4a (range 0.2-0.2 pM; N=2), 3,600 pM for genotype 4b (range 17 pM-34,000 pM; N=3), 0.45 pM for genotype 4d (range 0.4-0.5 pM; N=2), 1.9 pM for genotype 4f (N=1), 36.3 pM for genotype 4g (range 0.6-72 pM; N=2), 0.6 pM for genotype 4m (range 0.4-0.7 pM; N=2), 2.2 pM for genotype 4o (N=1), and 0.5 pM for genotype 4q (N=1).

In HCV replicon assays, the $EC_{50}$ values of grazoprevir against full-length replicons from genotypes 1a, 1b, and 4, were 0.4 nM, 0.5 nM, and 0.3 nM, respectively. The median $EC_{50}$ values of grazoprevir against chimeric replicons encoding NS3/4A sequences from clinical isolates were 0.8 nM for genotype 1a (range 0.4-5.1 nM; N=10), 0.3 nM for genotype 1b (range 0.2-5.9 nM; N=9), 0.3 nM for genotype 4a (N=1), 0.16 nM for genotype 4b (range 0.11-0.2 nM; N=2), and 0.24 nM for genotype 4g (range 0.15-0.33 nM; N=2).

Reference ID: 4531774

FDA-FLORIDA-004327

Combination Antiviral Activity

Evaluation of elbasvir in combination with grazoprevir or ribavirin showed no antagonistic effect in reducing HCV RNA levels in replicon cells. Evaluation of grazoprevir in combination with ribavirin showed no antagonistic effect in reducing HCV RNA levels in replicon cells.

Resistance

*In Cell Culture*

HCV replicons with reduced susceptibility to elbasvir and grazoprevir have been selected in cell culture for genotypes 1a, 1b, and 4 which resulted in the emergence of resistance-associated amino acid substitutions in NS5A or NS3, respectively. The majority of amino acid substitutions in NS5A or NS3 selected in cell culture or identified in Phase 2b and 3 clinical trials were phenotypically characterized in genotype 1a, 1b, or 4 replicons.

For elbasvir, in HCV genotype 1a replicons, single NS5A substitutions M28A/G/T, Q30D/E/H/K/R, L31M/V, H58D, and Y93C/H/N reduced elbasvir antiviral activity by 1.5- to 2,000-fold. In genotype 1b replicons, single NS5A substitutions L28M, L31F, and Y93H reduced elbasvir antiviral activity by 2- to 17-fold. In genotype 4 replicons, single NS5A substitutions L30S, M31V, and Y93H reduced elbasvir antiviral activity by 3- to 23-fold. In general, in HCV genotype 1a, 1b, or 4 replicons, combinations of elbasvir resistance-associated substitutions further reduced elbasvir antiviral activity.

For grazoprevir, in HCV genotype 1a replicons, single NS3 substitutions Y56H, R155K, A156G/T/V, and D168A/E/G/N/S/V/Y reduced grazoprevir antiviral activity by 2- to 81-fold; V36L/M, Q80K/R, or V107I single substitutions had no impact on grazoprevir antiviral activity in cell culture. In genotype 1b replicons, single NS3 substitutions F43S, Y56F, V107I, A156S/T/V, and D168A/G/V reduced grazoprevir antiviral activity by 1.5- to 375-fold. In genotype 4 replicons, single NS3 substitutions D168A/V reduced grazoprevir antiviral activity by 110- to 320-fold. In general, in HCV genotype 1a, 1b, or 4 replicons, combinations of grazoprevir resistance-associated substitutions further reduced grazoprevir antiviral activity.

*In Clinical Studies*

In a pooled analysis of subjects treated with regimens containing ZEPATIER or elbasvir + grazoprevir with or without ribavirin in Phase 2 and 3 clinical trials, resistance analyses of both drug targets were conducted for 50 subjects who experienced virologic failure and had sequence data available (6 with on-treatment virologic failure, 44 with post-treatment relapse). Treatment-emergent substitutions observed in the viral populations of these subjects based on HCV genotypes and subtypes are shown in Table 10. Treatment-emergent NS5A substitutions were detected in 30/37 (81%) genotype 1a-, 7/8 (88%) genotype 1b-, and 5/5 (100%) genotype 4-infected subjects. The most common treatment-emergent NS5A substitutions in genotype 1a were at position Q30 (n=22). Treatment-emergent NS3 substitutions were detected in 29/37 (78%) genotype 1a-, 2/8 (25%) genotype 1b-, and 2/5 (40%) genotype 4-infected subjects. The most common treatment-emergent NS3 substitutions in genotype 1a were at position D168 (n=18). Treatment-emergent substitutions were detected in both HCV drug targets in 23/37 (62%) genotype 1a-, 1/8 (13%) genotype 1b-, and 2/5 (40%) genotype 4-infected subjects.

**Table 10: Treatment-Emergent Amino Acid Substitutions Among Virologic Failures in the Pooled Analysis of ZEPATIER with and without Ribavirin Regimens in Phase 2 and Phase 3 Clinical Trials**

| Target | Genotype 1a<br>N = 37 | Genotype 1b<br>N = 8 | Genotype 4<br>N = 5 |
|---|---|---|---|
| NS5A | M28A/G/T,<br>Q30H/K/R/Y,<br>L31F/M/V, H58D,<br>Y93H/N/S | L28M, L31F/V, Y93H | L28S/T, M31I/V, P58D,<br>Y93H |
| NS3 | V36L/M, Y56H, V107I,<br>R155I/K, A156G/T/V,<br>V158A, D168A/G/N/V/Y | Y56F, V107I, A156T | A156M/T/V, D168A/G,<br>V170I |

Persistence of Resistance-Associated Substitutions

27

FDA-FLORIDA-004328

The persistence of elbasvir and grazoprevir treatment-emergent amino acid substitutions in NS5A, and NS3, respectively, was assessed in HCV genotype 1-infected subjects in Phase 2 and 3 trials whose virus had treatment-emergent resistance-associated substitutions in the drug target, and with available data through at least 24 weeks post-treatment using population nucleotide sequence analysis.

Viral populations with treatment-emergent NS5A resistance-associated substitutions were generally more persistent than those with NS3 resistance-associated substitutions. Among genotype 1a-infected subjects, NS5A resistance-associated substitutions persisted at detectable levels at follow-up week 12 in 95% (35/37) of subjects and in 100% (9/9) of subjects with follow-up week 24 data. Among genotype 1b-infected subjects, NS5A resistance-associated substitutions persisted at detectable levels in 100% (7/7) of subjects at follow-up week 12 and in 100% (3/3) of subjects with follow-up week 24 data.

Among genotype 1a-infected subjects, NS3 resistance-associated substitutions persisted at detectable levels at follow-up week 24 in 31% (4/13) of subjects. Among genotype 1b-infected subjects, NS3 resistance-associated substitutions persisted at detectable levels at follow-up week 24 in 50% (1/2) of subjects.

Due to the limited number of genotype 4-infected subjects with treatment-emergent NS5A and NS3 resistance-associated substitutions, trends in persistence of treatment-emergent substitutions in this genotype could not be established.

The lack of detection of a virus containing a resistance-associated substitution does not necessarily indicate that viral populations carrying that substitution have declined to a background level that may have existed prior to treatment. The long-term clinical impact of the emergence or persistence of virus containing ZEPATIER-resistance-associated substitutions is unknown.

Effect of Baseline HCV Amino Acid Polymorphisms on Treatment Response in Genotype 1-Infected Subjects

Analyses using population nucleotide sequencing were conducted to explore the association between NS5A or NS3 amino acid polymorphisms and treatment response among treatment-naïve and treatment-experienced genotype 1-infected subjects. Baseline NS5A polymorphisms at resistance-associated positions (focusing on any change from subtype reference at NS5A amino acid positions 28, 30, 31, or 93) were evaluated. Baseline NS3 polymorphisms at positions 36, 54, 55, 56, 80, 107, 122, 132, 155, 156, 158, 168, 170, or 175 were evaluated. Analyses of SVR12 rates pooled data from subjects naïve to direct-acting antivirals and who received ZEPATIER with or without ribavirin in Phase 3 clinical trials, and censored subjects who did not achieve SVR12 for reasons unrelated to virologic failure.

*Genotype 1a*
*In Clinical Studies*
In genotype 1a-infected subjects, the presence of one or more HCV NS5A amino acid polymorphisms at position M28, Q30, L31, or Y93 was associated with reduced efficacy of ZEPATIER for 12 weeks (Table 11), regardless of prior treatment history or cirrhosis status. The prevalence of polymorphisms at any of these positions in genotype 1a-infected subjects was 11% (62/561) overall, and 12% (37/309) specifically for subjects in the U.S. across Phase 2 and Phase 3 clinical trials evaluating ZEPATIER for 12 weeks or ZEPATIER plus ribavirin for 16 weeks. The prevalence of polymorphisms at these positions in genotype 1a-infected subjects was 6% (35/561) at position M28, 2% (11/561) at position Q30, 3% (15/561) at position L31, and 2% (10/561) at position Y93. Polymorphisms at NS5A position H58 were common (10%) and were not associated with reduced ZEPATIER efficacy, except for a single virologic failure subject whose virus had baseline M28V and H58D polymorphisms.

The SVR12 rates for subjects treated with ZEPATIER for 12 weeks were 88% (29/33) for subjects with M28V/T/L polymorphisms (n=29, 3, and 1, respectively), 40% (4/10) for subjects with Q30H/R/L polymorphisms (n=5, 3, and 2, respectively), 38% (5/13) for subjects with an L31M polymorphism, and 63% (5/8) for subjects with Y93C/H/N/S polymorphisms (n=3, 3, 1, and 1, respectively). Although clinical trial data are limited, among genotype 1a-infected subjects with these NS5A polymorphisms who received ZEPATIER plus ribavirin for 16 weeks, six out of six subjects achieved SVR12. The specific NS5A polymorphisms observed in subjects treated with ZEPATIER plus ribavirin for 16 weeks included M28V (n=2), Q30H (n=1), L31M (n=2), or Y93C/H (n=1 each).

28

FDA-FLORIDA-004329

**Table 11: Clinical Trial Data: SVR12 in HCV Genotype 1a-Infected Subjects without or with Baseline NS5A Polymorphisms**

| NS5A Polymorphism Status | ZEPATIER 12 Weeks SVR12 % (n/N) | ZEPATIER + RBV 16 Weeks SVR12 % (n/N) |
|---|---|---|
| Without baseline NS5A polymorphism (M28, Q30, L31, or Y93) | 98% (441/450) | 100% (49/49) |
| With baseline NS5A polymorphism (M28*, Q30*, L31*, or Y93*) | 70% (39/56) | 100% (6/6) |

*Any change from GT1a reference.

There are insufficient clinical trial data to determine the impact of HCV NS5A amino acid polymorphisms in treatment-experienced subjects who failed prior PegIFN + RBV + HCV protease inhibitor therapy and received ZEPATIER with ribavirin.

In genotype 1a-infected subjects, the NS3 Q80K polymorphism did not impact treatment response. Polymorphisms at other NS3 resistance-associated positions were uncommon and were not associated with reduced treatment efficacy.

*In Postmarketing Observational Studies*
Effectiveness (SVR12 rates) in observational studies can be subject to certain biases and confounding factors that cannot be accounted for in the analyses, in part due to the nature of the study designs and populations under study.

Protocol 095
In Protocol 095, a sub-study of a prospective, observational comparative study, effectiveness of treatment with ZEPATIER plus ribavirin for 16 weeks was assessed in 29 HCV genotype 1a-infected patients with 1 or more baseline NS5A polymorphisms at amino acid positions M28, Q30, L31, and/or Y93. Overall, the SVR12 rate for patients with 1 or more baseline NS5A polymorphisms at any of the 4 amino acid positions was 93% (27/29). 23 patients had a NS5A polymorphism at a single amino acid position at baseline. The SVR12 rates for patients with a single polymorphism at amino acid position M28, Q30, L31, or Y93 were 100% (14/14), 100% (1/1), 33% (1/3), and 100% (5/5), respectively. Six patients had NS5A polymorphisms at more than 1 amino acid position (M28, Q30, L31, and/or Y93) at baseline. The SVR12 rate for these patients was 100% (6/6).

VA NS5A Cohort Study
In a retrospective Veterans Administration (VA) NS5A cohort study, effectiveness of treatment with ZEPATIER plus ribavirin for 16 weeks was assessed in 93 HCV genotype 1a-infected patients with 1 or more baseline NS5A polymorphisms at amino acid positions M28, Q30, L31, and/or Y93. Overall, the SVR12 rate for patients with 1 or more baseline NS5A polymorphisms at any of the 4 amino acid positions was 81% (75/93). 65 patients had a NS5A polymorphism at a single amino acid position at baseline. The SVR12 rates for patients with a single polymorphism at amino acid position M28, Q30, L31, or Y93 were 94% (16/17), 100% (8/8), 84% (16/19), and 81% (17/21), respectively. 28 patients had NS5A polymorphisms at more than 1 amino acid position (M28, Q30, L31, and/or Y93) at baseline. The SVR12 rate for these patients was 64% (18/28).

*Genotype 1b*
*In Clinical Studies*
In genotype 1b-infected subjects treated with ZEPATIER for 12 weeks, SVR12 rates (non-virologic failure-censored) were 94% (48/51) and 99% (247/248) for those with and without one or more NS5A polymorphisms at position 28, 30, 31, or 93.
In genotype 1b-infected subjects, baseline NS3 polymorphisms did not impact treatment response.

Effect of Baseline HCV Polymorphisms on Treatment Response in Genotype 4-Infected Subjects
Phylogenetic analysis of HCV sequences from genotype 4-infected subjects (n=71) in the pooled analyses of subjects (non-virologic failure-censored) treated with regimens containing ZEPATIER or

29

FDA-FLORIDA-004330

elbasvir + grazoprevir with or without ribavirin in Phase 2 and 3 clinical trials identified 4 HCV genotype 4 subtypes (4a, 4d, 4k, 4o). Most subjects were infected with either subtype 4a (42%) or 4d (51%); 1 to 2 subjects were infected with each of the other genotype 4 subtypes. Among subjects enrolled at U.S. study sites, 11/13 (85%) were infected with HCV subtype 4a. There were two subjects infected with HCV subtype 4d who experienced virologic failure with the regimen containing grazoprevir and elbasvir.

In genotype 4-infected subjects, SVR12 rates for subjects with baseline NS5A polymorphisms (any change from reference at NS5A amino acid positions 28, 30, 31, 58, and 93 by population nucleotide sequencing) were 100% (28/28) and for subjects without baseline NS5A polymorphisms were 95% (41/43).

In genotype 4-infected subjects, SVR12 rates for subjects with baseline NS3 polymorphisms (any change from reference at NS3 amino acid positions 36, 54, 55, 56, 80, 107, 122, 132, 155, 156, 158, 168, 170, and 175 by population nucleotide sequencing) were 100% (18/18) and for subjects without baseline NS3 polymorphisms were 96% (51/53).

#### Cross Resistance

Cross resistance is possible among NS5A inhibitors and NS3/4A protease inhibitors by class. Elbasvir and grazoprevir are fully active against viral populations with substitutions conferring resistance to NS5B inhibitors.

In the C-SALVAGE trial, subjects with genotype 1 infection who had failed prior treatment with boceprevir (n=28), simeprevir (n=8), or telaprevir (n=43) in combination with PegIFN + RBV received EBR 50 mg once daily + GZR 100 mg once daily + RBV for 12 weeks. There are limited data to determine the impact of HCV NS3 resistance-associated substitutions detected at baseline in treatment-experienced subjects who failed prior PegIFN + RBV + HCV protease inhibitor therapy and received ZEPATIER with ribavirin. SVR was achieved in 88% (21/24) of genotype 1a and genotype 1b infected subjects with NS3 resistance-associated substitutions detected at baseline. Specific NS3 substitutions observed at baseline included one or more of the following: V36L/M (n=8), T54S (n=4), S122G/T (n=9), R155K/T (n=9), A156S/T (n=1), and D168E/N (n=3). SVR was 100% (55/55) in subjects without baseline NS3 resistance substitutions. The 3 virologic failure subjects had the following NS3 or NS5A substitutions/polymorphisms at baseline: NS3 R155T/D168N, NS3 R155K plus NS5A H58D, and NS3 T54S plus NS5A L31M.

The efficacy of ZEPATIER has not been established in patients who have previously failed treatment with other regimens that included an NS5A inhibitor.

## 13    NONCLINICAL TOXICOLOGY

### 13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
#### Carcinogenesis and Mutagenesis

Elbasvir and grazoprevir were not genotoxic in a battery of *in vitro* or *in vivo* assays, including microbial mutagenesis, chromosomal aberration in Chinese Hamster Ovary cells, and in *in vivo* rat micronucleus assays.

Carcinogenicity studies with elbasvir or grazoprevir have not been conducted.

If ZEPATIER is administered in a regimen containing ribavirin, the information for ribavirin on carcinogenesis and mutagenesis also applies to this combination regimen. Refer to the ribavirin prescribing information for information on carcinogenesis and mutagenesis.

#### Impairment of Fertility

No effects on mating, female or male fertility, or early embryonic development were observed in rats at up to the highest dose tested. Systemic exposures (AUC) to elbasvir and grazoprevir were approximately 8 and 114 times, respectively, the exposure in humans at the recommended human dose.

If ZEPATIER is administered with ribavirin, the information for ribavirin on impairment of fertility also applies to this combination regimen. Refer to the ribavirin prescribing information for information on impairment of fertility.

## 14    CLINICAL STUDIES

### 14.1  Overview of Clinical Trials

The efficacy of ZEPATIER was assessed in 2 placebo-controlled trials and 4 uncontrolled Phase 2 and 3 clinical trials in 1401 subjects with genotype (GT) 1, 4, or 6 chronic hepatitis C virus infection with compensated liver disease (with or without cirrhosis). An overview of the 6 trials (n=1373) contributing to the assessment of efficacy in genotype 1 or 4 is provided in Table 12. C-EDGE TN, C-EDGE COINFECTION, C-SCAPE, and C-EDGE TE also included subjects with genotype 6 HCV infection (n=28).

30

FDA-FLORIDA-004331

Because ZEPATIER is not indicated for genotype 6 infection, results in patients with genotype 6 infection are not included in Clinical Studies (14).

Reference ID: 4531774

FDA-FLORIDA-004332

**Table 12: Trials Conducted with ZEPATIER**

| Trial | Population | Study Groups and Duration (Number of Subjects Treated) |
|---|---|---|
| C-EDGE TN (double-blind) | GT 1, 4 TN with or without cirrhosis | • ZEPATIER for 12 weeks (N=306) • Placebo for 12 weeks (N=102) |
| C-EDGE COINFECTION (open-label) | GT 1, 4 TN with or without cirrhosis HCV/HIV-1 co-infection | • ZEPATIER for 12 weeks (N=217) |
| C-SURFER (double-blind) | GT 1 TN or TE with or without cirrhosis Severe Renal Impairment including Hemodialysis | • EBR* + GZR* for 12 weeks (N=122) • Placebo for 12 weeks (N=113) |
| C-SCAPE (open-label) | GT 4 TN without cirrhosis | • EBR* + GZR* for 12 weeks (N=10) • EBR* + GZR* + RBV for 12 weeks (N=10) |
| C-EDGE TE (open-label) | GT 1, 4 TE with or without cirrhosis with or without HCV/HIV-1 co-infection | • ZEPATIER for 12 or 16 weeks (N=105 and 101, respectively) • ZEPATIER + RBV for 12 or 16 weeks (N=104 and 104, respectively) |
| C-SALVAGE (open-label) | GT 1 TE with HCV protease inhibitor regimen† with or without cirrhosis | • EBR* + GZR* + RBV for 12 weeks (N=79) |

GT = Genotype
TN = Treatment-Naïve
TE = Treatment-Experienced (failed prior treatment with interferon [IFN] or peginterferon alfa [PegIFN] with or without ribavirin [RBV] or were intolerant to prior therapy).
*EBR = elbasvir 50 mg; GZR = grazoprevir 100 mg; EBR + GZR = co-administered as single agents.
† Failed prior treatment with boceprevir, telaprevir, or simeprevir in combination with PegIFN + RBV.

ZEPATIER was administered once daily by mouth in these trials. For subjects who received ribavirin (RBV), the RBV dosage was weight-based (less than 66 kg = 800 mg per day, 66 to 80 kg = 1000 mg per day, 81 to 105 kg = 1200 mg per day, greater than 105 kg = 1400 mg per day) administered by mouth in two divided doses with food.

Sustained virologic response (SVR) was the primary endpoint in all trials and was defined as HCV RNA less than lower limit of quantification (LLOQ) at 12 weeks after the cessation of treatment (SVR12). Serum HCV RNA values were measured during these clinical trials using the COBAS AmpliPrep/COBAS Taqman HCV test (version 2.0) with an LLOQ of 15 HCV RNA IU per mL, with the exception of C-SCAPE where the assay had an LLOQ of 25 HCV RNA IU per mL.

**14.2   Clinical Trials in Treatment-Naïve Subjects with Genotype 1 HCV (C-EDGE TN and C-EDGE COINFECTION)**

The efficacy of ZEPATIER in treatment-naïve subjects with genotype 1 chronic hepatitis C virus infection with or without cirrhosis was demonstrated in the C-EDGE TN and C-EDGE COINFECTION trials.

C-EDGE TN was a randomized, double-blind, placebo-controlled trial in treatment-naïve subjects with genotype 1 or 4 infection with or without cirrhosis. Subjects were randomized in a 3:1 ratio to: ZEPATIER for 12 weeks (immediate treatment group) or placebo for 12 weeks followed by open-label

FDA-FLORIDA-004333

treatment with ZEPATIER for 12 weeks (deferred treatment group). Among subjects with genotype 1 infection randomized to the immediate treatment group, the median age was 55 years (range: 20 to 78); 56% of the subjects were male; 61% were White; 20% were Black or African American; 8% were Hispanic or Latino; mean body mass index was 26 kg/m²; 72% had baseline HCV RNA levels greater than 800,000 IU per mL; 24% had cirrhosis; 67% had non-C/C IL28B alleles (CT or TT); and 55% had genotype 1a and 45% had genotype 1b chronic HCV infection.

C-EDGE COINFECTION was an open-label, single-arm trial in treatment-naïve HCV/HIV-1 co-infected subjects with genotype 1 or 4 infection with or without cirrhosis. Subjects received ZEPATIER for 12 weeks. Among subjects with genotype 1 infection, the median age was 50 years (range: 21 to 71); 85% of the subjects were male; 75% were White; 19% were Black or African American; 6% were Hispanic or Latino; mean body mass index was 25 kg per m²; 59% had baseline HCV RNA levels greater than 800,000 IU per mL; 16% had cirrhosis; 65% had non-C/C IL28B alleles (CT or TT); and 76% had genotype 1a, 23% had genotype 1b, and 1% had genotype 1-Other chronic HCV infection.

Table 13 presents treatment outcomes for ZEPATIER in treatment-naïve subjects with genotype 1 infection from C-EDGE TN (immediate treatment group) and C-EDGE COINFECTION. For treatment outcomes for ZEPATIER in genotype 4 infection, *[see Clinical Studies (14.5)]*.

**Table 13: C-EDGE TN and C-EDGE COINFECTION: SVR12 in Treatment-Naïve Subjects with or without Cirrhosis with Genotype 1 HCV Treated with ZEPATIER for 12 Weeks**

| Trial | C-EDGE TN (Immediate Treatment Group) | C-EDGE COINFECTION (HCV/HIV-1 Co-Infection) |
|---|---|---|
| **Regimen** | **ZEPATIER 12 Weeks N=288** | **ZEPATIER 12 Weeks N=189** |
| SVR in Genotype 1 | 95% (273/288) | 95% (179/189) |
| Outcome for subjects without SVR | | |
| On-treatment Virologic Failure* | <1% (1/288) | 0% (0/189) |
| Relapse | 3% (10/288) | 3% (6/189) |
| Other† | 1% (4/288) | 2% (4/189) |
| SVR by Genotype 1 Subtypes | | |
| GT 1a‡ | 92% (144/157) | 94% (136/144) |
| GT 1b§ | 98% (129/131) | 96% (43/45) |
| SVR by Cirrhosis status | | |
| Non-cirrhotic | 94% (207/220) | 94% (148/158) |
| Cirrhotic | 97% (66/68) | 100% (31/31) |

*Includes subjects with virologic breakthrough.
†Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
‡For the impact of baseline NS5A polymorphisms on SVR12, *[see Microbiology (12.4)], Table 11*.
§Includes genotype 1 subtypes other than 1a or 1b.

**14.3  Clinical Trials in Treatment-Experienced Subjects with Genotype 1 HCV**

Treatment-Experienced Subjects who Failed Prior PegIFN with RBV Therapy (C-EDGE TE)

Reference ID: 4531774

FDA-FLORIDA-004334

C-EDGE TE was a randomized, open-label comparative trial in subjects with genotype 1 or 4 infection, with or without cirrhosis, with or without HCV/HIV-1 co-infection, who had failed prior therapy with PegIFN + RBV therapy. Subjects were randomized in a 1:1:1:1 ratio to one of the following treatment groups: ZEPATIER for 12 weeks, ZEPATIER + RBV for 12 weeks, ZEPATIER for 16 weeks, or ZEPATIER + RBV for 16 weeks. Among subjects with genotype 1 infection, the median age was 57 years (range: 19 to 77); 64% of the subjects were male; 67% were White; 18% were Black or African American; 9% were Hispanic or Latino; mean body mass index was 28 kg/m$^2$; 78% had baseline HCV RNA levels greater than 800,000 IU/mL; 34% had cirrhosis; 79% had non-C/C IL28B alleles (CT or TT); and 60% had genotype 1a, 39% had genotype 1b, and 1% had genotype 1-Other chronic HCV infection.

Treatment outcomes in genotype 1 subjects treated with ZEPATIER for 12 weeks or ZEPATIER with RBV for 16 weeks are presented in Table 14. Treatment outcomes with ZEPATIER with RBV for 12 weeks or without RBV for 16 weeks are not shown because these regimens are not recommended in PegIFN/RBV-experienced genotype 1 patients. For treatment outcomes for ZEPATIER in genotype 4 infection, *[see Clinical Studies (14.5)]*.

**Table 14: C-EDGE TE: SVR12 in Treatment-Experienced Subjects who Failed Prior PegIFN with RBV with or without Cirrhosis, with or without HCV/HIV-1 Co-infection with Genotype 1 HCV Treated with ZEPATIER for 12 Weeks or ZEPATIER with Ribavirin for 16 Weeks**

| Regimen | ZEPATIER 12 weeks N=96 | ZEPATIER + RBV 16 weeks N=96 |
|---|---|---|
| SVR in Genotype 1 | 94% (90/96) | 97% (93/96) |
| Outcome for subjects without SVR | | |
| On-treatment Virologic Failure* | 0% (0/96) | 0% (0/96) |
| Relapse | 5% (5/96) | 0% (0/96) |
| Other† | 1% (1/96) | 3% (3/96) |
| SVR by Genotype 1 Subtypes | | |
| GT 1a‡ | 90% (55/61) | 95% (55/58) |
| GT 1b§ | 100% (35/35) | 100% (38/38) |
| SVR by Cirrhosis status | | |
| Non-cirrhotic | 94% (61/65) | 95% (61/64) |
| Cirrhotic | 94% (29/31) | 100% (32/32) |
| SVR by Response to Prior HCV Therapy | | |
| On-treatment Virologic Failure¶ | 90% (57/63) | 95% (58/61) |
| Relapser | 100% (33/33) | 100% (35/35) |

*Includes subjects with virologic breakthrough or rebound.
†Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
‡For the impact of baseline NS5A polymorphisms on SVR, *[see Microbiology (12.4)], Table 11.*
§Includes genotype 1 subtypes other than 1a or 1b.
¶Includes prior null responders and partial responders.

Treatment-Experienced Subjects who Failed Prior PegIFN + RBV + HCV Protease Inhibitor Therapy (C-SALVAGE)

FDA-FLORIDA-004335

C-SALVAGE was an open-label single-arm trial in subjects with genotype 1 infection, with or without cirrhosis, who had failed prior treatment with boceprevir, simeprevir, or telaprevir in combination with PegIFN + RBV. Subjects received EBR 50 mg once daily + GZR 100 mg once daily + RBV for 12 weeks. Subjects had a median age of 55 years (range: 23 to 75); 58% of the subjects were male; 97% were White; 3% were Black or African American; 15% were Hispanic or Latino; mean body mass index was 28 kg/m$^2$; 63% had baseline HCV RNA levels greater than 800,000 IU/mL; 43% had cirrhosis; and 97% had non-C/C IL28B alleles (CT or TT); 46% had baseline NS3 resistance-associated substitutions.

Overall SVR was achieved in 96% (76/79) of subjects receiving EBR + GZR + RBV for 12 weeks. Four percent (3/79) of subjects did not achieve SVR due to relapse. Treatment outcomes were consistent in genotype 1a and genotype 1b subjects, in subjects with different response to previous HCV therapy, and in subjects with or without cirrhosis. Treatment outcomes were generally consistent in subjects with or without NS3 resistance-associated substitutions at baseline, although limited data are available for subjects with specific NS3 resistance-associated substitutions *[see Microbiology (12.4)]*.

### 14.4  Clinical Trial in Subjects with Genotype 1 HCV and Severe Renal Impairment including Subjects on Hemodialysis (C-SURFER)

C-SURFER was a randomized, double-blind, placebo-controlled trial in subjects with genotype 1 infection, with or without cirrhosis, with chronic kidney disease (CKD) Stage 4 (eGFR15-29 mL/min/1.73 m$^2$) or CKD Stage 5 (eGFR <15 mL/min/1.73 m$^2$), including subjects on hemodialysis, who were treatment-naïve or who had failed prior therapy with IFN or PegIFN ± RBV therapy. Subjects were randomized in a 1:1 ratio to one of the following treatment groups: EBR 50 mg once daily + GZR 100 mg once daily for 12 weeks (immediate treatment group) or placebo for 12 weeks followed by open-label treatment with EBR + GZR for 12 weeks (deferred treatment group). In addition, 11 subjects received open-label EBR + GZR for 12 weeks (intensive pharmacokinetic [PK] group). Subjects randomized to the immediate treatment group and intensive PK group had a median age of 58 years (range: 31 to 76); 75% of the subjects were male; 50% were White; 45% were Black or African American; 11% were Hispanic or Latino; 57% had baseline HCV RNA levels greater than 800,000 IU/mL; 6% had cirrhosis; and 72% had non-C/C IL28B alleles (CT or TT).

Treatment outcomes in subjects treated with ZEPATIER for 12 weeks in the pooled immediate treatment group and intensive PK group are presented in Table 15.

35

FDA-FLORIDA-004336

**Table 15: C-SURFER: SVR12 in Subjects with Severe Renal Impairment including Subjects on Hemodialysis who were Treatment-Naïve or had Failed Prior IFN or PegIFN ± RBV, with or without Cirrhosis, with Genotype 1 HCV Treated with ZEPATIER for 12 Weeks**

| Regimen | EBR + GZR<br>12 weeks<br>(Immediate Treatment Group)<br>N=122* |
|---|---|
| Overall SVR | 94% (115/122)† |
| Outcome for subjects without SVR | |
| On-treatment Virologic Failure | 0% (0/122) |
| Relapse | <1% (1/122) |
| Other‡ | 5% (6/122) |
| SVR by Genotype | |
| GT 1a | 97% (61/63) |
| GT 1b§ | 92% (54/59) |
| SVR by Cirrhosis status | |
| No | 95% (109/115) |
| Yes | 86% (6/7) |
| SVR by Prior HCV Treatment Status | |
| Treatment-naïve | 95% (96/101) |
| Treatment-experienced | 90% (19/21) |
| SVR by Dialysis Status | |
| No | 97% (29/30) |
| Yes | 93% (86/92) |
| SVR by Chronic Kidney Disease Stage | |
| Stage 4 | 100% (22/22) |
| Stage 5 | 93% (93/100) |

*Includes subjects (n=11) in the intensive PK group.
†SVR was achieved in 99% (115/116) of subjects in the pre-specified primary analysis population, which excluded subjects not receiving at least one dose of study treatment and those with missing data due to death or early study discontinuation for reasons unrelated to treatment response.
‡Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
§Includes genotype 1 subtypes other than 1a or 1b.

### 14.5   Clinical Trials with Genotype 4 HCV

The efficacy of ZEPATIER in subjects with genotype 4 chronic HCV infection was demonstrated in C-EDGE TN, C-EDGE COINFECTION, C-EDGE TE, and C-SCAPE. C-SCAPE was a randomized, open-label trial which included treatment-naïve subjects with genotype 4 infection without cirrhosis. Subjects were randomized in a 1:1 ratio to EBR 50 mg once daily + GZR 100 mg once daily for 12 weeks or EBR 50 mg once daily + GZR 100 mg once daily + RBV for 12 weeks. In these combined studies in subjects with genotype 4 infection, 64% were treatment-naïve; 66% of the subjects were male; 87% were White; 10% were Black or African American; 22% had cirrhosis; and 30% had HCV/HIV-1 co-infection.

In C-SCAPE, C-EDGE TN, and C-EDGE COINFECTION trials combined, a total of 66 genotype 4 treatment-naïve subjects received ZEPATIER or EBR + GZR for 12 weeks. In these combined trials, SVR12 among subjects treated with ZEPATIER or EBR + GZR for 12 weeks was 97% (64/66).

In C-EDGE TE, a total of 37 genotype 4 treatment-experienced subjects received a 12- or 16-week ZEPATIER with or without RBV regimen. SVR12 among randomized subjects treated with ZEPATIER + RBV for 16 weeks was 100% (8/8).

36

FDA-FLORIDA-004337

**16     HOW SUPPLIED/STORAGE AND HANDLING**

This Drug was imported from Canada without the authorization of Merck & Co.™ under the State of Florida Section 804 Importation Program.

Imported By LifeScience Logistics LLC, Lakeland, FL 33815

Each ZEPATIER tablet contains 50 mg elbasvir and 100 mg grazoprevir, is beige, oval-shaped, film-coated, debossed with "770" on one side and plain on the other. The tablets are packaged into a carton (NDC 42067-xxxx-xx) containing two (2) 14-count child-resistant dose packs for a total of 28 tablets.
Store ZEPATIER in the original blister package until use to protect from moisture.
Store ZEPATIER at 20°C to 25°C (68°F to 77°F); excursions permitted between 15°C to 30°C (between 59°F to 86°F) [see USP Controlled Room Temperature].

**17     PATIENT COUNSELING INFORMATION**

Advise the patient to read the FDA-approved patient labeling (Patient Information).
For patients receiving ZEPATIER with ribavirin, advise patients to read the FDA-approved patient labeling (Medication Guide) for ribavirin *[see Warnings and Precautions (5.4)]*.

Risk of Hepatitis B Virus Reactivation in Patients Coinfected with HCV and HBV
Inform patients that HBV reactivation can occur in patients coinfected with HBV during or after treatment of HCV infection. Advise patients to tell their healthcare provider if they have a history of hepatitis B virus infection [see Warnings and Precautions (*5.1)]*.

Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease
Advise patients to seek medical evaluation immediately for symptoms of worsening liver problems such as nausea, tiredness, yellowing of the skin or white part of the eyes, bleeding or bruising more easily than normal, confusion, loss of appetite, diarrhea, dark or brown urine, dark or bloody stool, swelling of the stomach area (abdomen) or pain in the upper right side of the stomach area, sleepiness, or vomiting of blood *[see Warnings and Precautions (5.3)]*.

Risk of ALT Elevations
Inform patients to watch for early warning signs of liver inflammation, such as fatigue, weakness, lack of appetite, nausea and vomiting, as well as later signs such as jaundice and discolored feces, and to consult their healthcare professional without delay if such symptoms occur *[see Warnings and Precautions (5.2) and Adverse Reactions (6.1)]*.

Pregnancy
Advise patients taking ZEPATIER with ribavirin to avoid pregnancy during treatment and within 6 months of stopping ribavirin and to notify their healthcare provider immediately in the event of a pregnancy *[see Use in Specific Populations (8.1)]*.

Drug Interactions
Inform patients that ZEPATIER may interact with some drugs; therefore, advise patients to report the use of any prescription, non-prescription medication, or herbal products to their healthcare provider *[see Contraindications (4), Warnings and Precautions (5.5), and Drug Interactions (7)]*.

Storage
Advise patients to store ZEPATIER in the original package until use to protect from moisture *[see How Supplied/Storage and Handling (16)]*.

Administration
Advise patients to take ZEPATIER every day at the regularly scheduled time with or without food. Inform patients that it is important not to miss or skip doses and to take ZEPATIER for the duration that is recommended by the healthcare provider.

Reference ID: 4531774

FDA-FLORIDA-004338

Manufactured for: Merck Sharp & Dohme Corp., a subsidiary of

 **MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

For patent information: www.merck.com/product/patent/home.html

Copyright © 2016-XXXX Merck Sharp & Dohme Corp., a subsidiary of **Merck & Co., Inc.**
All rights reserved.

uspi-mk5172a-t-XXXXrXXX

**FDA-FLORIDA-004339**

38

**FDA-FLORIDA-004340**

Patient Information
**ZEPATIER® (ZEP-ah-teer)**
(elbasvir and grazoprevir)
tablets

---

**What you need to know about ZEPATIER**

- Before you take this medicine, be sure you understand what it is for and how to take it safely.
- Keep this information.
- If you have questions about this medicine, ask your healthcare provider or pharmacist.
- Every time you get a refill, look at the Patient Information. There may be new information.
- Your healthcare provider may prescribe ZEPATIER with a medicine called ribavirin. Ribavirin is also known as Rebetol®, Copegus®, Ribasphere®, and Moderiba®. **If you take ZEPATIER and ribavirin, be sure you read the Medication Guide for ribavirin.**

---

**What is the most important information I should know about ZEPATIER?**

ZEPATIER can cause serious side effects, including,

**Hepatitis B virus reactivation**: Before starting treatment with ZEPATIER, your healthcare provider will do blood tests to check for hepatitis B virus infection. If you have ever had hepatitis B virus infection, the hepatitis B virus could become active again during or after treatment of hepatitis C virus infection with ZEPATIER. Hepatitis B virus becoming active again (called reactivation) may cause serious liver problems including liver failure and death. Your healthcare provider will monitor you if you are at risk for hepatitis B virus reactivation during treatment and after you stop taking ZEPATIER.

**For more information about side effects, see the section "What are the possible side effects of ZEPATIER?"**

**What is ZEPATIER®?**

ZEPATIER is a prescription medicine used with or without ribavirin to treat chronic (long-lasting) hepatitis C virus (HCV) genotypes 1 or 4 infection in adults.

It is not known if ZEPATIER is safe or effective in children under 18 years old, people awaiting a liver transplant, or people who have had a liver transplant.

**Who should not take ZEPATIER?**

Do not take ZEPATIER if you have certain liver problems.

**What should I tell my healthcare provider before taking ZEPATIER?**

**Before taking ZEPATIER, tell your healthcare provider about all of your medical conditions, including if you:**

- have ever had hepatitis B virus infection
- have liver problems other than hepatitis C

FDA-FLORIDA-004341

- have ever taken any medicine for hepatitis C
- have HIV
- have had or are waiting for a liver transplant
- are pregnant or trying to get pregnant. ZEPATIER has not been studied in pregnant women. We do not know if ZEPATIER will harm your baby while you are pregnant.
  - **Males and females who take ZEPATIER and ribavirin should also read the ribavirin Medication Guide for important pregnancy, contraception, and infertility information.**
- are breastfeeding or plan to breastfeed. We do not know if ZEPATIER gets in your breast milk and gets passed to your baby.
  - **Talk to your healthcare provider about the best way to feed your baby during treatment with ZEPATIER.**

## Are you taking other medicines?

**Tell your healthcare provider about all of the medicines you take**, including prescription and over-the-counter medicines, vitamins, and herbal supplements. ZEPATIER may affect the way other medicines work, and other medicines may affect how ZEPATIER works. Some medicines cannot be taken with ZEPATIER. Your healthcare provider can tell you if it is safe to take ZEPATIER with other medicines.

- Know the medicines you take. Keep a list of your medicines and show it to your healthcare provider and pharmacist when you get a new medicine.
- You can ask your healthcare provider or pharmacist for a list of medicines that interact with this medicine.
- **Do not start taking a new medicine without telling your healthcare provider.**

## How do I take ZEPATIER?

- **Take 1 ZEPATIER tablet at the same time every day.**
- ZEPATIER comes in a blister package of individually-packaged tablets. Keep the tablets in this package until you are ready to take your dose.
- Take ZEPATIER exactly as your healthcare provider tells you to take it.
- Take ZEPATIER with or without food.
- Do not stop taking ZEPATIER without first talking with your healthcare provider.
- If you take more than your prescribed dose, call your healthcare provider right away.

## What if I forget to take ZEPATIER?

- Do not take two doses of ZEPATIER at the same time to make up for a missed dose.
- If you are not sure what to do, call your healthcare provider or pharmacist. It is important that you do not miss or skip doses of ZEPATIER during treatment.

## What are the possible side effects of ZEPATIER?

**ZEPATIER can cause serious side effects, including:**
**Hepatitis B virus reactivation.** See "What is the most important information I should know about ZEPATIER?"

**Signs of liver problems. ZEPATIER may cause increases in your liver-related blood tests**. This could be a sign of serious liver problems. Your healthcare provider will do blood tests to check your liver before and during treatment with ZEPATIER. Tell your healthcare provider right away if you get any of the following symptoms or if they get worse during treatment with ZEPATIER:

2

FDA-FLORIDA-004342

- loss of appetite
- nausea and vomiting
- feeling tired or weak
- confusion
- sleepiness
- vomiting of blood

- yellowing of your skin or eyes
- color changes in your stool or urine
- bleeding or bruising more easily than normal
- diarrhea
- swelling of the stomach area (abdomen) or pain in the upper right side of the stomach area

**Common side effects of ZEPATIER when used without ribavirin include:**

- feeling tired
- headache
- nausea

- trouble sleeping
- diarrhea

**Common side effects of ZEPATIER when used with ribavirin include:**

- low red blood cell counts (anemia)
- headache
- feeling tired
- shortness of breath
- rash or itching

- feeling irritable
- stomach pain
- depression
- joint pain

**If you have any side effect that bothers you or that does not go away, tell your healthcare provider.**

There may be other side effects to ZEPATIER that are not listed.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088. For more information or medical advice call your doctor.

**Where should I keep ZEPATIER?**

- Keep ZEPATIER in its original packaging (blister package) until you are ready to take it. Do not take the tablets out of the original blister package to store in another container such as a pill box. This is important because the tablets are sensitive to moisture. The package is designed to protect them.
- Keep ZEPATIER at room temperature.
- Keep ZEPATIER and all medicines out of the reach of children.

**General information about ZEPATIER**

- Medicines are sometimes prescribed for purposes other than those listed in the patient information. Do not use ZEPATIER for a condition for which it was not prescribed. Do not give ZEPATIER to other people, even if they have the same condition. It may harm them.
- If you would like more information, talk with your healthcare provider or pharmacist. You can ask them for information about ZEPATIER that was written for health professionals.
- For more information, call Merck, the company that makes ZEPATIER, at 1-877-888-4231 or go to www.ZEPATIER.com.

**What are the ingredients in ZEPATIER?**

3

FDA-FLORIDA-004343

The active ingredients are: elbasvir and grazoprevir.

The inactive ingredients are: colloidal silicon dioxide, copovidone, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, mannitol, microcrystalline cellulose, sodium chloride, sodium lauryl sulfate, and vitamin E polyethylene glycol succinate.
The tablets are film-coated with a coating material containing the following inactive ingredients: carnauba wax, ferrosoferric oxide, hypromellose, iron oxide red, iron oxide yellow, lactose monohydrate, titanium dioxide, and triacetin.

---

This Patient Information has been approved by the U.S. Food and Drug Administration.



Manufactured for: Merck Sharp & Dohme Corp., a subsidiary of
MERCK & CO., INC., Whitehouse Station, NJ 08889, USA
For patent information: www.merck.com/product/patent/home.html
The trademarks depicted herein are owned by their respective companies.
Copyright © 2016-XXXX Merck Sharp & Dohme Corp., a subsidiary of **Merck & Co., Inc.**
All rights reserved.

Issued: 12/2019
usppi-mk5172a-t-XXXXrXXX

Reference ID: 4531774

**FDA-FLORIDA-004344**

Latest FDA Approved Label

FDA-FLORIDA-004345

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use ZEPATIER safely and effectively. See full prescribing information for ZEPATIER.**

**ZEPATIER® (elbasvir and grazoprevir) tablets, for oral use**
**Initial U.S. Approval: 2016**

---

**WARNING: RISK OF HEPATITIS B VIRUS REACTIVATION IN PATIENTS COINFECTED WITH HCV AND HBV**
*See full prescribing information for complete boxed warning.*

**Hepatitis B virus (HBV) reactivation has been reported, in some cases resulting in fulminant hepatitis, hepatic failure, and death. (5.1)**

---

**----------------------RECENT MAJOR CHANGES --------------------**

| | |
|---|---|
| Dosage and Administration | |
| Hepatic Impairment (2.4) | 12/2019 |
| Contraindications (4) | 12/2019 |
| Warnings and Precautions | |
| Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease (5.3) | 12/2019 |

**-------------------------INDICATIONS AND USAGE-------------------------**
ZEPATIER is a fixed-dose combination product containing elbasvir, a hepatitis C virus (HCV) NS5A inhibitor, and grazoprevir, an HCV NS3/4A protease inhibitor, and is indicated for treatment of chronic HCV genotype 1 or 4 infection in adults. ZEPATIER is indicated for use in certain patient populations. (1)

**-----------------------DOSAGE AND ADMINISTRATION ------------------------**
- Testing Prior to Initiation of Therapy:
  - Test all patients for HBV infection by measuring HBsAg and anti-HBc. (2.1)
  - Genotype 1a: Testing for the presence of virus with NS5A resistance-associated polymorphisms is recommended. (2.1)
  - Obtain hepatic laboratory testing. (2.1)
- Recommended dosage: One tablet taken orally once daily with or without food. (2.2)

**Dosage Regimens and Durations for ZEPATIER in Patients with Genotype 1 or 4 HCV with or without Cirrhosis**

| Patient Population | Treatment | Duration |
|---|---|---|
| Genotype 1a:<br>Treatment-naïve or PegIFN/RBV-experienced* without baseline NS5A polymorphisms† | ZEPATIER | 12 weeks |
| Genotype 1a:<br>Treatment-naïve or PegIFN/RBV-experienced* with baseline NS5A polymorphisms† | ZEPATIER + ribavirin | 16 weeks |
| Genotype 1b:<br>Treatment-naïve or PegIFN/RBV-experienced* | ZEPATIER | 12 weeks |
| Genotype 1a or 1b:<br>PegIFN/RBV/PI-experienced‡ | ZEPATIER + ribavirin | 12 weeks |
| Genotype 4:<br>Treatment-naïve | ZEPATIER | 12 weeks |
| Genotype 4:<br>PegIFN/RBV-experienced* | ZEPATIER + ribavirin | 16 weeks |

*Peginterferon alfa + ribavirin.
†Polymorphisms at amino acid positions 28, 30, 31, or 93.
‡Peginterferon alfa + ribavirin + HCV NS3/4A protease inhibitor.

- HCV/HIV-1 co-infection: Follow the dosage recommendations in the table above. (2.2)
- Renal Impairment, including hemodialysis: No dosage adjustment of ZEPATIER is recommended. Refer to ribavirin prescribing information for ribavirin dosing and dosage modifications. (2.3)

**---------------------- DOSAGE FORMS AND STRENGTHS ---------------------**
- Tablets: 50 mg elbasvir and 100 mg grazoprevir (3)

**-----------------------------CONTRAINDICATIONS----------------------------**
- Patients with moderate or severe hepatic impairment (Child-Pugh B or C). (4)
- OATP1B1/3 inhibitors that are known or expected to significantly increase grazoprevir plasma concentrations, strong CYP3A inducers, and efavirenz. (4)
- If ZEPATIER is administered with ribavirin, the contraindications to ribavirin also apply. (4)

**----------------------- WARNINGS AND PRECAUTIONS -----------------------**
- Risk of Hepatitis B Virus Reactivation: Test all patients for evidence of current or prior HBV infection before initiation of HCV treatment. Monitor HCV/HBV coinfected patients for HBV reactivation and hepatitis flare during HCV treatment and post-treatment follow-up. Initiate appropriate patient management for HBV infection as clinically indicated. (5.1)
- ALT Elevations: Perform hepatic laboratory testing prior to therapy, at treatment week 8, and as clinically indicated. For patients receiving 16 weeks of therapy, perform additional hepatic laboratory testing at treatment week 12. For ALT elevations on ZEPATIER, follow recommendations in full prescribing information. (5.2)
- Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease: Hepatic decompensation/failure, including fatal outcomes, have been reported mostly in patients with cirrhosis and baseline moderate or severe liver impairment (Child-Pugh B or C) treated with HCV NS3/4A protease inhibitor-containing regimens. Monitor for clinical and laboratory evidence of hepatic decompensation. Discontinue ZEPATIER in patients who develop evidence of hepatic decompensation/failure. (5.3)
- Risk Associated with Ribavirin Combination Treatment: If ZEPATIER is administered with ribavirin, the warnings and precautions for ribavirin also apply. (5.4)

**------------------------------ ADVERSE REACTIONS, -------------------------**
In subjects receiving ZEPATIER for 12 weeks, the most commonly reported adverse reactions of all intensity (greater than or equal to 5% in placebo-controlled trials) were fatigue, headache, and nausea. In subjects receiving ZEPATIER with ribavirin for 16 weeks, the most commonly reported adverse reactions of moderate or severe intensity (greater than or equal to 5%) were anemia and headache. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Merck Sharp & Dohme Corp., a subsidiary of Merck & Co., Inc., at 1-877-888-4231 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**------------------------------DRUG INTERACTIONS----------------------------**
- Co-administration of ZEPATIER with moderate CYP3A inducers is not recommended as they may decrease the plasma concentration of ZEPATIER. (7)
- Co-administration of ZEPATIER with certain strong CYP3A inhibitors is not recommended as they may increase the plasma concentration of ZEPATIER. (7)
- Clearance of HCV infection with direct-acting antivirals may lead to changes in hepatic function, which may impact safe and effective use of concomitant medications. Frequent monitoring of relevant laboratory parameters (INR or blood glucose) and dose adjustments of certain concomitant medications may be necessary. (7.2)
- Consult the full prescribing information prior to and during treatment for potential drug interactions. (4, 5.5, 7, 12.3)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 12/2019**

FDA-FLORIDA-004346

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: RISK OF HEPATITIS B VIRUS REACTIVATION IN PATIENTS COINFECTED WITH HCV AND HBV**
**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
    2.1    Testing Prior to the Initiation of Therapy
    2.2    Recommended Dosage in Adults
    2.3    Renal Impairment
    2.4    Hepatic Impairment
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
    5.1    Risk of Hepatitis B Virus Reactivation in Patients Coinfected with HCV and HBV
    5.2    Increased Risk of ALT Elevations
    5.3    Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease
    5.4    Risks Associated with Ribavirin Combination Treatment
    5.5    Risk of Adverse Reactions or Reduced Therapeutic Effect Due to Drug Interactions
**6    ADVERSE REACTIONS**
    6.1    Clinical Trials Experience
    6.2    Postmarketing Experience
**7    DRUG INTERACTIONS**
    7.1    Potential for Drug Interactions
    7.2    Established and other Potentially Significant Drug Interactions
    7.3    Drugs without Clinically Significant Interactions with ZEPATIER
**8    USE IN SPECIFIC POPULATIONS**
    8.1    Pregnancy
    8.2    Lactation
    8.3    Females and Males of Reproductive Potential
    8.4    Pediatric Use
    8.5    Geriatric Use
    8.6    Gender
    8.7    Race
    8.8    Renal Impairment
    8.9    Hepatic Impairment
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
    12.1   Mechanism of Action
    12.2   Pharmacodynamics
    12.3   Pharmacokinetics
    12.4   Microbiology
**13   NONCLINICAL TOXICOLOGY**
    13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
**14   CLINICAL STUDIES**
    14.1   Overview of Clinical Trials
    14.2   Clinical Trials in Treatment-Naïve Subjects with Genotype 1 HCV (C-EDGE TN and C-EDGE COINFECTION)
    14.3   Clinical Trials in Treatment-Experienced Subjects with Genotype 1 HCV
    14.4   Clinical Trial in Subjects with Genotype 1 HCV and Severe Renal Impairment including Subjects on Hemodialysis (C-SURFER)
    14.5   Clinical Trials with Genotype 4 HCV
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

FDA-FLORIDA-004347

**FULL PRESCRIBING INFORMATION**

<table>
<tr><td>

**WARNING: RISK OF HEPATITIS B VIRUS REACTIVATION IN PATIENTS COINFECTED WITH HCV AND HBV**

**Test all patients for evidence of current or prior hepatitis B virus (HBV) infection before initiating treatment with ZEPATIER. HBV reactivation has been reported in HCV/HBV coinfected patients who were undergoing or had completed treatment with HCV direct acting antivirals and were not receiving HBV antiviral therapy. Some cases have resulted in fulminant hepatitis, hepatic failure, and death. Monitor HCV/HBV coinfected patients for hepatitis flare or HBV reactivation during HCV treatment and post-treatment follow-up. Initiate appropriate patient management for HBV infection as clinically indicated [see Warnings and Precautions (5.1)].**

</td></tr>
</table>

**1      INDICATIONS AND USAGE**

ZEPATIER® is indicated for the treatment of chronic hepatitis C virus (HCV) genotype 1 or 4 infection in adults.

ZEPATIER is indicated for use with ribavirin in certain patient populations *[see Dosage and Administration (2.2)]*.

**2      DOSAGE AND ADMINISTRATION**

**2.1    Testing Prior to the Initiation of Therapy**

Testing for HBV Infection
Test all patients for evidence of current or prior HBV infection by measuring hepatitis B surface antigen (HBsAg) and hepatitis B core antibody (anti-HBc) before initiating HCV treatment with ZEPATIER *[see Warnings and Precautions (5.1)]*.

NS5A Resistance Testing in HCV Genotype 1a-Infected Patients
Testing patients with HCV genotype 1a infection for the presence of virus with NS5A resistance-associated polymorphisms is recommended prior to initiation of treatment with ZEPATIER to determine dosage regimen and duration *[see Dosage and Administration (2.2)], Table 1*. In subjects receiving ZEPATIER for 12 weeks, sustained virologic response (SVR12) rates were lower in genotype 1a-infected patients with one or more baseline NS5A resistance-associated polymorphisms at amino acid positions 28, 30, 31, or 93 *[see Microbiology (12.4)], Table 11*.

Hepatic Laboratory Testing
Obtain hepatic laboratory testing prior to and during treatment with ZEPATIER *[see Warnings and Precautions (5.2, 5.3)]*.

**2.2    Recommended Dosage in Adults**

ZEPATIER is a two-drug, fixed-dose combination product containing 50 mg of elbasvir and 100 mg of grazoprevir in a single tablet. The recommended dosage of ZEPATIER is one tablet taken orally once daily with or without food *[see Clinical Pharmacology (12.3)]*. ZEPATIER is used in combination with ribavirin in certain patient populations (see Table 1). When administered with ZEPATIER, the recommended dosage of ribavirin in patients without renal impairment is weight-based administered in two divided doses with food. For further information on ribavirin dosing and dosage modifications, refer to the ribavirin prescribing information.

Treatment Regimen and Duration of Therapy
Relapse rates are affected by baseline host and viral factors and differ between treatment regimens and durations for certain subgroups *[see Clinical Studies (14)]*.

Table 1 below provides the recommended ZEPATIER treatment regimen and duration based on the patient population and genotype in HCV mono-infected and HCV/HIV-1 co-infected patients with or without cirrhosis and with or without renal impairment including patients receiving hemodialysis.

FDA-FLORIDA-004348

**Table 1: Recommended Dosage Regimens and Durations for ZEPATIER for Treatment of HCV Genotype 1 or 4 in Patients with or without Cirrhosis**

| Patient Population | Treatment | Duration |
|---|---|---|
| Genotype 1a: Treatment-naïve or PegIFN/RBV-experienced* without baseline NS5A polymorphisms[†] | ZEPATIER | 12 weeks |
| Genotype 1a: Treatment-naïve or PegIFN/RBV-experienced* with baseline NS5A polymorphisms[†] | ZEPATIER + RBV[‡] | 16 weeks |
| Genotype 1b: Treatment-naïve or PegIFN/RBV-experienced* | ZEPATIER | 12 weeks |
| Genotype 1a[§] or 1b: PegIFN/RBV/PI-experienced[¶] | ZEPATIER + RBV[‡] | 12 weeks |
| Genotype 4: Treatment-Naïve | ZEPATIER | 12 weeks |
| Genotype 4: PegIFN/RBV-experienced* | ZEPATIER + RBV[‡] | 16 weeks |

*Patients who have failed treatment with peginterferon alfa (PegIFN) + ribavirin (RBV).
[†]NS5A resistance-associated polymorphisms at amino acid positions 28, 30, 31, or 93. See section 2.1 Testing prior to the initiation of therapy, subsection NS5A resistance testing in HCV genotype 1a-infected patients.
[‡]For patients with CrCl greater than 50 mL per minute, the recommended dosage of ribavirin is weight-based (less than 66 kg = 800 mg per day, 66 to 80 kg = 1000 mg per day, 81 to 105 kg = 1200 mg per day, greater than 105 kg = 1400 mg per day) administered in two divided doses with food. For patients with CrCl less than or equal to 50 mL per minute, including patients receiving hemodialysis, refer to the ribavirin tablet prescribing information for the correct ribavirin dosage.
[§]The optimal ZEPATIER-based treatment regimen and duration of therapy for PegIFN/RBV/PI-experienced genotype 1a-infected patients with one or more baseline NS5A resistance-associated polymorphisms at positions 28, 30, 31, and 93 has not been established.
[¶]Patients who have failed treatment with PegIFN + RBV + HCV NS3/4A protease inhibitor (PI): boceprevir, simeprevir, or telaprevir.

**2.3     Renal Impairment**

No dosage adjustment of ZEPATIER is recommended in patients with any degree of renal impairment including patients on hemodialysis. Administer ZEPATIER with or without ribavirin according to the recommendations in Table 1 *[see Use in Specific Populations (8.8) and Clinical Studies (14.4)]*. Refer to the ribavirin tablet prescribing information for the correct ribavirin dosage for patients with CrCl less than or equal to 50 mL per minute.

**2.4     Hepatic Impairment**

No dosage adjustment of ZEPATIER is recommended in patients with mild hepatic impairment (Child-Pugh A). ZEPATIER is contraindicated in patients with moderate or severe hepatic impairment (Child-Pugh B or C) or those with any history of prior hepatic decompensation *[see Contraindications (4), Warnings and Precautions (5.3), Use in Specific Populations (8.9), and Clinical Pharmacology (12.3)]*.

**3     DOSAGE FORMS AND STRENGTHS**

ZEPATIER is available as a beige-colored, oval-shaped, film-coated tablet debossed with "770" on one side and plain on the other. Each tablet contains 50 mg elbasvir and 100 mg grazoprevir.

**4     CONTRAINDICATIONS**

- ZEPATIER is contraindicated in patients with moderate or severe hepatic impairment (Child-Pugh B or C) due to the expected significantly increased grazoprevir plasma concentration and the increased risk of alanine aminotransferase (ALT) elevations *[see Warnings and Precautions (5.2), Use in Specific Populations (8.9), and Clinical Pharmacology (12.3)]*.

4

FDA-FLORIDA-004349

- ZEPATIER is contraindicated in patients with moderate or severe hepatic impairment (Child-Pugh B or C) or those with any history of hepatic decompensation due to the risk of hepatic decompensation *[see Warnings and Precautions (5.3), Use in Specific Populations (8.9)]*
- ZEPATIER is contraindicated with inhibitors of organic anion transporting polypeptides 1B1/3 (OATP1B1/3) that are known or expected to significantly increase grazoprevir plasma concentrations, strong inducers of cytochrome P450 3A (CYP3A), and efavirenz *[see Warnings and Precautions (5.5), Drug Interactions (7), and Clinical Pharmacology (12.3)]*.
- If ZEPATIER is administered with ribavirin, the contraindications to ribavirin also apply to this combination regimen. Refer to the ribavirin prescribing information for a list of contraindications for ribavirin.

Table 2 lists drugs that are contraindicated with ZEPATIER.

**Table 2: Drugs that are Contraindicated with ZEPATIER**

| Drug Class | Drug(s) within Class that are Contraindicated | Clinical Comment* |
|---|---|---|
| Anticonvulsants | Phenytoin Carbamazepine | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by strong CYP3A induction. |
| Antimycobacterials | Rifampin | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by strong CYP3A induction. |
| Herbal Products | St. John's Wort (Hypericum perforatum) | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by strong CYP3A induction. |
| HIV Medications | Efavirenz[†] | May lead to loss of virologic response to ZEPATIER due to significant decreases in elbasvir and grazoprevir plasma concentrations caused by CYP3A induction. |
| HIV Medications | Atazanavir Darunavir Lopinavir Saquinavir Tipranavir | May increase the risk of ALT elevations due to a significant increase in grazoprevir plasma concentrations caused by OATP1B1/3 inhibition. |
| Immunosuppressants | Cyclosporine | May increase the risk of ALT elevations due to a significant increase in grazoprevir plasma concentrations caused by OATP1B1/3 inhibition. |

*This table is not a comprehensive list of all drugs that strongly induce CYP3A. This table may not include all OATP1B1/3 inhibitors that significantly increase grazoprevir plasma concentrations.
[†]Efavirenz is included as a strong CYP3A inducer in this table, since co-administration reduced grazoprevir exposure by ≥80% *[see Table 8]*.

5

FDA-FLORIDA-004350

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Risk of Hepatitis B Virus Reactivation in Patients Coinfected with HCV and HBV

Hepatitis B virus (HBV) reactivation has been reported in HCV/HBV coinfected patients who were undergoing or had completed treatment with HCV direct acting antivirals, and who were not receiving HBV antiviral therapy. Some cases have resulted in fulminant hepatitis, hepatic failure and death. Cases have been reported in patients who are HBsAg positive and also in patients with serologic evidence of resolved HBV infection (i.e., HBsAg negative and anti-HBc positive). HBV reactivation has also been reported in patients receiving certain immunosuppressant or chemotherapeutic agents; the risk of HBV reactivation associated with treatment with HCV direct-acting antivirals may be increased in these patients.

HBV reactivation is characterized as an abrupt increase in HBV replication manifesting as a rapid increase in serum HBV DNA level. In patients with resolved HBV infection reappearance of HBsAg can occur. Reactivation of HBV replication may be accompanied by hepatitis, i.e., increases in aminotransferase levels and, in severe cases, increases in bilirubin levels, liver failure, and death can occur.

Test all patients for evidence of current or prior HBV infection by measuring HBsAg and anti-HBc before initiating HCV treatment with ZEPATIER. In patients with serologic evidence of HBV infection, monitor for clinical and laboratory signs of hepatitis flare or HBV reactivation during HCV treatment with ZEPATIER and during post-treatment follow-up. Initiate appropriate patient management for HBV infection as clinically indicated.

### 5.2    Increased Risk of ALT Elevations

During clinical trials with ZEPATIER with or without ribavirin, 1% of subjects experienced elevations of ALT from normal levels to greater than 5 times the upper limit of normal (ULN), generally at or after treatment week 8. ALT elevations were typically asymptomatic and most resolved with ongoing or completion of therapy. Higher rates of late ALT elevations occurred in the following subpopulations: female sex (2% [10/608]), Asian race (2% [4/164]), and age 65 years or older (2% [3/177]) *[see Adverse Reactions (6.1)]*.

Hepatic laboratory testing should be performed prior to therapy, at treatment week 8, and as clinically indicated. For patients receiving 16 weeks of therapy, additional hepatic laboratory testing should be performed at treatment week 12.
- Patients should be instructed to consult their healthcare professional without delay if they have onset of fatigue, weakness, lack of appetite, nausea and vomiting, jaundice, or discolored feces.
- Consider discontinuing ZEPATIER if ALT levels remain persistently greater than 10 times the ULN.
- Discontinue ZEPATIER if ALT elevation is accompanied by signs or symptoms of liver inflammation or increasing conjugated bilirubin, alkaline phosphatase, or International Normalized Ratio (INR).

### 5.3    Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease

Postmarketing cases of hepatic decompensation/failure, including those with fatal outcomes, have been reported in patients treated with HCV NS3/4A protease inhibitor-containing regimens, including ZEPATIER.

Reported cases occurred in patients treated with HCV NS3/4A protease inhibitor-containing regimens with baseline cirrhosis with and without moderate or severe liver impairment (Child-Pugh B or C) as well as some patients without cirrhosis. Because these events are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Hepatic laboratory testing should be performed in all patients *[see Warnings and Precautions (5.2)]*. In patients with compensated cirrhosis (Child-Pugh A) or evidence of advanced liver disease, such as portal hypertension, more frequent hepatic laboratory testing may be warranted; and patients should be monitored

FDA-FLORIDA-004351

for signs and symptoms of hepatic decompensation such as the presence of jaundice, ascites, hepatic encephalopathy, and variceal hemorrhage. Discontinue ZEPATIER in patients who develop evidence of hepatic decompensation/failure.

ZEPATIER is contraindicated in patients with moderate to severe hepatic impairment (Child-Pugh B or C) or those with any history of prior hepatic decompensation *[see Contraindications (4), Adverse Reactions (6.1), Use in Specific Populations (8.9), and Clinical Pharmacology (12.3)]*.

### 5.4   Risks Associated with Ribavirin Combination Treatment

If ZEPATIER is administered with ribavirin, the warnings and precautions for ribavirin, including the pregnancy avoidance warning, also apply to this combination regimen. Refer to the ribavirin prescribing information for a full list of warnings and precautions for ribavirin *[see Dosage and Administration (2.2)]*.

### 5.5   Risk of Adverse Reactions or Reduced Therapeutic Effect Due to Drug Interactions

The concomitant use of ZEPATIER and certain drugs may result in known or potentially significant drug interactions, some of which may lead to:
- Possible clinically significant adverse reactions from greater exposure of concomitant drugs or components of ZEPATIER.
- Significant decrease of elbasvir and grazoprevir plasma concentrations which may lead to reduced therapeutic effect of ZEPATIER and possible development of resistance.

See Tables 2 and 6 for steps to prevent or manage these known or potentially significant drug interactions, including dosing recommendations *[see Contraindications (4) and Drug Interactions (7.2)]*.

## 6   ADVERSE REACTIONS

The following adverse reaction is described below and elsewhere in the labeling:
- Increased Risk of ALT Elevations *[see Warnings and Precautions (5.2)]*.

### 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

If ZEPATIER is administered with ribavirin, refer to the prescribing information for ribavirin for a description of ribavirin-associated adverse reactions.

The safety of ZEPATIER was assessed based on 2 placebo-controlled trials and 7 uncontrolled Phase 2 and 3 clinical trials in approximately 1700 subjects with chronic hepatitis C virus infection with compensated liver disease (with or without cirrhosis) *[see Clinical Studies (14)]*.

<u>Adverse Reactions with ZEPATIER in Treatment-Naïve Subjects</u>
C-EDGE TN was a Phase 3 randomized, double-blind, placebo-controlled trial in 421 treatment-naïve (TN) subjects with HCV infection who received ZEPATIER or placebo one tablet once daily for 12 weeks. Adverse reactions (all intensity) occurring in C-EDGE TN in at least 5% of subjects treated with ZEPATIER for 12 weeks are presented in Table 3. In subjects treated with ZEPATIER who reported an adverse reaction, 73% had adverse reactions of mild severity. The type and severity of adverse reactions in subjects with compensated cirrhosis were comparable to those seen in subjects without cirrhosis. No subjects treated with ZEPATIER or placebo had serious adverse reactions. The proportion of subjects treated with ZEPATIER or placebo who permanently discontinued treatment due to adverse reactions was 1% in each group.

**Table 3: Adverse Reactions (All Intensity) Reported in ≥5% of Treatment-Naïve Subjects with HCV Treated with ZEPATIER for 12 Weeks in C-EDGE TN**

| | C-EDGE TN | |
|---|---|---|
| | **ZEPATIER** | **Placebo** |

FDA-FLORIDA-004352

|  | N=316<br>%<br>12 weeks | N=105<br>%<br>12 weeks |
|---|---|---|
| Fatigue | 11% | 10% |
| Headache | 10% | 9% |

C-EDGE COINFECTION was a Phase 3 open-label trial in 218 treatment-naïve HCV/HIV co-infected subjects who received ZEPATIER one tablet once daily for 12 weeks. Adverse reactions (all intensity) reported in C-EDGE COINFECTION in at least 5% of subjects treated with ZEPATIER for 12 weeks were fatigue (7%), headache (7%), nausea (5%), insomnia (5%), and diarrhea (5%). No subjects reported serious adverse reactions or discontinued treatment due to adverse reactions. No subjects switched their antiretroviral therapy regimen due to loss of plasma HIV-1 RNA suppression. Median increase in CD4+ T-cell counts of 31 cells per mm$^3$ was observed at the end of 12 weeks of treatment.

Adverse Reactions with ZEPATIER with or without Ribavirin in Treatment-Experienced Subjects

C-EDGE TE was a Phase 3 randomized, open-label trial in treatment-experienced (TE) subjects. Adverse reactions of moderate or severe intensity reported in C-EDGE TE in at least 2% of subjects treated with ZEPATIER one tablet once daily for 12 weeks or ZEPATIER one tablet once daily with ribavirin for 16 weeks are presented in Table 4. No subjects treated with ZEPATIER without ribavirin for 12 weeks reported serious adverse reactions or discontinued treatment due to adverse reactions. The proportion of subjects treated with ZEPATIER with ribavirin for 16 weeks with serious adverse reactions was 1%. The proportion of subjects treated with ZEPATIER with ribavirin for 16 weeks who permanently discontinued treatment due to adverse reactions was 3%. The type and severity of adverse reactions in subjects with cirrhosis were comparable to those seen in subjects without cirrhosis.

**Table 4: Adverse Reactions (Moderate or Severe Intensity) Reported in ≥2% of PegIFN/RBV-Experienced Subjects with HCV Treated with ZEPATIER for 12 Weeks or ZEPATIER + Ribavirin for 16 Weeks in C-EDGE TE**

|  | C-EDGE TE | |
|---|---|---|
|  | ZEPATIER<br>N=105<br>%<br>12 weeks | ZEPATIER + Ribavirin<br>N=106<br>%<br>16 weeks |
| Anemia | 0% | 8% |
| Headache | 0% | 6% |
| Fatigue | 5% | 4% |
| Dyspnea | 0% | 4% |
| Rash or Pruritus | 0% | 4% |
| Irritability | 1% | 3% |
| Abdominal pain | 2% | 2% |
| Depression | 1% | 2% |
| Arthralgia | 0% | 2% |
| Diarrhea | 2% | 0% |

The type and severity of adverse reactions with ZEPATIER with or without ribavirin in 10 treatment-experienced subjects with HCV/HIV co-infection were comparable to those reported in subjects without HIV co-infection. Median increase in CD4+ T-cell counts of 32 cells/mm$^3$ was observed at the end of 12 weeks of treatment with ZEPATIER alone. In subjects treated with ZEPATIER with ribavirin for 16 weeks, CD4+ T-cell counts decreased a median of 135 cells per mm$^3$ at the end of treatment. No subjects switched their antiretroviral therapy regimen due to loss of plasma HIV-1 RNA suppression. No subject experienced an AIDS-related opportunistic infection.

C-SALVAGE was a Phase 2 open-label trial in 79 PegIFN/RBV/PI-experienced subjects. Adverse reactions of moderate or severe intensity reported in C-SALVAGE in at least 2% of subjects treated with

Reference ID: 4531774

FDA-FLORIDA-004353

ZEPATIER once daily with ribavirin for 12 weeks were fatigue (3%) and insomnia (3%). No subjects reported serious adverse reactions or discontinued treatment due to adverse reactions.

<u>Adverse Reactions with ZEPATIER in Subjects with Severe Renal Impairment including Subjects on Hemodialysis</u>

The safety of elbasvir and grazoprevir in comparison to placebo in subjects with severe renal impairment (Stage 4 or Stage 5 chronic kidney disease, including subjects on hemodialysis) and chronic hepatitis C virus infection with compensated liver disease (with or without cirrhosis) was assessed in 235 subjects (C-SURFER) *[see Clinical Studies (14.4)]*. The adverse reactions (all intensity) occurring in at least 5% of subjects treated with ZEPATIER for 12 weeks are presented in Table 5. In subjects treated with ZEPATIER who reported an adverse reaction, 76% had adverse reactions of mild severity. The proportion of subjects treated with ZEPATIER or placebo with serious adverse reactions was less than 1% in each treatment arm, and less than 1% and 3% of subjects, respectively, permanently discontinued treatment due to adverse reactions in each treatment arm.

**Table 5: Adverse Reactions (All Intensity) Reported in ≥5% of Treatment-Naïve or PegIFN/RBV-Experienced Subjects with Stage 4 or 5 Chronic Kidney Disease and HCV Treated with ZEPATIER for 12 Weeks in C-SURFER**

|  | ZEPATIER<br>N=122<br>%<br>12 weeks | Placebo<br>N=113<br>%<br>12 weeks |
|---|---|---|
| Nausea | 11% | 8% |
| Headache | 11% | 5% |
| Fatigue | 5% | 8% |

<u>Laboratory Abnormalities in Subjects Receiving ZEPATIER with or without Ribavirin</u>

*Serum ALT Elevations*

During clinical trials with ZEPATIER with or without ribavirin, regardless of treatment duration, 1% (12/1599) of subjects experienced elevations of ALT from normal levels to greater than 5 times the ULN, generally at or after treatment week 8 (mean onset time 10 weeks, range 6-12 weeks). These late ALT elevations were typically asymptomatic. Most late ALT elevations resolved with ongoing therapy with ZEPATIER or after completion of therapy *[see Warnings and Precautions (5.2)]*. The frequency of late ALT elevations was higher in subjects with higher grazoprevir plasma concentrations *[see Drug Interactions (7.1) and Clinical Pharmacology (12.3)]*. The incidence of late ALT elevations was not affected by treatment duration. Cirrhosis was not a risk factor for late ALT elevations.

*Serum Bilirubin Elevations*

During clinical trials with ZEPATIER with or without ribavirin, regardless of treatment duration, elevations in bilirubin at greater than 2.5 times ULN were observed in 6% of subjects receiving ZEPATIER with ribavirin compared to less than 1% in those receiving ZEPATIER alone. These bilirubin increases were predominately indirect and generally observed in association with ribavirin co-administration. Bilirubin elevations were typically not associated with serum ALT elevations.

*Decreased Hemoglobin*

During clinical trials with ZEPATIER with or without ribavirin, the mean change from baseline in hemoglobin levels in subjects treated with ZEPATIER for 12 weeks was −0.3 g per dL and with ZEPATIER with ribavirin for 16 weeks was approximately −2.2 g per dL. Hemoglobin declined during the first 8 weeks of treatment, remained low during the remainder of treatment, and normalized to baseline levels during follow-up. Less than 1% of subjects treated with ZEPATIER with ribavirin had hemoglobin levels decrease to less than 8.5 g per dL during treatment. No subjects treated with ZEPATIER alone had a hemoglobin level less than 8.5 g per dL.

Reference ID: 4531774

**6.2    Postmarketing Experience**

The following adverse reactions have been identified during post approval use of ZEPATIER. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Skin and Subcutaneous Tissue Disorders
Angioedema

Hepatobiliary Disorders
Hepatic decompensation, hepatic failure *[see Warnings and Precautions (5.3)]*

**7    DRUG INTERACTIONS**

**7.1    Potential for Drug Interactions**

Grazoprevir is a substrate of OATP1B1/3 transporters. Co-administration of ZEPATIER with OATP1B1/3 inhibitors that are known or expected to significantly increase grazoprevir plasma concentrations is contraindicated *[see Contraindications (4), Clinical Pharmacology (12.3)], and Table 2*.

Elbasvir and grazoprevir are substrates of CYP3A and P-gp, but the role of intestinal P-gp in the absorption of elbasvir and grazoprevir appears to be minimal. Co-administration of moderate or strong inducers of CYP3A with ZEPATIER may decrease elbasvir and grazoprevir plasma concentrations, leading to reduced therapeutic effect of ZEPATIER. Co-administration of ZEPATIER with strong CYP3A inducers or efavirenz is contraindicated *[see Contraindications (4), Clinical Pharmacology (12.3)], and Table 2*. Co-administration of ZEPATIER with moderate CYP3A inducers is not recommended *[see Warnings and Precautions (5.5), Clinical Pharmacology (12.3), and Table 6*. Co-administration of ZEPATIER with strong CYP3A inhibitors may increase elbasvir and grazoprevir concentrations. Co-administration of ZEPATIER with certain strong CYP3A inhibitors is not recommended *[see Warnings and Precautions (5.5), Clinical Pharmacology (12.3)], and Table 6*.

**7.2    Established and other Potentially Significant Drug Interactions**

If dose adjustments of concomitant medications are made due to treatment with ZEPATIER, doses should be readjusted after administration of ZEPATIER is completed.

Clearance of HCV infection with direct-acting antivirals may lead to changes in hepatic function, which may impact the safe and effective use of concomitant medications. For example, altered blood glucose control resulting in serious symptomatic hypoglycemia has been reported in diabetic patients in postmarketing case reports and published epidemiological studies. Management of hypoglycemia in these cases required either discontinuation or dose modification of concomitant medications used for diabetes treatment.

Frequent monitoring of relevant laboratory parameters (e.g., International Normalized Ratio [INR] in patients taking warfarin, blood glucose levels in diabetic patients) or drug concentrations of concomitant medications such as CYP450 substrates with a narrow therapeutic index (e.g., certain immunosuppressants) is recommended to ensure safe and effective use. Dose adjustments of concomitant medications may be necessary.

Table 6 provides a listing of established or potentially clinically significant drug interactions. The drug interactions described are based on studies conducted with either ZEPATIER, the components of ZEPATIER (elbasvir [EBR] and grazoprevir [GZR]) as individual agents, or are predicted drug interactions that may occur with ZEPATIER *[see Contraindications (4), Warnings and Precautions (5.5), and Clinical Pharmacology (12.3)]*.

**Table 6: Potentially Significant Drug Interactions: Alteration in Dose May Be Recommended Based on Results from Drug Interaction Studies or Predicted Interactions\***

| Concomitant Drug Class: Drug Name | Effect on Concentration[†] | Clinical Comment |
|---|---|---|
| **Antibiotics**: nafcillin | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with nafcillin may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |

Reference ID: 4531774

FDA-FLORIDA-004355

| Antifungals: oral ketoconazole‡ | ↑ EBR ↑ GZR | Co-administration of oral ketoconazole is not recommended. |
|---|---|---|
| Endothelin Antagonists: bosentan | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with bosentan may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |
| Immunosuppressants: tacrolimus‡ | ↑ tacrolimus | Frequent monitoring of tacrolimus whole blood concentrations, changes in renal function, and tacrolimus-associated adverse events upon the initiation of co-administration is recommended. |
| HIV Medications: | | |
| etravirine | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with etravirine may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |
| elvitegravir/ cobicistat/ emtricitabine/ tenofovir (disoproxil fumarate‡ or alafenamide) | ↑ EBR ↑ GZR | Co-administration of cobicistat-containing regimens is not recommended. |
| HMG-CoA Reductase Inhibitors§: | | |
| atorvastatin‡ | ↑ atorvastatin | The dose of atorvastatin should not exceed a daily dose of 20 mg when co-administered with ZEPATIER.§ |
| rosuvastatin‡ | ↑ rosuvastatin | The dose of rosuvastatin should not exceed a daily dose of 10 mg when co-administered with ZEPATIER.§ |
| fluvastatin lovastatin simvastatin | ↑ fluvastatin ↑ lovastatin ↑ simvastatin | Statin-associated adverse events such as myopathy should be closely monitored. The lowest necessary dose should be used when co-administered with ZEPATIER.§ |
| Wakefulness-Promoting Agents: modafinil | ↓ EBR ↓ GZR | Co-administration of ZEPATIER with modafinil may lead to reduced therapeutic effect of ZEPATIER. Co-administration is not recommended. |

*This table is not all inclusive.
†↓ = decrease, ↑ = increase
‡These interactions have been studied in healthy adults.
§See *Drug Interactions (7.3)* for a list of HMG Co-A reductase inhibitors without clinically relevant interactions with ZEPATIER.

### 7.3    Drugs without Clinically Significant Interactions with ZEPATIER

The interaction between the components of ZEPATIER (elbasvir or grazoprevir) or ZEPATIER and the following drugs were evaluated in clinical studies, and no dose adjustments are needed when ZEPATIER is used with the following drugs individually: acid reducing agents (proton pump inhibitors, H2 blockers, antacids), buprenorphine/naloxone, digoxin, dolutegravir, methadone, mycophenolate mofetil, oral contraceptive pills, phosphate binders, pitavastatin, pravastatin, prednisone, raltegravir, ribavirin, rilpivirine, tenofovir disoproxil fumarate, and sofosbuvir *[see Clinical Pharmacology (12.3)]*.

No clinically relevant drug-drug interaction is expected when ZEPATIER is co-administered with abacavir, emtricitabine, entecavir, and lamivudine.

### 8    USE IN SPECIFIC POPULATIONS

### 8.1    Pregnancy

Risk Summary

No adequate human data are available to establish whether or not ZEPATIER poses a risk to pregnancy outcomes. In animal reproduction studies, no evidence of adverse developmental outcomes was observed with the components of ZEPATIER (elbasvir or grazoprevir) at exposures greater than those in humans at the recommended human dose (RHD) *(see Data)*. During organogenesis in the rat and rabbit, systemic exposures (AUC) were approximately 10 and 18 times (for elbasvir) and 117 and 41 times (for grazoprevir), respectively, the exposure in humans at the RHD. In rat pre/postnatal developmental studies, maternal systemic exposures (AUC) to elbasvir and grazoprevir were approximately 10 and 78 times, respectively, the exposure in humans at the RHD.

11

The background risk of major birth defects and miscarriage for the indicated population is unknown. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

If ZEPATIER is administered with ribavirin, the combination regimen is contraindicated in pregnant women and in men whose female partners are pregnant. Refer to the ribavirin prescribing information for more information on use in pregnancy.

*Data*

*Animal Data*

*Elbasvir:* Elbasvir was administered orally at up to 1000 mg/kg/day to pregnant rats and rabbits on gestation days 6 to 20 and 7 to 20, respectively, and also to rats on gestation day 6 to lactation/post-partum day 20. No effects on embryo-fetal (rats and rabbits) or pre/postnatal (rats) development were observed at up to the highest dose tested. Systemic exposures (AUC) to elbasvir were approximately 10 (rats) and 18 (rabbits) times the exposure in humans at the RHD. In both species, elbasvir has been shown to cross the placenta, with fetal plasma concentrations of up to 0.8% (rabbits) and 2.2% (rats) that of maternal concentrations observed on gestation day 20.

*Grazoprevir:* Grazoprevir was administered to pregnant rats (oral doses up to 400 mg/kg/day) and rabbits (intravenous doses up to 100 mg/kg/day) on gestation days 6 to 20 and 7 to 20, respectively, and also to rats (oral doses up to 400 mg/kg/day) on gestation day 6 to lactation/post-partum day 20. No effects on embryo-fetal (rats and rabbits) or pre/postnatal (rats) development were observed at up to the highest dose tested. Systemic exposures (AUC) to grazoprevir were ≥78 (rats) and 41 (rabbits) times the exposure in humans at the RHD. In both species, grazoprevir has been shown to cross the placenta, with fetal plasma concentrations of up to 7% (rabbits) and 89% (rats) that of maternal concentrations observed on gestation day 20.

## 8.2 Lactation

*Risk Summary*

It is not known whether ZEPATIER is present in human breast milk, affects human milk production, or has effects on the breastfed infant. When administered to lactating rats, the components of ZEPATIER (elbasvir and grazoprevir) were present in milk, without effects on growth and development observed in nursing pups *(see Data)*.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for ZEPATIER and any potential adverse effects on the breastfed child from ZEPATIER or from the underlying maternal condition.

If ZEPATIER is administered with ribavirin, the information for ribavirin with regard to nursing mothers also applies to this combination regimen. Refer to the ribavirin prescribing information for information on use during lactation.

*Data*

*Elbasvir:* No effects of elbasvir on growth and postnatal development were observed in nursing pups at up to the highest dose tested. Maternal systemic exposure (AUC) to elbasvir was approximately 10 times the exposure in humans at the RHD. Elbasvir was excreted into the milk of lactating rats following oral administration (1000 mg/kg/day) from gestation day 6 to lactation day 14, with milk concentrations approximately 4 times that of maternal plasma concentrations observed 2 hours post-dose on lactation day 14.

*Grazoprevir:* No effects of grazoprevir on growth and postnatal development were observed in nursing pups at up to the highest dose tested. Maternal systemic exposure (AUC) to grazoprevir was approximately 78 times the exposure in humans at the RHD. Grazoprevir was excreted into the milk of lactating rats following oral administration (up to 400 mg/kg/day) from gestation day 6 to lactation day 14, with milk concentrations of 54 and 87% that of maternal plasma concentrations observed 2 and 8 hours post-dose, respectively, on lactation day 14.

## 8.3 Females and Males of Reproductive Potential

If ZEPATIER is administered with ribavirin, the information for ribavirin with regard to pregnancy testing, contraception, and infertility also applies to this combination regimen. Refer to ribavirin prescribing information for additional information.

Reference ID: 4531774

FDA-FLORIDA-004357

**8.4   Pediatric Use**

Safety and efficacy in pediatric patients have not been established in pediatric patients less than 18 years of age.

**8.5   Geriatric Use**

Clinical trials of ZEPATIER with or without ribavirin included 187 subjects aged 65 years and over. Higher elbasvir and grazoprevir plasma concentrations were observed in subjects aged 65 years and over. A higher rate of late ALT elevations was observed in subjects aged 65 years and over in clinical trials *[see Warnings and Precautions (5.2)]*. However, no dosage adjustment of ZEPATIER is recommended in geriatric patients *[see Clinical Pharmacology (12.3)]*.

**8.6   Gender**

Higher elbasvir and grazoprevir plasma concentrations were observed in females compared to males. Females experienced a higher rate of late ALT elevations in clinical trials *[see Warnings and Precautions (5.2)]*. However, no dose adjustment of ZEPATIER is recommended based on gender *[see Clinical Pharmacology (12.3)]*.

**8.7   Race**

Higher elbasvir and grazoprevir plasma concentrations were observed in Asians compared to Caucasians. Asians experienced a higher rate of late ALT elevations in clinical trials *[see Warnings and Precautions (5.2)]*. However, no dose adjustment of ZEPATIER is recommended based on race/ethnicity *[see Clinical Pharmacology (12.3)]*.

**8.8   Renal Impairment**

No dosage adjustment of ZEPATIER is recommended in patients with any degree of renal impairment including patients receiving hemodialysis *[see Clinical Pharmacology (12.3)]*. Administer ZEPATIER with or without ribavirin according to recommendations in Table 1 *[see Dosage and Administration (2.2, 2.3)]*. Refer to the prescribing information for ribavirin tablets for renal dosage adjustment of ribavirin in patients with CrCl less than or equal to 50 mL per minute.

**8.9   Hepatic Impairment**

No dosage adjustment of ZEPATIER is recommended in patients with mild hepatic impairment (Child-Pugh A). ZEPATIER is contraindicated in patients with moderate hepatic impairment (Child-Pugh B) due to the lack of clinical safety and efficacy experience in HCV-infected Child-Pugh B patients, and in patients with severe hepatic impairment (Child-Pugh C) due to a 12-fold increase in grazoprevir exposure in non-HCV infected Child-Pugh C subjects. In addition, postmarketing cases of hepatic decompensation/failure have been reported in patients with advanced liver disease *[see Dosage and Administration (2.4), Contraindications (4), Warnings and Precautions (5.3), and Clinical Pharmacology (12.3)]*.

The safety and efficacy of ZEPATIER have not been established in patients awaiting liver transplant or in liver transplant recipients.

**10   OVERDOSAGE**

Human experience of overdose with ZEPATIER is limited. No specific antidote is available for overdose with ZEPATIER. In case of overdose, it is recommended that the patient be monitored for any signs or symptoms of adverse reactions and appropriate symptomatic treatment instituted.

Hemodialysis does not remove elbasvir or grazoprevir since elbasvir and grazoprevir are highly bound to plasma protein *[see Clinical Pharmacology (12.3)]*.

**11   DESCRIPTION**

ZEPATIER is a fixed-dose combination tablet containing elbasvir and grazoprevir for oral administration.

Elbasvir is an HCV NS5A inhibitor, and grazoprevir is an HCV NS3/4A protease inhibitor.

Each tablet contains 50 mg elbasvir and 100 mg grazoprevir. The tablets include the following inactive ingredients: colloidal silicon dioxide, copovidone, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, mannitol, microcrystalline cellulose, sodium chloride, sodium lauryl

13

FDA-FLORIDA-004358

sulfate, and vitamin E polyethylene glycol succinate. The tablets are film-coated with a coating material containing the following inactive ingredients: carnauba wax, ferrosoferric oxide, hypromellose, iron oxide red, iron oxide yellow, lactose monohydrate, titanium dioxide, and triacetin.

Elbasvir:

The IUPAC name for elbasvir is Dimethyl *N,N'*-([(6*S*)-6-phenylindolo[1,2-*c*][1,3]benzoxazine-3,10-diyl]bis{1*H*-imidazole-5,2-diyl-(2*S*)-pyrrolidine-2,1-diyl[(2*S*)-3-methyl-1-oxobutane-1,2-diyl]})dicarbamate.

It has a molecular formula of $C_{49}H_{55}N_9O_7$ and a molecular weight of 882.02. It has the following structural formula:



Elbasvir is practically insoluble in water (less than 0.1 mg per mL) and very slightly soluble in ethanol (0.2 mg per mL), but is very soluble in ethyl acetate and acetone.

Grazoprevir:

The IUPAC name for grazoprevir is (1a*R*,5*S*,8*S*,10*R*,22a*R*)-*N*-[(1*R*,2*S*)-1-[(Cyclopropylsulfonamido)carbonyl]-2-ethenylcyclopropyl]-14-methoxy-5-(2-methylpropan-2-yl)-3,6-dioxo-1,1a,3,4,5,6,9,10,18,19,20,21,22,22a-tetradecahydro-8*H*-7,10-methanocyclopropa[18,19][1,10,3,6]dioxadiazacyclononadecino[11,12-*b*]quinoxaline-8-carboxamide.

It has a molecular formula of $C_{38}H_{50}N_6O_9S$ and a molecular weight of 766.90. It has the following structural formula:



Grazoprevir is practically insoluble in water (less than 0.1 mg per mL) but is freely soluble in ethanol and some organic solvents (e.g., acetone, tetrahydrofuran and N,N-dimethylformamide).

14

FDA-FLORIDA-004359

## 12      CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

ZEPATIER is a fixed-dose combination of elbasvir and grazoprevir which are direct-acting antiviral agents against the hepatitis C virus *[see Microbiology (12.4)]*.

### 12.2   Pharmacodynamics

<u>Cardiac Electrophysiology</u>

Thorough QT studies have been conducted for elbasvir and grazoprevir.

The effect of elbasvir 700 mg on QTc interval was evaluated in a randomized, single-dose, placebo- and active-controlled (moxifloxacin 400 mg) 3-period crossover thorough QT trial in 42 healthy subjects. At a concentration 3 to 4 times the therapeutic concentration, elbasvir does not prolong QTc to any clinically relevant extent.

The effect of grazoprevir 1600 mg (16 times the approved dose) on QTc interval was evaluated in a randomized, single-dose, placebo- and active-controlled (moxifloxacin 400 mg) 3-period crossover thorough QT trial in 41 healthy subjects. At a concentration 40 times the therapeutic concentration, grazoprevir does not prolong QTc to any clinically relevant extent.

### 12.3   Pharmacokinetics

The pharmacokinetic properties of elbasvir and grazoprevir have been evaluated in non-HCV-infected adult subjects and in HCV-infected adult subjects. Elbasvir pharmacokinetics were similar in healthy subjects and HCV-infected subjects and were approximately dose-proportional over the range of 5-100 mg once daily. Grazoprevir oral exposures are approximately 2-fold greater in HCV-infected subjects as compared to healthy subjects. Grazoprevir pharmacokinetics increased in a greater than dose-proportional manner over the range of 10-800 mg once daily in HCV-infected subjects. Ribavirin co-administration with ZEPATIER had no clinically relevant impact on plasma AUC and $C_{max}$ of elbasvir and grazoprevir compared to administration of ZEPATIER alone. The geometric mean steady-state pharmacokinetic parameter values for elbasvir and grazoprevir in non-cirrhotic HCV-infected subjects are provided in Table 7. Following once daily administration of ZEPATIER to HCV-infected subjects, elbasvir and grazoprevir reached steady state within approximately 6 days.

15

FDA-FLORIDA-004360

**Table 7: Geometric Mean (90% Confidence Interval) for Elbasvir and Grazoprevir Steady State Pharmacokinetic Parameter Values in Non-Cirrhotic HCV-Infected Subjects Estimated Based on Population Pharmacokinetic Modeling**

| | Geometric Mean (90% Confidence Interval) | | |
|---|---|---|---|
| | $AUC_{0-24}$ (ng•hr/mL) | $C_{max}$ (ng/mL) | $C_{24}$ (ng/mL) |
| Elbasvir | 1920 (1880, 1960) | 121 (118, 123) | 48.4 (47.3, 49.6) |
| Grazoprevir | 1420 (1400, 1530) | 165 (161, 176) | 18.0 (17.8, 19.9) |

<u>Absorption</u>
Following administration of ZEPATIER to HCV-infected subjects, elbasvir peak concentrations occur at a median $T_{max}$ of 3 hours (range of 3 to 6 hours); grazoprevir peak concentrations occur at a median $T_{max}$ of 2 hours (range of 30 minutes to 3 hours). The absolute bioavailability of elbasvir is estimated to be 32%, and grazoprevir is estimated to be 27%.

*Effect of Food*
Relative to fasting conditions, the administration of a single dose of ZEPATIER with a high-fat (900 kcal, 500 kcal from fat) meal to healthy subjects resulted in decreases in elbasvir $AUC_{0-inf}$ and $C_{max}$ of approximately 11% and 15%, respectively, and increases in grazoprevir $AUC_{0-inf}$ and $C_{max}$ of approximately 1.5-fold and 2.8-fold, respectively. These differences in elbasvir and grazoprevir exposure are not clinically relevant; therefore, ZEPATIER may be taken without regard to food *[see Dosage and Administration (2.2)]*.

<u>Distribution</u>
Elbasvir and grazoprevir are extensively bound (greater than 99.9% and 98.8%, respectively) to human plasma proteins. Both elbasvir and grazoprevir bind to human serum albumin and α1-acid glycoprotein. Estimated apparent volume of distribution values of elbasvir and grazoprevir are approximately 680 L and 1250 L, respectively, based on population pharmacokinetic modeling.
In preclinical distribution studies, elbasvir distributes into most tissues including the liver; whereas grazoprevir distributes predominantly to the liver likely facilitated by the active transport through the OATP1B1/3 liver uptake transporter.

<u>Elimination</u>
The geometric mean apparent terminal half-life for elbasvir (50 mg) and grazoprevir (100 mg) is approximately 24 and 31 hours, respectively, in HCV-infected subjects.

*Metabolism*
Elbasvir and grazoprevir are partially eliminated by oxidative metabolism, primarily by CYP3A. No circulating metabolites of either elbasvir or grazoprevir were detected in human plasma.

*Excretion*
The primary route of elimination of elbasvir and grazoprevir is through feces with almost all (greater than 90%) of radiolabeled dose recovered in feces compared to less than 1% in urine.

<u>Specific Populations</u>
*Pediatric Population*
The pharmacokinetics of ZEPATIER in pediatric patients less than 18 years of age have not been established.

*Geriatric Population*
In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 16% and 45% higher, respectively, in subjects at least 65 years of age compared to subjects less than 65 years of age.

*Gender*

16

FDA-FLORIDA-004361

In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 50% and 30% higher, respectively, in females compared to males.

*Weight/BMI*

In population pharmacokinetic analyses, there was no effect of weight on elbasvir pharmacokinetics. Grazoprevir AUC is estimated to be 15% higher in a 53-kg subject compared to a 77-kg subject. This change is not clinically relevant for grazoprevir.

*Race/Ethnicity*

In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 15% and 50% higher, respectively, for Asians compared to Caucasians. Population pharmacokinetics estimates of exposure of elbasvir and grazoprevir were comparable between Caucasians and Black/African Americans.

*Renal Impairment*

In population pharmacokinetic analyses, elbasvir AUC was 25% higher in hemodialysis-dependent subjects and 46% higher in non-dialysis-dependent subjects with severe renal impairment compared to elbasvir AUC in subjects without severe renal impairment. In population pharmacokinetic analysis in HCV-infected subjects, grazoprevir AUC was 10% higher in hemodialysis-dependent subjects and 40% higher in non-dialysis-dependent subjects with severe renal impairment compared to grazoprevir AUC in subjects without severe renal impairment. Elbasvir and grazoprevir are not removed by hemodialysis. Elbasvir and grazoprevir are unlikely to be removed by peritoneal dialysis as both are highly protein bound.

Overall, changes in exposure of elbasvir and grazoprevir in HCV-infected subjects with renal impairment with or without hemodialysis are not clinically relevant *[see Use in Specific Populations (8.8)]*.

*Hepatic Impairment*

The pharmacokinetics of elbasvir and grazoprevir were evaluated in non-HCV-infected subjects with mild hepatic impairment (Child-Pugh Category A [CP-A], score of 5-6), moderate hepatic impairment (Child-Pugh Category B [CP-B], score of 7-9) and severe hepatic impairment (Child-Pugh Category C [CP-C], score of 10-15). In addition, the pharmacokinetics of elbasvir and grazoprevir were also evaluated in HCV-infected subjects including CP-A subjects with compensated cirrhosis.

Relative to non-HCV-infected subjects with normal hepatic function, no clinically relevant differences in elbasvir AUC values were observed in non-HCV-infected subjects with mild, moderate, or severe hepatic impairment. In population pharmacokinetic analyses, elbasvir steady-state AUC was similar in HCV-infected subjects with compensated cirrhosis compared to HCV-infected, non-cirrhotic subjects.

Relative to non-HCV-infected subjects with normal hepatic function, grazoprevir AUC values were higher by 1.7-fold, 5-fold, and 12-fold in non-HCV-infected subjects with mild, moderate, and severe hepatic impairment, respectively. In population pharmacokinetic analyses, grazoprevir steady-state AUC values were higher by 1.65-fold in HCV-infected subjects with compensated cirrhosis compared to HCV-infected, non-cirrhotic subjects.

Drug Interaction Studies

Drug interaction studies were performed in healthy adults with elbasvir, grazoprevir, or co-administered elbasvir and grazoprevir and drugs likely to be co-administered or drugs commonly used as probes for pharmacokinetic interactions. Table 8 summarizes the effects of co-administered drugs on the exposures of the individual components of ZEPATIER (elbasvir and grazoprevir). Table 9 summarizes the effects of the individual components of ZEPATIER on the exposures of the co-administered drugs. For information regarding clinical recommendations, *[see Contraindications (4), Warnings and Precautions (5), and Drug Interactions (7)]*.

Elbasvir and grazoprevir are substrates of CYP3A and P-gp, but the role of intestinal P-gp in the absorption of elbasvir and grazoprevir appears to be minimal. Co-administration of moderate and strong CYP3A inducers with ZEPATIER may decrease elbasvir and grazoprevir plasma concentrations, leading to reduced therapeutic effect of ZEPATIER. Co-administration of strong CYP3A4 inhibitors with ZEPATIER may increase elbasvir and grazoprevir plasma concentrations.

Grazoprevir is a substrate of OATP1B1/3. Co-administration of ZEPATIER with drugs that inhibit OATP1B1/3 transporters may result in a clinically relevant increase in grazoprevir plasma concentrations.

17

FDA-FLORIDA-004362

Elbasvir is not a CYP3A inhibitor *in vitro* and grazoprevir is a weak CYP3A inhibitor in humans. Co-administration with grazoprevir resulted in a 34% increase in plasma exposure of midazolam and a 43% increase in plasma exposure of tacrolimus (see Tables 6 and 9). Elbasvir inhibited P-gp *in vitro*, but no clinically relevant increases in concentrations of digoxin (a P-gp substrate; see Table 9) were observed by co-administration of elbasvir. Grazoprevir is not a P-gp inhibitor *in vitro*. Elbasvir and grazoprevir are inhibitors of the drug transporter breast cancer resistance protein (BCRP) at the intestinal level in humans and may increase plasma concentrations of co-administered BCRP substrates.

Clinically significant drug interactions with ZEPATIER as an inhibitor of other CYP enzymes (CYP1A2, CYP2B6, CYP2C8, CYP2C9, CYP2C19, and CYP2D6), UGT1A1, esterases (CES1, CES2, and CatA), organic anion transporters (OAT)1 and OAT3, and organic cation transporter (OCT)2, are not expected, and multiple-dose administration of elbasvir or grazoprevir is unlikely to induce the metabolism of drugs metabolized by CYP1A2, CYP2B6, or CYP3A based on *in vitro* data.

Reference ID: 4531774

**FDA-FLORIDA-004363**

**Table 8: Drug Interactions: Changes in Pharmacokinetics of Elbasvir or Grazoprevir in the Presence of Co-Administered Drug**

| Co-Administered Drug | Regimen of Co-Administered Drug | Regimen of EBR or/and GZR | N | Geometric Mean Ratio [90% CI] of EBR and GZR PK with/without Co-Administered Drug (No Effect=1.00) | | | |
|---|---|---|---|---|---|---|---|
| | | | | | AUC* | $C_{max}$ | C24 |
| Antifungal | | | | | | | |
| Ketoconazole | 400 mg once daily | EBR 50 mg single-dose | 7 | EBR | 1.80 (1.41, 2.29) | 1.29 (1.00, 1.66) | 1.89 (1.37, 2.60) |
| | 400 mg once daily | GZR 100 mg single-dose | 8 | GZR | 3.02 (2.42, 3.76) | 1.13 (0.77, 1.67) | 2.01 (1.49, 2.71) |
| Antimycobacterial | | | | | | | |
| Rifampin | 600 mg single-dose IV | EBR 50 mg single-dose | 14 | EBR | 1.22 (1.06, 1.40) | 1.41 (1.18, 1.68) | 1.31 (1.12, 1.53) |
| | 600 mg single-dose PO | EBR 50 mg single-dose | 14 | EBR | 1.17 (0.98, 1.39) | 1.29 (1.06, 1.58) | 1.21 (1.03, 1.43) |
| | 600 mg PO once daily | GZR 200 mg once daily | 12 | GZR | 0.93 (0.75, 1.17) | 1.16 (0.82, 1.65) | 0.10 (0.07, 0.13) |
| | 600 mg IV single-dose | GZR 200 mg single-dose | 12 | GZR | 10.21 (8.68, 12.00) | 10.94 (8.92, 13.43) | 1.77 (1.40, 2.24) |
| | 600 mg PO single-dose | GZR 200 mg once daily | 12 | GZR | 8.35 (7.38, 9.45)† | 6.52 (5.16, 8.24) | 1.62 (1.32, 1.98) |
| HCV Antiviral | | | | | | | |
| EBR | 20 mg once daily | GZR 200 mg once daily | 10 | GZR | 0.90 (0.63, 1.28) | 0.87 (0.50, 1.52) | 0.94 (0.77, 1.15) |
| GZR | 200 mg once daily | EBR 20 mg once daily | 10 | EBR | 1.01 (0.83, 1.24) | 0.93 (0.76, 1.13) | 1.02 (0.83, 1.24) |
| HIV Protease Inhibitor | | | | | | | |
| Atazanavir/ ritonavir | 300 mg/ 100 mg once daily | EBR 50 mg once daily | 10 | EBR | 4.76 (4.07, 5.56) | 4.15 (3.46, 4.97) | 6.45 (5.51, 7.54) |
| | 300 mg/ 100 mg once daily | GZR 200 mg once daily | 12 | GZR | 10.58 (7.78, 14.39) | 6.24 (4.42, 8.81) | 11.64 (7.96, 17.02) |
| Darunavir/ ritonavir | 600 mg/ 100 mg twice daily | EBR 50 mg once daily | 10 | EBR | 1.66 (1.35, 2.05) | 1.67 (1.36, 2.05) | 1.82 (1.39, 2.39) |
| | 600 mg/ 100 mg twice daily | GZR 200 mg once daily | 13 | GZR | 7.50 (5.92, 9.51) | 5.27 (4.04, 6.86) | 8.05 (6.33, 10.24) |
| Lopinavir/ ritonavir | 400 mg/ 100 mg twice daily | EBR 50 mg once daily | 10 | EBR | 3.71 (3.05, 4.53) | 2.87 (2.29, 3.58) | 4.58 (3.72, 5.64) |
| | 400 mg/ 100 mg twice daily | GZR 200 mg once daily | 13 | GZR | 12.86 (10.25, 16.13) | 7.31 (5.65, 9.45) | 21.70 (12.99, 36.25) |
| Ritonavir‡ | 100 mg twice daily | GZR 200 mg single-dose | 10 | GZR | 2.03 (1.60, 2.56) | 1.15 (0.60, 2.18) | 1.88 (1.65, 2.14) |

19

FDA-FLORIDA-004364

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HIV Integrase Strand Transfer Inhibitor** | | | | | | | |
| Dolutegravir | 50 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | EBR | 0.98 (0.93, 1.04) | 0.97 (0.89, 1.05) | 0.98 (0.93, 1.03) |
| | 50 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | GZR | 0.81 (0.67, 0.97) | 0.64 (0.44, 0.93) | 0.86 (0.79, 0.93) |
| Raltegravir | 400 mg single-dose | EBR 50 mg single-dose | 10 | EBR | 0.81 (0.57, 1.17) | 0.89 (0.61, 1.29) | 0.80 (0.55, 1.16) |
| | 400 mg twice daily | GZR 200 mg once daily | 11 | GZR | 0.89 (0.72, 1.09) | 0.85 (0.62, 1.16) | 0.90 (0.82, 0.99) |
| **HIV Non-Nucleoside Reverse Transcriptase Inhibitor** | | | | | | | |
| Efavirenz | 600 mg once daily | EBR 50 mg once daily | 10 | EBR | 0.46 (0.36, 0.59) | 0.55 (0.41, 0.73) | 0.41 (0.28, 0.59) |
| | 600 mg once daily | GZR 200 mg once daily | 12 | GZR | 0.17 (0.13, 0.24) | 0.13 (0.09, 0.19) | 0.31 (0.25, 0.38) |
| Rilpivirine | 25 mg once daily | EBR 50 mg + GZR 200 mg once daily | 19 | EBR | 1.07 (1.00, 1.15) | 1.07 (0.99, 1.16) | 1.04 (0.98, 1.11) |
| | 25 mg once daily | EBR 50 mg + GZR 200 mg once daily | 19 | GZR | 0.98 (0.89, 1.07) | 0.97 (0.83, 1.14) | 1.00 (0.93, 1.07) |
| **HIV Nucleotide Reverse Transcriptase Inhibitor** | | | | | | | |
| Tenofovir disoproxil fumarate | 300 mg once daily | EBR 50 mg once daily | 10 | EBR | 0.93 (0.82, 1.05) | 0.88 (0.77, 1.00) | 0.92 (0.81, 1.05) |
| | 300 mg once daily | GZR 200 mg once daily | 12 | GZR | 0.86 (0.65, 1.12) | 0.78 (0.51, 1.18) | 0.89 (0.78, 1.01) |
| **HIV Fixed-Dose Combination Regimen** | | | | | | | |
| Elvitegravir/ cobicistat/ emtricitabine/ tenofovir disoproxil fumarate | 150 mg/ 150 mg/ 200 mg/ 300 mg once daily | EBR 50 mg/ GZR 100 mg once daily | 21 | EBR | 2.18 (2.02, 2.35) | 1.91 (1.77, 2.05) | 2.38 (2.19, 2.60) |
| | | EBR 50 mg/ GZR 100 mg once daily | 21 | GZR | 5.36 (4.48, 6.43) | 4.59 (3.70, 5.69) | 2.78 (2.48, 3.11) |
| **Immunosuppressant** | | | | | | | |
| Cyclosporine | 400 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | EBR | 1.98 (1.84, 2.13) | 1.95 (1.84, 2.07) | 2.21 (1.98, 2.47) |
| | 400 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | GZR | 15.21 (12.83, 18.04) | 17.00 (12.94, 22.34) | 3.39 (2.82, 4.09) |
| Mycophenolate mofetil | 1000 mg single-dose | EBR 50 mg + GZR | 14 | EBR | 1.07 (1.00, 1.14) | 1.07 (0.98, 1.16) | 1.05 (0.97, 1.14) |

20

FDA-FLORIDA-004365

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 200 mg once daily | | | | | |
| | 1000 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | GZR | 0.74 (0.60, 0.92) | 0.58 (0.42, 0.82) | 0.97 (0.89, 1.06) |
| Prednisone | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | EBR | 1.17 (1.11, 1.24) | 1.25 (1.16, 1.35) | 1.04 (0.97, 1.12) |
| | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | GZR | 1.09 (0.95, 1.25) | 1.34 (1.10, 1.62) | 0.93 (0.87, 1.00) |
| Tacrolimus | 2 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 16 | EBR | 0.97 (0.90, 1.06) | 0.99 (0.88, 1.10) | 0.92 (0.83, 1.02) |
| | 2 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 16 | GZR | 1.12 (0.97, 1.30) | 1.07 (0.83, 1.37) | 0.94 (0.87, 1.02) |
| Opioid-Substitution Therapy | | | | | | | |
| Buprenorphine/naloxone | 8 mg/2 mg single-dose | EBR 50 mg single-dose | 15 | EBR | 1.22 (0.98, 1.52) | 1.13 (0.87, 1.46) | 1.22 (0.99, 1.51) |
| | 8-24 mg/ 2-6 mg once daily | GZR 200 mg once daily | 12[§] | GZR | 0.86 (0.63, 1.18) | 0.80 (0.54, 1.20) | 0.97 (0.77, 1.22) |
| Methadone | 20-120 mg once daily | EBR 50 mg once daily | 10[§] | EBR | 1.20 (0.94, 1.53) | 1.23 (0.94, 1.62) | 1.32 (1.03, 1.68) |
| | 20-150 mg once daily | GZR 200 mg once daily | 12[§] | GZR | 1.03 (0.76, 1.41) | 0.89 (0.60, 1.32) | 0.98 (0.79, 1.23) |
| Acid-Reducing Agent | | | | | | | |
| Famotidine | 20 mg single-dose | EBR 50 mg/ GZR 100 mg single-dose | 16 | EBR | 1.05 (0.92, 1.18) | 1.11 (0.98, 1.26) | 1.03 (0.91, 1.17) |
| | 20 mg single-dose | EBR 50 mg/ GZR 100 mg single-dose | 16 | GZR | 1.10 (0.95, 1.28) | 0.89 (0.71, 1.11) | 1.12 (0.97, 1.30) |
| Pantoprazole | 40 mg once daily | EBR 50 mg/ GZR 100 mg single-dose | 16 | EBR | 1.05 (0.93, 1.18) | 1.02 (0.92, 1.14) | 1.03 (0.92, 1.17) |
| | 40 mg once daily | EBR 50 mg/ GZR 100 mg single-dose | 16 | GZR | 1.12 (0.96, 1.30) | 1.10 (0.89, 1.37) | 1.17 (1.02, 1.34) |
| Phosphate Binder | | | | | | | |
| Calcium acetate | 2668 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | EBR | 0.92 (0.75, 1.14) | 0.86 (0.71, 1.04) | 0.87 (0.70, 1.09) |

21

FDA-FLORIDA-004366

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2668 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | GZR | 0.79 (0.68, 0.91) | 0.57 (0.40, 0.83) | 0.77 (0.61, 0.99) |
| Sevelamer carbonate | 2400 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | EBR | 1.13 (0.94, 1.37) | 1.07 (0.88, 1.29) | 1.22 (1.02, 1.45) |
| | 2400 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | GZR | 0.82 (0.68, 0.99) | 0.53 (0.37, 0.76) | 0.84 (0.71, 0.99) |
| Statin | | | | | | | |
| Atorvastatin | 20 mg single-dose | GZR 200 mg once daily | 9 | GZR | 1.26 (0.97, 1.64) | 1.26 (0.83, 1.90) | 1.11 (1.00, 1.23) |
| Pitavastatin | 1 mg single-dose | GZR 200 mg once daily | 9 | GZR | 0.81 (0.70, 0.95) | 0.72 (0.57, 0.92) | 0.91 (0.82, 1.01) |
| Pravastatin | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | EBR | 0.98 (0.93, 1.02) | 0.97 (0.89, 1.05) | 0.97 (0.92, 1.02) |
| | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | GZR | 1.24 (1.00, 1.53) | 1.42 (1.00, 2.03) | 1.07 (0.99, 1.16) |
| Rosuvastatin | 10 mg single-dose | EBR 50 mg + GZR 200 mg single-dose | 11 | EBR | 1.09 (0.98, 1.21) | 1.11 (0.99, 1.26) | 0.96 (0.86, 1.08) |
| | 10 mg single-dose | GZR 200 mg once daily | 11 | GZR | 1.16 (0.94, 1.44) | 1.13 (0.77, 1.65) | 0.93 (0.84, 1.03) |
| | 10 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 11 | GZR | 1.01 (0.79, 1.28) | 0.97 (0.63, 1.50) | 0.95 (0.87, 1.04) |

Abbreviations: EBR, elbasvir; GZR, grazoprevir; IV, intravenous; PO, oral; EBR + GZR, administration of EBR and GZR as separate pills; EBR/GZR, administration of EBR and GZR as a single fixed-dose combination tablet.

*$AUC_{0-inf}$ for single-dose, $AUC_{0-24}$ for once daily.

†$AUC_{0-24}$

‡Higher doses of ritonavir have not been tested in a drug interaction study with GZR.

§The reference (EBR or GZR alone) for the analysis consisted of subjects pooled across Phase I studies.

22

FDA-FLORIDA-004367

**Table 9: Drug Interactions: Changes in Pharmacokinetics for Co-Administered Drug in the Presence of Elbasvir, Grazoprevir, or Co-Administered Elbasvir and Grazoprevir**

| Co-Administered Drug | Regimen of Co-Administered Drug | EBR or/and GZR Administration | EBR or/and GZR Regimen | N | Geometric Mean Ratio [90% CI] of Co-Administered Drug PK with/without EBR or/and GZR (No Effect=1.00) | | |
|---|---|---|---|---|---|---|---|
| | | | | | AUC* | C$_{max}$ | C$_{trough}$† |
| P-gp Substrate | | | | | | | |
| Digoxin | Digoxin 0.25 mg single-dose | EBR | 50 mg once daily | 18 | 1.11 (1.02, 1.22) | 1.47 (1.25, 1.73) | -- |
| CYP3A Substrate | | | | | | | |
| Midazolam | Midazolam 2 mg single-dose | GZR | 200 mg once daily | 11 | 1.34 (1.29, 1.39) | 1.15 (1.01, 1.31) | -- |
| CYP2C8 Substrate | | | | | | | |
| Montelukast | Montelukast 10 mg single-dose | GZR | 200 mg once daily | 23 | 1.11 (1.01, 1.20) | 0.92 (0.81, 1.06) | 1.39 (1.25, 1.56) |
| HCV Antiviral | | | | | | | |
| GS-331007 | Sofosbuvir 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.13 (1.05, 1.21) | 0.87 (0.78, 0.96) | 1.53 (1.43, 1.63) |
| Sofosbuvir | Sofosbuvir 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 2.43 (2.12, 2.79)‡ | 2.27 (1.72, 2.99) | -- |
| HIV Protease Inhibitor | | | | | | | |
| Atazanavir/ ritonavir | Atazanavir 300 mg/ ritonavir 100 mg once daily | EBR | 50 mg once daily | 8 | 1.07 (0.98, 1.17) | 1.02 (0.96, 1.08) | 1.15 (1.02, 1.29) |
| | Atazanavir 300 mg/ ritonavir 100 mg once daily | GZR | 200 mg once daily | 11 | 1.43 (1.30, 1.57) | 1.12 (1.01, 1.24) | 1.23 (1.13, 1.34) |
| Darunavir/ ritonavir | Darunavir 600 mg/ ritonavir 100 mg twice daily | EBR | 50 mg once daily | 8 | 0.95 (0.86, 1.06) | 0.95 (0.85, 1.05) | 0.94 (0.85, 1.05) |
| | Darunavir 600 mg/ ritonavir 100 mg twice daily | GZR | 200 mg once daily | 13 | 1.11 (0.99, 1.24) | 1.10 (0.96, 1.25) | 1.00 (0.85, 1.18) |
| Lopinavir/ ritonavir | Lopinavir 400 mg/ ritonavir 100 mg twice daily | EBR | 50 mg once daily | 9 | 1.02 (0.93, 1.13) | 1.02 (0.92, 1.13) | 1.07 (0.97, 1.18) |

23

FDA-FLORIDA-004368

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Lopinavir 400 mg/ ritonavir 100 mg twice daily | GZR | 200 mg once daily | 13 | 1.03 (0.96, 1.16) | 0.97 (0.88, 1.08) | 0.97 (0.81, 1.15) |
| HIV Integrase Strand Transfer Inhibitor | | | | | | | |
| Dolutegravir | Dolutegravir 50 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 1.16 (1.00, 1.34) | 1.22 (1.05, 1.40) | 1.14 (0.95, 1.36) |
| Raltegravir | Raltegravir 400 mg single-dose | EBR | 50 mg single-dose | 10 | 1.02 (0.81, 1.27) | 1.09 (0.83, 1.44) | 0.99 (0.80, 1.22)[§] |
|  | Raltegravir 400 mg twice daily | GZR | 200 mg once daily | 11 | 1.43 (0.89, 2.30) | 1.46 (0.78, 2.73) | 1.47 (1.09, 2.00) |
| HIV Non-Nucleoside Reverse Transcriptase Inhibitor | | | | | | | |
| Efavirenz | Efavirenz 600 mg once daily | EBR | 50 mg once daily | 7 | 0.82 (0.78, 0.86) | 0.74 (0.67, 0.82) | 0.91 (0.87, 0.96) |
|  | Efavirenz 600 mg once daily | GZR | 200 mg once daily | 11 | 1.00 (0.96, 1.05) | 1.03 (0.99, 1.08) | 0.93 (0.88, 0.98) |
| Rilpivirine | Rilpivirine 25 mg once daily | EBR + GZR | 50 mg + 200 mg once daily | 19 | 1.13 (1.07, 1.20) | 1.07 (0.97, 1.17) | 1.16 (1.09, 1.23) |
| HIV Nucleotide Reverse Transcriptase Inhibitor | | | | | | | |
| Tenofovir disoproxil fumarate | Tenofovir disoproxil fumarate 300 mg once daily | EBR | 50 mg once daily | 10 | 1.34 (1.23, 1.47) | 1.47 (1.32, 1.63) | 1.29 (1.18, 1.41) |
|  | Tenofovir disoproxil fumarate 300 mg once daily | GZR | 200 mg once daily | 12 | 1.18 (1.09, 1.28) | 1.14 (1.04, 1.25) | 1.24 (1.10, 1.39) |
|  | Tenofovir disoproxil fumarate 300 mg once daily | EBR/GZR | 50 mg + 100 mg once daily | 13 | 1.27 (1.20, 1.35) | 1.14 (0.95, 1.36) | 1.23 (1.09, 1.40) |
| HIV Fixed-Dose Combination Regimen | | | | | | | |
| Elvitegravir/ cobicistat/ emtricitabine/ tenofovir disoproxil fumarate | Elvitegravir 150 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.10 (1.00, 1.21) | 1.02 (0.93, 1.11) | 1.31 (1.11, 1.55) |
|  | Cobicistat 150 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.49 (1.42, 1.57) | 1.39 (1.29, 1.50) | -- |
|  | Emtricitabine 200 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.07 (1.03, 1.10) | 0.96 (0.90, 1.02) | 1.19 (1.13, 1.25) |

24

FDA-FLORIDA-004369

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Tenofovir disoproxil fumarate 300 mg once daily | EBR/GZR | 50 mg / 100 mg once daily | 22 | 1.18 (1.13, 1.24) | 1.25 (1.14, 1.37) | 1.20 (1.15, 1.26) |
| Immunosuppressant | | | | | | | |
| Cyclosporine | Cyclosporine 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 0.96 (0.90, 1.02) | 0.90 (0.85, 0.97) | 1.00 (0.92, 1.08)§ |
| Mycophenolic acid | Mycophenolate mofetil 1000 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 0.95 (0.87, 1.03) | 0.85 (0.67, 1.07) | -- |
| Prednisolone | Prednisone 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 1.08 (1.01, 1.16) | 1.04 (0.99, 1.09) | -- |
| Prednisone | Prednisone 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 1.08 (1.00, 1.17) | 1.05 (1.00, 1.10) | -- |
| Tacrolimus | Tacrolimus 2 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.43 (1.24, 1.64) | 0.60 (0.52, 0.69) | 1.70 (1.49, 1.94)§ |
| Oral Contraceptive | | | | | | | |
| Ethinyl estradiol (EE) | 0.03 mg EE/ 0.15 mg LNG single-dose | EBR | 50 mg once daily | 20 | 1.01 (0.97, 1.05) | 1.10 (1.05, 1.16) | -- |
| | | GZR | 200 mg once daily | 20 | 1.10 (1.05, 1.14) | 1.05 (0.98, 1.12) | -- |
| Levonorgestrel (LNG) | | EBR | 50 mg once daily | 20 | 1.14 (1.04, 1.24) | 1.02 (0.95, 1.08) | -- |
| | | GZR | 200 mg once daily | 20 | 1.23 (1.15, 1.32) | 0.93 (0.84, 1.03) | -- |
| Opioid Substitution Therapy | | | | | | | |
| Buprenorphine | Buprenorphine 8 mg/Naloxone 2 mg single-dose | EBR | 50 mg once daily | 15 | 0.98 (0.89, 1.08) | 0.94 (0.82, 1.08) | 0.98 (0.88, 1.09) |
| | Buprenorphine 8-24 mg/ Naloxone 2-6 mg once daily | GZR | 200 mg once daily | 12 | 0.98 (0.81, 1.19) | 0.90 (0.76, 1.07) | -- |
| R-Methadone | Methadone 20-120 mg once daily | EBR | 50 mg once daily | 10 | 1.03 (0.92, 1.15) | 1.07 (0.95, 1.20) | 1.10 (0.96, 1.26) |
| | Methadone 20-150 mg once daily | GZR | 200 mg once daily | 12 | 1.09 (1.02, 1.17) | 1.03 (0.96, 1.11) | -- |
| S-Methadone | Methadone 20-120 mg once daily | EBR | 50 mg once daily | 10 | 1.09 (0.94, 1.26) | 1.09 (0.95, 1.25) | 1.20 (0.98, 1.47) |

25

FDA-FLORIDA-004370

| | Methadone 20-150 mg once daily | GZR | 200 mg once daily | 12 | 1.23 (1.12, 1.35) | 1.15 (1.07, 1.25) | -- |
|---|---|---|---|---|---|---|---|
| Statin | | | | | | | |
| Atorvastatin | Atorvastatin 10 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.94 (1.63, 2.33) | 4.34 (3.10, 6.07) | 0.21 (0.17, 0.26) |
| Pitavastatin | Pitavastatin 1 mg single-dose | GZR | 200 mg once daily | 9 | 1.11 (0.91, 1.34) | 1.27 (1.07, 1.52) | -- |
| Pravastatin | Pravastatin 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 1.33 (1.09, 1.64)¶ | 1.28 (1.05, 1.55) | -- |
| Rosuvastatin | Rosuvastatin 10 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 2.26 (1.89, 2.69)# | 5.49 (4.29, 7.04) | 0.98 (0.84, 1.13) |

Abbreviations: EBR, elbasvir; GZR, grazoprevir; EBR + GZR, administration of EBR and GZR as separate tablets; EBR/GZR, administration of EBR and GZR as a single fixed-dose combination tablet

*$AUC_{0-inf}$ for single-dose administration; $AUC_{0-24}$ for once daily administration; $AUC_{0-12}$ for twice daily administration

†C24 for once daily administration; C12 for twice daily administration.

‡N=14

§C12

¶N=10

#N=8

## 12.4  Microbiology

### Mechanism of Action

ZEPATIER combines two direct-acting antiviral agents with distinct mechanisms of action and non-overlapping resistance profiles to target HCV at multiple steps in the viral lifecycle.

Elbasvir is an inhibitor of HCV NS5A, which is essential for viral RNA replication and virion assembly. The mechanism of action of elbasvir has been characterized based on cell culture antiviral activity and drug resistance mapping studies.

Grazoprevir is an inhibitor of the HCV NS3/4A protease which is necessary for the proteolytic cleavage of the HCV encoded polyprotein (into mature forms of the NS3, NS4A, NS4B, NS5A, and NS5B proteins) and is essential for viral replication. In a biochemical assay, grazoprevir inhibited the proteolytic activity of the recombinant HCV genotype 1a, 1b, and 4a NS3/4A protease enzymes with $IC_{50}$ values of 7 pM, 4 pM, and 62 pM, respectively.

### Antiviral Activity

In HCV replicon assays, the $EC_{50}$ values of elbasvir against full-length replicons from genotypes 1a, 1b, and 4, were 4 pM, 3 pM, and 0.3 pM, respectively. The median $EC_{50}$ values of elbasvir against chimeric replicons encoding NS5A sequences from clinical isolates were 5 pM for genotype 1a (range 3-9 pM; N=5), 9 pM for genotype 1b (range 5-10 pM; N=4), 0.2 pM for genotype 4a (range 0.2-0.2 pM; N=2), 3,600 pM for genotype 4b (range 17 pM-34,000 pM; N=3), 0.45 pM for genotype 4d (range 0.4-0.5 pM; N=2), 1.9 pM for genotype 4f (N=1), 36.3 pM for genotype 4g (range 0.6-72 pM; N=2), 0.6 pM for genotype 4m (range 0.4-0.7 pM; N=2), 2.2 pM for genotype 4o (N=1), and 0.5 pM for genotype 4q (N=1).

In HCV replicon assays, the $EC_{50}$ values of grazoprevir against full-length replicons from genotypes 1a, 1b, and 4, were 0.4 nM, 0.5 nM, and 0.3 nM, respectively. The median $EC_{50}$ values of grazoprevir against chimeric replicons encoding NS3/4A sequences from clinical isolates were 0.8 nM for genotype 1a (range 0.4-5.1 nM; N=10), 0.3 nM for genotype 1b (range 0.2-5.9 nM; N=9), 0.3 nM for genotype 4a (N=1), 0.16 nM for genotype 4b (range 0.11-0.2 nM; N=2), and 0.24 nM for genotype 4g (range 0.15-0.33 nM; N=2).

Reference ID: 4531774

**FDA-FLORIDA-004371**

Combination Antiviral Activity

Evaluation of elbasvir in combination with grazoprevir or ribavirin showed no antagonistic effect in reducing HCV RNA levels in replicon cells. Evaluation of grazoprevir in combination with ribavirin showed no antagonistic effect in reducing HCV RNA levels in replicon cells.

Resistance

In Cell Culture

HCV replicons with reduced susceptibility to elbasvir and grazoprevir have been selected in cell culture for genotypes 1a, 1b, and 4 which resulted in the emergence of resistance-associated amino acid substitutions in NS5A or NS3, respectively. The majority of amino acid substitutions in NS5A or NS3 selected in cell culture or identified in Phase 2b and 3 clinical trials were phenotypically characterized in genotype 1a, 1b, or 4 replicons.

For elbasvir, in HCV genotype 1a replicons, single NS5A substitutions M28A/G/T, Q30D/E/H/K/R, L31M/V, H58D, and Y93C/H/N reduced elbasvir antiviral activity by 1.5- to 2,000-fold. In genotype 1b replicons, single NS5A substitutions L28M, L31F, and Y93H reduced elbasvir antiviral activity by 2- to 17-fold. In genotype 4 replicons, single NS5A substitutions L30S, M31V, and Y93H reduced elbasvir antiviral activity by 3- to 23-fold. In general, in HCV genotype 1a, 1b, or 4 replicons, combinations of elbasvir resistance-associated substitutions further reduced elbasvir antiviral activity.

For grazoprevir, in HCV genotype 1a replicons, single NS3 substitutions Y56H, R155K, A156G/T/V, and D168A/E/G/N/S/V/Y reduced grazoprevir antiviral activity by 2- to 81-fold; V36L/M, Q80K/R, or V107I single substitutions had no impact on grazoprevir antiviral activity in cell culture. In genotype 1b replicons, single NS3 substitutions F43S, Y56F, V107I, A156S/T/V, and D168A/G/V reduced grazoprevir antiviral activity by 1.5- to 375-fold. In genotype 4 replicons, single NS3 substitutions D168A/V reduced grazoprevir antiviral activity by 110- to 320-fold. In general, in HCV genotype 1a, 1b, or 4 replicons, combinations of grazoprevir resistance-associated substitutions further reduced grazoprevir antiviral activity.

In Clinical Studies

In a pooled analysis of subjects treated with regimens containing ZEPATIER or elbasvir + grazoprevir with or without ribavirin in Phase 2 and 3 clinical trials, resistance analyses of both drug targets were conducted for 50 subjects who experienced virologic failure and had sequence data available (6 with on-treatment virologic failure, 44 with post-treatment relapse). Treatment-emergent substitutions observed in the viral populations of these subjects based on HCV genotypes and subtypes are shown in Table 10. Treatment-emergent NS5A substitutions were detected in 30/37 (81%) genotype 1a-, 7/8 (88%) genotype 1b-, and 5/5 (100%) genotype 4-infected subjects. The most common treatment-emergent NS5A substitutions in genotype 1a were at position Q30 (n=22). Treatment-emergent NS3 substitutions were detected in 29/37 (78%) genotype 1a-, 2/8 (25%) genotype 1b-, and 2/5 (40%) genotype 4-infected subjects. The most common treatment-emergent NS3 substitutions in genotype 1a were at position D168 (n=18). Treatment-emergent substitutions were detected in both HCV drug targets in 23/37 (62%) genotype 1a-, 1/8 (13%) genotype 1b-, and 2/5 (40%) genotype 4-infected subjects.

**Table 10: Treatment-Emergent Amino Acid Substitutions Among Virologic Failures in the Pooled Analysis of ZEPATIER with and without Ribavirin Regimens in Phase 2 and Phase 3 Clinical Trials**

| Target | Genotype 1a<br>N = 37 | Genotype 1b<br>N = 8 | Genotype 4<br>N = 5 |
|---|---|---|---|
| NS5A | M28A/G/T,<br>Q30H/K/R/Y,<br>L31F/M/V, H58D,<br>Y93H/N/S | L28M, L31F/V, Y93H | L28S/T, M31I/V, P58D,<br>Y93H |
| NS3 | V36L/M, Y56H, V107I,<br>R155I/K, A156G/T/V,<br>V158A, D168A/G/N/V/Y | Y56F, V107I, A156T | A156M/T/V, D168A/G,<br>V170I |

Persistence of Resistance-Associated Substitutions

27

FDA-FLORIDA-004372

The persistence of elbasvir and grazoprevir treatment-emergent amino acid substitutions in NS5A, and NS3, respectively, was assessed in HCV genotype 1-infected subjects in Phase 2 and 3 trials whose virus had treatment-emergent resistance-associated substitutions in the drug target, and with available data through at least 24 weeks post-treatment using population nucleotide sequence analysis.

Viral populations with treatment-emergent NS5A resistance-associated substitutions were generally more persistent than those with NS3 resistance-associated substitutions. Among genotype 1a-infected subjects, NS5A resistance-associated substitutions persisted at detectable levels at follow-up week 12 in 95% (35/37) of subjects and in 100% (9/9) of subjects with follow-up week 24 data. Among genotype 1b-infected subjects, NS5A resistance-associated substitutions persisted at detectable levels in 100% (7/7) of subjects at follow-up week 12 and in 100% (3/3) of subjects with follow-up week 24 data.

Among genotype 1a-infected subjects, NS3 resistance-associated substitutions persisted at detectable levels at follow-up week 24 in 31% (4/13) of subjects. Among genotype 1b-infected subjects, NS3 resistance-associated substitutions persisted at detectable levels at follow-up week 24 in 50% (1/2) of subjects.

Due to the limited number of genotype 4-infected subjects with treatment-emergent NS5A and NS3 resistance-associated substitutions, trends in persistence of treatment-emergent substitutions in this genotype could not be established.

The lack of detection of a virus containing a resistance-associated substitution does not necessarily indicate that viral populations carrying that substitution have declined to a background level that may have existed prior to treatment. The long-term clinical impact of the emergence or persistence of virus containing ZEPATIER-resistance-associated substitutions is unknown.

<u>Effect of Baseline HCV Amino Acid Polymorphisms on Treatment Response in Genotype 1-Infected Subjects</u>

Analyses using population nucleotide sequencing were conducted to explore the association between NS5A or NS3 amino acid polymorphisms and treatment response among treatment-naïve and treatment-experienced genotype 1-infected subjects. Baseline NS5A polymorphisms at resistance-associated positions (focusing on any change from subtype reference at NS5A amino acid positions 28, 30, 31, or 93) were evaluated. Baseline NS3 polymorphisms at positions 36, 54, 55, 56, 80, 107, 122, 132, 155, 156, 158, 168, 170, or 175 were evaluated. Analyses of SVR12 rates pooled data from subjects naïve to direct-acting antivirals and who received ZEPATIER with or without ribavirin in Phase 3 clinical trials, and censored subjects who did not achieve SVR12 for reasons unrelated to virologic failure.

*Genotype 1a*
*In Clinical Studies*
In genotype 1a-infected subjects, the presence of one or more HCV NS5A amino acid polymorphisms at position M28, Q30, L31, or Y93 was associated with reduced efficacy of ZEPATIER for 12 weeks (Table 11), regardless of prior treatment history or cirrhosis status. The prevalence of polymorphisms at any of these positions in genotype 1a-infected subjects was 11% (62/561) overall, and 12% (37/309) specifically for subjects in the U.S. across Phase 2 and Phase 3 clinical trials evaluating ZEPATIER for 12 weeks or ZEPATIER plus ribavirin for 16 weeks. The prevalence of polymorphisms at these positions in genotype 1a-infected subjects was 6% (35/561) at position M28, 2% (11/561) at position Q30, 3% (15/561) at position L31, and 2% (10/561) at position Y93. Polymorphisms at NS5A position H58 were common (10%) and were not associated with reduced ZEPATIER efficacy, except for a single virologic failure subject whose virus had baseline M28V and H58D polymorphisms.

The SVR12 rates for subjects treated with ZEPATIER for 12 weeks were 88% (29/33) for subjects with M28V/T/L polymorphisms (n=29, 3, and 1, respectively), 40% (4/10) for subjects with Q30H/R/L polymorphisms (n=5, 3, and 2, respectively), 38% (5/13) for subjects with an L31M polymorphism, and 63% (5/8) for subjects with Y93C/H/N/S polymorphisms (n=3, 3, 1, and 1, respectively). Although clinical trial data are limited, among genotype 1a-infected subjects with these NS5A polymorphisms who received ZEPATIER plus ribavirin for 16 weeks, six out of six subjects achieved SVR12. The specific NS5A polymorphisms observed in subjects treated with ZEPATIER plus ribavirin for 16 weeks included M28V (n=2), Q30H (n=1), L31M (n=2), or Y93C/H (n=1 each).

28

FDA-FLORIDA-004373

**Table 11: Clinical Trial Data: SVR12 in HCV Genotype 1a-Infected Subjects without or with Baseline NS5A Polymorphisms**

| NS5A Polymorphism Status | ZEPATIER 12 Weeks SVR12 % (n/N) | ZEPATIER + RBV 16 Weeks SVR12 % (n/N) |
|---|---|---|
| Without baseline NS5A polymorphism (M28, Q30, L31, or Y93) | 98% (441/450) | 100% (49/49) |
| With baseline NS5A polymorphism (M28*, Q30*, L31*, or Y93*) | 70% (39/56) | 100% (6/6) |

*Any change from GT1a reference.

There are insufficient clinical trial data to determine the impact of HCV NS5A amino acid polymorphisms in treatment-experienced subjects who failed prior PegIFN + RBV + HCV protease inhibitor therapy and received ZEPATIER with ribavirin.

In genotype 1a-infected subjects, the NS3 Q80K polymorphism did not impact treatment response. Polymorphisms at other NS3 resistance-associated positions were uncommon and were not associated with reduced treatment efficacy.

*In Postmarketing Observational Studies*
Effectiveness (SVR12 rates) in observational studies can be subject to certain biases and confounding factors that cannot be accounted for in the analyses, in part due to the nature of the study designs and populations under study.

Protocol 095
In Protocol 095, a sub-study of a prospective, observational comparative study, effectiveness of treatment with ZEPATIER plus ribavirin for 16 weeks was assessed in 29 HCV genotype 1a-infected patients with 1 or more baseline NS5A polymorphisms at amino acid positions M28, Q30, L31, and/or Y93. Overall, the SVR12 rate for patients with 1 or more baseline NS5A polymorphisms at any of the 4 amino acid positions was 93% (27/29). 23 patients had a NS5A polymorphism at a single amino acid position at baseline. The SVR12 rates for patients with a single polymorphism at amino acid position M28, Q30, L31, or Y93 were 100% (14/14), 100% (1/1), 33% (1/3), and 100% (5/5), respectively. Six patients had NS5A polymorphisms at more than 1 amino acid position (M28, Q30, L31, and/or Y93) at baseline. The SVR12 rate for these patients was 100% (6/6).

VA NS5A Cohort Study
In a retrospective Veterans Administration (VA) NS5A cohort study, effectiveness of treatment with ZEPATIER plus ribavirin for 16 weeks was assessed in 93 HCV genotype 1a-infected patients with 1 or more baseline NS5A polymorphisms at amino acid positions M28, Q30, L31, and/or Y93. Overall, the SVR12 rate for patients with 1 or more baseline NS5A polymorphisms at any of the 4 amino acid positions was 81% (75/93). 65 patients had a NS5A polymorphism at a single amino acid position at baseline. The SVR12 rates for patients with a single polymorphism at amino acid position M28, Q30, L31, or Y93 were 94% (16/17), 100% (8/8), 84% (16/19), and 81% (17/21), respectively. 28 patients had NS5A polymorphisms at more than 1 amino acid position (M28, Q30, L31, and/or Y93) at baseline. The SVR12 rate for these patients was 64% (18/28).

*Genotype 1b*
*In Clinical Studies*
In genotype 1b-infected subjects treated with ZEPATIER for 12 weeks, SVR12 rates (non-virologic failure-censored) were 94% (48/51) and 99% (247/248) for those with and without one or more NS5A polymorphisms at position 28, 30, 31, or 93.
In genotype 1b-infected subjects, baseline NS3 polymorphisms did not impact treatment response.

Effect of Baseline HCV Polymorphisms on Treatment Response in Genotype 4-Infected Subjects
Phylogenetic analysis of HCV sequences from genotype 4-infected subjects (n=71) in the pooled analyses of subjects (non-virologic failure-censored) treated with regimens containing ZEPATIER or

29

elbasvir + grazoprevir with or without ribavirin in Phase 2 and 3 clinical trials identified 4 HCV genotype 4 subtypes (4a, 4d, 4k, 4o). Most subjects were infected with either subtype 4a (42%) or 4d (51%); 1 to 2 subjects were infected with each of the other genotype 4 subtypes. Among subjects enrolled at U.S. study sites, 11/13 (85%) were infected with HCV subtype 4a. There were two subjects infected with HCV subtype 4d who experienced virologic failure with the regimen containing grazoprevir and elbasvir.

In genotype 4-infected subjects, SVR12 rates for subjects with baseline NS5A polymorphisms (any change from reference at NS5A amino acid positions 28, 30, 31, 58, and 93 by population nucleotide sequencing) were 100% (28/28) and for subjects without baseline NS5A polymorphisms were 95% (41/43).

In genotype 4-infected subjects, SVR12 rates for subjects with baseline NS3 polymorphisms (any change from reference at NS3 amino acid positions 36, 54, 55, 56, 80, 107, 122, 132, 155, 156, 158, 168, 170, and 175 by population nucleotide sequencing) were 100% (18/18) and for subjects without baseline NS3 polymorphisms were 96% (51/53).

### Cross Resistance

Cross resistance is possible among NS5A inhibitors and NS3/4A protease inhibitors by class. Elbasvir and grazoprevir are fully active against viral populations with substitutions conferring resistance to NS5B inhibitors.

In the C-SALVAGE trial, subjects with genotype 1 infection who had failed prior treatment with boceprevir (n=28), simeprevir (n=8), or telaprevir (n=43) in combination with PegIFN + RBV received EBR 50 mg once daily + GZR 100 mg once daily + RBV for 12 weeks. There are limited data to determine the impact of HCV NS3 resistance-associated substitutions detected at baseline in treatment-experienced subjects who failed prior PegIFN + RBV + HCV protease inhibitor therapy and received ZEPATIER with ribavirin. SVR was achieved in 88% (21/24) of genotype 1a and genotype 1b infected subjects with NS3 resistance-associated substitutions detected at baseline. Specific NS3 substitutions observed at baseline included one or more of the following: V36L/M (n=8), T54S (n=4), S122G/T (n=9), R155K/T (n=9), A156S/T (n=1), and D168E/N (n=3). SVR was 100% (55/55) in subjects without baseline NS3 resistance substitutions. The 3 virologic failure subjects had the following NS3 or NS5A substitutions/polymorphisms at baseline: NS3 R155T/D168N, NS3 R155K plus NS5A H58D, and NS3 T54S plus NS5A L31M.

The efficacy of ZEPATIER has not been established in patients who have previously failed treatment with other regimens that included an NS5A inhibitor.

## 13   NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
#### Carcinogenesis and Mutagenesis
Elbasvir and grazoprevir were not genotoxic in a battery of *in vitro* or *in vivo* assays, including microbial mutagenesis, chromosomal aberration in Chinese Hamster Ovary cells, and in *in vivo* rat micronucleus assays.

Carcinogenicity studies with elbasvir or grazoprevir have not been conducted.

If ZEPATIER is administered in a regimen containing ribavirin, the information for ribavirin on carcinogenesis and mutagenesis also applies to this combination regimen. Refer to the ribavirin prescribing information for information on carcinogenesis and mutagenesis.

#### Impairment of Fertility
No effects on mating, female or male fertility, or early embryonic development were observed in rats at up to the highest dose tested. Systemic exposures (AUC) to elbasvir and grazoprevir were approximately 8 and 114 times, respectively, the exposure in humans at the recommended human dose.

If ZEPATIER is administered with ribavirin, the information for ribavirin on impairment of fertility also applies to this combination regimen. Refer to the ribavirin prescribing information for information on impairment of fertility.

## 14   CLINICAL STUDIES

### 14.1   Overview of Clinical Trials

The efficacy of ZEPATIER was assessed in 2 placebo-controlled trials and 4 uncontrolled Phase 2 and 3 clinical trials in 1401 subjects with genotype (GT) 1, 4, or 6 chronic hepatitis C virus infection with compensated liver disease (with or without cirrhosis). An overview of the 6 trials (n=1373) contributing to the assessment of efficacy in genotype 1 or 4 is provided in Table 12. C-EDGE TN, C-EDGE COINFECTION, C-SCAPE, and C-EDGE TE also included subjects with genotype 6 HCV infection (n=28).

**FDA-FLORIDA-004375**

Because ZEPATIER is not indicated for genotype 6 infection, results in patients with genotype 6 infection are not included in Clinical Studies (14).

Reference ID: 4531774

**FDA-FLORIDA-004376**

**Table 12: Trials Conducted with ZEPATIER**

| Trial | Population | Study Groups and Duration (Number of Subjects Treated) |
|---|---|---|
| C-EDGE TN (double-blind) | GT 1, 4 TN with or without cirrhosis | • ZEPATIER for 12 weeks (N=306) <br> • Placebo for 12 weeks (N=102) |
| C-EDGE COINFECTION (open-label) | GT 1, 4 TN with or without cirrhosis HCV/HIV-1 co-infection | • ZEPATIER for 12 weeks (N=217) |
| C-SURFER (double-blind) | GT 1 TN or TE with or without cirrhosis Severe Renal Impairment including Hemodialysis | • EBR* + GZR* for 12 weeks (N=122) <br> • Placebo for 12 weeks (N=113) |
| C-SCAPE (open-label) | GT 4 TN without cirrhosis | • EBR* + GZR* for 12 weeks (N=10) <br> • EBR* + GZR* + RBV for 12 weeks (N=10) |
| C-EDGE TE (open-label) | GT 1, 4 TE with or without cirrhosis with or without HCV/HIV-1 co-infection | • ZEPATIER for 12 or 16 weeks (N=105 and 101, respectively) <br> • ZEPATIER + RBV for 12 or 16 weeks (N=104 and 104, respectively) |
| C-SALVAGE (open-label) | GT 1 TE with HCV protease inhibitor regimen† with or without cirrhosis | • EBR* + GZR* + RBV for 12 weeks (N=79) |

GT = Genotype
TN = Treatment-Naïve
TE = Treatment-Experienced (failed prior treatment with interferon [IFN] or peginterferon alfa [PegIFN] with or without ribavirin [RBV] or were intolerant to prior therapy).
*EBR = elbasvir 50 mg; GZR = grazoprevir 100 mg; EBR + GZR = co-administered as single agents.
† Failed prior treatment with boceprevir, telaprevir, or simeprevir in combination with PegIFN + RBV.

ZEPATIER was administered once daily by mouth in these trials. For subjects who received ribavirin (RBV), the RBV dosage was weight-based (less than 66 kg = 800 mg per day, 66 to 80 kg = 1000 mg per day, 81 to 105 kg = 1200 mg per day, greater than 105 kg = 1400 mg per day) administered by mouth in two divided doses with food.

Sustained virologic response (SVR) was the primary endpoint in all trials and was defined as HCV RNA less than lower limit of quantification (LLOQ) at 12 weeks after the cessation of treatment (SVR12). Serum HCV RNA values were measured during these clinical trials using the COBAS AmpliPrep/COBAS Taqman HCV test (version 2.0) with an LLOQ of 15 HCV RNA IU per mL, with the exception of C-SCAPE where the assay had an LLOQ of 25 HCV RNA IU per mL.

### 14.2 Clinical Trials in Treatment-Naïve Subjects with Genotype 1 HCV (C-EDGE TN and C-EDGE COINFECTION)

The efficacy of ZEPATIER in treatment-naïve subjects with genotype 1 chronic hepatitis C virus infection with or without cirrhosis was demonstrated in the C-EDGE TN and C-EDGE COINFECTION trials.

C-EDGE TN was a randomized, double-blind, placebo-controlled trial in treatment-naïve subjects with genotype 1 or 4 infection with or without cirrhosis. Subjects were randomized in a 3:1 ratio to: ZEPATIER for 12 weeks (immediate treatment group) or placebo for 12 weeks followed by open-label

Reference ID: 4531774

treatment with ZEPATIER for 12 weeks (deferred treatment group). Among subjects with genotype 1 infection randomized to the immediate treatment group, the median age was 55 years (range: 20 to 78); 56% of the subjects were male; 61% were White; 20% were Black or African American; 8% were Hispanic or Latino; mean body mass index was 26 kg/m$^2$; 72% had baseline HCV RNA levels greater than 800,000 IU per mL; 24% had cirrhosis; 67% had non-C/C IL28B alleles (CT or TT); and 55% had genotype 1a and 45% had genotype 1b chronic HCV infection.

C-EDGE COINFECTION was an open-label, single-arm trial in treatment-naïve HCV/HIV-1 co-infected subjects with genotype 1 or 4 infection with or without cirrhosis. Subjects received ZEPATIER for 12 weeks. Among subjects with genotype 1 infection, the median age was 50 years (range: 21 to 71); 85% of the subjects were male; 75% were White; 19% were Black or African American; 6% were Hispanic or Latino; mean body mass index was 25 kg per m$^2$; 59% had baseline HCV RNA levels greater than 800,000 IU per mL; 16% had cirrhosis; 65% had non-C/C IL28B alleles (CT or TT); and 76% had genotype 1a, 23% had genotype 1b, and 1% had genotype 1-Other chronic HCV infection.

Table 13 presents treatment outcomes for ZEPATIER in treatment-naïve subjects with genotype 1 infection from C-EDGE TN (immediate treatment group) and C-EDGE COINFECTION. For treatment outcomes for ZEPATIER in genotype 4 infection, *[see Clinical Studies (14.5)]*.

**Table 13: C-EDGE TN and C-EDGE COINFECTION: SVR12 in Treatment-Naïve Subjects with or without Cirrhosis with Genotype 1 HCV Treated with ZEPATIER for 12 Weeks**

| Trial | C-EDGE TN (Immediate Treatment Group) | C-EDGE COINFECTION (HCV/HIV-1 Co-Infection) |
|---|---|---|
| **Regimen** | **ZEPATIER 12 Weeks N=288** | **ZEPATIER 12 Weeks N=189** |
| SVR in Genotype 1 | 95% (273/288) | 95% (179/189) |
| Outcome for subjects without SVR | | |
|   On-treatment Virologic Failure* | <1% (1/288) | 0% (0/189) |
|   Relapse | 3% (10/288) | 3% (6/189) |
|   Other† | 1% (4/288) | 2% (4/189) |
| SVR by Genotype 1 Subtypes | | |
|   GT 1a‡ | 92% (144/157) | 94% (136/144) |
|   GT 1b§ | 98% (129/131) | 96% (43/45) |
| SVR by Cirrhosis status | | |
|   Non-cirrhotic | 94% (207/220) | 94% (148/158) |
|   Cirrhotic | 97% (66/68) | 100% (31/31) |

*Includes subjects with virologic breakthrough.
†Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
‡For the impact of baseline NS5A polymorphisms on SVR12, *[see Microbiology (12.4)], Table 11.*
§Includes genotype 1 subtypes other than 1a or 1b.

## 14.3   Clinical Trials in Treatment-Experienced Subjects with Genotype 1 HCV

Treatment-Experienced Subjects who Failed Prior PegIFN with RBV Therapy (C-EDGE TE)

33

FDA-FLORIDA-004378

C-EDGE TE was a randomized, open-label comparative trial in subjects with genotype 1 or 4 infection, with or without cirrhosis, with or without HCV/HIV-1 co-infection, who had failed prior therapy with PegIFN + RBV therapy. Subjects were randomized in a 1:1:1:1 ratio to one of the following treatment groups: ZEPATIER for 12 weeks, ZEPATIER + RBV for 12 weeks, ZEPATIER for 16 weeks, or ZEPATIER + RBV for 16 weeks. Among subjects with genotype 1 infection, the median age was 57 years (range: 19 to 77); 64% of the subjects were male; 67% were White; 18% were Black or African American; 9% were Hispanic or Latino; mean body mass index was 28 kg/m$^2$; 78% had baseline HCV RNA levels greater than 800,000 IU/mL; 34% had cirrhosis; 79% had non-C/C IL28B alleles (CT or TT); and 60% had genotype 1a, 39% had genotype 1b, and 1% had genotype 1-Other chronic HCV infection.

Treatment outcomes in genotype 1 subjects treated with ZEPATIER for 12 weeks or ZEPATIER with RBV for 16 weeks are presented in Table 14. Treatment outcomes with ZEPATIER with RBV for 12 weeks or without RBV for 16 weeks are not shown because these regimens are not recommended in PegIFN/RBV-experienced genotype 1 patients. For treatment outcomes for ZEPATIER in genotype 4 infection, *[see Clinical Studies (14.5)]*.

**Table 14: C-EDGE TE: SVR12 in Treatment-Experienced Subjects who Failed Prior PegIFN with RBV with or without Cirrhosis, with or without HCV/HIV-1 Co-infection with Genotype 1 HCV Treated with ZEPATIER for 12 Weeks or ZEPATIER with Ribavirin for 16 Weeks**

| Regimen | ZEPATIER 12 weeks N=96 | ZEPATIER + RBV 16 weeks N=96 |
|---|---|---|
| SVR in Genotype 1 | 94% (90/96) | 97% (93/96) |
| Outcome for subjects without SVR | | |
| On-treatment Virologic Failure* | 0% (0/96) | 0% (0/96) |
| Relapse | 5% (5/96) | 0% (0/96) |
| Other† | 1% (1/96) | 3% (3/96) |
| SVR by Genotype 1 Subtypes | | |
| GT 1a‡ | 90% (55/61) | 95% (55/58) |
| GT 1b§ | 100% (35/35) | 100% (38/38) |
| SVR by Cirrhosis status | | |
| Non-cirrhotic | 94% (61/65) | 95% (61/64) |
| Cirrhotic | 94% (29/31) | 100% (32/32) |
| SVR by Response to Prior HCV Therapy | | |
| On-treatment Virologic Failure¶ | 90% (57/63) | 95% (58/61) |
| Relapser | 100% (33/33) | 100% (35/35) |

*Includes subjects with virologic breakthrough or rebound.
†Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
‡For the impact of baseline NS5A polymorphisms on SVR, *[see Microbiology (12.4)], Table 11*.
§Includes genotype 1 subtypes other than 1a or 1b.
¶Includes prior null responders and partial responders.

<u>Treatment-Experienced Subjects who Failed Prior PegIFN + RBV + HCV Protease Inhibitor Therapy (C-SALVAGE)</u>

34

FDA-FLORIDA-004379

C-SALVAGE was an open-label single-arm trial in subjects with genotype 1 infection, with or without cirrhosis, who had failed prior treatment with boceprevir, simeprevir, or telaprevir in combination with PegIFN + RBV. Subjects received EBR 50 mg once daily + GZR 100 mg once daily + RBV for 12 weeks. Subjects had a median age of 55 years (range: 23 to 75); 58% of the subjects were male; 97% were White; 3% were Black or African American; 15% were Hispanic or Latino; mean body mass index was 28 kg/m$^2$; 63% had baseline HCV RNA levels greater than 800,000 IU/mL; 43% had cirrhosis; and 97% had non-C/C IL28B alleles (CT or TT); 46% had baseline NS3 resistance-associated substitutions.

Overall SVR was achieved in 96% (76/79) of subjects receiving EBR + GZR + RBV for 12 weeks. Four percent (3/79) of subjects did not achieve SVR due to relapse. Treatment outcomes were consistent in genotype 1a and genotype 1b subjects, in subjects with different response to previous HCV therapy, and in subjects with or without cirrhosis. Treatment outcomes were generally consistent in subjects with or without NS3 resistance-associated substitutions at baseline, although limited data are available for subjects with specific NS3 resistance-associated substitutions *[see Microbiology (12.4)]*.

### 14.4   Clinical Trial in Subjects with Genotype 1 HCV and Severe Renal Impairment including Subjects on Hemodialysis (C-SURFER)

C-SURFER was a randomized, double-blind, placebo-controlled trial in subjects with genotype 1 infection, with or without cirrhosis, with chronic kidney disease (CKD) Stage 4 (eGFR 15-29 mL/min/1.73 m$^2$) or CKD Stage 5 (eGFR <15 mL/min/1.73 m$^2$), including subjects on hemodialysis, who were treatment-naïve or who had failed prior therapy with IFN or PegIFN ± RBV therapy. Subjects were randomized in a 1:1 ratio to one of the following treatment groups: EBR 50 mg once daily + GZR 100 mg once daily for 12 weeks (immediate treatment group) or placebo for 12 weeks followed by open-label treatment with EBR + GZR for 12 weeks (deferred treatment group). In addition, 11 subjects received open-label EBR + GZR for 12 weeks (intensive pharmacokinetic [PK] group). Subjects randomized to the immediate treatment group and intensive PK group had a median age of 58 years (range: 31 to 76); 75% of the subjects were male; 50% were White; 45% were Black or African American; 11% were Hispanic or Latino; 57% had baseline HCV RNA levels greater than 800,000 IU/mL; 6% had cirrhosis; and 72% had non-C/C IL28B alleles (CT or TT).

Treatment outcomes in subjects treated with ZEPATIER for 12 weeks in the pooled immediate treatment group and intensive PK group are presented in Table 15.

35

FDA-FLORIDA-004380

**Table 15: C-SURFER: SVR12 in Subjects with Severe Renal Impairment including Subjects on Hemodialysis who were Treatment-Naïve or had Failed Prior IFN or PegIFN ± RBV, with or without Cirrhosis, with Genotype 1 HCV Treated with ZEPATIER for 12 Weeks**

| Regimen | EBR + GZR<br>12 weeks<br>(Immediate Treatment Group)<br>N=122* |
|---|---|
| Overall SVR | 94% (115/122)† |
| Outcome for subjects without SVR | |
| On-treatment Virologic Failure | 0% (0/122) |
| Relapse | <1% (1/122) |
| Other‡ | 5% (6/122) |
| SVR by Genotype | |
| GT 1a | 97% (61/63) |
| GT 1b§ | 92% (54/59) |
| SVR by Cirrhosis status | |
| No | 95% (109/115) |
| Yes | 86% (6/7) |
| SVR by Prior HCV Treatment Status | |
| Treatment-naïve | 95% (96/101) |
| Treatment-experienced | 90% (19/21) |
| SVR by Dialysis Status | |
| No | 97% (29/30) |
| Yes | 93% (86/92) |
| SVR by Chronic Kidney Disease Stage | |
| Stage 4 | 100% (22/22) |
| Stage 5 | 93% (93/100) |

*Includes subjects (n=11) in the intensive PK group.
†SVR was achieved in 99% (115/116) of subjects in the pre-specified primary analysis population, which excluded subjects not receiving at least one dose of study treatment and those with missing data due to death or early study discontinuation for reasons unrelated to treatment response.
‡Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
§Includes genotype 1 subtypes other than 1a or 1b.

### 14.5   Clinical Trials with Genotype 4 HCV

The efficacy of ZEPATIER in subjects with genotype 4 chronic HCV infection was demonstrated in C-EDGE TN, C-EDGE COINFECTION, C-EDGE TE, and C-SCAPE. C-SCAPE was a randomized, open-label trial which included treatment-naïve subjects with genotype 4 infection without cirrhosis. Subjects were randomized in a 1:1 ratio to EBR 50 mg once daily + GZR 100 mg once daily for 12 weeks or EBR 50 mg once daily + GZR 100 mg once daily + RBV for 12 weeks. In these combined studies in subjects with genotype 4 infection, 64% were treatment-naïve; 66% of the subjects were male; 87% were White; 10% were Black or African American; 22% had cirrhosis; and 30% had HCV/HIV-1 co-infection.

In C-SCAPE, C-EDGE TN, and C-EDGE COINFECTION trials combined, a total of 66 genotype 4 treatment-naïve subjects received ZEPATIER or EBR + GZR for 12 weeks. In these combined trials, SVR12 among subjects treated with ZEPATIER or EBR + GZR for 12 weeks was 97% (64/66).

In C-EDGE TE, a total of 37 genotype 4 treatment-experienced subjects received a 12- or 16-week ZEPATIER with or without RBV regimen. SVR12 among randomized subjects treated with ZEPATIER + RBV for 16 weeks was 100% (8/8).

FDA-FLORIDA-004381

**16      HOW SUPPLIED/STORAGE AND HANDLING**

Each ZEPATIER tablet contains 50 mg elbasvir and 100 mg grazoprevir, is beige, oval-shaped, film-coated, debossed with "770" on one side and plain on the other. The tablets are packaged into a carton (NDC 0006-3074-02) containing two (2) 14-count child-resistant dose packs for a total of 28 tablets.

Store ZEPATIER in the original blister package until use to protect from moisture.

Store ZEPATIER at 20°C to 25°C (68°F to 77°F); excursions permitted between 15°C to 30°C (between 59°F to 86°F) [see USP Controlled Room Temperature].

**17      PATIENT COUNSELING INFORMATION**

Advise the patient to read the FDA-approved patient labeling (Patient Information).

For patients receiving ZEPATIER with ribavirin, advise patients to read the FDA-approved patient labeling (Medication Guide) for ribavirin *[see Warnings and Precautions (5.4)]*.

Risk of Hepatitis B Virus Reactivation in Patients Coinfected with HCV and HBV

Inform patients that HBV reactivation can occur in patients coinfected with HBV during or after treatment of HCV infection. Advise patients to tell their healthcare provider if they have a history of hepatitis B virus infection [see Warnings and Precautions (*5.1)]*.

Risk of Hepatic Decompensation/Failure in Patients with Evidence of Advanced Liver Disease

Advise patients to seek medical evaluation immediately for symptoms of worsening liver problems such as nausea, tiredness, yellowing of the skin or white part of the eyes, bleeding or bruising more easily than normal, confusion, loss of appetite, diarrhea, dark or brown urine, dark or bloody stool, swelling of the stomach area (abdomen) or pain in the upper right side of the stomach area, sleepiness, or vomiting of blood *[see Warnings and Precautions (5.3)]*.

Risk of ALT Elevations

Inform patients to watch for early warning signs of liver inflammation, such as fatigue, weakness, lack of appetite, nausea and vomiting, as well as later signs such as jaundice and discolored feces, and to consult their healthcare professional without delay if such symptoms occur *[see Warnings and Precautions (5.2) and Adverse Reactions (6.1)]*.

Pregnancy

Advise patients taking ZEPATIER with ribavirin to avoid pregnancy during treatment and within 6 months of stopping ribavirin and to notify their healthcare provider immediately in the event of a pregnancy *[see Use in Specific Populations (8.1)]*.

Drug Interactions

Inform patients that ZEPATIER may interact with some drugs; therefore, advise patients to report the use of any prescription, non-prescription medication, or herbal products to their healthcare provider *[see Contraindications (4), Warnings and Precautions (5.5), and Drug Interactions (7)]*.

Storage

Advise patients to store ZEPATIER in the original package until use to protect from moisture *[see How Supplied/Storage and Handling (16)]*.

Administration

Advise patients to take ZEPATIER every day at the regularly scheduled time with or without food. Inform patients that it is important not to miss or skip doses and to take ZEPATIER for the duration that is recommended by the healthcare provider.

Manufactured for: Merck Sharp & Dohme Corp., a subsidiary of

**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Reference ID: 4531774

For patent information: www.merck.com/product/patent/home.html

Copyright © 2016-XXXX Merck Sharp & Dohme Corp., a subsidiary of **Merck & Co., Inc.**
All rights reserved.

uspi-mk5172a-t-XXXXrXXX

Reference ID: 4531774

**FDA-FLORIDA-004383**

---

**Patient Information**
**ZEPATIER® (ZEP-ah-teer)**
(elbasvir and grazoprevir)
tablets

---

**What you need to know about ZEPATIER**
- Before you take this medicine, be sure you understand what it is for and how to take it safely.
- Keep this information.
- If you have questions about this medicine, ask your healthcare provider or pharmacist.
- Every time you get a refill, look at the Patient Information. There may be new information.
- Your healthcare provider may prescribe ZEPATIER with a medicine called ribavirin. Ribavirin is also known as Rebetol®, Copegus®, Ribasphere®, and Moderiba®. **If you take ZEPATIER and ribavirin, be sure you read the Medication Guide for ribavirin.**

---

**What is the most important information I should know about ZEPATIER?**

ZEPATIER can cause serious side effects, including,
**Hepatitis B virus reactivation**: Before starting treatment with ZEPATIER, your healthcare provider will do blood tests to check for hepatitis B virus infection. If you have ever had hepatitis B virus infection, the hepatitis B virus could become active again during or after treatment of hepatitis C virus infection with ZEPATIER. Hepatitis B virus becoming active again (called reactivation) may cause serious liver problems including liver failure and death. Your healthcare provider will monitor you if you are at risk for hepatitis B virus reactivation during treatment and after you stop taking ZEPATIER.

**For more information about side effects, see the section "What are the possible side effects of ZEPATIER?"**

**What is ZEPATIER®?**

ZEPATIER is a prescription medicine used with or without ribavirin to treat chronic (long-lasting) hepatitis C virus (HCV) genotypes 1 or 4 infection in adults.

It is not known if ZEPATIER is safe or effective in children under 18 years old, people awaiting a liver transplant, or people who have had a liver transplant.

**Who should not take ZEPATIER?**

Do not take ZEPATIER if you have certain liver problems.

**What should I tell my healthcare provider before taking ZEPATIER?**

**Before taking ZEPATIER, tell your healthcare provider about all of your medical conditions, including if you:**
- have ever had hepatitis B virus infection
- have liver problems other than hepatitis C

FDA-FLORIDA-004384

- have ever taken any medicine for hepatitis C
- have HIV
- have had or are waiting for a liver transplant
- are pregnant or trying to get pregnant. ZEPATIER has not been studied in pregnant women. We do not know if ZEPATIER will harm your baby while you are pregnant.
  - **Males and females who take ZEPATIER and ribavirin should also read the ribavirin Medication Guide for important pregnancy, contraception, and infertility information.**
- are breastfeeding or plan to breastfeed. We do not know if ZEPATIER gets in your breast milk and gets passed to your baby.
  - **Talk to your healthcare provider about the best way to feed your baby during treatment with ZEPATIER.**

## Are you taking other medicines?

**Tell your healthcare provider about all of the medicines you take**, including prescription and over-the-counter medicines, vitamins, and herbal supplements. ZEPATIER may affect the way other medicines work, and other medicines may affect how ZEPATIER works. Some medicines cannot be taken with ZEPATIER. Your healthcare provider can tell you if it is safe to take ZEPATIER with other medicines.

- Know the medicines you take. Keep a list of your medicines and show it to your healthcare provider and pharmacist when you get a new medicine.
- You can ask your healthcare provider or pharmacist for a list of medicines that interact with this medicine.
- **Do not start taking a new medicine without telling your healthcare provider.**

## How do I take ZEPATIER?

- **Take 1 ZEPATIER tablet at the same time every day.**
- ZEPATIER comes in a blister package of individually-packaged tablets. Keep the tablets in this package until you are ready to take your dose.
- Take ZEPATIER exactly as your healthcare provider tells you to take it.
- Take ZEPATIER with or without food.
- Do not stop taking ZEPATIER without first talking with your healthcare provider.
- If you take more than your prescribed dose, call your healthcare provider right away.

## What if I forget to take ZEPATIER?

- Do not take two doses of ZEPATIER at the same time to make up for a missed dose.
- If you are not sure what to do, call your healthcare provider or pharmacist. It is important that you do not miss or skip doses of ZEPATIER during treatment.

## What are the possible side effects of ZEPATIER?

**ZEPATIER can cause serious side effects, including:**
**Hepatitis B virus reactivation.** See "What is the most important information I should know about ZEPATIER?"

**Signs of liver problems. ZEPATIER may cause increases in your liver-related blood tests**. This could be a sign of serious liver problems. Your healthcare provider will do blood tests to check your liver before and during treatment with ZEPATIER. Tell your healthcare provider right away if you get any of the following symptoms or if they get worse during treatment with ZEPATIER:

2

FDA-FLORIDA-004385

- loss of appetite
- nausea and vomiting
- feeling tired or weak
- confusion
- sleepiness
- vomiting of blood

- yellowing of your skin or eyes
- color changes in your stool or urine
- bleeding or bruising more easily than normal
- diarrhea
- swelling of the stomach area (abdomen) or pain in the upper right side of the stomach area

**Common side effects of ZEPATIER when used without ribavirin include:**

- feeling tired
- headache
- nausea

- trouble sleeping
- diarrhea

**Common side effects of ZEPATIER when used with ribavirin include:**

- low red blood cell counts (anemia)
- headache
- feeling tired
- shortness of breath
- rash or itching

- feeling irritable
- stomach pain
- depression
- joint pain

**If you have any side effect that bothers you or that does not go away, tell your healthcare provider.**

There may be other side effects to ZEPATIER that are not listed.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088. For more information or medical advice call your doctor.

### Where should I keep ZEPATIER?

- Keep ZEPATIER in its original packaging (blister package) until you are ready to take it. Do not take the tablets out of the original blister package to store in another container such as a pill box. This is important because the tablets are sensitive to moisture. The package is designed to protect them.
- Keep ZEPATIER at room temperature.
- Keep ZEPATIER and all medicines out of the reach of children.

### General information about ZEPATIER

- Medicines are sometimes prescribed for purposes other than those listed in the patient information. Do not use ZEPATIER for a condition for which it was not prescribed. Do not give ZEPATIER to other people, even if they have the same condition. It may harm them.
- If you would like more information, talk with your healthcare provider or pharmacist. You can ask them for information about ZEPATIER that was written for health professionals.
- For more information, call Merck, the company that makes ZEPATIER, at 1-877-888-4231 or go to www.ZEPATIER.com.

### What are the ingredients in ZEPATIER?

3

FDA-FLORIDA-004386

The active ingredients are: elbasvir and grazoprevir.

The inactive ingredients are: colloidal silicon dioxide, copovidone, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, mannitol, microcrystalline cellulose, sodium chloride, sodium lauryl sulfate, and vitamin E polyethylene glycol succinate.
The tablets are film-coated with a coating material containing the following inactive ingredients: carnauba wax, ferrosoferric oxide, hypromellose, iron oxide red, iron oxide yellow, lactose monohydrate, titanium dioxide, and triacetin.

---

This Patient Information has been approved by the U.S. Food and Drug Administration.



Manufactured for: Merck Sharp & Dohme Corp., a subsidiary of
**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

For patent information: www.merck.com/product/patent/home.html
The trademarks depicted herein are owned by their respective companies.
Copyright © 2016-XXXX Merck Sharp & Dohme Corp., a subsidiary of **Merck & Co., Inc.**
All rights reserved.

Issued: 12/2019
usppi-mk5172a-t-XXXXrXXX

Reference ID: 4531774

FDA-FLORIDA-004387

PRODUCT MONOGRAPH

INCLUDING PATIENT MEDICATION INFORMATION

**ZEPATIER®**

elbasvir/grazoprevir tablets

50 mg/100 mg

Antiviral Agent

**Merck Canada Inc.**
16750 route Transcanadienne
Kirkland QC Canada H9H 4M7
www.merck.ca

Date of Preparation:
January 19, 2016

Date of Revision:
March 17, 2021

Submission Control No:  245140

---

**FDA-FLORIDA-004388**

**Table of Contents**

**PART  I: HEALTH PROFESSIONAL INFORMATION** ........................................................**3**

SUMMARY PRODUCT INFORMATION ....................................................3

INDICATIONS AND CLINICAL USE ........................................................3

CONTRAINDICATIONS ............................................................................4

WARNINGS AND PRECAUTIONS .........................................................5

ADVERSE REACTIONS...........................................................................10

DRUG INTERACTIONS ...........................................................................14

DOSAGE AND ADMINISTRATION.........................................................26

OVERDOSAGE .........................................................................................28

ACTION AND CLINICAL PHARMACOLOGY ........................................29

STORAGE AND STABILITY ....................................................................32

SPECIAL HANDLING INSTRUCTIONS ..................................................33

DOSAGE FORMS, COMPOSITION AND PACKAGING ..........................33


**PART II:  SCIENTIFIC INFORMATION** ......................................................................**34**

PHARMACEUTICAL INFORMATION.....................................................34

CLINICAL TRIALS...................................................................................36

MICROBIOLOGY .....................................................................................50

TOXICOLOGY ..........................................................................................56

REFERENCES...........................................................................................56


**PART III: PATIENT MEDICATION INFORMATION** .....................................................**58**

**FDA-FLORIDA-004389**

**Pr ZEPATIER®**

50 mg of elbasvir and 100 mg of grazoprevir

## PART I: HEALTH PROFESSIONAL INFORMATION

## SUMMARY PRODUCT INFORMATION

| Route of Administration | Dosage Form / Strength | Clinically Relevant Nonmedicinal Ingredients |
|---|---|---|
| oral | Tablet<br><br>50 mg elbasvir and 100 mg grazoprevir | Lactose monohydrate<br><br>*For a complete listing see Dosage Forms, Composition and Packaging section.* |

## INDICATIONS AND CLINICAL USE

ZEPATIER® (elbasvir/grazoprevir) is indicated for the treatment of chronic hepatitis C (CHC) genotypes 1, 3, or 4 infection in adults as follows:

Without ribavirin:
- in genotype (GT) 1 or 4 treatment-naïve (TN) and peginterferon alfa + ribavirin (PR) treatment-experienced (TE) relapsers (12 weeks)
- in GT1 protease inhibitor (PI)/PR-TE relapsers (12 weeks)
- in GT1b TN, non-cirrhotic patients (8 weeks)
- in GT1b PR- or PI/PR-TE on-treatment virologic failures (12 weeks)

With ribavirin:
- in GT1a PR- or PI/PR-TE on-treatment virologic failures (16 weeks)
- in GT4 PR-TE on-treatment virologic failures (16 weeks)

With sofosbuvir:
- in GT3 TN patients (12 weeks)

(see **DOSAGE AND ADMINISTRATION**)

**Geriatrics (> 65 years of age):**
There were a limited number of geriatrics patients (N=187) included in the clinical trials. There was no overall difference in safety or efficacy observed in these patients (see **WARNINGS AND PRECAUTIONS, Special Populations**).

**Pediatrics (< 18 years of age):**
Safety and efficacy of ZEPATIER® have not been established in pediatric patients less than 18 years of age.

## CONTRAINDICATIONS

- Patients who are hypersensitive to this drug or to any ingredient in the formulation or component of the container.  For a complete listing, see the Dosage Forms, Composition and Packaging section of the product monograph.
- If ZEPATIER® is administered with ribavirin or sofosbuvir, the contraindications to ribavirin or sofosbuvir also apply to this combination regimen. Refer to the ribavirin or sofosbuvir product monograph for a list of contraindications for ribavirin or sofosbuvir.
- ZEPATIER® is contraindicated in patients with moderate or severe hepatic impairment (see **WARNINGS AND PRECAUTIONS, <u>Hepatic</u>, ADVERSE REACTIONS and ACTION AND CLINICAL PHARMACOLOGY**).
- ZEPATIER® is contraindicated with inhibitors of organic anion transporting polypeptide 1B (OATP1B) that are known or expected to significantly increase grazoprevir plasma concentrations, strong inducers of cytochrome P450 3A (CYP3A), or efavirenz.

**Table 1 - Drugs that are Contraindicated with ZEPATIER®**

| Mechanism of Interaction | Clinical Comment | Drugs that are Contraindicated with ZEPATIER®* |
|---|---|---|
| Inhibition of OATP1B by co-administered drug<br><br>(see **WARNINGS AND PRECAUTIONS, Drug Interactions**) | May increase the risk of ALT elevations due to a significant increase in grazoprevir plasma concentrations followed by decreases in elbasvir and grazoprevir plasma concentrations during continued coadministration (due to strong CYP3A induction). | Antimycobacterials<br>  rifampin |
| | May increase the risk of ALT elevations with OATP1B inhibitors that are known or expected  to significantly increase grazoprevir plasma concentrations | HIV medications<br>  atazanavir<br>  darunavir<br>  lopinavir<br>  saquinavir<br>  tipranavir<br><br>Immunosuppressants<br>  Cyclosporine |
| Strong induction of CYP3A by co-administered drugs<br><br>(see **WARNINGS AND PRECAUTIONS, Drug Interactions**) | May lead to loss of virologic response to ZEPATIER® due to significant decreases in elbasvir and grazoprevir plasma concentrations | Anticonvulsants<br>  phenytoin, carbamazepine<br><br>Herbal products<br>  St. John's wort (*Hypericum perforatum*)<br><br>HIV medications<br>  efavirenz[†] |

> \* This table is not a comprehensive list of all drugs that strongly induce CYP3A. This table may not include all OATP1B inhibitors that significantly increase grazoprevir plasma concentrations.
> [†] Efavirenz is included as a strong CYP3A inducer in this table, since co-administration reduced grazoprevir exposure by $\geq$ 80% (see Table 10)

## WARNINGS AND PRECAUTIONS

> **Potential for Hepatitis B Virus (HBV) Reactivation:** Screen  all patients for evidence of current or prior  HBV infection before  initiating **ZEPATIER**® treatment.  Cases of HBV reactivation,  including those resulting in fulminant hepatitis,  hepatic  failure, and death, have  been reported  during hepatitis C virus (HCV) treatment and/or post-treatment with regimens containing  HCV direct-acting  antivirals (DAAs) in patients co-infected with HBV  (see **WARNINGS AND  PRECAUTIONS, <u>Potential for  Hepatitis  B Virus Reactivation</u>**).

**FDA-FLORIDA-004392**

**General**
Since ZEPATIER® is a fixed dose combination product, an adjustment of its recommended dose is not possible.

**Potential for Hepatitis B Virus Reactivation:**
Cases of HBV reactivation, including those resulting in fulminant hepatitis, hepatic failure, and death have been reported in HCV/HBV co-infected patients who were undergoing, or completed treatment with DAAs.  To decrease the risk of HBV reactivation in patients co-infected with HBV, HBV screening should be performed in all patients prior to initiation of HCV treatment. Patients with positive HBV serology (HBsAg positive) and patients with serologic evidence of resolved HBV infection (i.e. HBsAg negative and anti-HBc positive) should be monitored and treated according to current clinical practice guidelines to manage potential for HBV reactivation (see **WARNINGS AND PRECAUTIONS, Monitoring and Laboratory Tests**).

**Risks Associated with Ribavirin Combination**
If ZEPATIER® is administered with ribavirin, the warnings and precautions for ribavirin, including the pregnancy avoidance warning, also apply to this combination regimen. Refer to the ribavirin product monograph for a list of warnings and precautions for ribavirin.

**Risks Associated with Sofosbuvir Combination**
If ZEPATIER® is administered with sofosbuvir, the warnings and precautions for sofosbuvir, also apply to this combination regimen. Refer to the sofosbuvir prescribing information for a list of warnings and precautions for sofosbuvir.

**Drug Interactions**
Co-administration of ZEPATIER® and OATP1B inhibitors that are known or expected to significantly increase grazoprevir plasma concentrations is contraindicated (see **CONTRAINDICATIONS and DRUG INTERACTIONS, Effects of Other Drugs on ZEPATIER®**).

The concomitant use of ZEPATIER® and strong CYP3A inducers or efavirenz may significantly decrease elbasvir and grazoprevir plasma concentrations and may lead to a reduced therapeutic effect of ZEPATIER®. Therefore, the use of ZEPATIER® with strong CYP3A inducers or efavirenz is contraindicated (see **CONTRAINDICATIONS** and **DRUG INTERACTIONS, Effects of Other Drugs on ZEPATIER®**).

The concomitant use of ZEPATIER® and moderate CYP3A inducers may decrease elbasvir and grazoprevir plasma concentrations and may lead to a reduced therapeutic effect of ZEPATIER®. Therefore, the use of ZEPATIER® with moderate CYP3A inducers is not recommended. (see **DRUG INTERACTIONS, Effects of Other Drugs on ZEPATIER® and Table 8**).

The concomitant use of ZEPATIER® and strong CYP3A inhibitors increases elbasvir and grazoprevir concentrations. Co-administration of ZEPATIER with certain strong CYP3A inhibitors is not recommended. (see **DRUG INTERACTIONS, Effects of Other Drugs on ZEPATIER® and Table 8**).

The plasma concentration of grazoprevir is increased if ZEPATIER® is co-administered with cyclosporine. Co-administration with cyclosporine is contraindicated (see **CONTRAINDICATIONS**).

See Table 8 for steps to prevent or manage these possible and known significant drug interactions, including dosing recommendations. Consider the potential for drug interactions prior to and during ZEPATIER® therapy; review concomitant medications during ZEPATIER® therapy; and monitor for the adverse reactions associated with the concomitant drugs (see **CONTRAINDICATIONS and DRUG INTERACTION**S).

### <u>Hepatic</u>
### Increased Risk of ALT Elevations
During clinical trials with ZEPATIER® with or without ribavirin, < 1% of subjects experienced elevations of ALT from normal levels to greater than 5 times the upper limit of normal (ULN), generally at or after treatment week 8. ALT elevations were typically asymptomatic and most resolved with ongoing or completion of therapy. Higher rates of late ALT elevations occurred in females (2% [11/652]), Asians (2% [4/165]), and subjects aged ≥65 years (2% [3/187]). (see **ADVERSE REACTIONS**).

Hepatic laboratory testing should be performed prior to therapy, at treatment week 8, and as clinically indicated. For patients receiving 16 weeks of therapy, additional hepatic laboratory testing should be performed at treatment week 12.

- Patients should be instructed to consult their healthcare professional without delay if they have onset of fatigue, weakness, lack of appetite, nausea and vomiting, jaundice or discolored feces.
- ZEPATIER® should be discontinued if ALT levels remain persistently greater than 10 times the ULN or accompanied by signs or symptoms of liver inflammation or increasing conjugated bilirubin, alkaline phosphatase, or International Normalized Ratio (INR).

### Hepatic Decompensation and Hepatic Failure
**ZEPATIER® is contraindicated in patients with moderate or severe hepatic impairment. There have been post-marketing case reports of hepatic decompensation and hepatic failure, including fatal outcomes, mostly in cirrhotic patients treated with HCV NS3/4A protease inhibitor-containing regimens, including ZEPATIER®. Because these events are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. Hepatic laboratory testing should be performed in all patients. In patients with cirrhosis, more frequent hepatic laboratory testing may be warranted; and patients should be monitored for signs and symptoms of hepatic decompensation such as the presence of jaundice, ascites, hepatic encephalopathy, and variceal hemorrhage. Discontinue ZEPATIER® in patients who develop evidence of hepatic decompensation/failure.**

### Hepatic Impairment
ZEPATIER® may be used as recommended in patients with mild hepatic impairment (Child-Pugh A). ZEPATIER® is contraindicated in patients with moderate or severe hepatic impairment

(Child-Pugh B and Child-Pugh C, respectively) due to a lack of clinical safety and efficacy experience in these patient populations, the expected increase in grazoprevir exposure (approximately 5-or 12-fold, respectively), and the increased risk of late ALT elevations. (see **CONTRAINDICATIONS and ACTION AND CLINICAL PHARMACOLOGY**).

**Liver Transplant Patients**
The safety and efficacy of ZEPATIER® have not been established in patients awaiting liver transplant or in liver transplant recipients.

## Special Populations

**Pregnant Women**
Pregnancy should be avoided while taking ZEPATIER® as there are no data on the use of ZEPATIER® in pregnant women. Patients should be advised to notify their health care provider immediately in the event of a pregnancy. ZEPATIER® should not be used during pregnancy unless the potential benefit justifies the potential risk to the fetus.

Elbasvir: No effects on embryo-fetal development or maternal toxicity have been observed in rats or rabbits when dams were administered elbasvir up to the highest dose tested (approximately 9 and 17 times the clinical dose based on AUC, respectively). In both species, elbasvir was shown to cross the placenta. In the pre- and postnatal study, no effects have been observed in rat offspring when exposed in utero (via maternal dosing) and during lactation (via maternal milk) up to the highest maternal exposure tested (approximately 9 times the clinical dose based on AUC).

Grazoprevir: No effects on embryo-fetal development or maternal toxicity have been observed in rats or rabbits when dams were administered grazoprevir up to the highest dose tested (approximately 110 and 39 times the clinical dose based on AUC, respectively). In both species, grazoprevir was shown to cross the placenta. In the pre- and postnatal study, no effects have been observed in rat offspring when exposed in utero (via maternal dosing) and during lactation (via maternal milk) up to the highest maternal exposure tested (approximately 79 times the clinical dose based on AUC).

**Nursing Women**
There are no human data to assess whether ZEPATIER® is excreted in human breast milk. A risk to the newborn/infant cannot be excluded, therefore mothers should be instructed not to breastfeed if they are taking ZEPATIER®. Elbasvir and grazoprevir are excreted in the milk of lactating rats. Concentrations of elbasvir were higher and concentrations of grazoprevir were lower in breast milk than maternal plasma in rats.

**Females and Males of Reproductive Potential**
No human data on the effect of elbasvir and grazoprevir on fertility are available. In rats, elbasvir and grazoprevir had no effect on fertility when tested at approximately 9 and 117 times the clinical dose based on AUC, respectively.

**Pediatrics (< 18 years of age)**
Safety and efficacy of ZEPATIER® have not been established in pediatric patients less than 18 years of age.

**Geriatrics (> 65 years of age)**
Clinical trials of ZEPATIER® with or without ribavirin included 187 subjects aged 65 and over. Although higher elbasvir and grazoprevir plasma concentrations were observed in subjects aged 65 and over, no overall differences in safety or efficacy were observed between subjects aged 65 and over and younger (see **ACTION AND CLINICAL PHARMACOLOGY**).

**Renal Impairment**
In patients with severe renal impairment (eGFR <30 mL/min/1.73 m$^2$) or with end stage renal disease (ESRD), including patients on hemodialysis, it is recommended to administer ZEPATIER® without ribavirin (see **DOSAGE AND ADMINISTRATION and ACTION AND CLINICAL PHARMACOLOGY**).

**Other HCV Genotypes**
Safety and efficacy of ZEPATIER® have not been established in patients infected with HCV genotypes 2, 5, and 6. (see **INDICATIONS AND CLINICAL USE**)

**HCV/HIV-1 co-infection**
Co-administration of ZEPATIER® and OATP1B inhibitors that are known or expected to significantly increase grazoprevir plasma concentrations (including HIV protease inhibitors), is contraindicated. The use of ZEPATIER® with strong CYP3A inducers or efavirenz is contraindicated. The use of ZEPATIER® with moderate CYP3A inducers and the fixed-dose combination of elvitegravir/cobicistat/emtricitabine/tenofovir disoproxil fumarate is not recommended (see **DRUG INTERACTIONS**).

**HCV/HBV Co-Infection**
The safety and efficacy of **ZEPATIER**® have not been studied in HCV patients co-infected with HBV. HBV reactivation has been reported during treatment and post-treatment with DAAs in patients co-infected with HBV who were not undergoing treatment for HBV infection (see **WARNINGS AND PRECAUTIONS, Potential for Hepatitis B Virus Reactivation**).

**Monitoring and Laboratory Tests**
Clearance of HCV may lead to increased replication of HBV in patients who are co-infected with HCV and HBV;· co-infected patients should be monitored for clinical and laboratory signs (e.g. HBsAg, anti-HBc, HBV DNA, serum aminotransferase levels, bilirubin) for HBV reactivation or hepatitis flare-during and at post-treatment follow-up as clinically appropriate (see **WARNINGS AND PRECAUTIONS, Potential for Hepatitis B Virus Reactivation)**.

As liver function may improve during treatment with ZEPATIER®, monitoring of certain laboratory parameters and/or concomitant medications may be required. For guidance see DRUG INTERACTIONS, Effects of ZEPATIER® on Other Drugs.

**ADVERSE REACTIONS**

**Adverse Drug Reaction Overview**
If ZEPATIER® is administered with ribavirin or sofosbuvir, refer to the product monographs for ribavirin or sofosbuvir for a list of ribavirin or sofosbuvir-associated adverse reactions.

The safety summary of ZEPATIER® was based on data from two placebo-controlled trials and eight uncontrolled Phase 2 and 3 clinical trials in approximately 2,000 subjects with chronic hepatitis C infection with compensated liver disease (with or without cirrhosis) who received ZEPATIER® with or without ribavirin (see **CLINICAL TRIALS**).

<u>Adverse Reactions in Subjects Receiving ZEPATIER® Alone</u>
C-EDGE TN was a Phase 3 placebo-controlled trial in treatment-naïve (TN) subjects. The most commonly reported adverse reactions (adverse events assessed as causally related by the investigator, all grades) occurring in C-EDGE TN at ≥ 10% frequency in subjects treated with ZEPATIER® for 12 weeks were fatigue and headache. No subjects had serious adverse reactions. The proportion of subjects who permanently discontinued treatment due to adverse reactions was < 1%.

In a pooled analysis of Phase 2 and 3 clinical trials in subjects treated with ZEPATIER® for 12 weeks, the most commonly reported adverse reactions (greater than 10% of subjects) were fatigue and headache. The majority of the adverse reactions were mild in severity. No subjects treated with ZEPATIER® had serious adverse reactions. The proportion of subjects who permanently discontinued treatment due to adverse reactions was < 1%. The type and severity of adverse reactions in subjects with cirrhosis were comparable to those seen in subjects without cirrhosis.

<u>Adverse Reactions in Subjects Receiving ZEPATIER® with Ribavirin</u>
C-EDGE TE was a Phase 3 open-label trial in treatment-experienced (TE) subjects. The most commonly reported adverse reactions occurring in C-EDGE TE at ≥ 10% frequency in subjects treated with ZEPATIER® with ribavirin for 16 weeks were fatigue, headache, anemia and nausea. The majority of the adverse reactions were mild in severity. The proportion of subjects treated with ZEPATIER® with ribavirin with serious adverse reactions was < 1%. The portion of subjects who permanently discontinued treatment due to adverse reactions was 2%. The type and severity of adverse reactions in subjects with cirrhosis were comparable to those seen in subjects without cirrhosis.

<u>ZEPATIER® in Subjects with Advanced Chronic Kidney Disease</u>
The safety of elbasvir and grazoprevir in comparison to placebo in subjects with advanced chronic kidney disease (severe renal impairment or ESRD, including patients on hemodialysis) and genotype 1 CHC infection with compensated liver disease (with or without cirrhosis) was assessed in 235 subjects (C-SURFER) (see **CLINICAL TRIALS**). The most commonly reported adverse reactions occurring at ≥ 10% frequency in subjects treated with ZEPATIER® were nausea and headache. The majority of the adverse reactions were mild in severity. No

subjects experienced a serious adverse reaction or discontinued treatment due to adverse reactions.

**Clinical Trial Adverse Drug Reactions**

*Because clinical trials are conducted under very specific conditions the adverse reaction rates observed in the clinical trials may not reflect the rates observed in practice and should not be compared to the rates in the clinical trials of another drug.  Adverse drug reaction information from clinical trials is useful for identifying drug-related adverse events and for approximating rates.*

<u>Adverse Reactions in Subjects Receiving ZEPATIER® Alone</u>
Adverse reactions (adverse events assessed as causally related by the investigator, all grades) occurring at ≥ 5% frequency in subjects treated with ZEPATIER® for 12 weeks in C-EDGE TN or with ZEPATIER® for 12 weeks in the pooled analysis of Phase 2 and 3 clinical trials are presented in Table 2.

**Table 2 - Adverse Reactions Occurring at ≥ 5% Frequency in Subjects with Chronic Hepatitis C Infection Treated with ZEPATIER® for 12 Weeks in C-EDGE TN or with ZEPATIER® for 12 weeks in the Pooled Phase 2 and 3 Clinical Trials**

| | C-EDGE TN | | Pooled† |
|---|---|---|---|
| | ZEPATIER® N=316 % (n) 12 weeks | Placebo N=105 % (n) 12 weeks | ZEPATIER® N=834 % (n) 12 weeks |
| Fatigue | 11% (35) | 10% (10) | 11% (94) |
| Headache | 10% (31) | 9% (9) | 10% (86) |
| Nausea | 4% (14) | 5% (5) | 5% (43) |
| †Includes C-WORTHY, C-SCAPE, C-SALT, C-EDGE TN, C-EDGE CO-INFECTION, C-EDGE TE and P058 | | | |

The type and severity of adverse reactions were comparable among subjects treated with 8, 12 or 16 weeks of ZEPATIER®.

<u>Common Clinical Trial Adverse Drug Reactions (≥ 1% to < 5%)</u>
Adverse reactions occurring in a pooled analysis of Phase 2 and 3 clinical trials at ≥1% to < 5% frequency in subjects treated with ZEPATIER® for 12 weeks are listed below by body system (Table 3).

**Table 3 - Adverse Reactions Occurring at ≥ 1% to <5% Frequency in Subjects with Chronic Hepatitis C Infection Treated with ZEPATIER® for 12 weeks in the Pooled Phase 2 and 3 Clinical Trials**

| Body System | Adverse Drug Reactions (%) |
|---|---|
| Gastrointestinal disorders: | Abdominal pain (2%), abdominal pain upper (2%), constipation (2%), diarrhea (3%), dry mouth (1%), vomiting (1%) |
| General disorders and administration site conditions: | Asthenia (4%) |
| Metabolism and nutrition disorders: | Decreased appetite (2%) |
| Musculoskeletal and connective tissue disorders: | Arthralgia (2%), myalgia (2%) |
| Nervous system disorders: | Dizziness (2%) |
| Psychiatric disorders: | Anxiety (1%), depression (1%), insomnia (3%), irritability (2%) |

| Skin and subcutaneous tissue disorders: | Alopecia (1%), pruritus (1%) |
|---|---|

Adverse Reactions in Subjects Receiving ZEPATIER® with Ribavirin
Adverse reactions occurring in C-EDGE TE at ≥ 5% frequency in subjects treated with
ZEPATIER® with ribavirin for 16 weeks are presented in Table 4.

**Table 4 -  Adverse Reactions Occurring at ≥ 5% Frequency in Subjects with Chronic Hepatitis C Infection Treated with ZEPATIER® + Ribavirin for 16 Weeks in C-EDGE TE**

|  | C-EDGE TE |
|---|---|
|  | ZEPATIER® + Ribavirin<br>N=106<br>% (n)<br>16 weeks |
| Fatigue | 25% (27) |
| Headache | 17% (18) |
| Anemia | 16% (17) |
| Nausea | 12% (13) |
| Pruritus | 9% (10) |
| Asthenia | 8% (9) |
| Dyspepsia | 6% (6) |
| Dyspnea | 8% (9) |
| Hemoglobin decreased | 7% (7) |
| Dyspnea exertional | 6% (6) |
| Insomnia | 6% (6) |
| Myalgia | 6% (6) |
| Vomiting | 6% (6) |
| Decreased appetite | 5% (5) |
| Cough | 5% (5) |
| Irritability | 5% (5) |
| Rash | 5% (5) |

Common Clinical Trial Adverse Drug Reactions (≥ 1% to < 5%)
Adverse reactions occurring in C-EDGE TE at ≥1% to < 5% frequency in subjects treated with
ZEPATIER® with ribavirin for 16 weeks are listed below by body system (Table 5).

**Table 5 - Adverse Reactions Occurring at ≥1 to < 5% Frequency in Subjects with Chronic Hepatitis C Infection Treated with ZEPATIER® + Ribavirin for 16 Weeks in C-EDGE TE**

| Body System | Adverse Drug Reactions (%) |
|---|---|
| Blood and lymphatic system disorders: | Haemolytic anemia  (2%) |
| Cardiac disorders: | Palpitations (2%) |
| Eye disorders: | Ocular icterus (2%) |
| Gastrointestinal disorders: | Abdominal pain (2%), constipation (3%), diarrhea (4%), flatulence (2%) |
| Hepatobiliary disorders: | Hyperbilirubinaemia (2%) |
| Investigations: | Haematocrit decreased (2%) |
| Musculoskeletal and connective tissue disorders: | Arthralgia (2%) |
| Nervous system disorders: | Dizziness (3%), dysgeusia (3%), lethargy (2%), memory impairment (2%), presyncope (2%) |
| Psychiatric disorders: | Anxiety (2%), depression (3%), sleep disorder (3%) |
| Skin and subcutaneous tissue disorders: | Alopecia (3%), dry skin (4%), pruritus generalized (2%), rash maculo-papular (2%) |

**Abnormal Hematologic and Clinical Chemistry Findings in Subjects Receiving**

**ZEPATIER® with or without Ribavirin**

*Serum Late ALT Elevations*
During clinical trials with ZEPATIER® with or without ribavirin, regardless of treatment duration, < 1% (13/1690) of subjects experienced elevations of ALT from normal levels to greater than 5 times the ULN, generally at or after treatment week 8 (mean onset time 10 weeks, range 6-12 weeks). Most late ALT elevations resolved with ongoing therapy with ZEPATIER® or after completion of therapy. The frequency of late ALT elevations was higher in subjects with higher grazoprevir plasma concentration. The incidence of late ALT elevations was not affected by treatment duration. Cirrhosis was not a risk factor for late ALT elevations. (see **WARNINGS AND PRECAUTIONS, Hepatic, DRUG INTERACTIONS and ACTION AND CLINICAL PHARMACOLOGY**)

*Serum Bilirubin Elevations*
During clinical trials with ZEPATIER® with or without ribavirin, regardless of treatment duration, elevations in bilirubin at greater than 2.5 times ULN were observed in 6% of subjects receiving ZEPATIER® with ribavirin compared to < 1% in those receiving ZEPATIER® alone. These bilirubin increases were predominantly indirect bilirubin and were generally observed in association with ribavirin co-administration. Bilirubin elevations were typically not associated with serum ALT elevations.

*Decreased Hemoglobin*
During clinical trials with ZEPATIER® with or without ribavirin, the mean change from baseline in hemoglobin levels in subjects treated with ZEPATIER® for 12 weeks was -0.19 mmol/L (-0.3g/dL) and with ZEPATIER® with ribavirin for 16 weeks was approximately -1.37 mmol/L (–2.2 g/dL). Hemoglobin declined during the first 8 weeks of treatment, remained low during the remainder of treatment, and normalized to baseline levels during follow-up. Less than 1% of subjects treated with ZEPATIER® with ribavirin had hemoglobin levels decrease to less than 5.28 mmol/L (8.5 g/dL) during treatment. No subjects treated with ZEPATIER® alone had a hemoglobin level less than 5.28 mmol/L (8.5 g/dL).

ZEPATIER® in Subjects with HCV/HIV-1 Co-Infection
The type and severity of adverse reactions in subjects with HCV/HIV-1 co-infection (n=298) were comparable to subjects without HCV/HIV-1 co-infection.

ZEPATIER® in Subjects with Advanced Chronic Kidney Disease
The adverse reactions occurring in C-SURFER at ≥ 5% frequency in subjects treated with ZEPATIER® for 12 weeks are presented in Table 6.

**Table 6 - Adverse Reactions Occurring at ≥ 5% Frequency in Subjects with Advanced Chronic Kidney Disease and Chronic Hepatitis C Infection Treated with ZEPATIER® in C-SURFER**

|  | ZEPATIER® N=122 % (n) 12 weeks | Placebo N=113 % (n) 12 weeks |
|---|---|---|
| Nausea | 11% (14) | 8% (9) |
| Headache | 11% (14) | 5% (6) |
| Fatigue | 5% (6) | 8% (9) |

Common Clinical Trial Adverse Drug Reactions (≥ 1% to < 5%)
Adverse reactions occurring in C-SURFER at ≥1% to < 5% frequency in subjects during treatment with ZEPATIER® for 12 weeks are listed below by body system (Table 7).

**Table 7 - Adverse Reactions Occurring at ≥ 1% to <5% Frequency in Subjects with Advanced Chronic Kidney Disease and Chronic Hepatitis C Infection Treated with ZEPATIER® in C-SURFER**

| Body System | Adverse Drug Reactions (%) |
|---|---|
| Ear and labyrinth disorders | Tinnitus (2%) |
| Gastrointestinal disorders: | Diarrhoea (2%), dry mouth (2%), dyspepsia (2%), flatulence (2%), vomiting (2%) |
| General disorders and administration site conditions: | Asthenia (4%) |
| Investigations: | Blood creatine phosphokinase increased (2%) |
| Metabolism and nutrition disorders: | Decreased appetite (2%) |
| Nervous system disorders: | Dizziness (3%) |
| Psychiatric disorders: | Insomnia (4%) |
| Skin and subcutaneous tissue disorders | Night sweats (2%), pruritus (2%) |

Adverse Reactions in Subjects Receiving ZEPATIER® with Sofosbuvir
The safety of ZEPATIER® with sofosbuvir in treatment-naïve subjects with chronic hepatitis C genotype 3 infection was assessed in 143 subjects (C-SWIFT safety population). No adverse reactions were reported at ≥ 5% frequency. The adverse reactions occurring at ≥1% to <5% frequency were diarrhea (1%), fatigue (1%), nausea (2%) and headache (3%). No subjects treated with ZEPATIER® had serious adverse reactions and no subjects permanently discontinued treatment due to adverse reactions) (see **CLINICAL TRIALS**).

**Post-Market Adverse Drug Reactions**

**Hepatobiliary Disorders**: Hepatic decompensation, hepatic failure

**DRUG INTERACTIONS**

**Overview**
(See also **CONTRAINDICATIONS, WARNINGS AND PRECAUTIONS, Drug Interactions**)

As ZEPATIER® contains elbasvir and grazoprevir, interactions that have been identified with these agents individually may occur with ZEPATIER®.

<u>Effects of Other Drugs on ZEPATIER®</u>
Grazoprevir is a substrate of OATP1B drug transporters. Co- administration of ZEPATIER® with OATP1B inhibitors that are known or expected to significantly increase grazoprevir plasma concentrations is contraindicated (see **CONTRAINDICATIONS**).

Elbasvir and grazoprevir are substrates of CYP3A and P-gp. Co-administration of strong inducers of CYP3A or efavirenz with ZEPATIER® may significantly decrease elbasvir and grazoprevir plasma concentrations, leading to reduced therapeutic effect of ZEPATIER®. Co-administration of ZEPATIER® with strong CYP3A inducers or efavirenz is contraindicated (see **CONTRAINDICATIONS).**

Co-administration of moderate inducers of CYP3A with ZEPATIER® may decrease elbasvir and grazoprevir plasma concentrations, leading to reduced therapeutic effect of ZEPATIER®. Co-administration of ZEPATIER® with moderate CYP3A inducers is not recommended (see **WARNINGS AND PRECAUTIONS, Drug Interactions and Table 8**).

Co-administration of ZEPATIER® with strong CYP3A inhibitors increases elbasvir and grazoprevir plasma concentrations. Co-administration of ZEPATIER® with certain strong CYP3A inhibitors is not recommended (see **WARNINGS AND PRECAUTIONS, Drug Interactions and Table 8**). Co-administration of ZEPATIER® with P-gp inhibitors is expected to have a minimal effect on the plasma concentrations of ZEPATIER®.

<u>Effects of ZEPATIER® on Other Drugs</u>
Elbasvir and grazoprevir are inhibitors of the drug transporter breast cancer resistance protein (BCRP) at the intestinal level in humans and may increase plasma concentrations of co-administered BCRP substrates. Elbasvir is not a CYP3A inhibitor *in vitro* and grazoprevir is a weak, but not clinically relevant, CYP3A inhibitor in humans. Therefore, no dose adjustment is required for CYP3A substrates when co-administered with ZEPATIER®.

Elbasvir has minimal intestinal P-gp inhibition in humans and grazoprevir is not a P-gp inhibitor *in vitro*. Therefore, P-gp substrates may be administered without dose adjustment when co-administered with ZEPATIER®. Elbasvir and grazoprevir are not OATP1B inhibitors in humans. Clinically significant drug interactions with ZEPATIER® as an inhibitor of other CYP enzymes, UGT1A1, esterases (CES1, CES2, and CatA), organic anion transporters (OAT)1 and OAT3, and organic cation transporter (OCT)2 are not expected. *In vitro*, elbasvir and grazoprevir did not induce CYP1A2, CYP2B6, or CYP3A.

As liver function may improve due to treatment of HCV with DAAs, it is recommended to closely monitor:

– the International Normalized Ratio [INR] in patients taking vitamin K antagonists,
– blood glucose levels in diabetic patients,
– immunosuppressive drug levels (e.g., calcineurin inhibitors, tacrolimus) in patients receiving immunosuppressive therapy,
– other relevant laboratory parameters in susceptible patients and/or other concomitant medications significantly affected by changes in hepatic function.

The dose of vitamin K antagonists, anti-diabetic agents, immunosuppressive agents, or other concomitant medications significantly affected by changes in hepatic function should be modified when necessary.

Altered blood glucose control resulting in serious symptomatic hypoglycemia has been reported in diabetic patients in postmarketing case reports and published epidemiological studies. Management of hypoglycemia in these cases required either discontinuation or dose modification of concomitant medications used for diabetes treatment.

## Drug-Drug Interactions

<u>Established and other Potential Drug Interactions</u>
If dose adjustments of concomitant medications are made due to treatment with ZEPATIER®, doses should be readjusted after administration of ZEPATIER® is completed.

Table 8 provides a listing of established or potentially clinically significant drug interactions. The drug interactions described are based on studies conducted with either ZEPATIER®, the components of ZEPATIER® (elbasvir [EBR] and grazoprevir [GZR]) as individual agents, or are predicted drug interactions that may occur with ZEPATIER® (see **WARNINGS AND PRECAUTIONS and DRUG INTERACTIONS, Drug Interactions Studie**s).

**Table 8 - Potentially Significant Drug Interactions: Alteration in Dose May Be Recommended Based on Results from Drug Interaction Studies or Predicted Interactions[b]**

| Concomitant Drug Class: Drug Name | Effect on Concentration[†] | Clinical Comment |
|---|---|---|
| **Antifungals** ketoconazole [‡] | ↑ EBR ↑ GZR | Concomitant use of systemic ketoconazole and ZEPATIER® increases grazoprevir exposure and may increase the overall risk of hepatotoxicity; co-administration of ketoconazole is not recommended. |
| **Endothelin Antagonist:** bosentan | ↓ EBR ↓ GZR | Co-administration of ZEPATIER® with bosentan, a moderate CYP3A inducer, may decrease EBR and GZR concentrations, leading to reduced therapeutic effect of ZEPATIER®. Co-administration is not recommended. |
| **Immunosuppressants:** tacrolimus[‡] | ↑ tacrolimus | Co-administration of ZEPATIER® with systemic tacrolimus increases the concentrations of tacrolimus. Frequent monitoring of tacrolimus whole blood concentrations, changes in renal function, and tacrolimus-associated adverse events upon the initiation of co-administration is recommended. |
| **HIV Medications:** | | |
| elvitegravir/cobicistat/em tricitabine/tenofovir disoproxil fumarate[‡] or alafenamide (fixed-dose combination) | ↑ EBR ↑ GZR | Co-administration of ZEPATIER® with the fixed-dose combination of elvitegravir/cobicistat/emtricitabine/tenofovir disoproxil fumarate or alafenamide resulted in or may result in increases in EBR and GZR concentrations. Co-administration is not recommended. |
| etravirine | ↓ EBR ↓ GZR | Co-administration of ZEPATIER® with etravirine, a moderate CYP3A inducer, may decrease EBR and GZR concentrations, leading to reduced therapeutic effect of ZEPATIER®. Co-administration is not recommended. |
| **HMG-CoA Reductase Inhibitors[#]:** | | |
| atorvastatin[‡] | ↑ atorvastatin | Co-administration of EBR and GZR with atorvastatin increases the concentrations of atorvastatin. The dose of atorvastatin should not exceed a daily dose of 20 mg when co-administered with ZEPATIER®. [#] |
| rosuvastatin[‡] | ↑ rosuvastatin | Co-administration of EBR and GZR and with rosuvastatin increases the concentrations of rosuvastatin. The dose of rosuvastatin should not exceed a daily dose of 10 mg when co-administered with ZEPATIER®. [#] |
| fluvastatin lovastatin simvastatin | ↑ fluvastatin ↓ lovastatin ↑ simvastatin | Co-administration of ZEPATIER® with these statins has not been studied but may increase the concentrations of these statins. The dose of fluvastatin, lovastatin, or simvastatin should not exceed a daily dose of 20 mg when co-administered with ZEPATIER®. [#] |
| **Kinase Inhibitor** Sunitinib | ↑ sunitinib | Co-administration of ZEPATIER® with sunitinib may increase sunitinib concentrations leading to an increased risk of sunitinib-associated adverse events. Use with caution. |
| **Wakefulness-Promoting Agents:** modafinil | ↓ EBR ↓ GZR | Co-administration of ZEPATIER® with modafinil, a moderate CYP3A inducer, may decrease EBR and GZR concentrations, leading to reduced therapeutic effect of ZEPATIER®. Co-administration is not recommended. |

[b]This table is not all inclusive.
[†]↓ = decrease, ↑ = increase.
[‡] These interactions have been studied in healthy adults.
[#]**See DRUG INTERACTIONS, section below: Drugs without Clinically Significant Interactions with ZEPATIER® for a list of HMG Co-A reductase inhibitors without clinically relevant interactions with ZEPATIER®.**

<u>Drugs without Clinically Significant Interactions with ZEPATIER®</u>
The interaction between the components of ZEPATIER® (elbasvir or grazoprevir) or ZEPATIER® and the following drugs were evaluated in clinical studies, and no dose adjustments are needed when ZEPATIER® is used with the following drugs individually: acid reducing agents (proton pump inhibitors, H2 blockers, antacids), buprenorphine/naloxone, digoxin, dolutegravir, methadone, mycophenolate mofetil, oral contraceptive pills, phosphate binders, pravastatin, prednisone, raltegravir, ribavirin, rilpivirine, tenofovir disoproxil fumarate, and sofosbuvir (see **DRUG INTERACTIONS, Drug Interactions Studies**).

No clinically relevant drug-drug interaction is expected when ZEPATIER® is co-administered with abacavir, emtricitabine, entecavir, and lamivudine.

<u>Drug Interaction Studies</u>
Drug interaction studies were performed in healthy adults with elbasvir, grazoprevir, or co-administered elbasvir and grazoprevir and drugs likely to be co-administered or drugs commonly used as probes for pharmacokinetic interactions. Table 9 summarizes the effects of co-administered drugs on the exposures of the individual components of ZEPATIER® (elbasvir and grazoprevir). Table 10 summarizes the effects of the individual components of ZEPATIER® on the exposures of the co-administered drugs. For information regarding clinical recommendations, see **WARNINGS AND PRECAUTIONS and DRUG INTERACTIONS, Drug-Drug Interactions**.

Grazoprevir is a substrate of OATP1B. Co-administration of ZEPATIER® with drugs that inhibit OATP1B transporters may result in a clinically relevant increase in grazoprevir plasma concentrations.

Clinically significant drug interactions with ZEPATIER® as an inhibitor of other CYP enzymes, UGT1A1, esterases (CES1, CES2, and CatA), organic anion transporters (OAT)1 and OAT3, and organic cation transporter (OCT)2 are not expected. *In vitro*, elbasvir and grazoprevir did not induce CYP1A2, CYP2B6, or CYP3A. A clinical interaction study with montelukast confirmed that grazoprevir is not a CYP2C8 inhibitor (CYP isoform with lowest *in vitro* IC$_{50}$).

Elbasvir has minimal intestinal P-gp inhibition in humans, and does not result in clinically relevant increases in concentrations of digoxin (a P-gp substrate), with an 11% increase in plasma AUC (see Table 10). Grazoprevir is not a P-gp inhibitor *in vitro*. Therefore, P-gp substrates may be administered without dose adjustment when co-administered with ZEPATIER®.

Elbasvir and grazoprevir are inhibitors of the drug transporter breast cancer resistance protein (BCRP) at the intestinal level in humans and may increase plasma concentrations of co-administered BCRP substrates. Neither elbasvir nor grazoprevir are inhibitors of OATP1B in humans.

FDA-FLORIDA-004405

**Table 9 - Drug Interactions: Changes in Pharmacokinetics of Elbasvir or Grazoprevir in the Presence of Co-Administered Drug**

| Co-Administered Drug | Regimen of Co-Administered Drug | Regimen of EBR or/and GZR | N | Geometric Mean Ratio [90% CI] of EBR and GZR PK with/without Co-Administered Drug (No Effect=1.00) | | | |
|---|---|---|---|---|---|---|---|
| | | | | | AUC§ | C$_{max}$ | C$_{24}$ |
| Antifungal | | | | | | | |
| Ketoconazole | 400 mg once daily | EBR 50 mg single-dose | 7 | EBR | 1.80 (1.41, 2.29) | 1.29 (1.00, 1.66) | 1.89 (1.37, 2.60) |
| | 400 mg once daily | GZR 100 mg single-dose | 8 | GZR | 3.02 (2.42, 3.76) | 1.13 (0.77, 1.67) | -- |
| Antimycobacterial | | | | | | | |
| Rifampin | 600 mg single-dose IV | EBR 50 mg single-dose | 14 | EBR | 1.22 (1.06, 1.40) | 1.41 (1.18, 1.68) | 1.31 (1.12, 1.53) |
| | 600 mg single-dose PO | EBR 50 mg single-dose | 14 | EBR | 1.17 (0.98, 1.39) | 1.29 (1.06, 1.58) | 1.21 (1.03, 1.43) |
| | 600 mg PO once daily | GZR 200 mg once daily | 12 | GZR | 0.93 (0.75, 1.17) | 1.16 (0.82, 1.65) | 0.10 (0.07, 0.13) |
| | 600 mg IV single-dose | GZR 200 mg single-dose | 12 | GZR | 10.21 (8.68, 12.00) | 10.94 (8.92, 13.43) | 1.77 (1.40, 2.24) |
| | 600 mg PO single-dose | GZR 200 mg once daily | 12 | GZR | 8.35 (7.38, 9.45)† | 6.52 (5.16, 8.24) | 1.62 (1.32, 1.98) |
| HCV Antiviral | | | | | | | |
| EBR | 20 mg once daily | GZR 200 mg once daily | 10 | GZR | 0.90 (0.63, 1.28) | 0.87 (0.50, 1.52) | 0.94 (0.77, 1.15) |
| GZR | 200 mg once daily | EBR 20 mg once daily | 10 | EBR | 1.01 (0.83, 1.24) | 0.93 (0.76, 1.13) | 1.02 (0.83, 1.24) |
| HIV Protease Inhibitor | | | | | | | |
| Atazanavir/ ritonavir | 300 mg/ 100 mg once daily | EBR 50 mg once daily | 10 | EBR | 4.76 (4.07, 5.56) | 4.15 (3.46, 4.97) | 6.45 (5.51, 7.54) |
| | 300 mg/ 100 mg once daily | GZR 200 mg once daily | 12 | GZR | 10.58 (7.78, 14.39) | 6.24 (4.42, 8.81) | 11.64 (7.96, 17.02) |
| Darunavir/ ritonavir | 600 mg/ 100 mg twice daily | EBR 50 mg once daily | 10 | EBR | 1.66 (1.35, 2.05) | 1.67 (1.36, 2.05) | 1.82 (1.39, 2.39) |
| | 600 mg/ 100 mg twice daily | GZR 200 mg once daily | 13 | GZR | 7.50 (5.92, 9.51) | 5.27 (4.04, 6.86) | 8.05 (6.33, 10.24) |
| Lopinavir/ ritonavir | 400 mg/ 100 mg twice daily | EBR 50 mg once daily | 10 | EBR | 3.71 (3.05, 4.53) | 2.87 (2.29, 3.58) | 4.58 (3.72, 5.64) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 400 mg/ 100 mg twice daily | GZR 200 mg once daily | 13 | GZR | 12.86 (10.25, 16.13) | 7.31 (5.65, 9.45) | 21.70 (12.99, 36.25) |
| Ritonavir[‡] | 100 mg twice daily | GZR 200 mg single-dose | 10 | GZR | 2.03 (1.60, 2.56) | 1.15 (0.60, 2.18) | 1.88 (1.65, 2.14) |
| HIV Integrase Strand Transfer Inhibitor | | | | | | | |
| Dolutegravir | 50 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | EBR | 0.98 (0.93, 1.04) | 0.97 (0.89, 1.05) | 0.98 (0.93, 1.03) |
| | 50 mg single-dose | EBR 50 mg once + GZR 200 mg once daily | 12 | GZR | 0.81 (0.67, 0.97) | 0.64 (0.44, 0.93) | 0.86 (0.79, 0.93) |
| Raltegravir | 400 mg single-dose | EBR 50 mg single-dose | 10 | EBR | 0.81 (0.57, 1.17) | 0.89 (0.61, 1.29) | 0.80 (0.55, 1.16) |
| | 400 mg twice daily | GZR 200 mg once daily | 11 | GZR | 0.89 (0.72, 1.09) | 0.85 (0.62, 1.16) | 0.90 (0.82, 0.99) |
| HIV Non-Nucleoside Reverse Transcriptase Inhibitor | | | | | | | |
| Efavirenz | 600 mg once daily | EBR 50 mg once daily | 10 | EBR | 0.46 (0.36, 0.59) | 0.55 (0.41, 0.73) | 0.41 (0.28, 0.59) |
| | 600 mg once daily | GZR 200 mg once daily | 12 | GZR | 0.17 (0.13, 0.24) | 0.13 (0.09, 0.19) | 0.31 (0.25, 0.38) |
| Rilpivirine | 25 mg once daily | EBR 50 mg + GZR 200 mg once daily | 19 | EBR | 1.07 (1.00, 1.15) | 1.07 (0.99, 1.16) | 1.04 (0.98, 1.11) |
| | 25 mg once daily | EBR 50 mg + GZR 200 mg once daily | 19 | GZR | 0.98 (0.89, 1.07) | 0.97 (0.83, 1.14) | 1.00 (0.93, 1.07) |
| HIV Nucleotide Reverse Transcriptase Inhibitor | | | | | | | |
| Tenofovir disoproxil fumarate | 300 mg once daily | EBR 50 mg once daily | 10 | EBR | 0.93 (0.82, 1.05) | 0.88 (0.77, 1.00) | 0.92 (0.81, 1.05) |
| | 300 mg once daily | GZR 200 mg once daily | 12 | GZR | 0.86 (0.65, 1.12) | 0.78 (0.51, 1.18) | 0.89 (0.78, 1.01) |
| HIV Fixed Dose Combination Regimen | | | | | | | |
| Elvitegravir/ cobicistat/ emtricitabine/ tenofovir disproxil fumarate | 150 mg/ 150 mg/ 200 mg/ 300 mg once daily | EBR 50 mg / GZR 100 mg once daily | 21 | EBR | 2.18 (2.02, 2.35) | 1.91 (1.77, 2.05) | 2.38 (2.19, 2.60) |
| | | EBR 50 mg / GZR 100 mg once daily | 21 | GZR | 5.36 (4.48, 6.43) | 4.59 (3.70, 5.69) | 2.78 (2.48, 3.11) |
| Immunosuppressant | | | | | | | |
| Cyclosporine | 400 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | EBR | 1.98 (1.84, 2.13) | 1.95 (1.84, 2.07) | 2.21 (1.98, 2.47) |

FDA-FLORIDA-004407

| | 400 mg single-dose | EBR 50 mg + GZR 200 mg + once daily | 14 | GZR | 15.21 (12.83, 18.04) | 17.00 (12.94, 22.34) | 3.39 (2.82, 4.09) |
|---|---|---|---|---|---|---|---|
| Mycophenolate mofetil | 1000 mg single-dose | EBR 50 mg + GZR 200 mg + once daily | 14 | EBR | 1.07 (1.00, 1.14) | 1.07 (0.98, 1.16) | 1.05 (0.97, 1.14) |
| | 1000 mg single-dose | EBR 50 mg + GZR 200 mg + once daily | 14 | GZR | 0.74 (0.60, 0.92) | 0.58 (0.42, 0.82) | 0.97 (0.89, 1.06) |
| Prednisone | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | EBR | 1.17 (1.11, 1.24) | 1.25 (1.16, 1.35) | 1.04 (0.97, 1.12) |
| | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 14 | GZR | 1.09 (0.95, 1.25) | 1.34 (1.10, 1.62) | 0.93 (0.87, 1.00) |
| Tacrolimus | 2 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 16 | EBR | 0.97 (0.90, 1.06) | 0.99 (0.88, 1.10) | 0.92 (0.83, 1.02) |
| | 2 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 16 | GZR | 1.12 (0.97, 1.30) | 1.07 (0.83, 1.37) | 0.94 (0.87, 1.02) |
| Opioid-Substitution Therapy | | | | | | | |
| Buprenorphine/ naloxone | 8 mg/2 mg single-dose | EBR 50 mg single-dose | 15 | EBR | 1.22 (0.98, 1.52) | 1.13 (0.87, 1.46) | 1.22 (0.99, 1.51) |
| | 8-24 mg/ 2-6 mg once daily | GZR 200 mg once daily | 12 | GZR | 0.80 (0.53, 1.22) | 0.76 (0.40, 1.44) | 0.69 (0.54, 0.88) |
| Methadone | 20-120 mg once daily | EBR 50 mg once daily | 10 | EBR | 1.71 (1.16, 2.51) | 1.93 (1.30, 2.86) | 1.86 (1.22, 2.83) |
| | 20-150 mg once daily | GZR 200 mg once daily | 12 | GZR | 1.03 (0.53, 1.97) | 0.88 (0.36, 2.14) | 0.77 (0.56, 1.04) |
| Acid-Reducing Agent | | | | | | | |
| Famotidine | 20 mg single-dose | EBR 50 mg / GZR 100 mg single-dose | 16 | EBR | 1.05 (0.92, 1.18) | 1.11 (0.98, 1.26) | 1.03 (0.91, 1.17) |
| | 20 mg single-dose | EBR 50 mg/ GZR 100 mg single-dose | 16 | GZR | 1.10 (0.95, 1.28) | 0.89 (0.71, 1.11) | 1.12 (0.97, 1.30) |
| Pantoprazole | 40 mg once daily | EBR 50 mg / GZR 100 mg single-dose | 16 | EBR | 1.05 (0.93, 1.18) | 1.02 (0.92, 1.14) | 1.03 (0.92, 1.17) |
| | 40 mg once daily | EBR 50 mg/ GZR 100 mg single-dose | 16 | GZR | 1.12 (0.96, 1.30) | 1.10 (0.89, 1.37) | 1.17 (1.02, 1.34) |
| Phosphate Binder | | | | | | | |
| Calcium acetate | 2668 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | EBR | 0.92 (0.75, 1.14) | 0.86 (0.71, 1.04) | 0.87 (0.70, 1.09) |

FDA-FLORIDA-004408

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2668 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | GZR | 0.79 (0.68, 0.91) | 0.57 (0.40, 0.83) | 0.77 (0.61, 0.99) |
| Sevelamer carbonate | 2400 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | EBR | 1.13 (0.94, 1.37) | 1.07 (0.88, 1.29) | 1.22 (1.02, 1.45) |
| | 2400 mg single-dose | EBR 50 mg + GZR 100 mg single-dose | 12 | GZR | 0.82 (0.68, 0.99) | 0.53 (0.37, 0.76) | 0.84 (0.71, 0.99) |
| Statin | | | | | | | |
| Atorvastatin | 20 mg single-dose | GZR 200 mg once daily | 9 | GZR | 1.26 (0.97, 1.64) | 1.26 (0.83, 1.90) | 1.11 (1.00, 1.23) |
| Pravastatin | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | EBR | 0.98 (0.93, 1.02) | 0.97 (0.89, 1.05) | 0.97 (0.92, 1.02) |
| | 40 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 12 | GZR | 1.24 (1.00, 1.53) | 1.42 (1.00, 2.03) | 1.07 (0.99, 1.16) |
| Rosuvastatin | 10 mg single-dose | EBR 50 mg + GZR 200 mg single-dose | 11 | EBR | 1.09 (0.98, 1.21) | 1.11 (0.99, 1.26) | 0.96 (0.86, 1.08) |
| | 10 mg single-dose | GZR 200 mg once daily | 11 | GZR | 1.16 (0.94, 1.44) | 1.13 (0.77, 1.65) | 0.93 (0.84, 1.03) |
| | 10 mg single-dose | EBR 50 mg + GZR 200 mg once daily | 11 | GZR | 1.01 (0.79, 1.28) | 0.97 (0.63, 1.50) | 0.95 (0.87, 1.04) |

Abbreviations: EBR, elbasvir; GZR, grazoprevir; IV, intravenous; PO, oral; EBR+GZR, administration of EBR and GZR as separate pills; EBR/GZR, administration of EBR and GZR as a single fixed-dose combination tablet

§$AUC_{0-inf}$ for single-dose, $AUC_{0-24}$ for once daily

†$AUC_{0-24}$

‡Higher doses of ritonavir have not been tested in a drug interaction study with GZR

**Table 10 - Drug Interactions: Changes in Pharmacokinetics for Co-Administered Drug in the Presence of Elbasvir, Grazoprevir, or Co-Administered Elbasvir and Grazoprevir**

| Co-Administered Drug | Regimen of Co-Administered Drug | EBR or/and GZR Administration | EBR or/and GZR Regimen | N | Geometric Mean Ratio [90% CI] of Co-Administered Drug PK with/without EBR or/and GZR (No Effect=1.00) | | |
|---|---|---|---|---|---|---|---|
| | | | | | AUC§ | $C_{max}$ | $C_{trough}$† |
| P-gp Substrate | | | | | | | |
| Digoxin | Digoxin 0.25 mg single-dose | EBR | 50 mg once daily | 18 | 1.11 (1.02, 1.22) | 1.47 (1.25, 1.73) | -- |
| CYP3A Substrate | | | | | | | |
| Midazolam | Midazolam 2 mg single-dose | GZR | 200 mg once daily | 11 | 1.34 (1.29, 1.39) | 1.15 (1.01, 1.31) | -- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CYP2C8 Substrate | | | | | | | |
| Montelukast | Montelukast 10 mg single-dose | GZR | 200 mg once daily | 23 | 1.11 (1.01, 1.20) | 0.92 (0.81, 1.06) | 1.39 (1.25, 1.56) |
| HCV Antiviral | | | | | | | |
| GS-331007 | Sofosbuvir 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.13 (1.05, 1.21) | 0.87 (0.78, 0.96) | 1.53 (1.43, 1.63) |
| Sofosbuvir | Sofosbuvir 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 2.43 (2.12, 2.79)[‡] | 2.27 (1.72, 2.99) | -- |
| HIV Protease Inhibitor | | | | | | | |
| Atazanavir/ ritonavir | Atazanavir 300 mg/ ritonavir 100 mg once daily | EBR | 50 mg once daily | 8 | 1.07 (0.98, 1.17) | 1.02 (0.96, 1.08) | 1.15 (1.02, 1.29) |
| | Atazanavir 300 mg/ ritonavir 100 mg once daily | GZR | 200 mg once daily | 11 | 1.43 (1.30, 1.57) | 1.12 (1.01, 1.24) | 1.23 (1.13, 1.34) |
| Darunavir/ ritonavir | Darunavir 600 mg/ ritonavir 100 mg twice daily | EBR | 50 mg once daily | 8 | 0.95 (0.86, 1.06) | 0.95 (0.85, 1.05) | 0.94 (0.85, 1.05) |
| | Darunavir 600 mg/ ritonavir 100 mg twice daily | GZR | 200 mg once daily | 13 | 1.11 (0.99, 1.24) | 1.10 (0.96, 1.25) | 1.00 (0.85, 1.18) |
| Lopinavir/ ritonavir | Lopinavir 400 mg/ ritonavir 100 mg twice daily | EBR | 50 mg once daily | 9 | 1.02 (0.93, 1.13) | 1.02 (0.92, 1.13) | 1.07 (0.97, 1.18) |
| | Lopinavir 400 mg/ ritonavir 100 mg twice daily | GZR | 200 mg once daily | 13 | 1.03 (0.96, 1.16) | 0.97 (0.88, 1.08) | 0.97 (0.81, 1.15) |
| HIV Integrase Strand Transfer Inhibitor | | | | | | | |
| Dolutegravir | Dolutegravir 50 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 1.16 (1.00, 1.34) | 1.22 (1.05, 1.40) | 1.14 (0.95, 1.36) |
| Raltegravir | Raltegravir 400 mg single-dose | EBR | 50 mg single-dose | 10 | 1.02 (0.81, 1.27) | 1.09 (0.83, 1.44) | 0.99 (0.80, 1.22)[§] |
| | Raltegravir 400 mg twice daily | GZR | 200 mg once daily | 11 | 1.43 (0.89, 2.30) | 1.46 (0.78, 2.73) | 1.47 (1.08, 2.00) |
| HIV Non-Nucleoside Reverse Transcriptase Inhibitor | | | | | | | |
| Efavirenz | Efavirenz 600 mg once daily | EBR | 50 mg once daily | 7 | 0.82 (0.78, 0.86) | 0.74 (0.67, 0.82) | 0.91 (0.87, 0.96) |

FDA-FLORIDA-004410

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Efavirenz 600 mg once daily | GZR | 200 mg once daily | 11 | 1.00 (0.96, 1.05) | 1.03 (0.99, 1.08) | 0.93 (0.88, 0.98) |
| Rilpivirine | Rilpivirine 25 mg once daily | EBR + GZR | 50 mg + 200 mg once daily | 19 | 1.13 (1.07, 1.20) | 1.07 (0.97, 1.17) | 1.16 (1.09, 1.23) |
| HIV Nucleotide Reverse Transcriptase Inhibitor | | | | | | | |
| Tenofovir disoproxil fumarate | Tenofovir disoproxil fumarate 300 mg once daily | EBR | 50 mg once daily | 10 | 1.34 (1.23, 1.47) | 1.47 (1.32, 1.63) | 1.29 (1.18, 1.41) |
| | Tenofovir disoproxil fumarate 300 mg once daily | GZR | 200 mg once daily | 12 | 1.18 (1.09, 1.28) | 1.14 (1.04, 1.25) | 1.24 (1.10, 1.39) |
| | Tenofovir disoproxil fumarate 300 mg once daily | EBR + GZR | 50 mg + 100 mg once daily | 13 | 1.27 (1.20, 1.35) | 1.14 (0.95, 1.36) | 1.23 (1.09, 1.40) |
| HIV Fixed Dose Combination Regimen | | | | | | | |
| Elvitegravir/ cobicistat/ emtricitabine/ tenofovir disoproxil fumarate | Elvitegravir 150 mg once daily | EBR / GZR | 50 mg / 100 mg once daily | 22 | 1.10 (1.00, 1.21) | 1.02 (0.93, 1.11) | 1.31 (1.11, 1.55) |
| | Cobicistat 150 mg once daily | EBR / GZR | 50 mg / 100 mg once daily | 22 | 1.49 (1.42, 1.57) | 1.39 (1.29, 1.50) | -- |
| | Emtricitabine 200 mg once daily | EBR / GZR | 50 mg / 100 mg once daily | 22 | 1.07 (1.03, 1.10) | 0.96 (0.90, 1.02) | 1.19 (1.13, 1.25) |
| | Tenofovir disoproxil fumarate 300 mg once daily | EBR / GZR | 50 mg / 100 mg once daily | 22 | 1.18 (1.13, 1.24) | 1.25 (1.14, 1.37) | 1.20 (1.15, 1.26) |
| Immunosuppressant | | | | | | | |
| Cyclosporine | Cyclosporine 400 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 0.96 (0.90, 1.02) | 0.90 (0.85, 0.97) | 1.00 (0.92, 1.08)§ |
| Mycophenolic acid | Mycophenolate mofetil 1000 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 0.95 (0.87, 1.03) | 0.85 (0.67, 1.07) | -- |
| Prednisolone | Prednisone 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 1.08 (1.01, 1.16) | 1.04 (0.99, 1.09) | -- |
| Prednisone | Prednisone 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 14 | 1.08 (1.00, 1.17) | 1.05 (1.00, 1.10) | -- |

| | | | | N | | | |
|---|---|---|---|---|---|---|---|
| Tacrolimus | Tacrolimus 2 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 16 | 1.43 (1.24, 1.64) | 0.60 (0.52, 0.69) | 1.70 (1.49, 1.94)[§] |
| Oral Contraceptive | | | | | | | |
| Ethinyl estradiol (EE) | 0.03 mg EE/ 0.15 mg LNG single-dose | EBR | 50 mg once daily | 20 | 1.01 (0.97, 1.05) | 1.10 (1.05, 1.16) | -- |
| | | GZR | 200 mg once daily | 20 | 1.10 (1.05, 1.14) | 1.05 (0.98, 1.12) | -- |
| Levonorgestrel (LNG) | | EBR | 50 mg once daily | 20 | 1.14 (1.04, 1.24) | 1.02 (0.95, 1.08) | -- |
| | | GZR | 200 mg once daily | 20 | 1.23 (1.15, 1.32) | 0.93 (0.84, 1.03) | -- |
| Opioid Substitution Therapy | | | | | | | |
| Buprenorphine | Buprenorphine 8 mg/Naloxone 2 mg single-dose | EBR | 50 mg once daily | 15 | 0.98 (0.89, 1.08) | 0.94 (0.82, 1.08) | 0.98 (0.88, 1.09) |
| | Buprenorphine 8-24 mg/ Naloxone 2-6 mg once daily | GZR | 200 mg once daily | 12 | 0.98 (0.81, 1.19) | 0.90 (0.76, 1.07) | -- |
| R-Methadone | Methadone 20-120 mg once daily | EBR | 50 mg once daily | 10 | 1.03 (0.92, 1.15) | 1.07 (0.95, 1.20) | 1.10 (0.96, 1.26) |
| | Methadone 20-150 mg once daily | GZR | 200 mg once daily | 12 | 1.09 (1.02, 1.17) | 1.03 (0.96, 1.11) | |
| S-Methadone | Methadone 20-120 mg once daily | EBR | 50 mg once daily | 10 | 1.09 (0.94, 1.26) | 1.09 (0.95, 1.25) | 1.20 (0.98, 1.47) |
| | Methadone 20-150 mg once daily | GZR | 200 mg once daily | 12 | 1.23 (1.12, 1.35) | 1.15 (1.07, 1.25) | -- |
| Statin | | | | | | | |
| Atorvastatin | Atorvastatin 10 mg single-dose | EBR + GZR | 50 mg once + 200 mg daily | 16 | 1.94 (1.63, 2.33) | 4.34 (3.10, 6.07) | 0.21 (0.17, 0.26) |
| | Atorvastatin 20 mg single-dose | GZR | 200 mg once daily | 9 | 3.00 (2.42, 3.72) | 5.66 (3.39, 9.45) | -- |
| Pravastatin | Pravastatin 40 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 1.33 (1.09, 1.64)[¶] | 1.28 (1.05, 1.55) | -- |
| Rosuvastatin | Rosuvastatin 10 mg single-dose | EBR + GZR | 50 mg + 200 mg once daily | 12 | 2.26 (1.89, 2.69)[#] | 5.49 (4.29, 7.04) | 0.98 (0.84, 1.13) |
| | | GZR | 200 mg once daily | 12 | 1.59 | 4.25 | 0.80 |

| | | | | | $(1.33, 1.89)^{\#}$ | $(3.25, 5.56)$ | $(0.70, 0.91)$ |
|---|---|---|---|---|---|---|---|
| Abbreviations: EBR, elbasvir; GZR, grazoprevir; EBR+GZR, administration of EBR and GZR as separate tablets; EBR/GZR, administration of EBR and GZR as a single fixed-dose combination tablet | | | | | | | |
| $^{\S}AUC_{0\text{-inf}}$ for single-dose administration; $AUC_{0\text{-}24}$ for once daily administration; $AUC_{0\text{-}12}$ for twice daily administration | | | | | | | |
| $^{\dagger}C_{24}$ for once daily administration; $C_{12}$ for twice daily administration | | | | | | | |
| $^{\ddagger}N{=}14$ | | | | | | | |
| $^{\S}C_{12}$ | | | | | | | |
| $^{\P}N{=}10$ | | | | | | | |
| $^{\#}N{=}8$ | | | | | | | |

**Drug-Food Interactions**

ZEPATIER® can be taken with or without food.

**Drug-Herb Interactions**

Co-administration of ZEPATIER® with St. John's wort (*Hypericum perforatum*) is contraindicated.

**Drug-Laboratory Interactions**

Interactions with clinical laboratory tests have not been established.

## DOSAGE AND ADMINISTRATION

**Dosing Considerations**

Since ZEPATIER® is a fixed dose combination product, an adjustment of its recommended dose is not possible.

**Recommended Dose Regimens in Adults**

ZEPATIER® is a two-drug, fixed-dose combination product containing 50 mg of elbasvir and 100 mg of grazoprevir in a single tablet. The recommended dosage of ZEPATIER® is one tablet taken orally once daily with or without food (see **Table 11 and ACTION AND CLINICAL PHARMACOLOGY**). Dose adjustment cannot be made for this fixed dose combination.

Treatment Regimen and Duration of Therapy

Table 11 below provides the recommended ZEPATIER® treatment regimen and duration based on the patient population and genotype in HCV mono-infected and HCV/HIV-1 co-infected patients with or without cirrhosis.

**Table 11 - Recommended Dosage Regimens and Durations for ZEPATIER® for Treatment of Chronic Hepatitis C Infection in Patients with or without Cirrhosis**

| Treatment[b] | Duration |
|---|---|
| **Genotype 1 or 4 TN[&] or PR-TE[ᵇ] Relapsers; Genotype 1 PI/PR-TE* Relapsers** | |
| ZEPATIER® | 12 weeks<br><br>*(8 weeks may be considered in treatment-naïve genotype 1b[†] patients without significant fibrosis or cirrhosis[‡])* |
| **Genotype 1 PR-TE or PI/PR-TE On-Treatment Virologic Failures[§]**<br>**Genotype 4 PR-TE On-Treatment Virologic Failures** | |
| Genotype 1b[†] (PR-TE or PI/PR-TE)<br>    ZEPATIER® | 12 weeks |
| Genotype 1a (PR-TE or PI/PR-TE),<br>or Genotype 4 (PR-TE)<br>    ZEPATIER® with ribavirin [¶,#] | 16 weeks |
| **Genotype 3 TN** | |
| ZEPATIER® with sofosbuvir[$] | 12 weeks |

[b]Refer to the product monograph of the medicinal products that are used in combination with ZEPATIER® for specific dosing instructions.
[&]TN:Treatment-naïve.
[ᵇ]PR-TE: Patients who failed treatment with peginterferon alfa + ribavirin.
[*]PI/PR-TE: Patients who failed peginterferon alfa + ribavirin + boceprevir, simeprevir, or telaprevir.
[†]Includes patients with known genotype 1 subtypes other than 1a or 1b.
[‡]Patients without clinically significant fibrosis or cirrhosis as determined by liver biopsy (i.e., METAVIR F0-F2) or by non-invasive tests.
[§]On-treatment virologic failures are patients who have had a null response, partial response, virologic breakthrough or rebound, or intolerance to prior treatment.
[¶]In clinical trials, the dose of ribavirin was weight-based (<66 kg = 800 mg/day, 66 to 80 kg = 1000 mg/day, 81 to 105 kg = 1200 mg/day, >105 kg = 1400 mg/day) administered in two divided doses with food. For further information on ribavirin dosing and dose modifications, refer to the ribavirin prescribing information.
[#]Patients with severe renal impairment (estimated Glomerular Filtration Rate [eGFR] <30 mL/min/1.73 m²) or with end stage renal disease (ESRD) should receive ZEPATIER® 12 weeks without ribavirin (See DOSAGE AND ADMINISTRATION, Severe Renal Impairment and ESRD).
[$]See Severe Renal impairment and end stage renal disease (ESRD).

## HCV/HIV 1 Co infection

Safety and efficacy of ZEPATIER® have been established in HIV-1 co-infected treatment-naïve HCV genotype 1 and 4 patients as well as treatment-experienced HCV genotype 1 patients. Dosing recommendation for these patients is same as in Table 11.

## Severe Renal Impairment and ESRD

In genotype 1 patients with severe renal impairment (eGFR) < 30 mL/min/1.73m²) or with ESRD, including patients on hemodialysis, administer ZEPATIER® without ribavirin according

to the treatment durations in Table 11 (see **WARNINGS AND PRECAUTIONS, Special Populations**). For treatment-experienced genotype 1a patients with prior on-treatment virologic failure and severe renal impairment or with ESRD, 12 weeks without ribavirin treatment duration of ZEPATIER® may be considered (see **CLINICAL TRIALS**).

The safety and efficacy of ZEPATIER® in genotype 4 patients as well as ZEPATIER® with sofosbuvir in genotype 3 patients with severe renal impairment (eGFR) <30 mL/min/1.73m$^2$) or with ESRD, including patients on hemodialysis have not been established.

**Hepatic Impairment**
ZEPATIER® may be used as recommended in patients with mild hepatic impairment (Child-Pugh A). ZEPATIER® is contraindicated in patients with moderate or severe hepatic impairment (Child-Pugh B and C) due to the expected significant increase in grazoprevir plasma concentration (see **CONTRAINDICATIONS, WARNING AND PRECAUTIONS, Hepatic, and ACTION AND CLINICAL PHARMACOLOGY**).

The safety and efficacy of ZEPATIER® have not been established in patients awaiting liver transplant or in liver transplant recipients. The plasma concentration of grazoprevir is increased if ZEPATIER® is co-administered with cyclosporine. Co-administration with cyclosporine is contraindicated (see **CONTRAINDICATIONS**).

**HCV/HBV (Hepatitis B Virus) co-infection**
The safety and efficacy of ZEPATIER® have not been studied in HCV/HBV co-infected patients.

**Missed Dose**
In case a dose of ZEPATIER® is missed and it is within 16 hours of the time ZEPATIER® is usually taken, the patient should be instructed to take ZEPATIER® as soon as possible and then take the next dose of ZEPATIER® at the usual time. If more than 16 hours have passed since ZEPATIER® is usually taken, then the patient should be instructed that the missed dose should NOT be taken and to take the next dose per the usual dosing schedule. Patients should be instructed not to take a double dose.


**OVERDOSAGE**

| |
|---|
| For management of a suspected drug overdose, contact your regional Poison Control Centre. |

Human experience of overdose with ZEPATIER® is limited. No specific antidote is available for overdose with ZEPATIER®. In case of overdose, it is recommended that the patient be monitored for any signs or symptoms of adverse reactions and appropriate symptomatic treatment instituted.

Hemodialysis does not remove elbasvir or grazoprevir since elbasvir and grazoprevir are highly bound to plasma protein (see **ACTION AND CLINICAL PHARMACOLOG**Y).

## ACTION AND CLINICAL PHARMACOLOGY

### Mechanism of Action
Elbasvir is an HCV NS5A inhibitor and grazoprevir is an HCV NS3/4A protease inhibitor

ZEPATIER® is a fixed-dose combination of elbasvir and grazoprevir which are direct-acting antiviral agents against the hepatitis C virus (see **MICROBIOLOGY**).

### Pharmacodynamics
Cardiac Electrophysiology
Thorough QT studies have been conducted for elbasvir and grazoprevir.

The effect of elbasvir 700 mg on the QTc interval was evaluated in a randomized, single-dose, placebo- and active-controlled (moxifloxacin 400 mg) 3-period crossover thorough QT trial in 42 healthy subjects. At a plasma concentration 3 to 4 times the plasma therapeutic concentration, elbasvir does not prolong QTc to any clinically relevant extent.

The effect of grazoprevir 1600 mg on QTc interval was evaluated in a randomized, single-dose, placebo- and active-controlled (moxifloxacin 400 mg) 3-period crossover thorough QT trial in 41 healthy subjects. At a plasma concentration 40 times the therapeutic plasma concentration, grazoprevir does not prolong QTc to any clinically relevant extent.

### Pharmacokinetics

**Table 12 - Summary of ZEPATIER®'s Pharmacokinetic Parameters in Non-Cirrhotic, HCV-Infected Subjects**

|  | $C_{max}$ | $AUC_{0-24h}$ |
|---|---|---|
| **Elbasvir** | | |
| **Steady-state geometric mean** | 137 nM | 2180 nM•hr |
| **Grazoprevir** | | |
| **Steady-state geometric mean** | 220 nM | 1860 nM•hr |

The pharmacokinetic properties of elbasvir and grazoprevir have been evaluated in non-HCV-infected adult subjects and in HCV-infected adult subjects. Elbasvir pharmacokinetics were similar in healthy subjects and HCV-infected subjects and were approximately dose-proportional over the range of 5-100 mg once daily. Grazoprevir oral exposures are approximately 2-fold greater in HCV-infected subjects as compared to healthy subjects. Grazoprevir pharmacokinetics increased in a greater than dose-proportional manner over the range of 10-800 mg once daily in HCV-infected subjects. Ribavirin or sofosbuvir co-administration with ZEPATIER® had no clinically relevant impact on plasma AUC and $C_{max}$ of elbasvir and grazoprevir compared to administration of ZEPATIER® alone. Following once daily administration of ZEPATIER® to HCV-infected subjects, elbasvir and grazoprevir reached steady-state within approximately 6 days.

**Absorption:**
Following administration of ZEPATIER® to HCV-infected subjects, elbasvir peak plasma concentrations occur at a median $T_{max}$ of 3 hours (range of 3 to 6 hours); grazoprevir peak plasma concentrations occur at a median $T_{max}$ of 2 hours (range of 30 minutes to 3 hours). The absolute bioavailability of elbasvir is estimated to be 32%, and grazoprevir is estimated to be 10 to 40%.

*Effect of Food*
Relative to fasting conditions, the administration of a single-dose of ZEPATIER® with a high-fat (900 kcal, 500 kcal from fat) meal to healthy subjects resulted in decreases in elbasvir $AUC_{0-inf}$ and $C_{max}$ of approximately 11% and 15%, respectively, and increases in grazoprevir $AUC_{0-inf}$ and $C_{max}$ of approximately 1.5-fold and 2.8-fold, respectively. These differences in elbasvir and grazoprevir exposure are not clinically relevant; therefore, ZEPATIER® may be taken without regard to food.

**Distribution:**
Elbasvir and grazoprevir are extensively bound (>99.9% and 98.8%, respectively) to human plasma proteins. Both elbasvir and grazoprevir bind to human serum albumin and $\alpha$1-acid glycoprotein. Plasma protein binding is not meaningfully altered in patients with renal or hepatic impairment.

In preclinical distribution studies, elbasvir distributed into most tissues including the liver and grazoprevir distributed predominantly to the liver.

**Metabolism:**
Elbasvir and grazoprevir are partially eliminated by oxidative metabolism, primarily by CYP3A. No circulating metabolites of either elbasvir or grazoprevir were detected in human plasma.

**Elimination:**
The geometric mean apparent terminal half-life (% geometric mean coefficient of variation) is approximately 24 (24%) hours at 50 mg elbasvir and approximately 31 (34%) hours at 100 mg grazoprevir and in HCV-infected subjects.

The primary route of elimination of elbasvir and grazoprevir is through feces with almost all (>90%) of radiolabeled dose recovered in feces compared to <1% in urine.

*Special Populations and Conditions*
**Pediatrics***:*
The pharmacokinetics of ZEPATIER® in pediatric patients less than 18 years of age have not been established.

**Geriatrics:**
In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 16% and 45% higher, respectively, in ≥65-years of age compared to subjects less than 65 years of age. No dose adjustment of ZEPATIER® is recommended based on age (see **WARNINGS AND PRECAUTIONS, Special Populations**).

---

**Gender:**
In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 50% and 30% higher, respectively, in females compared to males. No dose adjustment of ZEPATIER® is recommended based on sex.

**Weight/BMI:**
In population pharmacokinetic analyses, there was no effect of weight on elbasvir pharmacokinetics. Grazoprevir AUC is estimated to be 15% higher in a 53 kg subject compared to a 77 kg subject. This change is not clinically relevant for grazoprevir. Therefore, no dose adjustment of ZEPATIER® is recommended based on weight/BMI.

**Race/Ethnicity:**
In population pharmacokinetic analyses, elbasvir and grazoprevir AUCs are estimated to be 15% and 50% higher, respectively, for Asians compared to Whites. Population pharmacokinetics estimates of exposure of elbasvir and grazoprevir were comparable between Whites and Black/African Americans. No dose adjustment of ZEPATIER® is recommended based on race/ethnicity.

**Hepatic Insufficiency:**
The pharmacokinetics of elbasvir and grazoprevir were evaluated in non-HCV-infected subjects with mild hepatic impairment (Child-Pugh Category A [CP-A], score of 5-6), moderate hepatic impairment (Child-Pugh Category B [CP-B], score of 7-9) and severe hepatic impairment (Child-Pugh Category C [CP-C], score of 10-15). In addition, the pharmacokinetics of elbasvir and grazoprevir were also evaluated in HCV-infected subjects with mild hepatic impairment (CP-A) or moderate hepatic impairment (CP-B).

Elbasvir $AUC_{0-inf}$ was decreased by 40% in non-HCV-infected subjects with mild hepatic impairment (CP-A) compared to matching healthy subjects. In non-HCV-infected subjects with mild hepatic impairment, grazoprevir steady-state $AUC_{0-24}$ was increased 70% compared to matching healthy subjects. Population PK analyses of HCV-infected subjects in Phase 2 and 3 studies demonstrated that elbasvir steady-state AUC was similar in HCV-infected subjects with mild hepatic impairment compared to subjects without hepatic impairment. Grazoprevir steady-state $AUC_{0-24}$ increased by approximately 65% in HCV-infected subjects with compensated cirrhosis compared to HCV-infected, non-cirrhotic subjects.

Elbasvir AUC decreased by 28% in non-HCV-infected subjects with moderate hepatic impairment (CP-B) compared to matched healthy subjects. Elbasvir steady-state AUC was similar in HCV-infected subjects with moderate hepatic impairment compared to subjects without hepatic impairment. Compared to healthy matched subjects, grazoprevir steady-state $AUC_{0-24}$ was increased 5-fold in non-HCV-infected subjects with moderate hepatic impairment. ZEPATIER® is contraindicated in HCV-infected subjects with moderate hepatic impairment (CP-B) due to lack of clinical safety and efficacy experience in this population and the expected increase in grazoprevir exposure.

Elbasvir $AUC_{0-inf}$ is decreased by 12% in non-HCV-infected subjects with severe hepatic impairment (CP-C) compared to matching healthy subjects. Grazoprevir steady-state $AUC_{0-24}$ was increased 12-fold in non-HCV-infected subjects with severe hepatic impairment compared to healthy matched subjects. ZEPATIER® is contraindicated in HCV-infected subjects with severe hepatic impairment (CP-C) based on the significant increase in grazoprevir exposure observed in non-HCV-infected subjects with severe hepatic impairment (see **CONTRAINDICATIONS and WARNINGS AND PRECAUTIONS, <u>Special Population</u>s**).

**Renal Insufficiency:**
The pharmacokinetics of elbasvir and grazoprevir were evaluated in non-HCV-infected subjects with severe renal impairment (eGFR < 30 mL/min/1.73 m$^2$) with or without hemodialysis and also in HCV-infected subjects with severe renal impairment with or without hemodialysis. Elbasvir and grazoprevir are not expected to be removed by peritoneal dialysis as both are highly protein bound.

Relative to non-HCV-infected subjects with normal renal function (eGFR >80 mL/min/1.73 m$^2$), elbasvir and grazoprevir AUC values were increased by 86% and 65%, respectively, in non-HCV-infected subjects with severe renal impairment who were not on hemodialysis. Relative to subjects with normal renal function, elbasvir and grazoprevir AUC values were unchanged in non-HCV-infected subjects with hemodialysis-dependent, severe renal impairment. Elbasvir and grazoprevir are highly bound to plasma protein. Elbasvir and grazoprevir are not removed by hemodialysis. Concentrations of elbasvir were not quantifiable in the dialysate samples. Less than 0.5% of grazoprevir was recovered in dialysate over a 4-hour hemodialysis session. Elbasvir and grazoprevir are not expected to be removed by peritoneal dialysis.

In population pharmacokinetic analysis, elbasvir AUC was 25% higher in hemodialysis-dependent subjects and 46% higher in non-hemodialysis-dependent subjects with severe renal impairment compared to elbasvir AUC in subjects without severe renal impairment. In population pharmacokinetic analysis in HCV-infected subjects, grazoprevir AUC was 10% higher in hemodialysis-dependent subjects and 40% higher in non-hemodialysis-dependent subjects with severe renal impairment compared to grazoprevir AUC in subjects without severe renal impairment.

Overall, changes in exposure of elbasvir and grazoprevir in HCV-infected subjects with renal impairment with or without hemodialysis are not clinically relevant. (see **WARNINGS AND PRECAUTIONS, <u>Special Populations</u>**).


**STORAGE AND STABILITY**
Store at room temperature (15°C - 30°C) in the original package.

Store ZEPATIER® in the original blister package until use to protect from moisture.

**SPECIAL HANDLING INSTRUCTIONS**
No special requirements.

Any unused product or waste material should be disposed of in accordance with local requirements.


**DOSAGE FORMS, COMPOSITION AND PACKAGING**

**Dosage Forms**
ZEPATIER® (elbasvir and grazoprevir) is a fixed-dose combination tablet containing 50 mg of elbasvir and100 mg of grazoprevir and for oral administration. The film-coated tablets are beige-colored, oval-shaped, debossed with "770" on one side and plain on the other. They are available in two blister packages totaling 28 tablets.

**Composition**
ZEPATIER® film-coated tablets contain 50 mg of elbasvir and 100 mg of grazoprevir.

Non-medicinal ingredients**:** colloidal silicon dioxide, copovidone, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, mannitol, microcrystalline cellulose, sodium chloride, sodium lauryl sulfate, and vitamin E polyethylene glycol succinate.

The tablets are film-coated with a coating material containing the following inactive ingredients: carnauba wax, ferrosoferric oxide, hypromellose, iron oxide red, iron oxide yellow, lactose monohydrate, titanium dioxide and triacetin.

# PART II: SCIENTIFIC INFORMATION

## PHARMACEUTICAL INFORMATION

ZEPATIER® (elbasvir and grazoprevir) tablets

### Drug Substance

### Elbasvir:

Proper name:                          elbasvir

Chemical name:                        Dimethyl *N,N′*-([[(6*S*)-6-phenylindolo[1,2-*c*][1,3]benzoxazine-3,10-diyl]bis{1*H*-imidazole-5,2-diyl-(2*S*)-pyrrolidine-2,1-diyl[(2*S*)-3-methyl-1-oxobutane-1,2-diyl]})dicarbamate.

Molecular formula and molecular mass:   $C_{49}H_{55}N_9O_7$; 882.02

Structural formula:



Physicochemical properties:           Elbasvir is practically insoluble in water (<0.1 mg/mL) and very slightly soluble in ethanol (0.2 mg/mL), but is very soluble in ethyl acetate and acetone.

**FDA-FLORIDA-004421**

**Grazoprevir:**

Proper name:                              grazoprevir

Chemical name:                            1a*R*,5*S*,8*S*,10*R*,22a*R*)-*N*-[(1*R*,2*S*)-1-
[(Cyclopropylsulfonamido)carbonyl]-2-
ethenylcyclopropyl]-14-methoxy-5-(2-
methylpropan-2-yl)-3,6-dioxo-
1,1a,3,4,5,6,9,10,18,19,20,21,22,22a-tetradecahydro-
8*H*-7,10-
methanocyclopropa[18,19][1,10,3,6]dioxadiazacyclo
nonadecino[11,12-*b*]quinoxaline-8-carboxamide.

Molecular formula and molecular mass:     $C_{38}H_{50}N_6O_9S$;  766.90

Structural formula:



Physicochemical properties:               Grazoprevir is practically insoluble in water
(< 0.1 mg/mL) but is freely soluble in ethanol and
some organic solvents (e.g., acetone, tetrahydrofuran
and N,N-dimethylformamide).

**FDA-FLORIDA-004422**

## CLINICAL TRIALS

### Overview of Clinical Trials

The safety and efficacy of ZEPATIER® (elbasvir + grazoprevir FDC) were evaluated in 8 clinical trials in approximately1800 subjects with genotype (GT) 1, 3, or 4 chronic hepatitis C (CHC) infection with compensated liver disease (with and without cirrhosis).

An overview of the trials is provided in Table 13.

**Table 13 - Summary of Clinical Trial Designs in Treatment of Chronic Hepatitis C Infection**

| Trial | Population | Study Arms and Duration (Number of Subjects Treated) | Trial Design |
|---|---|---|---|
| C-EDGE TN (P060) | GT 1, 4 TN with or without cirrhosis | • ZEPATIER® for 12 weeks (N=306) • Pbo for 12 weeks (N=105) | Randomized, double-blind, Pbo-controlled trial in TN subjects with GT 1, or 4 infection with or without cirrhosis. Subjects were randomized in a 3:1 ratio to: ZEPATIER® for 12 weeks (ITG) or Pbo for 12 weeks followed by open-label treatment with ZEPATIER® for 12 weeks (DTG). |
| C-EDGE CO-INFECTION (P061) | GT 1, 4 TN with or without cirrhosis HCV/HIV-1 co-infection | • ZEPATIER® for 12 weeks (N=217) | Open-label trial in TN HCV/HIV-1 co-infected subjects with GT 1, or 4 infection with or without cirrhosis. Subjects received ZEPATIER® for 12 weeks. |
| C-SURFER (P052) | GT 1 TN or TE with or without cirrhosis Chronic Kidney Disease | • EBR¶ + GZR¶ for 12 weeks (N=122) • Pbo for 12 weeks (N=113) | Randomized, double-blind, Pbo-controlled trial in subjects with GT 1 infection, with or without cirrhosis, with CKD Stage 4 (eGFR 15-29 mL/min/1.73 m²) or Stage 5 (eGFR < 15 mL/min/1.73 m²), including subjects on hemodialysis, who were TN or who had failed prior therapy with IFN or peg-IFN ± RBV therapy. Subjects were randomized in a 1:1 ratio to one of the following treatment groups: EBR + GZR for 12 weeks (ITG) or Pbo for 12 weeks followed by open-label treatment with ZEPATIER® for 12 weeks (DTG). In addition, 11 subjects received open-label EBR + GZR for 12 weeks (intensive PK arm). |
| C-WORTHY (P035) | GT 1, 3 TN with or without cirrhosis TE Null Responder with or without cirrhosis TN HCV/HIV-1 co-infection without cirrhosis | • EBR¶ + GZR¶ for 8, 12, or 18 weeks (N=31, 136, and 63, respectively) • EBR¶ + GZR¶ + RBV† for 8, 12, or 18 weeks (N=60, 152 and 65, respectively) | Multi-arm, multi-stage, randomized, open-label trial which included subjects with GT 1 or 3 infection who were TN or who had failed prior therapy with peg-IFN ± RBV therapy. In the stage evaluating shorter duration of therapy in subjects with GT 1b infection without cirrhosis, subjects were randomized in a 1:1 ratio to EBR + GZR with or without RBV for 8 weeks. In the stage evaluating subjects with GT 3 infection without cirrhosis who were TN, subjects were randomized to EBR + GZR with RBV for 12 or 18 weeks. In the other stages, subjects with GT 1 infection with or without cirrhosis who were TN (with or without HCV/HIV-1 co-infection) or who were |

FDA-FLORIDA-004423

| | | | peg-IFN + RBV null responders, were randomized to EBR + GZR with or without RBV for 8, 12 or 18 weeks. |
|---|---|---|---|
| C-SCAPE<br><br>(P047) | GT 4<br>TN without cirrhosis | • EBR[¶] + GZR[¶] for 12 weeks (N=10)<br>• EBR[¶] + GZR[¶] + RBV[†] for 12 weeks (N=10) | Randomized, open-label trial which included TN subjects with genotype 4 infection without cirrhosis. Subjects were randomized in a 1:1 ratio to EBR + GZR for 12 weeks or EBR + GZR + RBV for 12 weeks |
| C-EDGE TE<br><br>(P068) | GT 1, 4<br>TE with or without cirrhosis with or without HCV/HIV-1 co-infection | • ZEPATIER® for 12 or 16 weeks (N=105, and101, respectively)<br>• ZEPATIER® + RBV[†] for 12 or 16 weeks (N=104 and104, respectively) | Randomized, open-label trial in subjects with GT 1, or 4 infection, with or without cirrhosis, with or without HCV/HIV-1 co-infection, who had failed prior therapy with peg-IFN + RBV therapy. Subjects were randomized in a 1:1:1:1 ratio to one of the following treatment groups: ZEPATIER® for 12 weeks, ZEPATIER® + RBV for 12 weeks, ZEPATIER® for 16 weeks, or ZEPATIER® + RBV for 16 weeks. |
| C-SALVAGE<br><br>(P048) | GT 1<br>TE with HCV protease inhibitor regimen[‡] with or without cirrhosis | • EBR[¶] + GZR[¶] + RBV[†] for 12 weeks (N=79) | Open-label trial in subjects with GT 1 infection, with or without cirrhosis, who had failed prior treatment with boceprevir, simeprevir, or telaprevir in combination with peg-IFN + RBV. Subjects received EBR + GZR + RBV for 12 weeks. |
| C-SWIFT<br><br>(P074) | GT 1, 3<br>TN with or without cirrhosis | • ZEPATIER® + sofosbuvir[§] for 8 or 12 weeks in GT 3 (N= 15 and N=26, respectively)<br>• ZEPATIER® + sofosbuvir[§] for 4, 6 or 8 weeks in GT 1 (N=31, 50, and 21, respectively) | Open-label trial of ZEPATIER® + sofosbuvir in subjects with GT 1 or 3 infection. Non-cirrhotic GT 3 infected subjects, were randomized (1:1) to 8 or 12 weeks of treatment, and cirrhotic GT 3 infected subjects received 12 weeks of treatment. Non-cirrhotic GT 1 infected subjects, were randomized (1:1) to 4 or 6 weeks of treatment, and cirrhotic GT 1 infected subjects were randomized (1:1) to 6 or 8 weeks of treatment. |

GT = Genotype
TN = Treatment-Naïve
TE = Treatment-Experienced (failed prior treatment with interferon [IFN] or peginterferon alfa [peg-IFN] with or without ribavirin (RBV) or were intolerant to prior therapy)
ITG = Immediate Treatment Group
DTG = Delayed Treatment Group
CKD = Chronic Kidney Disease
Pbo = Placebo
[¶] EBR = elbasvir 50 mg; GZR = grazoprevir 100 mg; EBR+GZR = co-administered as single agents
[†]RBV was administered at a total daily dose of 800 mg to 1400 mg based on weight (see **DOSAGE AND ADMINISTRATION**)
[‡] Failed prior treatment with boceprevir, telaprevir, or simeprevir in combination with peg-IFN + RBV
[§] Sofosbuvir dose was 400 mg once a day

Sustained virologic response was the primary endpoint in all trials and was defined as HCV RNA less than lower limit of quantification (LLOQ) at 12 weeks after the cessation of treatment (SVR). Serum HCV RNA values were measured during these clinical trials using the COBAS AmpliPrep/COBAS Taqman HCV test (version 2.0) with an LLOQ of 15 HCV RNA IU/mL,

FDA-FLORIDA-004424

with the exception of C-WORTHY and C-SCAPE where the assay had an LLOQ of 25 HCV RNA IU/mL.

**Clinical Trials in Treatment-Naïve Subjects with Genotype 1, or 4 Chronic Hepatitis C Infection**

Demographic and baseline characteristics for treatment-naïve subjects with genotype 1, or 4 CHC infection treated with ZEPATIER® for 12 weeks in C-EDGE TN, C-EDGE CO-INFECTION, C-SURFER, C-WORTHY, and C-SCAPE are provided in Table 14.

**Table 14 -Demographic and Baseline Characteristics of Treatment-Naïve Subjects with or without Cirrhosis Treated with ZEPATIER® for 12 Weeks, with Genotype 1 or 4 Chronic Hepatitis C Infection**

| Trial | C-EDGE TN (P060) | C-EDGE CO-INFECTION (HCV/HIV-1 Co-Infection) (P061) | C-SURFER (CKD Stages 4-5, including hemodialysis) (P052) | C-WORTHY (P035) | C-SCAPE (P047) | All Studies |
|---|---|---|---|---|---|---|
| Regimen | ZEPATIER® 12 Weeks N=306 n (%) | ZEPATIER® 12 Weeks N=217 n (%) | EBR + GZR 12 Weeks N=101 n (%) | EBR + GZR 12 Weeks N=103 n (%) | EBR + GZR 12 Weeks N=10 n (%) | N=737 n (%) |
| **Characteristics** | | | | | | |
| **Age (Years)** | | | | | | |
| Mean (SD) | 52 (11) | 49 (9) | 57 (9) | 51 (12) | 45 (7) | 52 (11) |
| **Gender** | | | | | | |
| Male | 168 (55) | 182 (84) | 74 (73) | 66 (64) | 6 (60) | 496 (67) |
| **Race** | | | | | | |
| White | 190 (62) | 166 (76) | 51 (50) | 88 (85) | 8 (80) | 503 (68) |
| Black or African American | 59 (19) | 38 (18) | 46 (46) | 10 (10) | 1 (10) | 154 (21) |
| Asian | 45 (15) | 6 (3) | 3 (3) | 2 (2) | 1 (10) | 57 (8) |
| Other | 12 (4) | 7 (3) | 1 (<1) | 3 (3) | 0 (0) | 23 (3) |
| **IL28B Genotype** | | | | | | |
| CC | 98 (32) | 77 (35) | 26 (26) | 26 (25) | 3 (30) | 230 (31) |
| Non-CC | 206 (67) | 140 (65) | 73 (72) | 77 (75) | 7 (70) | 503 (68) |
| Unknown | 2 (<1) | 0 (0) | 2 (2) | 0 (0) | 0 (0) | 4 (<1) |
| **HCV Genotype** | | | | | | |
| 1a | 157 (51) | 144 (66) | 53 (52) | 72 (70) | 0 (0) | 426 (58) |
| 1b | 131 (43) | 44 (20) | 48 (48) | 29 (28) | 0 (0) | 252 (34) |
| 1-Other | 0 (0) | 1 (<1) | 0 (0) | 2 (2) | 0 (0) | 3 (<1) |
| 4 | 18 (6) | 28 (13) | 0 (0) | 0 (0) | 10 (100) | 56 (8) |
| **Baseline HCV RNA** | | | | | | |
| >800,000 IU/mL | 215 (70) | 127 (59) | 56 (55) | 85 (83) | 7 (70) | 490 (66) |
| **Cirrhosis Status*** | | | | | | |
| Non-Cirrhotic | 236 (77) | 182 (84) | 97 (96) | 74 (72) | 10 (100) | 599 (81) |
| Cirrhotic | 70 (23) | 35 (16) | 4 (4) | 29 (28) | 0 (0) | 138 (19) |

| Hepatic Fibrosis Stage (METAVIR Score)[†*] | | | | | | |
|---|---|---|---|---|---|---|
| F0 to F2 | 201(66) | 159 (73) | 74 (73) | 66 (64) | 10 (100) | 510 (69) |
| F3 | 35 (11) | 23 (11) | 11 (11) | 8 (8) | 0 (0) | 77 (10) |
| F4 | 70 (23) | 35 (16) | 4 (4) | 29 (28) | 0 (0) | 138 (19) |
| HCV/HIV Co-Infected | 0 (0) | 217(100) | 0 (0) | 30 (29) | 0 (0) | 247 (34) |
| [†]By liver biopsy or by non-invasive tests. | | | | | | |
| *12 subjects in C-SURFER with incomplete fibrosis data are counted as non cirrhotic and are not included in hepatic fibrosis stage. | | | | | | |

### Study results

Table 15 presents treatment outcomes for ZEPATIER[®] in treatment-naïve subjects from C-EDGE TN, C-EDGE CO-INFECTION, C-SURFER, C-WORTHY, and C-SCAPE trials and from the pooled data from these trials. In trials C-EDGE TN and C-SURFER, the treatment outcomes for subjects treated with ZEPATIER[®] in the immediate treatment groups and intensive PK arm are presented. In the C-WORTHY and C-SCAPE trials, the addition of RBV to the regimens was not shown to improve the treatment outcomes. Therefore, only the 12 weeks treatment arms without RBV are presented in Table 15.

FDA-FLORIDA-004426

**Table 15 - Treatment Outcomes after 12 Weeks of Treatment in Treatment-Naïve Subjects with or without Cirrhosis, with Genotype 1 or 4 Chronic Hepatitis C Infection**

| Trial | C-EDGE TN (P060) | C-EDGE CO-INFECTION (HCV/HIV-1 Co-Infection) (P061) | C-SURFER (CKD Stages 4-5, including hemodialysis) (P052) | C-WORTHY (P035) | C-SCAPE (P047) | All Studies |
|---|---|---|---|---|---|---|
| **Regimen** | ZEPATIER® 12 Weeks N=306 | ZEPATIER® 12 Weeks N=217 | EBR + GZR 12 Weeks N=101 | EBR + GZR 12 Weeks N=103 | EBR + GZR 12 Weeks N=(10) | N=737 |
| Overall SVR | 95% (291/306) | 95% (206/217) | 95% (96/101) | 94% (97/103) | 90% (9/10) | 95% (699/737) |
| 95% CI[¶] | (92.0, 97.2) | (91.1, 97.4) | (88.8, 98.4) | (87.7, 97.8) | (55.5, 99.8) | (93.0, 96.3) |
| **Outcome for Subjects without SVR** | | | | | | |
| On-treatment Virologic Failure[#] | <1% (1/306) | 0% (0/217) | 0% (0/101) | 2% (2/103) | 0% (0/10) | <1% (3/737) |
| Relapse | 3% (10/306) | 3% (7/217) | 0% (0/101) | 2% (2/103) | 0% (0/10) | 3% (19/737) |
| Other[†] | 1% (4/306) | 2% (4/217) | 5% (5/101) | 2% (2/103) | 10% (1/10) | 2% (16/737) |
| **SVR by Genotype** | | | | | | |
| GT 1a | 92% (144/157) | 94% (136/144) | 98% (52/53) | 93% (67/72) | ------ | 94% (399/426) |
| GT 1b[‡] | 98% (129/131) | 96% (43/45) | 92% (44/48) | 97% (30/31) | ------ | 96% (246/255) |
| GT 4 | 100% (18/18) | 96% (27/28) | ------ | ------ | 90% (9/10) | 96% (54/56) |
| **SVR by Cirrhosis Status** | | | | | | |
| Non-Cirrhotics[§] | 94% (223/236) | 94% (171/182) | 95% (92/97) | 93% (69/74) | 90% (9/10) | 94% (564/599) |
| Cirrhotics | 97% (68/70) | 100% (35/35) | 100% (4/4) | 97% (28/29) | ------ | 98% (135/138) |
| **SVR by HIV Status** | | | | | | |
| HCV mono-infected | 95% (291/306) | ------ | 95% (96/101) | 97% (71/73) | 90% (9/10) | 95% (467/490) |
| HCV/HIV-1 co-infected | ------ | 95% (206/217) | ------ | 87% (26/30) | ------ | 94% (232/247) |

[¶]Confidence Interval based on Clopper-Pearson method.
[#]Includes subjects with virologic breakthrough.
[†]Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
[‡]Includes genotype 1 subtypes other than 1a or 1b.
[§]Includes 1 subject with cirrhosis status of "unknown" in C-SCAPE.

No HIV-1 infected subjects switched their antiretroviral therapy regimen due to loss of plasma HIV-1 RNA suppression. In treatment-naïve subjects, treatment outcomes were consistent in subjects with or without compensated cirrhosis and in subjects with or without HCV/HIV-1 co-infection. Treatment outcomes were consistent in subjects with or without advanced CKD, including subjects on hemodialysis.

**Clinical Trial with 8-Week Treatment in Treatment-Naïve Subjects Without Cirrhosis with Genotype 1b Chronic Hepatitis C Infection**
In the C-WORTHY trial, treatment-naïve subjects with genotype 1b CHC without cirrhosis were treated with EBR + GZR with or without RBV for 8 weeks.

Demographic and baseline characteristics for treatment-naïve subjects without cirrhosis and without HIV-1 co-infection, with genotype 1b chronic hepatitis C infection treated with ZEPATIER® for 8 weeks are provided below.

In the C-WORTHY trial, treatment-naïve subjects with genotype 1b CHC without cirrhosis were treated with EBR + GZR with or without RBV for 8 weeks. In subjects treated with EBR + GZR without RBV, the subjects had a median age of 56 years (range: 28 to 71); 42% of the subjects were male; 81% were White; 19% were Black or African American; 3% were Hispanic or Latino; mean body mass index was 28 $kg/m^2$; 87% had baseline HCV RNA levels greater than 800,000 IU/mL; 90% had non-C/C IL28B alleles (CT or TT); and 100% had baseline platelets ≥100 10[3]/microL and albumin ≥3.5 gm/dL by liver biopsy or non-invasive tests, all were non-cirrhotic and 94% (29/31) had METAVIR scores of F0-F2 and the other 2 subjects had a METAVIR score of F3.

**Study Results**
Treatment outcomes in treatment-naïve subjects with genotype 1b without cirrhosis who received EBR + GZR for 8 weeks in C-WORTHY are presented in Table 16. The addition of RBV was not shown to improve the treatment outcomes observed with EBR + GZR.

**Table 16 – C-WORTHY: Treatment Outcomes after 8 Weeks of Treatment in Treatment–Naïve Subjects without Cirrhosis with Genotype 1b Chronic Hepatitis C Infection**

| Trial | C-WORTHY (P035) |
|---|---|
| Regimen | EBR + GZR 8 Weeks N=31 |
| Overall SVR | 94% (29/31) |
| 95% CI[†] | (78.6, 99.2) |
| Outcome for Subjects without SVR | |
| On-treatment Virologic Failure | 0 (0/31) |
| Relapse | 6% (2/31) |
| SVR by Hepatic Fibrosis Stage | |
| Metavir F0 to F2 | 97% (28/29) |
| Metavir F3 | 50% (1/2) |
| [†]Based on Clopper-Pearson method. | |

**Clinical Trials in Treatment-Experienced Subjects with Genotype 1, or 4 Chronic Hepatitis C Infection**

C-EDGE TE Trial – Treatment-Experienced Subjects who Failed Prior PEG-IFN with RBV Therapy

Demographic and baseline characteristics for treatment-experienced subjects who failed prior PEG-IFN with RBV therapy with genotype 1, or 4 CHC infection are provided in Table 17.

**Table 17 - C-EDGE TE: Demographic and Baseline Characteristics for Treatment-Experienced Subjects who Failed Prior Peg-IFN with RBV with or without Cirrhosis, for 12-16 weeks, with Genotype 1 or 4 Chronic Hepatitis C Infection**

| Trial | C-EDGE TE (P068) | | | |
|---|---|---|---|---|
| Regimen | ZEPATIER® 12 weeks N=105 n (%) | ZEPATIER® + RBV 12 weeks N=104 n (%) | ZEPATIER® 16 weeks N=101 n (%) | ZEPATIER® + RBV 16 weeks N=104 n (%) |
| **Characteristics** | | | | |
| **Age (Years)** | | | | |
| Mean (SD) | 56 (10) | 55 (8) | 55 (10) | 55 (10) |
| **Gender** | | | | |
| Male | 66 (63) | 72 (69) | 67 (66) | 63 (61) |
| **Race** | | | | |
| White | 66 (63) | 70 (67) | 72 (71) | 78 (75) |
| Black or African American | 23 (22) | 24 (23) | 9 (9) | 15 (14) |
| Asian | 15 (14) | 9 (9) | 18 (18) | 8 (8) |
| Other | 1 (<1) | 1 (<1) | 2 (2) | 3 (3) |
| **IL28B Genotype** | | | | |
| CC | 20 (19) | 16 (15) | 25 (25) | 20 (19) |
| Non-CC | 84 (80) | 86 (83) | 76 (75) | 84 (81) |
| Missing | 1 (<1) | 2 (2) | 0 (0) | 0 (0) |
| **HCV Genotype** | | | | |
| 1a | 61 (58) | 60 (58) | 48 (48) | 58 (56) |
| 1b | 34 (32) | 29 (28) | 48 (48) | 36 (35) |
| 1-Other | 1 (<1) | 0 (0) | 0 (0) | 2 (2) |
| 4 | 9 (9) | 15 (14) | 5 (5) | 8 (8) |
| **Baseline HCV RNA (IU/mL)** | | | | |
| > 800,000 IU/mL | 84 (80) | 75 (72) | 83 (82) | 76 (73) |
| **Cirrhosis Status** | | | | |
| Non-Cirrhotic | 68 (65) | 69 (66) | 65 (64) | 68 (65) |
| Cirrhotic | 37 (35) | 35 (34) | 36 (36) | 36 (35) |
| **Hepatic Fibrosis Stage(METAVIR Score)[†]** | | | | |
| F0 to F2 | 49 (47) | 55 (53) | 53 (52) | 55 (53) |
| F3 | 19 (18) | 14 (13) | 12 (12) | 13 (12) |
| F4 | 37 (35) | 35 (34) | 36 (36) | 36 (35) |
| **HCV/HIV Co-Infected** | 6 (6) | 5 (5) | 6 (6) | 4 (4) |

[†]By liver biopsy or by non-invasive tests.

FDA-FLORIDA-004429

**Study results**

Treatment outcomes in subjects treated with ZEPATIER® with or without RBV for 12 or 16 weeks are presented in Table 18.

**Table 18 - C-EDGE TE Trial: Treatment Outcomes after 12 or 16 weeks of Treatment in Treatment-Experienced Subjects who Failed Prior peg-IFN with RBV with or without Cirrhosis, with Genotype 1 or 4 Chronic Hepatitis C Infection**

| Trial | C-EDGE TE (P068) | | | |
|---|---|---|---|---|
| Regimen | ZEPATIER® 12 weeks N=105 | ZEPATIER® + RBV 12 weeks N=104 | ZEPATIER® 16 weeks N=101 | ZEPATIER® + RBV 16 weeks N=104 |
| Overall SVR | 92% (97/105) | 94% (98/104) | 93% (94/101) | 97% (101/104) |
| 95% CI[b] | (85.5, 96.7) | (87.9, 97.9) | (86.2, 97.2) | (91.8, 99.4) |
| Outcome for Subjects without SVR | | | | |
| On-treatment Virologic Failure[#] | 0% (0/105) | 0% (0/104) | 2% (2/101) | 0% (0/104) |
| Relapse | 6% (6/105) | 6% (6/104) | 4% (4/101) | 0% (0/104) |
| Other[†] | 2% (2/105) | 0% (0/104) | 1% (1/101) | 3% (3/104) |
| SVR by Genotype | | | | |
| GT 1a | 90% (55/61) | 93% (56/60) | 94% (45/48) | 95% (55/58) |
| GT 1b[‡] | 100% (35/35) | 97% (28/29) | 96% (46/48) | 100% (38/38) |
| GT 4 | 78% (7/9) | 93% (14/15) | 60% (3/5) | 100% (8/8) |
| SVR by Cirrhosis Status | | | | |
| Non-Cirrhotics | 94% (64/68) | 97% (67/69) | 92% (60/65) | 96% (65/68) |
| Cirrhotics | 89% (33/37) | 89% (31/35) | 94% (34/36) | 100% (36/36) |
| SVR by Response to Prior HCV Therapy | | | | |
| On-treatment Virologic Failure[¶] | 89% (62/70) | 91% (60/66) | 92% (60/65) | 95% (63/66) |
| Relapser | 100% (35/35) | 100% (38/38) | 94% (34/36) | 100% (38/38) |
| SVR by HIV Status | | | | |
| HCV mono-infected | 92% (91/99) | 94% (93/99) | 94% (89/95) | 97% (97/100) |
| HCV/HIV co-infected | 100% (6/6) | 100% (5/5) | 83% (5/6) | 100% (4/4) |

[b]Based on Clopper-Pearson method.
[#]Includes subjects with virologic breakthrough or rebound.
[†]Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
[‡]Includes genotype 1 subtypes other than 1a or 1b.
[¶]Includes null responders and partial responders

Overall SVR was achieved in 92% and 97% of subjects receiving ZEPATIER® for 12 weeks and ZEPATIER® + RBV for 16 weeks, respectively. SVR was 100% in prior relapsers who received ZEPATIER® for 12 weeks, regardless of genotype or presence of cirrhosis. SVR was 100% in genotype 1b subjects who received ZEPATIER® for 12 weeks, regardless of the presence of cirrhosis or response to prior HCV therapy.

Among genotype 1a or 4 null or partial responders, the highest response was achieved with the administration of ZEPATIER® + RBV for 16 weeks. In subjects receiving ZEPATIER® + RBV for 16 weeks, treatment outcomes were consistent in subjects with or without cirrhosis, and no subject failed due to virologic failure. Among genotype 1a or 4, null or partial responders, SVR was achieved in 93% of subjects receiving ZEPATIER® + RBV for 16 weeks; 90% in subjects receiving ZEPATIER® alone for 16 weeks; 90% in subjects receiving ZEPATIER® + RBV for 12 weeks; and 84% in subjects receiving ZEPATIER® alone for 12 weeks.

No HIV-1 virological failures were observed in subjects who failed prior peg-IFN + RBV with HCV/HIV-1 co-infection. In treatment-experienced subjects, treatment outcomes were consistent in subjects with or without compensated cirrhosis and in subjects with or without HCV/HIV-1 co-infection.

FDA-FLORIDA-004431

C-SALVAGE Trial – Treatment-Experienced Subjects who Failed Prior PEG-IFN + RBV +
HCV Protease Inhibitor Therapy (Boceprevir, Simeprevir, or Telaprevir)
Demographic and baseline characteristics for the C-SALVAGE trial, for subjects who failed
prior peg-IFN + RBV with an HCV protease inhibitor with genotype 1 infection with or without
cirrhosis treated with EBR + GZR + RBV for 12 weeks are provided in Table 19.

**Table 19 – C-SALVAGE: Demographic and Baseline Characteristics for Treatment-Experienced Subjects
who Failed Prior Peg-IFN + RBV + HCV Protease Inhibitor Therapy (Boceprevir, Simeprevir, or
Telaprevir)**

| Trial | C-SALVAGE<br>(P048) |
|---|---|
| **Regimen** | **EBR 50 mg + GZR 100 mg + RBV<br>12 Weeks<br>N=79<br>n (%)** |
| **Characteristics** | |
| **Age (Years)** | |
| Mean (SD) | 54 (10) |
| **Gender** | |
| Male | 46 (58) |
| **Race** | |
| White | 77 (97) |
| Black Or African American | 2 (3) |
| **IL28B Genotype** | |
| CC | 2 (3) |
| Non-CC | 77 (97) |
| **HCV Genotype** | |
| 1a | 30 (38) |
| 1b | 49 (62) |
| **Baseline HCV RNA (IU/mL)** | |
| > 800,000 IU/mL | 50 (63) |
| **Cirrhosis Status** | |
| Non-Cirrhotic | 45 (57) |
| Cirrhotic | 34 (43) |
| **Hepatic Fibrosis Stage (METAVIR<br>Score)[†]** | |
| F0 to F2 | 37 (47) |
| F3 | 8 (10) |
| F4 | 34 (43) |
| **Baseline NS3 resistance-associated<br>substitutions** | |
| **Absence** | 43 (54) |
| **Presence** | 36 (46) |
| [†]By liver biopsy or by non-invasive tests. | |

**Study results**

Treatment outcome in subjects treated with ZEPATIER® with ribavirin for 12 weeks are presented in Table 20.

**Table 20 – C-SALVAGE: Treatment Outcome in Treatment-Experienced Subjects who Failed Prior Peg-IFN + RBV + HCV Protease Inhibitor Therapy (Boceprevir, Simeprevir, or Telaprevir)**

| Trial | C-SALVAGE (P048) |
|---|---|
| Regimen | EBR 50 mg + GZR 100 mg + RBV 12 Weeks N=79 |
| Overall SVR | 96% (76/79) |
|    95% CI[†] | (89.3, 99.2) |
| Outcome for Subjects without SVR | |
|    On-treatment Virologic Failure | 0% (0) |
|    Relapse | 4% (3/79) |
|    Other[‡] | 0% (0) |
| SVR by Genotype | |
|    1a | 93% (28/30) |
|    1b | 98% (48/49) |
| SVR by Cirrhosis Status | |
|    Non-Cirrhotics | 98% (44/45) |
|    Cirrhotics | 94% (32/34) |
| SVR by baseline NS3 resistance-associated substitutions | |
|    Absence | 100% (43/43) |
|    Presence | 92% (33/36) |

[†]Based on Clopper-Pearson method.
[‡]Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.

Overall SVR was achieved in 96% (76/79) of subjects receiving EBR + GZR + RBV for 12 weeks. Four percent (3/79) of subjects did not achieve SVR due to relapse. Treatment outcomes were consistent in genotype 1a and genotype 1b subjects, in subjects with different response to previous HCV therapy, and in subjects with or without cirrhosis. Treatment outcomes were consistent in subjects with or without NS3 resistance-associated substitutions at baseline (see **MICROBIOLOGY**).

Based on the lack of impact of baseline NS3 resistance-associated substitutions on treatment outcomes, and efficacy analyses among treatment-experienced subjects in the C-SALVAGE and C-EDGE TE trials, the recommended treatment regimen for treatment-experienced patients who have failed peg-IFN + RBV with boceprevir, simeprevir or telaprevir is as follows: for genotype 1 relapsers, administer ZEPATIER® for 12 weeks; for genotype 1b prior on-treatment virologic failures, administer ZEPATIER® for 12 weeks; and for genotype 1a prior on-treatment virologic failures, administer ZEPATIER® + RBV for 16 weeks (see **DOSAGE AND ADMINISTRATION**).

**Clinical Trial in Subjects with Advanced Chronic Kidney Disease with Genotype 1 Chronic Hepatitis C Infection**

Demographic and baseline characteristics for the C-SURFER trial, for subjects with genotype 1 infection, with or without cirrhosis, with advanced chronic kidney disease (CKD) Stage 4 (eGFR 15-29 mL/min/1.73 m$^2$) or Stage 5 (eGFR < 15 mL/min/1.73 m$^2$), including subjects on hemodialysis, who were treatment-naïve or who had failed prior therapy with IFN or peg-IFN ± RBV therapy, are provided in Table 21.

**Table 21 – C-SURFER: Demographic and Baseline Characteristics in Subjects with Advanced Chronic Kidney Disease who were Treatment-Naïve or had Failed Prior IFN or Peg-IFN ± RBV, with or without Cirrhosis, with Genotype 1 Chronic Hepatitis C Infection**

| Trial | C-SURFER (P052) |
|---|---|
| Regimen | EBR + GZR 12 weeks N=122 n (%) |
| **Characteristics** | |
| **Age (Years)** | |
| Mean (SD) | 57 (9) |
| **Gender** | |
| Male | 92 (75) |
| **Race** | |
| White | 61 (50) |
| Black or African American | 55 (45) |
| Asian | 5 (4) |
| Other | 1 (<1) |
| **IL28B Genotype** | |
| CC | 32 (26) |
| Non-CC | 88 (72) |
| Missing | 2 (2) |
| **HCV Genotype** | |
| 1a | 63 (52) |
| 1b | 59 (48) |
| 1-Other | 0 (0) |
| **Baseline HCV RNA (IU/mL)** | |
| > 800,000 IU/mL | 69 (57) |
| **Cirrhosis Status** | |
| Non-Cirrhotic | 115 (94) |
| Cirrhotic | 7 (6) |
| **Hepatic Fibrosis Stage (METAVIR Score)[†]** | |
| F0 to F2 | 87 (71) |
| F3 | 13 (11) |
| F4 | 7 (6) |
| No evidence of cirrhosis by biomarker | 15 (12) |
| **CKD stages** | |
| Stage 4 | 22 (18) |
| Stage 5 | 100 (82) |
| **Hemodialysis** | 92 (75) |
| **Prior HCV Treatment Status** | |
| Treatment-naïve | 101 (83) |
| Treatment-experienced | 21 (17) |
| [†]By liver biopsy or by non-invasive tests. | |

FDA-FLORIDA-004434

## Study results

Treatment outcomes in subjects treated with ZEPATIER® for 12 weeks in the immediate treatment group and intensive PK arm are presented in Table 22.

**Table 22 - C-SURFER Trial: Treatment Outcomes in Subjects with Advanced Chronic Kidney Disease who were Treatment-Naïve or had Failed Prior IFN or Peg-IFN ± RBV, with or without Cirrhosis, with Genotype 1 Chronic Hepatitis C Infection**

| Trial | C-SURFER (P052) |
|---|---|
| **Regimen** | **EBR + GZR 12 weeks N=122¶** |
| Overall SVR | 94% (115/122)† |
| 95% CI# | (88.5, 97.7) |
| Outcome for Subjects without SVR | |
| On-treatment Virologic Failure | 0% (0/122) |
| Relapse | <1% (1/122) |
| Other‡ | 5% (6/122) |
| SVR by Genotype | |
| GT 1a | 97% (61/63) |
| GT 1b§ | 92% (54/59) |
| SVR by Cirrhosis Status | |
| Non-Cirrhotics | 95% (109/115) |
| Cirrhotics | 86% (6/7) |
| SVR by Prior HCV Treatment Status | |
| Treatment-naïve | 95% (96/101) |
| Treatment-experienced | 90% (19/21) |
| SVR by Hemodialysis Status | |
| No | 97% (29/30) |
| Yes | 93% (86/92) |
| SVR by Chronic Kidney Disease Stage | |
| Stage 4 | 100% (22/22) |
| Stage 5 | 93% (93/100) |

¶Includes subjects in the intensive PK arm.
#Based on Clopper-Pearson method.
†SVR was achieved in 99% (115/116) of subjects in the pre-specified primary analysis population, which excluded subjects not receiving at least one dose of study treatment and those with missing data due to death or early study discontinuation for reasons unrelated to treatment response.
‡Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal.
§Includes genotype 1 subtypes other than 1a or 1b.

## Clinical Trial in Treatment-Naïve Subjects with Genotype 3 Chronic Hepatitis C Infection

Demographic and baseline characteristics in the C-SWIFT study, in treatment-naïve subjects with genotype 3 CHC with or without cirrhosis, without HIV-1 co-infection, treated with ZEPATIER® + sofosbuvir for 8 or 12 weeks are provided in Table 23.

**Table 23 - C-SWIFT Study: Demographic and Baseline Characteristics in Treatment-Naïve Subjects, with or without Cirrhosis, with Genotype 3 Chronic Hepatitis C Infection**

| Trial | C-SWIFT (P074) | |
|---|---|---|
| Regimen | ZEPATIER® + Sofosbuvir 8 weeks N=15 n (%) | ZEPATIER® + Sofosbuvir 12 weeks N=26 n (%) |
| **Characteristics** | | |
| **Age (Years)** | | |
| Mean (SD) | 51 (10) | 48 (11) |
| **Gender** | | |
| Male | 11 (73) | 18 (69) |
| **Race** | | |
| White | 15 (100) | 26 (100) |
| **IL28B Genotype** | | |
| CC | 6 (40) | 9 (35) |
| Non-CC | 9 (60) | 17 (65) |
| **Baseline HCV RNA** | | |
| >800,000 IU/mL | 7 (47) | 14 (54) |
| **Cirrhosis Status** | | |
| Non-Cirrhotic | 15 (100) | 14 (54) |
| Cirrhotic | 0 (0) | 12 (46) |
| **Hepatic Fibrosis Stage (METAVIR Score)[†]** | | |
| F0 to F2 | 14 (93) | 11 (42) |
| F3 | 1 (7) | 3 (12) |
| F4 | 0 (0) | 12 (46) |
| [†]By liver biopsy or by non-invasive tests. | | |

**Study results**

Treatment outcomes in subjects treated with ZEPATIER® + sofosbuvir for 8 or 12 weeks are presented in Table 24.

**Table 24 - C-SWIFT Study: Treatment Outcomes in Treatment-Naïve Subjects, with or without Cirrhosis, with Genotype 3 Chronic Hepatitis C Infection**

| Trial | C-SWIFT (P074) | |
|---|---|---|
| Regimen | ZEPATIER® + Sofosbuvir 8 Weeks N=15 | ZEPATIER® + Sofosbuvir 12 Weeks N=26 |
| Overall SVR | 93% (14/15) | 92% (24/26) |
| 95% CI‡ | (68.1, 99.8) | (74.9, 99.1) |
| Outcome for subjects without SVR | | |
| On-treatment Virologic Failure | 0% (0/15) | 0% (0/26) |
| Relapse | 7% (1/15) | 4% (1/26) |
| Other† | 0% (0/15) | 4% (1/26) |
| SVR by Cirrhosis Status | | |
| Non-Cirrhotics | 93% (14/15) | 100% (14/14) |
| Cirrhotics | ----- | 83% (10/12) |
| ‡Based on Clopper-Pearson method. | | |
| †Other includes subjects who discontinued due to adverse event, lost to follow-up, or subject withdrawal. | | |

Overall SVR was achieved in 92% (24/26) in treatment-naïve subjects with genotype 3 with or without cirrhosis who received ZEPATIER® with sofosbuvir for 12 weeks and in 93% (14/15) treatment-naïve subjects without cirrhosis who received ZEPATIER® with sofosbuvir for 8 weeks. Based on the overall results, including SVR in patients with cirrhosis, a 12 week regimen of EBR + GZR with sofosbuvir is recommended for treatment-naïve subjects with genotype 3 with or without cirrhosis.


**MICROBIOLOGY**
Mechanism of Action
ZEPATIER® combines two direct-acting antiviral agents with distinct mechanisms of action and non-overlapping resistance profiles to target HCV at multiple steps in the viral lifecycle.

Elbasvir is an inhibitor of HCV NS5A, which is essential for viral RNA replication and virion assembly. The mechanism of action of elbasvir has been characterized based on cell culture antiviral activity and drug resistance mapping studies.

Grazoprevir is an inhibitor of the HCV NS3/4A protease which is necessary for the proteolytic cleavage of the HCV encoded polyprotein (into mature forms of the NS3, NS4A, NS4B, NS5A, and NS5B proteins) and is essential for viral replication. In a biochemical assay, grazoprevir inhibited the proteolytic activity of the recombinant NS3/4A protease enzymes from HCV genotypes 1a, 1b, 3, and 4 with $IC_{50}$ values ranging from 4 to 690 pM.

Antiviral Activity

In HCV replicon assays, the $EC_{50}$ values of elbasvir against full-length replicons from genotypes 1a, 1b, 3a, and 4, were 0.004 nM, 0.003 nM, 0.14 nM, and 0.0003 nM, respectively. The median $EC_{50}$ values of elbasvir against chimeric replicons encoding NS5A sequences from clinical isolates were 0.005 nM for genotype 1a (range 0.003-0.009 nM; N=5), 0.009 nM for genotype 1b (range 0.005-0.010 nM; N=5), 0.02 nM for genotype 3a (range 0.01-0.33 nM; N=9), and 0.0007 nM for genotype 4 (range 0.0002-34 nM; N=14).

In HCV replicon assays, the $EC_{50}$ values of grazoprevir against full-length replicons from genotypes 1a, 1b, 3, and 4, were 0.4 nM, 0.5 nM, 35 nM, and 0.3 nM, respectively.

The median $EC_{50}$ values of grazoprevir against chimeric replicons encoding NS3/4A sequences from clinical isolates were 0.8 nM for genotype 1a (range 0.4-5.1 nM; N=10), 0.3 nM for genotype 1b (range 0.2-5.9 nM; N=9), 5.85 nM for genotype 3 (range 2.1-7.6 nM; N=6), and 0.2 nM for genotype 4 (range 0.11-0.33 nM; N=5).

Evaluation of elbasvir in combination with grazoprevir, ribavirin, or sofosbuvir showed no antagonistic effect in reducing HCV RNA levels in replicon cells. Evaluation of elbasvir in combination with ribavirin or sofosbuvir showed no antagonistic effect in reducing HCV RNA levels in replicon cells.

Resistance
In Cell Culture
HCV replicons with reduced susceptibility to elbasvir and grazoprevir have been selected in cell culture for genotypes 1a, 1b, 3, and 4 which resulted in the emergence of resistance-associated amino acid substitutions in NS5A or NS3, respectively. The majority of amino acid substitutions in NS5A or NS3 selected in cell culture or identified in Phase 2b and 3 clinical trials were phenotypically characterized in genotype 1a, 1b, or 4 replicons. NS5A and NS3 amino acid substitutions were tested in either stable or transient replicon system and in some cases both systems. Maximal reduced antiviral activity is reported.

For elbasvir, in HCV genotype 1a replicons, single NS5A substitutions reduced antiviral activity: Q30D (925-fold), Q30E (56-fold), Q30H (8-fold), Q30R (125-fold), L31I (134-fold), L31M (10-fold), L31V (125-fold), H58D (6-fold), Y93C (50- fold), Y93H (600-fold), Y93N (2000-fold) by 6- to 2000-fold. In genotype 1b replicons, single NS5A substitutions reduced elbasvir antiviral activity: L31F (17-fold), L31M (7-fold), L31V (3-fold) and Y93H (17-fold) by 3- to 17-fold. In genotype 3 replicons, single NS5A substitutions reduced elbasvir antiviral activity: A30D (1280-fold), A30K (50-fold), L31F (143-fold), L31M (330-fold) and Y93H (485-fold) by 50- to 1280-fold. In genotype 4 replicons, single NS5A substitutions reduced antiviral activity: L30H (240-fold), L30F (15-fold), L30S (4-fold), P32L (5-fold), P58D (1828-fold) and Y93H (23-fold) by 4- to 1828-fold. In general, in HCV genotype 1a, 1b, or 4 replicons, combinations of elbasvir resistance-associated substitutions further reduced elbasvir antiviral activity.

For grazoprevir, in HCV genotype 1a replicons, single NS3 substitutions reduced antiviral activity: Y56H (16-fold), A156G (5-fold), D168A (95-fold), D168E (16-fold), D168 F (21-fold) D168G (32-fold), D168H (12-fold), D168I (40-fold), D168K (212-fold), D168L (11-fold),

D168N (8-fold), D168T (98-fold) D168V (56-fold) and D168Y (104-fold) by 5- to 212-fold. V36M, V55A, Q80K/L, and V107I did not impact grazoprevir antiviral activity. In genotype 1b replicons, single NS3 substitutions reduced antiviral activity: Y56H (13-fold), A156T (280-fold), A156V (375-fold), D168A (14-fold), D168F (76-fold), D168G (11-fold), D168H (51-fold), D168I (13-fold), D168K (121-fold), D168L (15-fold), D168T (26-fold), D168V (14-fold), D168Y (8-fold), R155G (28-fold), R155T (13-fold), R155W (27-fold) by 8- to 375-fold. V107I did not impact grazoprevir activity. In genotype 3 replicons, single NS3 substitutions reduced antiviral activity: N77S (7-fold), Q168R (4-fold) and Q178R (5-fold) by 4- to 7-fold. In genotype 4 replicons, single NS3 substitutions reduced antiviral activity: D168A (320-fold) and D168V (110-fold) by 110- to 320-fold.  In general, in HCV genotype 1a, 1b, or 4 replicons, combinations of grazoprevir resistance-associated substitutions further reduced grazoprevir antiviral activity.

In Clinical Studies

In a pooled analysis of genotype 1, or 4 subjects treated with regimens containing ZEPATIER® or elbasvir + grazoprevir with or without ribavirin in Phase 2 and 3 clinical trials, resistance analyses were conducted for 50 subjects who experienced virologic failure and had sequence data available (6 with on-treatment virologic failure, 44 with post-treatment relapse).

Treatment-emergent substitutions observed in the viral populations of these subjects based on genotypes are shown in Table 25. Treatment-emergent substitutions were detected in both HCV drug targets in 23/37 (62%) genotype 1a, 1/8 (13%) genotype 1b, and 2/5 (40%) genotype 4.

**Table 25 - Treatment-Emergent Amino Acid Substitutions in the Pooled Analysis of ZEPATIER® with and without Ribavirin Regimens in Phase 2 and Phase 3 Clinical Trials**

| Target | Emergent Amino Acid Substitutions | Genotype 1a N = 37 % (n) | Genotype 1b N = 8 % (n) | Genotype 4 N = 5 % (n) |
|---|---|---|---|---|
| NS5A | Any of the following NS5A substitutions: M/L28A/G/T/S[§] Q30H/K/R/Y, L/M31F/M/I/V, H/P58D, Y93H/N/S | 81% (30) | 88% (7) | 100% (5) |
| | M/L28A/G/T/S | 19% (7) | 13% (1) | 60% (3) |
| | Q30H/K/Y | 14% (5) | -- | -- |
| | Q30R | 46% (17) | -- | -- |
| | L/M31M/F/I/V[†] | 11% (4) | 25% (2) | 40% (2) |
| | H/P58D[‡] | 5% (3) | -- | 20% (1) |
| | Y93H/N/S | 14% (5) | 63% (5) | 20% (1) |
| NS3 | Any of the following NS3 substitutions: V36L/M, Y56F/H, V107I, R155I/K, A156G/M/T/V, V158A, D168A/C/E/G/N/V/Y, V170I | 78% (29) | 25% (2) | 40% (2) |
| | V36L/M | 11% (4) | -- | -- |
| | Y56F/H | 14% (5) | 13% (1) | -- |
| | V107I | 3% (1) | 13% (1) | -- |
| | R155I/K | 5% (2) | -- | -- |
| | A156T | 27% (10) | 13% (1) | 20% (1) |
| | A156G/V/M | 8% (3) | -- | 60% (3) |
| | V158A | 5% (2) | -- | -- |
| | D168A | 35% (13) | -- | 20% (1) |
| | D168C/E/G/N/V/Y | 14% (5) | -- | 20% (1) |
| | V170I | -- | -- | 20% (1) |

[§]Reference sequences for NS5A at amino acid 28 are M (genotype 1a) and L (genotype 1b and genotype 4a and 4d).
[†]Reference sequences for NS5A at amino acid 31 are L (genotype 1a and genotype 1b) and M (genotype 4a and 4d).
[‡]Reference sequences for NS5A at amino acid 58 are H (genotype 1a) and P (genotype 1b and genotype 4a and 4d).

In an analysis of genotype 3 subjects treated with ZEPATIER® and sofosbuvir for 12 weeks in a Phase 2 clinical study, one subject experienced relapse. This subject had a treatment-emergent NS5A Y93H substitution.

<u>In Vitro Cross Resistance</u>
Elbasvir is active *in vitro* against genotype 1a NS5A substitutions, M28V and Q30L, genotype 1b substitutions, L28M/V, R30Q, L31V, Y93C, and genotype 4 substitution, M31V which confer resistance to other NS5A inhibitors. In general, other NS5A substitutions conferring resistance to NS5A inhibitors may also confer resistance to elbasvir. NS5A substitutions conferring resistance to elbasvir may reduce the antiviral activity of other NS5A inhibitors. Elbasvir is fully active against substitutions conferring resistance to NS3/4A protease inhibitors: T54S, Q80K, R155K, A156T/V, D168V and D168Y.

Grazoprevir is active *in vitro* against the following genotype 1a NS3 substitutions which confer resistance to other NS3/4A protease inhibitors: V36A/L/M, Q41R, F43L, T54A/S, V55A/I, Y56F, Q80R, V107I, S122A/G/R/T, I132V, A156S, D168S, I170T/V. Grazoprevir is active *in*

*vitro* against the following genotype 1b NS3 substitutions conferring resistance to other NS3/4A protease inhibitors: V36A/I/L/M, Q41L/R, F43S, T54A/C/G/S, V55A/I, Y56F, Q80L/R, V107I, S122A/G/R, R155E/K/N/Q/S, A156G/S, D168E/N/S, V170A/I/T. Some NS3 substitutions at A156 and at D168 confer reduced antiviral activity to grazoprevir as well as to other NS3/4A protease inhibitors. Grazoprevir is fully active against resistance-associated variants selected by NS5A inhibitors: L31I/M/V and Y93H.

The substitutions associated with resistance to NS5B inhibitors are susceptible to elbasvir or grazoprevir.

Persistence of Resistance-Associated Substitutions
The persistence of elbasvir and grazoprevir treatment-emergent amino acid substitutions in NS5A, and NS3, respectively, was assessed in genotype 1-infected subjects in Phase 2 and 3 trials whose virus had treatment-emergent resistance-associated substitution in the drug target, and with available data through at least 24 weeks post-treatment.

Treatment-emergent NS5A resistance-associated substitutions were generally more persistent than NS3 resistance-associated substitutions. Among genotype 1-infected subjects who had one or more treatment-emergent NS5A resistance-associated substitutions, these substitutions became undetectable at follow-up week 12 in only 5% (2/44) of subjects and 0% (0/12) of subjects with follow-up week 24 data.

Among genotype 1-infected subjects with treatment-emergent NS3 resistance-associated substitutions, these substitutions became undetectable at follow-up week 24 in 67% (10/15) of subjects based on population sequencing.

Due to the limited number of genotype 3- and 4-infected subjects with treatment-emergent NS5A and NS3 resistance-associated substitutions, trends in persistence of treatment-emergent substitutions in these genotypes could not be established.

Effect of Baseline HCV Polymorphisms on Treatment Response
Analyses in Phase 2 and 3 clinical studies of ZEPATIER®, or elbasvir + grazoprevir, with or without ribavirin were conducted to explore the association between baseline NS5A and/or NS3polymorphisms and treatment response among subjects who achieved SVR or experienced virologic failure (see **CLINICAL TRIALS**) and for whom baseline sequences were available. Baseline NS5A polymorphism at position 28, 30, 31, 58, and 93 were evaluated. Compared to a reference HCV genotype 1a replicon, the following NS5A substitutions reduced elbasvir antiviral activity by greater than 5-fold: M28T/A, Q30E/H/R/G/K/D, L31M/V/F, H58D, and Y93C/H/N. Baseline NS3 polymorphisms at position 36, 54, 55, 56, 80, 107, 122, 132, 155, 156, 158, 168, 170, and 175 were evaluated.

Genotype 1a
In pooled analyses of genotype 1a-infected subjects, baseline NS5A polymorphisms that confer greater than 5-fold reduction of elbasvir antiviral activity *in vitro* were identified in 6% (29/491) of treatment-naïve subjects and 8% (26/334) of treatment-experienced subjects. Among treatment-naïve subjects, SVR was achieved in 98% (432/439) of subjects without baseline

NS5A polymorphisms and 55% (16/29) of subjects with baseline NS5A polymorphisms that confer greater than 5-fold reduction of elbasvir antiviral activity *in vitro*. Among treatment-experienced subjects, SVR was achieved in 99% (291/295) of subjects without baseline NS5A polymorphisms and 50% (13/26) of subjects with baseline NS5A polymorphisms that confer greater than 5-fold reduction of elbasvir antiviral activity *in vitro*.

In pooled analyses, presence of NS3 polymorphisms, including Q80K, prior to the start of therapy did not impact treatment response among genotype 1a-infected subjects.

Genotype 1b
In pooled analyses, presence of NS5A polymorphisms prior to the start of therapy did not impact treatment response among treatment-naïve genotype 1b-infected subjects. NS5A polymorphisms that confer greater than 5-fold reduction of elbasvir antiviral activity *in vitro* were detected in 14% (36/259) of treatment-experienced subjects. SVR was achieved in 100% (223/223) of subjects without baseline NS5A polymorphisms and 86% (31/36) of subjects with baseline NS5A polymorphisms that confer greater than 5-fold reduction of elbasvir antiviral activity *in vitro*.

In pooled analyses, presence of NS3 polymorphisms prior to the start of therapy did not impact treatment response among genotype 1b-infected subjects.

Genotype 4
In pooled analyses, presence of NS5A polymorphisms prior to the start of therapy did not impact treatment response among genotype 4-infected subjects.

In pooled analyses, presence of NS3 polymorphisms prior to the start of therapy did not impact treatment response among treatment-naïve, genotype 4-infected subjects. Baseline NS3 polymorphisms were identified by population sequencing in 19% (7/36) of treatment-experienced genotype 4-infected subjects. In these subjects, SVR was achieved in 100% (7/7) of subjects with baseline NS3 polymorphisms compared with 86% (25/29) in those without baseline NS3 polymorphism.

Genotype 3
In a Phase 2 study (C-SWIFT) of ZEPATIER® with sofosbuvir, presence of NS5A polymorphisms prior to the start of therapy did not impact treatment response among genotype 3-infected subjects. Baseline NS5A polymorphisms were identified by population sequencing in 12% (3/25) of treatment-naive genotype 3-infected subjects. In these subjects, SVR was achieved in 100% (3/3) of subjects with baseline NS5A polymorphisms compared with 95% (21/22) in those without baseline NS5A polymorphism.

In this analysis, presence of NS3 polymorphisms prior to the start of therapy did not impact treatment response among treatment-naïve, genotype 3-infected subjects.

No subject had NS5B polymorphisms detected at baseline.

## TOXICOLOGY

General Toxicology

*Elbasvir*

Phospholipidosis in lymphoid organs associated with gastrointestinal tract occurred in dogs and was reversible upon treatment cessation. The No-Observed Adverse Effect Level (NOAEL) was 25 mg/kg/day (approximately 1.6 times the clinical dose based on AUC). The clinical relevance of phospholipidosis is unknown.

No target organ toxicity was identified. The NOAEL in rats, dogs, and mice was the highest dose tested, 1000 mg/kg/day (approximately 9, 7, and 63 times the clinical dose based on AUC, respectively).

*Grazoprevir*

The target organs identified in the repeat-dose toxicity studies were the hepatobiliary system, the male reproductive organs and the gastrointestinal tract. The safety margin for these changes was >80 times the clinical dose based on AUC.

Mutagenesis and Carcinogenesis

Elbasvir and grazoprevir were not genotoxic in a battery of *in vitro* or *in vivo* assays, including microbial mutagenesis, chromosomal aberration in Chinese Hamster Ovary cells, and in *in vivo* rat micronucleus assays.

Carcinogenicity studies with elbasvir or grazoprevir have not been conducted.

If ZEPATIER® is administered in a regimen containing ribavirin or sofosbuvir, the information for ribavirin or sofosbuvir on carcinogenesis and mutagenesis also applies to this combination regimen (see **product monographs for ribavirin or sofosbuvi**r).

## REFERENCES

1- Forns X, Gordon SC, Zuckerman E, Lawitz E, Calleja JL. Hofer H, Gilbert C et al. Grazoprevir/Elbasvir plus ribavirin for chronic HCV genotype-1 infection after failure of combination therapy containing a direct-acting antiviral agent. Journal of Hepatology (2015), doi: http://dx.doi.org/10.1016/j.jhep.2015.04.009.

2- Lawitz E, Gane E, Pearlman B, Tam E, Ghesquiere W, Guyader D, et al. Efficacy and safety of 12 weeks versus 18 weeks of treatment with grazoprevir (MK-5172) and elbasvir (MK-8742) with or without ribavirin for hepatitis C virus genotype 1 infection in previously untreated patients with cirrhosis and patients with previous null response with or without cirrhosis (C-WORTHY): a randomised, open-label phase 2 trial. Lancet. 2014 Nov 11. (Epub ahead of print).

3- Marshall WL, Yeh WW, Bethel-Brown C, Stypinski D, Auger P, Brandquist C, Gill DM et al. No evidence of pharmacokinetic drug-drug interaction in healthy subjects between

coadministered Grazoprevir (MK-5172)/Elbasvir (MK-8742) and Sofosbuvir. EASL 2015. Poster.

4- Rockstroh JK, Nelson M, Katlama C, Lalezari J, Mallolas J, Bloch M, Matthews G, et al. C-EDGE co-infection: Phase 3 study of Grazoprevir/Elbasvir in patients with HCV/HIV. Poster EASL 2015.

5- Roth D, Nelson D, Bruchfeld A, Liapakis AM, Silva M, Monsour H Jr, Martin P et al. C-Surfer: Grazoprevir plus Elbasvir in treatment-naïve and treatment-experienced patients with hepatitis C virus genotype 1 infection and chronic kidney disease. EASL 2015. Poster.

6- Sulkowski M, Hezode C, Gerstoft J, Vierling JM, Mallolas J, Pol S, et al. Efficacy and safety of 8 weeks versus 12 weeks of treatment with grazoprevir (MK-5172) and elbasvir (MK-8742) with or without ribavirin in patients with hepatitis C virus genotype 1 mono-infection and HIV/hepatitis C virus co-infection (C-WORTHY): a randomised, open-label phase 2 trial. Lancet. 2014 Nov 11. (Epub ahead of print)

7- Zeuzem S, Ghali R, Reddy R, Pockros PJ, Ari ZB, Zhao Y, Brown DB, et al. Grazoprevir–Elbasvir combination therapy for treatment-naïve cirrhotic and noncirrhotic patients with Chronic HCV genotype 1, 4, or 6 infection. Ann Intern Med. doi:10.7326/M15-0785.  Published online on 24 April 2015.

**READ THIS FOR SAFE AND EFFECTIVE USE OF YOUR MEDICINE**
**PATIENT MEDICATION INFORMATION**

Ⓡ **ZEPATIER**®
**50 mg of elbasvir and 100 mg of grazoprevir**

Read this carefully before you start taking **ZEPATIER**® and each time you get a refill. Some of the information may have changed. This leaflet is a summary and will not tell you everything about this drug. Talk to your healthcare professional about your medical condition and treatment and ask if there is any new information about **ZEPATIER**®.

Remember that your doctor has prescribed this medicine only for you. Never give it to anyone else.

Your doctor might also want you to take ZEPATIER® with ribavirin or sofosbuvir. It is very important that you also read the patient product information for these other medicines if you are taking either of them with ZEPATIER®.

If you have any questions about your medicines, please ask your doctor or pharmacist.

+-----------------------------------------------------------------------+
| **Serious Warnings and Precautions**                                  |
|                                                                       |
| Hepatitis B activity (inflamed liver) may increase when taking        |
| antiviral drugs like ZEPATIER®, sometimes leading to liver failure    |
| and death. (see the "To help avoid side effects…" section, Hepatitis  |
| B Reactivation)                                                       |
+-----------------------------------------------------------------------+

**What is ZEPATIER® used for?**
ZEPATIER® is used for the treatment of chronic (lasting a long time) hepatitis C virus genotypes 1, 3, and 4 infection in adults 18 years of age and older. Your treatment regimen will depend on the type of hepatitis C virus you have, whether or not you have cirrhosis (liver scarring) and your treatment history. Your doctor will decide if this drug is right for you.

**How does ZEPATIER® work?**
Patients with hepatitis C infection have the virus in their blood and in their liver.

ZEPATIER® blocks two different proteins from the virus that are needed to make new viruses, and this helps to clear the virus from the body in most people.

**What are the ingredients in ZEPATIER®?**
Medicinal ingredients: elbasvir and grazoprevir

Non-medicinal ingredients: colloidal silicon dioxide, copovidone, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, mannitol, microcrystalline cellulose, sodium chloride, sodium lauryl sulfate, vitamin E polyethylene glycol succinate.

---

The tablets are film-coated with a coating material containing the following inactive ingredients: carnauba wax, ferrosoferric oxide, hypromellose, iron oxide red, iron oxide yellow, lactose monohydrate, titanium dioxide and triacetin.

**ZEPATIER® comes in the following dosage form:**
ZEPATIER® (elbasvir 50 mg and grazoprevir 100 mg)
The film-coated tablets are beige oval-shaped with the number 770 on it.

**Do not use ZEPATIER® if:**
- are allergic to elbasvir, grazoprevir or any of the other ingredients of ZEPATIER®. See **What are the ingredients in ZEPATIER®?** for a complete list of ingredients.
- have moderate or severe liver problems.
- you are taking any of the following medicines:
  - rifampin for tuberculosis
  - HIV protease inhibitors such as atazanavir, darunavir, lopinavir, saquinavir, or tipranavir
  - efavirenz (Sustiva*) or etravirine (Intelence*) for HIV
  - cyclosporine to stop organ transplant rejection
  - carbamazepine (Tegretol*) or phenytoin (Dilantin*): medicines for epilepsy and seizures
  - St. John's wort (*Hypericum perforatum*, a herbal medicine) for depression or other problems.

If you are using ZEPATIER® with ribavirin or sofosbuvir, read the patient information for the other products for further directions when not to use these medications.

**To help avoid side effects and ensure proper use, talk to your healthcare professional before you take ZEPATIER®. Talk about any health conditions or problems you may have, including if you:**
- have ever taken any medicine for hepatitis C.
- have had, or are waiting for, a liver transplant.
- have any other medical conditions.
- are pregnant, or plan to become pregnant, breastfeed or plan to breastfeed.

**Hepatitis B Reactivation**:

Taking antiviral drugs such as ZEPATIER® may increase hepatitis B activity. This can lead to liver problems such as liver failure and death. Contact your doctor if:
- you have never been tested for hepatitis B
- you know you have a current hepatitis B infection
- you have had a previous hepatitis B infection

Your healthcare professional may do blood tests:

- before hepatitis C treatment
- to see the hepatitis B levels in your blood
- and may order hepatitis B treatment

Your doctor may monitor your blood test results during ZEPATIER® treatment if you have some conditions, for example, to check:
- how well your blood can clot if you take warfarin (Coumadin*) or other similar medicines called vitamin K antagonists, to thin the blood.
- blood sugar levels if you have diabetes.
- immunosuppressant drug levels if you receive immunosuppressive therapy.

**Liver Issues:**
Talk to your doctor if you had or have liver problems other than hepatitis C infection. Your doctor may order medical tests to determine how your liver is functioning. Tell your doctor right away if you experience symptoms of liver failure such as:
- abdominal pain or pressure, fluid in your abdomen.
- bleeding or bruising more easily than normal.
- confusion, difficulty concentrating, loss of consciousness, sleepiness, tiredness, weakness.
- nausea, vomiting, diarrhea.
- dark or bloody stools, dark or brown (tea coloured) urine.
- yellowing of the skin and eyes.
- vomiting of blood.
- loss of appetite.

**Your doctor will decide if ZEPATIER® is right for you.**

**Other warnings you should know about:**

**Pregnancy and Birth Control**
- Tell your doctor if you are pregnant or plan to become pregnant.
- We don't know if ZEPATIER® will harm your baby while you are pregnant.

ZEPATIER® may be used with ribavirin. Ribavirin may cause birth defects and death of the unborn baby. Extreme care must be taken to avoid becoming pregnant.

- Females must have a negative pregnancy test before starting ZEPATIER® and ribavirin, every month while on the medicine, and for 6 months after stopping them.

- You or your partner should not become pregnant while taking ZEPATIER® with ribavirin and for 6 months after you have stopped taking them.

- You and your partner must use 2 kinds of birth control while taking ZEPATIER® and ribavirin and for 6 months after you have stopped taking them.

- Talk to your doctor about the kind of birth control that you can use.

- If you or your partner becomes pregnant while taking ZEPATIER® and ribavirin or within 6 months after you stop taking them, tell your doctor right away.

**Breast-feeding**
- Tell your doctor if you are breastfeeding or planning to breastfeed.
- We don't know if ZEPATIER® gets in your breast milk and gets passed to your baby.
- It is recommended that you do not breastfeed while taking ZEPATIER®.
- Read the ribavirin package leaflet for important breastfeeding information.

**Tell your healthcare professional about all the medicines you take, including any prescription and non-prescription drugs, vitamins, minerals, natural and herbal supplements or alternative medicines.**

ZEPATIER® and other medicines may affect each other.

**The following medicines may interact with ZEPATIER®:**

**Do not take ZEPATIER® and tell your doctor if you are taking any of the following medicines:**
- bosentan (Tracleer*): for pulmonary arterial hypertension
- modafinil (Alertec*): to help people who cannot stay awake

Tell your doctor or pharmacist if you are taking any of the following medicines:

- oral ketoconazole: to treat fungal infections
- tacrolimus: to stop organ transplant rejection
- elvitegravir, cobicistat, emtricitabine and tenofovir: a drug combination to treat HIV
- sunitinib (to treat certain cancers)
- warfarin and other similar medicines called vitamin K antagonists
- medicines to treat diabetes

Tell your doctor or pharmacist if you take any of the following medicines for lowering blood cholesterol:
- atorvastatin (Lipitor*)
- fluvastatin (Lescol*)
- lovastatin
- rosuvastatin (Crestor*)
- simvastatin (ZOCOR®)

Also see **"Do not use ZEPATIER® if"**.

Know the medicines you take. Keep a list of your medicines and show it to your doctor and pharmacist when you get a new medicine.

If any of the above apply to you (or you are not sure), talk to your doctor or pharmacist before taking ZEPATIER®.

**How to take ZEPATIER®:**
Take ZEPATIER® exactly as your doctor tells you to take it.
- ZEPATIER® comes in a blister pack of individually-packaged pills. Be sure to keep the pills in this pack until you are ready to take your medicine.
- You can take ZEPATIER® with or without food.
- Do not stop taking ZEPATIER® without first talking with your doctor.

**Usual adult dose:**
**Take one tablet a day at the same time every day.** Your doctor will tell you for how many weeks you should take ZEPATIER®.

**Overdose:**

> If you think you have taken too much of ZEPATIER®, contact your healthcare professional or regional Poison Control Centre immediately, even if there are no symptoms.

**Missed Dose:**
It is important not to miss a dose of this medicine. If you do miss a dose, work out how long it is since you should have taken ZEPATIER®:
- If it has been less than 16 hours since you should have taken your dose, take the missed dose as soon as possible. Then take your next dose at your usual time.
- If it has been more than 16 hours since you should have taken your dose, do not take the missed dose. Wait and take the next dose at your usual time.
- Do not take a double dose (two doses together) to make up for a forgotten dose.

**What are possible side effects from using ZEPATIER®?**

These are not all the possible side effects you may feel when taking ZEPATIER®. If you experience any side effects not listed here, contact your healthcare professional. Please also see **Other warnings you should know about**.

**Very common side effects of ZEPATIER® (more than 10%):**
- headache.
- feeling tired.

**Common side effects of ZEPATIER® (1-10%):**
- abdominal pain.
- constipation.
- diarrhea.
- dry mouth.
- vomiting.
- nausea.
- weakness.
- decreased appetite.
- joint pain.
- muscle pain.
- dizziness.
- anxiety.
- depression.
- difficulty sleeping.
- irritability.
- hair loss.
- itching.

**Common and very common side effects of ZEPATIER® when used with ribavirin:**
- headache.
- feeling tired or weak.
- nausea or vomiting.
- itching.
- muscle aches.
- rash.
- trouble sleeping.
- low red blood cell counts.
- shortness of breath.
- indigestion.
- feeling less hungry.
- cough.
- feeling irritable.

**Common side effects of ZEPATIER® when used with sofosbuvir:**
- headache.
- nausea.
- diarrhea.
- feeling tired.

**FDA-FLORIDA-004450**

| Serious side effects and what to do about them | | |
|---|---|---|
| Symptom / effect | Talk to your healthcare professional | | Stop taking drug and get immediate medical help |
| | Only if severe | In all cases | |
| **Frequency Unknown** <br> <u>Hepatic decompensation and hepatic failure (liver failure)</u>: abdominal pain or pressure, fluid in your abdomen, bleeding or bruising more easily than normal, confusion, difficulty concentrating, loss of consciousness, sleepiness, tiredness, weakness, nausea, vomiting, diarrhea, dark or bloody stools, dark or brown (tea coloured) urine, yellowing of the skin and eyes, vomiting of blood, loss of appetite | | ✓ | |

Your doctor will do blood tests to check how your liver is working before and while you are taking ZEPATIER®.

If you have a troublesome symptom or side effect that is not listed here or becomes bad enough to interfere with your daily activities, talk to your healthcare professional.

---

**Reporting Side Effects**

You can help improve the safe use of health products for Canadians by reporting serious and unexpected side effects to Health Canada. Your report may help to identify new side effects and change the product safety information.

**3 ways to report**:

- Online at MedEffect;
- By calling 1-866-234-2345 (toll-free);
- By completing a Consumer Side Effect Reporting Form and sending it by:
  - Fax to 1-866-678-6789 (toll-free), or
  - Mail to:   Canada Vigilance Program
              Health Canada, Postal Locator 1908C
              Ottawa, ON
              K1A 0K9
        Postage paid labels and the Consumer Side Effect Reporting Form are available at MedEffect.

*NOTE: Contact your health professional if you need information about how to manage your side effects. The Canada Vigilance Program does not provide medical advice.*

---

**FDA-FLORIDA-004451**

**Storage:**
- Keep ZEPATIER® in its original blister pack until you are ready to take it. Do not take the pills out of the original blister pack to store in another container such as a pill box. This is important because the pills are sensitive to moisture. The pack is designed to protect them.
- Keep ZEPATIER® at room temperature (15°C - 30°C). Protect from moisture.

Keep out of reach and sight of children.

**If you want more information about ZEPATIER®:**
- Talk to your healthcare professional
- Find the full product monograph that is prepared for healthcare professionals and includes this Patient Medication Information by visiting the Health Canada website or Merck Canada website www.merck.ca or by calling Merck Canada at 1-800-567-2594.

To report an adverse event related to ZEPATIER®, please contact 1-800-567-2594.

This leaflet was prepared by Merck Canada Inc.

Last Revised:  March 17, 2021

® Merck Sharp & Dohme Corp. Used under license.
* All other trademarks are the property of their respective owners.
© 2016, 2021Merck Canada Inc. All rights reserved.



RON DESANTIS
GOVERNOR

SIMONE MARSTILLER
SECRETARY

November 11, 2021

S. Leigh Verbois, PhD, Director
U.S. Food and Drug Administration
Office of Drug Security, Integrity & Response
Office of Compliance
Center for Drug Evaluation and Research

Re: Florida Agency for Health Care Administration Section 804 Importation Program Proposal

Dear Director Verbois,

This letter is in response to the U.S. Food and Drug Administration's (FDA) November 8, 2021, request for additional information regarding the Florida Agency for Health Care Administration's (Agency's) Section 804 Importation Program (SIP) proposal.

Please see the responses below and updated in our original SIP proposal, which was submitted in November 2020 and amended to include additional information in April 2021 and September 2021.

- The updated SIP proposal identifies a Foreign Seller but still states, on page 10, that "the State has not finalized an agreement with a foreign seller." Please clarify whether Florida has entered into an agreement with a proposed Foreign Seller and confirm the identifying information for the proposed Foreign Seller.

  **State Response**: The State of Florida's contracted vendor has entered into a final agreement with Methapharm, Inc. to serve as the Foreign Seller for the SIP. The Agency has updated the information on page 10 to reflect this. New language is highlighted in yellow.

- Florida's List of Prescription Drugs to Import, provided in the updated SIP Proposal, includes 102 different drug products, but the labeling information in Attachment D is for 37 drug products. (We counted drugs with the same active ingredient but different strengths as separate products.) Please clarify the list of eligible prescription drugs that are intended to be included in Florida's SIP Proposal.

  **State Response**: Please refer to the State of Florida's updated prescription drug list on pages 10-13 that includes only the 37 prescription drugs that have corresponding sample labels.

The State of Florida stands ready to immediately begin implementation of its program following FDA approval.



2727 Mahan Drive • Mail Stop #1
Tallahassee, FL  32308
AHCA.MyFlorida.com

Facebook.com/AHCAFlorida
Twitter.com/AHCA_FL

**FDA-FLORIDA-004453**

Please no not hesitate to contact us directly if you or your team have additional questions.

Sincerely,

Simone Marstiller
Secretary
Florida Agency for Health Care Administration

Julie I. Brown
Secretary
Florida Department of Business and Professional
Regulation

Attachments:  FL SIP Proposal



# The State of Florida's Section 804 Importation Program (SIP) Proposal for the Importation of Prescription Drugs from Canada

**Submitted November 23, 2020**

**Amended April 19, 2021**

**Amended September 15, 2021**

**Amended November 11, 2021**

**FDA-FLORIDA-004455**

# Table of Contents

History of Updates ................................................................................................ 4

Introduction .......................................................................................................... 5

Florida's Canadian Prescription Drug Importation Program ................................. 7

Florida's List of Prescription Drugs to Import ..................................................... 10

Attestations and Information Statement .............................................................. 14

Disciplinary Actions and Inspectional History ..................................................... 15

Evidence that Imported Drugs are Commercially Available ................................. 16

Description of Qualifying Laboratory Testing Techniques ................................... 17

Prescription Drug Labeling Comparison .............................................................. 20

Explanation of Cost Savings ............................................................................... 21

Storage, Handling, Supply Chain, and Reporting Guidelines ............................. 23

Education and Outreach Plan .............................................................................. 28

Recall and Return Plan ....................................................................................... 30

Compliance Plan ................................................................................................. 34

Authenticating Information and the Protection of Trade Secrets ......................... 42

Attachment A ...................................................................................................... 44

Attachment B ...................................................................................................... 63

Attachment C ...................................................................................................... 68

Attachment D .................................................................................................... 113

Attachment E .................................................................................................... 115

FDA-FLORIDA-004456

**This page intentionally left blank.**

FDA-FLORIDA-004457

# History of Updates

| Version # | Update | Change/Update Details |
|-----------|--------|----------------------|
| 1 | 11/23/2020 | Submission of SIP document |
| 1.1 | 04/19/2021 | Updated responsible individual for SIP sponsor |
| 1.2 | 09/15/2021 | The following updates were made:<br>• Added History of Updates<br>• Updated name and contact information for the Responsible Individual of the SIP co-sponsor<br>• Updated address of importer and FDA-registered relabeler<br>• Updated the name and contact information for the State's point of contact<br>• Provided updated signatures for the sponsor and co-sponsor<br>• Updated key personnel for importer<br>• Updated Attachment C with evidence of relabeler's FDA registration<br>• Updated Attachment D with information for FDA-approved drug, HPFB-approved drug, proposed labeling, and comparison information between FDA-approved label and proposed label<br>• Updated Compliance Plan<br>    o  Lines of Communication and Processes<br>    o  Procedures for Noncompliance, Misconduct, and Conflicts of Interest |
| 1.3 | 11/11/2021 | • Updated status on foreign seller<br>• Matched the proposed list of drugs to match attachment |
|  |  |  |

FDA-FLORIDA-004458

## Introduction

The State of Florida is submitting this proposal for its Section 804 Importation Program (SIP) as a component of the effort to reduce spending on prescribed drugs. With the state's Agency for Health Care Administration serving as the sponsor and Department of Business and Professional Regulation as co-sponsor, Florida is seeking to begin importing medications for consumers receiving services through the following state agencies/government programs:

- Department of Health (patients served through county health departments)
- Department of Corrections (inmates in the custody of the Department of Corrections)
- Department of Children and Families (patients in a public state mental hospital/treatment facility)
- Agency for Persons with Disabilities (clients residing in a public Institution for Individuals with Development Disabilities)
- Agency for Health Care Administration (recipients served in the Medicaid program)

By implementing an importation program across government agencies, the State of Florida will be able to reap significant savings.

This proposal will describe how the Canadian Prescription Drug Importation program will operate alongside our partners to yield savings to Floridians.

The Agency for Health Care Administration (Agency) is responsible for licensing and regulating over 40,000 health care facilities in the State and is responsible for the administration of the Medicaid program. As, such, the Agency is best poised to implement and administer Florida's importation program. It currently oversees the Statewide Medicaid Managed Care program and provides health care for over four million recipients. Additionally, the Agency has experience monitoring large-scale programs for quality and compliance with federal regulations. Acting as the co-sponsor, the Department of Business and Professional Regulation (DBPR) enforces regulations and provides oversight of Florida's prescription drug wholesalers. Its expertise in this area will allow it to support compliance with requirements such as supply chain standards, relabeling, repackaging, and recalling suspect products.

Because of the intricacies involved in operating an importation program, the State will enter into contractual relationships with entities to meet all requirements of the program. This will enable the State to establish business relationships with an importer, foreign seller, manufacturer, and relabeler. In addition, the State will establish relationships with qualifying laboratories to ensure prescription drug authenticity and compliance with U.S. Food and Drug Administration (FDA) requirements. Given the integral role that DBPR plays as the state's regulating authority for drug distribution, it will play a strategic part in implementing Florida's compliance plan, especially related to the handling of recalls and returns.

In regard to prescription drugs, Florida has chosen a more limited set of classes for which to initiate its importation program, focusing on medications that are used to treat certain conditions (e.g., HIV/AIDS, asthma, chronic obstructive pulmonary disease, diabetes, etc.) and that will yield the highest potential savings. After the program has proven successful, the State intends to amend its SIP to expand the list of medications that will be imported.

Ensuring the safe handling of these prescription drugs and having a secure supply chain is paramount to the SIP's success. To maintain safety, the Agency and DBPR will work with its

FDA-FLORIDA-004459

importer or their designee and contracted third parties to prevent shipments and batches from becoming lost or contaminated through the process. This begins when the prescription drugs marked for sale in Canada are sold to the foreign seller and imported into the U.S. and continues through laboratory testing, relabeling, repackaging, and distribution in Florida. Strict adherence to safety standards is not only necessary for protecting Floridians but also for instilling public trust and confidence in prescription drug importation.

Contained in the following proposal is key information pertaining to Florida's importation program. In addition, the proposal outlines how the Agency and DBPR will maintain a secure supply chain, test sample batches, and label accordingly, all while bringing substantial savings to the state.

FDA-FLORIDA-004460

# Florida's Canadian Prescription Drug Importation Program

The federal rule requires the SIP proposal to include the name of the program, identify the sponsor and co-sponsors, list prescription drugs to be imported, provide addresses of participating parties and companies, and give a summary of how the importation program will function securely. The chart below provides identifying information for the sponsor/co-sponsor and entities involved in the administration/operation of the program.

| | |
|---|---|
| **Name of the Program:** | Florida's Canadian Prescription Drug Importation Program |
| **Importation Program Sponsor:** | The Florida Agency for Health Care Administration<br>Address: 2727 Mahan Drive, Mail Stop #20<br>Tallahassee, FL 32308 |
| **Importation Program Co-Sponsor:** | The Florida Department of Business and Professional Regulation<br>Address: Division of Drugs, Cosmetics, and Devices<br>2601 Blair Stone Road<br>Tallahassee, FL 32399-1047 |
| **Responsible Individuals:** | Secretary Simone Marstiller<br>Simone.Marstiller@ahca.myflorida.com<br>(850) 412- 4264<br>2727 Mahan Drive Bldg. 3 Mailstop 1<br>Tallahassee, FL 32308<br><br>Secretary Julie Brown<br>Julie.Brown@myfloridalicense.com<br>(850) 413-0755<br>2601 Blair Stone Road<br>Tallahassee, FL 32399-1047 |
| **Name and Address of Foreign Seller** (must include a copy of their license to operate in Canada)**:** | Methapharm Inc.<br>81 Sinclair Boulevard<br>Brantford, Ontario N3S 7X6<br>Canada<br><br>See Attachment E for a copy of the foreign seller's attestations, licenses, and inspectional histories. |
| **Name and Address of Importer:** | Importer of Record<br>Dr. Niaz Siddiqui (Licensed Pharmacist)<br>Back-up: Dr. Danyelle Williams (Licensed Pharmacist)<br>The Florida Department of Health (DOH) Central Pharmacy<br>104-2 Hamilton Drive<br>Tallahassee, FL 32304<br><br>The DOH designee for certain functions:<br>LifeScience Logistics, LLC (Licensed Wholesale Distributor) |

FDA-FLORIDA-004461

|  | 3100 Olympus Blvd, Suite 100 Dallas, TX 75019 See Attachment C for a copy of the importer and their designee's licenses. |
|---|---|
| **Name and Address of the FDA-Registered Relabeler** (must include inspection history) | Relabeling: LifeScience Logistics, LLC 3100 Olympus Blvd, Suite 100 Dallas, TX 75019 See Attachment C for inspection history. |

**Importation Program Summary:**

As stated above, the DOH Central Pharmacy serves as the importer under the Florida program. However, as a state entity, they will need logistics support to fulfill all of the requirements of this program. As such, the State is contracting with a licensed wholesale distributor, LifeScience Logistics, LLC to assist the state and importer with the following:

- Work with Methapharm Inc. to import prescription drugs from Canada
- Negotiate drug prices from Methapharm Inc./manufacturer that will yield savings under the program
- Relabel and repackage the product
- Provide logistics support in transporting the eligible drugs into the U.S., including customs clearance, ensuring all laboratory testing is complete, and that the product is trackable and traceable throughout the supply chain.
- Distributing the imported eligible drugs to the end user (pharmacies dispensing on behalf of the state programs).

LifeScience Logistics, LLC is an experienced provider focused solely on the health care supply chain. They are a Verified-Accredited Wholesale Distributor (VAWD), ISO 13485 certified, licensed in all 50 States, and have an excellent state and federal audit/inspection history. They are also fully compliant with the Drug Supply Chain Security Act (DSCSA) requirements. The State is confident in their ability to meet all expectations related to safety and efficacy and will describe how it anticipates those requirements will be met throughout the SIP.

Florida already has robust statutes and rules in place to ensure the safe handling and distribution of prescription drugs, which are more stringent than those of the FDA. As the agency that oversees the regulation of the state's prescription drug market, DBPR will ensure that the SIP participants will adhere to federal, state, and Canadian requirements. This will result in a secure supply chain that verifies the authenticity and purity of imported prescription drugs as well as maintaining strict labeling and packaging standards.

In addition to the statutory requirements listed in Chapter 499, Florida Statutes (F.S.), DBPR's Division of Drugs, Cosmetics, and Devices is responsible for enforcing the rules listed in Chapter 61N of the Florida Administrative Code (F.A.C.). These rules provide requirements that include but are not limited to the following:

- Drug labeling (Rule 61N-1.006, F.A.C.)
- Product tracking and tracing:
  - Manufacturer requirements (Rule 61N-1.029, F.A.C.)

- o  Wholesale distributor requirements (Rule 61N-1.030, F.A.C.)
- o  Dispenser requirements (Rule 61N-1.031, F.A.C.)
- Inspections, investigations, and monitoring (Rule 61N-1.019, F.A.C.)

With a rigorous system already in place, DBPR will use its existing infrastructure to oversee the operation of a secure supply chain that safely distributes authentic prescription drugs that complies with and exceeds the FDA's requirements.

Florida intends for its imported prescription drug supply chain to function in the same manner as the domestic one. Once consumers receive their medication, the only difference they should be able to see is a label indicating that their medication was imported from Canada.

The total savings that Florida's importation program can realize is open-ended as continual analyses will be performed to optimize the impact. For the first year, the State is conservatively projecting that it can save between approximately $80 to $150 million. These savings will also benefit the federal government because less federal financial participation will be required for Medicaid. However, what Florida's population can save annually once the importation program's benefit fully matures should amount to the hundreds of millions.

FDA-FLORIDA-004463

## Florida's List of Prescription Drugs to Import

The FDA rule requires the SIP to include the following information related to the prescription drugs that will be imported:

- Names and Drug Identification Numbers (DIN) of selected drugs to import
- Information of the applicant that holds the New Drug Applications or Abbreviated New Drug Applications
- Name and address of the manufacturer of the finished dosage form
- Names and addresses of manufacturers of the prescription drugs and active ingredients

As part of this proposal, the State is providing the list of prescription drugs it will initially attempt to import under the SIP. The final list of imported prescription drugs is subject to change and can be addressed in an amended SIP or through the pre-import request, based on the FDA's preference. The State will also update the list of prescription drugs with the manufacturer information once that is confirmed (known).

Florida has chosen a more limited set of eligible prescription drug classes for which to initiate its importation program, focusing on medications that are used to treat certain conditions (e.g., HIV/AIDS, asthma, chronic obstructive pulmonary disease, diabetes, etc.) and that will yield the highest potential savings. Also, these specific medications allow Florida the best opportunity to maximize the importation program's benefits while remaining compliant with federal law. After the program has proven to be a success, the State intends to amend its SIP to expand the list of medications that will be imported.

The list of proposed drugs for this SIP is given below. Full information regarding each drug, including the proposed labels, can be found in Attachment D.

### Hepatitis C Prescription Drugs

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|-----------|-------------------|-----|-----------|-----------|-----|---------------|--------------|
| Harvoni 90-400mg | Ledipasvir, Sofosbuvir | 61958-1801-01 | $1,098.94 | NDA205834 | 02432226 | Harvoni | Yes |
| Epclusa 400-100mg | Sofosbuvir, Velpatavir | 61958-2201-01 | $869.05 | NDA208341 | 02456370 | Epclusa | Yes |
| Mavyret 100-40mg | Glecaprevir, Pibrentasvir | 00074-2625-80 | $153.11 | NDA209394 | 02467550 | Maviret | Yes |
| Zepatier 50-100mg | Elbasvir, Grazoprevir | 00006-3074-01 | $260.00 | NDA208261 | 02451131 | Zepatier | Yes |

### Psychiatric Prescription Drugs

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|-----------|-------------------|-----|-----------|-----------|-----|---------------|--------------|
| Latuda 20mg tab | Lurasidone HCL | 63402-0302-30 | $40.99 | NDA200603 | 02422050 | Latuda | Yes |

FDA-FLORIDA-004464

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|-----------|-------------------|-----|------------|-----------|-----|---------------|--------------|
| Latuda 40mg | Lurasidone HCL | 63402-0304-10 | $41.00 | NDA200603 | 02387751 | Latuda | Yes |
| Latuda 60mg | Lurasidone HCL | 63402-0306-30 | $41.04 | NDA200603 | 02413361 | Latuda | Yes |
| Latuda 80mg | Lurasidone HCL | 63402-0308-30 | $41.03 | NDA200603 | 02387778 | Latuda | Yes |
| Latuda 120mg | Lurasidone HCL | 63402-0312-30 | $61.13 | NDA200603 | 02387786 | Latuda | Yes |

**Diabetes Prescription Drugs**

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|-----------|-------------------|-----|------------|-----------|-----|---------------|--------------|
| Farxiga 5mg tabs | Dapagliflozin Propanediol | 00310-6205-30 | $16.55 | NDA202293 | 02435462 | Farxiga | Yes |
| Farxiga 10mg tabs | Dapagliflozin Propanediol | 00310-6210-30 | $16.54 | NDA202293 | 02435470 | Farxiga | Yes |
| Tradjenta 5mg tabs | Linagliptin | 00597-0140-30 | $14.79 | NDA201280 | 02370921 | Tradjenta | Yes |
| Januvia 50mg tabs | Sitagliptin Phosphate | 00006-0112-31 | $15.13 | NDA021995 | 02388847 | Januvia | Yes |
| Januvia 25mg tabs | Sitagliptin Phosphate | 00006-0221-31 | $15.13 | NDA021995 | 02388839 | Januvia | Yes |
| Januvia 100mg tabs | Sitagliptin Phosphate | 00006-0277-31 | $15.14 | NDA021995 | 02303922 | Januvia | Yes |

**Asthma and Chronic Obstructive Pulmonary Disease Prescription Drugs**

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|-----------|-------------------|-----|------------|-----------|-----|---------------|--------------|
| Spiriva 30 caps, 18mcg | Tiotropium Bromide | 00597-0075-41 | $436.80 | NDA021395 | 02246793 | Spiriva | Yes |
| Spiriva Respimat 2.5 mcg | Tiotropium Bromide | 00597-0100-61 | $461.62 | NDA021936 | 02435381 | Spiriva | Yes |
| Combivent Respimat 20-100 mcg | Ipatropium Bromide, Albuterol Sulfate (aka salbutamol sulfate) | 00597-0024-02 | $408.76 | NDA021747 | 02419106 | Combivent Respimat | Yes |
| Wixela Inhub 100-50 mcg | Fluticasone Propion, Salmeterol | 00378-9320-32 | $123.00 | ANDA208891 | 02495597 | Wixela Inhub | Yes |

FDA-FLORIDA-004465

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|---|---|---|---|---|---|---|---|
| Wixela Inhub 250-50 mcg | Fluticasone Propion, Salmeterol | 00378-9321-32 | $150.00 | ANDA208891 | 02495600 | Wixela Inhub | Yes |
| Wixela Inhub 500-50 mcg | Fluticasone Propion, Salmeterol | 00378-9322-32 | $199.20 | ANDA208891 | 02495619 | Wixela Inhub | Yes |
| Incruse Ellipta 62.5 mcg | Umeclidinium | 00173-0873-10 | $329.40 | NDA205382 | 02423596 | Incruse Ellipta | Yes |

## HIV/AIDS Prescription Drugs

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|---|---|---|---|---|---|---|---|
| Kaletra 200-50mg | Lopinavir, Ritonavir | 00074-2605-21 | $8.53 | NDA021906 | 02285533 | Kaletra | Yes |
| Kaletra 100-25mg | Lopinavir, Ritonavir | 00074-0522-60 | $4.27 | NDA021906 | 02312301 | Kaletra | Yes |
| Genvoya 150-150-200-10 mg tabs | Elviteg, COB, Emtri, Tenof, Alafen | 61958-1901-01 | $104.93 | ANDA207561 | 02449498 | Genvoya | Yes |
| Complera 200-25-300 mg tabs | Emtricit, Rilpivirine, Tenofovir DF | 61958-1101-01 | $95.52 | NDA202123 | 02374129 | Complera | Yes |
| Stribild 150-150-200-300 mg | Elviteg, COB, Emtricit, Tenofovir Disop | 61958-1201-01 | $109.51 | NDA203100 | 02397137 | Stribild | Yes |
| Emtricitabine, Tenofovir DF 200-300mg | Emtricitabine, Tenofovir DF | 00093-7607-56 | $45.69 | ANDA090894 | 02399059 | TEVA-Emtricitabine, Tenofovir | Yes |
| Odefsey 200-25-25 mg | Emtricit, Rilpivirine, Tenofovir Ala | 61958-2101-01 | $95.77 | NDA208351 | 02461463 | Odefsey | Yes |
| Edurant 25 mg | Rilpivirine HCL | 59676-0278-01 | $37.58 | NDA202022 | 02370603 | Edurant | Yes |
| Intelence 100mg | Etravirine | 59676-0570-01 | $10.92 | NDA022187 | 02306778 | Intelence | Yes |
| Intelence 200mg | Etravirine | 59676-0571-01 | $22.41 | NDA022187 | 02375931 | Intelence | Yes |
| Triumeq 50-600-300 mg | Abacavir, Dolutegravir, Lamivudine | 49702-0231-13 | $98.19 | NDA205551 | 02430932 | Triumeq | Yes |
| Biktarvy | Bictegravir, Emtricit, Tenofovir Ala | 61958-2501-01 | $104.52 | NDA210251 | 02478579 | Biktarvy | Yes |

FDA-FLORIDA-004466

| Drug Name | Active Ingredient | NDC | U.S. Price | NDA/ ANDA | DIN | Canadian Name | Sold in U.S. |
|---|---|---|---|---|---|---|---|
| Isentress 400mg | Raltegravir | 00006-0277-61 | $26.74 | NDA022145 | 02301881 | Isentress | Yes |
| Descovy | Emtricitabine, Tenofovir 200mg-25mg | 61958-2002-01 | $59.67 | NDA208215 | 02454424 | Descovy | Yes |
| Juluca | Dolutegravir, Rilpivirine | 49702-0242-13 | $91.75 | NDA210192 | 02475774 | Juluca | Yes |

FDA-FLORIDA-004467

## Attestations and Information Statement

The FDA final rule language requires the SIP to:

> Include an attestation and information statement containing a complete disclosure of any past criminal convictions or violations of State, Federal, or Canadian laws regarding drugs or devices against or by the responsible individual(s), Foreign Seller, or Importer or an attestation that the responsible individual(s), Foreign Seller, or Importer has not been involved in, or convicted of, any such violations.  Such attestation and information statement must include principals, any shareholder who owns 10 percent or more of outstanding stock in any non-publicly held corporation, directors, officers, and any facility manager or designated representative of such manager.

The State is including the necessary attestations in Attachment B except for the foreign seller, which is included in Attachment E.

FDA-FLORIDA-004468

## Disciplinary Actions and Inspectional History

The FDA final rule requires the SIP proposal to include:

- A list of all disciplinary actions, to include the date of and parties to any action imposed against the responsible individual(s), Foreign Seller, or Importer by State, Federal, or Canadian regulatory bodies, including any such actions against the principals, owners, directors, officers, quality unit, or any facility manager or designated representative of such manager for the previous 7 years prior to submission of the SIP Proposal.
- The Health Canada inspectional history for the Foreign Seller for the previous 5 years or, if the Foreign Seller has been licensed for less than 5 years, for the duration of its period of licensure; and the State and Federal inspectional history for the Importer for the previous 5 years or, if the Importer has been licensed for less than 5 years, for the duration of its period of licensure.

The State's importers are employed by the Florida Department of Health (DOH) Central Pharmacy. The DOH Central Pharmacy has an exemplary track record and performance history. Evidence of the importer's performance is provided in Attachment A.

Florida is also including the inspectional history for LifeScience Logistics, LLC. This information is included in Attachment C.

In addition, the importer has entered into an agreement with a Canadian prescription drug wholesaler, Methapharm Inc., to serve as the foreign seller. Methapharm Inc.'s performance and inspectional history is included in Attachment E.

FDA-FLORIDA-004469

## Evidence that Imported Drugs are Commercially Available

The FDA final rule requires that the SIP proposal provide adequate evidence that each Health Products and Food Branch (HPFB)-approved drug's FDA-approved counterpart drug is currently commercially marketed in the United States.

The State has verified that the prescription drugs it seeks to import have FDA-approved counterparts that are readily available in the U.S. market. Florida can provide evidence as listed in the chart beginning on pages 10-13 that identifies drug names, active pharmaceutical ingredients, National Drug Codes (NDC), and shared manufacturers with locations in both the U.S. and Canada.

FDA-FLORIDA-004470

# Description of Qualifying Laboratory Testing Techniques

The FDA final rule requires that the SIP proposal:

> Describe, to the extent possible, the testing that will be done to establish that the HPFB-approved drug meets the conditions in the NDA or ANDA for the HPFB-approved drug's FDA-approved counterpart. The SIP Sponsor's importation plan must also identify the qualifying laboratory that will conduct the Statutory Testing for the Importer, if the Importer is responsible for conducting the Statutory Testing, and it must establish that the laboratory is qualified in accordance with § 251.15 to conduct the tests.

**Overview**

Ensuring prescription drug purity and authenticity is essential to the success of Florida's SIP. The State intends to make every effort to partner with manufacturers that will perform the FDA required testing on each imported drug. Some of the eligible prescription drugs Florida proposes to import are manufactured by the same companies for the U.S. and Canadian markets. In addition, these products are produced in the same facilities, on the same manufacturing lines, and contain identical specifications and standards. Because these Canadian products are fully compliant with FDA-approved New Drug Applications (NDA) (except for labeling), it will not be necessary to perform statutory testing on these products.

The State will provide to the FDA evidence to establish that these products are manufactured according to the specifications in the FDA-approved NDAs and will ensure that these products are relabeled appropriately. This will avoid duplicative testing efforts and reduce overall costs by avoiding unnecessary markups for added steps as drugs proceed through the supply chain. However, if that is not possible, through its contracted entities, the State will ensure that a qualifying laboratory will test statistically valid sample batches or shipments of imported prescription drugs in accordance with the FDA's current and good manufacturing practices (CGMPs) as specified in Title 21 Code of Federal Regulations Sections 211 and 251.16.

The qualifying lab will obtain a statistically valid sample sufficient for testing and retesting as necessary. In addition, it will retain these samples for at least one year following the batch's expiration date as stated in federal rule (or longer as necessary). Each selected sample will undergo testing to evaluate authenticity, stability, and contamination. If a sample fails in any of the three categories, it will be prohibited from distribution and dispositioned.

The following sections outline the specific laboratory tests Florida is considering utilization when screening imported prescription drugs.

**Selecting Samples for Testing**

For laboratory testing to accurately verify whether a prescription drug is authentic, the selected samples analyzed must be randomly chosen using a statistically valid sampling plan (i.e., ANSI/ASQ Z1.4-2008 or MIL-STD-105E). To ensure this, the Agency and DBPR will require the importer or its designee to take the following steps when selecting samples:

- The importer or its designee must pull samples directly from the shipment or batch and cannot require the foreign seller or manufacturer to submit samples separately.
- The selection process must not expose the prescription drugs to possible contamination or adulteration. The importer cannot unseal containers and reseal them.

FDA-FLORIDA-004471

- The importer or its designee must select samples from multiple points in a shipment and not a single area. This is to ensure that temperature and environmental conditions have not adversely affected certain parts of a shipment and not others.
- The importer or its designee must segregate selected samples from the shipment or batch and ensure they are kept in the same environmental and climate conditions prior to testing.
- The importer or its designee and qualifying laboratory must not disclose how they selected samples.

**Evaluating for Authenticity**

When assessing the authenticity of a prescription drug, Florida will require its qualifying lab to use visual inspections, spectrometry, and chromatography. Combined, these will examine visual characteristics (color, labeling, identifying marks) and physical properties (active pharmaceutical ingredients and excipients) to determine whether they are identical to their FDA-approved counterparts in the U.S. In addition to identifying counterfeits, the authenticity testing can also discern whether the prescription drug meets purity requirements by checking for the presence of foreign substances or chemical toxins. If a sample fails in any one of the categories, its originating batch will be removed from the supply chain and dispositioned.

>**Visual Inspections:** Before testing, laboratories can start ascertaining whether a prescription drug is authentic by examining its visual properties such as labeling, pill color and shape, and pill markings. Counterfeits sometimes lack expiration dates or instructions and can use poor quality ink or have grammatical mistakes. Additionally, pills improperly colored or that have the wrong markings are direct indications of fakes. The qualifying laboratory will be required to have a process to visually inspect selected samples and document their authenticity. Any prescription drugs identified as being inconsistent with the actual product will be dispositioned immediately and not undergo further testing.

>**Laboratory Testing:**  Florida will require its qualifying laboratory to verify authenticity based on the results of multiple tests. This is due to no single technique delivering the universal results needed for verification. Additionally, the qualifying lab will have the necessary equipment to perform detailed testing on the samples using spectroscopic and high-performance liquid chromatography, as applicable, based upon the methods specified by the manufacturer

**Assessing Stability**

Unlike evaluating for authenticity, laboratory tests for stability do not assess whether a prescription drug is genuine but whether its active pharmaceutical ingredient and excipients will retain their medicinal properties to be of benefit to individuals taking them. This is necessary for not only measuring effectiveness but ensuring that certain ingredients will not become toxic before use, particularly those that are unstable such as nitroglycerine. In addition, analyzing stability provides the opportunity to assign expiration dates to batches. In regard to imported prescription drugs, stability testing is essential to determine those coming into the U.S. have not expired prior to entry and remain just as effective as newly manufactured ones in Canada. To test for stability, two methods are available, real time and accelerated. The qualifying lab will

FDA-FLORIDA-004472

have the necessary equipment to perform either stability test on the sample batch, based upon the method specified by the manufacturer.

In addition to testing prescription drugs following entry into the U.S., the qualifying laboratory will be required to retain samples for retesting at certain intervals (e.g., six months, one year) depending upon each product's FDA-approved counterpart's shelf life. Prescription drugs deemed to have expired or will expire before being able to be safely consumed will be designated for disposition.

**Testing for Biological Contamination**

To evaluate whether a batch poses biological hazards, the qualifying lab will test for harmful bacteria by using culture media swabs on the selected sample. This includes gathering swabs on pills in bottles or other containers and blister packs, although the risk of biological contamination in blister packs is reduced. Following an incubation period of 48 to 72 hours, the qualifying laboratory will identify any microorganisms present and assess whether they can potentially harm humans. Samples that present evidence of contamination will have their originating batches removed and dispositioned.

**Names and Addresses of Qualified Laboratories**

The State will use the following laboratories to meet the testing requirements:

| Contract   Laboratories | | |
|---|---|---|
| **Name of the Organization / Address** | **Registrations** | **FDA Audit History** |
| **Micro Quality Labs** 3125 N. Damon Way Burbank, California 91505 818-845-0070 www.microqualitylabs.com | FDA Registered (DUNS 149592615) ISO 17025 (Certificate 3034.1) | Feb 2018 – FDA (In good standing) |
| **Avomeen, LLC** 4840 Venture Drive Ann Arbor, MI 48108 833-507-6831 www.avomeen.com | FDA Registered (FEI 3008808597) ISO 17025 (Certificate L19-183) | Jun 2016 – FDA Mar 2018 – FDA Oct 2018 - FDA (In good standing) |
| **Avista Pharma Solutions, Inc dba Cambrex Corp** 104 Gold St Agawam, MA 01001 843-312-6529 www.cambrex.com | FDA Registered (FEI 1220785) ISO 17025 (Certificate L2190) | 2016 – FDA 2018 – FDA 2019 – FDA (In good standing) |
| **BioChroma Analytical** 1309 Record Crossing Rd Dallas, TX 75235 972-454-9166 www.biochromalabs.com | FDA Registered (FEI 3012816120) ISO 17025 (Certificate L20-206) | Feb 2017 - FDA (In good standing) |

FDA-FLORIDA-004473

## Prescription Drug Labeling Comparison

The FDA final rule requires the SIP to:

> Include a copy of the FDA-approved drug labeling for the FDA-approved counterpart of the eligible prescription drug, a copy of the proposed labeling that will be used for the eligible prescription drug, and a side-by-side comparison of the FDA-approved labeling and the proposed labeling, including the Prescribing Information, carton and container labeling, and patient labeling (e.g., medication guide, instructions for use, patient package inserts), with all differences annotated and explained.  The SIP Proposal must also include a copy of the HPFB-approved labeling.

For this submission, the State is providing in Attachment D the proposed labels that it will use for imported prescription drugs when they are distributed in Florida.

As for the remaining components, the State will include the following in a forthcoming submission:

- FDA-approved labels for prescription drugs that it seeks to import from Canada
- Proposed labeling for each imported prescription drug
- HPFB-approved labeling for each imported prescription drug
- Side-by-side comparison of the FDA-approved labeling and proposed labeling

FDA-FLORIDA-004474

# Explanation of Cost Savings

The FDA final rule requires the SIP to:

> Explain how the SIP Sponsor will ensure that the SIP will result in a significant reduction in the cost to the American consumer of the eligible prescription drugs that the SIP Sponsor seeks to import. The explanation must include any assumptions and uncertainty, and it must be sufficiently detailed to allow for a meaningful evaluation.

The Agency for Health Care Administration collected information from each participating state agency on the amount spent on all prescription drugs in the second quarter of calendar year 2018 and then compared the unit cost of each drug to its Canadian equivalent formulation. Because many of the state programs already benefit from deep discounts through other government programs (e.g., 340B covered entities, Medicaid supplemental rebate program requirements, etc.), the State removed drugs that were already deeply discounted and would not yield any greater savings or were ineligible for inclusion due to other restrictions. This analysis will be performed on a quarterly basis to continually assess opportunities to focus in on a narrow list of prescription drugs that yields the greatest amount of savings.

Florida has identified the initial list of prescription drugs that will be included in the initial launch of the importation program. As previously stated, the State will be evaluating the list on a quarterly schedule to determine if changes are needed and if it continues to be cost-effective to import those specific drugs.

Following full implementation, Florida is projecting over $150 million dollars in annual savings. The below table presents an example of the analysis conducted to determine the potential cost savings under the SIP using a sample of drugs used to treat HIV/AIDS (the data represents utilization and costs for one quarter of 2018).

| Brand Name | Utilization | Net Unit Cost | Total Spend/Actual Spend | Canadian Unit Cost * | Potential Spend | Estimated Difference |
|---|---|---|---|---|---|---|
| Atripla Tablet | 48,513 | $ 87.90 | $ 4,264,305 | $ 42.25 | $ 2,049,674 | $ 2,214,618 |
| Complera Tablet | 15,477 | $ 85.66 | $ 1,325,757 | $ 42.65 | $ 660,094 | $ 665,666 |
| Genvoya Tablet | 225,815 | $ 94.98 | $ 21,448,515 | $ 47.63 | $ 10,755,568 | $ 10,692,340 |
| Isentress 400 Mg Tablet | 104,607 | $ 24.15 | $ 2,525,748 | $ 12.51 | $ 1,308,634 | $ 1,217,625 |
| Odefsey Tablet | 66,699 | $ 86.46 | $ 5,766,699 | $ 42.66 | $ 2,845,379 | $ 2,921,416 |
| Prezista 800 Mg Tablet | 71,933 | $ 51.09 | $ 3,675,303 | $ 21.26 | $ 1,529,296 | $ 2,145,761 |
| | | | | | | $ 19,857,428 |

*Includes a markup

The State has included a markup on the Canadian price to account for additional costs potentially imposed by the foreign seller.

Since Florida's program exclusively focuses on serving consumers who are receiving their medications through government programs (some funded with both state and federal dollars), any savings derived will benefit all American taxpayers. The savings will not only reduce the overall state budget, but those dollars can be reinvested in other programs/services that support Floridians. To the extent consumers pay co-payments on the imported drugs, the savings can

FDA-FLORIDA-004475

also be used to offset copayment amounts, again resulting in savings to the American consumer.

FDA-FLORIDA-004476

## Storage, Handling, Supply Chain, and Reporting Guidelines

The FDA final rule language requires the SIP proposal to:

- Explain how the SIP Sponsor will ensure that all the participants in the SIP comply with the requirements of section 804 of the Federal Food, Drug, and Cosmetic Act.
- Describe the procedures the SIP Sponsor will use to ensure that the requirements are met, including the steps that will be taken to ensure that the:
  - Storage, handling, and distribution practices of supply chain participants, including transportation providers, meet the requirements and do not affect the quality or impinge on the security of the eligible prescription drugs
  - Supply chain is secure
  - Importer screens the eligible prescription drugs it imports for evidence that they are not adulterated, counterfeit, damaged, tampered with, expired, suspect foreign product, or illegitimate foreign product
  - Importer fulfills its responsibilities to submit adverse event, field alert, and other reports required by the SIP, the Federal Food, Drug, and Cosmetic Act, or this part.

As the most essential element to ensuring that imported prescription drugs are identical to their FDA-approved counterparts, the State understands that maintaining a secure supply chain is integral to the process. By requiring safe storage, handling, and transportation practices along with robust screening regimens, Florida will prevent counterfeit, contaminated, or adulterated drugs from entering the market. In the event that the importer's screening process detects unfit prescription drugs, it will immediately take actions to maintain the health and safety of Floridians.

Having a robust and closed supply chain beginning in Canada and ending with the delivery of prescription drugs to individuals in Florida requires the foreign seller, importer, and manufacturer to follow multiple requirements. In addition to complying with the U.S. Drug Supply Chain Security Act (DSCSA), participating parties in Florida's program must also adhere to the minimum requirements for storage and handling as specified in Title 21 CFR Section 205.50 and Section 499.0121, F.S. (Note that Florida's requirements mirror those listed in the CFR). Because Florida is considering the importation of HIV/AIDS medications, all of which have specific temperature requirements, ensuring a secure supply chain and safe handling and storage practices is paramount to providing Floridians reliable imported prescription drugs.

The primary responsibility of ensuring the delivery of safe imported prescription drugs belongs to the importer or its designee. The importer (or designee) will maintain all transaction histories, information, and statements in addition to having adequate facilities that meet cleanliness and climate standards. The following describes the supply chain and the handling, storage, and transportation practices Florida's importer (or designee) will utilize to import prescription drugs.

**Storage, Handling, and Distribution**

All storage facilities and vehicles used to transport imported prescription drugs must meet specific state and federal guidelines. This includes not only those located within the U.S. but in Canada as well. To further ensure compliance and safeguard the integrity of the supply chain, LifeScience Logistics will provide dedicated and fully licensed distribution space within Florida. This will prevent the possibility of inadvertently comingling drug products from the program with other drug products and distribution channels. The importer or its designee will need to provide

FDA-FLORIDA-004477

documentary proof that Canadian facilities and vehicles meet the same requirements as their counterparts in the U.S. These requirements as listed in federal rule include but are not limited to the following:

- Facilities used for storing and/or marketing prescription drugs must have adequate size, storage conditions, quarantine areas, cleanliness, and security.
- Storage areas must have climate control and accurate instrumentation for measuring temperature and humidity.
- Having written policies and procedures that ensure the oldest approved stock is distributed first, handling recalls and withdrawals, ensuring the facility can function during a crisis, and removing outdated prescription drugs from those designated for distribution.

Additionally, the importer or its designee will need to ensure that the prescription drugs remain in temperature-controlled climates throughout importation and distribution. This is due to HIV/AIDS anti-retroviral medications requiring an environment that cannot exceed 20-25 degrees Centigrade to maintain potency and effectiveness. Due to Florida's tropical climate, controlling temperature becomes more necessary as the imported prescription drugs get distributed across the state.

The importer or its designee will be responsible for providing the Agency and DBPR with a list of vendor-approved Canadian and U.S. facilities that will store the prescription drugs in addition to the vendor-approved carriers that will transport and distribute. The list must include not only the facility names and addresses but proof that they meet FDA and Health Canada's licensing standards. Also, the importer or its designee will provide a flow chart that presents the route imported prescription drugs and their active pharmaceutical ingredients (APIs) will take beginning with the country of origin through the port of entry in the U.S. and where they will be stored during laboratory testing and relabeling before going to their final points of distribution in Florida.

**Having a Secure Supply Chain**

Signed into law in 2013, the DSCSA updated the requirements that pharmaceutical companies, wholesalers, and distributors must follow to prevent counterfeit, adulterated, or contaminated prescription drugs from reaching consumers. As the SIP sponsor, the State will require the importer or its designee to verify at receipt, maintain, and submit all transaction histories, information, and statements. When monitoring for compliance, the Agency and DBPR will review the transaction documents and verify their accuracy as well as confirm that all prescription drugs being imported meet Health Canada and FDA guidelines.

The State understands the purpose of the DSCSA and plans to hold the foreign seller, importer, and manufacturer accountable for documenting each change of ownership during the process. The State's selected vendor, LifeScience Logistics, LLC fully complies with the DSCSA (including the components that are not yet enforced by the FDA – i.e., serialization). Its system will receive inbound electronic data using industry standard formats, such as the Advance Ship Notice (ASN/856) and Electronic Product Code Information Services (EPICS) documents. Additionally, its system also captures and stores all transaction information, histories, and statements and supports full serialization of the imported product. LifeScience Logistics will also accommodate the transmission of the transaction information, histories, and statements via

FDA-FLORIDA-004478

paper, as allowed by the DSCSA regulations, and its system will capture the following transactional information:

- Product name
- Strength and dosage
- National Drug Code
- Number and size of containers
- Lot number
- Transaction and shipment dates
- Names and addresses of the businesses that complete transactions.

Because these prescription drugs will be imported from Canada, Florida will require transactional information to include Canadian information such as Drug Identification Numbers and Health Products and Food Branch (HPFB) proprietary names.

LifeScience Logistics will also physically inspect each drug shipment received from Methapharm Inc. against shipping paperwork and a set of specifications developed for each drug imported. These specifications include damage, tamper seal intact, lot number, DIN number, and determining whether expiration dating on packaged units aligns with shipping paperwork and if there is no presence of counterfeit or illegitimate products. All packaging inspections will be documented, reviewed by the quality assurance staff, and included in the import receipt files.

**Data Availability and Documentation**

Florida's importation program will use industry-leading software to provide the required features, functions, and capabilities of a warehouse management system and a transportation management system. When a product is received into the system, important transaction information is captured and stored. Within the warehouse, all products are tracked by their lot numbers. On outbound shipments, all required information is provided in print and electronically to comply with applicable federal regulations. The system also tracks when it receives, stores, and ships by individual serial numbers.

LifeScience Logistics has developed a CGMP compliant set of standard operating procedures (SOPs) that ensure each product is handled, stored, and distributed in accordance with applicable FDA, Drug Enforcement Agency, and State of Florida guidelines. In addition to the guidelines associated with facilities, training, document control, change control, equipment, temperature monitoring, vendor qualification, security, pest control, redundancy, deviation and corrective action/preventative action, Florida will maintain SOPs governing all processes associated with products inbound, inventory management, order management, returns, and preventive/corrective maintenance. The State will also require LifeScience Logistics to maintain policies and procedures for identifying, recording, and reporting losses or thefts and for correcting all errors and inaccuracies in inventories. They must include in their written policies and procedures:

1. A procedure whereby the oldest approved stock of a prescription drug product is distributed first. The procedure may permit deviation from this requirement if the deviation is temporary and appropriate.
2. A procedure for addressing any crisis that affects security or operation of any facility if a strike, fire, flood, or other natural disaster, or a local, state, or national emergency occurs.

FDA-FLORIDA-004479

3. A procedure to ensure that any outdated prescription drugs are segregated from other drugs and returned to the manufacturer or destroyed.
4. A procedure that prevents the diversion of prescription drugs.

LifeScience Logistics leverages a cloud data center provider to supply infrastructure for its technology systems. Specifically, their system provides real-time redundancy across two data centers in different geographic regions within the United States. The system is load-balanced across these two data centers. A failure of any or all components in a single data center would cause a real-time failover to the second data center with no user impact or loss of data.

**Reporting Adverse Incidents and Filing Field Alerts**

When an imported prescription drug fails testing, becomes compromised, has a recall issued, or results in patient injury, the Agency and DBPR will require the importer or its designee to conduct adverse incident reporting and issue field alerts to state and federal agencies. All adverse incidents must be reported to the FDA's Adverse Event Reporting System (FAERS) and the Agency and DBPR. Additionally, LifeScience Logistics is required to follow FDA guidelines when filing field alerts by doing so within 72 hours of becoming informed of one or more of the following issues:

- Patient injury or death
- Labeling problems that can cause the prescription drug to be identified as another product
- Biological contamination
- Changes in the chemical or physical composition of the prescription drug that leads to deterioration, degradation, or toxicity
- Any failure of a shipment or batch of prescription drugs to meet the specifications in its NDA or ANDA

In addition to submitting these reports to state and federal agencies, the State will also require the importer or its designee to inform Health Canada and the HPFB of any defect, contamination, or adulteration of a prescription drug. The importer will report these issues formally in accordance with Canadian standards and procedures.

**Additional Reporting**

The SIP Sponsor and co-sponsor will submit quarterly reports to the FDA consisting of the following information required by Title 21 CFR Section 251.19:

- The name, address, telephone number, and professional license number of the importer
- The name and quantity of the active ingredient of the imported eligible prescription drug(s)
- A description of the dosage form of the eligible prescription drug(s)
- The date(s) on which the eligible prescription drug(s) were shipped; the lot or control number assigned to the eligible prescription drug(s) by the manufacturer of the eligible prescription drug(s)
- The point of origin (i.e., manufacturer) and the destination (i.e., the wholesale, pharmacy, or patient to whom the importer sells the drug) of the eligible prescription drug(s)
- The per unit price paid by the importer for the prescription drug(s) in U.S. dollars

FDA-FLORIDA-004480

- Any other information the FDA determines is necessary for the protection of the public health.

The quarterly reports will also include the importer's confirmation that it purchased eligible prescription drug(s) directly from the foreign seller. In addition, the quarterly reports will include the following documentation:

- A listing of manufacturers of each eligible prescription drug
- The quantity of each lot of eligible prescription drug received by the foreign seller from the manufacturer
- Proof that the eligible prescription drug was received by the foreign seller from the manufacturer and subsequently shipped by the foreign seller to the importer
- Results of the statutorily required laboratory testing and descriptions of the sample selection methods used for each eligible prescription drug

The State will ensure that the report contains a certification from the importer that each shipment of each eligible prescription drug is approved for marketing in the United States and is not adulterated or misbranded and that it meets all labeling requirements under the Federal Food, Drug, and Cosmetic Act. The certifications will note the following:

- That there is an authorized SIP
- That the imported drug is covered by the authorized SIP
- That the drug is an eligible prescription drug as defined by this rule
- That the FDA-approved counterpart of the drug is currently commercially marketed in the United States
- That the drug is approved for marketing in Canada.

Lastly, the quarterly reports will also include data, information, and analyses on the SIP's cost savings to the American consumer.

FDA-FLORIDA-004481

# Education and Outreach Plan

The FDA final rule language requires the SIP proposal to:

> Explain how the SIP Sponsor will educate pharmacists, healthcare providers, pharmacy benefit managers, health insurance issuers and plans, as appropriate, and patients about the eligible prescription drugs imported under its SIP.

The SIP is a novel concept, and Florida is a trailblazer by working to influence the cost of prescription drugs. Because of how innovative this program is, the Agency in coordination with DBPR will be taking great steps when considering how to provide education and training resources to state-run facilities, other agencies, and Florida Medicaid providers and recipients.

These will include webpages, webinars, written guides available online, brochures, and infographics. In addition, the Agency will prepare materials to inform Medicaid beneficiaries of what prescription drug importation means and how it does not pose a risk to their health and safety. As the SIP sponsor and co-sponsor, the Agency and DBPR believe that everyone involved in prescription drug importation, beginning with organizations to the consumers should be aware of where their medications originate and how obtaining them from Canada benefits the entire state.

**Webpages and Webinars**

When seeking to understand new programs and regulations, the State understands that many individuals search for information independently. To accommodate these people, the Agency is contemplating the construction of a webpage that provides detailed information on the SIP and how it works. Available on this page will be resources such as Florida's original concept paper, the approved SIP proposal draft, links to the FDA Importation of Prescription Drugs final rule, the Florida Statutes, a list of all imported prescription drugs, and any guides or brochures created. The goal of the webpage is to serve as a continuous resource to answer any questions about the program. In addition, it will provide a link for consumers to make complaints and offer contact information for further questions. For ease of use, the webpage will be linked to the Agency's homepage, making it accessible with minimal "clicks" to access the page.

During the beginning phases of prescription drug importation, the Agency will also schedule multiple webinars to train relevant stakeholders (state agencies, and providers/facilities). These webinars will go over how the importation program functions and the stakeholder roles to ensure program success.

For interested parties unable to attend a webinar, the Agency will record them and make the recordings accessible on the prescription drug importation webpage. Each webinar will be accompanied by a PowerPoint presentation and provide opportunities for attendees to ask questions.

**Written Guides**

For detailed information, the Agency and DBPR will prepare written guides that will provide more specific information than what is covered in the webinars and narrative content on the webpage. Each guide will address one of the following importation program components for interested parties to research:

- Labeling and packaging, with detailed visual examples and comparisons

FDA-FLORIDA-004482

- Qualifying laboratory testing methods and standards
- Safe storage, handling, and transporting processes and procedures
- Recall processes, with specific information on procedures for each of the three tiers

During the drafting process, the Agency and DBPR will work with the importer or its designee to include thorough and accurate information that can address in-depth questions. As with the webinars and other materials, these written guides will be available on the Agency's prescription drug importation webpage.

**Brochures and Infographics**

To promote the SIP and generate stakeholder support, the Agency will design multiple brochures and infographics. Each of which will provide high-level information on imported prescription drugs and visuals showing the supply chain, labeling, and how savings will be achieved. Although these materials will not be intended to provide detailed training to providers, they can serve as a useful resource to assist with educating the public and communicating the general purpose and function of the SIP.

**Other Education and Training Measures**

The State understands that additional training may be needed to fully convey the scope of importing prescription drugs. To ensure that all interested parties are clear on the concept and operationalization of the importation program, both the Agency and DBPR can hold conference calls on an ad hoc basis to discuss specific issues, assign staff to focus solely on handling questions, and send representatives to meetings.

FDA-FLORIDA-004483

# Recall and Return Plan

The FDA final rule language requires the SIP proposal to:

- Include the SIP's recall plan, including an explanation of how the SIP Sponsor will obtain recall or market withdrawal information and how it will ensure that recall or market withdrawal information is shared among the SIP Sponsor, the Foreign Seller, the Importer, and FDA and provided to the manufacturer.
- Include the SIP's return plan, including an explanation of how the SIP Sponsor will ensure that product that is returned after distribution in the United States is properly dispositioned in the United States, if it is a non-saleable return, in order to protect patients from expired or unsafe drugs, and an explanation of how the SIP Sponsor will prevent the non-saleable returned eligible prescription drugs from being exported from the United States. In the event that a returned eligible prescription drug may be considered saleable, include an explanation for how the returned product will be determined to be saleable and under what circumstances such eligible prescription drugs may be re-distributed in the United States.

Currently, U.S. prescription drug manufacturers have to follow FDA guidelines when recalling products. However, medications imported to the U.S. under a SIP will not only have to follow domestic policies but adhere to Canadian standards as well. Depending on the medication and where its active pharmaceutical ingredient is manufactured, the State will monitor FDA recall alerts as well as Canadian recalls.

If a recall is ordered on a shipment of imported prescription drugs, the Agency and DBPR will immediately halt the importation of affected prescription drugs under the SIP in accordance with the FDA's Importation of Prescription Drugs final rule. Additionally, they will take actions to work with the importer or its designee and those participating in the SIP to communicate the need to isolate those drugs and return them for disposition. To inform stakeholders and affected parties, the Agency and DBPR understand that messaging must go out to health plans, pharmacies, state run facilities (e.g., public health clinics, prisons, state mental hospitals), and other state agencies. The importer's (or their designee's) role will be to follow a process for safe handling and disposal of the recalled products in addition to ensuring all non-dispensed inventory is collected.

If at any time, the Agency or DBPR determines that an issue is present in the SIP, it can issue a recall and halt the importation of prescription drugs. Below is the recall and return plan that the State will follow when the SIP becomes operational.

**Agency and DBPR Communication Plan**

In addition to requiring the importer to monitor the FDA's MedWatch and Health Canada's Recalls and Safety Alerts, the Agency and DBPR will check daily for any notifications pertaining to imported prescription drugs. Both the FDA and Health Canada use the following three-tiered system for classifying recalls.

- **Tier 1:** Recalled prescription drug poses severe risks to individuals that can result in serious health complications or death.
- **Tier 2:** Recalled prescription drug may cause a temporary health problem or have a slight chance of posing a serious health complication.

FDA-FLORIDA-004484

- **Tier 3:** Recalled prescription drug is in violation of labeling or manufacturing laws and does not pose a significant risk to individuals' health.

Given the consequences of delayed or insufficient action, the Agency and DBPR will implement immediate measures beginning with communication to all stakeholders involved in the importation program, including: SMMC health plans, participating pharmacies, county health departments, state-run facilities, and state agencies. Communications will be made via email blasts and direct calls to administrators to inform them of the recall and potential risks as well as instructions for returning drugs to the importer. Those entities will be responsible for notifying patients that have received the recalled medications.

While the Agency and DBPR handle communications with stakeholders, the importer or its designee will administer collecting the recalled prescription drugs and their disposition. Additionally, the importer will submit a report to the Agency and DBPR explaining the quantity of prescription drugs recovered, the dates of recovery, the number of those unaccounted for, and where they are stored. The importer will also include in its report the number of recalled prescription drugs distributed to each provider/facility and the individual quantities recovered from them. For Tier 1 and Tier 2 recalls, the Agency and DBPR will contact those providers/facilities unable to collect recalled prescription drugs to determine what actions may be needed to get the products off the market.

The importer will also need to provide the Agency and DBPR with specific information on which recalled prescription drugs went through the supply chain and were distributed to providers/facilities. This information must consist of the following:

- Section 804 serial identifier (SSI), National Drug Code (NDC), Drug Identification Number (DIN), and manufacturer's assigned lot number
- Number and size of containers
- Dates of transactions and shipments between the foreign seller, manufacturer, and importer

**Importer Recall Plan**

If a recall is required, the importer or its designee will be responsible for collection, documentation, storage, and destruction of the suspect prescription drugs. In addition, it will also halt the importation of affected prescription drugs in accordance with federal rule. While the Agency and DBPR oversee the communications aspect, the importer or its designee will immediately begin working with distributors, providers, and facilities to collect the recalled products. Once retrieved, the importer or its designee will gather all the returned prescription drugs and store them in a single facility under quarantine. Depending on the reasons for the recall, the importer or designee will also oversee their secure destruction. Unless otherwise specified, the importer will follow the same process for all three tiers of recalls.

At the recall's outset, the importer or its designee must use its track and trace procedures as established under the Drug Supply Chain Security Act (DSCSA) to identify which batches or shipments it received require collecting. It will verify this information with the foreign seller and manufacturer. The importer or its designee must confirm with the manufacturer that it has identified all suspect shipments by comparing lot numbers, DINs, and dates of transactions and shipments. Additionally, the importer will locate where all recalled prescription drugs are at in

FDA-FLORIDA-004485

the supply chain (e.g., in storage, at the laboratory, distributed to providers, etc.) and submit a report consisting of the following information to the Agency and DBPR.

- Location of each batch and shipment
- Quantity of prescription drugs at each location
- Identification information (SSI, DIN, NDC, lot number, dates of transactions and shipments)
- Dates of distribution to providers/facilities, if applicable

During the recall process, the importer (or designee) will provide daily updates to the Agency and DBPR on the quantities collected for Tier 1 and 2 recalls. For Tier 3, the importer can provide one update per week. The importer will provide updates until the recall process is complete and then on an ad hoc basis as required.

When disposing of recalled prescription drugs, the FDA and Drug Enforcement Agency (DEA) do not require a specific method for destruction. However, the importer or its designee needs to ensure that disposition occurs in the U.S. and does not involve discarding prescription drugs as trash or possibly contaminating a water supply. In addition, the destruction process needs to ensure the recalled products are physically destroyed or rendered as non-retrievable. Following disposition, the importer must submit a report to the Agency and DBPR specifying that each batch or shipment was destroyed and provide identification information.

In accordance with FDA and Health Canada requirements, manufacturers can voluntarily engage in recalls. To further ensure that suspect imported prescription drugs do not enter the market, the Agency and DBPR are granting the importer this same ability. If at any time, the importer or its designee determines that a recall is necessary, it can issue one.

**Return Plan**

For imported prescription drugs that must go through the return process, the Agency and DBPR will require the importer to ensure that all collected products remain in the original supply chain (e.g., its own storage facilities). The importer or its designee will return the prescription drugs to its storage facility and keep them isolated from non-recalled ones. At no time, can the importer send returned prescription drugs to an outside facility or transport them via a different means without direct approval from the Agency and DBPR and only with justification (e.g., facility is beyond capacity or has been compromised). By mandating that these prescription drugs remain within the supply chain, the State can ensure that they do not enter the black market or are exported to another country.

At each point during the return process, the Agency will review the importer's reports and assess whether any prescription drugs are missing from the list of batches and shipments. Additionally, the Agency will immediately work with the importer to resolve any discrepancies. In the event that a discrepancy cannot be resolved, the Agency and importer will ascertain at which point the prescription drugs became misplaced and issue communications to affected parties or contact law enforcement if theft is suspected.

In the event a recalled prescription drug can be returned to market, the Agency will require its importer to use the following procedures to ascertain whether the product is saleable. This can only apply to Tier 3 recalls that occurred due to a labeling mishap or other issue that poses no risk to individuals taking the medication.

FDA-FLORIDA-004486

- Assess whether the prescription drugs have expired, and if not, determine if a reasonable timeframe exists to verify purity and potency and return to the market.
- For non-expired prescription drugs, the importer must randomly select new samples for testing to evaluate purity, potency, and the presence of contamination.
- For prescription drugs recalled due to labeling issues, the importer will have all batches and shipments relabeled after they have passed laboratory testing.

Prior to returning to market, the importer or its designee will have verified that the prescription drug is saleable and that the issue prompting the recall was resolved. It will report this information to the Agency and DBPR. In addition, the importer will not begin redistributing the prescription drugs until the Agency and DBPR have given approval.

FDA-FLORIDA-004487

# Compliance Plan

The FDA final rule language requires the SIP's compliance plan to include:

- A description of the division of responsibilities among co-sponsors, if any, which includes a plan for timely communication of any compliance issues to the SIP Sponsor
- Identification of responsible individual(s) and a description of the respective area(s) of the SIP, the Federal Food, Drug, and Cosmetic Act, or this part that will be under each responsible individual's oversight
- The creation of written compliance policies, procedures, and protocols
- The provision of education and training to ensure that Foreign Sellers, Importers, qualifying laboratories, and their employees understand their compliance-related obligations
- The creation and maintenance of effective lines of communication, including a process to protect the anonymity of complainants and to protect whistleblowers
- The adoption of processes and procedures for uncovering and addressing noncompliance, misconduct, or conflicts of interest.

As the SIP sponsor and co-sponsor, the Agency and DBPR will assume primary responsibility for overseeing compliance with the program's requirements. Because it will manage the contract or agreement with the importer or its designee, the Agency will monitor performance, while DBPR ensures adherence to state and federal regulations. In addition, the Agency and DBPR will ensure that the foreign seller, qualifying laboratory, relabelers, repackagers, and other subcontractors comply as well. To maintain transparency, all participating entities will routinely submit detailed reports to the Agency on their performance. Additionally, the Agency, in collaboration with DBPR, will conduct routine on-site visits of these entities and their facilities as well as any of those under their subcontractors.

Working together, the Agency and DBPR will use the following strategy for ensuring compliance. The remainder of this section outlines the multiple components of Florida's compliance plan as specified in the FDA's Importation of Prescription Drugs final rule.

**Division of Responsibilities Among Sponsor/Co-Sponsors**

The Agency, acting as the importation program sponsor, will manage the contract with the importer or its designee and monitor its performance. As the importation program co-sponsor, DBPR will collaborate with the Agency to ensure that the importer or its designee and subcontractors comply with state and federal prescription drug wholesale and distribution regulations, including but not limited to Chapter 499, F.S. and the Drug Supply Chain Security Act (DSCSA).

**Identification of Responsible Individual(s) and Their Respective Area(s)**

*Operationalizing the SIP*

The importer or its designee will assume full responsibility for operationalizing the SIP and submits reports to the Agency that describes compliance with all requirements. Since LifeScience Logistics will be performing many duties on behalf of the importer and State (as described earlier), the following is a list of key corporate executive staff and their qualifications:

FDA-FLORIDA-004488

| Key Personnel Name: Richard Beeny | |
|---|---|
| Key Personnel Position: Chief Executive Officer | |
| April 2006 - Current | Richard is Co-founder and Chief Executive Officer of LifeScience Logistics. He has more than 25 years of supply chain experience and has held a variety of operations, marketing, and business development roles. Richard has held leadership positions at United Parcel Service and has served in both the U.S. Navy and U.S. Coast Guard. He holds a Bachelor of Arts degree from the University of Texas at Arlington and a Master of Business Administration from Southern Methodist University. |

| Key Personnel Name: Randy McCollom | |
|---|---|
| Key Personnel Position: Vice President of Operations | |
| November 2020 - Current | Randy McCollom, Vice President of Operations, has over 20 years of supply chain experience.  Prior to joining LifeScience Logistics, Randy held a variety of roles in operations and inventory management with McKesson Corp, Thermofisher, and ConMed Corporation.  He is focused on operational efficiency, process improvement and quality control.  Randy attended Troy State University and is a Designated Representative in multiple states. |

| Key Personnel Name: Joseph Fountaine | |
|---|---|
| Key Personnel Position: Project Manager | |
| December 2011 - Current | As LifeScience Logistics' Director of Information Technology & Infrastructure Services. Joseph's responsibilities include oversight of Inventory Control, WMS systems, and all facility infrastructure to maintain operational readiness of five CGMP-compliant facilities. In addition, Joseph is currently the Program Manager for five GSA contracts: GS-00T-11-AJC-0010, GS-00T-11-AJC-0008, GS-00T-12-AJC-0002, 47QFCA20C0002, 47QFCA20C0014. |

FDA-FLORIDA-004489

| Key Personnel Name: Paul Hayward | |
|---|---|
| Key Personnel Position: Vice President of Quality & Compliance | |
| December 2015 - Current | Paul was named Director of Quality Assurance & Regulatory Affairs in December of 2015. Prior to joining LifeScience Logistics, Paul served as the Vice President of Operations for Azaya Therapeutics, UrgentRx, and Pernix Therapeutics. Paul has over 21 years of experience in quality assurance, manufacturing operations, product development, validation, and supply chain management in the pharmaceutical medical device and biologics industries with organizations that include Reckitt Benckiser, and Allergan Pharmaceuticals. Paul holds a Bachelor of Biology and Chemistry from Southwest Baptist University and a Master of Science in Chemistry from Baylor University. He is a member of the American Society for Quality and Regulatory Affairs Professionals Society. |

| Key Personnel Name: Chris Mizener | |
|---|---|
| Key Personnel Position: Head of Drug Importation | |
| September 2012 - Current | Chris joined LifeScience Logistics in 2012 after 16 years with United Parcel Service. At UPS Chris had several roles within operations, industrial engineering, and finance. He was appointed Director of Client Services in 2016 and is responsible for account management and customer service. Chris holds a Bachelor of Arts degree in Accounting from LeMoyne College in Syracuse, New York. |

***Individuals Responsible for SIP Oversight***

The Agency and DBPR are appointing the following staff members to oversee compliance with the importation program. Each individual will monitor areas specific to their own expertise.

| Key Personnel Name: Devona "D.D." Pickle |
|---|
| Key Personnel Position: Program Director, Canadian Prescription Drug Importation |
| Responsibility: Oversight of the contract with LifeScience Logistics and day to day workflow of the state of Florida Canadian Drug Importation Program. |

| Key Personnel Name: Walter Copeland |
|---|
| Key Personnel Position: Director, Division of Drugs, Devices, and Cosmetics |
| Responsibility:  Compliance and oversight of prescription products and administering the provisions of the Florida Drug and Cosmetic Act consistent with Florida statutes. |

**Compliance Policies, Procedures, and Protocols**

The Agency will maintain policies that govern how this program will operate and approve the standard operating procedures that are developed by LifeScience Logistics in the operation of the program, on the State's behalf. The contract between the Agency and LifeScience Logistics will also outline delegated duties.

FDA-FLORIDA-004490

Because Florida is in the process of developing rules specific to prescription drug importation, the contract will provide the detailed requirements to operationalize the SIP and consist of the following requirements. Because implementing the SIP's operational components may require multiple contracts or agreements with third parties, the State may delegate these responsibilities across multiple entities.

- Have an organizational structure that is adequately staffed to operate the SIP
- Have a physical presence in the state of Florida (e.g., corporate office or subsidiary branch dedicated to administering the importation program)
- Have approved agreements in place with a foreign seller registered both in Canada and the U.S., a qualifying laboratory that has ISO 17025 licensing and meets current and good manufacturing practices, a relabeler, and storage facilities that can provide environmental conditions suitable for the imported prescription drugs
- Ensure that the foreign seller has an agreement with a manufacturer to purchase the prescription drugs specified in this proposal
- Ensure adherence with track and trace requirements as specified in the DSCSA by having an electronic tracking system that collects all transaction statements, histories, and information and can document a prescription drug's point of origin through to its distribution
- Provide quality assurance throughout the importation process and monitor all parties involved in the pharmaceutical supply chain
- Ensure that prescription drugs deemed unfit for market in Florida are dispositioned
- Ensure that relabeling and repackaging processes are completed in accordance with FDA guidelines
- Have a procedure in place that requires the following:
  o Submission of pre-import requests at least 30 days prior to shipping prescription drugs into the U.S.
  o Use of the U.S. Customs and Border Protection's Automated Commercial Environment or other approved means of data exchange
- Have a recall and return plan in accordance with that outlined in the Recall and Return section of this proposal
- Have a system for tracking and resolving consumer complaints and an internal quality control plan

In regard to all the above listed aspects, the Agency and DBPR will conduct regular monitoring through yearly on-site visits, weekly and ad hoc calls, and desk reviews. The importer or subcontractors will be required to submit monthly deliverables specifying the number of prescription drugs imported, their testing results (e.g., number of selected samples tested, comparisons to FDA-approved prescription drugs), amounts paid, and number and characteristics of complaints (e.g., open and resolved).

If the importer or subcontractors do not adhere to the contract's terms and conditions, the Agency can impose a corrective action plan, assess liquidated damages, or terminate the agreement.

**Provision of Compliance-Related Education and Training**

Before entering into any agreement with an importer or its designee, the Agency will ensure that the importer or its designee operationalizing the SIP, as well as its subcontractors, fully

FDA-FLORIDA-004491

understands its responsibilities regarding state, federal, and Canadian regulations for prescription drug importation. To ensure that the importer or its designee is able to sufficiently train all participating parties and staff involved in the SIP, the State will require proof of the following:

- Educational materials used to train staff and third-party subcontractors regarding the following areas:
  - Storage and handling of prescription drugs
  - How to identify counterfeits or adulterated products based on visual inspections
  - Processes for filing pre-import requests and using the U.S. Customs and Border Protection Automated Commercial Environment
  - Policies and procedures of Health Canada and the Canadian Health Products and Food Branch
  - Processes for recalls and returns
  - Rules regarding relabeling and repackaging
  - Overviews of the FDCA; DSCSA; Chapter 499, F.S.; and the Importation of Prescription Drugs final rule
  - Overview of laboratory testing required for imported prescription drugs and the result thresholds to qualify for entry to Florida's market

Prior to dissemination among staff and subcontractors, the Agency and DBPR will review all educational and training materials to ensure they are aligned with state, federal, and Canadian requirements. In addition, participating entities will not be allowed to begin importing prescription drugs until they have received approval for all educational and training materials.

**Lines of Communication**

The State will require the importer or its designee to have multiple lines of communication, including a customer service team available to take complaints. In addition, the Agency and DBPR also have separate lines that consumers can use for complaints. In regard to whistleblowers, the Agency, DBPR, and the importer will be compliant with the Federal Whistleblower Protection Act and the Florida Whistleblower Protection Act.

The Florida Whistleblower Protection Act (section 448.102, F.S.) prohibits employers from retaliating against employees who report or threaten to report violations of rules or statutes to a government agency. If an employee makes a complaint alleging that his/her employer is engaged in illegal activities, the investigating government agency will protect their identity during the investigative process.

Regarding violations of Florida's prescription drug wholesaler/distributor regulations, DBPR has a specific online portal for the filing of complaints under the Division of Drugs, Devices, and Cosmetics. Individuals may report concerns with the importer and not have their identities disclosed. In addition to conducting its own investigation, DBPR will communicate the reported issue to the Agency. The Agency will then further investigate as to whether the problem affects compliance with any prescription drug importation regulation that falls beyond DBPR's scope

The Agency also has multiple lines of communication open to the public and employees of the importer, foreign seller, or other subcontracted entity. These include directly contacting the Florida Medicaid Helpline, the Agency's Division of Health Quality Assurance, and/or the Agency's Bureau of Medicaid Program Integrity. All three have full-time teams tasked with

handling and responding to complaints while adhering to federal whistleblower protection statutes. If an individual reports an issue pertaining to the SIP, the receiving team will forward to the Agency's Canadian Prescription Drug Importation Program team to address with the importer.

When communicating and investigating SIP complaints, the Agency will not disclose the reporting individuals' identities. In addition, any employee of the SIP sponsor, SIP co-sponsor, importer, or subcontracted entity that performs tasks related to the SIP is eligible for whistleblower protection as stated under section 448.102, F.S.

Additionally, the importer is contractually required to have a customer service hotline and personnel dedicated to receiving and responding to complaints. As part of its contractual requirements, the importer must maintain a dashboard for complaint tracking and submit a monthly report to the Agency that consists of all complaints reported, dates filed, resolutions, and time spent resolving.

Both the Agency and importer or its designee will also each have a full-time contract manager who will be available to address issues when they arise. The contract managers are dedicated staff with open lines of communication and can quickly receive and disseminate information.

**Processes and Procedures for Noncompliance, Misconduct, and Conflicts of Interest**

The Agency, in its role as the SIP sponsor, will monitor the importer to ensure full compliance with the FDA's final rule. Although federal regulators will conduct inspections and document reviews, the Agency will take a proactive approach that can identify deficiencies and implement corrective actions before these occur. In addition, DBPR will routinely inspect and report any issues that violate State regulations for prescription drug wholesaler/distributors (Chapter 499, F.S. and Chapter 61N, F.A.C.). Combined, both agencies will oversee the SIP to ensure full compliance with the FDA's final rule, the FDCA, and the Drug Supply Chain Security Act (DSCSA).

Certain aspects of the Program such as the importer's distribution facility fall under existing State regulations. DBPR currently monitors prescription drug wholesalers for adequacy of storage space, temperature controls, security, and quarantine areas.

The State will conduct routine monitoring through monthly, quarterly, and ad hoc reports, as well as on-site reviews for program components that are specific to the FDA's final rule:

- Transaction information, statements, and histories in accordance with the DSCSA
- Pre-import requests prior to their submission to the FDA
- Vendor's methods for ensuring imported prescription drugs are not contaminated or counterfeit
- Labeling of each imported prescription drug
- Transaction documentation between the foreign seller and the vendor
- Laboratory testing documentation
  - Documentation will consist of types of tests performed and the results in addition to identifying whether the manufacturer or a contracted laboratory completed the testing.
- Adverse event reports and individual case safety reports concurrent with submission to the FDA

FDA-FLORIDA-004493

- Quarterly reports prior to submission to the FDA
  - These reports consist of multiple components that require documentation that verifies purchase from the foreign seller, laboratory testing, and certifications that the prescription drugs are eligible for sale in Canada.

The State reserves the right to inspect all records and facilities operated by the vendor, including those of any subcontractor (if applicable). The State will mirror the FDA's areas of oversight to remain proactive in monitoring, identifying, and correcting deficiencies. The State will conduct onsite visits, both announced and unannounced, to verify that the importation process is compliant with the FDA's final rule. Because the logistics of sending Agency staff to Canada will be costly, the Agency will delegate this to the importer who is contractually responsible for the foreign seller's performance.

The State has established criteria that the importer must use when inspecting the foreign seller's Canadian facility, including providing visual evidence of compliance (e.g., photographs, videos), opportunities for Agency staff to ask questions via livestream. Additionally, the importer's inspections will occur on an annual and ad hoc basis and will observe the following for compliance:

- Separation of inventory that is intended for sale in the U.S.
- Quarantine areas for suspect or illegitimate products
- Records of Canadian prescription drugs purchased that are intended for sale in the U.S.
  - The foreign seller must maintain these records for six years
- Processes and procedures for receiving, storing, placing identifiers, and shipping prescription drugs intended for sale in the U.S.

Following a completed inspection, the importer must submit a written report to the State that specifies the foreign seller's areas of compliance and deficiencies. The State will direct the importer to work with the foreign seller to make changes and corrections as necessary.

The State has the means to dispatch staff to inspect and assess the importer's Florida warehouse for compliance. These onsite inspections will consist of the following:

- Guided and unguided tours of the facility
- Spot checks of randomly selected lots of prescription drugs to verify correct labeling and packaging
- Interviews of randomly selected staff to assess regulatory knowledge as it applies to their individual job duties
- Review of database to examine current inventory information and then verify accuracy by confirming the exact specifications on the warehouse floor
  - The database review will also verify compliance with the DSCSA.

In the course of conducting its monitoring activities, the Agency will work in collaboration with DBPR, taking note of any obvious discrepancies (e.g., unsecure areas, sanitation issues), advising the importer to correct them, and notifying DBPR.

In addition to onsite inspections, the State will conduct desk monitoring on a continuous basis. This will consist of the vendor submitting draft reports for the FDA, shipment information, laboratory testing results, and labeling examples. If deficiencies are present, the Agency will

FDA-FLORIDA-004494

request an explanation and consider whether an unannounced onsite inspection is necessary to assess severity.

FDA-FLORIDA-004495

# Authenticating Information and the Protection of Trade Secrets

The FDA final rule language requires the SIP proposal to:

> Explain how the SIP Sponsor will ensure that any information that the manufacturer supplies to authenticate a prescription drug being tested and confirm that the labeling of the prescription drug complies with labeling requirements under the Federal Food, Drug, and Cosmetic Act, and any trade secrets or commercial or financial information that is privileged or confidential that the manufacturer supplies for the purposes of testing or otherwise complying with the Federal Food, Drug, and Cosmetic Act and this part, are kept in strict confidence and used only for the purposes of testing or otherwise complying with the Federal Food, Drug, and Cosmetic Act and this part.

**Supplying Authenticating Information**

As co-sponsor, DBPR will ensure that the manufacturer selected to provide imported prescription drugs supplies any necessary information to verify their authenticity and labeling accuracy. This includes not only that specified in the Federal FDCA and DSCSA but also that listed in Florida's rules (Chapter 61N, F.A.C.) and statutes (Chapter 499, F.S.). In addition, the manufacturer will be responsible for providing all information required for the laboratory testing that includes the following:

- Breakdown of the weights and measurements of APIs and excipients per tablet for each medication in accordance with the prescription drugs' FDA-approved NDA or ANDA
  - Note: The qualifying laboratory will conduct testing against the FDA-approved drug as the standard.
- Copies of all Canadian and U.S. labeling, packaging, and instructions
- Images of the U.S. and Canadian prescription drug tablets with identifying marks clearly visible

To verify labeling accuracy, the importer must submit a sample of the proposed label to the State upon request.

**Protection of Trade Secrets**

Although Florida prides itself on its transparency and access to public records, it has protections in place for withholding trade secrets and proprietary confidential business information The state's public records statutes (Chapter 119, F.S.) do provide exemptions for the disclosure of trade secrets and proprietary confidential business information. In addition, DBPR has a rule (Rule 61N-1.021, F.A.C.) that provides a procedure for the manufacturer and importer to make known what needs to remain confidential. Provided that information is identified as a trade secret or confidential business information in documents submitted to DBPR or obtained during an inspection, this information will not be disclosed if sought through a public records request. LifeScience Logistics maintains client and vendor confidentiality through mutual NDAs, business contracts and quality agreements.

To ensure that the authenticating information is protected, the importer and the designee will have a written policy regarding confidential information and trade secrets. Additionally, the importer, the designee, and any party receiving confidential information from the manufacturer will provide yearly training to their employees on protecting confidential information and the requirements under the Federal Food, Drug, and Cosmetic Act to protect confidential

information from disclosure, specifically confidential information that the manufacturer provided/supplied regarding the prescription drug(s). The training will also address the penalties associated with failing to maintain the information as confidential.

FDA-FLORIDA-004497

## Attachment A

Florida Department of Health Central Pharmacy Licenses, Disciplinary and Inspection Reports, and Attestation

**FDA-FLORIDA-004498**



Florida **Department of Business & Professional Regulation**

Walter Copeland, Director
Drugs Devices, and Cosmetics
2601 Blair Stone Road
Tallahassee, Florida 32399-1047
Phone: 850.717.1800 • Fax: 850.414.8240

**Halsey Beshears**, Secretary                                          **Ron DeSantis**, Governor

October 26, 2020

RE: Inspections/Disciplinary Actions

To whom it may concern;

*Chapter 119.01(1), Florida Statutes, provides that it is the policy of this state, county, and municipal records are open for personal inspection and copying by any person. Providing access to public records is a duty of each agency.*

After a review of our Department's records and databases <u>no disciplinary action</u> has been taken against the below entity.

*Chapter 499.051, Florida Statutes, provides that the agents of the Department of Business and Professional Regulation and of the Department of Law Enforcement, after they present proper identification, may inspect, monitor, and investigate any establishment permitted pursuant to this chapter during business hours for the purpose of enforcing this chapter and the rules of the department that protect the public health, safety, and welfare.*

*Rule 61N-1.019(2), Florida Administrative Code, states the department may inspect, monitor, and investigate all drugs, device and cosmetic manufacturers, wholesalers, repackagers, distributors, or other establishments where drugs, devices or cosmetics are made, stored, sold, offered for sale, exposed for sale, or kept for sale or use, for the purpose of determining compliance with the provisions of chapters 499 and 893, Florida Statutes, or any rules adopted thereunder and to secure evidence of any non-compliance.*

Inspections are conducted on initial permit applications. Inspections conducted by the division may be announced or unannounced and are not scheduled routinely or on a yearly basis.

The last know inspection conducted at:

   DOH Central Pharmacy
   104-2 Hamilton Park Drive
   Tallahassee, Florida 32304
   Permit Number 28:29

was conducted on **October 10, 2019** with a result of **PASS**.

Regards,

Walter Copeland
Division Director

LICENSE EFFICIENTLY. REGULATE FAIRLY.
WWW.MYFLORIDALICENSE.COM

The State upon completion of the negotiation process and selection of the Foreign Seller will obtain complete history as mandated by federal law. This includes the following:

- All disciplinary actions from the past seven years issued by federal, state, or Canadian authorities
- The Health Canada inspectional history for the foreign seller for the previous 5 years or duration of license if less
- The state and federal inspectional history for the importer for the previous 5 years or duration of license if less

Update 11/11/21, Page 45

FDA-FLORIDA-004499



FDA-FLORIDA-004500



(xe10) Basic Entity Data                                                                          Page 1 of 1

FAQ | Help | Sign Out

| VR Home | Inbox | Entity | Application | License | Cash | Exam | Inspection | Enforcement | Report |

License Search | Entity Search | Modify License Standing | Maintain License CE Control

Domain 33 - Florida Drugs, Devices and Cosmetics                                    Logged in as: ralsobroo1

VR Home > License Search > Basic Entity Data

| Basic Entity Data | List of Addresses | List of Names |

Lic Type   **3350 - Restricted Rx Drug Dist-Hlth Care Entity**       Entity # **9640298**

Fed Tax # **9640298**   Fed Tax Type FEIN #       Name **DOH CENTRAL PHARMACY**

Org Name   **DOH CENTRAL PHARMACY**                    ☐   Notes
Org Type                                                  Notes History
Mailing Address ☑   Private Address ☐   Preferred Name ☑     Fix
                                                              Change
Street #  **104-2**   Street **HAMILTON PARK DRIVE**          Save
Line 2                                                        OK
Line 3                                                        Cancel
City  **TALLAHASSEE**      County **Leon**                    Back
Zip  **32304**   State **Florida**   Country
Routing
Phone #  **850 922-9036**   Ext   E-Mail

Insp Region                          Receive ☐
                                     Email

Updated  **01/30/2009 16:14:31**   By **bcoates**

⬆Get Adobe Reader.

https://vrprod12c.dbpr.state.fl.us/le5/faces/jsp/license/AL11LicenseSearch.jsp         10/26/2020

FDA-FLORIDA-004501

(xe10) Basic Entity Data

Page 1 of 1

FAQ | Help | Sign Out

| VR Home | Inbox | Entity | Application | License | Cash | Exam | Inspection | Enforcement | Report |

| License Search | Entity Search | Modify License Standing | Maintain License CE Control |

Domain 33 - Florida Drugs, Devices and Cosmetics

Logged in as: ralsobroot

VR Home > License Search > Basic Entity Data

| Basic Entity Data | List of Addresses | List of Names |

| | |
|---|---|
| Lic Type **3308 - Product Registration Permit** | Entity # **9652043** |
| Fed Tax # **9652043**   Fed Tax Type **PIN #** | Name **DOH CENTRAL PHARMACY** |

| | | |
|---|---|---|
| Org Name **DOH CENTRAL PHARMACY** | ☐ | Notes |
| Org Type | | Notes History |
| Mailing Address ☑   Private Address ☐   Preferred Name ☑ | | Fix |
| Street # **104-2**   Street **HAMILTON PARK DRIVE** | | Change |
| Line 2 | | Save |
| Line 3 | | OK |
| City **TALLAHASSEE**   County **Leon** | | Cancel |
| Zip **32304**   State **Florida**   Country | | Back |
| Routing | | |
| Phone # **850-922-9036**   Ext   E-Mail | | |
| Insp Region   Receive Email ☐ | | |
| Updated **06/09/2009 08:27:23**   By **jhlittle** | | |

⬇Get Adobe Reader.

https://vrprod12c.dbpr.state.fl.us/le5/faces/jsp/license/AL11LicenseSearch.jsp          10/26/2020

Update 11/11/21, Page 48

FDA-FLORIDA-004502



FDA-FLORIDA-004503



(xe10) Basic Entity Data

Page 1 of 1

FAQ | Help | Sign Out

| VR Home | Inbox | Entity | Application | License | Cash | Exam | Inspection | Enforcement | Report |

License Search | Entity Search | Modify License Standing | Maintain License CE Control

Domain 33 - Florida Drugs, Devices and Cosmetics

Logged in as: ralsobrook

VR Home > License Search > **Basic Entity Data**

| Basic Entity Data | List of Addresses | List of Names |

Lic Type   **3328 - Prescription Drug Repackager**          Entity #   **9637670**
Fed Tax #  **9637670**        Fed Tax Type FEIN #           Name   **DOH CENTRAL PHARMACY**

Add
History
Back

| Type | Address | Phone # | E-Mail | Name | Status | Priv | Mail |
|------|---------|---------|--------|------|--------|------|------|
| MA | 104-2 HAMILTON PARK DRIVE, TALLAHASSEE FL 32304 Leon | 850-922-9036 | | DOH CENTRAL PHARMACY | Current | ☐ | ☑ |
| LL | 104-3 HAMILTON PARK DRIVE, TALLAHASSEE FL 32304 Leon US | 850 922-9036 | ISAIAH.HILL@FLHEALTH.GOV | DOH CENTRAL PHARMACY | Current | ☐ | ☐ |
| EC | 1829 SAGEBROOK DR, TALLAHASSEE FL 32303 Leon US | 850-445-2215 | DARREN.EVANS@FLHEALTH.GOV | EVANS, DARREN | Current | ☐ | ☐ |
| AC | 104-2 HAMILTON PARK DRIVE, TALLAHASSEE FL 32304 Leon US | 850-922-9036 | ISAIAH.HILL@FLHEALTH.GOV | HILL, ISAIAH E | Current | ☐ | ☐ |
| VEM | | | kenneth.grice@flhealth.gov | , | Current | ☐ | ☐ |

Get Adobe Reader

https://vrprod12c.dbpr.state.fl.us/le5/faces/jsp/xentity/XE10BasicData.jsp          10/26/2020

FDA-FLORIDA-004504

 Department of Health                                                                          ☰

# License Verification

## DANYELLE BRIONNE WILLIAMS

🖶 Printer Friendly Version

### License Number: PS53818

*Data As Of 10/26/2020*

| License Information | Secondary Locations | Discipline/Admin Action | Subordinate Practitioners |
|---|---|---|---|

| Name | Relationship | Profession | License | Effective Date |
|---|---|---|---|---|
| WILLIAMS, DANYELLE BRIONNE | PHARMACISTSUBORDINATE | CONSULTANT PHARMACIST | 8210 | 6/5/2018 |

Click on the License Number to view License Details for that Practitioner

[ Back ]

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit the License Certifications web page.



Privacy Statement   |   Disclaimer   |   Email Advisory   |   Accessibility

© 2020 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services

https://mqa-internet.doh.state.fl.us/MQASearchServices/HealthcareProviders/LicenseVeri...   10/26/2020

**FDA-FLORIDA-004505**

 Department of Health                                    

## DANYELLE BRIONNE WILLIAMS

## License Number: PS53818

*Data As Of 10/26/2020*

| | |
|---|---|
| **Profession** | Pharmacist |
| **License** | PS53818 |
| **License Status** | CLEAR/ACTIVE |
| **Qualifications** | Certified To Administer Immunizations |
| **License Expiration Date** | 9/30/2021 |
| **License Original Issue Date** | 08/05/2015 |
| **Address of Record** | 104-2 HAMILTON PARK DRIVE |
| | TALLAHASSEE, FL 32304 |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

**FDA-FLORIDA-004506**

FL DOH MQA Search Portal | License Verification For Practitioner Details

Page 1 of 1

 Department of Health

≡

# License Verification

## NIAZ AHMED SIDDIQUI

 Printer Friendly Version

### License Number: PS42647

*Data As Of 10/26/2020*

| License Information | Secondary Locations | Discipline/Admin Action | Subordinate Practitioners |
|---|---|---|---|

| Name | Relationship | Profession | License | Effective Date |
|---|---|---|---|---|
| SIDDIQUI, NIAZ AHMED | PHARMACISTSUBORDINATE | CONSULTANT PHARMACIST | 7204 | 2/7/2013 |

Click on the License Number to view License Details for that Practitioner

Back

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit the License Certifications web page.



Privacy Statement  |  Disclaimer  |  Email Advisory  |  Accessibility

© 2020 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services

https://mqa-internet.doh.state.fl.us/MQASearchServices/HealthcareProviders/LicenseVeri...  10/26/2020

FDA-FLORIDA-004507

 Department of Health                              

## NIAZ AHMED SIDDIQUI

## License Number: PS42647

*Data As Of 10/26/2020*

| | |
|---|---|
| **Profession** | Pharmacist |
| **License** | PS42647 |
| **License Status** | CLEAR/ACTIVE |
| **Qualifications** | Certified To Administer Immunizations |
| **License Expiration Date** | 9/30/2021 |
| **License Original Issue Date** | 08/01/2007 |
| **Address of Record** | 1100 SW 11TH ST |
| | LIVE OAK, FL 32060 |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

https://mqa-internet.doh.state.fl.us/MQASearchServices/HealthcareProviders/LicenseVeri...  10/26/2020

FDA-FLORIDA-004508



2601 Blair Stone Road
Tallahassee, Florida 32399-1047
(850) 717-1800
www.myfloridalicense.com

## ENTRY NOTICE AND ON-SITE INSPECTION REPORT

DBA Name:
Full Legal Name:          DOH CENTRAL PHARMACY
Inspection Reason:        Chg Locate - X
Address:                  104-3 HAMILTON PARK DRIVE
                          TALLAHASSEE FL 32304

Form Date:           Nov 19, 2019 10:54 - Nov 19, 2019 13:05
Permit Number:                                    29   Rank: 28
Telephone Number:                              850-922-9036
Inspection Visit ID:                               7123926

File Number:                                         5931
Permit Type:                                         3328

| INSPECTION RESULT | Completed |
|---|---|

### Inspection Authority 499.051 F.S., 61N-1.019, F.A.C. (03/10/2017)

Person Receiving Report/Title                     Danyelle Williams, Interim Bureau Chief.

### Facility Hours 61N-1.015(2)(c), F.A.C.

| Hours | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Open | See notes | | | | | | |
| Close | | | | | | | |

### FACILITY/STORAGE [(Rx drug establishments) FS 499.01(2) and 499.0121(1)(b),(d),(e)]

1. Is the establishment a residence? [F.S. 499.012(1)(b)] — No

2. Lighting adequate? [(OTC drug manufacturers) FS 499.01(2)(n)3 and 21 CFR 211.44] [(Cosmetic manufacturers) 61N-1.010(2)(e), F.A.C.] — Yes

3. Pest Free? [(OTC drug manufacturers) FS 499.01(2)(n)3 and 21 CFR 211.56] [(Cosmetic manufacturers) 61N-1.010(2)(n)3, F.A.C.] — Yes

4. Clean and orderly? [(OTC drug manufacturers) 61N-1.014(4), F.A.C.] [(Cosmetic manufacturers) 61N-1.010(2)(a), F.A.C.] — Yes

### RECORD KEEPING [F.S. 499.0121(6)] [61N-1.012 F.A.C.]

5. All records computer based? — No — Electronic and Manual.

6. Location of hard copy? — On site

7. All records manual? — No — Electronic and Manual

8. On-site storage? — Yes

9. Shares facility? — No

10. If yes to #9, separate records? — N/E

### PRESCRIPTION DRUG ESTABLISHMENT

11. Is the name identical to another person authorized to purchase legend drugs? [F.S. 499.012(1)(c)] [61N-1.015(2)(b), F.A.C.] — N/E — The firm has not yet been issued the repackager permit for this location

12. Is the person a broker only as defined under [61N-1.001(2)(d), F.A.C.]? — No

### SECURITY [(Rx drug establishments) FS 499.0121(2)(a), (b) and 499.0121(10)(b) or 61N-1.013(1), F.A.C.]

13. Access restricted? [(OTC drug manufacturers) FS 499.01(2)(n)3 and 21 CFR 211.28(c)] [(Cosmetic manufacturers) 61N-1.010(4)(f), F.A.C.] — Yes — Employees have a swipe badge to enter.  Visitors have to be buzzed in by the firm.

14. Drug facility alarmed? — Yes

November 19, 2019 at 1:05:58 PM EST
Location:
License #: 2829
Inspector: Donald Yerbey

Page: 1 of 7

FDA-FLORIDA-004509



2601 Blair Stone Road
Tallahassee, Florida 32399-1047
(850) 717-1800
www.myfloridalicense.com

| | | | |
|---|---|---|---|
| 15. Telephone monitoring? | | Yes | Sonitrol |
| 16. Controlled substance cage (CIII-CV)? [21 CFR 1301.72] | | N/E | This location will not stock or distribute controlled substances. |
| 17. Controlled Substance CII vault? [21 CFR 1301.72] | | N/E | |

**STORAGE  [(Rx drug establishments) FS 499.0121(3)(5) or 61N-1.013(3)(4), F.A.C.] [(OTC drug manufacturers) 61N-1.014, F.A.C., and/or FS 499.01(2)(n)3 and  21 CFR 211.46] [(Cosmetic manufacturers) 61N-1.010(2), F.A.C.]**

| | | |
|---|---|---|
| 18. Quarantine area? | Yes | |
| 19. Air conditioner? | Yes | |
| 20. Method of monitoring? | | Electronic |
| 21. Refrigeration present? | No | |
| 22. Handles drugs or cosmetics requiring refrigeration? | | NA |
| 23. Method of monitoring refrigeration? | | NA |
| 24. Freezer present? | No | |
| 25. Handles drugs or cosmetics requiring freezing? | No | |
| 26. Method of monitoring freezing temperatures? | | NA |

**WRITTEN POLICIES AND PROCEDURES  [(Rx drug establishments and OTC manufacturers) FS 499.0121(6)(8)(10), 499.01(2) and/or 21 CFR Part 211]   [(Cosmetic manufactures) 61N-1.010, F.A.C.]**

| | |
|---|---|
| 27. Exist? | Yes |
| 28. Rx drug annual examination? [F.S. 499.0121(5)(a)2] | Yes |
| 29. Drug FIFO inventory? | Yes |
| 30. Recalls/emergencies? | Yes |
| 31. Natural disasters for Rx drug establishments? | Yes |
| 32. Receipt and distribution business records? | Yes |
| 33. Transaction Information, History and Statement (T3) for Rx drug products? | N/E |

**INBOUND PRESCRIPTION DRUG BUSINESS RECORDS (Purchases and/or Receipts) [FS 499.0121(6)(b)] [61N-1.012(1)(a),(2)(a), F.A.C.]**

| | |
|---|---|
| 34. What are firm's all-inclusive inbound business records that it receives from its Rx drug source(s) per firm for this establishment? | Invoice |

**OUTBOUND PRESCRIPTION DRUG BUSINESS RECORDS (Sales or Otherwise) [FS 499.0121(6)(b)] [61N-1.012(1)(a),(2)(a), F.A.C.]**

| | |
|---|---|
| 35. What are firm's all-inclusive typical outbound business records (e.g., sales invoice, packing list, etc.) that it provides to the purchaser and recipient for each Rx drug distribution from this establishment according to firm? | Invoice. Firm also provides a repack order and a shortage/overage report.  Firm states the shortage/overage report accounts for any discrepancies between the bottle count and the repackaged drug count |
| 36a. Did firm provide its all-inclusive outbound business records for one (1) of its typical Rx drug distribution? | Yes |
| 36b. If yes to 36a, what is the tracking number (e.g., sales invoice or order number, etc.) and distribution date for this provided distribution document? | Invoice number. |
| 37. Of the document(s) provided in 36a, which document contains the minimum required recordkeeping business elements according to firm? | Invoice |
| 38. For the document type referenced in 37 regarding this establishment's outbound Rx drug distributions: | |

November 19, 2019 at 1:05:58 PM EST
Location:
License #: 2829
Inspector: Donald Yerbey

Page: 2 of 7

FDA-FLORIDA-004510



2601 Blair Stone Road
Tallahassee, Florida 32399-1047
(850) 717-1800
www.myfloridalicense.com

| | | |
|---|---|---|
| 38a.  Did firm mark "A" next to the field that lists the seller's name and address? | Yes | |
| 38b.  Did firm mark "B" next to the field that lists the seller's Florida permit number? | Yes | |
| 38c.  Did firm mark "C" next to the field that lists the shipper's name and address when different from the seller? | Yes | Ship from and sold from will always be the same |
| 38d.  Did firm mark "D" next to the field that lists the distribution date? | Yes | |
| 38e.  Did firm mark "E" next to the field that lists the name, strength, dosage form, quantity, and (when assigned) the National Drug Code (NDC) of the Rx drug? | Yes | |
| 38f.  Did firm mark "F" next to the field that lists the financial data? | Yes | |
| 38g.  Did firm mark "G" next to the field that lists the purchaser's name, address, and Florida permit number? | Yes | |
| 38h.  Did firm mark "H" next to the field that lists the physical recipient's name, address and permit or license number, when the recipient is different from the purchaser? | Yes | |

**N/E = Not Evaluated**

## Inspection Notes

Change of Address inspection Rx Drug Repackager.  The Firm is relocating from 104-2 Hamilton Park Drive, Tallahassee, FL to 104-3 Hamilton Park Drive, Tallahassee, FL

Arrived at Facility approximately 1000

Credentials and Bill of Rights presented to Isaiah Hill. Government Consultant II. Also present representing the firm was Carolyn Albaugh,  Business manager.

I. PERMITS/LICENSES:

A. FDA REGISTRATION – The Firm currently holds establishment registration at 104-2 Hamilton Park Drive, Tallahassee, FL Registration # 1036356 – Repackager.

B. DEA Registration

The Firm is already registered at this location with the DEA.  RF0356015.
registration is under the name of FL DOH Bureau of Public Health Pharmacy

Business Activity is listed as Chempack/SNS Distributor
Schedules covered are listed as II, III, IV and V.

C. PHARMACY PERMITS – Firm holds Community Pharmacy permit PH 23821 located at 116 A Hamilton Park Drive, Tallahassee, FL.

D. DBPR PERMITS –
The Firm holds the following permits with DBPR at 104-2 Hamilton Park Drive, Tallahassee, FL
RPK – 2082 - This permit will be transferred to 104-3 Hamilton Park Drive, when issued.

November 19, 2019 at 1:05:58 PM EST
Location:
License #: 2829
Inspector: Donald Yerbey

Page: 3 of 7

FDA-FLORIDA-004511



<div align="right">

2601 Blair Stone Road
Tallahassee, Florida 32399-1047
(850) 717-1800
www.myfloridalicense.com

</div>

50:238
54:33
28:29 – This permit will be transferred to 104-3 Hamilton Park Drive, when issued.

The firm holds the following permits with DBPR at 116-A Hamilton Park Drive, Tallahassee, FL

50:237
54:29

The firm hold DBPR permit 54:258 at this location (104-3 Hamilton Park Drive)
This permit is for Emergency Preparedness.  Firm states they will need to keep this permit at this location.

II. DESCRIPTION OF BUSINESS:

Hours of Operation – 0700 - 1700.  Monday through Friday

Approximate size of facility - 7000 square feet

Number of employees - 10 -12

Any other business operating at this address?  Firm states permit 54:258 will continue to operate from this location.
The firm states the Emergency Preparedness permit is used in order for the facility to store Rx drugs to only be distributed in the event of an in State emergency.  Example Cipro for Anthrax,  Tamiflu for Influenza outbreaks.

The firm states this permit will also be used in order to distribute Rx drugs to State Prisons.

Any off-site storage and/or warehouses?  The firm stores drugs at other permitted locations.

Explain Day to Day Operations

Firm receives Rx drugs from Cardinal.  The firm states the majority  of the Rx drugs are paid for by the individual prisons and are shipped to this location from Cardinal to be repackaged at this location.  Once repackaged the firm will distribute the repackaged Rx drugs to the prisons.  The drugs that are intended to be repackaged for the prison is paid for by the prison and shipped to DOH for repacking.  DOH does not purchase these drugs.

The firm states the only reimbursement they receive for the repackaged drugs is the cost of the repackaging.

The firm states they do  purchase some Rx drugs from Cardinal pursuant to the STD specialty care program.   These drugs are distributed to the DOH Pharmacy located 116 A Hamilton Park Drive.  Once received by the pharmacy these drugs are dispensed by the pharmacy to the prison on a patient specific basis.

The Department is reimbursed by the prisons for the STD specialty care program drugs.   The firm states the Rx drugs purchased for the STD specialty care program are purchased using their 54 permit.

The firm creates a batch production and control record for each drug that is repackaged.  The records provides instructions on how that particular drug is to be repackaged. Also includes elements such as name of drug, strength of drug, lot number and expiration dates.

III. PRODUCT REGISTRATION - F.S. 499.015 and Rule 61N-1.016 FAC

The firm has applied for a product registration permit for this location.  The firm previously had a product registration permit for 104-2 Hamilton Park drive

November 19, 2019 at 1:05:58 PM EST
Location:
License #: 2829
Inspector: Donald Yerbey

Page: 4 of 7

FDA-FLORIDA-004512



<div style="text-align: right;">
2601 Blair Stone Road
Tallahassee, Florida 32399-1047
(850) 717-1800
www.myfloridalicense.com
</div>

The firm provided a list of products they have previously registered for review.  The list indicates the firm has registered 116 products

IV. CONTROLLED SUBSTANCE REPORTING

A. Has firm registered with the Department's CSR system?  The firm states they will not repackage or distribute any controlled substances.from this location with either the Restricted Distributor and/or the Repackager permit.

V. VENDOR LIST -

Firm states their only vendor is Cardinal Health.  A review of the invoices for 104-2 Hamilton Park Drive indicates the drugs are being received from Cardinal Health, 2045 Interstate Drive.  Lakeland, FL  Permit 22:913

VI. CUSTOMER LIST -  All State correctional facilities.  The firm states they distribute to (5) facilities.  The firm states these (5) facilities will then further distribute to the rest of the State correctional facilities.

VII. INBOUND DOCUMENTS - Reviewed Cardinal Invoices from 104-2 Hamilton. Park Drive.  Firm will continue to receive from Cardinal once they have relocated.

VIII. OUTBOUND DOCUMENTS

A. Outbound Business Record Template Provided?  Yes


IX. SECURITY – Sonitrol
Firm has Indoor/Outdoor cameras that monitor entry and exit points.
Firm has door badge scanners for entry into building.

X. Equipment

The firm has (3) Autobond repacking machines.  The firm states these are used for repackaging smaller quantities.  (1) of the Autobonds is used to repackage Penicillin only.

(4) 400 repackaging machines
(1) 500 repackaging machines which is for the largest quantities.

Firm has a self contained clean room located at 104-2 Hamilton Park Drive which has not been relocated. Firm states they no longer provide beta lactam drugs to DOC as such; the firm will not be relocating the clean room.

A) Description

B) Maintenance Performed by?  Omnicell

C) Calibration Performed by?  Omnicell.  Firm states the machines are calibrated annually.

D) Firm states clean room is certified by EOC-1

D) Cleaning Schedule. - Firm states the repacking machines are cleaned every time they change drugs that are being repackaged, as such; the firm states these may be cleaned multiple times daily.   The firm states at a minimum the machines will be cleaned once daily.
Firm states they clean with isopropyl alcohol.

November 19, 2019 at 1:05:58 PM EST
Location:
License #: 2829
Inspector: Donald Yerbey

<div style="text-align: right;">Page:  5 of 7</div>

FDA-FLORIDA-004513



2601 Blair Stone Road
Tallahassee, Florida 32399-1047
(850) 717-1800
www.myfloridalicense.com

XI. Temperature/Humidity Monitoring:

A) Room Air Monitored?  Number/Location of Sensors/Thermometers

Firm has (1) electronic temperature and humidity monitors installed.  Firm states the electronic monitor cards are changed monthly and stored onsite.
The firm has an additional electronic temp/humidity monitor at 104-2 Hamilton Park Drive that they intend to move to this location.

B) Refrigerated Present? No, Firm states they will not stock, repackage and/or distribute any refrigerated drugs.

C) Freezer Present? No, Firm states they will not stock, repackage and/or distribute any refrigerated drugs.

The firm does not have a refrigerator or freezer present at this time.


XII. Policies and Procedures:

The firm states they have P & P's for storage and handling of Rx drugs in their Pharmacy located at 116 A Hamilton Park Drive, however; they state they do not have written P & P's for this location.  The firm states the Rx drugs are repackaged and distributed upon receipt, as such; the firm states they do not have P &P's for rotating stock, checking for expiration dates etc.

XIII. MISCELLANEOUS

A. How are Rx Drugs delivered to customers?  FedEx and UPS

B. Destructions/Returns handled by?  Inmar.

C. Does firm have a copy of FS 499 and Rule 61N-1 FAC onsite?  Emailed to facility by inspector

XIV. TOUR OF FACILITY

Firm has a 2 bay doors in the  receiving area where drugs are received from Cardinal.  Once the firm has verified the contents of the totes from Cardinal the drugs will be transferred to the prep room where they are transferred from the stock bottle into labeled plastic bags.  The bags indicate pertinent drug information, i.e. Name of drug, strength, lot # expiration dates etc.
from there the drugs are transferred to the actual area where they will be repackaged. After the drugs are repackaged they are transferred to QC (quality control area) where they are checked for accuracy.  The drugs are then boxed and ready for shipment.

XV. EXIT INTERVIEW

1) Requested the firm to relocate the 2nd temp/humidity monitor as from 104-2 Hamilton Park Drive to 104-3 as quickly as possible.

email picture to inspector when relocated.


November 19, 2019 at 1:05:58 PM EST
Location:
License #: 2829
Inspector: Donald Yerbey

Page: 6 of 7

FDA-FLORIDA-004514



2601 Blair Stone Road
Tallahassee, Florida 32399-1047
(850) 717-1800
www.myfloridalicense.com

Licensee or Owner Signature

Danyelle Williams
Interim Bureau Chief
Nov 19, 2019 13:05

Inspector Signature

Donald Yerbey
Drug Inspector
Nov 19, 2019 13:05

November 19, 2019 at 1:05:58 PM EST
Location:
License #: 2829
Inspector: Donald Yerbey

Page: 7 of 7

FDA-FLORIDA-004515

**Mission:**
To protect, promote & improve the health
of all people in Florida through integrated
state, county & community efforts.



**Florida HEALTH**

**Vision:** To be the Healthiest State in the Nation

**Ron DeSantis**
Governor

**Scott A. Rivkees, MD**
State Surgeon General

November 18, 2020

Center for Drug Evaluation and Research
Office of Communicatons
10001 New Hampshire Avenue
Hillandale Building, 4th Floor
Silver Spring, MD 20993

The Florida Department of Health (DOH) attests, to the best of our knowledge, that there are no past criminal convictions or violations of State, Federal, or Canadian laws regarding drugs or devices against or by the responsible individual(s). Further, DOH attests that the responsible individual(s) have not been involved in, or convicted of, any such violations and there have been no disciplinary actions against the responsible individual(s),

The DOH's Pharmacists are Danyelle Brionne Williams, Pharmacist and Consultant Pharmacist License Number PS53818 and Niaz Ahmed Siddiqui, Pharmacist and Consultant Pharmacist License Number PS42647.

Please contact Doug Woodlief, (850) 245-4230 if you have any questions regarding this attestation.

Sincerely,

Doug Woodlief
Division Director
Emergency Preparedness and Community Support

DHW/vj

**Florida Department of Health**
**Division of Emergency Preparedness and Community Support**
4052 Bald Cypress Way, Bin A-22 • Tallahassee, FL 32399
PHONE: 850/245-4864 • FAX: 850/921-8162
**FloridaHealth.gov**



**Accredited Health Department**
Public Health Accreditation Board

Update 11/11/21, Page 62

**FDA-FLORIDA-004516**

Attachment B

LifeScience Attestations and Inspectional History

FDA-FLORIDA-004517

 Solicitation Number: AHCA ITN 008-19/20
Title: Canadian Prescription Drug Importation Program (CPDIP)

2600 Regent Blvd.                                    Telephone: (469) 844-3701
DFW Airport, TX 75261                                    Fax: (972) 456-1832

November 17, 2020
Center for Drug Evaluation and Research
Office of Communications
10001 New Hampshire Avenue
Hillandale Building, 4ᵗʰ Floor
Silver Spring, MD 20993

LifeScience Logistics (LSL) attests that there are no past criminal convictions or violations of State, Federal, or Canadian laws regarding drugs or devices against or by the responsible individual(s), Foreign Seller, or Importer. Further, LSL attests that the responsible individual(s), Foreign Seller or Importer has not been involved in, or convicted of, any such violations. LSL's principal owners (owning 10 percent or greater of outstanding stock) are Richard Beeny and Max Kamhi.

Lastly, there have been no disciplinary actions against the responsible individual(s), Foreign Seller, or Importer by State, Federal, or Canadian regulatory bodies, including any such actions against the principals, owners, directors, officers, quality unit, or any facility manager or designated representative of such manager for the previous 7 years prior to submission of the SIP Proposal, with the exception of the following three administrative fines to LSL from the referenced bodies (continued on Page 2):

FDA-FLORIDA-004518



Solicitation Number: AHCA ITN 008-19/20
Title: Canadian Prescription Drug Importation Program (CPDIP)

| Detail | Comments |
|--------|----------|
| Case # 2016-3687 | Colorado State Board of Pharmacy issued an Administrative fine of $1500 on 19 Jul 2016 for having a change of DR notice outside of the 30-day reporting window for LifeScience Logistics, 1105 E Northfield Drive, Suite 300-400, Brownsburg, IN 46112. This reporting delay occurred in November 2015. |
| Citation CI 2017 78097 | California State Board of Pharmacy issued an Administrative fine of $900 on 30 Apr 2018 for having a change of DR notice outside of the 30-day reporting window for LifeScience Logistics LLC, 4475 South Fulton Parkway Building 5 Suite C, Atlanta, GA 30349. This reporting delay occurred in September 2016. |
| Case # 18-L-0075 | Alabama State Board of Pharmacy issued a reciprocal administrative fine of $1000 on 29 Oct 2018 for the same incident in relation to the California State Board of Pharmacy Citation CI 2017 78097. |

Warm regards,

Richard Beeny
CEO and Co-founder

FDA-FLORIDA-004519



**Life Science Logistics, LLC Five Year Regulatory Audit History**
**(FEI# 968727565)**

17 FEB 2016 -   DEA Import/Export - no observations

26 FEB 2016 -   Indiana Dept. of Environmental Management – no observations

31 MAR 2016 -   ISO 13485:2003 - no observations – ISO Certificate issued

22 AUG 2016 -   Verified-Accredited Wholesale Distributors (VAWD) - no observations – Renewed

23 SEP 2016 -   Indiana Board of Pharmacy – Pass, no observations

14-16 FEB 2017 -ISO 13485:2003 one-year surveillance audit - 2 minor observations (closed)

14 MAR 2017 -   FDA - no observations

25 AUG 2017 -   DEA Export - 1 minor observation (closed)

07 MAR 2018 -   ISO 13485:2003 one-year surveillance audit - 1 minor observation (closed)

08 MAR 2018 -   ISO 13485 transition audit to 2016 standard – ISO 13485:2016 Certificate issued

14 JUN 2018 -   DEA Import and Distributor - 3 minor observations (closed)

21 FEB 2019 -   ISO 13485:2016 commercial recertification audit – 1 minor observation (closed)

23 May 2019 -   Verified-Accredited Wholesale Distributors (VAWD) - no observations – Renewed

14 Jan 2020 -   ISO 13485: 2016 corporate one-year surveillance audit – no observations

21 JAN 2020 -   ISO 13485: 2016 commercial one-year surveillance audit – no observations

24 APR 2020 -   DEA Export – no observations

26 JUN 2020 -   FDA Risk Evaluation & Mitigation Strategies program (REMS) – no observations - Certified

_Paul Hayward_    14 Mar 2020

Paul Hayward
Director, Quality Assurance and Regulatory Affairs

FDA-FLORIDA-004520



**Life Science Logistics, LLC Seven Year Disciplinary History (FEI# 968727565)**

There have been no disciplinary actions against the responsible individual(s) or Importer by State, Federal, or Canadian regulatory bodies, including any such actions against the principals, owners, directors, officers, quality unit, or any facility manager or designated representative of such manager for the previous 7 years prior to submission of the SIP Proposal, with the exception of the following three administrative fines to the entire Life Science Logistics facility network from the referenced state bodies:

| Case # 2016-3687 | Colorado State Board of Pharmacy issued an Administrative fine of $1500 on 19 Jul 2016 for having a change of DR notice outside of the 30-day reporting window for LifeScience Logistics, 1105 E Northfield Drive, Suite 300-400, Brownsburg, IN 46112.  This reporting delay occurred in November 2015. |
|---|---|
| Citation CI 2017 78097 | California State Board of Pharmacy issued an Administrative fine of $900 on 30 Apr 2018 for having a change of DR notice outside of the 30-day reporting window for LifeScience Logistics LLC, 4475 South Fulton Parkway Building 5 Suite C, Atlanta, GA 30349.  This reporting delay occurred in September 2016. |
| Case # 18-L-0075 | Alabama State Board of Pharmacy issued a reciprocal administrative fine of $1000 on 29 Oct 2018 for the same incident in relation to the California State Board of Pharmacy Citation CI 2017 78097. |

14 Nov 2020

Paul Hayward
Director, Quality Assurance and Regulatory Affairs

FDA-FLORIDA-004521

## Attachment C
LifeScience Logistics Inspection Records

FDA-FLORIDA-004522

# Drug Establishments Current Registration Site



New Search

Search Results for **life science logistics**



| Firm Name | FDA Establishment Identifier | DUNS | Business Operations | Address | Expiration Date |
|---|---|---|---|---|---|
| Life Science Logistics | 3018161030 | 117963809 | RELABEL; REPACK; | 3860 S 500 E Suite 200, Whitestown, Indiana (IN) 46075, United States (USA) | 12/31/2021 |

FDA-FLORIDA-004523



# Indiana Department of Environmental Management
*We Protect Hoosiers and Our Environment.*

100 N. Senate Avenue • Indianapolis, IN 46204
(800) 451-6027 • (317) 232-8603 • www.idem.IN.gov

**Michael R. Pence**
*Governor*

**Carol S. Comer**
*Commissioner*

March 2, 2016

<u>VIA E-MAIL</u>
Mr. Christoph Erdel
Life Science Logistics LLC
1105 E. Northfield Dr.
Brownsburg, IN 46112

Re:     Inspection Summary Letter
        Life Science Logistics LLC
        INR000137521
        Brownsburg, Hendricks County

Dear Mr. Erdel:

On 2/26/2016, a representative of the Indiana Department of Environmental Management, Office of Land Quality, conducted an inspection of Life Science Logistics LLC, located at 1105 E. Northfield Dr., Brownsburg, IN. This inspection was conducted pursuant to IC 13-14-2-2. For your information, and in accordance with IC 13-14-5, a summary of the inspection is provided below:

|  |  |
|---|---|
| Type of Inspection: | Compliance Evaluation Inspection<br>Multi-Media Screening Evaluation |
| Results of Inspection: | No Violation(s) Discovered |

Please direct any response to this letter and any questions to me at (317) 417-7891.

Sincerely,

Debbie Chesterson

Debbie Chesterson
Hazardous Waste Compliance Section
Compliance and Response Branch

Enclosure
cc:    Hendricks County Health Department

FDA-FLORIDA-004524



**INDUSTRIAL/HAZARDOUS
WASTE INSPECTION REPORT**
INDIANA DEPARTMENT OF
ENVIRONMENTAL MANAGEMENT

| Inspector's Name: | Debbie Chesterson |
|---|---|
| Others Present | |
| Date: | Friday, February 26, 2016 |
| Time In: | 8:50 AM |
| Time Out: | 10:00 AM |
| Inspection Type | Compliance Evaluation Inspection<br>Multi-Media Screening Evaluation |

| General Information | | | | | | |
|---|---|---|---|---|---|---|
| **Facility Information** | | | | | | |
| **Facility Name** | Life Science Logistics LLC | | | | | |
| **Facility Location** | 1105 E. Northfield Dr.<br>Brownsburg, IN 46112<br>Hendricks County | | | | | |
| **Facility Mailing Information** | Same Address as Facility | | | | | |
| **Facility Contact** | Same as Primary Facility Contact | | | | | |
| **Primary Facility Contact During Inspection** | Christoph Erdel<br>Operations Supervisor<br>317-456-0257<br>cerdel@lslog.com | | | | | |
| **Other Facility Contact(s) During Inspection** | Salutation | First Name | Last Name | Title | Phone Number | Email |
| | Ms. | Heather | Laurin | QA Specialist | 317-489-5036 | hlaurin@lslog.com |

| Facility ID | | | |
|---|---|---|---|
| **EPA ID Number** | INR000137521 | **NAICS Code** | 49311, 424210 |

| Facility Status | | | |
|---|---|---|---|
| **File Status** | Conditionally Exempt Small Quantity Hazardous Waste Generator | **Other Activities** | |

| Outstanding Issues | |
|---|---|
| **Last Inspection Date** | No prior RCRA inspections |
| **Previous Violations** | ○ Yes  ● No |
| **Details** | |

| Inspection Narrative |
|---|

Life Science Logistics LLC operates as a third party logistics provider for the healthcare industry. The distribution warehouse stores pharmaceuticals, medical devices and over-the-counter (OTC) items for over twenty clients in Suite 300. Suite 200 is currently unoccupied. Suite 400 warehouses healthcare items for the federal government. They began operations at this location in 2011.

This was the first RCRA inspection at the facility. They began operations at this location in 2011. The facility is notified as a conditionally exempt small quantity generator of hazardous waste. To date, no hazardous waste has been stored or shipped from this location. Hazardous waste generation could occur through damaged or expired products that are stored within the facility; hence they obtained an EPA identification number for the site.

FDA-FLORIDA-004525

No violations were noted during the inspection.

### Regulatory Status

| Observed Activity | Conditionally Exempt Small Quantity Generator | Other Activities | | Universal Waste Handler |
|---|---|---|---|---|
| Documents Reviewed | Manifests | | | |
| Comments | | | | |

---

### Waste Management

Comments:

**Waste Stream(s) Information**

**Waste Streams**
◉ Yes ○ No ○ Not Inspected ○ Not Applicable

List waste stream(s) information that varies from the most recent Annual Report (Example: additional waste streams, waste streams no longer generated, significant increase/decrease in generation rate, etc.)

| EPA Waste Codes | | Description | Source | Generation Rate | Disposition |
|---|---|---|---|---|---|
| No hazardous waste generation to date | | | | | |

| Exempted/Excluded | ○ Yes ◉ No ○ Not Inspected ○ Not Applicable |
|---|---|
| Explanation | |

**Waste Management Areas**

| Container Management Area(s) | ◉ Yes ○ No ○ Not inspected ○ Not applicable |
|---|---|

| EPA Waste Codes | Location | Number | Size | Type of Container |
|---|---|---|---|---|
| No hazardous waste present | | | | |

| Satellite Area(s) | ○ Yes ◉ No ○ Not inspected ○ Not applicable |
|---|---|

**Tanks, Restricted Waste Sites, and Other Regulated Units**
○ Yes ◉ No ○ Not inspected ○ Not applicable

---

### Environmental Releases

| Visible Releases/Contamination/Discharges | ○ Yes ◉ No Release Observed |
|---|---|

---

### Compliance Assistance

**P2 Information**

The following P2 suggestions could possibly save money, reduce waste and/or minimize risk. You might consider having a P2 assessment, or a voluntary technical assistance consultation from IDEM staff. Please visit the agency's P2 web site at http://www.in.gov/idem/5298.htm for additional information.

| Contact by IDEM OPPTA Requested | ○ Yes ○ No | |
|---|---|---|
| P2 Suggestions | | |

---

### Guidance Materials

Debbie Chesterson                    Page 2 of 5          Life Science Logistics LLC/Friday, February 26, 2016

Update 11/11/21, Page 72

FDA-FLORIDA-004526

| Guidance Materials Provided to Facility | |
|---|---|

### Multi-Media Screening
### (Checked box indicates a concern)

| Comments: | |
|---|---|
| **Multi-Media Screening Conducted** | ⦿ Yes   ○ No |

**Water Concerns**
☐ Process wastewater discharge to a POTW collection system (i.e. sewer) without a permit

☐ Direct discharge (from industrial process, industrial wastewater treatment or non-contact cooling water) to receiving water near the facility without an NPDES permit

☐ Process materials such as cleaners, solvents, paints, lubricants, etc. are escaping through floor drains

**Air Concerns**
☐ Visible emissions from stacks or vents
☐ Dust crossing property lines
☐ Open solvent containers
☐ Spray booth filters not securely in place
☐ Open burning

**Storm Water Concerns**
☐ NOI for Rule 6 (see applicable SIC codes)
☐ Storm Water Pollution Prevention Plan (must be developed within 365 days of NOI).
☐ Storm water annual sample
☐ Measures to ensure contaminants from industrial activities aren't exposed to storm water
☐ Documented quarterly inspections of storm water run-off conveyances
☐ Documented annual employee training on SWP3
☐ Rule 5 storm water permit for land disturbing activities greater than 1 acre
☐ Signs of erosion or off-site sedimentation into waters of the state from construction sites

**Drinking Water Concerns**
☐ PWSID# (applies to 25 or more employees on self-supplied drinking water system)
☐ Contamination within 200 ft of wellhead

**TRI Concerns**
☐ Lack of TRI report (applies to 10 or more employees in applicable SIC codes)

**UST Concerns**
☐ Unregistered UST containing petroleum or hazardous substance

### Checklist
### (Checked box indicates a compliance concern)

**Standards**
☐ Hazardous Waste Determination
☐ EPA Identification Number(s)
☐ Manifest General Requirements
☐ Use of the Manifest
☐ Biennial Report

**Satellite Accumulation – SQG and LQG**
☐ Satellite Accumulation - 55 Gallon
☐ Satellite Accumulation - Label
☐ Satellite Containers Closed

**Container Management – LQG**
☐ Accumulated On-site for 90 Days or Less
☐ Hazardous Waste Container Condition
☐ Hazardous Waste Container Compatibility
☐ Hazardous Waste Containers Closed
☐ Hazardous Waste Container Handling

**Container Management – SQG**
☐ Accumulate for 180 Days or Less
☐ May not Exceed 6000 Kg (13,200 Lbs)
☐ Hazardous Waste Container Condition
☐ Hazardous Waste Container Compatibility
☐ Hazardous Waste Containers Closed

Debbie Chesterson               Page 3 of 5          Life Science Logistics LLC/Friday, February 26, 2016

Update 11/11/21, Page 73

FDA-FLORIDA-004527

| | |
|---|---|
| ☐ Hazardous Waste Container Inspections | ☐ Hazardous Waste Container Handling |
| ☐ Accumulation Start Date Clearly Marked and Visible | ☐ Hazardous Waste Container Inspection |
| ☐ Marked Clearly with Words "Hazardous Waste" | ☐ Accumulation Start Date Clearly Marked and Visible |
| | ☐ Marked Clearly with the Words "Hazardous Waste" |

| **Preparedness and Prevention – LQG and SQG** | **Contingency Plan and Emergency Procedures – LQG** |
|---|---|
| ☐ Maintained and Operated to Minimize Possibility of a Release | ☐ Contingency Plan Developed |
| ☐ Required Equipment | ☐ Contingency Plan Content |
| ☐ Communication & Alarm Access | ☐ Contingency Plan Maintained at Facility |
| ☐ Aisle Space | |

| **Personnel Training – LQG** | **Training and Emergency Procedures – SQG** |
|---|---|
| ☐ Personnel Training | ☐ SQG Emergency Coordinator |
| | ☐ Emergency Information Posted |
| | ☐ Employee Training |

| **Tank Requirements – LQG** | **Used Oil – All Facilities** |
|---|---|
| ☐ Integrity Assessment | ☐ Rebuttable Presumption Applies |
| ☐ Containment and Release Detection | ☐ Containers and Tanks in Good Condition |
| ☐ Tank General Requirements | ☐ Containers/Tank Labeling |
| ☐ Tank Inspections | ☐ Release Clean Up and Containment |
| ☐ Subpart BB - Monthly Pump and Valve Monitoring | ☐ Burning Restrictions - Generated On-site or Dly, .5M BTU |
| ☐ Subpart CC - Annual Inspection/Monitoring | |

| **Additional Requirements – LQG and SQG** | **Universal Waste – All Facilities** |
|---|---|
| ☐ Release to the Environment, Disposal of Solid Waste | ☐ Universal Waste Labeling |
| ☐ Illegal Dumping | ☐ Containers - Closed, Good Condition, No Evidence of Leaks |
| ☐ Land-Ban Notification | ☐ Universal Waste - Bulb Crushing Prohibition |
| ☐ Other Violation | |

**Description of Violation(s)**

| | |
|---|---|
| | |

**Inspection Documentation**

| | |
|---|---|
| **Photographs** | ○ Yes<br>◉ No |
| **Map** | ◉ Maps |
| **GPS Location Collected** | ○ Yes<br>◉ No |
| **Analytical Screening Conducted** | ○ Yes<br>◉ No |

Debbie Chesterson          Page 4 of 5          Life Science Logistics LLC/Friday, February 26, 2016

Update 11/11/21, Page 74

FDA-FLORIDA-004528

| Lab Sample | ○ Yes<br>◉ No | |
|---|---|---|

| **Inspection Results/Actions** |
|---|
| Comments: |
| **Inspection Results** |
| No Violation(s) Discovered |
| **Multi-Media Screening Results** |
| No violations |

| **Finalize Inspection** | | |
|---|---|---|
| Written Summary of Inspection | Notice of Inspection and Verbal Summary Provided | |
| Inspector Information | Printed/Typed Name | Debbie Chesterson |
| | Phone Number: | (317) 417-7891 |
| | Email Address: | djcheste@idem.in.gov |
| | Signature: | Signature obtained on the Notice of Inspection |
| Facility Representative Signature | Printed/Typed Name: | Christoph Erdel |
| | Signature: | Signature obtained on the Notice of Inspection |

FDA-FLORIDA-004529

**NOTICE OF INSPECTION**
State Form 50890 (R3 / 11-05)

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
100 N. Senate Avenue
Indianapolis, IN 46204-2251
Telephone: (800) 451-6027 or (317) 232-8603

This is to notify you that on __2/26/16__ an inspection of __Hfc Science Logistics LLC__ was conducted by the undersigned representative of the Indiana Department of Environmental Management (IDEM), Office of __Land Quality__.

**Type of Inspection (may include more than one):**

☑ Compliance Evaluation Inspection
☐ Hazardous Waste
☐

☐ Complaint
☑ Multi-Media Screening Evaluation
☐ Other

**Preliminary Inspection/Screening Findings:**
These findings are considered preliminary and identify specific compliance issues discovered during the above-noted inspection that the designated agent of IDEM believes may be a violation of a statute(s), rule(s) or permit(s) issued by IDEM.

**Single Media Inspection:**
☑ No violations were discovered with respect to the particular items observed during the inspection.
☐ Violations were discovered but corrected during the inspection.
☐ Violations were discovered and require a submittal from you and/or follow-up inspection by IDEM.
☐ Violations were discovered and may subject you to an appropriate enforcement response.
☐ Additional information/review is required to evaluate overall compliance.
☐ Other / Comments (attachment may be included)_____

**Multi-Media Screening (Please note that a multi-media screening is not a comprehensive evaluation of the compliance status of the facility):**
☐ Multi-media screening not conducted.
☑ No violations were discovered with respect to the limited multi-media screening conducted by IDEM.
☐ Potential violations were discovered but corrected during the inspection.
☐ Potential violations were discovered and may be further investigated.

**Pollution Prevention:**
Pollution prevention is the preferred means of environmental protection in Indiana. The goal of pollution prevention is to promote changes in business and commercial operation, especially manufacturing processes, so that Indiana businesses increase productivity, generate less environmental wastes, reduce their regulatory responsibilities and become more profitable. Your participation in Indiana's pollution prevention program is entirely voluntary. If you have any pollution prevention questions, you may contact our Office of Pollution Prevention and Technical Assistance (OPPTA) at (317) 232-8172 or (800) 988-7901, or visit OPPTA's Web site at www.idem.IN.gov/oppta/p2/. Would your company like to be contacted by IDEM's Office of Pollution Prevention and Technical Assistance? ☐ Yes ☐ No

**Compliance Assistance:**
In addition to the compliance assistance offered by IDEM's individual programs, IDEM's Compliance and Technical Assistance Program (CTAP) offers free, confidential compliance assistance to regulated entities, including small businesses and municipalities, throughout Indiana. In the future, if you would like to request free, confidential compliance assistance, call (317) 232-8172 or (800) 988-7901, or visit CTAP's Web site at www.idem.IN.gov/ctap.
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

A summary of violations and concerns noted during the inspection was verbally communicated to the undersigned representative during the inspection. The facility should correct any violations noted as soon as possible. Violations identified and corrected during the inspection may still be cited as violations.

A written inspection summary will be provided within 45 days. In accordance with IC 13-14-5-4, matters not evident to IDEM at the time of the inspection might not be included in either the verbal or written inspection summary.

**IDEM Representative:**

| Printed Name | Signature | Phone Number | Date | Time |
|---|---|---|---|---|
| Dobie Chesterson | Dobie Chesterson | 317-417-7891 | 2 26 16 | In: 9:50 am<br>Out: 10:00 am |

**Owner/Agent Representative:**

| Printed Name | Signature | Title | Phone Number | Date |
|---|---|---|---|---|
| CHRISTOPH F. ERVEL | | Operations Supervisor | 317 456 0757 | 26 FEB 2016 |

DISTRIBUTION:   White – IDEM Public File;   Canary – Office of _____

FDA-FLORIDA-004530



May 25, 2017

Cory Green, Senior Manager
Commercial Operations
Lifescience Logistics
1105 E. Northfield Drive, Suite 400
Brownsburg, IN 46112-2530

FMD-6981-17

Dear Mr. Green:

The U.S. Food and Drug Administration (FDA) or a state agency contracted by the FDA, conducted an inspection at 1105 E. Northfield Drive, Suite 400, Brownsburg, IN, ending on March 14, 2017. Effective April 1, 1997, when the Agency determines an inspection is closed under 21 C.F.R. 20.64 (d)(3), FDA released a copy of the inspection report to the inspected firm.

You will find a copy of the FDA Establishment Inspection Report or state contracted inspection report attached, FDA may have redacted some information in accordance with the Freedom of Information Act (FOIA) and Title 21, C. F. R., Part 20. Firms may request a copy of their FDA inspections completed prior to April 1, 1997 through FOIA.

FDA is working to make its regulatory process and activities more transparent to the regulated industry. Part of this effort is releasing a copy of your inspection report or summary to you.

Any questions regarding this letter or the release of this report should be directed to FMD Coordinator, U.S. Food and Drug Administration, 300 River Place, Suite 5900, Detroit, Michigan 48207. Telephone 313-393-8110; fax 313-393-8139.

Sincerely,

LCDR Kelli L. Wilkinson
Director of Compliance
Detroit District Office

Enclosure: EIR,
ded

U.S. Food and Drug Administration – Detroit District
300 River Place, Suite 5900
Detroit, MI 48207
Telephone: 313-393-8100
FAX: 313-393-8139
www.fda.gov

FDA-FLORIDA-004531

| **Establishment Inspection Report** | FEI: | 3009057691 |
| --- | --- | --- |
| Lifescience Logistics | EI Start: | 3/14/2017 |
| Brownsburg, IN 46112-2530 | EI End: | 3/14/2017 |

TABLE OF CONTENTS

Summary ........................................................................................................................... 1
Administrative Data .......................................................................................................... 2
History ............................................................................................................................... 2
Interstate (I.S.) Commerce ............................................................................................... 3
Jurisdiction (Products Manufactured and/or Distributed) ................................................ 3
Individual Responsibility and Persons Interviewed ......................................................... 3
Firm's Training Program .................................................................................................... 3
Manufacturing/Design Operations .................................................................................... 3
Manufacturing Codes ........................................................................................................ 5
Complaints ........................................................................................................................ 5
Recall Procedures ............................................................................................................. 5
Objectionable Conditions and Management's Response ................................................... 6
Refusals ............................................................................................................................. 6
General Discussion with Management ............................................................................... 6
Additional Information ...................................................................................................... 6
Samples Collected ............................................................................................................ 6
Voluntary Corrections ....................................................................................................... 6
Exhibits Collected ............................................................................................................. 6
Attachments ...................................................................................................................... 6

## SUMMARY

This was a pre-approval inspection (PAI) of a large contract finished drug storage and distribution warehouse. This firm was identified as a warehousing and distribution facility ███████████ ██████████████████████████████████████████████████████ USA Inc.

This inspection was performed in accordance with compliance program 7356.002 *Drug Manufacturing Inspections* as well as 7346.832 *Pre-Approval Inspections/Investigations* and is being reported under FACTS assignment number 11715051.

The firm was previously inspected on 8/21/12 under the biologics program. No inspection observations were issued at the conclusion of the August 2012 inspection.

The current inspection was the firm's first inspection under the drug program and included coverage of the firm's Quality, Facilities & Equipment, and Materials systems. No inspection observations were issued at the conclusion of this inspection.

1 of 6

FDA-FLORIDA-004532

| **Establishment Inspection Report** | FEI: | **3009057691** |
|---|---|---|
| Lifescience Logistics | EI Start: | 3/14/2017 |
| Brownsburg, IN 46112-2530 | EI End: | 3/14/2017 |

No refusals were encountered and no samples were collected.

## ADMINISTRATIVE DATA

| | |
|---|---|
| Inspected firm: | Lifescience Logistics |
| Location: | 1105 E Northfield Dr Ste 300-400 |
| | Brownsburg, IN 46112-2530 |
| Phone: | 317-456-0254 |
| FAX: | - |
| Mailing address: | 1105 E Northfield Dr Ste 300-400 |
| | Brownsburg, IN 46112-2530 |
| Dates of inspection: | 3/14/2017 |
| Days in the facility: | 1 |
| Participants: | **Robert M Barbosa, Investigator** |

Upon arrival I, Investigator Robert M. Barbosa, presented credentials and a prepared FDA 482 Notice of Inspection to Mr. Derek Gates (Supervisor of Operations). Mr. Gates identified himself as the most responsible onsite and accepted the notice. Also in attendance was Mr. Henry Tillman (QA Specialist) and Mr. David Mastromatteo (COO). I relayed the purpose and scope of my inspection to the aforementioned individuals.

An inspection closeout meeting was held with Mr. Tillman and Mr. Mastromatteo later that day. No observations were issued at the conclusion of the inspection.

## HISTORY

LifeScience Logistics (abbreviated as LSL) operates as a contract domestic warehousing and distribution facility of finished pharmaceuticals and other regulated products including biotech, medical devices, and biologics. The firm operates four facilities located proximal to Dallas-FW, TX; Baltimore, MD; Indianapolis, IN; and Atlanta, GA. The Indiana site specifically provides contract warehousing and distribution of finished pharmaceuticals (including category I-V) and biologics (animal plasma). The firm also provides storage of finished pharmaceuticals (including category I-V) for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In addition to controlled room temperature storage (CRT), the facility is equipped for storage of refrigerated (2-8°C) and frozen (-25 to -35°C) products.

The facility was last inspected under the biologics program on 8/21/12. No observations were issued at the conclusion of that inspection.

Please direct all post inspectional correspondence, including FMD-145 to:

Mr. Cory Green,

FDA-FLORIDA-004533

| Establishment Inspection Report | FEI: | 3009057691 |
| --- | --- | --- |
| Lifescience Logistics | EI Start: | 3/14/2017 |
| Brownsburg, IN 46112-2530 | EI End: | 3/14/2017 |

Sr. Manager of Commercial Operations
1105 E. Northfield Dr., Suite 400
Brownsburg, IN 46112

## INTERSTATE (I.S.) COMMERCE
Mr. Tillman stated that approximately 60-70% of all shipments into and out of the Brownsburg facility move in interstate commerce.

## JURISDICTION (PRODUCTS MANUFACTURED AND/OR DISTRIBUTED)
The firm provides contract warehousing and distribution services of finished pharmaceuticals (including category I-V) as well as other regulated products including biotech, medical devices, and biologics (animal plasma). The firm also provides storage of finished pharmaceuticals (including category I-V) for ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ In addition to controlled room temperature storage (CRT), the facility is equipped for storage of refrigerated (2-8°C) and frozen (-25 to -35°C) products. All registrations were verified as current.

## INDIVIDUAL RESPONSIBILITY AND PERSONS INTERVIEWED
Mr. Richard Beeny is the firm's current CEO. The site's commercial warehousing and distribution operation is led by Mr. Cory Green (Sr. Manager of Commercial Operations). Mr. Green is temporarily reporting to Mr. Mastromatteo until the vacant position of Operations Manager for the Brownsburg, IN site is filled.

Mr. Tillman is the head of the quality organization at the Brownsburg, IN site. Mr. Tillman reports directly to Ms. Samantha Nash (QA Supervisor). Ms. Nash in-turn reports to Mr. Paul Hayward (Director of Quality and Regulatory Affairs).

Mr. Mastromatteo, Mr. Tillman, and Ms. Clara Walker (QA Coordinator) accompanied me during my walkthrough of the facility. All general operation questions were addressed by Mr. Mastromatteo. All document requests were directed to and fulfilled by Mr. Tillman and Ms. Walker.

A copy of the firm's organizational chart is included here as **Exhibit RMB1**.

## FIRM'S TRAINING PROGRAM
The firm's training program is defined in procedure no. SOP 1800 *Training and Qualification*. Training falls into three main categories; read-only, instructor led, and non-procedure training. Training is recorded on hard copy training forms and maintained in a training file. The firm's training program was not reviewed during this inspection.

## MANUFACTURING/DESIGN OPERATIONS
*Facility Overview:*

3 of 6

FDA-FLORIDA-004534

| Establishment Inspection Report | FEI: | 3009057691 |
|---|---|---|
| Lifescience Logistics | EI Start: | 3/14/2017 |
| Brownsburg, IN 46112-2530 | EI End: | 3/14/2017 |

The LSL facility is located in a large single concrete structure. The facility is divided into two suites identified as 300 and 400. Suite 300 supports the firm's regulated commercial product operation and includes approximately 350,000ft². Suite 400 supports ▮▮▮▮▮▮▮▮ of the operation and was not evaluated during this inspection. Both suites are managed separately but share a common quality unit.

The firm maintains separate personnel for each suite and access is managed through card key for each area. The commercial product operation consists mainly of a large number of product storage pallet bays, an extensive receiving/shipping area, return/reject cage, a large walk-in refrigeration unit, and smaller upright units for frozen storage.

## Quality System Review:

The firm has procedures in place for managing all deviations and change controls. All deviation investigations are performed per procedure number SOP 1350 *Deviation/CAPA-Commercial*. I reviewed a list of deviations initiated between January 1, 2017 and March 2017. Three deviation investigations were selected for review. I noted no issues during my review of these investigations. All reports were observed to have been completed per the procedure

All change controls are managed through procedure number SOP 1002 *Change Control*. I reviewed a list of change controls initiated between January 1, 2016 and March 2017. I reviewed change control number CR-INC-16-0031. I noted no issues during my review of this change control. The processes documented within the report were observed to have been completed per the procedural requirements.

## Facilities & Equipment System Review:

As part of my review of the facilities and equipment system, I reviewed the firm's calibration and maintenance of the temperature reporting probes located throughout the ambient storage warehouse expansion area which was qualified for use in December 2016. Initial probe calibration was performed at that time along with the initial temperature mapping of the warehouse expansion area. I reviewed the recent probe calibration data as well as the temperature mapping data without note. Each of the temperature reporting probes were observed to be uniquely identified and within calibration tolerance. I also reviewed a trend of the temperature readings reported throughout the expanded warehouse storage area between December 2016 and March 2017. All reported temperature readings were within acceptable limits.

## Materials System Review:

Review of the materials system focused mainly on material receipt and material control through the firm's inventory control system TECSYS Elite Series Warehouse Management System. All materials and material status is controlled using this validated inventory management system. The system is designed to interface with the firm's client's inventory systems as well (specifically ▮▮▮▮▮. Orders are transferred into the system electronically by the client and product is rotated

4 of 6

FDA-FLORIDA-004535

| Establishment Inspection Report | FEI: | 3009057691 |
|---|---|---|
| Lifescience Logistics | EI Start: | 3/14/2017 |
| Brownsburg, IN 46112-2530 | EI End: | 3/14/2017 |

based on oldest expiry date for fulfillment of those orders. Staff will collect the appropriate products, package, and ship them to the designated customer. All products are received into the system in a "PR Hold" status. Product is released for use by quality assurance after notification by the client. Material cannot be allocated to fill orders unless it has been made available for use in the system.

The system validation was documented in a series of six validation documents. A copy of validation summary report no. CSV-WMS-007 was provided and reviewed. All test scripts for the system were included in the firm's IQ and PQ protocols. The summary report stated that the TECSYS system is hosted by the software owner which acts as a 3rd party for tech support and maintenance of inventory data. The software owner was audited as part of the validation effort. The summary report from this audit was provided and reviewed. The audit findings identified several corrective areas but overall no significant issues were noted.

## MANUFACTURING CODES
The firm does not assign manufacturing codes to the finished drug products it receives or distributes out of its facilities. All manufacturing codes used are provided by the firm's clients and entered into the inventory tracking system. The manufacturing codes provided vary from client to client.

## COMPLAINTS
Complaint investigations responsibilities for LSL are detailed in the firm's signed quality agreement with their client ▮▮▮▮▮▮▮▮▮ The agreement states that LSL will conduct investigations into any complaints due to "missing, overage or damaged product, late delivery etc."

Handling of product complaints is performed per procedure number SOP 4001 *Handling of Product Complaints*. The procedure describes the process for evaluating and investigating the complaints. Additionally all complaints are tracked and trends are reviewed periodically. All observed trends are investigated with CAPAs being initiated when determined to be appropriate.

I reviewed two complaint investigations as well as a recent trend investigation. I noted no issues during my review of these investigation forms.

## RECALL PROCEDURES
Mr. Mastromatteo explained that as a contract service provider, LSL does not actively conduct product recalls and that all formal notifications regarding product recalls are issued by the firm's various clients. He did state however that LSL may provide assistance with product recalls per the client's request. This would include providing of distribution information as well as handling of recalled product returns and forwarding for destruction.

Any activities performed in support of a client's recall as well as any responsibilities which the client may require would be stated in writing and/or as part of a quality agreement with the client. The

5 of 6

FDA-FLORIDA-004536

| **Establishment Inspection Report** | FEI: | 3009057691 |
| Lifescience Logistics | EI Start: | 3/14/2017 |
| Brownsburg, IN 46112-2530 | EI End: | 3/14/2017 |

product recall requirements between LSL and ███████████ were verified during my review of the firm's Quality agreement.

**OBJECTIONABLE CONDITIONS AND MANAGEMENT'S RESPONSE**
No inspection observations were issued.

**REFUSALS**
No refusals were encountered.

**GENERAL DISCUSSION WITH MANAGEMENT**
None.

**ADDITIONAL INFORMATION**
None.

**SAMPLES COLLECTED**
No samples were collected.

**VOLUNTARY CORRECTIONS**
N/A

**EXHIBITS COLLECTED**
1      Organizational Chart, 16 pages

**ATTACHMENTS**
1      FDA 482, 3 pages

Robert M.
Barbosa -S
Digitally signed by Robert M. Barbosa -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, 0.9.2342.19200300.100.1.1=200036 7409, cn=Robert M. Barbosa -S
Date: 2017.05.22 12:08:10 -04'00'

FDA-FLORIDA-004537



**AMCF061**(A1252)

**Acceptance of Corrective Action Plan**

**Revision 2  (March 2013)**

01AUG2017

Paul Hayward
LifeScience Logistics
1105 East Northfield Drive
Suite 300
Brownsburg
Indiana

DearMr Hayward,

**Acceptance of Corrective Action Plan from ISO 13485:2003**

**Report No.: 8515524**

Thank you for providing your corrective action plan, detailing your actions to resolve the nonconformities raised during the recent audit.

I can confirm that I have now had an opportunity to review and accept the correction, associated root cause analysis and the corrective action, and the actions and timescales specified appear to be appropriate for all nonconformities identified in the audit.

Verification of effectiveness of the nonconformities will be performed at your next scheduled surveillance audit, and the duration of this visit may be increased to allow time for the verification. Any additional time requirements will be confirmed prior to the visit.

If you have any queries on the above, please contact me.

Yours Faithfully,

J Gregory Jones
AVP Healthcare 2

**FDA-FLORIDA-004538**



April 26, 2018
Paul Hayward
LifeScience Logistics, LLC
1105 East Northfield Dr
Brownsburg,
Indiana
46112

Dear Paul,

**Acceptance of Corrective Action Plan from Report No. 8619861**

Thank you for providing your corrective action plan, detailing your actions to resolve the nonconformities raised during the recent audit.

I can confirm that I have now had an opportunity to review and accept the correction, associated root cause analysis and the corrective action, and the actions and timescales specified appear to be appropriate for all nonconformities identified in the audit.

Verification of effectiveness of the nonconformities will be performed at your next scheduled surveillance audit, and the duration of this visit may be increased to allow time for the verification. Any additional time requirements will be confirmed prior to the visit.

If you have any queries on the above, please contact me.

Yours Faithfully,


**Jeremy Ward**
**BSI Client Manager**
**jeremy.ward@bsigroup.com**
**571-353-4914**

FDA-FLORIDA-004539

 

**NABP**
National Association of
Boards of Pharmacy
www.nabp.pharmacy

1600 Feehanville Drive
Mount Prospect, IL 60056

T) 847/391-4406
F) 847/375-1114

June 4, 2019

Stephen Spelman
LifeScience Logistics, LLC
dba LifeScience Logistics
1105 E Northfield Drive
Brownsburg, IN 46112

Dear Mr Spelman:

On behalf of the National Association of Boards of Pharmacy® (NABP®) and Verified-Accredited Wholesale Distributors® (VAWD®) staff, I would like to take this opportunity to thank you and the team members at your facility for the hospitality extended to Rich Paul during the recent VAWD reaccreditation survey.

Information provided by the surveyor indicates your facility is operating in compliance with program criteria. NABP will conduct a final assessment of all reaccreditation materials, survey findings, and responses to confirm if your facility continues to meet VAWD program criteria. The Accreditation Committee will then render a decision on reaccreditation. NABP would like to assure you that we will move through the process as expediently as possible.

Thank you for your continued support of the VAWD program and for the courtesy you and your staff have extended during the process. If you have questions or concerns, feel free to contact VAWD staff via email at vawd@nabp.pharmacy.

Sincerely,

Dawn Bibbs-Morrissey
Accreditation Manager

Update 11/11/21, Page 86

FDA-FLORIDA-004540

**Pharmacy**
402 W. Washington Street
Indiana Government Center South, Room W072
Indianapolis, IN 46204
317-234-2067(PHONE) • 317-233-4236(FAX)

**FACILITY**
LifeScience Logistics
1105 East Northfield Drive Suite 300-400
Brownsburg IN 46112
Phone: 3174560250
Owner: Richard Beeny
Ownership Type:

**LICENSE**
License No: 6110094B
**Profession: Pharmacy**
License Type: CSR
1105 East Northfield Drive Suite 300-400
Brownsburg IN 46112
Phone: 3174560250

| Inspection Type: | Controlled Substances Inspection |
|---|---|
| Scheduled Date: | 08/08/2016 |
| Inspection Date: | 9/23/2016 |
| Announced? | N |
| Result: | Pass |

Remarks: If you have any questions or concerns please feel free to contact me.

As the undersigned representative of the licensee, I affirm that the information provided during the inspection is true and accurate to the best of my knowledge. I understand that the licensee is responsible for the legal operations of the facility and I am executing this inspection form as, or on behalf of the licensee.

I understand that the licensee is on notice of the violation(s) listed herein and said violation(s) must be corrected within thirty (30) days of notification. Resolution of noncompliance shall occur as stipulated and the licensee shall fully comply with Indiana law, statutes, rules, and professional standards governing their practice. If necessary, a plan of corrective action shall be submitted to the Indiana Professional Licensing Agency within five (5) business days of the initial inspection. This plan of correction shall specify the immediate action to be taken to correct all noted deficiencies.

A plan of corrective action can be either emailed to PLA Compliance@pla.IN.gov, or mailed to: Indiana Professional Licensing Agency, Attn: Compliance Division, 402 W. Washington Street, RM W072 Indianapolis, IN 46204. (Postmark must be within five (5) business days after the initial inspection). Failure to timely submit a corrective action plan will result in a personal appearance before the appropriate licensing board. If subsequent inspections identify a failure to address previous violations the facility will "fail" the inspection and disciplinary proceedings will be initiated against licensure

_____
Signature of Inspector

9-23-2016
_____
Date

_____
Signature of Owner/Licensee Representative

FDA-FLORIDA-004541





# Assessment Report

# LifeScience Logistics, LLC

| | |
|---|---|
| Assessment dates | 02/25/2020 to 02/25/2020 (Please refer to Appendix for details) |
| Assessment Location(s) | Brownsburg (000) |
| Report Author | Myles Frohling |
| Assessment Standard(s) | ISO 13485:2016 |



...making excellence a habit.™

FDA-FLORIDA-004542



Assessment Report.

## Table of contents

Executive Summary ................................................................................................................4

Changes in the organization since last assessment ..........................................................5

NCR summary graphs............................................................................................................5

Your next steps ......................................................................................................................5

    NCR close out process ...................................................................................................5

Assessment objective, scope and criteria ..........................................................................6

Assessment Participants .......................................................................................................7

Assessment conclusion .........................................................................................................7

Findings from this assessment.............................................................................................8

    Opening meeting:  QMS System Review, QMS, Business, Product & Process Changes  and Improvements Objectives and Targets Management Responsibility and Changes:4.1, 4.2, 5.1, 5.2, 5.3, 5.4, 5.5, 6.1, 8.1, 8.5.1.......................................................................................................................................8

    Quality Manual, Top Management, Management Review, Quality Objectives, Quality Policy, Analysis of data:5.1, 5.6, 5.4, 8.4, 4.2 ...........................................................................................................9

    Internal Audit:8.2.2, 4.2.4, 8.2.3, 8.2.4 .........................................................................11

    Feedback Processes, Complaints and Vigilance:7.2.3, 8.2.1 ......................................11

    Improvement: Corrective and Preventive Action:8.5.1, 8.5.2, 8.5.3 ..........................12

    Product Realization: Planning and Customer Related Processes:7.1, 7.2.1, 7.2.2, 4.2.4................14

    Purchasing and Supplier Management:7.4.1, 7.4.2, 7.4.3 .........................................15

    Resources: Human Resources, Infrastructure and Work Environment:6.1, 6.2, 6.3, 6.4 .............16

    Control of Nonconforming Product:4.2.5, 8.3 ..............................................................17

    Control of Documents and Records:4.2.3, 4.2.4, 4.2.5 ...............................................19

Next visit objectives, scope and criteria...........................................................................20

Next Visit Plan .....................................................................................................................21

Appendix: Your certification structure & ongoing assessment programme...................22

    Scope of Certification .....................................................................................................22

    Assessed location(s)........................................................................................................22

    Certification assessment program .................................................................................23

...making excellence a habit.™

FDA-FLORIDA-004543



Assessment Report.

Definitions of findings: ..................................................................................................24

How to contact BSI ........................................................................................................24

Notes ...........................................................................................................................25

Regulatory compliance ..................................................................................................25

...making excellence a habit.™

FDA-FLORIDA-004544



Assessment Report.

## Executive Summary

The objectives of the assessment were met.

Obstacles, Omissions and Reliability

There were no obstacles encountered during the course of the audit.  No factors were encountered during the audit that would affect the reliability of this assessment.

Areas Not Audited
All areas were covered per the assessment plan.

Identification and Dating

Audit report authors are as per the assessment team listed.  The recommendation included in this assessment is based on the assessment of the sites documented in the 'assessed locations' table towards the rear of this report. This table also defines the assessment duration.

The report was finalized and issued on 25 Feb 2020.

If this visit is part of a multi-location assessment, the final recommendation will be contingent on the findings from all assessments.

CONTINUING ASSESSMENT

Please note that all recommendations are subject to independent review.

The management system has effectively implemented. The system addresses the scope of registration and is in accordance with the company objectives, applicable requirements of the management standard & BSI Conditions of Contract. The result of this assessment is a recommendation for certification.

ISO 13485:2016
All requirements of ISO13485:2016 are effectively implemented within the management system.

...making excellence a habit.™

FDA-FLORIDA-004545



Assessment Report.

## Changes in the organization since last assessment

There is no significant change of the organization structure and key personnel involved in the audited management system.

No change in relation to the audited organization's activities, products or services covered by the scope of certification was identified.

There was no change to the reference or normative documents which is related to the scope of certification.

## NCR summary graphs

There have been no NCRs raised.

## Your next steps

### NCR close out process

There were no outstanding nonconformities to review from previous assessments.
No new nonconformities were identified during the assessment. Enhanced detail relating to the overall assessment findings is contained within subsequent sections of the report.

Please refer to Assessment Conclusion and Recommendation section for the required submission and the defined timeline.

...making excellence a habit.™

FDA-FLORIDA-004546



Assessment Report.

## Assessment objective, scope and criteria

**Assessment Scope**
The management system processes at the address defined in the 'assessed locations table' towards the rear of this report.

**Assessment Objectives**
SURVEILLANCE
To conduct a surveillance assessment to determine the continued effectiveness of implementation of the company's management system, in accordance with the company objectives, policies and procedures, the management standards and applicable regulatory requirements from relevant regulatory authorities  & BSI Conditions of Contract. To ensure that all requirements are covered during the certification period and to determine whether a recommendation for continuing certification can be made.

ISO 13485:2016
To verify that all of the requirements of ISO13485:2016 are effectively implemented within the management system.

The scope of the assessment is the documented management system with relation to the requirements of ISO 13485:2016 and the defined assessment plan provided in terms of locations and areas of the system and organization to be assessed.

ISO 13485:2016
LifeScience Logistics, LLC. management system documentation

...making excellence a habit.™

FDA-FLORIDA-004547



Assessment Report.

## Assessment Participants

| Name | Position | Opening Meeting | Closing Meeting | Interviewed(processes) |
|------|----------|-----------------|-----------------|------------------------|
| Paul Hayward | Director of Quality & Regulatory Affairs | X | X | X |
| Teri Johnson | Supervisor of Quality & Regulatory Affairs | X | X | X |
| Teurayi George | QA Specalist I | X | X | X |
| Nate Roberts | Director of Operations | X | X | |
| David Davis | Operations Manager | | X | |

## Assessment conclusion

BSI assessment team

| Name | Position |
|------|----------|
| Myles Frohling | Team Leader |

Assessment conclusion and recommendation

Audit objectives are met.

**RECOMMENDED** - The audited organization can be recommended for certification / recertification / continued certification to the above listed standards and has been found in general compliance with the audit criteria as stated in the above-mentioned audit plan.

Use of certification documents, mark / logo or report

The use of the BSI certification documents and mark / logo is effectively controlled.

...making excellence a habit.™

FDA-FLORIDA-004548



Assessment Report.

## Findings from this assessment

### Opening meeting:  QMS System Review, QMS, Business, Product & Process Changes and Improvements
### Objectives and Targets Management Responsibility and Changes:4.1, 4.2, 5.1, 5.2, 5.3, 5.4, 5.5, 6.1, 8.1, 8.5.1

Opening Meeting, Manufacturer Information and Changes

The opening meeting was conducted with the presence of the Senior staff, Director of operations and Management Representative/Responsible Engineering Manager.

The assessment plan, objectives and scope of the assessment were confirmed.

The opening meeting and full assessment was performed in English.

Scope of Certification:
The registration certificates and scope of the registration were confirmed as follows:
Third Party Logistics for medical device companies, logistic provider performing relabeling, repackaging and distribution activities for medical device companies outside of manufacturing requirements.

Quality Manual Version: Quality Manual – Quality Manual – Rev. 019 – Eff. 24 Jun 2019

Exclusions and Non-Applications of Requirements in the QMS:
Exclusions:
7.3 Design and Development. This registration does not design or develop new products.

Non-Applications:
7.5.2 Cleanliness of Product and Contamination Control
7.5.3 Installation activities
7.5.5 Particular requirements for sterile medical devices (maintain records) 7.5.9.2 Particular requirements for implantable medical devices

Significant Changes:
There have not been any major or significant changes to the QMS, organizational structure, products or process since the last visit.

Adverse Incidents, Field Safety Corrective Actions and Recalls:
There have been no adverse incidents, recalls, or requirement for field safety corrective actions since the last report.

Corporate Identity of the Manufacturer:
Logistics Facilities: ATL - 4475 S. Fulton Pkwy Bldg. 5 Suite C, Atlanta GA 30349 (Approx. 255,000 sq. ft
BWI – 8901 Snowden River Parkway Suite 150 Columbia, MD 21046 (Approx. 285,000 sq ft)

...making excellence a habit."

FDA-FLORIDA-004549



Assessment Report.

DFW – 2600 Regent Blvd, DFW Airport, TX 75261 (Approx. 405,000 sq ft) IND – 1105 Northfield Drive, Suite 400 Brownsburg, IN 46112 (Approx. 330,000 sq. ft)

Description of the manufacturer:
LifeScience Logistics offers supply chain solutions to customers that range from Big Pharma to small startups. The LSL's cGMP compliant facilities allow Pharmaceutical, medical device, plasma, and biotech clients to distribute frozen, refrigerated and controlled ambient temperature products to customers.

Critical Subcontractors:
LifeScience provides logistical services to government and medical device companies and does not manufacture/produce any medical devices, therefore there are no critical Subcontractors/Suppliers for the this site.

Senior Management of the Assessment Location(s).
[Confirm and record the name and title of the most senior individual]

Audit Duration Rationale:
Staffing and effective staffing numbers were reviewed against IAF MD9 annex D and MDP200 (CP0200). The effective number of staff was stated to be 106. 20% reduction is permissible due to this audit being of a distribution facility, no manufacturing is performed at this facility. Based on the number of effective staff and the recommended 20% reduction, the audit days are appropriate at 1.5 day surveillance and 3 days recertification.

Competency Code:
The competency code T71F is correct for the client and the competency code was covered over the certification cycle.

## Quality Manual, Top Management, Management Review, Quality Objectives, Quality Policy, Analysis of data:5.1, 5.6, 5.4, 8.4, 4.2

Quality Manual was reviewed. Quality Manual Quality Manual – Quality Manual – Rev. 019 – Eff. 24 Jun 2019
and The Director of Quality & Regulator Affairs, was interviewed about this document in the Suite 300 conference room.  The non-applications are documented and still reference to the older standard for some of the clauses.  The non-Applications are documented as 7.5.3 – Installation Activities, 7.5.4 – Servicing Activities and Requirements for Active Implantable Devices.

It is based on the ISO 13485:2016 standard clauses and captures all the requirements per the standard. There are four levels of document structure.  The Organization Chart was reviewed.

Quality Policy was reviewed, and it is approved.

Quality Objectives are defined in the Quality Manual and confirmed that they are defined in the Quality Manual.

...making excellence a habit.™

FDA-FLORIDA-004550



Assessment Report.

These Quality Objectives are measurable, and they have metrics defined.
Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for Quality Objectives were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Management review was assessed. Management review is controlled by SOP 1004 - Management Review – Rev. 007 – 19 Jan 2020. The Director of Quality & Regulatory Affairs and the Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA conference room and demonstrated implementation of the process. A sample of Management review minutes was taken. The Director of Quality & Regulatory Affairs is the Management Representative. Management Review is performed once a year. Inputs and Outputs are all defined in the SOP. The Management review meeting completed on 12 Feb 2019 was reviewed and Meeting Agenda was reviewed. The meeting minutes and the overall summary was reviewed. The MR process adequately captures all the inputs per Clause 5.6.2 and the outputs per Clause 5.6.3.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for Management Review were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Analysis of Data was assessed. Analysis of Data is controlled by SOP 1005 – Statistical Techniques - Rev. 004 – 18 Oct 2019. The Director of Quality & Regulatory Affairs and the Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA conference room and demonstrated implementation of the process.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for Analysis of Data process was found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Documents and Records Reviewed:
Quality Manual – Quality Manual – Rev. 019 – Eff. 24 Jun 2019
SOP 1004 - Management Review – Rev. 007 – 19 Jan 2020
SOP 1005 – Statistical Techniques - Rev. 004 – 18 Oct 2019
Organization Chart – Last Refreshed 23 July 2019
Quality policy reviewed during Management Review (12 Feb 2019)
Quality objectives
Management Review Dated: 12 Feb 2019 for review of FY 2018
Prior Management review Feb 2018
Next Management Review scheduled for 11 Feb 2020
Attendance Record – Management Review

Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs

...making excellence a habit.™

Update 11/11/21, Page 97

FDA-FLORIDA-004551



Assessment Report.

## Internal Audit:8.2.2, 4.2.4, 8.2.3, 8.2.4

Internal audit was assessed. Internal audit is controlled by SOP 1501 – Internal Audits – Rev. 008 – Eff. 10 Jan 2020
and an issued schedule which was approved and issued on SOP 1501.01 Rev. 04 – Internal Audit Schedule FY: 2020 (Created 07 Oct 2019). The Director of Quality & Regulatory Affairs and the Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA Conference Room and implementation of the process was confirmed in a review of the sample that was taken. A sample of internal audit records was taken and no issues were noted in the sample reviewed.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for internal audit were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Documents and Records Reviewed:
SOP 1501 – Internal Audits – Rev. 008 – Eff. 10 Jan 2020
SOP 1501.01 Rev. 00 - Internal Audit Schedule FY: 2019 (Created 16 Nov 2018)
SOP 1501.01 Rev. 04 - Internal Audit Schedule FY: 2020 (Created 07 Oct 2019)
Internal Audit Plan
SOP 1501.13 – Internal Audit Quality Checklist – Rev. 004 – Eff. 07 Jan 2020
SOP 1501.08 – Internal Audit Checklist – DEA – Rev. 002 – Eff. 10 Jan 2020
SOP 1501.02 – Internal Audit Cover Page – Rev. 003 – Eff. 15 Dec 2016

Internal Audit Reports sampled: IA-INC-19 (13 May 2019 – 16 May 2019)
- Major – 2
- Minor – 16
- Observations – 0
- K. Ashley (LA), D. Cherry, S. Nash, V. Schmidt
- Report Date: 05 June 2019

Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs

## Feedback Processes, Complaints and Vigilance:7.2.3, 8.2.1

Feedback processes, including complaint handling and vigilance procedures were assessed. Complaints are controlled by SOP 4001 – Handling of Product Complaints – Rev. 007 – 01 Nov 2019. The Director of Quality & Regulatory Affairs and the Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA Conference Room and demonstrated implementation of the process.  A sample of complaints was taken, and no issues were noted in the sample reviewed.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for feedback processes, including complaint handling and vigilance procedures were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

...making excellence a habit.™

FDA-FLORIDA-004552



Assessment Report.

Documents and Records Reviewed:
SOP 4004 – Client/ Customer Feedback – Commercial – Rev. 004 – Eff. 28 Aug 2018
SOP 4001 – Handling of Product Complaints – Rev. 007 – 01 Nov 2019
SOP 1301 – Risk Management – Rev. 005 – Eff. 20 Feb 2019
Complaint Log (2019): Qty. Open: 1973, Closed: 1817
Complaint Log (2020): Qty. Open: 158, Closed: 10
Reportable(s) (Any injury or death) = N/A
Complaints examined:
- CCF-AA-2020-0155 – Opened 20 Jan 2020 – Shipping Instructions Not Followed – Status: Open
- CCF-AA-2020-0153 – Opened 8 Jan 2020 – Shortage of product – Status: Investigation in Progress
- CCF-AN-2019-1477 – Opened 18 Sept 2019 – External Damage to product – Status: QA Review
- CCF-AN-2020-0035 – Opened: 20 Dec 2019 – Wrong Product – Status: QA Review
- CCF-AA-2020-0157 – Opened: 8 Jan 2020 – Transportation Issue. Order has not moved – Status: Closed a
duplicate of CCF-AA-2020-0153 Closed 21 Jan 2020


Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs


## Improvement: Corrective and Preventive Action:8.5.1, 8.5.2, 8.5.3

Corrective and preventive action processes were assessed. Corrective and preventive action is controlled by
SOP 1350 – Deviation/ CAPA – Commercial – Rev. 003 – Eff. 25 Feb 2019. The Director of Quality &
Regulatory Affairs and the Supervisor of Quality & Regulatory Affairs was interviewed in Suite 300 QA
Conference Room and demonstrated implementation of the process.  A sample of corrective and preventive
actions was taken and all issues that were identified in the samples reviewed were addressed in an open
CAPA and procedure change request that was circulating for approval.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and
monitoring for corrective and preventive action were found to be effective to meet the needs of the
business and compliant with the requirements of ISO 13485:2016.

Documents and Records Reviewed:
SOP 4004 – Client/ Customer Feedback – Commercial – Rev. 004 – Eff. 28 Aug 2018
SOP 4001 – Handling of Product Complaints – Rev. 007 – 01 Nov 2019
SOP 1301 – Risk Management – Rev. 005 – Eff. 20 Feb 2019
SOP 1350 – Deviation/ CAPA – Commercial – Rev. 003 – Eff. 25 Feb 2019
SOP 1350.02 – Deviation Report e-log
SOP 1350.01 – Deviation Report

Complaint Log (2019): Qty. Open: 1973, Closed: 1817
Complaint Log (2020): Qty. Open: 158, Closed: 10
Reportable(s) (Any injury or death) = N/A
Complaints examined:
- CCF-AA-2020-0155 – Opened 20 Jan 2020 – Shipping Instructions Not Followed – Status: Open

...making excellence a habit.™

Update 11/11/21, Page 99

FDA-FLORIDA-004553



Assessment Report.

- CCF-AA-2020-0153 – Opened 8 Jan 2020 – Shortage of product – Status: Investigation in Progress
- CCF-AN-2019-1477 – Opened 18 Sept 2019 – External Damage to product – Status: QA Review
- CCF-AN-2020-0035 – Opened: 20 Dec 2019 – Wrong Product – Status: QA Review
- CCF-AA-2020-0157 – Opened: 8 Jan 2020 – Transportation Issue. Order has not moved – Status: Closed a duplicate of CCF-AA-2020-0153 Closed 21 Jan 2020


NCs (Deviations)
DEV-INC-19-0008:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Date 24 Feb 2019 – Deviation Type: 3 – Description: There was a temperature excursion in Zone 44 of System 1. – Status: Closed 4 Mar 2019
- DEV-INC-19-0008 Att. A – Detailed Temperature Report
- Att. B – Temp. Report
- Att. C – Explanation of the Preliminary Monthly Climate Data
- Att. D – Zone 44 Primary Probe Photos
- Email of information

DEV-INC-19-0017:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Date 23 May 2019 – Deviation Type: 2 – Description: On 23 May 2019, BF QA communicated via telephone and follow-up email, that a packager received containers from the LSL that have Next Inspection Dates on the label that do not match dates in SAP – Status: Closed 29 Oct 2019
- SOP 1350.05 – Deviation/ CAPA Report Extension Request – Commercial – Rev. 001 – Dated: 26 June 2019 Approved
- SOP 1350.05 – Deviation/ CAPA Report Extension Request – Commercial – Rev. 001 – Dated: 23 July 2019 Approved
- Line Item spreadsheets

DEV-INC-19-0018:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Dated: 24 May 2019 – Deviation Type: 1 & 2 – Description: Operations has a receiving error for items QD507Q and QD509B. These items received and put into the system in the BF Cage when they needed to bin in refrigerator storage 2-8C. – Status: Closed 26 June 2019
- Att. 1 – Spreadsheet of lots with locations
- Att. 2 – BF.001 – Receiving – Rev. 002 – Eff. 01 May 2019 (Training Record) – Date: 18 June 2019

DEV-INC-19-0028:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Dated: 09 Oct 2019 – Deviation Type: 5 – Description: On 9 Oct 2019, AS Team member notified QA , facilities, and operations of a mechanical failure in cooler 20B causing the fans to distribute moisture into the chamber affecting 11 pallets of AS product. – Status: 7 Nov 2019
- Att. 1 – QA hold printout
- Att. 2 – Damaged Product Form – Rev. 002 – Eff. 28 Aug 2017 – Dated 9 Oct 2019
- Att. 3 – WI 100.04.008 – Request for Reactive Maintenance – ALL – Dated: 9 Oct 2019
- Att. 4 – Emails of explanation of incident
- Att. 5 – WI 100.04.037 – Reactive Maintenance Form – ALL – Dated: 28 Oct 2019

...making excellence a habit.™

FDA-FLORIDA-004554



Assessment Report.

CAPA:

CAPA-INC-19-0001 – Opened 31 July 2019 – escalated from DEV-INC-19-0017

Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs

## Product Realization: Planning and Customer Related Processes:7.1, 7.2.1, 7.2.2, 4.2.4

Product realization processes were assessed including planning, risk assessment and customer related processes. Product Realization is controlled by:
SOP 2002 – Handling, Storage, Packaging & Distribution – Rev. 009 – Eff. 15 May 2018
WI 400.04 – Commercial Pick Pack and Ship – Rev. 012 – Eff. 26 Aug 2019. The Director of Quality & Regulatory Affairs and the Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA Conference Room and demonstrated implementation of the process with no apparent issues.  A sample of a customer related process was taken and there were no apparent issues noted with the process.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring  for product realization were found to be [ effective [NO NC]/generally effective [MINOR NC]/not effective [MAJOR NC]] to meet the needs of the business and compliant [NO NC/not fully compliant [MINOR NC]/ not compliant [MAJOR NC]] with the requirements of ISO 13485:2016 / MDD 93/42 EEC.

Documents and Records Reviewed:
WI 400.01 – Commercial Receiving – Rev. 012 – Eff. 24 Oct 2018
SOP 2002 – Handling, Storage, Packaging & Distribution – Rev. 009 – Eff. 15 May 2018
WI 400.04 – Commercial Pick Pack and Ship – Rev. 012 – Eff. 26 Aug 2019
BF.001 – Receiving – Rev. 004 – Eff. 21 Jan 2020
SOP 1301 – Risk Management – Rev. 005 – Eff. 20 Feb 2019

Client Code BQ (name redacted) SOP for Inbound Shipments, Storage, Packing, Outbound Shipping – Version 3.3 – Eff. 3 July 2019

Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs

...making excellence a habit™



Assessment Report.

## Purchasing and Supplier Management:7.4.1, 7.4.2, 7.4.3

Purchasing and supplier management was assessed. Purchasing is controlled by SOP 1007 – Purchasing Process and Controls – Rev. 000 – Eff. 16 Jan 2019 and supplier management is controlled by SOP 1031 – Vendor Qualification – Rev. 011 – Eff. 06 Nov 2019. The Director of Quality & Regulatory Affairs and the Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA Conference Room and demonstrated implementation of the process.  A sample of supplier agreements, purchase orders and supplier audits was taken and the only issue that was noted is that purchasing related to product is all completed at the corporate headquarters, not here. There were no issues noted in the samples that were reviewed.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for purchasing and supplier management were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Documents and Records Reviewed:
SOP 1007 – Purchasing Process and Controls – Rev. 000 – Eff. 16 Jan 2019
SOP 1031 – Vendor Qualification – Rev. 011 – Eff. 06 Nov 2019
SOP 1031.04 – Controlled Supplier List – All – Rev. 033 – Eff. 13 Jan 2020

Service Agreement
OPC Pest Control – Dated 4/2019 – 3/2020
Ryan Fire Protection, Inc. – 10 Dec 2019
Mold Diagnostics – No Agreement

Certificate of Liability Insurance
OPC Pest Control – Good through Jan 2021
Ryan Fire Protection, Inc. – 30 Dec 2020
Mold Diagnostics – Exp. 1 Jan 2021

Vendor Acknowledgement of Warehouse Policies Form
OPC Pest Control – 18 Sept 2019
Ryan Fire Protection, Inc. – 16 Jan 2020
Mold Diagnostics – No Form at this time

Controlled Vendor Qualification Questionnaire
OPC Pest Control – Established Vendor No Questionnaire
Ryan Fire Protection, Inc. – 23 Dec 2019
Mold Diagnostics – Established Vendor No Questionnaire

Vendor Evaluation
OPC Pest Control – 23 Sept 2019
Mold Diagnostics – 23 Sept 2019
Ryan Diagnostics – Does not have one because vendor is less than a year old

Personnel Interviewed:

...making excellence a habit.™

FDA-FLORIDA-004556



Assessment Report.

Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs

## Resources: Human Resources, Infrastructure and Work Environment:6.1, 6.2, 6.3, 6.4

Resource provision including human resources, infrastructure and work environment was assessed. Human resource management is controlled by SOP 1800 – Training and Qualification – Rev. 017 – Eff. 11 Dec 2019.

Maintenance of the work environment and infrastructure is controlled by SOP 204 – Business Continuity Plan – Rev. 005 – Eff. 08 July 2019. The Director of Quality & Regulatory Affairs and Supervisor of Quality & Regulatory Affairs was interviewed in Suite 300 QA Conference Room area and demonstrated implementation of the process and there were no issues noted in the samples taken and reviewed.  A sample of training records to provide objective evidence of competency, awareness and training was taken and there were no noted issues with the sample that was reviewed. A sample of planned preventive maintenance records was taken and there were no issues noted with the sample that was taken and reviewed.

Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for resource provision including competency, awareness and training and management of infrastructure and work environment were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Documents and Records Reviewed:
SOP 1800 – Training and Qualification – Rev. 017 – Eff. 11 Dec 2019
Training Role Reports
Employee Training Form
SOP 1800.02 Procedure Training Form
SOP 1800.03 Non-Procedure Training Form
SOP 3001 – Emergency Response Plan – Rev. 008 – Eff. 09 Oct 2019
SOP 3002 – Pest Control – Rev. 007 – Eff. 16 Apr 2018
SOP 204 – Business Continuity Plan – Rev. 005 – Eff. 08 July 2019
WI 100.02 – Facility Sanitation – Rev. 009 – Eff. 20 Dec 2019
WI 100.02.03 – Master Cleaning Schedule-Commercial – Rev. 000 – Eff. 06 Dec 2018
SOP 2002 – Handling, Storage, Packaging & Distribution – Rev. 009 – 15 May 2018
WI 100.03 – Temperature Review – Rev. 012 – Eff. 23 Aug 2019
SOP 1001.08 – Annual cGMP Training – Rev. 003 – Eff. 23 Apr 2019

Training Role Report:
Teurayi George – QA Specialist I
Brook Austin – Warehouse Lead
John Graham – Warehouse Personnel

Training Records were reviewed in the MQ1 system for:
Teurayi George
Brook Austin
John Graham

...making excellence a habit.™

FDA-FLORIDA-004557



Assessment Report.

Job Description:
Quality Assurance Specialist I
Warehouse Lead
Warehouse Personnel

WI 100.02.03 – Master Cleaning Schedule – Commercial – Rev. 000 – Eff. 06 Dec 2018
- Jan 2020
- Dec 2019
- Nov 2019

Pest Control Logs
- January – Being conducted today Pest control is on site
- December – 5 Dec 2019 – OPC-4
- November – 8 Nov 2019 – OPC-4
- October – 3 October 2019 – OPC-4

Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs
Teurayi George – QA Specialist I

## Control of Nonconforming Product:4.2.5, 8.3

Control of nonconforming product was assessed. Control of nonconforming product is controlled by SOP 1350 – Deviation/ CAPA – Commercial – Rev. 003 – Eff. 25 Feb 2019. The Director of Quality & Regulatory Affairs and Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA Conference Room area and demonstrated implementation of the process.  A sample of internal nonconforming product records was taken and there were no noted issues within the sample reviewed.
Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for control of nonconforming product were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Documents and Records Reviewed:
SOP 4004 – Client/ Customer Feedback – Commercial – Rev. 004 – Eff. 28 Aug 2018
SOP 4001 – Handling of Product Complaints – Rev. 007 – 01 Nov 2019
SOP 1301 – Risk Management – Rev. 005 – Eff. 20 Feb 2019
SOP 1350 – Deviation/ CAPA – Commercial – Rev. 003 – Eff. 25 Feb 2019
SOP 1350.02 – Deviation Report e-log
SOP 1350.01 – Deviation Report

NCs (Deviations)
DEV-INC-19-0008:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Date 24 Feb 2019 – Deviation Type: 3 – Description: There was a temperature excursion in Zone 44 of

...making excellence a habit.™

Update 11/11/21, Page 104

FDA-FLORIDA-004558



Assessment Report.

System 1. – Status: Closed 4 Mar 2019
- DEV-INC-19-0008 Att. A – Detailed Temperature Report
- Att. B – Temp. Report
- Att. C – Explanation of the Preliminary Monthly Climate Data
- Att. D – Zone 44 Primary Probe Photos
- Email of information

DEV-INC-19-0017:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Date 23 May 2019 – Deviation Type: 2 – Description: On 23 May 2019, BF QA communicated via telephone and follow-up email, that a packager received containers from the LSL that have Next Inspection Dates on the label that do not match dates in SAP – Status: Closed 29 Oct 2019
- SOP 1350.05 – Deviation/ CAPA Report Extension Request – Commercial – Rev. 001 – Dated: 26 June 2019 Approved
- SOP 1350.05 – Deviation/ CAPA Report Extension Request – Commercial – Rev. 001 – Dated: 23 July 2019 Approved
- Line Item spreadsheets

DEV-INC-19-0018:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Dated: 24 May 2019 – Deviation Type: 1 & 2 – Description: Operations has a receiving error for items QD507Q and QD509B. These items received and put into the system in the BF Cage when they needed to bin in refrigerator storage 2-8C. – Status: Closed 26 June 2019
- Att. 1 – Spreadsheet of lots with locations
- Att. 2 – BF.001 – Receiving – Rev. 002 – Eff. 01 May 2019 (Training Record) – Date: 18 June 2019

DEV-INC-19-0028:
SOP 1350.01 – Deviation Report – Commercial – Rev. 004 – Eff. 27 Nov 2017
- Dated: 09 Oct 2019 – Deviation Type: 5 – Description: On 9 Oct 2019, AS Team member notified QA , facilities, and operations of a mechanical failure in cooler 20B causing the fans to distribute moisture into the chamber affecting 11 pallets of AS product. – Status: 7 Nov 2019
- Att. 1 – QA hold printout
- Att. 2 – Damaged Product Form – Rev. 002 – Eff. 28 Aug 2017 – Dated 9 Oct 2019
- Att. 3 – WI 100.04.008 – Request for Reactive Maintenance – ALL – Dated: 9 Oct 2019
- Att. 4 – Emails of explanation of incident
- Att. 5 – WI 100.04.037 – Reactive Maintenance Form – ALL – Dated: 28 Oct 2019

Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs
Teurayi George – QA Specialist I

...making excellence a habit.™

FDA-FLORIDA-004559



Assessment Report.

## Control of Documents and Records: 4.2.3, 4.2.4, 4.2.5

Control of documents and records were assessed.
Control of Documents are controlled by SOP 1100 – Document Control – Rev. 012 – Eff. 09 Oct 2019.
Control of records processes are controlled by SOP 1101 – Control of Records – Rev. 022 – Eff. 14 Oct 2019. The Director of Quality & Regulatory Affairs and Supervisor of Quality & Regulatory Affairs was interviewed in the Suite 300 QA Conference Room and demonstrated implementation of the process. Based upon the objective evidence reviewed the planned arrangements, implementation, delivery and monitoring for control of documents and records were found to be effective to meet the needs of the business and compliant with the requirements of ISO 13485:2016.

Documents and Records Reviewed:
Document Master List – In MQ1
SOP 1100 – Document Control – Rev. 012 – Eff. 09 Oct 2019
SOP 1101 – Control of Records – Rev. 022 – Eff. 14 Oct 2019
SOP 1002 – Change Control – Rev. 010 – Eff. 11 Apr 2019
WI 100.03 – Temperature Review – Rev. 012 – Eff. 23 Aug 2019 – CR# 0011411
SOP 2002 – Handling, Storage, Packaging & Distribution – Rev. 009 – Eff. 15 May 2018 – CR#001046
WI 100.02 – Facility Sanitation – Rev. 009 – Eff. 20 Dec 2019 – CR# 001423
SOP 3001 – Emergency Response Plan – Rev. 008 – Eff. 09 Oct 2019 – CR#001417
SOP 2004 – Business Continuity Plan – rev. 005 – Eff. 08 Jul 2019 – CR# 001377
Wi 100.19 – Emergency Response Plan – Rev. 006 – Eff. 30 July 2019 – CR# 001390
SOP 3002 – Pest Control – Rev. 007 – Eff. 16 April 2018 – CR#00970

Personnel Interviewed:
Paul Hayward – Director of Quality & Regulatory Affairs
Teri Johnson – Supervisor of Quality & Regulatory Affairs

...making excellence a habit.™

Update 11/11/21, Page 106

FDA-FLORIDA-004560



Assessment Report.

## Next visit objectives, scope and criteria

Assessment Scope
The management system processes at the address defined in the 'assessed locations table' towards the rear of this report.

Assessment Objectives

SURVEILLANCE
To conduct a surveillance assessment to determine the continued effectiveness of implementation of the company's management system, in accordance with the company objectives, policies and procedures, the management standards and applicable regulatory requirements from relevant regulatory authorities  & BSI Conditions of Contract. To ensure that all requirements are covered during the certification period and to determine whether a recommendation for continuing certification can be made.

ISO 13485:2016
To verify that all of the requirements of ISO13485:2016 are effectively implemented within the management system.

The scope of the assessment is the documented management system with relation to the requirements of ISO 13485:2016 and the defined assessment plan provided in terms of locations and areas of the system and organization to be assessed.

ISO 13485:2016
LifeScience Logistics, LLC. management system documentation
Please refer to BSI terms and conditions regarding cancellation of planned visits.

...making excellence a habit.™

FDA-FLORIDA-004561



Assessment Report.

## Next Visit Plan

| Date | Auditor | Time | Area/Process | Clause |
|------|---------|------|--------------|--------|
| 01/19/2021 | | | Opening Meeting | |
| 01/19/2021 | | | Site Tour | |
| 01/19/2021 | Assessor 1 | | Certificate Scope, Quality Manual, Quality Policy and Quality Objectives and Analysis of Data | |
| 01/19/2021 | | | Leadership, Management Commitment, Management Responsibility, Management Review, and Analysis of Data | |
| 01/19/2021 | | | Feedback, Continual Improvement, Complaints, Adverse Event Reporting, Recalls, and Advisory Notices | |
| 01/19/2021 | | | Regulatory, Combined Checklist, Progress Toward Transition to ISO 13485:2016 | |
| 01/19/2021 | | | Internal Audits | |
| 01/19/2021 | | | Lunch | |
| 01/19/2021 | | | Corrective Actions and Preventive Actions | |
| 01/19/2021 | | | Preservation of Product, Receiving, Receiving Inspection, and Control of Nonconforming Product | |
| 01/19/2021 | | | Shipping, Distribution, Identification, Traceability, Inspection (including cold storage and ambient temperature), and Control of Nonconforming Product | |
| 01/20/2021 | | | Calibration, Preventive Maintenance, Control of Monitoring and Measuring Devices and Validation of Processes | |
| 01/20/2021 | | | Training and Competency, HR and Provision of Resources | |
| 01/20/2021 | | | Report Preparation | |
| 01/20/2021 | | | Closing Meeting | |

...making excellence a habit.™

Update 11/11/21, Page 108

FDA-FLORIDA-004562



Assessment Report.

## Appendix: Your certification structure & ongoing assessment program

### Scope of Certification

**FM 646928 (ISO 13485:2016)**
Third Party Logistics for medical device companies, logistic provider performing relabeling, repackaging and distribution activities for medical device companies outside of manufacturing requirements.
Certificate Scheme:
Scheme manager:

### Assessed location(s)

The audit has been performed at Permanent Locations.

**Brownsburg / FM 646928 (ISO 13485:2016)**

| | |
|---|---|
| **Location reference** | 0047585260-000 |
| **Address** | LifeScience Logistics, LLC<br>1105 East Northfield Drive<br>Suite 300<br>Brownsburg<br>Indiana<br>46112<br>USA |
| **Visit type** | Special Audit |
| **Assessment reference** | 3158671 |
| **Assessment dates** | 02/25/2020 |
| **Audit Plan (Revision Date)** | 01/11/2020 |
| **Deviation from Audit Plan** | No |
| **Total number of Employees** | 106 |
| **Effective number of Employees** | 106 |
| **Scope of activities at the site** | Third Party Logistics for medical device companies, logistic provider performing relabeling, repackaging and distribution activities for medical device companies outside of manufacturing requirements. |
| **Assessment duration** | 0.5 Day(s) |

...making excellence a habit.™

FDA-FLORIDA-004563



Assessment Report.

## Certification assessment program

**Certificate Number - FM 646928**
**Location reference - 0047585260-000**

| Business area/Location | | Audit1 | Audit2 | Audit3 |
|---|---|---|---|---|
| | Date (mm/yy): | 01/19 | 1/20 | 1/21 |
| | Duration (days): | 2.0 | 1.5 | 1.5 |
| Certificate Scope, Quality Manual, Quality Policy and Quality Objectives and Analysis of Data | | X | X | X |
| Leadership, Management Commitment, Management Responsibility, Management Review, and Analysis of Data | | X | X | X |
| Feedback, Continual Improvement, Complaints, Adverse Event Reporting, Recalls, and Advisory Notices | | X | X | X |
| Regulatory, Combined Checklist, Progress Toward Transition to ISO 13485:2016 | | X | X | X |
| Internal Audits | | X | | X |
| Corrective Actions and Preventive Actions | | X | X | X |
| Preservation of Product, Receiving, Receiving Inspection, and Control of Nonconforming Product | | X | | X |
| Purchasing, Supplier Qualification and Supplier Monitoring | | X | X | |
| Shipping, Distribution, Identification, Traceability, Inspection (including cold storage and ambient temperature), and Control of Nonconforming Product | | X | | X |
| Planning of Product Realization including Risk Management and Customer Related Processes | | X | X | |
| Calibration, Preventive Maintenance, Control of Monitoring and Measuring Devices and Validation of Processes | | X | | X |
| Work Environment including Pest Control, Infrastructure | | X | X | |
| Training and Competency, HR and Provision of Resources | | X | | X |
| Control of Documents and Control of Records | | X | X | |
| Stage 1 Assessment | | | | |
| Stage 2 Assessment | | | | |

...making excellence a habit.™

FDA-FLORIDA-004564



Assessment Report.

| Interview with Top Management | X | | |
|---|---|---|---|
| Continuing Surveillance Assessment (CAV) | | | |
| Recertification Assessment | X | | |

## Definitions of findings:

Nonconformity:
Non-fulfilment of a requirement.

Major nonconformity:
Nonconformity that affects the capability of the management system to achieve the intended results.
Nonconformities could be classified as major in the following circumstances:
• If there is a significant doubt that effective process control is in place, or that products or services will meet specified requirements;
• A number of minor nonconformities associated with the same requirement or issue could demonstrate a systemic failure and thus constitute a major nonconformity.

Minor nonconformity:
Nonconformity that does not affect the capability of the management system to achieve the intended results.

Opportunity for improvement:
It is a statement of fact made by an assessor during an assessment, and substantiated by objective evidence, referring to a weakness or potential deficiency in a management system which if not improved may lead to nonconformity in the future. We may provide generic information about industrial best practices but no specific solution shall be provided as a part of an opportunity for improvement.

Observation:
It is ONLY applicable for those schemes which prohibit the certification body to issue an opportunity for improvement.
It is a statement of fact made by the assessor referring to a weakness or potential deficiency in a management system which, if not improved, may lead to a nonconformity in the future.

## How to contact BSI

'Just for Customers' is the website that we are pleased to offer our clients following successful registration, designed to support you in maximizing the benefits of your BSI registration - please go to www.bsigroup.com/j4c to register. When registering for the first time you will need your client reference number and your certificate number

...making excellence a habit.™

FDA-FLORIDA-004565



Assessment Report.

Should you wish to speak with BSI in relation to your certification, please contact your local BSI office – contact details available from the BSI website:
https://www.bsigroup.com/en-US/contact-us/

## Notes

*This report and related documents are prepared for and only for BSI's client and for no other purpose. As such, BSI does not accept or assume any responsibility (legal or otherwise) or accept any liability for or in connection with any other purpose for which the Report may be used, or to any other person to whom the Report is shown or in to whose hands it may come, and no other persons shall be entitled to rely on the Report. If you wish to distribute copies of this report external to your organization, then all pages must be included.*

*BSI, its staff and agents shall keep confidential all information relating to your organization and shall not disclose any such information to any third party, except that in the public domain or required by law or relevant accreditation bodies.  BSI staff, agents and accreditation bodies have signed individual confidentiality undertakings and will only receive confidential information on a 'need to know' basis.*

*This audit was conducted on-site through document reviews, interviews and observation of activities. The audit method used was based on sampling the organization's activities and it was aimed to evaluate the fulfilment of the audited requirements of the relevant management system standard or other normative document and confirm the conformity and effectiveness of the management system and its continued relevance and applicability for the scope of certification.*

*As this audit was based on a sample of the organization's activities, the findings reported do not imply to include all issues within the system.*

## Regulatory compliance

*BSI conditions of contract for this visit require that BSI be informed of all relevant regulatory non-compliance or incidents that require notification to any regulatory authority.  Acceptance of this report by the client signifies that all such issues have been disclosed as part of the assessment process and agreement that any such non-compliance or incidents occurring after this visit will be notified to the BSI client manager as soon as practical after the event.*

...making excellence a habit.™

FDA-FLORIDA-004566



## Attachment D

FDA-Approved Counterpart of the Eligible Prescription Drug, Copy of the Proposed Labeling for the Eligible Prescription Drug, Side-by-Side Comparison of the FDA-Approved Labeling and the Proposed Labeling, and Copies of the HPFB-Approved Labelling

FDA-FLORIDA-004567

This attachment incorporates by file a document for each drug identified below. Each file contains:

- **A drug label cover sheet** providing each eligible prescription drug's FDA-approved counterpart, the manufacturer(s) of the finished dosage form and the active ingredient or ingredients of each eligible prescription drug that the SIP Sponsor seeks to import, the legal relationship of these entities to the SIP Sponsor, and information about the HPFB-approved product and its FDA-approved counterpart.
- **The proposed label and side-by-side comparison** of proposed label to FDA-approved drug label, including the Prescribing Information, carton and container labeling, and patient labeling (e.g., Medication Guide, Instructions for Use, patient package inserts), with all differences annotated and explained.
- **The proposed package insert**.
- **The FDA-approved package insert**.
- **The HPFB-approved package insert.**

**Drug Name**

| | | |
|---|---|---|
| Biktarvy | Genvoya | Mavyret |
| Combivent Respimat | Harvoni | Odefsey |
| Complera Tabs | Incruse Ellipta | Spiriva |
| Descovy | Intelence | Spiriva Respimat |
| Edurant | Isentress | Stribild |
| Emtricitabine Tenofovir | Januvia | Tradjenta |
| Epclusa | Juluca | Triumeq |
| Farxiga | Kaletra | Wixela Inhub |
| Fluphenazine | Latuda | Zepatier |

FDA-FLORIDA-004568

## Attachment E

Foreign Seller Attestation, License, FDA Registration, and Inspectional History

FDA-FLORIDA-004569



**Specialty Pharmaceuticals**

March 12, 2021

Steve Solomon
Life Science Logistics, LLC
2600 Regent Boulevard
DFW Airport, Texas 75261
USA

Dear Steve,

Re:   **Wholesaler Attestations to qualify as an SIP Foreign Seller**
        **Methapharm Inc. (Canada)**

Methapharm attests that there are no past criminal convictions or violations of State, Federal, or Canadian laws regarding drugs or devices against our company. Further, Methapharm attests that any responsible individual(s) have not been involved in, or convicted of, any such violations. Methapharm is 100% owned by its corporate parent Polar Pharmaceuticals Inc., an Ontario, Canada corporation.

Lastly, there have been no disciplinary actions against the responsible individual(s) or our company by State, Federal, or Canadian regulatory bodies, including any such actions against the principals, owners, directors, officers, quality unit, or any facility manager or designated representative of such manager for the previous 7 years prior to submission of the SIP Proposal, with the exception of the following single administrative fine to our Coral Springs, Florida based affiliate from the referenced state body:

| *Michigan (2014)* | *Methapharm, Inc has been licensed as a manufacturer/wholesaler in the State of Michigan since July 2002.  In June 2014, we entered into a Consent Order with the Michigan Department of Licensing and Regulatory Affairs whereby we would pay a nominal fine of $250.  The subject matter of the Michigan complaint was not that we were in violation of the Michigan Public Health Code; rather, the State of Michigan took the position that they were able to seek an administrative fine in 2014 because of the administrative actions imposed on us in Colorado (in 2009) and Maine (in 2010) – both of which had been fully disclosed to the State of Michigan throughout the period of 2010-2014).* |
|---|---|

If you require further clarification or information with respect to the above, please do not hesitate to contact us.

Sincerely yours,

Chris Calenti
Director
Direct line: 1-800-287-7686 x 7222

Update 11/11/21, Page 116

## Copy of Methapharm's DEL

 **Health   Santé**
**Canada   Canada**

This licence is only valid when viewed electronically / Cette licence est seulement valide lorsque visionnée électroniquement

**Establishment Licence**                                    **Licence d'établissement**

### Licence No. / No. de la licence
### 100927-A

### Methapharm Inc

81 Sinclair Boulevard
Brantford ON N3S 7X6

This licence is issued in accordance with the *Food and Drugs Act and Regulations* (Division 1A) for the following activities /
Cette licence est délivrée conformément à la *Loi et au Règlement sur les aliments et drogues* (titre 1A) pour les activités et les catégories de drogues suivants :

| Category / Catégorie | Activity / Activité | Non-Sterile / Non-Stérile | Sterile / Stérile |
|---|---|---|---|
| Biological / Biologique | Distribute / Distribuer | | X |
| Pharmaceutical / Pharmaceutique | Distribute / Distribuer | X | X |
| Active Pharmaceutical Ingredients / Ingrédient actif pharmaceutique | Import / Importer | X | |
| Biological / Biologique | Import / Importer | | X |
| Pharmaceutical / Pharmaceutique | Import / Importer | X | X |
| Pharmaceutical / Pharmaceutique | Label / Étiqueter | X | X |
| Pharmaceutical / Pharmaceutique | Package / Emballer | X | X |
| Prescription Drug List, Schedule G, Narcotics, and/or Drug containing Cannabis / Liste des drogues sur ordonnance, l'Annexe G, Stupéfiants et/ou Drogue contenant du Cannabis | Wholesale / Vendre en gros | X | X |

1 - *If applicable / S'il y a lieu*
«Biological» includes drugs listed in Schedule D to the Act, other than vaccines or whole blood and its components / «Biologique» inclut les drogues visée à l'annexe D de la Loi, autre que les vaccins ou le sang total et ses composants
«Radiopharmaceuticals» includes drugs listed in Schedule C to the Act / « Radiopharmaceutique » inclut les drogues visée à l'annexe C de la Loi

2 - *If applicable / S'il y a lieu*
«Distribute» as set out in paragraph C.01.A.003 (a) and/or (b) / «Distribuer » à titre de distributeur au sens du l'alinéa C.01A.003 (a) et/ou (b)
«Tests» includes any tests and examinations required under Division 2 / « Analyser » comprennent au titre 2

*This licence contains the following additional annex(es) / Cette licence contient les annexes suivantes :*

Terms and Conditions / Modalités et conditions:
Foreign Building Annex / Annexe concernant les bâtiments étrangers
Alternate Sample Retention Building Annex / Annexe concernant les autres bâtiments de conservation d'échantillons
Warehouse Annex / Annexe des entrepôts
Active Pharmaceutical Ingredient Foreign Building Annex / Annexe concernant les bâtiments étrangers d'ingrédients pharmaceutiques actifs

*Date of last GMP inspection / Date de la dernière inspection BPF : 2018-12-10*

Countersigned Director General, Regulatory Operations and Regions Branch or designated official
Contresigné par Directeur général, Directeur général des opérations réglementaires et des régions ou responsable désigné

*Godard, Kim 0*

Godard, Kim 0
C=CA, O=GC, OU=HC-SC,
CN="Godard, Kim 0"
I attest to the accuracy and
integrity of this document

This licence is the property of the Regulatory Operations and Regions Branch and must be returned upon demand
Cette licence appartient à la Direction générale des opérations réglementaires et des régions et doit être retournée sur demande

**Canada**

Licence No. / No. de la licence : 100927-A
Issued on / Émise le : 2020-12-14
Page 1 of / de 32

FDA-FLORIDA-004571

## Copy of Methapharm's Registration as SIP Foreign Seller



# Drug Establishments Current Registration Site

f SHARE   ⦿ TWEET   in LINKEDIN   ⦿ PIN IT   ⚌ EMAIL   🖨 PRINT

New Search

Search Results for **methapharm Inc.**

CSV   Excel

Filter: [          ]

| Firm Name ▲ | FDA Establishment Identifier ⬍ | DUNS ⬍ | Business Operations ⬍ | Address ⬍ | Expiration Date ⬍ |
|---|---|---|---|---|---|
| Methapharm Inc | | 253526222 | SIP FOREIGN SELLER; | 81 Sinclair Boulevard, Brantford, Ontario N3S 7X6, Canada (CAN) | 12/31/2021 |

Showing 1 to 1 of 1 entries

Previous  1  Next

Data Current through: Friday, Mar 5, 2021

FDA-FLORIDA-004572

 **Government** **Gouvernement**
**of Canada** **du Canada**

Home → Health → Drug and health products → Inspecting and monitoring drug and health products
→ Drug and health product inspections

# Drug & health product inspections

---

## Licensing information

**Establishment name:**

Methapharm Inc

**Address:**

81 Sinclair Boulevard
Brantford, Ontario
Canada
N3S 7X6

**Reference number:**

503239

**Site:**

A

**Licence number:**

100927

**Currently licensed:**

Yes

**Activities(categories):**

- Distribute (Biological)
- Distribute (Pharmaceutical)
- Import (Active Pharmaceutical Ingredients)
- Import (Biological)
- Label (Pharmaceutical)
- Package (Pharmaceutical)
- Wholesale (Prescription Drug List, Schedule G, and/or Narcotics or a drug
  containing cannabis as defined in subsection 2(1) of the Cannabis Act.)
- Import (Pharmaceutical)

Update 11/11/21, Page 119

3/12/2021                                        Drug & health product inspections

**Terms and conditions:**

Yes

## Inspection information

**Inspection:**

| Inspection start date | Rating | Type of inspection |
|---|---|---|
| 2018–12–10 | Compliant | GMP Domestic – Regular Inspection |
| 2015–10–07 | Compliant | GMP Domestic – Regular Inspection |
| 2013–10–17 | Compliant | GMP Domestic – Regular Inspection |

**Date modified:**

2016-11-08

FDA-FLORIDA-004574

3/12/2021                                        Drug & health product inspections



Government     Gouvernement
of Canada      du Canada

Home → Health → Drug and health products → Inspecting and monitoring drug and health products
    → Drug and health product inspections

# Drug & health product inspections

## Inspection report card summary

Initial inspection deficiencies report

| Establishment name | Reference number | Inspection start date | Type of inspection | Inspection rating |
|---|---|---|---|---|
| Methapharm Inc | 503239 | 2015-10-07 | GMP Domestic – Regular Inspection | Compliant |

### Summary of observations

Filter items [　　　　　　　]                    Showing 1 to 8 of 8 entries Show  10 ▾ entries

| Observation number ↑↓ | Regulation ↑↓ | Summary of observation ↑↓ |
|---|---|---|
| 1 | C.02.015 – Quality Control | • Deficiencies were noted with the documentation by the quality control department of process changes. |
| 2 | C.02.006 – Personnel | • Deficiencies were noted with the training of personnel with respect to GMP principles, relevant standard operations procedures and/or their specific job duties. |
| 3 | C.02.015 – Quality Control | • Deficiencies were noted with the implementation of guidelines put in place by the quality control department to ensure that storage conditions would maintain the quality and safe distribution of a drug. |

https://www.drug-inspections-canada.ca/gmp/fullReportCard-en.html?lang=en&insNumber=8205

Update 11/11/21, Page 121

FDA-FLORIDA-004575

Drug & health product inspections

| Observation number ↑↓ | Regulation ↑↓ | Summary of observation ↑↓ |
|---|---|---|
| 4 | C.02.004 – Premises | • Deficiencies were noted with aspects of the building design intended to prevent the entry of pests.<br>• Deficiencies were noted with the design of premises to avoid mix-ups |
| 5 | C.02.012 – Manufacturing Control | • Active Pharmaceutical Ingredients were manufactured and tested from companies for which GMP compliance information was not available. |
| 6 | C.02.011 – Manufacturing Control | • Deficiencies were noted with the release from quarantine of finished products by the quality control department. |
| 7 | C.02.011 – Manufacturing Control | • Deficiency was noted with the firm's Annual Product Review program. |
| 8 | C.02.015 – Quality Control | • Deficiencies were noted with the investigation of complaints and deviations |

1

## Inspection outcome

Inspection resulted in a Compliant rating with Terms and Conditions. The site has been determined to be in Compliance with Part C, Division 2 of the Food and Drug Regulations.

Ratings are the result of observations made by Health Canada based on a reasonable belief at a particular point in time during the course of an inspection that the company was conducting the regulated activity / activities in compliance with the Food and Drugs Act or its Regulations.

## Measures taken by Health Canada

FDA-FLORIDA-004576

3/12/2021                                    Drug & health product inspections

- Drug Establishment Licence (DEL) with Terms & Conditions was maintained.

**Date modified:**
2016-11-08

FDA-FLORIDA-004577

3/12/2021                                    Drug & health product inspections



Government     Gouvernement
of Canada      du Canada

Home → Health → Drug and health products → Inspecting and monitoring drug and health products
→ Drug and health product inspections

# Drug & health product inspections

## Inspection report card summary

Initial inspection deficiencies report

| Establishment name | Reference number | Inspection start date | Type of inspection | Inspection rating |
|---|---|---|---|---|
| Methapharm Inc | 503239 | 2018-12-10 | GMP Domestic – Regular Inspection | Compliant |

### Summary of observations

**Filter items** [                    ]     Showing 1 to 10 of 10 entries
Show 10 ∨ entries

| Observation number ⬆⬇ | Regulation ⬆⬇ | Summary of observation ⬆⬇ |
|---|---|---|
| 1 | C.02.011 – Manufacturing control | • The quality control department did not evaluate the results of the annual product quality review. |
| 2 | C.02.014 – Quality control department | • The assessment to release finished products was inadequate. |
| 3 | C.02.014 – Quality control department | • The assessment, documentation, and/or procedures for considering the resale of returned drugs were inadequate. |

Update 11/11/21, Page 124

FDA-FLORIDA-004578

Drug & health product inspections

| Observation number ↑↓ | Regulation ↑↓ | Summary of observation ↑↓ |
|---|---|---|
| 4 | C.02.015 – Quality control department | • The assessment, recording, follow-up, and/or investigation of complaints and/or other information about potentially defective products was inadequate. |
| 5 | C.02.015 – Quality control department | • The premises were not laid out and/or designed for an optimal flow of personnel and/or materials to prevent cross-contamination and/or mix-ups between products. |
| 6 | C.02.027 – Stability | • The company did not determine the stability of the drug before it was marketed or before significant changes were made to the drug formulations, fabrication procedures, or packaging materials. |
| 7 | C.02.028 – Stability | • The ongoing stability program for a drug was inadequate. |
| 8 | C.02.003 – Sale | • The importer did not ensure that the foreign sites use to fabricate, package/label, or test drug products met the requirements described in Guidance on Evidence to Demonstrate Drug GMP Compliance of Foreign Sites (GUI-0080). |
| 9 | C.02.015 – Quality control department | • The quality agreement outlining the responsibilities for fabricating, packaging or labelling, and/or testing was inadequate. |
| 10 | C.02.015 – Quality control department | • The guidelines and/or procedures were inadequate in ensuring storage and/or transportation conditions would maintain the quality and safe distribution of the drug. |

FDA-FLORIDA-004579

3/12/2021                                  Drug & health product inspections

1

## Inspection outcome

Inspection resulted in a Compliant rating. The site has been determined to be in
Compliance with Part C, Division 2 of the Food and Drug Regulations. Ratings are the
result of observations made by Health Canada based on a reasonable belief at a particular
point in time during the course of an inspection that the company was conducting the
regulated activity / activities in compliance with the Food and Drugs Act or its Regulations.

## Measures taken by Health Canada

- Drug Establishment Licence (DEL) was maintained.

**Date modified:**
2016-11-08

FDA-FLORIDA-004580



RON DESANTIS
GOVERNOR

SIMONE MARSTILLER
SECRETARY

February 10, 2022

The Honorable Xavier Becerra
Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Dear Secretary Becerra:

On behalf of medically vulnerable Floridians and state taxpayers, I write to urge that you direct swift action in approving Florida's Canadian Prescription Drug Importation Program (Program). Just last week, my team received an email from the FDA asking Florida to present its best practices to other states participating in the FDA's March 2022 "virtual meeting." If the FDA already recognizes that other states should emulate Florida's Importation Program, the FDA should approve Florida's SIP proposal without further delay.

As Secretary of the Agency for Health Care Administration, it is my responsibility to ensure the quality, transparency, and cost-effectiveness of Florida's health care system, which includes administering this Program. Under the leadership of Governor Ron DeSantis, Florida became the first state in the nation to submit a Section 804 State Importation Program (SIP) proposal to the U.S. Food and Drug Administration (FDA) in November 2020. Over the past 14 months, Florida has taken significant, concrete steps to meet the requirements of the Program. For example:

- **Florida has a vendor.** In December 2020, Florida hired LifeScience Logistics, LLC (LSL) as its vendor to provide services for the implementation and operation of the Program.

- **Florida has a Canadian seller.** In March 2021, LSL executed a contract with a foreign seller in Canada.

- **Florida has a distribution facility.** Since May 2021, Florida's secure, licensed distribution facility in Lakeland has been ready for distribution.[1]

Based on these milestones, Florida stands ready to begin final implementation of the Program, but Florida cannot proceed further without an answer from the FDA. We had expected swift approval last year, especially following President Biden's Executive Order (EO 14036) in July 2021. Instead, five months later in December 2021, we received an email "save-the-date" from the FDA for "a small, virtual intergovernmental meeting" at the end of March 2022. According to the FDA's email, the meeting will involve states that have "taken action towards or *expressed significant interest in*" developing an Importation Program. While we are pleased to see the FDA assisting other states with their nascent Importation Programs, Florida should not have to wait for other states to catch up.

Florida is ready now to increase access to essential medications for vulnerable Floridians while also saving taxpayer dollars through the Program. The FDA can, and should, approve Florida's SIP

---

[1] A more detailed chronology of Florida's milestones is enclosed.



FDA-FLORIDA-004581

The Honorable Xavier Becerra
February 10, 2022
Page Two

proposal immediately. Indeed, the FDA itself recognizes Florida's Importation Program as a model for the nation.

Neither I nor my team is aware of any legitimate impediment to Acting Commissioner Woodcock approving Florida's SIP proposal. While at the time of this writing President Biden's nominee for FDA Commissioner is awaiting a full Senate vote, Dr. Woodcock "oversees the full breadth of the FDA portfolio."[2] Indeed, since January 2021, Dr. Woodcock has used her authority as Acting Commissioner to render approvals and actions spanning the FDA's broad portfolio, including unilaterally revoking emergency use authorization for lifesaving monoclonal antibody treatments.

Dr. Woodcock should exercise her authority and approve Florida's SIP proposal immediately, not only because Florida for months has met and continues to meet the requirements of the Program, but also because the FDA itself recognizes the Program as a model for the nation.

Please do not hesitate to reach out to me directly if you or your team have additional questions regarding our proposal.

Sincerely,

Simone Marstiller
Secretary

cc: Janet Woodcock, Acting Commissioner
U.S. Food and Drug Administration

---

[2] https://www.fda.gov/about-fda/fda-organization/janet-woodcock (last visited Feb. 1, 2022).

FDA-FLORIDA-004582



## Florida's Canadian Prescription Drug Importation Program

*Safe ▪ High-Quality ▪ Cost-Effective*

After 16 years of inaction by the Federal Government, Governor DeSantis created Florida's Canadian Prescription Drug Program ("Program") to ensure importation of prescription drugs from high-quality, carefully-vetted Canadian suppliers. While Floridians continue to wait for the Federal Government to act, prescription drug prices continue to rise, nearly 181% between 2003-2020 alone.

| Florida's Section 804 Importation Program (SIP) Milestones | |
|---|---|
| 2003 | • President Bush signed the Medicare Prescription Drug, Improvement and Modernization Act (MMA) into law, giving the Secretary of the U.S. Department of Health and Human Services (HHS) limited power to allow the importation of some drugs from Canada. |
| 2019 | • In April, the Florida Legislature passed House Bill 19, authorizing the Canadian Prescription Drug Importation Program. Governor DeSantis signed the bill into law in June, and the law became effective in July 2019.<br>• In August, the Florida Agency for Health Care Administration (AHCA) and the Department of Business and Professional Regulation (DBPR) submitted Florida's Canadian Prescription Drug Importation Concept Paper to the U.S. Food and Drug Administration (FDA). |
| 2020 | • In June, AHCA issued an Invitation to Negotiate for a wholesaler.<br>• In September, HHS Secretary Azar certified to Congress that the importation program would pose no additional risk to the public's health and safety and would offer "significant reduction in cost" to U.S. consumers.<br>• The same month, the Food and Drug Administration (FDA) released the final rule text on Importation of Prescription Drugs.<br>• In October, AHCA and DBPR worked with the FDA to address questions regarding the SIP submission.<br>• **In November, AHCA and DBPR submitted the Section 804 Importation Program (SIP) to the FDA.**<br>• **In December, AHCA negotiated and executed a contract with LifeScience Logistics, LLC (vendor) to provide services for the implementation and operation of the Program.** |

FDA-FLORIDA-004583

| January 2021 | • The vendor submitted:<br>  o  Proof of application for its Florida Prescription Drug Wholesaler License.<br>  o  Signed letters of intent for laboratory testing services.<br>  o  Proof of current contracts with qualified shipping partners. |
|---|---|
| February 2021 | • The vendor submitted:<br>  o  A signed letter of agreement with a relabeler.<br>  o  The site permit for the Lakeland distribution facility. |
| March 2021 | • **The vendor executed a contract with the foreign seller.** |
| April 2021 | • The vendor completed modifications to the Lakeland distribution facility.<br>• AHCA and DBPR updated the SIP Sponsor information and added the foreign seller information to the SIP.  AHCA and DBPR submitted the SIP to FDA (2nd submission). |
| May 2021 | • *DBPR completed the on-site inspection for licensing of the Lakeland distribution facility and issued permit for distribution.*<br>• Governor DeSantis held a press conference at the Lakeland distribution facility and called on the Biden Administration to approve Florida's Canadian Prescription Drug Importation Program. |
| June 2021 | • Florida filed an Amicus brief in defense of the HHS final rule implementing prescription drug importation. |
| July 2021 | • President Biden signed an Executive Order on Promoting Competition in the American Economy, which directed the FDA to work with states and tribes to import drugs from Canada.<br>• Governor DeSantis urged swift approval of Florida's Canadian Prescription Drug Importation Program. |
| August 2021 | • The FDA completed a review of Florida's SIP and submitted questions to Florida. |
| September 2021 | • AHCA and DBPR added prescription drug information and additional quality language to the SIP and submitted the SIP to the FDA (3rd submission).<br>• HHS issued its Comprehensive Plan for Addressing High Drug Prices, a report in response to President Biden's Executive Order on Competition in the American Economy. |
| October 2021 | • AHCA Secretary Marstiller presented to the Florida House of Representatives on the status of the Program and called on legislators to urge the FDA to approval Florida's SIP proposal. |
| November 2021 | • Secretary Marstiller presented to the Florida Senate on the status of the Program and called on legislators to urge the FDA to approval Florida's SIP proposal.<br>• The FDA submitted additional questions to Florida on its SIP proposal.<br>• Secretary Marstiller met with members of the Florida Congressional Delegation to provide updates on the Program.<br>• AHCA and DBPR removed prescription drug products from the proposed drug list and submitted the SIP to the FDA (4th submission).<br>• AHCA Canadian Prescription Drug Importation team conducted an onsite review of the Lakeland distribution facility. |
| December 2021 | • The FDA circulated a "save-the-date" for "a small, virtual intergovernmental meeting" for states that have "expressed significant interest in" developing a Section 804 Importation Program. |
| February 2022 | • **The FDA requested that the Agency present at the March 31 meeting on Florida's best practices and challenges in developing a SIP proposal.** |

FDA-FLORIDA-004584



RON DESANTIS
GOVERNOR

SIMONE MARSTILLER
SECRETARY

March 10, 2022

The Honorable Robert M. Califf
Commissioner of Food and Drugs
Mail Stop HF-1
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

Dear Commissioner Califf:

Congratulations on your confirmation. On February 10, 2022, I wrote to Secretary Becerra and the FDA's Acting Commissioner, Dr. Woodcock, urging swift action in approving Florida's Canadian Prescription Drug Importation Program (program). Because my letter has gone unanswered for the past month, and because the FDA now has a Senate-confirmed Commissioner, I am writing again.

As I explained to Secretary Becerra and your predecessor, the only remaining obstacle to operationalizing the program in Florida is the FDA, which must first approve the program. All of the criteria necessary to operationalize the program in Florida have been satisfied. Those criteria have been satisfied for months. A full list of Florida's milestones is attached to my February 10th letter, and also enclosed for your convenience.

It remains unclear as to why the FDA continues to delay the approval of Florida's program. We know that the FDA is hosting "a small, virtual intergovernmental meeting" on March 31, 2022. While we are happy to participate and present at this meeting, we also know that other participating states are far behind Florida in their ability to operationalize importation programs in their own states. Florida, however, is ready to begin immediately operationalizing the program upon your agency's approval.

Further delay would not only merely lack a legitimate basis, but it would also deny vulnerable Floridians access to essential medications at a reasonable cost. The pharmaceutical industrial complex and their powerful lobby have long denied Americans access to low-cost drugs. The FDA should not take up that odious mantle by delaying approval of a program specifically designed to address longstanding harm to millions of vulnerable Americans in Florida. The FDA should approve the Prescription Drug Importation Program now.

Please let me know when Florida can expect its approval.

Sincerely,

Simone Marstiller
Secretary

Enclosure

2727 Mahan Drive • Mail Stop #1
Tallahassee, FL 32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Twitter.com/AHCA_FL

**FDA-FLORIDA-004585**



RON DESANTIS
GOVERNOR

SIMONE MARSTILLER
SECRETARY

February 10, 2022

The Honorable Xavier Becerra
Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Dear Secretary Becerra:

On behalf of medically vulnerable Floridians and state taxpayers, I write to urge that you direct swift action in approving Florida's Canadian Prescription Drug Importation Program (Program). Just last week, my team received an email from the FDA asking Florida to present its best practices to other states participating in the FDA's March 2022 "virtual meeting." If the FDA already recognizes that other states should emulate Florida's Importation Program, the FDA should approve Florida's SIP proposal without further delay.

As Secretary of the Agency for Health Care Administration, it is my responsibility to ensure the quality, transparency, and cost-effectiveness of Florida's health care system, which includes administering this Program. Under the leadership of Governor Ron DeSantis, Florida became the first state in the nation to submit a Section 804 State Importation Program (SIP) proposal to the U.S. Food and Drug Administration (FDA) in November 2020. Over the past 14 months, Florida has taken significant, concrete steps to meet the requirements of the Program. For example:

- **Florida has a vendor.** In December 2020, Florida hired LifeScience Logistics, LLC (LSL) as its vendor to provide services for the implementation and operation of the Program.

- **Florida has a Canadian seller.** In March 2021, LSL executed a contract with a foreign seller in Canada.

- **Florida has a distribution facility.** Since May 2021, Florida's secure, licensed distribution facility in Lakeland has been ready for distribution.[1]

Based on these milestones, Florida stands ready to begin final implementation of the Program, but Florida cannot proceed further without an answer from the FDA. We had expected swift approval last year, especially following President Biden's Executive Order (EO 14036) in July 2021. Instead, five months later in December 2021, we received an email "save-the-date" from the FDA for "a small, virtual intergovernmental meeting" at the end of March 2022. According to the FDA's email, the meeting will involve states that have "taken action towards or *expressed significant interest in*" developing an Importation Program. While we are pleased to see the FDA assisting other states with their nascent Importation Programs, Florida should not have to wait for other states to catch up.

Florida is ready now to increase access to essential medications for vulnerable Floridians while also saving taxpayer dollars through the Program. The FDA can, and should, approve Florida's SIP

---

[1] A more detailed chronology of Florida's milestones is enclosed.

2727 Mahan Drive • Mail Stop #1
Tallahassee, FL 32308
AHCA.MyFlorida.com



Facebook.com/AHCAFlorida
Twitter.com/AHCA_FL

The Honorable Xavier Becerra
February 10, 2022
Page Two

proposal immediately. Indeed, the FDA itself recognizes Florida's Importation Program as a model for
the nation.

Neither I nor my team is aware of any legitimate impediment to Acting Commissioner Woodcock
approving Florida's SIP proposal. While at the time of this writing President Biden's nominee for FDA
Commissioner is awaiting a full Senate vote, Dr. Woodcock "oversees the full breadth of the FDA
portfolio."[2] Indeed, since January 2021, Dr. Woodcock has used her authority as Acting Commissioner
to render approvals and actions spanning the FDA's broad portfolio, including unilaterally revoking
emergency use authorization for lifesaving monoclonal antibody treatments.

Dr. Woodcock should exercise her authority and approve Florida's SIP proposal immediately, not only
because Florida for months has met and continues to meet the requirements of the Program, but also
because the FDA itself recognizes the Program as a model for the nation.

Please do not hesitate to reach out to me directly if you or your team have additional questions
regarding our proposal.

Sincerely,

Simone Marstiller
Secretary

cc: Janet Woodcock, Acting Commissioner
   U.S. Food and Drug Administration

---

[2] https://www.fda.gov/about-fda/fda-organization/janet-woodcock (last visited Feb. 1, 2022).

FDA-FLORIDA-004587



## Florida's Canadian Prescription Drug Importation Program

*Safe* ▪ *High-Quality* ▪ *Cost-Effective*

After 16 years of inaction by the Federal Government, Governor DeSantis created Florida's Canadian Prescription Drug Program ("Program") to ensure importation of prescription drugs from high-quality, carefully-vetted Canadian suppliers. While Floridians continue to wait for the Federal Government to act, prescription drug prices continue to rise, nearly 181% between 2003-2020 alone.

| Florida's Section 804 Importation Program (SIP) Milestones | |
|---|---|
| 2003 | • President Bush signed the Medicare Prescription Drug, Improvement and Modernization Act (MMA) into law, giving the Secretary of the U.S. Department of Health and Human Services (HHS) limited power to allow the importation of some drugs from Canada. |
| 2019 | • In April, the Florida Legislature passed House Bill 19, authorizing the Canadian Prescription Drug Importation Program. Governor DeSantis signed the bill into law in June, and the law became effective in July 2019.<br>• In August, the Florida Agency for Health Care Administration (AHCA) and the Department of Business and Professional Regulation (DBPR) submitted Florida's Canadian Prescription Drug Importation Concept Paper to the U.S. Food and Drug Administration (FDA). |
| 2020 | • In June, AHCA issued an Invitation to Negotiate for a wholesaler.<br>• In September, HHS Secretary Azar certified to Congress that the importation program would pose no additional risk to the public's health and safety and would offer "significant reduction in cost" to U.S. consumers.<br>• The same month, the Food and Drug Administration (FDA) released the final rule text on Importation of Prescription Drugs.<br>• In October, AHCA and DBPR worked with the FDA to address questions regarding the SIP submission.<br>• **In November, AHCA and DBPR submitted the Section 804 Importation Program (SIP) to the FDA.**<br>• **In December, AHCA negotiated and executed a contract with LifeScience Logistics, LLC (vendor) to provide services for the implementation and operation of the Program.** |

| January 2021 | • The vendor submitted:<br>  ○ Proof of application for its Florida Prescription Drug Wholesaler License.<br>  ○ Signed letters of intent for laboratory testing services.<br>  ○ Proof of current contracts with qualified shipping partners. |
|---|---|
| February 2021 | • The vendor submitted:<br>  ○ A signed letter of agreement with a relabeler.<br>  ○ The site permit for the Lakeland distribution facility. |
| March 2021 | • **The vendor executed a contract with the foreign seller.** |
| April 2021 | • The vendor completed modifications to the Lakeland distribution facility.<br>• AHCA and DBPR updated the SIP Sponsor information and added the foreign seller information to the SIP.  AHCA and DBPR submitted the SIP to FDA (2nd submission). |
| May 2021 | • *DBPR completed the on-site inspection for licensing of the Lakeland distribution facility and issued permit for distribution.*<br>• Governor DeSantis held a press conference at the Lakeland distribution facility and called on the Biden Administration to approve Florida's Canadian Prescription Drug Importation Program. |
| June 2021 | • Florida filed an Amicus brief in defense of the HHS final rule implementing prescription drug importation. |
| July 2021 | • President Biden signed an Executive Order on Promoting Competition in the American Economy, which directed the FDA to work with states and tribes to import drugs from Canada.<br>• Governor DeSantis urged swift approval of Florida's Canadian Prescription Drug Importation Program. |
| August 2021 | • The FDA completed a review of Florida's SIP and submitted questions to Florida. |
| September 2021 | • AHCA and DBPR added prescription drug information and additional quality language to the SIP and submitted the SIP to the FDA (3rd submission).<br>• HHS issued its Comprehensive Plan for Addressing High Drug Prices, a report in response to President Biden's Executive Order on Competition in the American Economy. |
| October 2021 | • AHCA Secretary Marstiller presented to the Florida House of Representatives on the status of the Program and called on legislators to urge the FDA to approval Florida's SIP proposal. |
| November 2021 | • Secretary Marstiller presented to the Florida Senate on the status of the Program and called on legislators to urge the FDA to approval Florida's SIP proposal.<br>• The FDA submitted additional questions to Florida on its SIP proposal.<br>• Secretary Marstiller met with members of the Florida Congressional Delegation to provide updates on the Program.<br>• AHCA and DBPR removed prescription drug products from the proposed drug list and submitted the SIP to the FDA (4th submission).<br>• AHCA Canadian Prescription Drug Importation team conducted an onsite review of the Lakeland distribution facility. |
| December 2021 | • The FDA circulated a "save-the-date" for "a small, virtual intergovernmental meeting" for states that have "expressed significant interest in" developing a Section 804 Importation Program. |
| February 2022 | • **The FDA requested that the Agency present at the March 31 meeting on Florida's best practices and challenges in developing a SIP proposal.** |

FDA-FLORIDA-004589



March 15, 2022

The Honorable Simone Marstiller
Secretary
Florida Agency for Health Care Administration
2727 Mahan Drive,  Mail Stop #1
Tallahassee, FL 32308

Dear Secretary Marstiller:

Thank you for your letter to Secretary Becerra dated February 10, 2022,  regarding Florida's section 804 importation program (SIP) proposal.

As you know, FDA is working to implement section 804 of the Federal Food, Drug, and Cosmetic Act for the importation of certain prescription drugs from Canada in order to reduce the cost of these drugs to the American consumer without imposing additional risk to the public's health and safety.

As part of this effort, the Agency has scheduled an intergovernmental working meeting on March 31, 2022, with a small group of states, including Florida, that have taken action toward developing SIP proposals. During the meeting, we hope to facilitate collaboration and advance our ongoing dialogue with states about the program. Interactive sessions over the half-day event will include state and federal updates related to SIP proposals. Specifically, we will discuss states' progress in developing SIP proposals, as well as provide an opportunity for all invited states to share state-identified best practices with their colleagues relative to actions taken to develop SIP proposals. We also will discuss the program in general, as well as the statutory and regulatory requirements, including the cost savings requirement. As always, we will seek to identify opportunities to better protect the public health by strengthening our oversight of drug importation through improved federal-state collaboration.

The upcoming meeting and the Agency's work in evaluating SIP proposals that have been submitted for formal review/approval, while topically related, are separate activities. While the former is an opportunity for the Agency to meet with states that have demonstrated, through a variety of actions, interest in developing a SIP proposal, the latter is a regulatory matter that has its own process and requirements.

FDA acknowledges the receipt of your SIP proposal on November 23, 2020, and subsequent clarifying information that was submitted on April 19, 2021.  Additionally, we acknowledge your response on September 15, 2021, to our request for additional information, as well as your response on November 15, 2021, to our clarifying questions.  This information is currently under evaluation.

Thank you, again, for sharing your thoughts with us regarding this important matter. We look forward to Florida's participation in the March 31, 2022, intergovernmental meeting to discuss the section 804 importation program.

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
www.fda.gov

**FDA-FLORIDA-004590**

The Honorable Simone Marstiller
Secretary
Florida Agency for Health Care Administration
Page 2

If you have any further questions, or need assistance with another FDA-related issue, please feel free to contact the FDA Intergovernmental Affairs (IGA) team at IGA@fda.hhs.gov.

Sincerely,

Nicholas D.
Alexander -S

Digitally signed by
Nicholas D. Alexander -S
Date: 2022.03.15
11:36:23 -04'00'

Nicholas D. Alexander
Director, Intergovernmental Affairs

FDA-FLORIDA-004591



March 31, 2022

The Honorable Simone Marstiller
Secretary
Florida Agency for Health Care Administration
2727 Mahan Drive,  Mail Stop #1
Tallahassee, FL 32308

Dear Secretary Marstiller:

Thank you for your letter dated March 10, 2022, to the Food and Drug Administration (FDA or the Agency) in which you ask the Agency to authorize Florida's Canadian Prescription Drug Importation Program proposal.

As stated in our letter of March 15, 2022, FDA is continuing to implement section 804 of the Federal Food, Drug, and Cosmetic Act for the importation of certain prescription drugs from Canada in order to reduce the cost of these drugs to the American consumer without imposing additional risk to the public's health and safety.

FDA acknowledges the receipt of your Section 804 Importation Program (SIP) proposal on November 23, 2020, and subsequent information that was submitted on April 19, 2021.  Additionally, we acknowledge your response on September 15, 2021, to our request for additional information, as well as your response on November 15, 2021, to our clarifying questions.  This information is currently under evaluation.

If you have any further questions, or need assistance with another FDA-related issue, please feel free to contact the FDA Intergovernmental Affairs (IGA) team at IGA@fda.hhs.gov.

Sincerely,

Donald D. Ashley -S    Digitally signed by Donald D.
                        Ashley -S
                        Date: 2022.03.31 08:34:02 -04'00'

Donald D. Ashley
Director
Office of Compliance
Center for Drug Evaluation and Research
U.S. Food and Drug Administration

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
www.fda.gov

FDA-FLORIDA-004592

| | |
|---|---|
| **From:** | Campbell, Christopher |
| **To:** | Weida, Jason |
| **Cc:** | Alexander, Nicholas; Campbell, Christopher |
| **Subject:** | RE: [EXTERNAL] RE: Bilateral Meeting with Florida (2) |
| **Date:** | Thursday, April 14, 2022 10:32:00 AM |
| **Attachments:** | image001.png |

Hi Jason-

Thanks for the e-mail.  I understand your concerns, and we will circle back with you as soon as possible.

Sincerely,
Chris

**Christopher C. Campbell, M.A.** (he/him/his)
*Senior Intergovernmental Affairs Specialist*
Office of the Commissioner/OPLIA
U.S. Food and Drug Administration
Phone:  (202) 680-4058
Christopher.Campbell@fda.hhs.gov



Subscribe to FDA email notifications here
FDA website for Federal, State, Local, Tribal, and Territorial Officials here



**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Thursday, April 14, 2022 9:16 AM
**To:** Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>; SIPDrugImportsandRFP <SIPDrugImportsandRFP@fda.hhs.gov>
**Cc:** Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>; Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** RE: [EXTERNAL] RE: Bilateral Meeting with Florida

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for your quick response, Chris.  I appreciate it.  Just to be clear, the purpose of the bilateral meeting would be to discuss state-specific questions that the FDA would not address during the March 31 virtual meeting.  The FDA itself proposed a bilateral meeting as the appropriate venue to discuss such questions.  Because this was the FDA's idea, it is not clear to me what the FDA needs to work through before scheduling a bilateral meeting.  Is there any information Florida can provide that might assist the FDA in working through this request?

Jason

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY



AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is proh bited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>
**Sent:** Thursday, April 14, 2022 7:39 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>; SIPDrugImportsandRFP <SIPDrugImportsandRFP@fda.hhs.gov>
**Cc:** Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>; Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** RE: [EXTERNAL] RE: Bilateral Meeting with Florida

Hi Jason-

Thanks for your outreach. The Agency is currently working through the request and will respond as soon as possible.

Sincerely,
Chris

**Christopher C. Campbell, M.A.** (he/him/his)
*Senior Intergovernmental Affairs Specialist*
Office of the Commissioner/OPLIA
U.S. Food and Drug Administration
Phone:  (202) 680-4058
Christopher.Campbell@fda.hhs.gov



Subscribe to FDA email notifications here
FDA website for Federal, State, Local, Tribal, and Territorial Officials here

**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Wednesday, April 13, 2022 12:35 PM
**To:** SIPDrugImportsandRFP <SIPDrugImportsandRFP@fda.hhs.gov>
**Cc:** Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>; Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Pickle, Devona <Devona.Pickle@ahca.myflorida.com>; Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>
**Subject:** [EXTERNAL] RE: Bilateral Meeting with Florida

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello, I am following up on the below email to set up a time for a bilateral meeting between the FDA and Florida.

Chris, copying you to see whether you can assist in scheduling.  I sent the below email on April 4 and would like to schedule something soon.

Thanks!

Jason

---

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this in error, please reply to the sender and delete it immediately.

---

**From:** Weida, Jason
**Sent:** Monday, April 4, 2022 3:36 PM
**To:** SIPDrugImportsandRFP@fda.hhs.gov
**Cc:** Wallace, Thomas J. <Thomas.Wallace@ahca.myflorida.com>; Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Pickle, Devona <Devona.Pickle@ahca.myflorida.com>
**Subject:** Bilateral Meeting with Florida

Hello,

I am an Assistant Deputy Secretary in Florida's Agency for Health Care Administration, which is a sponsor of Florida's SIP.  I understand from the March 31 virtual meeting that this is the correct email address to request a bilateral meeting with the FDA to discuss Florida's SIP proposal, timeline, and so on.  Would you please let me know when the FDA is available for a bilateral meeting?

Please do not hesitate to contact me if you have any questions.  My direct dial is below and my cell is 850-228-1898.

Thanks,
Jason

**Jason Weida** - ADS FOR MEDICAID POLICY &
QUALITY



Bldg 3 Room 2413 - DIVISION OF MEDICAID
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4118 (Office) - (Fax)
Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to
which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified
that any dissemination, distribution or copying of this e-mail is proh bited. If you have received this in error, please reply to the sender
and delete it immediately.

**FDA-FLORIDA-004596**

| | |
|---|---|
| **From:** | Alexander, Nicholas |
| **To:** | Farrill, Cody; Weida, Jason |
| **Cc:** | Marstiller, Simone; Campbell, Christopher; Howard, Megan |
| **Subject:** | Response Requested: Potential Dates/Times for Bilateral Meeting with FDA |
| **Date:** | Monday, May 9, 2022 12:25:00 PM |
| **Importance:** | High |

Hi Cody and Jason. Please find below some possible dates/times for a virtual 30-45 minute bilateral regulatory meeting between your team and the FDA program staff. Please note that this will be a closed (no press) virtual meeting due to the regulatory nature of the conversation. Please let me know if any of these windows of availability work for Florida.

- **Monday 5/16**
  - 10:00a – 11:00a
  - 4:00p – 5:00p
- **Tuesday 5/17**
  - 10:00a – 11:00a
  - 12:00p – 2:00p
- **Wednesday 5/18**
  - 10:00a – 11:00a
  - 1:00p – 2:30p
- **Thursday 5/19**
  - 9:00a – 10:00a
  - 11:30a – 1:00p

Thanks so much.


-- Nick


**Nick Alexander, J.D.**
*Director of Intergovernmental Affairs*
**Office of Policy, Legislation, and International Affairs**
**Office of the Commissioner**
**U.S. Food and Drug Administration**
Direct: 301-796-8893 Mobile: 240-595-4175
nicholas.alexander@fda.hhs.gov


Subscribe to FDA email notifications here



| From: | Campbell, Christopher |
|---|---|
| To: | Weida, Jason |
| Cc: | Farrill, Cody; Alexander, Nicholas; Campbell, Christopher |
| Subject: | RE: Florida"s SIP and FDA"s RFI |
| Date: | Friday, June 17, 2022 9:53:39 AM |
| Attachments: | image006.png |

Hi Jason- Nick is out today, but he wanted me to let you know that the Agency is considering a number of complicated issues and we will circle back as soon as we can.

Regards,
Chris

**Christopher C. Campbell, M.A.** (he/him/his)
*Senior Intergovernmental Affairs Specialist*
Office of the Commissioner/OPLIA
U.S. Food and Drug Administration
Phone:  (202) 680-4058
Christopher.Campbell@fda.hhs.gov



Subscribe to FDA email notifications here
FDA website for Federal, State, Local, Tribal, and Territorial Officials here



**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Tuesday, June 14, 2022 1:23 PM
**To:** Alexander, Nicholas <Nicholas.Alexander@fda.hhs.gov>
**Cc:** Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] Florida's SIP and FDA's RFI

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nick,

I appreciate your prompt response.  During our last call, your team noted the communication was going through the clearance process?  Is that still the case at this time?

Thanks,
Jason

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY

AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is proh bited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Alexander, Nicholas <Nicholas.Alexander@fda.hhs.gov>
**Sent:** Tuesday, June 14, 2022 12:53 PM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] Florida's SIP and FDA's RFI

Hi Jason,

At this time, unfortunately, we are unable provide a definitive timeframe. We continue to work diligently and will provide additional information to the State as soon as possible.

As always, please feel free to reach out to me or the IGA team. As soon as I have additional information to share, I will certainly do so!!

-- Nick

**Nick Alexander, J.D.**
*Director of Intergovernmental Affairs*
**Office of Policy, Legislation, and International Affairs**
**Office of the Commissioner**
**U.S. Food and Drug Administration**
Direct: 301-796-8893 Mobile: 240-595-4175
nicholas.alexander@fda.hhs.gov



**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Tuesday, June 14, 2022 10:39 AM
**To:** Alexander, Nicholas <Nicholas.Alexander@fda.hhs.gov>
**Cc:** Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] Florida's SIP and FDA's RFI

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Appreciate it.

**Jason Weida** - ADS FOR MEDICAID POLICY & QUALITY



AHCA Bldg 3 Room 2413 - DIVISION OF MEDICAID
+1 850-412-4118 (Office) - Jason.Weida@ahca.myflorida.com

Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is proh bited. If you have received this in error, please reply to the sender and delete it immediately.

**From:** Alexander, Nicholas <Nicholas.Alexander@fda.hhs.gov>
**Sent:** Tuesday, June 14, 2022 10:35 AM
**To:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Cc:** Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] Florida's SIP and FDA's RFI

Hi Jason. Thanks for reaching out. I will check-in with the program and circle right back.

Hope you are well.

-- Nick

**Nick Alexander, J.D.**
*Director of Intergovernmental Affairs*
**Office of Policy, Legislation, and International Affairs**
**Office of the Commissioner**
**U.S. Food and Drug Administration**
Direct: 301-796-8893  Mobile: 240-595-4175
nicholas.alexander@fda.hhs.gov



**From:** Weida, Jason <Jason.Weida@ahca.myflorida.com>
**Sent:** Tuesday, June 14, 2022 10:30 AM
**To:** Alexander, Nicholas <Nicholas.Alexander@fda.hhs.gov>
**Cc:** Farrill, Cody <Cody.Farrill@ahca.myflorida.com>; Campbell, Christopher <Christopher.Campbell@fda.hhs.gov>
**Subject:** [EXTERNAL] Florida's SIP and FDA's RFI

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nick,

I am following up.  It has been almost four weeks since our bilateral call, where the FDA said it would send Florida an RFI.  Would you please let me know when we can expect it?

Thanks,

Jason

---

**Jason Weida** - ADS FOR MEDICAID POLICY &
QUALITY



Bldg 3 Room 2413 - DIVISION OF MEDICAID
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4118 (Office) - (Fax)
Jason.Weida@ahca.myflorida.com



Privacy Statement: This e-mail may include confidential and/or proprietary information, and may be used only by the person or entity to
which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified
that any dissemination, distribution or copying of this e-mail is proh bited. If you have received this in error, please reply to the sender
and delete it immediately.



November 16, 2022

Simone Marstiller, Secretary
Florida Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #20
Tallahassee, FL  32308

Re: Florida Agency for Health Care Administration Section 804 Importation Program Proposal

Dear Secretary Marstiller,

This letter responds to the Section 804 Importation Program (SIP) Proposal that was initially submitted by the Florida Agency for Health Care Administration on November 23, 2020, and subsequently revised on: April 19, 2021, September 15, 2021, and November 15, 2021.

FDA welcomes your interest in pursuing a SIP and appreciates the efforts you have made to seek authorization of your proposal. Consistent with the July 2021 Executive Order on Promoting Competition in the American Economy, FDA is committed to working with States such as Florida and Indian Tribes that propose to develop SIPs under section 804 of the Federal Food, Drug, and Cosmetic Act (FD&C Act) and the final rule on Importation of Prescription Drugs (see 85 FR 62094; 21 CFR part 251). To assist you with this process, numerous subject matter experts at FDA and other components of HHS have carefully and thoroughly reviewed your revised SIP Proposal and prepared this letter, which identifies additional information that will help FDA complete our evaluation of your SIP Proposal. You may submit the requested information, which is detailed below in the order presented in 21 CFR part 251, to your current SIP Proposal or in a new SIP Proposal, along with all other required information. We look forward to continuing to work with you toward our shared goal of achieving a significant reduction in the cost of prescription drugs to the American consumer without posing additional risk to the public's health and safety.


**Information on the Eligible Prescription Drugs:**

- 251.3(d)(4) The overview of the SIP Proposal must include…the approved NDA or ANDA number.
    - Please ensure that your SIP Proposal includes the correct application number for each product. On page 12 of the SIP Proposal, the application number for the drug Genvoya is listed as ANDA 207561. The correct application number is NDA 207561.

- 251.3(e)(1) Identify…the manufacturer(s) of the finished dosage form and the active ingredient or ingredients of each eligible prescription drug that the SIP Sponsor seeks to import, if known or reasonably known…

1

FDA-FLORIDA-004602



- o Please clarify if the manufacturing facilities of the Health Products and Food Branch of Health Canada (HPFB)-approved and FDA-approved drugs are the same, if known or reasonably known. If different, the manufacturing location of the HPFB-approved product should be a location listed in the New Drug Application (NDA) or Abbreviated New Drug Application (ANDA).

- 251.3(e)(5) …The SIP Sponsor's importation plan must also include as much of the information that is required by §251.5 about the HPFB-approved product and its FDA-approved counterpart as is available, including the name and quantity of the active ingredient, the inactive ingredients, and the dosage form.
  - o The SIP Proposal appears to include information about the name and quantity of active ingredients, inactive ingredients, and dosage forms, but does not indicate if this information is applicable for both the HPFB-approved products and FDA-approved counterparts. Please clarify whether this information is the same for both versions. Also, please ensure that the information provided is accurate and as complete as possible given the information that is available. For example, for the drug Tradjenta, only mannitol is listed as an inactive ingredient, and for the drug Triumeq, lamivudine is not listed as an active ingredient. In addition, please note that there are instances where the proprietary names of FDA-approved drugs and HPFB-approved drugs are different. For example, Farxiga is the name of the FDA-approved drug and Forxiga is the name of the HPFB-approved drug.
  - o For the list of drugs that follows, please clarify if you are planning to import all strengths and dosage forms that are approved in the U.S. or just those that are listed in the SIP Proposal: Biktarvy, Descovy, Epclusa, Harvoni, Intelence, Isentress, Kaletra, Mavyret, and Spiriva Respimat.

- 251.3(e)(6) Provide adequate evidence that each HPFB-approved drug's FDA-approved counterpart drug is currently commercially marketed in the United States.
  - o You must provide supporting information to demonstrate that, for each HPFB-approved drug you are proposing to import, the FDA-approved counterpart drug is currently commercially marketed in the U.S. We recommend, at a minimum, including information from FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* (commonly known as the Orange Book) to show that each drug product is listed in the Active Section.

**Information on the Statutory Testing Requirements:**

- 251.3(d)(11)(i) The overview of the SIP Proposal must include a summary of how the SIP Sponsor will ensure that the imported eligible prescription drugs meet the Statutory Testing requirements.
  - o The SIP Proposal says that the State intends to partner with manufacturers that will perform required testing on each imported drug, but also suggests that for certain categories of drugs (for example, drugs that the SIP Proposal says are

2



"produced in the same facilities, on the same manufacturing lines, and contain identical specifications and standards") it will not be necessary to perform Statutory Testing on these products. Please clarify that the manufacturer or the Importer will arrange for drugs imported under the SIP to be tested by a qualifying laboratory. Laboratory testing requirements must include that a statistically valid sample of the HPFB-approved drug be subjected to testing to confirm that the HPFB-approved drug meets the FDA-approved drug's specifications and standards, which include the analytical procedures and methods and the acceptance criteria. We also note that to test for degradation, a stability-indicating assay provided by the manufacturer must be conducted on the sample of the drug that is proposed for import.

- o Further, the SIP Proposal lacks a summary of the State's specific plans to ensure that drugs imported under the SIP meet the FDA-approved drug's specifications and standards.


- 251.3(e)(7) The SIP Sponsor's importation plan must describe, to the extent possible, the testing that will be done to establish that the HPFB-approved drug meets the conditions in the NDA or ANDA for the HPFB-approved drug's FDA-approved counterpart. The SIP Sponsor's importation plan must also identify the qualifying laboratory that will conduct the Statutory Testing for the Importer, if the Importer is responsible for conducting the Statutory Testing, and it must establish that the laboratory is qualified in accordance with § 251.15 to conduct the tests.
    - o The SIP Proposal briefly states that appropriate testing will be performed on certain drug products that will be imported.  However, it only contains a listing of kinds of analytical testing and examination that are to be used in determining a drug's characteristics and compliance with specifications and standards.  The SIP Proposal is general in nature and lacks information, for either the HPFB-approved drug or the FDA-approved counterpart, related to the specific testing that will be done to establish that the HPFB-approved drug meets the conditions in the NDA or the ANDA for the FDA-approved counterpart (per § 251.3(e)(7)).
    - o To the extent possible, relevant information must be provided that allows the FDA to confirm that the characteristics of the proposed imported drug conform to those of the FDA-approved drug.  To the extent possible, please provide a description of and information about specific testing, analytical procedures and methods, and related acceptance criteria that will ensure that the HPFB-approved drug meets the conditions in the NDA or ANDA for the HPFB-approved drug's FDA-approved counterpart (per §§ 251.3(e)(7) and 251.16(d)).
    - o We acknowledge that the SIP Proposal has stated that each of the four qualifying laboratories is ISO 17025 certified and provided each laboratory's certificate number. However, based on the information provided in the SIP Proposal, FDA is unable to verify that these accreditations are current. Please provide the current ISO 17025 accreditation certificates for the four laboratories identified in the SIP Proposal.
    - o Please note that the acceptability of the qualifying laboratories could change.  If a laboratory is inspected and receives an OAI (Official Action Indicated)

3



classification; or, if the ISO 17025 accreditation for one of the labs expires, that laboratory would no longer be considered acceptable.  We recommend that the state develop a plan to assure the ongoing compliance of these laboratories and a contingency plan if one, or more, of these laboratories is no longer acceptable.

**Information on History of Violations:**

- 251.3(e)(2) Include an attestation and information statement containing a complete disclosure of any past criminal convictions or violations of State, Federal, or Canadian laws regarding drugs or devices against or by the responsible individual(s)… or an attestation that the responsible individual(s)… has not been involved in, or convicted of, any such violations.
  - Please provide information specified in this section of the final rule for the responsible individuals identified in the SIP Proposal.

- 251.3(e)(3) Include a list of all disciplinary actions, to include the date of and parties to any action imposed against the responsible individual(s)…by State, Federal, or Canadian regulatory bodies…for the previous 7 years prior to submission of the SIP Proposal.
  - Please provide information specified in this section of the final rule for the responsible individuals identified in the SIP Proposal.

**General Information Regarding the SIP:**

- 251.3(e)(4)(ii) The State and Federal inspectional history for the Importer for the previous 5 years or, if the Importer has been licensed for less than 5 years, for the duration of its period of licensure.
  - In the SIP Proposal, LifeScience Logistics is associated with more than one address. Please explain what the role is for each address associated with LifeScience Logistics, LLC, and verify if there is inspectional history and current FDA registration for any address where SIP activities will occur.

- 251.3(e)(10) Explain how the SIP Sponsor will ensure that all the participants in the SIP comply with the requirements of section 804 of the FD&C Act and the final rule.
  - Please indicate the planned frequency of onsite inspections of the Importer's Florida warehouse.

- 251.3(e)(15)(iii) The SIP Sponsor's importation plan must include the SIP's compliance plan, which must include the creation of written compliance policies, procedures, and protocols.
  - Please provide specific written compliance policies, procedures, and protocols that have been created as part of the SIP's compliance plan.

4



- 251.3(e)(15)(iv) The SIP Sponsor's importation plan must include the SIP's compliance plan, which must include the provision of education and training to ensure that Foreign Sellers, Importers, qualifying laboratories, and their employees understand their compliance-related obligations.
  - Please provide the frequency of education and training under this requirement.

- 251.3(e)(15)(vi) The SIP Sponsor's importation plan must include the SIP's compliance plan, which must include the adoption of processes and procedures for uncovering and addressing noncompliance, misconduct, or conflicts of interest.
  - Please provide processes and procedures for uncovering and addressing conflict of interest.

- 251.3(e)(16) The SIP Sponsor's importation plan must explain how the SIP Sponsor will ensure that any information that the manufacturer supplies to authenticate a prescription drug being tested and confirm that the labeling of the prescription drug complies with labeling requirements under the FD&C Act, and any trade secrets or commercial or financial information that is privileged or confidential that the manufacturer supplies for the purposes of testing or otherwise complying with the FD&C Act and the final rule, are kept in strict confidence and used only for the purposes of testing or otherwise complying with the FD&C Act and the final rule.
  - Please provide a written policy regarding handling trade secrets or commercial or financial information that is privileged or confidential.

**Information on Cost Savings:**

- 251.3(d)(11)(v) The overview of the SIP Proposal must include a summary of how the SIP Sponsor will ensure that the SIP will result in a significant reduction in the cost to the American consumer of the eligible prescription drugs that the SIP Sponsor seeks to import.
- 251.3(e)(9) The SIP Sponsor's importation plan must explain how the SIP Sponsor will ensure that the SIP will result in a significant reduction in the cost to the American consumer of the eligible prescription drugs that the SIP Sponsor seeks to import. The explanation must include any assumptions and uncertainty, and it must be sufficiently detailed to allow for a meaningful evaluation.
  - Additional information is required to meaningfully evaluate the SIP Proposal's major finding that "Following full implementation, Florida is projecting over $150 million dollars in annual savings." Our evaluation approach starts by attempting to replicate the spending and cost-savings projections of the SIP Proposal, based on the data and assumptions included in the cost-savings analysis. As drafted, the SIP Proposal does not include the details necessary to enable this first step of cost savings evaluation. Additionally, we need the sponsor to identify the sources of their pricing and spending data, explain any assumptions, and confirm that the costs included in the analysis are comprehensive. Our evaluation will

5



also attempt to verify these sources of data, consider the reasonableness of these assumptions, and determine whether the cost-savings analysis is consistent with the other elements of the SIP Proposal and process outlined in the statute and final rule.

   a. The SIP Proposal does not contain a projection of the total expenditures the SIP Sponsor anticipates under the 'Plan Scenario' if the SIP Proposal is authorized and implemented.

   b. The SIP Proposal does not contain a projection of the total expenditures the SIP Sponsor anticipates under a 'Baseline Scenario' if the SIP Proposal is not authorized and implemented.

   c. The SIP Proposal should project cost savings for each year as the difference between the baseline costs anticipated under the Baseline Scenario and the 'Plan Scenario'.

- For the 'Plan Scenario', the SIP Proposal should contain annual projections of the anticipated total expenditures for each year of the proposed SIP, and identify the calendar year, or specific 12-month period covered, for each year of the analysis.

   a. The SIP Proposal reports a projection of total cost savings covering only one year, and does not identify the calendar year, or specific 12-month period for this projection.

   b. The SIP Proposal indicates "[W]hat Florida's population can save annually once the importation program's benefit fully matures should amount to the hundreds of millions", without identifying when the SIP Sponsor anticipates these cost savings.

- For the Baseline Scenario, the SIP Proposal should contain annual projections of the total expenditures covering at least the following: (1) the time period corresponding to the projections under the 'Plan Scenario', and (2) the time period between the most recent complete year of drug pricing data referenced in the SIP Proposal used to support the 'Plan Scenario' projections and the beginning of the 'Plan Scenario' projections. For example, if the SIP Proposal would be implemented in calendar years 2023 and 2024, and the most recent complete year of drug pricing data is calendar year 2018, the annual projection of the total expenditures under the Baseline Scenario should cover at least calendar years 2018 through 2024.

- The SIP Proposal should contain expenditure projections for each drug under the 'Plan Scenario' and Baseline Scenario. The sum of these drug-specific expenditure projections should be consistent with the total expenditure projections for each scenario.

- The SIP Proposal should contain price and quantity projections for each drug under the 'Plan Scenario' and Baseline Scenario. The product of the price and quantity projections should be consistent with the drug-specific expenditure projections for each scenario.

   a. The SIP Proposal includes price information for the Baseline Scenario for 37 drugs in 2018, and no other years.

6



    b. The SIP Proposal includes price, quantity, and drug-specific expenditure data for the Baseline Scenario for 6 drugs in 2018 and no other years.

    c. The SIP Proposal presents a table with "an example of the analysis conducted to determine the potential cost savings under the SIP using a sample of drugs used to treat HIV/AIDS," referencing data that "represents utilization and costs for one quarter of 2018". This example analysis, which contains several required elements, partially characterizes a 'Counterfactual Scenario' that the SIP Proposal was in effect in 2018; however, it does not include price, quantity, or drug-specific expenditure projections for the Baseline Scenario or 'Plan Scenario' for years covered under the SIP Proposal.

o The SIP Proposal should reference drug pricing data that are sufficient to project annual expenditures projections for each drug under the 'Plan Scenario' and Baseline Scenario.

    a. The analysis contained in the SIP Proposal references data for 6 drugs covering one quarter of 2018.

    b. As noted above, the November 11, 2021 version of the SIP Proposal does not contain price and quantity projections for each drug under the 'Plan Scenario' and Baseline Scenario for the years covered by the SIP Proposal. Revisions to this SIP Proposal should contain a narrative to justify that the drug pricing data are sufficient to project annual expenditure projections for each drug under the 'Plan Scenario' and Baseline Scenario.

o The SIP Proposal should explain the sources and magnitude of the uncertainty of the 'Plan Scenario' and Baseline Scenario projections.

    a. The SIP Proposal suggests the SIP Sponsor has identified a source of uncertainty in the cost saving projections, reporting that "For the first year, the State is conservatively projecting that it can save between approximately $80 to $150 million." The SIP Proposal should explain the sources of the uncertainty that support this range of cost-savings estimates.

o The analysis contained in the SIP Proposal should be transparent and contain enough information about the data and methods to facilitate the reproducibility of its major findings. The SIP Proposal should clearly set out the basic assumptions, methods, and data underlying the analysis and discuss the uncertainties associated with the estimates.

    a. The SIP Proposal should provide adequate citations of data sources used in the compiling of the underlying estimates for all quantitative elements, especially for the drug pricing and drug utilization elements.

    b. The SIP Proposal should explicitly report the magnitude of the markup to be applied to the listed Canadian price that the SIP Sponsor believes is likely to cover additional costs of importation and processing under the SIP. The SIP Proposal should provide sufficient justification for this assumption.

    c. The SIP Proposal should include estimates of other costs of implementation anticipated by the SIP Sponsor, including the costs of drug samples, testing, and other requirements under Section 804 and the

7



Importation of Prescription Drugs Final Rule. The SIP Proposal should account for these costs when reporting the projected cost savings.

o   The 'Plan Scenario' and Baseline Scenario projections should be consistent with reasonable assumptions of potentially related trends.

    a.   For example, when projecting drug utilization, the SIP Sponsor could consider population growth rates; and when projecting drug-specific prices, the SIP Sponsor could consider trends in overall drug prices.

    b.   The SIP Sponsor should consider accounting for drug-specific price and utilization trends in the Baseline Scenario. The SIP Proposal should document any drugs that are anticipated to lose marketing exclusivity during the time period covered in the Baseline Scenario, as indicated in FDA's Orange Book. For each of these products, the SIP Proposal should clearly state whether the SIP Sponsor anticipates any impact on the drug-specific price from this loss of exclusivity.

o   In addition to addressing the above issues, please note the following:

    a.   The SIP Sponsor must provide information about how the program will result in a significant reduction in the cost to the American consumer of the eligible prescription drugs that the SIP Sponsor seeks to import. Note that, in response to public comment (85 FR 62101, Response 21), FDA indicated the following:

"FDA intends to determine whether a reduction in cost is significant in the context of considering a specific proposal. The information needed to demonstrate anticipated cost savings to the American consumer will be dependent on the specific mechanisms which the SIP Proposal is using to reduce costs for American consumers. The SIP Proposal should clearly articulate the mechanism by which the proposal will reduce costs to consumers and provide relevant information given that context. To demonstrate expected cost savings, a SIP Sponsor could compare anticipated acquisition costs or consumer prices per unit of each eligible prescription drug that the SIP Sponsor is seeking to import. A SIP Sponsor could also compare the current retail cash price of the drugs. If the cost savings do not go to consumers directly, because, for example, they accrue to a healthcare provider or payor, the SIP Proposal would need to show that the SIP will result in a significant reduction in the cost of covered products to the American consumer. We anticipate that some SIP Sponsors may seek to import drugs to be used by patients in State-run programs in which consumers do not directly pay the cost of drugs. In such cases, a SIP Sponsor could submit information about whether cost-sharing expenses are reduced for the participants, or whether the program will result in cost savings that are passed on to consumers in other ways, such as increasing the number of people covered by a State program, or increasing the availability of drugs covered by the program."

    b.   The SIP Sponsor is encouraged to adopt more recent price and utilization data and to provide data covering a longer time period.

    c.   The SIP Sponsor is encouraged to provide a framework for ex-post quantitative evaluation of the SIP Proposal projections, should the SIP

8



Sponsor seek to renew the SIP at the conclusion of two years. In particular the framework should include:

- Details of how the assumed markup to be added to the purchase price of Canadian drugs can be measured over the life of the SIP to enable more accurate future estimates of cost savings related to a renewal of the SIP.
- Details of how actualized savings can be measured ex-post implementation of the SIP and compared to initial projections of savings to the American consumer to provide a clear ex-post analysis of the original projections.

**Information on the Recall Plan:**

- 251.18(e)(3)(iii) The recall plan must include sufficient procedures for the SIP Sponsor to specify the depth to which the recall will extend (e.g., wholesale, intermediate wholesale, retail or consumer level) if not specified by FDA.
  - Please provide information specified in this section of the final rule.

- 251.18(e)(3)(iv) The recall plan must include sufficient procedures for the SIP Sponsor to notify the public about any hazard(s) presented by the recalled drug when appropriate to protect the public health.
  - Please provide information specified in this section of the final rule.

- 251.18(e)(3)(v) The recall plan must include sufficient procedures for the SIP Sponsor to conduct effectiveness checks to verify that all consignees at the specified recall depth have received notification about the recall and have taken appropriate action.
  - Please provide information specified in this section of the final rule.

**Information on the Adverse Event Reporting Requirements:**

- 251.3(d)(11)(iv) The overview of the SIP Proposal must include a summary of how the SIP Sponsor will ensure that the post-importation pharmacovigilance and other requirements of the FD&C Act and the final rule are met.
  - Please describe how the Importer will fulfill its post-importation pharmacovigilance obligations.

- 251.3(e)(11)(iv) The SIP Sponsor's importation plan must describe the procedures the SIP Sponsor will use to ensure that the requirements of the final rule are met, including the steps that will be taken to ensure that the Importer fulfills its responsibilities to submit adverse event, field alert, and other reports required by the SIP, the FD&C Act, or the final rule.
  - Please describe how the Importer will fulfill its responsibilities for, among other things, the surveillance, receipt, evaluation, reporting to FDA, and recordkeeping of adverse events.



**Information on the Supply Chain Security Requirements:**

- 251.3(e)(11) The SIP Sponsor's importation plan must describe the procedures the SIP Sponsor will use to ensure that the requirements of this part are met, including the steps that will be taken to ensure that the:
    - (i) Storage, handling, and distribution practices of supply chain participants, including transportation providers, meet the requirements of part 205 of this chapter and do not affect the quality or impinge on the security of the eligible prescription drugs
        - Please provide evidence of LifeScience Logistics licensure as a wholesale distributor in accordance with part 205.
    - (ii) Supply chain is secure
        - Please provide more information on the steps the SIP sponsor will take to ensure applicable supply chain security requirements are met. Areas not addressed or lacking specificity include:
            - Compliance with requirements on the SIP Sponsor, manufacturer, foreign seller, and importer under 21 CFR 251.14, including verification and product identifier requirements described therein.
            - Evidence that the wholesale drug distributor (WDD) is authorized (e.g., evidence of LifeScience Logistics licensure and annual reporting to FDA).
            - SIP participants' compliance with section 582 of the FD&C Act, as applicable (see e.g., 21 CFR 251.14(d)(2), (d)(6)).
            - LifeScience Logistics authorized as repackager – Repacker/relabeler registration included in the SIP Proposal is expired.

- 251.3(e)(14) The SIP Sponsor's importation plan must include the SIP's return plan, including an explanation of how the SIP Sponsor will ensure that product that is returned after distribution in the United States is properly dispositioned in the United States, if it is a non-saleable return, in order to protect patients from expired or unsafe drugs, and an explanation of how the SIP Sponsor will prevent the non-saleable returned eligible prescription drugs from being exported from the United States. In the event that a returned eligible prescription drug may be considered saleable, include an explanation for how the returned product will be determined to be saleable and under what circumstances such eligible prescription drugs may be re-distributed in the United States.
    - Please describe the return plan for ensuring non-saleable returned products (e.g., damaged, expired) are properly dispositioned in the U.S., including:
        - How the importer or designee will ensure non-saleable returned product is properly dispositioned in the United States.
        - How non-saleable returned product will be removed from the pharmaceutical distribution supply chain.

10

FDA-FLORIDA-004611



- o Please describe how returned products will be determined to be saleable and under what circumstances such eligible prescription drugs may be re-distributed in the United States.

**Information on the Proposed Labeling:**

- Consistent with 21 CFR 251.3(e)(8), the SIP Sponsor's importation plan must include a copy of the FDA-approved drug labeling for the FDA-approved counterpart of the eligible prescription drug, a copy of the proposed labeling that will be used for the eligible prescription drug, and a side-by-side comparison of the FDA-approved labeling and the proposed labeling, including the Prescribing Information, carton and container labeling, and patient labeling (e.g., Medication Guide, Instructions for Use, patient package inserts), with all differences annotated and explained. The SIP Proposal must also include a copy of the HPFB-approved labeling.
  - o You have provided the proposed Prescribing Information (PI) and FDA-approved patient labeling for your proposed imported drug followed in sequence by the PI and FDA-approved patient labeling for the source drug. Please provide a side-by-side comparison of the FDA-approved PI for the source drug and the proposed PI for the imported drug with all differences annotated and explained. Similarly, provide a side-by-side comparison of the FDA-approved patient labeling for the source drug and the proposed patient labeling for the imported drug with all differences annotated and explained.
  - o Some of the images for the proposed carton and container labeling are clear; however, others are not clear. Please ensure that the images of all the proposed carton and container labeling are clear and legible. For example, the images of the carton labeling for Combivent Respimat are illegible.
  - o For some of the proposed imported drugs, you submitted some of, but not all, the approved labeling and the proposed labeling. Please ensure that all approved and proposed labeling is provided in the SIP Proposal including all the carton and container labeling. For example, for Combivent Respimat, the carton labeling was provided, but not the inhaler label.
  - o If your SIP Proposal does not include all the package sizes available for the FDA-approved counterpart, then please revise the HOW SUPPLIED/STORAGE AND HANDLING section of the proposed PI to delete package sizes that are not being imported. For example, the proposed PI for Latuda and Januvia include the bottle or package sizes and NDC numbers of the FDA-approved drug that are not being imported under the SIP Proposal. Thus, please remove such information from the PI.
  - o Please ensure that your proposed labeling is based on the most recent version of the FDA-approved labeling.
    - The FDA-approved labeling for the NDA drug products can be found on Drugs@FDA. If such labeling is not available on Drugs@FDA, you may be

11



able to obtain the labeling from the manufacturers. You can also obtain it through a Freedom of Information Act (FOIA) request.
- The FDA-approved labeling for Abbreviated New Drug Application (ANDA) drug products are typically not posted on Drugs@FDA. The labeling for FDA-approved ANDA drug products can be obtained through a FOIA request. You may also be able to obtain it from the manufacturers.
  - o Please ensure that references to other labeling that appear in the Importer's labeling are linked to the importer's labeling.
    - For example, the proposed Instructions for Use for Combivent Respimat lists a link to the website that includes the FDA-approved source drug labeling, not the importer's labeling.

- Consistent with 251.13(b)(4), at the time the drug is sold or dispensed, the labeling of the drug must be the same as the FDA-approved labeling under the applicable NDA or ANDA, with certain exceptions.
  - o Please ensure that the design of the container and carton labeling is the same as the FDA-approved carton and container labeling given that different corporate trade dress, format, and organization is not permitted under 251.13(b)(4). Several of your proposed carton and container have different corporate trade dress, format, and organization than the source drug's carton and container labeling.
    - Manufacturer's copyright references or logos should not be removed.
    - Some of your proposed container labels include the following country of origin phrase: 'Made in XXXX'. Please fill in the information.
    - Please ensure that the proposed labeling does not contain any additional statements not permitted in the final rule. For example, the proposed Emtricitabine and Tenofovir Disoproxil Fumarate Tablets container label states "Do not cover ALERT box with pharmacy label" which is not included in the FDA-approved label.
  - o You proposed to change the term 'distributed by' to 'originally distributed by'. However, the term "originally distributed by" is not an allowable statement under 21 CFR 251.13(b)(4).
  - o Please review all labeling for spelling and formatting errors. For example, the proposed Emtricitabine and Tenofovir Disoproxil Fumarate Tablets:
    - Container label states "Pharmicist" instead of "Pharmacist" and "See package interest" instead of "See package insert".
    - PI on page 46 states "A I brand" instead of "All brand".
    - The border lines for Table 2 on page 11 of PI are missing. Also, the Table reference should appear in smaller font under the Table. Currently, the legend appears in the same size font as the following paragraphs and may be misinterpreted to be a heading.
  - o Although the labeling you submitted for several of the source drugs were the last FDA approved version, some were not. Given that the labeling of the imported drug must be the same as the FDA-approved labeling with some acceptable

12



differences, please submit the latest version of the FDA-approved labeling and ensure that the imported drug labeling is the same as the FDA-approved labeling except for the allowable exceptions.

- o The revision date should match the revision date of the latest FDA-approved labeling. When there is an update to the FDA-approved labeling in the future, the SIP labeling also needs to be updated.
- o Please ensure that the imprint code descriptions match the actual drug proposed to be imported. For example, for Emtricitabine and Tenofovir Disoproxil Fumarate Tablets, the HPFB-approved drug labeling states that the tablets are light blue to blue, "TV" on one side and with "7607" on the other side. However, the proposed labeling states that the tablets are white to off-white with "TV" on one side and "C75" on the other side.

- Consistent with 251.13(b)(4)(i), please ensure that the Importer's NDC replaces the NDC of the FDA-approved drug at the time of importation. For example, NDCs are not replaced in the HOW SUPPLIED/STORAGE AND HANDLING section of the proposed Epclusa PI.
  - o At the time of importation, the Importer's full NDC must replace any other NDC appearing on the label of the FDA-approved drug. Currently, the Importer's NDC is listed as 42067-XXXX-XX.
    - The contents of linear barcode on the container and carton labeling should contain the importer's NDC.

- Consistent with 251.13(b)(4)(iii), please ensure you add the name and place of business of the Importer to all proposed labeling including the PI, carton and container labeling, and patient labeling (e.g., Medication Guides (MGs), Instructions for Use (IFUs), Patient Package Inserts (PPIs)).
  - o We recommend you add the importer's information at the end of PI in addition to HOW SUPPLIED/STORAGE AND HANDLING section. We recommend you add the importer's information at the end of the MG, IFU, and/or PPI.
    - The statement of the place of business should include the street address, city, State, and ZIP Code.  The street address can be omitted if it is shown in a current city directory or telephone directory. If the importer's street address is not shown in a current city directory or telephone directory, the street address of the importer should be added.
  - o If the drug container is too small to fit the additional information required by this section or there is another reason to modify the labeling, you may submit a supplemental proposal to modify the labeling of an eligible prescription drug, in accordance with 251.13(d).

- Consistent with 251.13(b)(4)(iv), please ensure that correct firm names are listed in the statement for all labeling. For example, under HOW SUPPLIED/STORAGE AND HANDLING section of the proposed Latuda PI, Gilead Sciences is listed as the name of the applicant instead of the actual U.S. NDA holder, Sunovion Pharmaceuticals Inc.

13



- o Please ensure that the complete statement is used. For example, the carton labeling of Combivent Respimat is missing the phrase 'under the [Name of SIP Sponsor] Section 804 Importation Program.'
- o Please ensure that the statement: "[This drug was/These drugs were] imported from Canada without the authorization of [Name of Applicant] under the [Name of SIP Sponsor] Section 804 Importation Program" appears in the HOW SUPPLIED/STORAGE AND HANDLING section of the PI. For example, the statement appears in the PATIENT COUNSELING INFORMATION section of the Harvoni PI.

- Consistent with 21 CFR 251.13(c), please provide the written procedure for the relabeling process of your proposed imported prescription drugs.
    - o If it is not possible to relabel a product without affecting the container closure system, such as a blister pack, then the product cannot be imported under a SIP as per the rule. The final rule does not allow repackaging of drugs that breaches the container closure system, such as a blister pack, which could introduce unnecessary risk of adulteration, degradation, and fraud for drugs imported under a SIP. The final rule also does not permit affixing a conforming label to the outside of the container closure system in lieu of relabeling the immediate container of the product. (i.e., repackaging the container closure is not permitted).
    - o Farxiga, Tradjenta, Zepatier, Mavyret, Spiriva HandiHaler capsules are packaged in blister packs or dose packs according to the approved labeling. If relabeling these drug products would require breaching their container closure systems (e.g., breaking the foil on a blister pack), then that product cannot be imported under a SIP. Confirm that these products can be relabeled without breaching the container closure system. If not, remove any such drugs from the SIP.
    - o Wixela is packaged in a moisture-protective foil pouch according to the approved labeling. The labeling also states that Wixela should be stored inside the unopened moisture-protective foil pouch and only removed from the pouch immediately before initial use and discarded 30 days after opening the foil pouch. If relabeling the inhaler would require opening the foil pouch, then Wixela cannot be imported under a SIP.
    - o Incruse Ellipta is packaged in a moisture-protective foil tray according to the approved labeling. The labeling states that once the tray is opened, the inhaler should be discarded after 6 weeks. If relabeling the inhaler would require opening the foil tray, then Incruse Ellipta cannot be imported under a SIP.

14

FDA-FLORIDA-004615



Please indicate if you intend to provide the additional required information or if you would like to withdraw the current submission and resubmit at a later time. When submitting additional or revised information or a revised proposal, please describe the changes that have been made since your previous submission. Please submit any questions, requests to meet, or any revisions to your SIP Proposal for agency review to SIPDrugImportsandRFP@fda.hhs.gov.

Sincerely,

Sandi L. Verbois -S    Digitally signed by Sandi L.
Verbois -S
Date: 2022.11.16 08:15:40 -05'00'

S. Leigh Verbois, PhD
Director
Office of Drug Security, Integrity & Response
Office of Compliance
Center for Drug Evaluation and Research

15