**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1981-TPB-JSS | **DATE:** December 13, 2022 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **STATE OF FLORIDA, et al.**<br><br>v.<br><br>**FOOD & DRUG ADMINISTRATION, et al.** | **PLAINTIFF COUNSEL:**<br>Trent McCotter, Natalie Christmas & Jared Kelson<br><br>**DEFENDANT COUNSEL:**<br>Olivia Scott & James Harlow | |
| **COURT REPORTER:** Rebecca Sabo | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 10:43 – 10:59 a.m.<br>**TOTAL:** 16 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:** INITIAL CASE MANAGEMENT CONFERENCE

Parties suggest different deadlines for the 2 pending claims (APA & FOIA). Parties will file summary judgment motions as to FOIA claims.

No additional Case Management Conference scheduled at this time.