IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-1981-TPB-JSS

STATE OF FLORIDA, et al.,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION, et al.,
*Defendants*.

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY

Pursuant to Local Rule 3.01(d), Plaintiffs respectfully seek leave to file a reply in support of their pending Motion to Compel Discovery Responses. *See* ECF No. 46. Defendants filed their opposition on January 31, 2023. *See* ECF No. 49.

The proposed reply would address the following issues:

- Defendants' argument that no discovery is appropriate in this case;
- Defendants' view that the administrative record is not inadequate and contains all required materials;
- Defendants' alternative argument that all of Plaintiffs' discovery requests are overbroad and seek irrelevant information.

Plaintiffs have strong responses to each of these important matters and have already drafted a significant portion of the proposed reply brief. Resolving

1

the discovery dispute is especially important in this case because Defendants have declined to provide *any* discovery responses, leaving the Court and Plaintiffs with only a sparse and inadequate administrative record to resolve Plaintiffs' claims asserting unreasonable delay and unlawful withholding of agency action. Obtaining meaningful discovery via the pending Motion to Compel is accordingly necessary for the Court's ultimate review of those merits claims, which form the heart of this important lawsuit—and thus a reply brief would be especially important in this context.

Moreover, Defendants previously received approval to file a reply in support of their motion for a protective order, which addressed this same ongoing discovery dispute. *See* ECF No. 32.

Accordingly, Plaintiffs respectfully request leave to file a reply brief of no more than seven pages on or before February 3, 2023.

Dated: February 1, 2023

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ James H. Percival
James H. Percival* (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
* Lead Counsel

Counsel for the State of Florida

/s/ R. Trent McCotter
C. Boyden Gray (*pro hac vice*)
R. Trent McCotter (*pro hac vice*)*
Jared M. Kelson (*pro hac vice*)
BOYDEN GRAY & ASSOCIATES, PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
* Lead Counsel

ANDREW T. SHEERAN
Acting Deputy General Counsel
Chief Litigation Counsel
Florida Bar I.D. No. 0030599
Andrew.Sheeran@ahca.myflorida.com
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670

Counsel for Agency for Health Care Administration

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, I filed the foregoing via the Court's CM/ECF system, which will serve all counsel.

>  */s/ R. Trent McCotter*
>  R. TRENT MCCOTTER

## LOCAL RULE 3.01(G) CERTIFICATION

I certify that, on January 31-February 1, 2023, I consulted via e-mail with Defendants' counsel regarding this motion. Defendants take no position on the motion and defer to the Court on whether it wishes to receive a reply brief.

February 1, 2023

>  */s/ R. Trent McCotter*
>  R. TRENT MCCOTTER