UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

State of Florida v. Food and Drug Administration et al
8:22-cv-1981-TPB-JSS

| **Date**: February 17, 2023 | **Court Reporter**: Digital (Zoom) |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 2:03 PM – 3:04 PM | Total: 1 Hour & 2 mins. | **Deputy Clerk**: Clara Reaves |
| **Plaintiff's Counsel** | **Defense Counsel** |
| R. Trent McCotter, Pl. | James Harlow, Def. |
| Natalie Christmas, Pl. | Olivia Scott, Def. |
| Jared Kelson, Pl. | Kimberly Stephens, Def. |
| **Status Conference** ||
| All parties appeared via Zoom Video and consented to Zoom hearing. Matter is before the Court on Plaintiff's Motion to Compel Discovery Responses (Dkt. 46). Court hears argument by counsel. Court takes issue under advisement. Court in recess. ||