IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-1981-TPB-JSS

STATE OF FLORIDA, et al.,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION, et al.,
*Defendants*.

## UNOPPOSED MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Rule 6(b), Plaintiffs respectfully move to extend by 58 days the discovery and summary judgment deadlines listed on page 2 of the Court's Case Management and Scheduling Order. *See* ECF No. 44. If this motion is granted, the discovery cut-off would be extended from March 15 to May 12; and the summary judgment, *Daubert*, and other dispositive motions for Count I of the Amended Complaint (and Count VI to the extent Count I is incorporated) would be extended from April 17 to June 14. Defendants consent to this relief.

Good cause exists for this extension. Although Plaintiffs have pursued the discovery process as diligently and quickly as possible, including serving discovery requests just days after the Rule 26 conference in October 2022, Defendants have not responded to any of Plaintiffs' interrogatories, requests

1

for production, or requests for admission. Defendants have maintained the position that no discovery is allowed in this case.

Plaintiffs' motion to compel responses to their written discovery requests was argued before Judge Sneed on February 17. In the meantime, to comply with Local Rule 3.04, which requires 14 days' notice for depositions, Plaintiffs served notices of three depositions on Defendants: (1) a Rule 30(b)(6) witness who could address the *TRAC* factors; (2) S. Leigh Verbois, the FDA employee who signed the November 2022 RFI sent to Plaintiffs; and (3) Aaron Kearsley, an HHS economist who has worked on Florida's SIP Proposal.

These depositions are set for March 14 and 15—i.e., the last two days of the current discovery period. However, the parties have conferred and agree that it makes sense to delay addressing depositions until after a ruling on Plaintiffs' pending motion to compel, which could provide insight about the scope of allowable discovery. Moreover, because Defendants have declined to provide any discovery responses to date, any depositions occurring next week would have to be held open and then resumed once Plaintiffs receive any ordered discovery responses.

Extending the discovery and summary judgment deadlines will not interfere with the Court's trial schedule. Trial is currently scheduled for the November 2023 term, and the pretrial conference is scheduled for October 16, 2023. *See* ECF No. 44 at 2.

\* \* \*

For these reasons, Plaintiffs respectfully request that the Court extend the discovery cut-off from March 15 to May 12, 2023; and extend the summary judgment, *Daubert*, and other dispositive motions for Count I of the Amended Complaint (and Count VI to the extent Count I is incorporated) deadline from April 17 to June 14, 2023. *See* ECF No. 44. Defendants consent to this requested relief.

Dated: March 7, 2023

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ James H. Percival
James H. Percival* (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
* Lead Counsel

*Counsel for the State of Florida*

/s/ R. Trent McCotter
C. Boyden Gray (*pro hac vice*)
R. Trent McCotter (*pro hac vice*)*
Jared M. Kelson (*pro hac vice*)
BOYDEN GRAY & ASSOCIATES, PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
* Lead Counsel

ANDREW T. SHEERAN
Acting Deputy General Counsel
Chief Litigation Counsel
Florida Bar I.D. No. 0030599
Andrew.Sheeran@ahca.myflorida.com
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670

*Counsel for Agency for Health Care Administration*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I filed the foregoing via the Court's CM/ECF system, which will serve all counsel.

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER

## LOCAL RULE 3.01(G) CERTIFICATION

I certify that, on March 7, 2023, I conferred with Defendants' counsel via a Microsoft Teams audio meeting and then subsequently via e-mail to discuss this motion. Defendants consent to this relief.

March 7, 2023

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER
