UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Food and Drug Administration, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-01981-TPB-JSS |

**Defendants' Status Report for the APA Claim (Counts 1 and 4)**

Pursuant to this Court's June 7, 2023 Order, ECF No. 82, Defendants respectfully submit this Status Report about FDA's review of Florida's updated Section 804 Importation Program ("SIP") proposal. Since Defendants' last status report on May 26, 2023, FDA's Office of Drug Security, Integrity, and Response ("ODSIR")—which oversees the Section 804 Importation Program—received initial consultation responses from numerous FDA and HHS components. *See* ECF No. 78, at ¶¶ 5–6. ODSIR is reviewing those initial responses and consulting with additional agency components. *See id.* ¶¶ 6–7.

FDA still anticipates issuing a decision on Florida's SIP proposal by October 31, 2023, as previously reported to the Court. *See id.* ¶ 9. Defendants will apprise

the Court of any subsequent, relevant developments regarding the decision-making timeline for Florida's SIP proposal.

| | |
|---|---|
| August 8, 2023 | Respectfully submitted, |
| OF COUNSEL: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| SAMUEL R. BAGENSTOS<br>General Counsel<br>U.S. Department of Health and Human Services | |
| | HILARY K. PERKINS<br>Assistant Director<br>Consumer Protection Branch |
| MARK RAZA<br>Chief Counsel | /s/ James W. Harlow<br>JAMES W. HARLOW<br>Senior Trial Attorney<br>Consumer Protection Branch |
| WENDY VICENTE<br>Deputy Chief Counsel, Litigation | |
| SARAH ROSENBERG<br>Assistant Chief Counsel | KIMBERLY R. STEPHENS<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC  20044-0386<br>(202) 514-6786 (Harlow)<br>(202) 305-0033 (Stephens)<br>James.W.Harlow@usdoj.gov<br>Kimberly.R.Stephens@usdoj.gov |
| WILLIAM THANHAUSER<br>Associate Chief Counsel<br>Office of the Chief Counsel<br>U.S. Food and Drug Administration<br>10903 New Hampshire Ave.<br>White Oak 31<br>Silver Spring, MD  20993-0002 | |
| | MARCIA BERMAN<br>Assistant Director<br>Federal Programs Branch |
| | OLIVIA HUSSEY SCOTT<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>1100 L Street, N.W., Room 11115 |

Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Email:  Olivia.Hussey.Scott@usdoj.gov