UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>Food and Drug Administration, *et al.*,<br>Defendants. | Case No. 8:22-cv-01981-TPB |

**Unopposed Motion for an Extension of Time to Respond to
Plaintiffs' Motion to Set Final FOIA Production and *Vaughn* Index Deadlines**

Defendants hereby move for a one-week extension of time, until September 12, 2023, to respond to Plaintiffs' Motion to Set Final Production and *Vaughn* Index Deadlines, filed both in this case, at ECF No. 86, and in the related FOIA suit, at ECF No. 25, in Case No. 8:23-cv-877-TPB ("Plaintiffs' motions"). Plaintiffs' motions relate only to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, claims subject to special handling in both cases.

In support of this request, Defendants submit:

1. Plaintiffs' motions were both filed on August 22, 2023, and so Defendants' current deadline to respond is 14 days later, on September 5, 2023. *See* Local Rule 3.01(c).

2. Defendants request this one-week extension of time because undersigned counsel was out of the office on medical leave last week and had several pre-existing court-ordered deadlines this week in

other cases that required attention. In addition, several key people at Defendant FDA are out for pre-existing leave around the Labor Day holiday. Defendants expect the additional time sought will be sufficient to allow undersigned counsel to confer with the FDA and to finish and file Defendants' response. As such, good cause exists for the relief requested.

3. This extension will not otherwise affect the deadlines in either of the two related cases.

4. As certified below, Defendants' counsel conferred with Plaintiffs' counsel, who identified that Plaintiffs do not oppose this extension.

Accordingly, Defendants respectfully ask the Court to grant Defendants' motion for an extension of the deadline for Defendants' response to September 12, 2023.

Dated: September 2, 2023

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ Olivia Hussey Scott*
OLIVIA HUSSEY SCOTT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

        1100 L Street, N.W., Rm. 11112
        Washington, D.C. 20005
        Tel. (202)616-8491
        Fax: (202)616-8460
        E-mail: Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendants*

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I conferred with Plaintiffs' counsel by email to discuss this request, and Plaintiffs' counsel indicated that Plaintiffs do not oppose the requested relief.

Dated: September 2, 2023

        */s/ Olivia Hussey Scott*
        OLIVIA HUSSEY SCOTT
        Senior Counsel
        Federal Programs Branch