UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*,<br><br>　　　Plaintiffs,<br>v.<br>Food and Drug Administration, *et al.*,<br><br>　　　Defendants. | Case No. 8:22-cv-01981-TPB-JSS |
| State of Florida, *et al.*,<br><br>　　　Plaintiffs,<br>v.<br>Food and Drug Administration, *et al.*,<br><br>　　　Defendants. | Case No. 8:23-cv-0877-TPB-TGW |

# <u>Exhibit B</u>



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

*P.O. Box 883*
*Washington, D.C. 20044*

---

Olivia Hussey Scott  Email: olivia.hussey.scott@usdoj.gov
Senior Counsel  Phone: (202)616-8491 (ofc); (202) 598- 0747 (cell)

July 21, 2023

VIA ELECTRONIC MAIL

R. Trent McCotter, Esq.
Boyden Gray & Associates, PLLC
801 17t St. N.W., #350
Washington, D.C. 20006
mccotter@boydengrayassociates.com

Andrew T. Sheeran, Esq.
Acting Deputy General Counsel
Agency for Health Care Administration
2727 Mahan Dr., Mail Stop #3
Tallahassee, Florida 32308
Andrew.Sheeran@ahca.myflorida.com

Re: *Florida v. FDA,* **case no. 8:22-cv-01981-TPB-JSS (M.D. Fl.) - Letter Regarding Scope of FOIA Request**

Dear Mr. McCotter and Mr. Sheeran:

We write with an update on the scope of the electronic searches underway by the Food and Drug Administration (FDA) for its records responsive to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request submitted by your client, the Agency for Health Care Administration ("AHCA"), on July 6, 2022, and at issue in the above-referenced litigation.

As described in our prior correspondence,[1] FDA agreed to use certain search terms / search strings in its electronic searches for the numbered paragraphs 1-2, 3, 4, and 7-13 of AHCA's request. These electronic searches are not yet completed, but FDA now has access to initial information showing that the planned search terms / search strings would return approximately 44,442 potentially responsive documents (including document families, the number increases to approximately 119,093 documents). Although FDA does not yet have information regarding the number of pages associated with each of these documents or document families, it anticipates the

---

[1] The parties' prior discussion of these issues has been by email as well as by letters dated February 15, February 20, March 17, March 21, and March 27, 2023.

R. Trent McCotter, Esq.
Andrew T. Sheeran, Esq.
Page 2

volume of pages to be exponentially higher because each document may contain multiple pages.

Due to the unreasonably large volume of these initial returns, FDA intends to modify its electronic searches to include the proximity elements as shown in the following chart:

| Numbered ¶¶ (from FOIA Req.) | Previously Discussed Electronic Searches | Modified Electronic Searches with Proximity Elements ("Proximity Electronic Searches") |
|---|---|---|
| ¶ 1 | (i) "Florida" and "SIP proposal"; (ii) "Florida" and "SIP"; (iii) "Florida" and "Section 804 Program Proposal"; (iv) "Florida" and "RFI"; (v) "Florida" and "Request for Information"; (vi) "FL" and "SIP"; (vii) "Fla" and "SIP"; (viii) "FL" and "804"; (ix) "Fla" and "804"; (x) "Florida" and "804"; (xi) "FL" and "RFI"; (xii) "Fla" and "RFI"; (xiii) "FL" and "Request for Information"; (xiv) "Fla" and "Request for Information"; (xv) "AHCA"; (xvi) "Agency for Health Care"; (xvii) "Agency for Healthcare"; (xviii) "251"; (xix) "CFR 251"; (xx) "C F R 251"; and (xxi) "ahca.myflorida.com." | (i) "Florida" w/in 10 "SIP proposal"; [2] (ii) "Florida" w/in 10 "SIP"; (iii) "Florida" w/in 10 "Section 804 Program Proposal"; (iv) "Florida" w/in 10 "RFI"; (v) "Florida" w/in 10 "Request for Information"; (vi) "FL" w/in 10 "SIP"; (vii) "Fla" w/in 10 "SIP"; (viii) "FL" w/in 10 "804"; (ix) "Fla" w/in 10 "804"; (x) "Florida" w/in 10 "804"; (xi) "FL" w/in 10 "RFI"; (xii) "Fla" w/in 10 "RFI"; (xiii) "FL" w/in 10 "Request for Information"; (xiv) "Fla" w/in 10 "Request for Information"; (xv) "AHCA" w/in 10 "FL"; (xvi) "AHCA" w/in 10 "Fla"; (xvii) "AHCA" w/in 10 "Florida"; (xviii) "Agency for Health Care" w/in 10 FL; (xix) "Agency for Health Care" w/in 10 "Fla"; (xx) "Agency for Health Care" w/in 10 "Florida"; (xxi) "Agency for Healthcare" w/in 10 FL; (xxii) "Agency for Healthcare" w/in 10 "Fla"; (xxiii) "Agency for Healthcare" w/in 10 "Florida"; (xxiv) "251" w/in 10 "Section 804 Importation Proposal"; (xxv) "251" w/in 10 "Section 804 Program Proposal"; (xxvi) "251" w/in 10 "SIP"; (xxvii) "251" w/in 10 "Section 804 Program"; (xxviii) "CFR 251" w/in 10 "Section 804 Importation Proposal"; (xxix) "CFR 251" w/in 10 "Section |

---

[2] The connector "w/in 10" returns all documents in which the connected words appear within 10 words of each other.

R. Trent McCotter, Esq.
Andrew T. Sheeran, Esq.
Page 3

|  |  |  |
|---|---|---|
|  |  | 804 Program Proposal"; (xxx) "CFR 251" w/in 10 "SIP"; (xxxi) "CFR 251" w/in 10 "Section 804 Program"; (xxxii) "C F R 251" w/in 10 "Section 804 Importation Proposal"; (xxxiii) "C F R 251" w/in 10 "Section 804 Program Proposal"; (xxxiv) "C F R 251" w/in 10 "SIP"; (xxxv) "C F R 251" w/in 10 "Section 804 Program"; (xxxvi) "ahca.myflorida.com" w/in 10 Section 804 Importation Proposal"; (xxxvii) "ahca.myflorida.com" w/in 10 "Section 804 Program Proposal"; (xxxviii) "ahca.myflorida.com" w/in 10 "SIP"; and (xxxix) "ahca.myflorida.com" w/in 10 "Section 804 Program." |
| ¶ 2 | (i) "New Mexico" and "SIP proposal"; (ii) "New Mexico" and "SIP"; (iii) "New Mexico" and "Section 804 Program Proposal"; (iv) "New Mexico" and "RFI"; (v) "New Mexico" and "Request for Information"; (vi) "New Hampshire" and "SIP Proposal"; (vii) "New Hampshire" and "SIP"; (viii) "New Hampshire" and "Section 804 Program Proposal"; (ix) "New Hampshire" and "RFI"; (x) "New Hampshire" and "Request for Information"; (xi) "NM" and "SIP"; (xii) "NH" and "SIP"; (xiii) "NM" and "804"; (xiv) "NH" and "804"; (xv) "New Mexico" and "804"; (xvi) "New Hampshire" and "804"; (xvii) "NH" and "Request for Information"; (xviii) "NM" and "Request for Information"; (xix) "NH" and "RFI"; and (xx) "NM" and "RFI." | (i) "New Mexico" w/in 10 "SIP proposal"; (ii) "New Mexico" w/in 10 "SIP"; (iii) "New Mexico" w/in 10 "Section 804 Program Proposal"; (iv) "New Mexico" w/in 10 "RFI"; (v) "New Mexico" w/in 10 "Request for Information"; (vi) "New Hampshire" w/in 10 "SIP Proposal"; (vii) "New Hampshire" w/in 10 "SIP"; (viii) "New Hampshire" w/in 10 "Section 804 Program Proposal"; (ix) "New Hampshire" w/in 10 "RFI"; (x) "New Hampshire" w/in 10 "Request for Information"; (xi) "NM" w/in 10 "SIP"; (xii) "NH" w/in 10 "SIP"; (xiii) "NM" w/in 10 "804"; (xiv) "NH" w/in 10 "804"; (xv) "New Mexico" w/in 10 "804"; (xvi) "New Hampshire" w/in 10 "804"; (xvii) "NH" w/in 10 "Request for Information"; (xviii) "NM" w/in 10 "Request for Information"; (xix) "NH" w/in 10 "RFI"; and (xx) "NM" w/in 10 "RFI." |

R. Trent McCotter, Esq.
Andrew T. Sheeran, Esq.
Page 4

| | | |
|---|---|---|
| ¶ 3 | (i) "PhRMA" and "Section 804 Program"; (ii) "PhRMA" and "SIP"; (iii) "Pharmaceutical Research and Manufacturers of America" and "Section 804 Program"; (iv) "Pharmaceutical Research and Manufacturers of America" and "SIP"; (v) "PhRMA" and "804"; (vi) "Pharmaceutical Research and Manufacturers of America" and "804"; (vii) "phrma.org"; (viii) "AAM" and "SIP"; (ix) "AAM" and "804"; (x) "Accessible Medicines" and "SIP"; (xi) "Accessible Medicines" and "804"; (xii) "PSM" and "SIP"; (xiii) "PSM" and "804"; (xiv) "safemedicine" and "SIP"; and (xv) "safemedicine" and "804." | (i) "PhRMA" w/in 10 "Section 804 Program"; (ii) "PhRMA" w/in 10 "SIP"; (iii) "Pharmaceutical Research and Manufacturers of America" w/in 10 "Section 804 Program"; (iv) "Pharmaceutical Research and Manufacturers of America" w/in 10 "SIP"; (v) "PhRMA" w/in 10 "804"; (vi) "Pharmaceutical Research and Manufacturers of America" w/in 10 "804"; (vii) "phrma.org" w/in 10 "Section 804 Importation Proposal"; (viii) "phrma.org" w/in 10 "Section 804 Program Proposal"; (vix) "phrma.org" w/in 10 "Section 804 Program"; (x) "phrma.org" w/in 10 "SIP"; (xi) "AAM" w/in 10 "SIP"; (xii) "AAM" w/in 10 "804"; (xiii) "Accessible Medicines" w/in 10 "SIP"; (xiv) "Accessible Medicines" w/in 10 "804"; (xv) "PSM" w/in 10 "SIP"; (xvi) "PSM" w/in 10 "804"; (xvii) "safemedicine" w/in 10 "SIP"; and (xviii) "safemedicine" w/in 10 "804." |
| ¶ 4 | (i) "Standard Operating Procedures" and "Section 804 Program"; (ii) "Standard Operating Procedures" and "SIP"; (iii) "SOPs" and "Section 804 Program"; (iv) "SOPs" and "SIP"; (v) "cost" and "Section 804 Program"; (vi) "cost" and "SIP"; (vii) "SIP" and "timeline"; (viii) "804" and "timeline"; (ix) "SIP" and "month"; (x) "804" and "month"; (xi) "SIP" and "year"; (xii) "804" and "year"; (xiii) "SIP" and "251"; (xiv) "804" and "251"; (xv) "SIP" and "CFR 251"; (xvi) "804" and "CFR 251"; (xvii) "804" and "fiscal"; (xviii) "804" and "price"; (xix) "SIP" and "fiscal"; and (xx) "SIP" and "price." | (i) "Standard Operating Procedures" w/in 10 "Section 804 Program"; (ii) "Standard Operating Procedures" w/in 10 "SIP"; (iii) "SOPs" w/in 10 "Section 804 Program"; (iv) "SOPs" w/in 10 "SIP"; (v) "cost" w/in 10 "Section 804 Program"; (vi) "cost" w/in 10 "SIP"; (vii) "SIP" w/in 10 "timeline"; (viii) "804" w/in 10 "timeline"; (ix) "SIP" w/in 10 "month"; (x) "804" w/in 10 "month"; (xi) "SIP" w/in 10 "year"; (xii) "804" w/in 10 "year"; (xiii) "SIP" w/in 10 "251"; (xiv) "804" w/in 10 "251"; (xv) "SIP" w/in 10 "CFR 251"; (xvi) "804" w/in 10 "CFR 251"; (xvii) "804" w/in 10 "fiscal"; (xviii) "804" w/in 10 "price"; (xix) "SIP" w/in 10 "fiscal"; and |

R. Trent McCotter, Esq.
Andrew T. Sheeran, Esq.
Page 5

| | | |
|---|---|---|
| | | (xx) "SIP" w/in 10 "price." |
| ¶¶ 7-9 | (i) "Section 804 Importation Program" and "Overview of Final Rule and Implementation"; (ii) "Section 804 Importation Program" and "completeness review"; (iii) "Section 804 Importation Program" and "substantive review"; (iv) "SIP" and "Overview of Final Rule and Implementation"; (v) "SIP" and "completeness review"; (vi) "SIP" and "substantive review"; (vii) "SIP" and "Overview of Final Rule"; (viii) "Section 804 Importation Program" and "Overview of Final Rule"; (ix) "85 FR 62094"; (x) "804" and "complete"; (xi) "SIP" and "complete"; (xii) "804" and "substantive"; and (xiii) "SIP" and "substantive." | (i) "Section 804 Importation Program" w/in 10 "Overview of Final Rule and Implementation"; (ii) "Section 804 Importation Program" w/in 10 "completeness review"; (iii) "Section 804 Importation Program" w/in 10 "substantive review"; (iv) "SIP" w/in 10 "Overview of Final Rule and Implementation"; (v) "SIP" w/in 10 "completeness review"; (vi) "SIP" w/in 10 "substantive review"; (vii) "SIP" w/in 10 "Overview of Final Rule"; (viii) "Section 804 Importation Program" w/in 10 "Overview of Final Rule"; (ix) "85 FR 62094" w/in 10 "Section 804 Importation Proposal"; (x) "85 FR 62094" w/in 10 "Section 804 Program Proposal"; (xi) "85 FR 62094" w/in 10 "SIP"; (xii) "85 FR 62094" w/in 10 "Section 804 Program"; (xiii) "804" w/in 10 "complete"; (xiv) "SIP" w/in 10 "complete"; (xv) "804" w/in 10 "substantive"; and (xvi) "SIP" w/in 10 "substantive." |
| ¶¶ 10-13 | (i) "Section 804 Importation Program" and "Projecting Cost Savings for the American Consumer"; (ii) "SIP" and "Projecting Cost Savings for the American Consumer"; (iii) "SIP" and "baseline"; (iv) "SIP" and "regulatory impact"; (v) "804" and "regulatory impact"; (vi) "SIP" and "analytic"; (vii) "804" and "analytic"; (viii) "SIP" and "measure"; (ix) "SIP" and "price"; (x) "SIP" and "markup"; (xi) "804" and "measure"; (xii) "804" and "price"; (xiii) "804" and "markup"; (xiv) "SIP" and "project cost"; and (xv) "804" and "project cost." | (i) "Section 804 Importation Program" w/in 10 "Projecting Cost Savings for the American Consumer"; (ii) "SIP" w/in 10 "Projecting Cost Savings for the American Consumer"; (iii) "SIP" w/in 10 "baseline"; (iv) "SIP" w/in 10 "regulatory impact"; (v) "804" w/in 10 "regulatory impact"; (vi) "SIP" w/in 10 "analytic"; (vii) "804" w/in 10 "analytic"; (viii) "SIP" w/in 10 "measure"; (ix) "SIP" w/in 10 "price"; (x) "SIP" w/in 10 "markup"; (xi) "804" w/in 10 "measure"; (xii) "804" and "price"; (xiii) "804" w/in 10 "markup"; (xiv) "SIP" w/in 10 "project cost"; and (xv) "804" w/in |

R. Trent McCotter, Esq.
Andrew T. Sheeran, Esq.
Page 6

|  |  | 10 "project cost." |
|--|--|--|
|  |  |  |

FDA's initial information shows that the proximity electronic searches shown in the chart above will return approximately 10,428 potentially responsive documents (including document families, the number increases to approximately 20,462 documents).  As noted above, FDA anticipates that each document may contain multiple pages.

Once these proximity electronic searches are complete and the data has been loaded into FDA's processing system, FDA intends to provide AHCA with the approximate number of potentially responsive pages identified, along with any other information that might help the parties narrow the scope of FDA's review and more efficiently identify the records AHCA seeks.

* * * *

We appreciate your continued engagement on these issues.  Please let me know if you have any questions.

Sincerely,

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott