# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>Food and Drug Administration, *et al.*,<br><br>　　Defendants. | Case No. 8:22-cv-01981-TPB-JSS |
| State of Florida, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>Food and Drug Administration, *et al.*,<br><br>　　Defendants. | Case No. 8:23-cv-0877-TPB-TGW |

# Exhibit D

| | |
|---|---|
| **From:** | Scott, Olivia Hussey (CIV) |
| **To:** | Trent McCotter |
| **Cc:** | Sheeran, Andrew; natalie.christmas@myfloridalegal.com; Rosenberg, Sarah |
| **Subject:** | RE: Letter re: Florida v. FDA, case no. 8:23-cv-00877 (M.D. Fla.) |
| **Date:** | Tuesday, June 27, 2023 9:13:00 AM |

Trent,

Thanks for reaching out.  We put together the letter so you had the specifics on FDA's position for this second case.  I don't have a quick list of all the differences, but I'm happy to highlight for you some of the main ones:

- FDA added search terms related to a SIP proposal that Colorado submitted to FDA during this new time period;
- As described in footnote 2, FDA did not include search terms for AAM or PSM because they were not identified in this request; and
- FDA intends to exclude from its review records produced to AHCA in response to the July 2022 request, as well as any records related to the litigation over the Section 804 Program or FDA's consideration of SIP proposals.

Let me know if you have any other questions.
Best,
Olivia


Olivia Hussey Scott
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division

(202) 803-1103 (direct) | olivia.hussey.scott@usdoj.gov


**From:** Trent McCotter <mccotter@boydengrayassociates.com>
**Sent:** Monday, June 26, 2023 5:14 PM
**To:** Scott, Olivia Hussey (CIV) <Olivia.Hussey.Scott@usdoj.gov>
**Cc:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>; natalie.christmas@myfloridalegal.com; Rosenberg, Sarah <Sarah.Rosenberg@fda.hhs.gov>
**Subject:** [EXTERNAL] RE: Letter re: Florida v. FDA, case no. 8:23-cv-00877 (M.D. Fla.)

Olivia,

Thanks for sending this. Would you be able to tell me where, if at all, this differs from the understanding we reached re the 1st FOIA request? With the exception of wild cards and production rates, I think we'd largely agreed on the search terms and (broadly described) the custodians for that 1st set.

Trent

**From:** Scott, Olivia Hussey (CIV) <Olivia.Hussey.Scott@usdoj.gov>
**Sent:** Wednesday, June 21, 2023 3:39 PM
**To:** Trent McCotter <mccotter@boydengrayassociates.com>
**Cc:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>; natalie.christmas@myfloridalegal.com; Rosenberg, Sarah <Sarah.Rosenberg@fda.hhs.gov>
**Subject:** Letter re: Florida v. FDA, case no. 8:23-cv-00877 (M.D. Fla.)

Trent,

Please see the attached letter regarding the March 2023 FOIA request at issue in *Florida v. FDA*, case no. 8:23-cv-00877 (M.D. Fla.). Let me know if you have any questions.

Best,
Olivia


Olivia Hussey Scott
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division

(202) 803-1103 (direct) | olivia.hussey.scott@usdoj.gov