IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-1981-TPB-JSS

STATE OF FLORIDA, et al.,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION, et al.,
*Defendants.*

Case No. 8:23-cv-877-TPB-TGW

STATE OF FLORIDA, et al.,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION, et al.,
*Defendants.*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY**[1]

Pursuant to Local Rule 3.01(d), Plaintiffs respectfully seek leave to file a reply in support of their pending Motion to Set Final FOIA Production and Vaughn Index Deadlines. *See* ECF No. 86 in 8:22-cv-1981; ECF No. 25 in 8:23-

---

[1] Plaintiffs are simultaneously filing this motion in both of the above-captioned cases, which are related but not formally consolidated.

1

cv-877. Defendants filed their oppositions on September 12, 2023. *See* ECF No. 90 in 8:22-cv-1981; ECF No. 30 in 8:23-cv-877.

The proposed reply would address the following issues:

- Defendants' argument that FOIA productions in these cases should proceed at a pace that would, by a conservative estimate, take 40 years to complete;

- Defendants' position that Florida's FOIA request is not entitled to expedited review even though it directly involves the 1,000-day delay by FDA in approving a prescription drug program for the neediest of Floridians and would save Florida over $100 million annually;

- Defendants' argument that it cannot produce records faster than 500 pages per month, even though it has produced them at a rate of 55,000 pages per month in another case involving important and time-sensitive healthcare matters of significant public interest.

Plaintiffs have strong responses to each of these important matters, and the Court would benefit from a short reply brief addressing these and related matters raised in Defendants' opposition brief.

Accordingly, Plaintiffs respectfully request leave to file a reply brief of no more than seven pages within seven days of the Court's order granting such leave.

Dated: September 14, 2023

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Natalie Christmas
Natalie Christmas* (FBN 1019180)
COUNSELOR TO THE ATTORNEY GEN-
ERAL

James H. Percival^ (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
* *Lead Counsel in 8:23-cv-877*

^ *Lead Counsel in 8:22-cv-1981*

*Counsel for the State of Florida*

/s/ R. Trent McCotter
R. Trent McCotter (*pro hac vice*)*
Jared M. Kelson (*pro hac vice*)
BOYDEN GRAY PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com
* *Lead Counsel*

ANDREW T. SHEERAN
General Counsel
Florida Bar I.D. No. 0030599
Andrew.Sheeran@ahca.myflor-
ida.com
Agency for Health Care Administra-
tion
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670

*Counsel for Agency for Health Care Administration*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, I filed the foregoing via the Court's CM/ECF system, which will serve all counsel.

/s/ R. Trent McCotter
R. TRENT MCCOTTER

## LOCAL RULE 3.01(G) CERTIFICATION

I certify that, on September 13, 2023, I consulted via e-mail with Defendants' counsel regarding this motion. Defendants take no position on the motion.

September 14, 2023

/s/ R. Trent McCotter
R. TRENT MCCOTTER