# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*,<br><br>    Plaintiffs,<br>v.<br>Food and Drug Administration, *et al.*,<br><br>    Defendants. | Case No. 8:22-cv-01981-TPB-JSS |
| State of Florida, *et al.*,<br><br>    Plaintiffs,<br>v.<br>Food and Drug Administration, *et al.*,<br><br>    Defendants. | Case No. 8:23-cv-0877-TPB-TGW |

**Defendants' Errata and Notice of Corrected Filing of Exhibit A, Declaration of Howard Philips, In Support of Defendants' Opposition to Plaintiffs' Motion to Set Final FOIA Production and *Vaughn* Index Deadlines**

Defendants submit this Errata, which accompanies a corrected version of Exhibit A, Declaration of Howard Philips, filed in support of Defendants' Opposition to Plaintiffs' Motion to Set Final Freedom of Information Act ("FOIA") Production and *Vaughn Index* Deadlines ("Pls.' Mot."), filed in both of the above-captioned cases, in order to detail the differences between the versions of this submission, originally filed on September 12, 2023,[1] and the corrected version filed herewith. Specifically, the differences are identified on the chart below.

---

[1] Defendants' original submission of the Declaration of Howard Philips was filed in the above-captioned cases, at ECF 90-1 in case no. 8:22-cv-1981 and at ECF 30-1 in case no. 8:23-cv-0877.

1

| Original Version | Corrected Version (Attached Herewith) |
|---|---|
| ¶ 6. AHCA requested expedited processing of all three of its requests. DFOI denied these requests because AHCA's requests did not demonstrate a compelling need for expedited processing as defined under the Electronic Freedom of Information Act Amendments of 1996, 5 U.S.C. § 552(a)(6)(E). AHCA did not administratively appeal any of the three expedited processing denials. | ¶ 6. AHCA requested expedited processing of all three of its requests. DFOI denied these requests because AHCA's requests did not demonstrate a compelling need for expedited processing as defined under the Electronic Freedom of Information Act Amendments of 1996, 5 U.S.C. § 552(a)(6)(E). AHCA did not administratively appeal <u>the denial for expedited processing of its July 2022 request. AHCA administratively appealed the denial for expedited processing for the March 2023 and May 2023 FOIA requests. In August 2023, FDA's Office of the Executive Secretariat upheld FDA's denial of both requests.</u> |

These corrections do not require any changes to the citations to this exhibit in Defendants' Opposition. Defendants apologize for any inconvenience this causes the Court or the parties.

Dated: September 15, 2023          Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ Olivia Hussey Scott*
OLIVIA HUSSEY SCOTT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

                    1100 L Street, N.W., Rm. 11112
                    Washington, D.C. 20005
                    Tel. (202)616-8491
                    Fax: (202)616-8460
                    E-mail: Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendants*