# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Food and Drug Administration, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-01981-TPB-JSS |

**Joint Status Report for the FOIA Claims Subject to Special Handling**
**(Counts 2, 3, and 4)**

The parties, by counsel, respectfully submit this Joint Status Report for the claims advanced under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as directed in the Court's January 4, 2023 Case Management and Scheduling Order.  ECF No. 44, ¶ 2.[1]

1.  Plaintiffs seek the production of records from Defendant Food and Drug Administration ("FDA") in response to a FOIA request submitted by Plaintiff, the Agency for Health Care Administration ("AHCA"), about the State of Florida's Section 804 Importation Program ("SIP") Proposal, other states' SIP Proposals, and various other records about the Section 804 Importation Program, generally.  The relevant time period for the FOIA request is January 1, 2019, to July 6, 2022, the date the request was submitted to FDA.

---

[1] This status report does not address Plaintiffs' claims brought under the Administrative Procedure Act ("APA"), which are proceeding separately.

2.	In February 2023, after completing its initial manual searches, FDA initiated discussions with AHCA regarding FDA's reasonable interpretation of and initial objections to the July 2022 Request, as well as the scope of its intended searches for potentially responsive materials.  *See* ECF 68-1, FDA Letter, dated February 15, 2023 ("Feb. 15 Ltr"); *see also* ECF 68-3, FDA Letter, dated March 17, 2023 ("Mar. 17 Ltr"); ECF 68-5, FDA Letter, dated March 27, 2023 ("Mar. 27 Ltr"). AHCA responded to FDA's positions, noting areas of agreement and disagreement.  *See* ECF 68-2, AHCA Letter, dated February 20, 2023 ("Feb. 20 Ltr"); *see also* ECF 68-4, AHCA Letter, dated March 21, 2023 ("Mar. 21 Ltr").  Although the parties have not resolved all disagreements, the discussions have been productive, and the parties aim to continue discussing ways to narrow the issues in dispute.  To further these discussions, FDA provided AHCA with the "initial information showing [the volume] that the planned search terms / search strings would return," and explained that "[d]ue to the . . . volume of these initial returns" FDA planned "to modify its electronic searches to include the proximity elements" shown in a chart included in the FDA's letter.  ECF 90-2, FDA Letter, dated July 21, 2023 ("July 21 Ltr").  And, on September 12, 2023, FDA filed the Declaration of Howard Philips, which identifies that FDA's searches have "identified approximately 209,000 pages of potentially responsive material" in need of review.  ECF 90-1, Philips Decl., ¶ 7.

3.      In early 2023, after it received the results of its initial searches, FDA began reviewing, on a rolling basis, the potentially responsive records identified to determine whether any pages are responsive to AHCA's request and, if so, whether any exemptions to disclosure apply under the FOIA.

4.      To date, FDA has produced seven interim responses to AHCA covering records that FDA identified using Bates-numbering, as shown in the chart below:

| Date | Bates-Number Range for Interim Response |
| --- | --- |
| 3/27/2023 | FDACDER000001 – FDACDER001111[2] |
| 5/4/2023 | FDACDER001112 – FDACDER001617 |
| 5/23/2023 | FDACDER001618 – FDACDER001986 |
| 6/28/2023 | FDACDER001987 – FDACDER002915 |
| 7/26/2023 | FDACDER002916 – FDACDER003355 |
| 8/28/2023 | FDACDER003356 – FDACDER003957 |
| 9/28/2023 | FDACDER003958 – FDACDER004463 |

5.      On August 22, 2023, Plaintiffs filed a Motion to Set Final FOIA Production and *Vaughn* Index Deadlines in the above-captioned case, as well as in *Florida v. FDA*, Case No. 8:23-cv-877-TPB-TGW (M.D. Fla.) (hereinafter,

---

[2] FDA's interim response letter contained an inadvertent typographical error in the identified Bates-numbered range. The error has been corrected in the Bates-numbered range included herein.

"*Florida II*"). ECF 86, Pls.' Mot.; *Florida II* ECF No. 25 (same). Defendants filed an Opposition to Plaintiffs' Motion on September 12, 2023. ECF 90, Defs.' Opp.; *Florida II* ECF No. 30 (same). And the Court recently indicated that it plans to schedule a hearing on Plaintiffs' motion on October 24 or 25, 2023.

6. The parties' next joint status report is due in 90 days, on Monday, January 2, 2024. *See* ECF No. 44, ¶ 2.

| Dated: October 2, 2023 | Respectfully submitted, |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General | ASHLEY MOODY<br>ATTORNEY GENERAL |
| MARCIA BERMAN<br>Assistant Director<br>Federal Programs Branch | */s/ James H. Percival*<br>James H. Percival (FBN 1016188)*<br>CHIEF OF STAFF |
| */s/ Olivia Hussey Scott*<br>Olivia Hussey Scott (No. 17336)<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>1100 L Street, N.W., Room 11115<br>Washington, D.C. 20005<br>Telephone: (202) 616-8491<br>Fax: (202) 616-8470<br>Olivia.Hussey.Scott@usdoj.gov | Henry C. Whitaker (FBN 1031175)<br>SOLICITOR GENERAL<br><br>Natalie Christmas (FBN 1019180)<br>COUNSELOR TO THE ATTORNEY GENERAL<br><br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050)<br>(850) 414-3300<br>(850)410-2672 (fax)<br>James.percival@myfloridalegal.com<br>*Counsel for the State of Florida*<br><br>*/s/ R. Trent McCotter*<br>R. Trent McCotter (pro hac vice)*<br>Jared M. Kelson (pro hac vice)<br>Boyden Gray PLLC<br>801 17th St. N.W., Suite 350<br>Washington, D.C. 20006 |

4

        (202) 706-5488
t<u>mccotter@boydengray.com</u>

        Andrew T. Sheeran
General Counsel
Florida Bar I.D. No. 0030599
<u>Andrew.Sheeran@ahca.myflorida.com</u>
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670

*Counsel for Agency for Health Care Administration*

* Lead counsel

*Signed by filing counsel with the permission of non-filing counsel*