**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:22-cv-1981-TPB-JSS<br>8:23-cv-877-TPB-TGW | DATE: October 24, 2023 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **STATE OF FLORIDA, et al.**<br><br>v.<br><br>**FOOD & DRUG ADMINISTRATION, et al.** | **PLAINTIFF COUNSEL:**<br>Trent McCotter & Alison Preston<br><br>**DEFENSE COUNSEL:**<br>Yoseph Desta & Maggie Redden |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 1:41 – 2:25 p.m.<br>**TOTAL:** 44 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** MOTION HEARING

Court hears arguments on Plaintiffs' Motion to set final FOIA production and *Vaughn* Index deadlines (Docs. 86 & 25). Parties provided status update on APA claims.

Court directs parties to submit a proposed order regarding FOIA production no later than 11/13/2023.

Zoom hearing set 11/15 at 3:30. Notice to follow.