UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Food and Drug Administration, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-01981-TPB-JSS |

**Defendants' Unopposed Motion to Extend the Stay of Counts One and Four**

On June 8, 2023, the Court stayed this litigation as to Florida's Administrative Procedure Act ("APA") claims (Counts One and Four of the Amended Complaint) until October 31, 2023, to allow the United States Food and Drug Administration ("FDA") time to review materials Florida had submitted to address certain deficiencies in its Section 804 Importation Program ("SIP") proposal. ECF No. 82. In doing so, the Court found that "[t]he potential for the APA claims to become moot upon a decision from the FDA prior to trial weighs heavily in favor of staying the proceedings as to these claims to conserve judicial resources." *Id.*

During the agency's review of Florida's submission, FDA identified critical information still missing from Florida's SIP proposal and, on August 14, 2023,

FDA issued an RFI to Florida requesting this information. *See* ECF No. 85. On October 20, 2023, Florida responded to that RFI with an amended SIP proposal. To allow FDA time to review Florida's amended SIP proposal before issuing a decision, Defendants move to extend the stay as to Counts One and Four until December 19, 2023—*i.e.*, 60 days from the date on which FDA received Florida's submission.[1] Plaintiffs do not contest this motion.

As with the decision to grant a stay, "[t]he decision of whether to extend a stay falls solely within the court's inherent power to control its docket." *Personal Audio LLC v. Google, Inc.*, 230 F. Supp. 3d 623, 626 (E.D. Tex. 2017); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Commodity Futures Trading Comm's v. Oasis Int'l Grp., Ltd.*, No. 8:19-CV-886-T-33SPF, 2020 WL 8617638, at *2 (M.D. Fla. Jan. 28, 2020). The same reasons that supported the Court's initial decision to grant a stay still apply today.

*First*, a 60-day extension will not "unduly prejudice or tactically disadvantage" Plaintiffs. *Scoma Chiropractic, P.A. v. Dental Equities, LLC*, No. 2:16-cv-41-FTM-99MRM, 2018 WL 2455301, at *2 (M.D. Fla. June 1, 2018). Rather, an extension would allow FDA to review Florida's submission thoroughly before making a final decision on the proposal. And, as evidenced by Florida's recent

---

[1] The requested extension of the stay would not impact the Freedom of Information Act claims, which are receiving special handling.

requests for two meetings with FDA and desire to furnish additional information, the State is interested in a fulsome administrative review process as well. *Second*, the stay "will simplify" the litigation by permitting the administrative process to conclude — and the APA claim to become moot — organically. *Id.*; *see Jones v. Fiorella Ins. Agency*, No. 20-CV-14105, 2020 WL 3637377, at *2 (S.D. Fla. July 1, 2020) (finding that "the potential" for event "to moot [plaintiff's] entire cause of action" favors stay). *Third* and relatedly, the requested extension of the stay would substantially conserve judicial and party resources. *See Jones*, 2020 WL 3637377, at *2; *see also Hamrick v. Partsfleet, LLC*, 6:19-cv-137-WWB-DCI, 2022 WL 2305881, at *1 (M.D. Fla. Feb. 4, 2022).

Because "the original reasons for granting the stay [have] not changed," *see Flexiteek Ams., Inc. v. Tek-Dek, Ltd.*, No. 08-60995-CIV, 2013 WL 11904725, at *2 (S.D. Fla. Jan. 16, 2013), the Court should extend the stay. Specifically, Defendants request the Court order that the APA claim in Count One and the related request for a declaratory judgment in Count Four remain stayed until December 19, 2023.

| | |
|---|---|
| October 31, 2023 | Respectfully submitted, |
| OF COUNSEL: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| SAMUEL R. BAGENSTOS<br>General Counsel<br>U.S. Department of Health and | JAMES W. HARLOW<br>Acting Assistant Director |

3

Human Services

MARK RAZA
Chief Counsel

WENDY VICENTE
Deputy Chief Counsel, Litigation

SARAH ROSENBERG
Assistant Chief Counsel

WILLIAM THANHAUSER
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.
White Oak 31
Silver Spring, MD  20993-0002

Consumer Protection Branch

*/s/ Kimberly R. Stephens*
KIMBERLY R. STEPHENS
GABRIEL I. SCHONFELD
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-0033 (Stephens)
(202) 353-1531 (Schonfeld)
Kimberly.R.Stephens@usdoj.gov
Gabriel.I.Schonfeld@usdoj.gov

**Local Rule 3.01(g) Certification**

I certify that, on several occasions between October 10 and 30, 2023, I conferred with Plaintiffs' counsel about this motion. Plaintiffs do not oppose this motion.

October 31, 2023

*/s/ Kimberly R. Stephens*
KIMBERLY R. STEPHENS
Trial Attorney
Consumer Protection Branch