**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:22-cv-1981-TPB-JSS<br>8:23-cv-877-TPB-TGW | DATE: November 15, 2023 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **STATE OF FLORIDA, et al.**<br><br>v.<br><br>**FOOD & DRUG ADMINISTRATION, et al.** | **PLAINTIFF COUNSEL:**<br>Trent McCotter, Sara Rosenberg, Alison Preston & Jared Kelson<br><br>**DEFENSE COUNSEL:**<br>Yoseph Desta, Olivia Scott & Kim Stephens |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 13:42 – 3:46 p.m.<br>**TOTAL:** 4 mins. | **COURTROOM:** N/A |

**PROCEEDINGS:**   MOTION HEARING (by Zoom)

Parties submitted a joint proposal regarding FOIA issues – approved.

In 23-cv-877, joint status reports are due every 90 days - Counsel requests the report that is due on 11/15 be continued to the next reporting timeframe – granted.