IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Case No. 8:22-cv-1981-TPB-JSS**

STATE OF FLORIDA, et al.,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION, et al.,
*Defendants.*

**Case No. 8:23-cv-877-TPB-TGW**

STATE OF FLORIDA, et al.,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION, et al.,
*Defendants.*

---

### ORDER SETTING FOIA PRODUCTION AND *VAUGHN* INDEX DEADLINES

On October 24, 2023, the Court heard arguments on Plaintiffs' motions to set final FOIA production and *Vaughn* index deadlines, *see* ECF No. 86 in 8:22-cv-1981; ECF No. 25 in 8:23-cv-877, and Defendants' oppositions to those motions, *see* ECF No. 90 in 8:22-cv-1981; ECF No. 30 in 8:23-cv-877.

For the reasons stated on the record during that hearing, the Court imposes the following schedule:

1

- Within five years after the date on which this Order is entered on the docket, Defendants will complete all productions in response to Plaintiffs' July 2022, March 2023, and May 2023 FOIA requests.

- Within 90 days after the date on which this Order is entered on the docket, Defendants will serve Plaintiffs with a *Vaughn* index for the productions dated March 27, 2023; May 4, 2023; May 23, 2023; June 28, 2023; and July 26, 2023.

- Within 120 days after the date on which this Order is entered on the docket, Defendants will serve Plaintiffs with a *Vaughn* index for the productions dated August 28, 2023; September 28, 2023; and October 30, 2023.

- For all productions made after October 30, 2023, Defendants will serve Plaintiffs with a *Vaughn* index for that production within 120 days after the production.

To expedite resolution, the Court will entertain motions for partial summary judgment on redactions and withholdings. For the productions made through October 30, 2023, any such motion is due 180 days after the date on which this Order is entered on the docket.

The parties may revisit and jointly submit proposed changes to the above production schedule based on any changed circumstances in the case that bear on the schedule.

SO ORDERED this 16th day of November 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**