UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>Food and Drug Administration, *et al.*,<br><br>      Defendants. | Case No. 8:22-cv-01981-TPB-JSS |

**Status Report for the APA Claim**

On October 31, 2023, the Court granted Defendants' Unopposed Motion to Extend the Stay of Counts One and Four until December 19, 2023, to allow the U.S. Food and Drug Administration ("FDA") time to review Florida's amended SIP proposal, which the agency received from Florida on October 20, 2023. *See* ECF Nos. 104; 105. In doing so, the Court also ordered the parties to submit a status report by December 19, 2023, "to apprise the Court of the status of the updated SIP proposal." ECF No. 105. The parties submit this status report pursuant to that order.

FDA has continued its review of Florida's SIP proposal, following a similar process as it did in reviewing Florida's previous amendments. *See* Verbois Decl., ECF No. 78-1, ¶¶ 10-11. FDA is nearing completion of its review and will issue its

written decision on Florida's amended SIP proposal on or before January 5, 2024.

| | |
|---|---|
| December 14, 2023 | Respectfully submitted, |
| OF COUNSEL: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| SAMUEL R. BAGENSTOS<br>General Counsel<br>U.S. Department of Health and Human Services | JAMES W. HARLOW<br>Acting Assistant Director<br>Consumer Protection Branch |
| MARK RAZA<br>Chief Counsel | */s/ Kimberly R. Stephens*<br>KIMBERLY R. STEPHENS<br>SAMUEL B. BALLINGRUD<br>Trial Attorneys<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 505-0033 (Stephens)<br>(202) 616-0509 (Ballingrud)<br>Kimberly.R.Stephens@usdoj.gov<br>Samuel.B.Ballingrud@usdoj.gov |
| WENDY VICENTE<br>Deputy Chief Counsel, Litigation | |
| SARAH ROSENBERG<br>Assistant Chief Counsel | |
| WILLIAM THANHAUSER<br>Associate Chief Counsel<br>Office of the Chief Counsel<br>U.S. Food and Drug Administration<br>10903 New Hampshire Ave.<br>White Oak 31<br>Silver Spring, MD 20993-0002 | |
| | MARCIA BERMAN<br>Assistant Director<br>Federal Programs Branch |
| | OLIVIA HUSSEY SCOTT<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>1100 L Street, N.W., Room 11115<br>Washington, D.C. 20005<br>Telephone: (202) 616-8491<br>Fax: (202) 616-8470 |

Email:  Olivia.Hussey.Scott@usdoj.gov