# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 8:22-cv-01981-TPB-JSS |
| Food and Drug Administration, *et al.*, | |
| Defendants. | |

**Joint Status Report for the FOIA Claims Subject to Special Handling**
**(Counts 2, 3, and 4)**

The parties, by counsel, respectfully submit this Joint Status Report for the claims advanced under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as directed in the Court's January 4, 2023 Case Management and Scheduling Order. ECF No. 44, ¶ 2.[1]

1.  Plaintiffs seek the production of records from Defendant Food and Drug Administration ("FDA") in response to a FOIA request submitted by Plaintiff, the Agency for Health Care Administration ("AHCA"), about the State of Florida's Section 804 Importation Program ("SIP") Proposal, other states' SIP Proposals, and various other records about the Section 804 Importation Program,

---

[1] This status report does not address Plaintiffs' claims brought under the Administrative Procedure Act ("APA"), which are proceeding separately.

generally. The relevant time period for the FOIA request is January 1, 2019, to July 6, 2022, the date the request was submitted to FDA.

2.  By its Order, dated November 21, 2023, the Court imposed the following schedule in this case and in the related case, *Florida v. FDA*, Case No. 8:23-cv-877-TPB-TGW (M.D. Fla.) (hereinafter, "*Florida II*"):

| Event | Deadline |
|---|---|
| Defendants complete all productions in response to Plaintiffs' July 2022, March 2023, and May 2023 FOIA requests | November 21, 2028 |
| Defendants serve Plaintiffs with a *Vaughn* index for the productions dated March 27, 2023, May 4, 2023, May 23, 2023, June 28, 2023, and July 26, 2023 | February 20, 2024 |
| Defendants serve Plaintiffs with a *Vaughn* index for the productions dated August 28, 2023, September 28, 2023, and October 30, 2023 | March 20, 2024 |
| Defendants serve Plaintiffs with a *Vaughn* index for the productions made after October 30, 2023. | Rolling, 120 Days After Each Production |
| Deadline for Motions for Partial Summary Judgment on Redactions and Withholdings for Defendants' Productions Through October 30, 2023 | May 20, 2024 |

*See* Order, ECF No. 110.

3.  FDA is currently reviewing the potentially responsive records

2

identified in its searches to determine whether any pages are responsive to AHCA's request and, if so, whether any exemptions from disclosure apply under the FOIA.  To date, FDA has produced ten interim responses to AHCA on March 27, May 4, May 22, June 28, July 26, August 28, September 28, October 30, November 27, and December 26, 2023, and comprising 6,296 pages (Bates numbered FDACDER000001 - FDACDER006296).

4. FDA is also working toward the production of *Vaughn* index materials in accordance with the Court-ordered deadlines identified above.

5. The parties' next joint status report is currently due in 90 days, on Monday, April 1, 2024.  *See* ECF No. 44, ¶ 2.

| Dated: January 2, 2024 | Respectfully submitted, |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General | ASHLEY MOODY<br>ATTORNEY GENERAL |
| MARCIA BERMAN<br>Assistant Director<br>Federal Programs Branch | */s/ James H. Percival*<br>James H. Percival (FBN 1016188)*<br>CHIEF OF STAFF |
| */s/ Olivia Hussey Scott*<br>Olivia Hussey Scott (No. 17336)<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>1100 L Street, N.W., Room 11115<br>Washington, D.C. 20005<br>Telephone: (202) 616-8491<br>Fax: (202) 616-8470 | Henry C. Whitaker (FBN 1031175)<br>SOLICITOR GENERAL<br><br>Natalie Christmas (FBN 1019180)<br>COUNSELOR TO THE ATTORNEY GENERAL<br><br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050)<br>(850) 414-3300<br>(850)410-2672 (fax)<br>James.percival@myfloridalegal.com |

3

Olivia.Hussey.Scott@usdoj.gov  *Counsel for the State of Florida*

*/s/ R. Trent McCotter*
R. Trent McCotter (pro hac vice)*
Jared M. Kelson (pro hac vice)
Boyden Gray PLLC
801 17th St. N.W., Suite 350
Washington, D.C. 20006
(202) 706-5488
tmccotter@boydengray.com

Andrew T. Sheeran
General Counsel
Florida Bar I.D. No. 0030599
Andrew.Sheeran@ahca.myflorida.com
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670

*Counsel for Agency for Health Care Administration*

* Lead counsel

*Signed by filing counsel with the permission of non-filing counsel*

4