UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>Food and Drug Administration, *et al.*,<br><br>    Defendants. | Case No. 8:22-cv-01981-TPB-JSS |
| State of Florida, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>Food and Drug Administration, *et al.*,<br><br>    Defendants. | Case No. 8:23-cv-0877-TPB-TGW |

**Joint Status Report**

The parties submit this Joint Status Report in response to the Court's Endorsed Orders, entered on January 31, 2024, in the above-captioned cases, which required the parties to "file a joint status report to apprise the Court of the status of this case (including both APA claims and FOIA claims)" and to "specify whether any further action is necessary and whether any claims have become moot due to recent developments." ECF 114, case no. 8:22-cv-01981-TPB-JSS ("*Florida I*"); *see also* ECF 42, case no. 8:23-cv-0877-TPB-TGW ("*Florida II*").

On January 5, 2024, the FDA authorized Florida's Agency for Health Care Administration's Section 804 Importation Program proposal (*see* attached Ex. A, Letter of Authorization). Since then, the parties have been conferring about a possible resolution of the claims raised in *Florida I* and *II*. Although the parties

1

agree that the APA claims in *Florida I* were rendered moot by the FDA's January 5 decision, the parties are still discussing a possible resolution for the remaining FOIA counts in *Florida I* and the FOIA claims raised in *Florida II*. The parties' discussions are making progress; in fact, today Defendants provided Plaintiffs with additional information they had requested about the terms of any resolution.

In light of this progress, the parties respectfully request additional time for these discussions and efforts toward a potential resolution of both cases. The parties jointly propose therefore that the upcoming February 14 deadline for a joint status report in *Florida II* be extended, and that the parties be directed to submit another joint status report in both *Florida I* and *II* on or before March 8, 2024.

| | |
|---|---|
| Dated: February 8, 2024 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Director<br>Federal Programs Branch<br><br>*/s/ Olivia Hussey Scott*<br>Olivia Hussey Scott (No. 17336)<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>1100 L Street, N.W., Room 11115<br>Washington, D.C. 20005<br>Telephone: (202) 616-8491 | ASHLEY MOODY<br>ATTORNEY GENERAL<br><br>*/s/ James H. Percival*<br>James H. Percival (FBN 1016188)*<br>CHIEF OF STAFF<br><br>Henry C. Whitaker (FBN 1031175)<br>SOLICITOR GENERAL<br><br>Natalie Christmas (FBN 1019180)<br>COUNSELOR TO THE ATTORNEY GENERAL<br><br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050)<br>(850) 414-3300<br>(850)410-2672 (fax) |

2

Fax: (202) 616-8470
Olivia.Hussey.Scott@usdoj.gov

JAMES W. HARLOW
Acting Assistant Director
Consumer Protection Branch

*/s/ Kimberly R. Stephens*
KIMBERLY R. STEPHENS
SAMUEL B. BALLINGRUD
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-0033 (Stephens)
(202) 616-0509 (Ballingrud)
Kimberly.R.Stephens@usdoj.gov
Samuel.B.Ballingrud@usdoj.gov

James.percival@myfloridalegal.com
*Counsel for the State of Florida*

*/s/ R. Trent McCotter*
R. Trent McCotter (pro hac vice)*
Jared M. Kelson (pro hac vice)
Boyden Gray PLLC
801 17th St. N.W., Suite 350
Washington, D.C. 20006
(202) 706-5488
tmccotter@boydengray.com

Andrew T. Sheeran
General Counsel
Florida Bar I.D. No. 0030599
Andrew.Sheeran@ahca.myflorida.com
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670

*Counsel for Agency for Health Care Administration*

* Lead counsel

*Signed by filing counsel with the permission of non-filing counsel*