# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| State of Florida, *et al.*,<br>　　Plaintiffs,<br>v.<br><br>Food and Drug Administration, *et al.*,<br>　　Defendants. | Case No. 8:22-cv-01981-TPB-UAM |
| State of Florida, *et al.*,<br>　　Plaintiffs,<br>v.<br><br>Food and Drug Administration, *et al.*,<br>　　Defendants. | Case No. 8:23-cv-0877-TPB-TGW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, the State of Florida and Florida Agency for Health Care Administration, and Defendants, the Food and Drug Administration ("FDA"), Department of Health and Human Services ("HHS"), Robert M. Califf, in his official capacity as Commissioner of Food and Drugs, and Xavier Becerra, in his official capacity as Secretary of Health and Human Services, hereby stipulate to the dismissal, with prejudice, of all claims in the above-captioned cases, which the parties have settled.

Respectfully submitted,

Dated: March 7, 2024

BRIAN M. BOYNTON

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

<div style="display: flex;">

<div>

Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ Olivia R. Hussey Scott*
Olivia Hussey Scott (No. 17336)*
Senior Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Olivia.Hussey.Scott@usdoj.gov


James W. Harlow
Acting Assistant Director
Consumer Protection Branch

*/s/ Kimberly R. Stephens*
Kimberly R. Stephens
Samuel B. Ballingrud
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-0033 (Stephens)
(202) 616-0509 (Ballingrud)
Kimberly.R.Stephens@usdoj.gov
Samuel.B.Ballingrud@usdoj.gov

*Counsel for Defendants*

</div>

<div>

  */s/ Natalie Christmas*_____
James H. Percival (FBN 1016188)*
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050)
(850) 414-3300
(850)410-2672 (fax)
Natalie.christmas@myfloridalegal.com
*Counsel for the State of Florida*


  */s/ R. Trent McCotter*_____
R. Trent McCotter (pro hac vice)*
Jared M. Kelson (pro hac vice)
Boyden Gray PLLC
801 17th St. N.W., Suite 350
Washington, D.C. 20006
(202) 706-5488
tmccotter@boydengray.com

Andrew T. Sheeran
General Counsel
Florida Bar I.D. No. 0030599
Andrew.Sheeran@ahca.myflorida.com
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670

*Counsel for Agency for Health Care Administration*

* Lead counsel

</div>

</div>